| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF NORTH DAKOTA

Case number *(if known)*            Chapter    **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Vanity Shop of Grand Forks, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA Vanity** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **45-0283548** |
| 4. | Debtor's address | **Principal place of business**<br><br>**2222 7th Avenue North, Unit 100**<br>**Fargo, ND 58102**<br>Number, Street, City, State & ZIP Code<br><br>**Cass**<br>County | **Mailing address, if different from principal place of business**<br><br>**PO Box 547**<br>**Fargo, ND 58107-0547**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.vanity.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

3/01/17  8:08AM

Debtor  **Vanity Shop of Grand Forks, Inc.**                    Case number (*if known*)
              Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__4481__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                                Relationship _____
District _____   When _____   Case number, if known _____

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

3/01/17  8:08AM

Debtor **Vanity Shop of Grand Forks, Inc.**_____ Case number (*if known*)_____
Name

| | |
|---|---|
| 11. **Why is the case filed in** *this district?* | *Check all that apply:* |
| | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. | Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| 13. **Debtor's estimation of available funds** | . | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | |
|---|---|---|---|
| 14. **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| 15. **Estimated Assets** | ☐ $0 - $50,000<br>■ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. **Estimated liabilities** | ☐ $0 - $50,000<br>☐  $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  **Vanity Shop of Grand Forks, Inc.**                                    Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March  1, 2017**
MM / DD / YYYY

**X**  **/s/ James Bennett**                                           **James Bennett**
Signature of authorized representative of debtor                        Printed name

Title  **Chairman of the Board of Directors**

**18. Signature of attorney**

**X**  **/s/ Caren W. Stanley**                                        Date  **March  1, 2017**
Signature of attorney for debtor                                              MM / DD / YYYY

**Caren W. Stanley**
Printed name

**Vogel Law Firm**
Firm name

**218 NP Avenue**
**P. O. Box 1389**
**Fargo, ND 58107-1389**
Number, Street, City, State & ZIP Code

Contact phone  **(701) 237-6983**     Email address

**06100**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Vanity Shop of Grand Forks, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF NORTH DAKOTA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 26 Int'l<br>1500 S. Griffith Ave<br>Los Angeles, CA 90021 | Moti Reuben<br><br>moti@26international.com<br>213-745-4224 | Merchandise | | | | $117,767.58 |
| Anfield Apparel Group<br>20851 Currier Road<br>Walnut, CA 91789 | Benjamin Cry | Merchandise | | | | $248,591.88 |
| Brand Headquarters LLC<br>16516 Via Esprillo Suite 100<br>San Diego, CA 92127 | Jay Randhawa<br><br>858-824-2999 | Merchandise | | | | $63,234.99 |
| Cavalini Inc.<br>DBA CI SONO<br>1536 South Alameda St<br>Los Angeles, CA 90021 | Carlo Radua<br><br>carlo.cavalini@gmail.com<br>213-725-5111 | Merchandise | | | | $169,005.48 |
| Chengda Int'l Co., LTD<br>No. 71 Renmin Road<br>Dalian, China | Yun Jiang<br><br>jiangyun@chengda.com<br>86-411-82512358 | Merchandise | | | | $176,658.75 |
| Jiangsu Guotai Huasheng Industrial Co.<br>East of 8 Floor<br>Guotai New Century Plaza Building<br>No. 125 Middle Renmin Road<br>Zhangjiagang City, Jiangsu, China | 86-512-86312522 | Merchandise | | | | $95,044.10 |

Debtor **Vanity Shop of Grand Forks, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Jiangsu Sainty Glorious Trade Co., Ltd**<br>**5th Floor, Building A**<br>**#21 Softwear Avenue**<br>**Yuhua District,**<br>**Nanjing, China** | **tina@saintyglorious.com**<br>**025-69638176** | **Merchandise** | | | | $83,455.80 |
| **JouJou BBC Apparel**<br>**1407 Broadway, Suite 507**<br>**New York, NY 10018** | **Robert Acampora**<br>**racampora@joujou.com**<br>**212-997-2293** | **Merchandise** | | | | $70,909.23 |
| **Kash Apparel LLC**<br>**1929 Hooper Ave**<br>**Los Angeles, CA 90011** | **Sol**<br>**sol@kashapparel.com**<br>**213-747-8885** | **Merchandise** | | | | $109,814.88 |
| **Majco**<br>**1200 Jules Poitras, #100**<br>**St. Laurent, QC H4N 1X7**<br>**Canada** | **apinvoices@majco.com**<br>**514-956-0322** | **Merchandise** | | | | $82,530.60 |
| **Mallory Alexander International Logistic**<br>**777 Sunrise Highway, Suite 301**<br>**Lynbrook, NY 11563** | **Joe Mezzina**<br>**516-371-1700** | **Customs Broker/Freight Forwarder** | | | | $82,043.35 |
| **Maran**<br>**1400 Broadway 28th Fl**<br>**New York, NY 10018** | **Theresa Feng**<br>**theresa@sqz.com**<br>**646-278-5257** | **Merchandise** | | | | $69,598.03 |
| **My Michelle**<br>**PO Box 784312**<br>**Philadelphia, PA 19178** | **Penny Hendel**<br>**penny.hendel@kellwood.com**<br>**314-576-8525** | **Merchandise** | | | | $131,209.73 |
| **Ningbo Seduno Import & Export Co**<br>**97# Wujia Road Seduno**<br>**Haishu District**<br>**Ningbo, China** | **0574-87391408** | **Merchandise** | | | | $127,827.60 |
| **SQA & KC International, S.A.**<br>**48 Avenida 7-23 Zona3**<br>**Apartamento A**<br>**Colonia El Rosario**<br>**Mixco, Guatemala** | **502-2437-6081/6306** | **Merchandise** | | | | $117,095.32 |

Debtor **Vanity Shop of Grand Forks, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **State of California Department of Industrial Relations Labor Commissioner's Office**<br>**320 West 4th St., Suite 450**<br>**Los Angeles, CA 90013** | **Ofelia Villalpando, Industrial Relations**<br><br>**(213) 576-5709** | **Unpaid wages from manufactuer/employer: Case No. 633-125331/OV - Aide Guadalupe Martinez-Miranda (Employer: Fashion Party, Inc.); $74,135 Case No.** | **Disputed** | | | $74,135.00 |
| **State of California Department of Industrial Relations Labor Commissioner's Office**<br>**320 West 4th St., Suite 450**<br>**Los Angeles, CA 90013** | **Jessica Urbina, Management Services Tech**<br><br>**(213) 897-1442** | **Unpaid wages from manufactuer/employer: Case No. WC-CM-208859 - Gabriel Catalan Vargas (Employer: AMC Apparel, Inc.); $83,738.50** | **Disputed** | | | $83,738.50 |
| **Tempted**<br>**5630 Bandini Blvd**<br>**Bell Gardens, CA 90201** | 323-859-2480 | **Merchandise** | | | | $81,937.95 |
| **The Ad Art Company**<br>**3260 E 26th St**<br>**Los Angeles, CA 90058** | | **Spring Sign Kit** | | | | $58,205.43 |
| **United Parcel Service**<br>**Lock Box 577**<br>**Carol Stream, IL 60132** | **Elise**<br><br>**800-472-5877** | **Freight Charges** | | | | $156,292.17 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 3

# United States Bankruptcy Court
### District of North Dakota

In re  **Vanity Shop of Grand Forks, Inc.**                                     Case No.
                                      Debtor(s)                                 Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Shazzam! Inc.**<br>**1001 25th St. No.**<br>**Fargo, ND 58102** | **Common Stock** | **651** | **100%** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Chairman of the Board of Directors** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 1, 2017**                           Signature  **/s/ James Bennett**
                                                             **James Bennett**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of North Dakota

In re: **Vanity Shop of Grand Forks, Inc.**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Vanity Shop of Grand Forks, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Shazzam! Inc.
1001 25th St. No.
Fargo, ND 58102**

☐ None [*Check if applicable*]

| | |
|---|---|
| **March 1, 2017** | **/s/ Caren W. Stanley** |
| Date | **Caren W. Stanley 06100** |
| | Signature of Attorney or Litigant |
| | Counsel for **Vanity Shop of Grand Forks, Inc.** |
| | **Vogel Law Firm** |
| | **218 NP Avenue** |
| | **P. O. Box 1389** |
| | **Fargo, ND 58107-1389** |
| | **(701) 237-6983 Fax:(701) 476-7676** |