United States Bankruptcy Court
District of North Dakota

In re  Vanity Shop of Grand Forks, Inc.
_____
           Debtor(s)

Case No. _____
Chapter  11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, James Bennett, declare under penalty of perjury that I am the Chairman of the Board of Directors of Vanity Shop of Grand Forks, Inc., and that the following is a true and correct copy of the written action adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 22nd day of February, 2017.

" Be It Therefore Resolved, that James Bennett, Chairman of the Board of Directors of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that James Bennett, Chairman of the Board of Directors of this Corporation, and such other representatives of the Corporation that he deems appropriate, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation and such other representatives of the Corporation as he deems appropriate, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that James Bennett, Chairman of the Board of Directors of this Corporation is authorized and directed to employ Jon R. Brakke 03554 and Caren Stanley 06100, attorneys and the Vogel Law Firm to represent the corporation in such bankruptcy case."

Date  February 22, 2017

Signed  /s/ _____
         James Bennett

Written Action of Board of Directors
of
Vanity Shop of Grand Forks, Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that James Bennett, Chairman of the Board of Directors of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that James Bennett, Chairman of the Board of Directors of this Corporation, and such other representatives of the Corporation that he deems appropriate, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation and such other representatives of the Corporation as he deems appropriate, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that James Bennett, Chairman of the Board of Directors of this Corporation is authorized and directed to employ Jon R. Brakke 03554 and Caren Stanley 06100, attorneys and the Vogel Law Firm to represent the corporation in such bankruptcy case.

Date February 22, 2017        Signed _____
                                       James Bennett, Director

Date February 22, 2017        Signed _____
                                       Colette Anderson-Bottrell, Director

Date February 22, 2017        Signed _____
                                       James Kelly, Director

Date February 22, 2017        Signed _____
                                       Scott Roller, Director

Date February 22, 2017        Signed _____
                                       Stephen Anderson, Director

Date February 22, 2017        Signed _____
                                       Marnje Kimbrough, Director

2815818.1

Written Action of Board of Directors
of
Vanity Shop of Grand Forks, Inc.

    Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that James Bennett, Chairman of the Board of Directors of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

    Be It Further Resolved, that James Bennett, Chairman of the Board of Directors of this Corporation, and such other representatives of the Corporation that he deems appropriate, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation and such other representatives of the Corporation as he deems appropriate, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

    Be It Further Resolved, that James Bennett, Chairman of the Board of Directors of this Corporation is authorized and directed to employ Jon R. Brakke 03554 and Caren Stanley 06100, attorneys and the Vogel Law Firm to represent the corporation in such bankruptcy case.

Date February 22, 2017     Signed _____
                                                James Bennett, Director

Date February 22, 2017     Signed *Colette Anderson-Bottrell*
                                                Colette Anderson-Bottrell, Director

Date February 22, 2017     Signed _____
                                                James Kelly, Director

Date February 22, 2017     Signed _____
                                                Scott Roller, Director

Date February 22, 2017     Signed _____
                                                Stephen Anderson, Director

Date February 22, 2017     Signed _____
                                                Marnie Kimbrough, Director

2815818.1

Written Action of Board of Directors
of
**Vanity Shop of Grand Forks, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that James Bennett, Chairman of the Board of Directors of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that James Bennett, Chairman of the Board of Directors of this Corporation, and such other representatives of the Corporation that he deems appropriate, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation and such other representatives of the Corporation as he deems appropriate, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that James Bennett, Chairman of the Board of Directors of this Corporation is authorized and directed to employ **Jon R. Brakke 03554 and Caren Stanley 06100**, attorneys and the **Vogel Law Firm** to represent the corporation in such bankruptcy case.

Date **February 22, 2017**   Signed _____
                             **James Bennett, Director**

Date **February 22, 2017**   Signed _____
                             **Colette Anderson-Bottrell, Director**

Date **February 22, 2017**   Signed *[signature]*
                             **James Kelly, Director**

Date **February 22, 2017**   Signed _____
                             **Scott Roller, Director**

Date **February 22, 2017**   Signed *[signature]*
                             **Stephen Anderson, Director**

Date **February 22, 2017**   Signed _____
                             **Marnie Kimbrough, Director**

2815818.1