UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | NOTICE OF APPEARANCE AND |
| Vanity Shop of Grand Forks, Inc. | ) | REQUEST FOR SERVICE OF PAPERS |
| | ) | |
| Debtor. | ) | Bankruptcy Case No. 17-30112 |
| | ) | Chapter 11 |
| | ) | |

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Bankruptcy Rules, Wells Fargo Bank, National Association, a creditor of the Debtor, is a party in interest and hereby appears in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by that Rule, and pursuant to Rule 9010 of the Bankruptcy Rules, that all other notices given or required to be given in this case and all other papers served or required to be served in this case, be given to and served upon:

> Michael M. Thomas
> Conmy Feste Ltd.
> P.O. Box 2686
> Fargo, ND  58108-2686

The foregoing requests include, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated this 1st day of March, 2017.

/s/ Michael M. Thomas
Michael M. Thomas, ND ID # 04215
CONMY FESTE LTD.
P.O. Box 2686
Fargo, ND  58108-2686
(701) 293-9911
mthomas@conmylaw.com

ATTORNEYS FOR WELLS FARGO BANK, NATIONAL ASSOCIATION

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:                                     )
                                           )   CERTIFICATE OF SERVICE
Vanity Shop of Grand Forks, Inc.           )
                                           )   Bankruptcy Case No. 17-30112
                                           )   Chapter 11
            Debtor.                        )
                                           )

The undersigned hereby certifies that she is an employee at the law firm of Conmy Feste Ltd., and is a person of such age and discretion as to be competent to serve papers.

That on March 1, 2017, she served a copy of:

**Notice of Appearance and Request for Service of Papers**

by placing the copy in a postpaid envelope addressed to the person(s) hereinafter named, at the address stated below, which is the last known address, and by depositing said envelope and contents in the United States mail at Fargo, North Dakota:

Vanity Shop of Grand Forks, Inc.
PO Box 547
Fargo, ND  58107-0547

following parties were served electronically:

Caren W. Stanley
U.S. Trustee

/s/ Christa Gronwold
Christa Gronwold