UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

**VANITY SHOP OF GRAND FORKS, INC.,**

**Debtor.**

Chapter 11

Case No. 17-30112 (SH)

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned chapter 11 proceedings as counsel on behalf of Washington Prime Group Inc. ("WPG") and requests that all notices given or required to be given in these cases, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone or otherwise, which affects WPG or these chapter 11 bankruptcy cases to be served upon:

>
> Ronald E. Gold
> Ohio Bar No. 0061351
> **Frost Brown Todd LLC**
> 3300 Great American Tower
> 301 East Fourth Street
> Cincinnati, OH 45202
> 513-651-6800 Telephone
> 513-651-6981  Facsimile
> E-mail rgold@fbtlaw.com

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over WPG, specifically but not limited to (i) its right to have final orders in non-core matters entered only after *de novo* review

by a district judge, (ii) its right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which WPG is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments WPG expressly reserves.

Date:   March 1, 2017                                              Respectfully submitted,

                                        **FROST BROWN TODD LLC**

By:   */s/ Ronald E. Gold*
Ronald E. Gold, Esq.
Ohio Bar No. 0061351
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio  45202
513-651-6800  Telephone
513-651-6981  Facsimile
E-mail rgold@fbtlaw.com

**COUNSEL FOR
WASHINGTON PRIME GROUP INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March, 2017, a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

        */s/ Ronald E. Gold*
        Ronald E. Gold