UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 17-30112 |
| | ) | |
| Vanity Shop of Grand Forks, Inc. | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to Sec. 1109(b) of the Bankruptcy Code and Rule 9010 of the Bankruptcy Rules, Tiger Capital Group, LLC, Consultants for the Debtor and a party of interest, hereby appears in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by that rule, pursuant to Sec. 1109(b) of the Bankruptcy Code and Rule 9010 of the Bankruptcy Rules, all other notices given or required to be given in this case and all other papers served or required to be served in this case, be given and served upon:

> Robert A. Boghosian, Attorney at Law
> Cohen Tauber Spievack & Wagner, P.C.
> 420 Lexington Avenue, Suite 2400
> New York, NY 10170
> 212-586-5800
> Email: rboghosian@ctwslaw.com
> Attorneys for Tiger Capital Group, LLC

The foregoing request includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated this 1st day of March, 2017.

*[signature: Robert A. Boghosian]*

Robert A. Boghosian
Cohen Tauber Spievack & Wagner, P.C.
420 Lexington Avenue, Suite 2400
New York, NY 10170
Phone: 212-586-5800
Fax: 212-586-5095
Email: rbodhosian@ctswlaw.com