UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | **CHAPTER 11** |
| **Vanity Shop of Grand Forks, Inc.** | ) | |
| | ) | **Case No. 17-30112** |
| | ) | |
| **Debtor.** | ) | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

    PLEASE TAKE NOTICE that Ronald M. Tucker, 225 West Washington Street, Indianapolis, Indiana 46204 represents Simon Property Group, Inc., as landlord (Creditor) and party in interest in the above case. The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a). All such notices should be addressed as follows:

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, Indiana 46204

    PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

Respectfully submitted

*/s/Ronald M. Tucker*
Ronald M. Tucker, Esq., Attorney for
Simon Property Group, Inc. and its related entities
IN 11428-49
(317) 263-2346
(317) 263-7901 (FAX)
E-mail address: rtucker@simon.com

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was served this 2nd day of March, 2017 via ECF Noticing to the following persons:

                                  By:      /s/Ronald M. Tucker    
                                          Ronald M. Tucker

*Debtor*
**Vanity Shop of Grand Forks, Inc.,** *See mailing matrix for additional address*
2222 7th Avenue North, Unit 100
Fargo, ND 58102
CASS-ND
Tax ID / EIN: 45-0283548
*dba* **Vanity**

represented by **Jon R. Brakke**
Vogel Law Firm
P.O. Box 1389
Fargo, ND 58107-1389
(701) 237-6983
Fax : (701) 476-7676
Email: jbrakke@vogellaw.com

**Caren W. Stanley**
Vogel Law Firm
P.O. Box 1389
Fargo, ND 58107-1389
(701) 237-6983
Fax : (701) 476-7676
Email: cstanley@vogellaw.com

*U.S. Trustee*
**Robert B. Raschke**
Assistant U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-334-1350