## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:

**VANITY SHOP OF GRAND FORKS, INC.,**


                                             Debtor.

**Chapter 11**

**Case No. 17-30112 (SH)**

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Centennial Real Estate Company, Southgate Mall Associates, LLP, ST Mall Owner, LLC, Starwood Retail Partners, LLC, and The Macerich Company (collectively, the "Landlords"), appearing through their counsel, Ballard Spahr LLP, request that all notices given or required to be given and all papers served or required to be served in this case, in accordance with Rules 2002(a)(2), (3), and (7), and 9007 of the Bankruptcy Rules, and Sections 102(1), and 342(a), and 1109(b) of the Bankruptcy Code, be given to and served upon the undersigned at the following address and telephone number:

Dustin P. Branch, Esq.
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, California 90067-2909
Telephone:  424.204.4400
Facsimile: 424.204.4350
E-mail: branchd@ballardspahr.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise:

(1)     Which affect or seek to affect in any way any rights or interests of Landlords with respect to (a) the Debtors; (b) property or proceeds thereof in which the Debtors may claim an interest; (c) property or proceeds thereof in which Landlords claim an interest; (d) property or

proceeds thereof in possession, custody or control of Landlords which the Debtors may seek to use; or

(2)     Which require or seek to require any act, delivery of any property, payment or other conduct by Landlords.

Dated: March 2, 2017

Respectfully submitted,

BALLARD SPAHR LLP


By:     /s/ Dustin P. Branch
        Dustin P. Branch, Esq.
        California Bar No. 174909
        2029 Century Park East, Suite 800
        Los Angeles, California 90067-2909
        Telephone: 424.204.4400
        Facsimile: 424.204.4350
        E-mail: branchd@ballardspahr.com

        *Counsel for Landlord Creditors*

        *Centennial Real Estate Company, Southgate Mall Associates, LLP, ST Mall Owner, LLC, Starwood Retail Partners, LLC, and The Macerich Company*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served on March 2, 2017 by this Court's CM/ECF System on all parties receiving electronic notices in the case and the via U.S. Mail on the parties listed below.

<u>/s/ Dustin P. Branch</u>

***Debtor***
**Vanity Shop of Grand Forks, Inc.,**
2222 7th Avenue North, Unit 100
Fargo, ND 58102
***dba* Vanity**

represented by **Jon R. Brakke**
Vogel Law Firm
P.O. Box 1389
Fargo, ND 58107-1389
(701) 237-6983
Fax : (701) 476-7676
Email: jbrakke@vogellaw.com

**Caren W. Stanley**
Vogel Law Firm
P.O. Box 1389
Fargo, ND 58107-1389
(701) 237-6983
Fax : (701) 476-7676
Email: cstanley@vogellaw.com

***U.S. Trustee***
**Robert B. Raschke**
Assistant U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-334-1350