IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | JUDGE: Shon Hastings |
| | ) | |
| VANITY SHOP OF GRAND FORKS, INC. | ) | CASE NO. : 17-30112 |
| | ) | |
| | ) | |
| DEBTOR. | ) | CHAPTER 11 |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears on behalf of Governor's Square Company, dba Governor's Square Mall, Kennedy Mall, Ltd., dba Kennedy Mall, Frenchtown Square Partnership, dba The Mall of Monroe, Ohio Valley Mall Company, dba Ohio Valley Mall; and pursuant to Rule 2002 of the Bankruptcy Rules and 11 U.S.C. § 1109(b), request that all notices required to be served in these cases be served upon Cafaro Management Company, Youngstown-Warren Rd., Niles, OH 44446, Attention: Richard T. Davis.

Dated:  March 3, 2017

/s Richard T. Davis
RICHARD T. DAVIS
Ohio Reg. No. 0033405
The Cafaro Company
5577 Youngstown-Warren Rd.
Niles, Ohio 44446
(330) 747-2661

RTD/kam