UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re:<br><br>**Vanity Shop of Grand Forks, Inc<br>dba Vanity**<br><br>Debtor. | Chapter 11<br><br>Bankruptcy No. 17-30112<br><br>UNITED STATES TRUSTEE'S<br>APPOINTMENT OF COMMITTEE<br>OF UNSECURED CREDITORS<br>IN CHAPTER 11 CASE |
|---|---|

The U.S. Trustee for Region 12 hereby appoints an Official Committee of Unsecured Creditors as follows:

1. Washington Prime Group, Inc.
    180 West Broad Street
    Columbus, OH  43215

    Contact:   Stephen E. Ifeduba, Senior Corporate and Litigation Counsel
                    Phone:  614-621-9000
                    Fax:  614-621-8863
                    Email:  stephen.ifeduba@washingtonprime.com

**2.** GGP Limited Partnership
    110 North Walker Drive
    Chicago, IL  60606

    Contact:   Julie Minnick Bowden
                    Phone:  312-960-2707
                    Fax:  312-442-6374
                    Email:  julie.minnick@ggp.com

3. Simon Property Group, Inc.
    225 W. Washington Street
    Indianapolis, IN  46204

    Contact:   Ronald M. Tucker
                    Phone:  317-263-2346
                    Fax:  317-263-7901
                    Email:  rtucker@simon.com

**Julie Minnick** is hereby designated as Acting Chairperson of said Committee pending selection by the Committee members of a permanent Chairperson.

In order to make the Committee more representative, the right to add or remove members of the Committee is reserved.

DATED this 10th of March, 2017.

                                      Respectfully submitted,

                                      DANIEL M. MCDERMOTT
                                      UNITED STATES TRUSTEE
                                      Region 12

By:    /s/ Sarah J. Wencil
         Sarah J. Wencil
         Office of the U.S. Trustee
         Suite 1015 U.S. Courthouse
         300 South Fourth St.
         Minneapolis, MN 55415
         Telephone: (612) 334-1366
         Sarah.J.Wencil@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| In Re: | Chapter 11 |
|---|---|
| | Bankruptcy No. 17-30112 |
| **Vanity Shop of Grand Forks, Inc dba Vanity** | |
| | **CERTIFICATE OF SERVICE** |
| **Debtor.** | |

     I hereby certify that on March 10, 2017, I served true copies of the **UNITED STATES TRUSTEE'S APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS IN CHAPTER 11 CASE** on the following parties by first-class mail, postage prepaid:

VIA CM/ECF:

Robert A Boghosian    rboghosian@ctswlaw.com
•Jon R. Brakke    jbrakke@vogellaw.com,
jnona@vogellaw.com;parmstrong@vogellaw.com;sthompson@vogellaw.com
•Dustin P Branch    branchd@ballardspahr.com,
carolod@ballardspahr.com;scordinom@ballardspahr.com
•Andrew S Conway    Aconway@taubman.com
•Richard T Davis    rdavis@cafarocompany.com
•Ivan M Gold    igold@allenmatkins.com
•Ronald E Gold    rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com
•Jeffrey E Krumpe    Jeffrey.krumpe@mhtlaw.com
•ANguyen Kurtzman Carson Consultants LLC    ecfpleadings@kccllc.com
•Robert L LeHane
KDWbankruptcydepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
•Thor McLaughlin    tmclaughlin@allenmatkins.com
•Robert B. Raschke    USTPRegion12.SX.ECF@usdoj.gov
•Alexander G Rheaume    arheaume@riemerlaw.com
•Donald E Rothman    drothman@riemerlaw.com
•Brad A. Sinclair    brad@kaler-doeling.com, sherry@kaler-doeling.com
•Caren W. Stanley    cstanley@vogellaw.com,
jnona@vogellaw.com;parmstrong@vogellaw.com;sthompson@vogellaw.com;ldanielson@vogellaw.com
•Michael M. Thomas    mthomas@conmylaw.com, cgronwold@conmylaw.com
•Ronald M Tucker    rtucker@simon.com

VIA EMAIL:

stephen.ifeduba@washingtonprime.com
julie.minnick@ggp.com
rtucker@simon.com

                */s/ Marcy A. Jones*
                Marcy A. Jones, Legal Assistant