## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| VANITY SHOP OF GRAND FORKS, INC. | ) | NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS |
| | ) | |
| | ) | |
| Debtor. | ) | Bankruptcy Case No. 17-30112 |
| | ) | Chapter 11 |
| | ) | |

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), PREIT Services, LLC, as agent for PR Valley View

Limited Partnership ("PREIT"), is a party in interest and hereby appears in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rule 2002, the

undersigned requests that all notices and pleadings be served upon the undersigned counsel for

PREIT at the following address:

> Jeffrey Kurtzman, Esquire
> **KURTZMAN | STEADY, LLC**
> 401 S. 2nd Street, Suite 200
> Philadelphia, PA 19147
> Telephone: (215) 839-1222
> Email: kurtzman@kurtzmansteady.com

The foregoing requests include, without limitation, notices of any orders, pleadings,

motions, applications, complaints, demands, hearings, requests or petitions, disclosure

statements, answering or reply papers, memoranda and briefs in support of any of the foregoing

and any other documents brought before this Court with respect to these proceedings, whether

formal or informal, whether written or oral, and whether transmitted or conveyed by mail,

delivery, telephone, telegraph, telex or otherwise.

Dated: 9th day of March, 2017

**KURTZMAN | STEADY, LLC**

By:_____

Jeffrey Kurtzman, Esquire
401 S. 2nd Street, Suite 200
Philadelphia, PA  19147
Telephone:  (215) 839-1222
Email:  kurtzman@kurtzmansteady.com

Attorneys for PREIT Services, LLC, as agent for
PR Valley View Limited Partnership

2