UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | **MOTION TO APPEAR *PRO HAC*** |
| | ) | ***VICE* BY STEVEN R. FOX** |
| Vanity Shop of Grand Forks, Inc., | ) | |
| | ) | Bankruptcy No.: 17-30112 |
| Debtor. | ) | Chapter 11 |

The undersigned, Steven R. Fox, an attorney for Anfield Apparel Group, Inc., an active California corporation, moves the Court pursuant to D.N.D. Gen. L. R. 1.3 and D.N.D. Bankr. L. R. 9010-2(B) for leave to appear pro hac vice.

In support of this Motion, the undersigned submits the following information for consideration by the Court:

1. I am a resident of the State of California.

2. My office address is 17835 Ventura Blvd., Suite 306, Encino, CA 91316.

3. My office telephone number is (818) 774-3545.

4. My office email address is srfox@foxlaw.com

5. Legal training: Loyola School of Law, 1988; law clerk to the Honorable Richard Stair, Bankruptcy Court, E.D. Tenn. 1988-1989

6. Disciplinary actions past or pending, suspensions, probations, disbarments, or other restrictions: None.

7. I am admitted to practice law in the State of California (CAL Bar No. 138808) the United States District Court for the Central, Southern, Eastern and Northern Districts of California, and the Bankruptcy Courts for the Central, Southern, Eastern and Northern Districts of California.

8. I certify that I will abide by all the Local Rules of the United States Bankruptcy Court for the District of North Dakota, and will submit to the jurisdiction of the Court in matters of discipline.

Under penalty of perjury under the laws of the United States of America, I declare that the above information is true, correct, and complete to the best of my knowledge and belief.

Dated: March 14, 2017                                                Respectfully submitted,


       /s/ Steven R. Fox_____
Steven R. Fox
Fox Law Corporation
17835 Ventura Blvd., Suite 306
Encino, CA 91316
Telephone: (818) 774-3545
Facsimile: (818) 774-3707
Srfox@foxlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2017, I electronically filed the foregoing **Motion to Appear Pro Hac Vice** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

    /s/ Steven R. Fox
Steven R. Fox
Fox Law Corporation
17835 Ventura Blvd., Suite 306
Encino, CA 91316
Telephone: (818) 774-3545
Facsimile: (818) 774-3707
Srfox@foxlaw.com