**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

IN RE:

| | | |
|---|---|---|
| VANITY SHOP OF GRAND FORKS, INC. | § | CASE NO. 17-30112 |
| | § | (Chapter 11) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

LUBBOCK CENTRAL APPRAISAL DISTRICT

    c/o LAURA J. MONROE
    Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
    P.O. Box 817
    LUBBOCK, TX 79408
    (806) 744-5091
    (806) 744-9953 FAX
    lmbkr@pbfcm.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleading, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

    Respectfully Submitted,
    **PERDUE, BRANDON, FIELDER,**
    **COLLINS & MOTT, L.L.P.**
    P.O. Box 817
    LUBBOCK, TX 79408
    (806) 744-5091
    (806) 744-9953

    Attorney for Claimants

    By:   /s/LAURA J. MONROE
        LAURA J. MONROE
        Bar No: 14272300

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 1

## CERTIFICATE OF SERVICE

I LAURA J. MONROE do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, has been served upon the parties listed on the Court's ECF transmission list in this case via ECF e-notice, fax or U.S. mail, on this 17th day of March, 2017.

  /s LAURA J. MONROE
LAURA J. MONROE
Bar No: 14272300

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 2