UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

VANITY SHOP OF GRAND FORKS, INC., et al.

    Debtor.

Case No. 17-30112

Chapter 11

**FILED**

2017 MAR 17 A 10: 31

UNITED STATES BANKRUPTCY COURT DISTRICT OF NORTH DAKOTA

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for the following party (ies) in interest

THE MARKETPLACE

(hereinafter "Landlord(s)") and, pursuant 11 U.S.C. §1109 (b), demands that all notices given or required to be given in this case and all papers served in this case be given to and served upon: Donald C. Cowan, Jr., 1265 Scottsville Road, Rochester, New York 14624 (phone: 585-464-9400; fax: 585-464-8419).

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. §1109 (b), the foregoing demand includes not only notices and papers referred to in Rule 2002, but also includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects any of the debtors or the property of any of the debtors.

Dated: March 16, 2017

by: _____
Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, New York 14624
(585) 464-9400

TO:    SEE ATTACHED LIST

## CERTIFICATE OF SERVICE

I, Teresa Rubert, do hereby certify that I have served the foregoing Notice of Appearance by causing a copy to be mailed, first class, postage prepaid to the persons shown on the attached Service List on this 16th day of March, 2017.

_____
Teresa Rubert

## SERVICE LIST

Caren W. Stanley
Vogel Law Firm
Attorney for Debtor
P. O. Box 1389
Fargo, North Dakota 58107-1389

Vanity Shop of Grand Forks, Inc., et al.
Debtor
2222 7th Avenue North, Unit 100
Fargo, North Dakota 58102