UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re:<br><br>**Vanity Shop of Grand Forks, Inc<br>dba Vanity**<br><br>Debtor. | Chapter 11<br>Bankruptcy No. 17-30112<br><br>*AMENDED<br>UNITED STATES TRUSTEE'S<br>APPOINTMENT OF COMMITTEE<br>OF UNSECURED CREDITORS<br>IN CHAPTER 11 CASE |
|---|---|

The U.S. Trustee for Region 12 hereby amends the Appointment of Committee of Unsecured Creditors to include additional members (noted in #4 and #5 below), as follows:

1. Washington Prime Group, Inc.
    180 West Broad Street
    Columbus, OH  43215

    Contact:   Stephen E. Ifeduba, Senior Corporate and Litigation Counsel
                    Phone:  614-621-9000
                    Fax:  614-621-8863
                    Email:  stephen.ifeduba@washingtonprime.com

**2.** GGP Limited Partnership
    110 North Walker Drive
    Chicago, IL  60606

    Contact:   Julie Minnick Bowden
                    Phone:  312-960-2707
                    Fax:  312-442-6374
                    Email:  julie.minnick@ggp.com

3. Simon Property Group, Inc.
    225 W. Washington Street
    Indianapolis, IN  46204

    Contact:   Ronald M. Tucker
                    Phone:  317-263-2346
                    Fax:  317-263-7901
                    Email:  rtucker@simon.com

4. Cavalini, Inc.
   1536 S. Alameda St.
   Los Angeles, CA  90021

   Contact: Haim Bahari
   Phone: 213-725-5111
   Fax: 213-725-5115
   Email: Haim@me.com

5. Anfield Apparel Group, Inc.
   20851 Currier Rd.
   City of Industry, CA  91789

   Contact: Angela Yu
   Phone: 909-595-6088 (ext. 123)
   Fax: 909-598-2691
   Email: angela@anfieldinc.com

**Julie Minnick** is hereby designated as Acting Chairperson of said Committee pending selection by the Committee members of a permanent Chairperson.

In order to make the Committee more representative, the right to add or remove members of the Committee is reserved.

DATED this 17th of March, 2017.

Respectfully submitted,

DANIEL M. MCDERMOTT
UNITED STATES TRUSTEE
Region 12

By: /s/ Sarah J. Wencil
Sarah J. Wencil, Trial Attorney
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth St.
Minneapolis, MN 55415
Telephone: (612) 334-1366
Sarah.J.Wencil@usdoj.gov

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re:<br><br>**Vanity Shop of Grand Forks, Inc dba Vanity**<br><br>Debtor. | **Chapter 11**<br><br>**Bankruptcy No. 17-30112**<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

I hereby certify that on March 17, 2017, I served true copies of the **UNITED STATES TRUSTEE'S APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS IN CHAPTER 11 CASE** on the following parties by first-class mail, postage prepaid:

VIA CM/ECF:

- Ellie J Barragry    ebarragry@foxrothschild.com
- L. John Bird    lbird@foxrothschild.com
- Robert A Boghosian    rboghosian@ctswlaw.com
- Jon R. Brakke    jbrakke@vogellaw.com, jnona@vogellaw.com;parmstrong@vogellaw.com;sthompson@vogellaw.com
- Dustin P Branch    branchd@ballardspahr.com, carolod@ballardspahr.com;scordinom@ballardspahr.com
- Andrew S Conway    Aconway@taubman.com
- Richard T Davis    rdavis@cafarocompany.com
- Steven R Fox    srfox@foxlaw.com
- Ivan M Gold    igold@allenmatkins.com
- Ronald E Gold    rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com
- Jeffrey E Krumpe    Jeffrey.krumpe@mhtlaw.com
- Mette H Kurth    mkurth@foxrothschild.com
- Jeffrey D Kurtzman    kurtzman@kurtzmansteady.com
- ANguyen Kurtzman Carson Consultants LLC    ecfpleadings@kccllc.com
- Paul J Labov    plabov@foxrothschild.com
- Robert L LeHane    KDWbankruptcydepartment@kelleydrye.com; MVicinanza@ecf.inforuptcy.com
- Thor McLaughlin    tmclaughlin@allenmatkins.com
- Laura Monroe    lmbkr@pbfcm.com
- Robert B. Raschke    USTPRegion12.SX.ECF@usdoj.gov
- Alexander G Rheaume    arheaume@riemerlaw.com
- Donald E Rothman    drothman@riemerlaw.com
- Brad A. Sinclair    brad@kaler-doeling.com, sherry@kaler-doeling.com

- Caren W. Stanley    cstanley@vogellaw.com, jnona@vogellaw.com;parmstrong@vogellaw.com;sthompson@vogellaw.com;ldanielson@vogellaw.com
- Michael M. Thomas    mthomas@conmylaw.com, cgronwold@conmylaw.com
- Ronald M Tucker    rtucker@simon.com

VIA EMAIL:

stephen.ifeduba@washingtonprime.com
julie.minnick@ggp.com
rtucker@simon.com
Haim@me.com
angela@anfieldinc.com

        */s/ Marcy A. Jones*
        Marcy A. Jones, Legal Assistant