UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA (FARGO)

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 11** |
| **VANITY SHOP OF GRAND** | ) | |
| **FORKS, INC., d/b/a Vanity,** | ) | **Case No. 17-30112-SH** |
| | ) | |
| **Debtor.** | ) | |
| Tax ID: XX-XXX3548 | ) | |

## APPEARANCE AND REQUEST TO RECEIVE NOTICES

To:   The Clerk of the Above Named Court

Please enter my appearance as counsel for the Taubman Landlords,[1] as Creditors in the above named action.  This appearance is intended solely for the purpose of receiving notices and it is not intended that the filing of this appearance be deemed a submission to the jurisdiction of this Court.

Request is hereby made, pursuant to Bankruptcy Rule 2002(g), that all notices required to be electronically delivered and/or mailed to creditors under Bankruptcy Rule 2002 at the following address:

>Andrew S. Conway, Esq.
>200 East Long Lake Road, Suite 300
>Bloomfield Hills, Michigan 48304
>Email address: Aconway@taubman.com

Dated:  March 20, 2017

Andrew S. Conway
Attorney for the Taubman Landlords
By:        /s/ Andrew S. Conway
           Andrew S. Conway
           (248) 258-7427

---

[1]  The Taubman Landlords are the owners of certain regional retail shopping centers, which include the following:  Taubman Auburn Hills Associates Limited Partnership, commonly known as Great Lakes Crossing Outlets, located in Auburn Hills, Michigan (debtor's store #49).

25815(0.1)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA (FARGO)

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 11** |
| **VANITY SHOP OF GRAND** | ) | |
| **FORKS, INC., d/b/a Vanity,** | ) | **Case No. 17-30112-SH** |
| | ) | |
| **Debtor.** | ) | |
| <u>Tax ID:  XX-XXX3548</u> | ) | |

## NOTICE OF FILING OF GENERAL POWER OF ATTORNEY

To: Clerk of the Above Named Court:

Please take notice that the undersigned has been authorized to vote on any questions that may be lawfully submitted to creditors of the debtor in the above-entitled case; to vote for a trustee of the estate of the debtor and for a committee of creditors to execute in the name of the Taubman Landlords[1] (the "Claimants"), and on their behalf, and to file and prosecute, one or more proofs of claim, any supplements of amendments to proofs of claims; to receive dividends; and in general to perform any acts for the claimants in all matters arising in this case, pursuant to a General Power of Attorney, dated January 19, 2017 (a copy of which is attached hereto as Exhibit A).

Dated:  March 20, 2017

Andrew S. Conway
Attorney for the Taubman Landlords
By:          /s/ Andrew S. Conway
Andrew S. Conway
200 East Long Lake Road, Suite 300
Bloomfield Hills, Michigan 48304
(248) 258-7427

---

[1] The Taubman Landlords are the owners of certain regional retail shopping centers, which include the following:  Taubman Auburn Hills Associates Limited Partnership, commonly known as Great Lakes Crossing Outlets, located in Auburn Hills, Michigan (debtor's store #49).

25815(0.1)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA (FARGO)

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 11** |
| **VANITY SHOP OF GRAND** | ) | |
| **FORKS, INC., d/b/a Vanity,** | ) | **Case No. 17-30112-SH** |
| | ) | |
| Debtor. | ) | |
| Tax ID:  XX-XXX3548 | ) | |

### CERTIFICATE OF SERVICE

Susan K. Link, being first duly sworn, deposes and says that she is an employee of The Taubman Company, and that on March 20, 2017, she served a copy of the **Appearance and Request to Receive Notices, Notice of Filing of General Power of Attorney, and this Certificate of Service** via Notice of Electronic Filing and/or by enclosing the papers in sealed envelopes with first-class postage fully prepaid and depositing the envelopes and their contents in the United States mail, addressed as follows:

Jon R. Brakke, Esq.
Caren W. Stanley, Esq.
Vogel Law Firm
PO Box 1389
Fargo, ND 58107-1389

Sarah J. Wencil
Office of US Trustee
Suite 1015,  US Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

/s/ Susan K. Link
Susan K. Link

Subscribed and sworn to before me,
on this 20th day of March, 2017

/s/ Deann Lynett Iloncai
Deann Lynett Iloncai, Notary Public
Lapeer County, Michigan
My commission expires: 3/23/21
Acting in Oakland County, MI

25815(0.1)