UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-30112 |
| VANITY SHOP OF GRAND FORKS, INC. | § | |
| DEBTORS(S), | § | CHAPTER 11 |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**GREGG COUNTY          SMITH COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on <u>20th</u> day of <u>March, 2017</u>, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

AARON M STANLEY
9319 W LBJ FRWY # 217
DALLAS, TX 75243

SARAH J. WENCIL
300 SOUTH 4TH STREET
ROOM 1015
MINNEAPOLIS, MN 55415

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207
Telephone:  (214) 880-0089
Facsimile:   (469) 221-5003
Email:        dallas.bankruptcy@publicans.com

By: /s/ Elizabeth Weller
_____
    Elizabeth Weller
    SBN: 00785514 TX