UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re:<br><br>Vanity Shop of Grand Forks, Inc.<br><br><br>Debtors. | Bankr. No. **17-30112**<br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS PURSUANT TO SECTION 1109(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002(I) AND 9010** |
|---|---|

   **NOTICE IS HEREBY GIVEN** pursuant to section 1109(b) of Title 11 of the United States Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that Roger J. Minch, of Serkland Law Firm appears for and on behalf of **Blue Cross Blue Shield of North Dakota.**

   **NOTICE IS FURTHER GIVEN** that Roger J. Minch, of Serkland Law Firm, requests that all notices given or required to be given in the captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in this case, and all notices mailed only to the statutory committees or their authorized agents and to creditors and equity security holders who file with the Court a request that all notices be mailed to them) be served upon the following person at the following office, telephone number and facsimile number:

   Roger J. Minch
   SERKLAND LAW FIRM
   10 Roberts Street
   P.O. Box 6017
   Fargo, ND 58108-6017
   (701) 232-8957
   rminch@serklandlaw.com
   ND License: 03501
   MN License: 007360X

   **NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise, that affects the captioned debtor or debtor-in-possession or the property of such debtors or debtors' estate.

Dated: March 23, 2017

/s/ Roger J. Minch
_____
Roger J. Minch
SERKLAND LAW FIRM
10 Roberts Street
P.O. Box 6017
Fargo, ND 58108-6017
(701) 232-8957
rminch@serklandlaw.com
MN License: 007360X
ND License: 03501
*Attorneys for Blue Cross Blue Shield of North Dakota*