## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NORTH DAKOTA

In re:

Vanity Shop of Grand Forks, Inc.,

               Debtor.

Case No. 17-30112

Chapter 11

## **SCHEDULES**

2860279.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA**

In re:

Vanity Shop of Grand Forks, Inc.,[1]

               Debtor.

Case No. 17-30112

Chapter 11

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS,
METHODOLOGY, AND DISCLAIMER REGARDING
DEBTOR'S SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

Vanity Shop of Grand Forks, Inc., as Debtor-in-Possession in the above-captioned Chapter 11 case (the "**Debtor**"), has filed its Schedules of Assets and Liabilities and Statement of Financial Affairs (the "**Schedules**" and "**SOFA**," with the United States Bankruptcy Court for the District of North Dakota (the "**Bankruptcy Court**").  The Schedules and SOFA were prepared by the Debtor's management, with the assistance of the Debtor's personnel, pursuant to 11 U.S.C. § 521[2] and Federal Rule of Bankruptcy Procedure 1007 and are unaudited.  While the Debtor's management has made every effort to ensure that the Schedules and SOFA are accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may have occurred.  The Schedules and SOFA remain subject to further review and verification by the Debtor.  Subsequent information may result in material changes in financial and other data contained in the Schedules and SOFA.  The These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding Debtor's Schedules and SOFA (the "**Global Notes**") are incorporated by reference in, and comprise an integral part of each of the Schedules and SOFA and should be referred to and reviewed in connection with any review of the Schedules and SOFA.

The Global Notes are in addition to any specific notes contained in the Debtor's Statements and SOFA.  The fact that the Debtor has prepared Global Notes or specific notes with respect to any information in the Schedules and SOFA and not to other information in the Schedules and SOFA should not be interpreted as a decision by the Debtor to exclude the applicability of such Global Notes or specific notes as to the rest of the Debtor's Schedules and SOFA, as appropriate.

Disclosure of information in one or more Schedules, the SOFA, or one or more exhibits or attachments to the Schedules or SOFA, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, SOFA, exhibits, or attachments.

---

[1]      The Debtor in this case has a federal tax identification number with the last four digits 3548 and is a North Dakota corporation.

[2]      Unless otherwise stated herein, section references are to 11 U.S.C. § 101, *et seq.* (the "**Bankruptcy Code**").

In the event that the Schedules and SOFA differ from the Global Notes, the Global Notes shall control.

1.    <u>Case</u>.  On March 1, 2017 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court. Unless otherwise indicated, the information provided in the Schedules and SOFA are dated as of the close of business on February 28, 2017.

2.    <u>Amendments</u>.  The Debtor reserves the right to amend the Schedules and SOFA in all respects at any time as may be necessary or appropriate, including without limitation, (a) to assert offsets or defenses to any claim, (b) to amend the amount, liability or classification of any claim or (c) to otherwise designate any claim as contingent, unliquidated or disputed.

3.    <u>Estimates and Assumptions</u>.  The preparation of the Schedules and SOFA required the Debtor to make estimates and assumptions with respect to the reported amounts of assets and liabilities, the value of contingent assets and liabilities and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from those estimates.

4.    <u>Prepetition v. Postpetition</u>.  The Debtor has allocated liabilities between the prepetition and postpetition periods based upon information obtained from research conducted in connection with the preparation of the Schedules and SOFA.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  All assets are reported in the Debtor's Schedules and SOFA as of close of business on February 28, 2017, unless otherwise noted.

5.    <u>Basis of Presentation.</u>  The Schedules and SOFA neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to fully reconcile to the Debtor's financial statements.  Additionally, the Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtor's reasonable best efforts to report the assets and liabilities of the Debtor. Moreover, given the uncertainty surrounding the collection of certain assets and the valuation and nature of certain liabilities, to the extent the Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition date (as defined herein) or at any time before the Petition Date. Likewise, to the extent the Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date.

6.    <u>Causes of Action</u>. The Debtor reserves all of its causes of action. Furthermore, nothing contained in the Schedules and SOFA shall constitute a waiver of any claim or cause of action that may be asserted, including, but not limited to, equitable subordination, causes of action arising under Chapter 5 of the Bankruptcy Code and any other causes of action arising in this Chapter 11 case or under applicable non-bankruptcy law.

7.    <u>Insiders</u>. Where the Schedules or SOFA require information concerning officers, directors or insiders, included therein are the Debtor's (a) directors (or persons in similar positions) and (b) employees that are, or were during the relevant period, officers (or persons in control). Employees may have been included in this disclosure for informational purposes only and are not necessarily "insiders" as defined in Section 101(31) or as otherwise defined by applicable law, including, without limitation, any state or federal securities law.  The listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider, nor should it be construed as an admission that such party is an insider, all such rights, claims and defenses being expressly reserved.

8.    <u>Debtor's Address</u>.  As of the Petition Date, the mailing address for the Debtor and its employees was P. O. Box 547, Fargo, ND  58107-0547.

9.    <u>Categories or Labels Used in Schedules and SOFA</u>. Information requested by the Schedules and SOFA requires the Debtor to make judgments regarding the appropriate category in which information should be presented or how certain parties, claims or other data should be labeled.  The Debtor's decisions regarding which category or label to use is based on the best information available to the Debtor as of the filing of these Schedules and SOFA and within the time constraints imposed.  The Debtor reserves the right to modify, change or delete any information in the Schedules and SOFA by amendment, including to the extent some information currently presented should be moved to a different category or labeled in a different way.

10.    <u>Intellectual Property Rights.</u>  Inclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition or other transaction. Accordingly, the Debtor reserves all of its rights with respect to the legal status of such intellectual property rights.

11.    <u>Summary of Significant Reporting Policies and Practices</u>.  The Schedules and SOFA have been signed by James Bennett, Chairman of the Board of Vanity Shop of Grand Forks, Inc.  In reviewing and signing the Schedules and SOFA, Mr. Bennett has necessarily relied upon the efforts, statements and representations of the Debtor's accounting and non-accounting personnel.  Mr. Bennett has not (and could not have) personally verified the accuracy of each such statement and representation contained in the Schedules and SOFA.  The Debtor made its best effort to accurately report asset, liability, disbursement and other information on its Schedules and SOFA. The following qualifications and limitations apply to the Debtor's Schedules and SOFA:

a.    <u>Fair Market Value</u>; <u>Book Value</u>.  For the preparation of the Schedules and SOFA, it would be prohibitively expensive and unduly burdensome and time consuming to obtain current market valuations of all of the Debtor's property interests. Accordingly, unless otherwise noted, the Schedules and SOFA reflect the net book value of the Debtor's assets and liabilities in accordance with the Debtor's accounting books and records as of the Petition Date.  As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value.  Unless otherwise noted, the Schedules reflect the

net book value of the Debtor's assets as listed in the Debtor's books and records, and are not based upon any estimate of their current market value, which may or may not correspond to book value. For this reason, amounts ultimately realized may vary from net book value and such variances may be material.  As listed above and unless otherwise indicated, all asset value are listed as of close of business on February 28, 2017. In addition, certain immaterial assets that are not reported or tracked centrally may have been excluded.

        b.    <u>Leased Real and Personal Property</u>. In the ordinary course of its business, the Debtor leases real and personal property, including office equipment, from certain third-party lessors. Nothing in the Schedules or SOFA is or shall be construed as an admission or determination as to legal status of any lease (e.g., as a true lease or financing arrangement), and the Debtor reserves all rights with respect to such issues.

        c.    <u>Claims</u>. The Schedules and SOFA generally identify parties holding claims existing as of the Petition Date. The Bankruptcy Court, however, has authorized the Debtor to continue certain prepetition practices and make payments in respect of certain prepetition claims, pursuant to First Day Orders or other orders that may be entered by the Bankruptcy Court. Accordingly, certain of the claims identified in the Schedules and SOFA may already have been paid or may be paid in the future. The inclusion of such amounts on the Schedules and SOFA shall not be deemed to create any additional obligation for the Debtor. The Debtor also has excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage Claims exist. In addition, certain immaterial liabilities that are not reported or tracked centrally may have been excluded.

        d.    <u>Disputed, Contingent and Unliquidated Claims</u>. The Debtor may designate certain claims on Schedules D, E and F as disputed, contingent and/or unliquidated, as applicable. Any failure to designate a claim on the Schedules and SOFA as disputed, contingent and/or unliquidated does not constitute an admission that such claim is not disputed, contingent and/or unliquidated, as applicable.  The Debtor reserves the right to dispute, or assert offsets or defenses to, any claim reflected on the Schedules and SOFA as to amount, liability or status.

**S**UMMARY OF **G**LOBAL **N**OTE **C**ONVENTIONS FOR THE
<u>**S**CHEDULES OF **A**SSETS AND **L**IABILITIES</u>

        12.    The following conventions were adopted by the Debtor in preparation of the Schedules.  For a listing of Debtor's stores, which are referenced in the Schedules, please see the <u>Store Listings and Landlords</u> attachment.

        a.    **Schedules Summary**. Except as otherwise noted, the asset and the liability information provided herein represents the Debtor's data as of the close of business on February 28, 2017.

        b.    **Schedule A/B 2 and A/B 3**. Cash balances and checking account balances are listed as of the close of business on February 28, 2017. Details with respect to the Debtor's cash management system and bank accounts are provided in the *Debtor's Motion for Entry of Order: (1) Authorizing Continued Use of Cash Management System; (II) Authorizing Use of Prepetition Bank Accounts, Account Control Agreements, and Certain Payment Methods;*

4

*and (III) Waiving the Requirements of 11 U.S.C. § 345(B) On an Interim Basis*, [Doc. No. 16] (the "**Cash Management Motion**").

c.  **Schedule A/B 21**.  Inventory is shown as of February 28, 2017. Inventory is not shown net of accounting inventory reserves (i.e., inventory shrink and write-off reserves).

d.  **Schedule A/B 25.**  The value of the property listed in Part 5, #25, was "received" within 20 days before the bankruptcy was filed.

e.  **Schedule A/B 55**.  The Debtor does not own any real property. All of the Debtor's locations and headquarters prior to the Petition Date were leased.

f.  **Schedule A/B 59-69**.  Intangibles and Intellectual Property listed in Schedules A/B 59-69 are listed as an unknown amount. The Debtor has not conducted appraisals to ascertain the fair market value of any trademarks, domain names or other intellectual property. The fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

g.  **Schedule A/B 63**.  During the ordinary course of business and through its various customer programs, the Debtor has developed various customer lists.  Such customer lists are valuable for sales, marketing and product development purposes. However, the Debtor is unable to estimate the value of such customer lists at this time.

h.  **Schedule A/B 64.**  The e-commerce platform utilized by the Debtor was developed by employees of Vanity, Inc.  Debtor is still researching the ownership of this asset.

i.  **Schedule A/B 72**.  The Debtor may be entitled to tax refunds and credits, the amount of which cannot be determined at this time as they are currently unknown. The value of such tax refunds and credits may be significant but due to the uncertainty of such tax refund and credit amounts the Debtor is unable to estimate or confirm the size of these tax refund and credit assets at this time.

j.  **Schedule A/B 73**. The Debtor maintains a variety of insurance policies including property, general liability and workers' compensation policies and other employee-related policies.  The Debtor's interest in these types of policies is limited to the amount of the premiums that the Debtor has prepaid, if any, as of the Petition Date.  To the extent the Debtor has made a determination of the amount of prepaid insurance premiums as of the Petition Date, such amounts are listed on Schedule A/B 8. All policies may not remain in place through their expiration, and thus there may be potential refunds of premiums paid.  More information regarding the Debtor's insurance policies is also available on Schedule G.  In addition, the Debtor reserves all rights to seek refunds of any overpayments of premiums paid on its insurance policies.

k.  **Schedule A/B 74 and A/B 75**. In the ordinary course of business, the Debtor may have accrued, or subsequently accrue, certain rights to counter-claims, setoffs, credits, refunds, or potential warranty claims against their suppliers.  Additionally, the Debtor

may be a party to pending litigation in which the Debtor has asserted, or may assert claims as a plaintiff or counter-claims as a defendant. Because such claims are unknown to the Debtor and not quantifiable as of the Petition Date, they may not be listed in the Schedules. The Debtor's failure to list any causes of action, claims, or rights of any nature is not an admission that such causes of action, claims, or right do not exist, and should not be construed as a waiver of such causes of action, claims, or rights. The ultimate value of such claims cannot be determined at this time. For a listing of those lawsuits for which the Debtor is a party, please reference SOFA #7. The Debtor may also have various claims against third parties which have not been pursued by the Debtor to date. The value of such claims is undetermined at this time. The Debtor reserves all rights to pursue such claims.

l.    **Schedule D**.  Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtor reserves its right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim. The descriptions provided in Schedule D are intended only to be a summary, and reference should be made to the applicable loan agreements and related documents for a complete description of any collateral and corresponding liens or security interests. Nothing in the Global Notes or the Schedules and SOFA shall be deemed a modification or interpretation of the terms of such agreements. The Debtor has not included on Schedule D any creditor who may assert an interest in property of the estate by way of setoff rights, deposits posted by or on behalf of the Debtor or inchoate statutory lien rights.  Any such creditors may, however, be listed on Schedule F.

m.    **Schedule E/F**.

(1)    The Bankruptcy Court has authorized the Debtor, at its discretion, to pay certain liabilities that may be entitled to priority under the applicable provisions of the Bankruptcy Code. For example, on March 6 and 23, 2017, the Bankruptcy Court entered *Interim and Final Orders: (I) Authorizing Payment of Certain Prepetition Taxes and Fees and (II) Authorizing Financial Institutions to Honor All Related Checks and Electronic Payment Requests* [Doc. Nos. 89 and 177], and on March 6 and 23, 2017, the Bankruptcy Court entered its *Interim and Final Orders (I) Authorizing the Debtor to Pay and Honor Certain Prepetition Wages, Benefits, and Other Compensation Obligations, (II) Honor Management Services Agreement and Pay Prepetition Obligations Related Thereto, and (III) Authorizing Banks to Honor and Process Checks and Transfers Relating to Such Obligations* [Doc. Nos. 97 and 174] (the "**Wages Motion**") To the extent that applicable Claims have been paid under one or more of the foregoing orders, such Claims may not be included in Schedule E/F.

(2)    The "Employees" listed on the attachment to "Schedule E – Employees" is inclusive of direct employees of Vanity Shop of Grand Forks, Inc. (retail) and those corporate employees retained pursuant to the Management Services Agreement (set out in the Wages Motion) for purposes of Notice.

(3)    The Debtor's analysis of potential priority claims is ongoing and may take significant time to complete. Accordingly, amounts on Schedule E/F have been classified as non-priority pending conclusion of that analysis.

(4)    As part of the "First Day" Orders the Debtor was also authorized to honor certain gift card programs up until the later of April 15, 2017, or termination of the store closing sales. As of the Petition Date the Debtor's estimate of such aggregate outstanding obligations for gift cards was $975,000. Subsequent to date when all stores are closed, the remaining outstanding obligations for gift cards may become a priority unsecured claim as a customer deposit. Given the nature of the gift card program the Debtor is unable to identify each individual claim that will arise for such gift card holders. However, Debtor estimates that the aggregate of such liability may be approximately $575,000.

(5)    The Debtor has used reasonable efforts to report all general unsecured claims against the Debtor on Schedule E/F, based upon the Debtor's books and records as of the Petition Date.

(6)    The claims of individual creditors for, among other things, merchandise, goods, services or taxes have been recorded on the Schedules at the amounts listed in the Debtor's books and records and may not reflect credits or allowances due from such creditors. The Debtor reserves all of its rights respecting such credits and allowances.

(7)    The descriptions provided in Schedule F are intended only to be a summary. Nothing in the Global Notes or the Schedules and SOFA shall be deemed a modification or interpretation of the terms of any agreements entered into by and between the Debtor and its creditors.

(8)    Schedule F does not include certain deferred charges or deferred liabilities. Such amounts are, however, reflected on the Debtor's books and records as required in accordance with generally accepted accounting principles.

(9)    The claims listed in Schedule E/F arose or were incurred on various dates. A determination of each date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and as a result this information has not been included in Schedule E/F.

(10)    Schedule E/F contains potential claims on account of pending litigation involving the Debtor. Each potential claim associated with any such pending litigation is marked as contingent, unliquidated, and disputed in the Schedules and SOFA. Schedule E/F also includes potential or threatened litigation claims. Any information contained in Schedule E/F with respect to such potential litigation shall not be a binding representation of the Debtor's liabilities with respect to any of the potential suits and proceedings included therein. The Debtor expressly incorporates by reference into Schedule E/F all parties to pending litigation listed in SOFA 7 as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F.

7

(11)     Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Additionally, Schedule E/F does not include potential rejection damage Claims, of the counterparties to executory contracts and unexpired leases that may be rejected.

n.     **Schedule G**.

(1)     While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or over-inclusions may have occurred. The Debtor hereby reserves all of it rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement Schedule G as necessary.  The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements that may not be listed therein.

(2)     Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth on Schedule G.  Certain of the executory agreements may not have been memorialized and could be subject to dispute.  Additionally, the Debtor may be parties to various other agreements concerning real property, such as easements, rights of way, subordination, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps and other miscellaneous agreements.  Such documents are not set forth in Schedule G.

(3)     Debtor maintains a general liability insurance policy and various other insurance policies.  A listing of all such insurance policies is set forth on Schedule G.

(4)     Listing a contract or lease on Schedule G does not constitute an admission that such contract or lease is an executory contract or unexpired lease or that such contract or lease was in effect on the Petition Date or is valid or enforceable.  Any and all of the Debtor's rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved.  In addition, the Debtor may have entered into various other types of agreements in the ordinary course of business, such as supplemental agreements, amendments, letter agreements and confidentiality agreements.  Such documents may not be set forth in Schedule G.  The Debtor reserves all of its rights to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's claim (including, but not limited to, whether the transaction, document or instrument is a true lease or financing arrangement).

(5)     Omission of a contract or lease from Schedule G does not constitute an admission that such omitted contract or lease is not an executory contract or unexpired lease.  The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or leases are not impaired by the omission.

o.     **Schedule H**.

(1)     In the ordinary course of business, the Debtor may be involved in pending or threatened litigation.  These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties.  Because all such claims are contingent, disputed, or unliquidated, such claims have not been set forth individually on Schedule H.  Litigation matters can be found on Debtor's Schedule D/E/F and SOFA No. 7, as applicable.

(2)     The Debtor may not have identified certain guarantees associated with the Debtor's executory contracts, unexpired leases, secured financings, debt instruments, and any other such agreements (if any).  The Debtor reserves all rights to amend the Schedules, including without limitation, to remove any, some or all codebtors as obligors if and to the extent that the Debtor has paid any of the claims listed, including without limitation claims listed in Schedule D.

### SUMMARY OF GLOBAL NOTE CONVENTIONS FOR THE STATEMENT OF FINANCIAL AFFAIRS

13.     The following conventions were adopted by the Debtor in preparation of the SOFA:

a.     **SOFA 1 and 2**.  The revenue reported is based on fiscal year ends which are stated specifically in the "Sources of Revenue" column.   For the reported three-year time period, the fiscal year ended on the last Saturday in February of each respective year.

b.     **SOFA 3**.  The Debtor has not included in SOFA 3 any ordinary course payments for wages, compensation or expenses made to or on behalf of Debtor's employees; however, wages, compensation or expenses for corporate employees paid pursuant to the Management Services Agreement are included in the "Vanity, Inc." entries.

c.     **SOFA 4**.

(1)     SOFA 4 accounts for Debtor's payments or transfers made within one year before filing that benefited any insider.  As described in the Wage Motion, in the ordinary course of business, the Debtor, pursuant to the terms of the Management Services Agreement (included in Schedule G), transfers funds to Vanity, Inc. to fund substantially all corporate management costs.

(2)     Prior to the Petition Date, in the ordinary course of business, the Debtor and Vanity, Inc. (the "**Affiliate**") may have received advances from Debtor to fund its cash needs.  In addition, from time to time, the Affiliate would reimburse Debtor for some of those advances. From time to time, in the ordinary course of business, Debtor also makes payments to certain third parties on behalf of the Affiliate.  These and other cash and non-cash transactions are included in the invoices documenting the specific transactions between Affiliate and Debtor.  It would be unduly burdensome for the Debtor to separately identify each of these transactions for purposes of the Statement of Financial Affairs.

9

(3)     The listing of a party as an Insider in the Schedules and SOFA, however, is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved.

d.      **SOFA 5**. The Debtor is unaware of any repossessions, foreclosures or returns other than returns of damaged or defective goods to vendors in the ordinary course of business. SOFA 5 excludes goods returned in the ordinary course of business.

e.      **SOFA 6.** The Debtor incurs certain setoffs and other similar rights during the ordinary course of business.  Setoffs in the ordinary course can result from various items including, but not limited to, pricing discrepancies, returns and other disputes between the Debtor and its customers or suppliers. These normal setoffs and other similar rights are consistent with the ordinary course of business and are not tracked separately. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, setoffs are not independently accounted for, and as such, are excluded from the Debtor's Schedules and SOFA. Included in these potential set offs may be credits due to or from landlords and holdbacks made by credit card processors, where such a setoff has occurred without the Debtor's knowledge.

f.      **SOFA 7**. Claims filed pursuant to state workers compensation regulations which have been resolved on a final basis are not included in SOFA 7 due to the difficulty of collecting and compiling such data.

g.      **SOFA 10**. The Debtor occasionally incurs losses for a variety of reasons including, without limitation, theft and property damage.  Estimated ordinary course shrinkage is included.

h.      **SOFA 11**. Payments to professionals related to restructuring, seeking bankruptcy relief, or filing a bankruptcy case may include advance deposits or retainers paid prepetition, for postpetition services.  All professionals listed in SOFA 11 performed services for the Debtor related to restructuring, seeking bankruptcy relief, or filing a bankruptcy case.  Certain of the listed professionals may have also provided other types of services for the Debtor.

i.      **SOFA 26a-c**.  The Debtor has listed those individuals and/or firms that have been identified as having the primary responsibility to maintain or supervise the keeping of the Debtor's books and records.  Notwithstanding this listing, additional parties not listed may have had access to Debtor's books and records.

j.      **SOFA 26d**.  The Debtor from time to time provided financial statements in the ordinary course of business to parties for business, statutory, credit, financing and other reasons. Recipients have included landlords, regulatory agencies, financial institutions, shareholders, investment banks, customers, vendors and attorneys.  Additionally, financial statements have been provided to other parties as requested.  Pursuant to the prepetition credit agreement, monthly financial statements and schedules were distributed to Debtor's primary lender, Wells Fargo, National Association.

k.    **SOFA 30.**   The listing of a party as an Insider in the Schedules and SOFA, however, is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved.

## GENERAL DISCLAIMER

14.    While those members of management responsible for the preparation of the Schedules and SOFA have made a reasonable effort to ensure that the Schedules and SOFA are accurate and complete based on information known to them at the time of preparation after reasonable inquiries, inadvertent errors may exist or the subsequent receipt of information may result in material changes in financial and other data contained in the Schedules and SOFA that may warrant amendment of the same. Moreover, because the Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment there can be no assurance that the Schedules and SOFA are entirely complete or accurate.

2845928.2

**Fill in this information to identify the case:**

Debtor name  **Vanity Shop of Grand Forks, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NORTH DAKOTA

Case number (if known)   **17-30112**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                      12/15

---

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................    $        **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................................    $     **11,956,195.94**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................................    $     **11,956,195.94**

---

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $     **9,572,538.17**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $        **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     **7,913,834.68**

4.    **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b    $     **17,486,372.85**

**Fill in this information to identify the case:**

Debtor name **Vanity Shop of Grand Forks, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA

Case number (if known) **17-30112**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 2. | **Cash on hand** | | **$50,994.95** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **SEE ATTACHMENT, B#3** | **Checking** | | **$2,099,753.48** |

4. **Other cash equivalents** *(Identify all)*

| | | Current value |
| --- | --- | --- |
| 4.1. | **Credit Card Receivable at BA Merchant Services for Credit Card Processing (Account XXX0000)** | **$373,455.00** |
| 4.2. | **Credit Card Receivable at American Express Travel Related Services Company for Credit Card Processing (Account XXX0048)** | **$3,640.00** |
| 4.3. | **Credit Card Receivable at Chase Paymentech for Credit Card Processing (Account XXX0705)** | **$49,180.00** |

| 5. | **Total of Part 1.** | **$2,577,023.43** |
| --- | --- | --- |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number *(If known)*  **17-30112** |
|---|---|---|
| | Name | |

☐ No. Go to Part 3.
■ Yes Fill in the information below.

| 7. | **Deposits, including security deposits and utility deposits** | |
|---|---|---|
| | Description, including name of holder of deposit | |

| | | |
|---|---|---:|
| 7.1. | **UTILITY DEPOSIT - STORE #42**<br>**DEPARTMENT OF PUBLIC UTILITIES**<br>**PO BOX 1048**<br>**VIRGINIA, MN 55792** | **$1,275.00** |
| 7.2. | **UTILITY DEPOSIT - STORE #218**<br>**CITY OF ASHEVILLE**<br>**PO BOX 733**<br>**ASHEVILLE, NC 28802** | **$100.00** |
| 7.3. | **UTILITY DEPOSIT - STORE #218**<br>**DUKE ENERGY PROGRESS**<br>**PO BOX 1003**<br>**CHARLOTTE, NC 28201** | **$1,280.00** |
| 7.4. | **UTILITY DEPOSIT - STORE #117**<br>**OHIO EDISON**<br>**PO BOX 3687**<br>**AKRON, OH 44309** | **$576.00** |
| 7.5. | **UTILITY DEPOSIT - STORE #217**<br>**DUKE ENERGY**<br>**PO BOX 1046**<br>**CHARLOTTE, NC 28272** | **$565.00** |
| 7.6. | **UTILITY DEPOSIT - STORE #207**<br>**WE ENERGIES**<br>**PO BOX 90001**<br>**MILWAUKEE, WI 53290** | **$1,319.00** |
| 7.7. | **UTILITY DEPOSIT - STORE #90**<br>**DOMINION EAST OHIO**<br>**PO BOX 26785**<br>**RICHMOND, VA 23261** | **$131.00** |
| 7.8. | **CONSTRUCTION DEPOSIT - STORE #15**<br>**RIMROCK MALL**<br>**300 SOUTH 24TH ST W**<br>**BILLINGS, MT 59102** | **$5,000.00** |
| 7.9. | **CONSTRUCTION DEPOSIT - STORE #47**<br>**FOX RIVER MALL**<br>**4301 W WISCONSIN AVE**<br>**APPLETON, WI 54913** | **$5,000.00** |
| 7.10<br>. | **CONSTRUCTION DEPOSIT - STORE #73**<br>**JORDAN CREEK TOWN CENTER**<br>**101 JORDAN CREEK PARKWAY, STE 12518**<br>**WEST DES MOINES, IA 50266** | **$7,500.00** |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number *(If known)* **17-30112** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 7.11 | CONSTRUCTION DEPOSIT - STORE #90<br>GREAT LAKES MALL<br>7850 MENTOR AVE SUITE 250<br>MENTOR, OH 44060 | $3,000.00 |
| 7.12 | CONSTRUCTION DEPOSIT - STORE #114<br>THE MALL AT FAIRFIELD<br>2727 FAIRFIELD COMMONS DR<br>BEAVERCREEK, OH 45431 | $2,500.00 |
| 7.13 | CONSTRUCTION DEPOSIT - STORE #148<br>FLORENCE MALL<br>2028 FLORENCE MALL<br>FLORENCE, KY 41042 | $5,000.00 |
| 7.14 | CONSTRUCTION DEPOSIT - STORE #178<br>BROADWAY SQUARE MALL<br>461 S BROADWAY AVE<br>TYLER, TX 75703 | $5,000.00 |
| 7.15 | CONSTRUCTION DEPOSIT - STORE #184<br>MORGANTOWN MALL<br>9500 MALL RD<br>MORGANTOWN, WV 26501 | $2,000.00 |
| 7.16 | CONSTRUCTION DEPOSIT - STORE #207<br>BROOKFIELD SQUARE MALL<br>95 N MOORLAND RD<br>BROOKFIELD, WI 53005 | $4,000.00 |
| 7.17 | CONSTRUCTION DEPOSIT - STORE #232<br>COLUMBIA MALL<br>2300 BERNADETTE DR<br>COLUMBIA, MO 65203 | $5,000.00 |
| 7.18 | CONSTRUCTION DEPOSIT - STORE #249<br>OAK PARK MALL LLC<br>11149 WEST 95TH STREET<br>OVERLAND PARK,  KS 66214 | $2,500.00 |
| 7.19 | CONSTRUCTION DEPOSIT - STORE #297<br>2222 7TH AVE LLC<br>4300 PARK GLEN ROAD<br>ST. LOUIS PARK, MN 55416 | $7,500.00 |
| 7.20 | DEPOSIT ON CASH WRAP PRODUCTION/CONSTRUCTION<br>JSM WOODWORKS<br>268 E MAIN AVE<br>WEST FARGO, ND 58078 | $9,504.62 |
| 7.21 | UTILITY DEPOSIT - STORE #117<br>DOMINION EAST OHIO<br>PO BOX 26785 | $54.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number *(If known)* | **17-30112** |
|---|---|---|---|
| | Name | | |

RICHMOND VA 23261-6785

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Stony Apparel - Prepaid Deposit** | $75,788.35 |
| 8.2. | **A.M.C. Merchandising - Credit Balance** | $2,765.59 |
| 8.3. | **Blue Ambrosia - Credit Balance** | $4,231.96 |
| 8.4. | **Heartland Acquisition LLC - Credit Balance** | $9,000.00 |
| 8.5. | **JOC International LTD - Credit Balance** | $113.50 |
| 8.6. | **LIBERTY MUTUAL FIRE INSURANCE COMPANY**<br>**HUMAN RESOURCES DEPOSIT - WORKERS COMPENSATION** | $54,232.17 |
| 8.7. | **CONTINENTAL WESTERN INSTURANCE COMPANY**<br>**INSURANCE - PROPERTY/LIABILITY/AUTO/UMBRELLA** | $22,292.71 |
| 8.8. | **HARTFORD FIRE INS CO**<br>**HUMAN RESOURCES DEPOSIT - 401K BOND** | $72.86 |
| 8.9. | **WELLS FARGO CAPITAL FINANCE**<br>**QUARTERLY LOAN SERVICING FEE** | $4,147.73 |
| 8.10. | **SUBERB PACKAGING**<br>**BULK BAG SUPPLY ORDER** | $120,065.90 |
| 8.11. | **WELLS FARGO CREDIT CARD PURCHASES**<br>**REMODELING SUPPLIES AND FIXTURING** | $9,170.14 |
| 8.12. | **NELMAR SECURITY**<br>**BULK DEPOSIT BAG SUPPLY ORDER** | $2,112.69 |
| 8.13. | **STORED VALUE SYSTEMS (SVS)**<br>**BULK GIFT CARDS/CARRIERS** | $20,494.75 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number *(If known)* **17-30112** |
|---|---|---|
| | Name | |

| | | |
|---|---|---:|
| 8.14. | **CARLSON**<br>**BULK CONSTRUCTION SUPPLIES (GRIDS)** | $1,177.72 |
| 8.15. | **DISPLAY IT**<br>**BULK SWEATER TABLES/FIXTURING** | $14,425.00 |
| 8.16. | **POMEROY**<br>**TELECOMMUNICATIONS - DSL  MARCH 2017** | $18,177.10 |
| 8.17. | **ROCK COMMUNICATIONS**<br>**BULK CUSTOMER LOYALTY CARDS** | $16,144.41 |
| 8.18. | **DALTILE**<br>**BULK CONSTRUCTION SUPPLIES (STANDARDS)** | $1,466.12 |
| 8.19. | **AD ART**<br>**GRAPHIC SIGN PACKAGE (MAR - APR 17)** | $31,748.43 |
| 8.20. | **BRADY MARTZ & ASSOCIATES, PC**<br>**YE 2/25/17 INCOME & FRANCHISE TAX RETURNS** | $16,400.00 |

| 9. | **Total of Part 2.** | $492,831.75 |
|---|---|---:|
| | Add lines 7 through 8. Copy the total to line 81. | |

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

☒ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **150,000.00** | - | **150,000.00** | = .... | **$0.00** |
|---|---:|---|---:|---|---:|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **7,149,512.00** | - | **7,149,512.00** | = .... | **$0.00** |
|---|---:|---|---:|---|---:|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **14,430.10** | - | **0.00** | = .... | **$14,430.10** |
|---|---:|---|---:|---|---:|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Vanity Shop of Grand Forks, Inc.**                    Case number *(If known)*  **17-30112**
          Name

| 11b. Over 90 days old: | **150,000.00** | - | **150,000.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **150,000.00** | - | **150,000.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **156,500.00** | - | **156,500.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

12.    **Total of Part 3.**                                                                                    **$14,430.10**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  Raw materials | | | | |
| 20.  Work in progress | | | | |
| 21.  Finished goods, including goods held for resale Inventory taken at all retail locations (RGIS) | 1/26/17 | $7,399,765.01 | Cost | $7,399,765.01 |
| 22.  Other inventory or supplies | | | | |

23.    **Total of Part 5.**                                                                                    **$7,399,765.01**

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes. Book value    **1159700.51**    Valuation method    **Cost**    Current Value    **1159700.51**

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☒ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number *(If known)* **17-30112** |
|---|---|---|
| | Name | |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Furniture and Fixtures** | **$1,472,145.65** | **Net Book Value** | **$1,472,145.65** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Included in value of #39, Furniture and Fixtures.** | **$0.00** | | **$0.00** |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| $1,472,145.65 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 7

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number *(If known)* **17-30112** |
|---|---|---|
| | Name | |

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**HP LaserJet copier/scanners leased from Marco Technologies, LLC (Included in value of #39, Furniture and Fixtures.)**     **$0.00**     **$0.00**

**Media Player equipment with subscription music service leased from Mood Media North America, LTD**     **Unknown**     **Unknown**

**51.** **Total of Part 8.**     **$0.00**
Add lines 47 through 50.  Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**  **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Leasehold Improvements** | **Leasehold** | **$4,835,789.21** | | **Unknown** |
| 55.2.  **Leasehold interests in store locations listed in ATTACHMENT: SCHEDULE A/B, Part 9, SCHEDULES F/G - LANDLORDS** | **Leasehold** | **Unknown** | | **Unknown** |

**56.** **Total of Part 9.**     **$0.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number *(If known)* **17-30112** |
|---|---|---|
| | Name | |

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **SEE ATTACHMENT:** **SCHEDULE A/B - PART 10, #60.** | **Unknown** | | **Unknown** |
| 61. | **Internet domain names and websites** **evanity.com** | **$0.00** | | **Unknown** |
| | **Vanity.net** | **$0.00** | | **Unknown** |
| | **VanityStyle.com** | **$4,473.01** | | **Unknown** |
| | **Vanity.com** | **$300,000.00** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** **Customer electronic mailing lists** | **Unknown** | | **Unknown** |
| 64. | **Other intangibles, or intellectual property** **Facebook -** **https://www.facebook.com/MyVanityStyle** | **Unknown** | | **Unknown** |
| | **YouTube -** **https://www.youtube.com/user/evanitycom** | **Unknown** | | **Unknown** |
| | **Twitter - http://www.twitter.com/MyVanityStyle** | **Unknown** | | **Unknown** |
| | **Pinterest -** **http://www.pinterest.com/MyVanityStyle** | **Unknown** | | **Unknown** |
| | **Instagram -** **http://www.instagram.com/MyVanityStyle** | **Unknown** | | **Unknown** |
| | **E-commerce Platform (developed internally by** **Vanity, Inc. Employees)** | **Unknown** | | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number *(If known)* **17-30112** |
|---|---|---|
| | Name | |

| 65. | Goodwill | | |
|---|---|---|---|
| | Goodwill | Unknown | Unknown |

| 66. | **Total of Part 10.** | | |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
■ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**
**Continental Western Insurance Company**
**HUB International Mountain States Limited**
**3533 Gabel Road, Billings, MT 59102**
**CPA 6021574 21**

**Effective Date: 7/1/16**
**Expiration Date: 7/1/17 @ 12:01 AM**                                          Unknown

**Liberty Mutual Fire Insurance Company**
**HUB International Mountain States Limited**
**3533 Gabel Road, Billings, MT 59102**
**WC2-Z91-446230-016**

**Effective date: 7/1/16**
**Expiration date: 7/1/17 @ 12:01AM**                                          Unknown

Debtor    **Vanity Shop of Grand Forks, Inc.**                              Case number *(If known)*  **17-30112**
_____
Name

**Bureau of Workers' Compensation**
**30 W Spring St**
**Columbus, OH 43215-2256**
**Policy #: 1466926-0**

**Effective date: 7/1/16**
**Expiration date: 6/30/17**                                                    **Unknown**
_____

**North Dakota Workforce Safety & Insurance**
**1600 East Century Avenue, Suite 1**
**PO Box 5585**
**Bismarck, ND 58506-5585**
**Employer Acct #:637157**

**Effective date: 1/1/16**
**Expiration date: 12/31/16**
**State re-billing for 2017 with an:**
**Effective date: 1/1/17**
**Expiration date: 6/30/17**                                                    **Unknown**
_____

**Department of Workforce Services**
**Worker's Compensation Division**
**1510 East Pershing Blvd**
**Cheyenne, WY 82002**
**Employer Acct #: 000295280**                                                  **Unknown**
_____

**Department of Labor and Industries**
**PO Box 44171**
**Olympia, WA 98504-4171**
**Industrial Insurance Acct ID: 51918400**                                      **Unknown**
_____

**Hartford Fire Insurance Company**
**Bond Number: 41BDDEQ5265**

**ERISA Fidelity Bond**
**Effective date: 7/1/07**
**Expiration date: Continuous bond until cancelled.  Paid**
**for 7/1/16-6/30/19.**                                                         **Unknown**
_____

**Continental Insurance Company**
**HUB International Mountain States Limited**
**3533 Gabel Road, Billings, MT 59102**
**OC750533**

**Effective date: 7/1/16**
**Expiration date: Remains in effect until cancelled by**
**either party on thirty (30) days prior written notice**                       **Unknown**
_____

**Continental Western Insurance Company**
**HUB International Mountain States Limited**
**3533 Gabel Road, Billings, MT 59102**
**CPA 6021574 21**

**Effective Date: 7/1/16**
**Expiration Date: 7/1/17 @ 12:01 AM**                                          **Unknown**
_____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Vanity Shop of Grand Forks, Inc.**                              Case number *(If known)*  **17-30112**
_____
Name

**Blue Cross Blue Shield of North Dakota**
**Benefits - Employee Health/Dental**                                                **Unknown**
_____

**Unum Life Insurance Company of America**
**Benefits - Employee Group Life/STD and Voluntary**
**Employee Life**                                                                    **Unknown**
_____

**Avesis Third Party Administrators, Inc.**
**Benefits - Voluntary Employee Vision**                                             **Unknown**
_____

**AFLAC**
**Benefits - Voluntary Employee Hospital**
**Indemnity/Cancer/AD&D**                                                            **Unknown**
_____

74.    **Causes of action against third parties (whether or not a lawsuit**
       **has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of**
       **every nature, including counterclaims of the debtor and rights to**
       **set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                    | **$0.00** |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Vanity Shop of Grand Forks, Inc.**                    Case number *(If known)*  **17-30112**
_____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,577,023.43 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $492,831.75 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $14,430.10 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $7,399,765.01 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,472,145.65 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,956,195.94 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,956,195.94 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

## Schedule A/B, Part 1, #3

Checking Account Balances as of February 28, 2017

| Store No. | Bank Name | Bank Address | Bank City | Bank State | Bank Zip | Acct. No. | Type | Account Balance |
|---|---|---|---|---|---|---|---|---|
| 128 | 1ST INTERSTATE BANK | 521 SE Wyoming Blvd | Casper | WY | 82609 | XXXXX2188 | Depository | $504.95 |
| 171 | AMARILLO NAT'L BANK | 2401 Coulter St | Amarillo | TX | 79121 | XXXXX404 | Depository | $619.31 |
| 42 | AMERICAN BANK | 8401 Unity Dr | Virginia | MN | 55792 | XXXXX0697 | Depository | $497.05 |
| 20 | AMERICAN STATE BANK & TRUST | PO Box 1446 | Williston | ND | 58802-1446 | XXXXX127-5 | Depository | $855.80 |
| 218 | ASHEVILLE SAVINGS BANK | 10 South Tunnel Rd | Asheville | NC | 28805 | XXXXX6667 | Depository | $776.85 |
| 106 | ASSOCIATED BANK | 2403 S. Oneida Street | Green Bay | WI | 54304 | XXXXX4411 | Depository | $1,119.92 |
| 203 | ASSOCIATED BANK | 4600 Brandywine Drive | Peoria | IL | 61614 | XXXXX4329 | Depository | $536.47 |
| 210 | BANCORPSOUTH | 7000 Rogers Ave | Fort Smith | AR | 72903-5540 | XXXXX0401 | Depository | $831.60 |
| 233 | BANK MIDWEST | 801 N 36th St | St Joseph | MO | 64506 | XXXXX4633 | Depository | $719.06 |
| 47 | BANK MUTUAL | 4323 W Wisconsin Ave | Appleton | WI | 54913 | XXXXX0799 | Depository | $637.99 |
| 75 | BANK OF AMERICA | 30 E Wellesley Ave | Spokane | WA | 99207 | XXXXX2000 | Depository | $529.46 |
| 145 | BANK OF AMERICA | 14000 Lakeside Circle | Sterling Heights | MI | 48313 | XXXXX7385 | Depository | $647.93 |
| 217 | BANK OF AMERICA | 2105 Pinecroft Road | Greensboro | NC | 27407 | XXXXX6626 | Depository | $594.23 |
| 234 | BANK OF AMERICA | 200 Mid Rivers Mall Dr | St Peters | MO | 63376 | XXXXX1449 | Depository | $514.99 |
| 7 | BANK OF THE WEST | 2015 College Way | Fergus Falls | MN | 56537 | XXXXX3214 | Depository | $485.70 |
| 129 | BANK OF THE WEST | 1515 Dell Range Blvd | Cheyenne | WY | 82009 | XXXXX6047 | Depository | $541.24 |
| 163 | BANNER BANK | 8200 W Gage Blvd | Kennewick | WA | 99336 | XXXXX1215 | Depository | $896.37 |
| 8 | BLACKRIDGE BANK | 14084 Baxter Dr. Ste 16 | Baxter | MN | 56425 | XXXXX5433 | Depository | $661.60 |
| 31 | BLACKRIDGE BANK | 3313 Highway 29 South | Alexandria | MN | 56308 | XXXXX224 | Depository | $722.73 |
| 48 | BMO HARRIS BANK | 5454 S 76th St | Greendale | WI | 53129 | XXXXX0440 | Depository | $505.68 |
| 51 | BMO HARRIS BANK | First American Center, 500 3rd St | Wausau | WI | 54403 | XXXXX2602 | Depository | $500.31 |
| 105 | BMO HARRIS BANK | 3500 State Road 16 | La Crosse | WI | 54601 | XXXXX948 | Depository | $960.06 |
| 3 | BREMER BANK | 3100 South Columbia Road | Grand Forks | ND | 58201 | XXXXX4602 | Depository | $586.19 |
| 26 | BREMER BANK | 925 31st Ave SW | Minot | ND | 58701 | XXXXX529 | Depository | $417.95 |
| 83 | CAPITAL BANK | 1786 Wilma Rudolph Blvd | Clarksville | TN | 37040 | XXXXX0716 | Depository | $668.92 |
| 178 | CAPITAL ONE BANK | 7601 South Broadway | Tyler | TX | 75701 | XXXXX9889 | Depository | $570.46 |
| 209 | CENTENNIAL BANK | 2901 E Highland Dr | Jonesboro | AR | 72401 | XXXXX902 | Depository | $982.09 |
| 152 | CHASE BANK | 434 Main St | Zanesville | OH | 43701 | XXXXX5020 | Depository | $861.73 |
| 174 | CHASE BANK | 6025 Eastex Freeway | Beaumont | TX | 77706 | XXXXX4570 | Depository | $652.18 |
| 223 | CHASE BANK | 4512 24th Ave | Fort Gratiot | MI | 48059 | XXXXX0355 | Depository | $463.95 |
| 272 | CHASE BANK | 2207 Sagamore Pkwy S | Lafayette | IN | 47905 | XXXXX7374 | Depository | $727.99 |
| 80 | CHEMICAL BANK | RiverTown Crossings, 3700 Rivertown Pkwy | Grandville | MI | 49418 | XXXXX2759 | Depository | $749.31 |
| 84 | CHEMICAL BANK | 4955 Bay Rd | Saginaw | MI | 48604 | XXXXX3818 | Depository | $831.58 |
| 276 | CHEMICAL BANK | G-3501 S Linden Rd | Flint | MI | 48507 | XXXXX6515 | Depository | $1,420.80 |
| 277 | CHEMICAL BANK | 6711 N Jefferson Ave | Midland | MI | 48642 | XXXXX7820 | Depository | $751.77 |
| 49 | COMERICA BANK | 260 Brown Rd | Auburn Hills | MI | 48326 | XXXXX8773 | Depository | $963.54 |
| 96 | COMERICA BANK | 109 E Grand River Ave | East Lansing | MI | 48823 | XXXXX1770 | Depository | $590.25 |
| 230 | COMMERCE BANK | 1345 E Battlefield Rd | Springfield | MO | 65804 | XXXXX4240 | Depository | $573.30 |
| 232 | COMMERCE BANK | 2000 Bernadette Dr | Columbia | MO | 65203 | XXXXX8996 | Depository | $719.95 |
| 254 | COMMERCE BANK | 727 Poyntz Ave | Manhattan | KS | 66502 | XXXXX8869 | Depository | $556.64 |
| 255 | COREFIRST BANK & TRUST | 2129 SW Wanamaker Rd | Topeka | KS | 66614 | XXXXX432 | Depository | $605.40 |
| 111 | DACOTAH BANK | 3312 Sixth Ave SE | Aberdeen | SD | 57401-1500 | XXXXX0674 | Depository | $924.62 |
| 90 | DOLLAR BANK | 7891 Mentor Ave | Mentor | OH | 44060 | XXXXX3900 | Depository | $517.36 |

1

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

## Schedule A/B, Part 1, #3

Checking Account Balances as of February 28, 2017

| Store No. | Bank Name | Bank Address | Bank City | Bank State | Bank Zip | Acct. No. | Type | Account Balance |
|---|---|---|---|---|---|---|---|---|
| 139 | FARMERS & MERCHANTS BANK | Highway 534 and Gear Ave W | Burlington | IA | 52655 | XXXXX932 | Depository | $782.66 |
| 137 | FARMERS STATE BANK | 1380 Twixt Town Rd | Marion | IA | 52302 | XXXXX945 | Depository | $706.68 |
| 73 | FIDELITY BANK | 177 S. Jordan Creek Parkway | West Des Moines | IA | 50266 | XXXXX386 | Depository | $912.58 |
| 109 | FIFTH THIRD BANK | 3200 East Third Street | Bloomington | IN | 47401 | XXXXX9322 | Depository | $580.92 |
| 275 | FIFTH THIRD BANK | 2133 North Telegraph Road | Monroe | MI | 48162 | XXXXX0306 | Depository | $680.59 |
| 166 | FIRST BANK OF NORTHERN CO | 2901 23rd Ave | Greeley | CO | 80631 | XXXXX7968 | Depository | $489.84 |
| 147 | FIRST BANKERS TRUST CO | PO Box 3566 | Quincy | IL | 62305 | XXXXX22 | Depository | $928.27 |
| 35 | FIRST CITIZENS BANK | 3220 Harrison Ave, PO Box 3149 | Butte | MT | 59701-3149 | XXXXX514 | Depository | $587.62 |
| 77 | FIRST CITIZENS BANK | 33 E State St | Mason City | IA | 50401 | XXXXX6637 | Depository | $980.24 |
| Corporate | FIRST DATA CORP / FIRST DATA MONEY NETWORK | 12510 E Belford M21A1 | Englewood | CO | 80112 | XXXXX0012 | Paycard Disbursement | $20,419.59 |
| 148 | FIRST FINANCIAL BANK | 7690 Mall Road | Florence | KY | 41042 | XXXXX8491 | Depository | $716.92 |
| 271 | FIRST FINANCIAL BANK | Honey Creek Mall, 3401 US-41 | Terre Haute | IN | 47802 | XXXXX972 | Depository | $999.62 |
| 15 | FIRST INTERSTATE BANK | 2501 Central Ave | Billings | MT | 59102 | XXXXX2237 | Depository | $1,020.53 |
| 9 | FIRST NATIONAL BANK | PO Box 670 | Bemidji | MN | 56619-0670 | XXXXX4805 | Depository | -$522.51 |
| 11 | FIRST NATIONAL BANK | 2505 W 41st, PO Box 5186 | Sioux Falls | SD | 57117-5186 | XXXXX0556 | Depository | $957.40 |
| 94 | FIRST NATIONAL BANK | 1601 N Hill Field Rod | Layton | UT | 84041 | XXXXX8801 | Depository | $794.97 |
| 117 | FIRST NATIONAL BANK | 7025 Market St | Boardman | OH | 44512 | XXXXX7135 | Depository | $652.50 |
| 250 | FIRST NATIONAL BANK | 2414 E Kansas Ave | Garden City | KS | 67846 | XXXXX091 | Depository | $738.25 |
| 69 | FIRST NATIONAL BANK N PLATTE | 201 N Dewey St | North Platte | NE | 69101 | XXXXX1964 | Depository | $510.69 |
| 25 | FIRST PREMIER BANK | 1414 9th Ave SE #7 | Watertown | SD | 57201 | XXXXX5072 | Depository | $632.85 |
| 81 | FIRST TENNESSEE | Johnson City Plaza Shopping Center, 2112 N Roan St | Johnson City | TN | 37601 | XXXXX4432 | Depository | $2,700.11 |
| 61 | FIRST WESTROADS BANK | 15750 W Dodge Rd | Omaha | NE | 68118 | XXXXX046 | Depository | $580.29 |
| 140 | HOMETOWN NATIONAL BANK | 4141 Venture Dr | Peru | IL | 61354 | XXXXX73 | Depository | $625.84 |
| 100 | HUNTINGTON BANK | 68011 Mall Ring Rd | St. Clairsville | OH | 43950 | XXXXX3239 | Depository | $871.05 |
| 112 | HUNTINGTON BANK | 611 W. County Line Road | Greenwood | IN | 46142 | XXXXX1429 | Depository | $586.15 |
| 199 | IBC BANK | 7021 S Memorial Dr #269a | Tulsa | OK | 74133 | XXXXX3965 | Depository | $562.24 |
| 71 | KEY BANK | 2655 East 17th | Idaho Falls | ID | 63406 | XXXXX7743 | Depository | $715.87 |
| 72 | KEY BANK | 1665 Blue Lakes Blvd North | Twin Falls | ID | 83301 | XXXXX7147 | Depository | $1,071.22 |
| 136 | KEY BANK | 688 N Lexington Springmill Rd | Mansfield | OH | 44906 | XXXXX5166 | Depository | $635.53 |
| 181 | KEY BANK | 711 Mall Circle | Monroeville | PA | 15146 | XXXXX3574 | Depository | $520.00 |
| 10 | LAKE REGION BANK | 1690 South 1st St | Willmar | MN | 56201 | XXXXX1729 | Depository | $910.38 |
| 185 | M & T BANK | 1400 Miracle Mile Drive | Rochester | NY | 14623 | XXXXX7300 | Depository | $472.58 |
| 110 | MUTUAL BANK | 1912 W McGalliard Rd | Muncie | IN | 47304 | XXXXX2214 | Depository | $617.34 |
| 190 | NATIONAL BANK OF COMMERCE | 3202 W Owen K Garriott Rd | Enid | OK | 73703 | XXXXX293 | Depository | $610.10 |
| 170 | PLAINSCAPITAL BANK | South Plains Mall, 6002 Slide Road | Lubbock | TX | 79414 | XXXXX079 | Depository | $471.70 |
| 92 | PNC BANK | 2629 Scottsville Rd | Bowling Green | KY | 42104 | XXXXX9501 | Depository | $1,139.69 |
| 114 | PNC BANK | 2761 Fairfield Commons | Beavercreek | OH | 45431 | XXXXX0897 | Depository | $655.07 |
| 115 | PNC BANK | 8220 Springboro Pike | Miamisburg | OH | 45342 | XXXXX1391 | Depository | $659.49 |
| 16 | ROCKY MOUNTAIN BANK | 2901 West Main | Bozeman | MT | 59718 | XXXXX4753 | Depository | $611.82 |
| 244 | SOUTH OTTUMWA SAVING BANK | PO Box 516 | Ottumwa | IA | 52501-0516 | XXXXX751 | Depository | $655.62 |
| 82 | SOUTHERN COMMUNITY BANK | 1950 Old Fort Pkwy | Murfreesboro | TN | 37129 | XXXXX604 | Depository | $707.68 |
| 27 | STEARNS BANK | 4191 2nd St S | St. Cloud | MN | 56301 | XXXXX0524 | Depository | $701.99 |
| 214 | SUNFLOWER BANK | 1902 Vine St | Hays | KS | 67601 | XXXXX1332 | Depository | $500.00 |

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

## Schedule A/B, Part 1, #3

Checking Account Balances as of February 28, 2017

| Store No. | Bank Name | Bank Address | Bank City | Bank State | Bank Zip | Acct. No. | Type | Account Balance |
|---|---|---|---|---|---|---|---|---|
| 219 | SUNTRUST BANK | 2006 S Hawthorne Rd | Winston-Salem | NC | 27103 | XXXXX7216 | Depository | $583.99 |
| 226 | TCF BANK | 2989 White Bear Ave N | Saint Paul | MN | 55109 | XXXXX0548 | Depository | $885.48 |
| 179 | TEXAS BANK & TRUST | 3622 McCann Rd | Longview | TX | 75605 | XXXXX230 | Depository | $700.93 |
| 116 | THE UNION BANK CO | 3211 Elida Rd | Lima | OH | 45805 | XXXXX4189 | Depository | $768.86 |
| 202 | TOWN & COUNTRY BANK | 3601 Wabash Ave | Springfield | IL | 62711 | XXXXX294 | Depository | $764.00 |
| 164 | UMB BANK | 710 Citadel Dr E | Colorado Springs | CO | 80909 | XXXXX4086 | Depository | $717.00 |
| 251 | UMB BANK | 2375 S 9th St | Salina | KS | 67401 | XXXXX8920 | Depository | $856.64 |
| 5 | UNION STATE BANK | 4530 17th Ave S, PO Box 9399 | Fargo | ND | 58106-9399 | XXXXX0005 | Depository | $821.99 |
| 183 | UNITED BANK | 234 Grand Central Mall | Vienna | WV | 26105 | XXXXX2898 | Depository | $935.02 |
| 184 | UNITED BANK | 176 Holland Ave | Westover | WV | 26501 | XXXXX2437 | Depository | $511.76 |
| 4 | US BANK | 423 E Bismarck Expy | Bismarck | ND | 58504 | XXXXX1447 | Depository | $641.95 |
| 12 | US BANK | 312 Raintree Rd | Mankato | MN | 56001 | XXXXX0837 | Depository | $983.10 |
| 13 | US BANK | 6376 N Government Way | Coeur D'Alene | ID | 83815 | XXXXX8482 | Depository | $700.31 |
| 18 | US BANK | 2200 N Maple Ave | Rapid City | SD | 57701 | XXXXX0617 | Depository | $1,034.49 |
| 36 | US BANK | 1700 10th Ave S | Great Falls | MT | 59405 | XXXXX0310 | Depository | $651.01 |
| 46 | US BANK | 2732 Milton Ave | Janesville | WI | 53545 | XXXXX9962 | Depository | $708.19 |
| 54 | US BANK | 18781 E 39th St S | Independence | MO | 64057 | XXXXX3473 | Depository | $739.34 |
| 67 | US BANK | 702 E 27th St | Scottsbluff | NE | 69361 | XXXXX0291 | Depository | $496.92 |
| 104 | US BANK | 4640 Golf Rd | Eau Claire | WI | 54701 | XXXXX7945 | Depository | $703.60 |
| 124 | US BANK | 11751 Princeton Pike | Cincinnati | OH | 45246 | XXXXX2779 | Depository | $530.97 |
| 126 | US BANK | 2801 Brooks St | Missoula | MT | 59801 | XXXXX5797 | Depository | $622.49 |
| 131 | US BANK | 222 Washington St | Cedar Falls | IA | 50613 | XXXXX0440 | Depository | $609.75 |
| 133 | US BANK | 2615 Grand Ave | Ames | IA | 50010 | XXXXX06 | Depository | $628.33 |
| 138 | US BANK | 435 John F Kennedy Rd | Dubuque | IA | 52002 | XXXXX2986 | Depository | $805.80 |
| 141 | US BANK | 6701 N Illinois St | Fairview Heights | IL | 62208 | XXXXX1348 | Depository | $527.51 |
| 143 | US BANK | 7200 Harrison Ave #C | Rockford | IL | 61112 | XXXXX1223 | Depository | $597.22 |
| 207 | US BANK | 2005 N Moorland Rd | Brookfield | WI | 53005 | XXXXX1611 | Depository | $499.16 |
| 221 | US BANK | 3410 S 143rd Plz | Omaha | NE | 68144 | XXXXX8320 | Depository | $525.68 |
| 235 | US BANK | 110 S County Center Way | St. Louis | MI | 63129 | XXXXX3192 | Depository | $798.54 |
| 236 | US BANK | 105 N Range Line Rd | Joplin | MO | 64801 | XXXXX7486 | Depository | $684.71 |
| 130 | VERIDIAN CREDIT UNION | 1422 Flammang Dr | Waterloo | IA | 50702 | XXXXX2508 | Depository | $950.03 |
| 74 | WASHINGTON FEDERAL BANK | Boise Town Square, 421 N Cole Rd | Boise | ID | 83704 | XXXXX0445 | Depository | $1,933.82 |
| Corporate | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX0258 | Operating | $1,970,854.40 |
| Corporate | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX6968 | Disbursement | $0.00 |
| Corporate | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX4458 | Depository/Restricted | $23,346.75 |
| Corporate | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX0823 | Payroll/Checking | $0.00 |
| 2 | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX1899 | Depository/Restricted | $0.00 |
| 19 | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX1003 | Depository/Restricted | $0.00 |
| 22 | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX1029 | Depository/Restricted | $0.00 |
| 28 | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX1037 | Depository/Restricted | $0.00 |
| 32 | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX1045 | Depository/Restricted | $0.00 |
| 60 | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX6377 | Depository/Restricted | $0.00 |
| 65 | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX1060 | Depository/Restricted | $0.00 |

3

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

### Schedule A/B, Part 1, #3
Checking Account Balances as of February 28, 2017

| Store No. | Bank Name | Bank Address | Bank City | Bank State | Bank Zip | Acct. No. | Type | Account Balance |
|---|---|---|---|---|---|---|---|---|
| 66 | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX1078 | Depository/Restricted | $0.00 |
| 68 | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX1086 | Depository/Restricted | $0.00 |
| 70 | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX1094 | Depository/Restricted | $0.00 |
| 78 | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX1580 | Depository/Restricted | $0.00 |
| 87 | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX1169 | Depository/Restricted | $0.00 |
| 88 | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX1177 | Depository/Restricted | $0.00 |
| 98 | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX1429 | Depository/Restricted | $0.00 |
| 108 | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX5899 | Depository/Restricted | $0.00 |
| 122 | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX4722 | Depository/Restricted | $0.00 |
| 132 | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX1185 | Depository/Restricted | $0.00 |
| 165 | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX4601 | Depository/Restricted | $0.00 |
| 167 | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX3207 | Depository/Restricted | $0.00 |
| 173 | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX1201 | Depository/Restricted | $0.00 |
| 177 | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX5259 | Depository/Restricted | $0.00 |
| 212 | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX1227 | Depository/Restricted | $0.00 |
| 213 | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX4529 | Depository/Restricted | $0.00 |
| 220 | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX0438 | Depository/Restricted | $0.00 |
| 245 | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX1243 | Depository/Restricted | $0.00 |
| 297 | WELLS FARGO BANK | 406 Main Ave | Fargo | ND | 58123 | XXXXX6815 | Depository/Restricted | $0.00 |
| 76 | WHEATLAND BANK | Spokane Valley Mall, 14732 E Indiana Ave | Spokane | WA | 99216 | XXXXX1450 | Depository | $686.44 |

**TOTAL**                                                    **$2,099,753.48**

4

VANITY SHOP OF GRAND FORKS, INC.
Case No. 17-30112

Schedule A/B, Part 10, #60
Trademarks

| WCK File No. | Mark | Goods/Services | Serial No. | Filing Date | Registration No. | Registration Date | Status |
|---|---|---|---|---|---|---|---|
| V97.22-0017 |  | **International Class 025:** juniors' apparel, namely dresses, coats, jackets, tops, knit tops, sweaters, pants, jeans, shorts, skirts, swimwear, hosiery, undergarments, scarves, hats, belts, boots, capris, flip flops, gloves, head wraps, leggings, miniskirts, mittens, sandals, shoes, slacks, t-shirts, outerwear, namely, jackets and coats, vests **International Class 035:** Retail store and online retail store services featuring women's and juniors' apparel and accessories, namely, coats, jackets, boots, jeans, shorts, scarves, hats, gloves, mittens, leggings, boots, sandals, headbands, belts, pants, slacks, tops, shirts, t-shirts, hooded sweatshirts, vests, sweaters, dresses, skirts, shorts, flip flops, tote bags, purses, wallets, jewelry, sunglasses, jeggings, tights, hair accessories, cosmetics, perfume and candles; providing incentive award programs for customers through issuance and processing of loyalty points for on-line purchase of goods in the nature of clothing, footwear, jewelry, perfume, sunglasses, purses and bags | 86/270,099 | 5/2/2014 | | | Abandoned |
| V97.22-0016 |  | **International Class 025:** juniors' apparel, namely dresses, coats, jackets, tops, knit tops, sweaters, pants, jeans, shorts, skirts, swimwear, hosiery, undergarments, scarves, hats, belts, boots, capris, flip flops, gloves, head wraps, leggings, miniskirts, mittens, sandals, shoes, slacks, t-shirts, outerwear, namely, jackets and coats, vests **International Class 035:** Retail store and online retail store services featuring women's and juniors' apparel and accessories, namely, coats, jackets, boots, jeans, shorts, scarves, hats, gloves, mittens, leggings, boots, sandals, headbands, belts, pants, slacks, tops, shirts, t-shirts, hooded sweatshirts, vests, sweaters, dresses, skirts, shorts, flip flops, tote bags, purses, wallets, jewelry, sunglasses, jeggings, tights, hair accessories, cosmetics, perfume and candles; providing incentive award programs for customers through issuance and processing of loyalty points for on-line purchase of goods in the nature of clothing, footwear, jewelry, perfume, sunglasses, purses and bags | 86/270,093 | 5/2/2014 | **4,973,696** | 6/7/2016 | Registered - Affidavit of Use due June 7, 2022 |

Page 1

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

**Schedule A/B, Part 10, #60**

Trademarks

| WCK File No. | Mark | Goods/Services | Serial No. | Filing Date | Registration No. | Registration Date | Status |
|---|---|---|---|---|---|---|---|
| V97.22-0015 |  | **International Class 025:** juniors' apparel, namely dresses, coats, jackets, tops, knit tops, sweaters, pants, jeans, shorts, skirts, swimwear, hosiery, undergarments, scarves, hats, belts, boots, capris, flip flops, gloves, head wraps, leggings, miniskirts, mittens, sandals, shoes, slacks, t-shirts, outerwear, namely, jackets and coats, vests **International Class 035:** Retail store and online retail store services featuring women's and juniors' apparel and accessories, namely, coats, jackets, boots, jeans, shorts, scarves, hats, gloves, mittens, leggings, boots, sandals, headbands, belts, pants, slacks, tops, shirts, t-shirts, hooded sweatshirts, vests, sweaters, dresses, skirts, shorts, flip flops, tote bags, purses, wallets, jewelry, sunglasses, jeggings, tights, hair accessories, cosmetics, perfume and candles; providing incentive award programs for customers through issuance and processing of loyalty points for on-line purchase of goods in the nature of clothing, footwear, jewelry, perfume, sunglasses, purses and bags | 86/270,083 | 5/2/2014 | | | Abandoned |
| V97.22-0013 |  | **International Class 025:** juniors' apparel, namely dresses, coats, jackets, tops, knit tops, sweaters, pants, jeans, shorts, skirts, swimwear, hosiery, undergarments, scarves, hats, belts, boots, capris, flip flops, gloves, head wraps, leggings, miniskirts, mittens, sandals, shoes, slacks, t-shirts, outerwear, namely, jackets and coats, vests **International Class 035:** Retail store and online retail store services featuring women's and juniors' apparel and accessories, namely, coats, jackets, boots, jeans, shorts, scarves, hats, gloves, mittens, leggings, boots, sandals, headbands, belts, pants, slacks, tops, shirts, t-shirts, hooded sweatshirts, vests, sweaters, dresses, skirts, shorts, flip flops, tote bags, purses, wallets, jewelry, sunglasses, jeggings, tights, hair accessories, cosmetics, perfume and candles; providing incentive award programs for customers through issuance and processing of loyalty points for on-line purchase of goods in the nature of clothing, footwear, jewelry, perfume, sunglasses, purses and bags | 86/270,077 | 5/2/2014 | **4,973,695** | 6/7/2016 | Registered - Affidavit of Use due June 7, 2022 |

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

## Schedule A/B, Part 10, #60

Trademarks

| WCK File No. | Mark | Goods/Services | Serial No. | Filing Date | Registration No. | Registration Date | Status |
|---|---|---|---|---|---|---|---|
| V097.6029US1 | VANITY.COM | **International Class 035:** Online retail store services featuring coats, jackets, boots, jeans, shorts, dress shorts, scarves, hats, gloves, mittens, hats, leggings, robes, boots, slippers, sandals, headbands, belts, pants, dress pants, slacks, dress crops, tops, knit tops, woven tops, shirts, t-shirts, hooded sweatshirts, vests, sweaters, blazers, dresses, skirts, shoes, flip flops, tote bags, purses, wallets, jewelry, perfume, sunglasses, jeggings, tights, and socks | 86/291,247 | 5/24/2014 | **4,865,304** | 12/8/2015 | Registered - Affidavit of Use due December 8, 2021 |
| V097.6030US1 | VANITY.COM | **International Class 041:** On-line journals, namely, blogs featuring cosmetic procedures and surgery related content | 77/558,364 | 8/28/2008 | 3,720,766 | 12/8/2009 | Abandoned |
| **CLASS 035** | | | | | | | |
| V097.6041US1 | FASHIONLINK | **International Class 035:** Retail clothing store services | 85/250,961 | 2/24/2011 | 4,226,537 | 10/16/2012 | Registered - Affidavit of Use Due October 16, 2018 |
| V097.6042US1 | FASHIONLINK | **International Class 035:** Online retail store services featuring coats, jackets, boots, jeans, shorts, scarves, hats, gloves, mittens, leggings, boots, sandals, headbands, belts, pants, slacks, tops, shirts, t-shirts, hooded sweatshirts, vests, sweaters, dresses, skirts, shoes, flip flops, tote bags, purses, wallets, jewelry, perfume, sunglasses, jeggings, and tights; providing incentive award programs for customers through issuance and processing of loyalty points for on-line purchase of goods in the nature of clothing, footwear, jewelry, perfume, sunglasses, purses and bags. | 85/701,091 | 8/10/2012 | 4,360,259 | 7/2/2013 | Registered - Affidavit of Use Due July 2, 2019 |
| V097.6034US1 |  | **International Class 025:** Jeans | 85/615,024 | 5/2/2012 | 4,340,168 | 5/21/2013 | Supplemental Registration - Amend to Principal June 26, 2017 |

Schedule A/B, Part 10, #60

VANITY SHOP OF GRAND FORKS, INC.
Case No. 17-30112

Trademarks

| WCK File No. | Mark | Goods/Services | Serial No. | Filing Date | Registration No. | Registration Date | Status |
|---|---|---|---|---|---|---|---|
| V097.6043US1 |  | **International Class 025:** Jeans | 85/615,002 | 5/2/2012 | 4,340,167 | 5/21/2013 | Registered on Supplemental Register - Amend to Principal on June 26, 2017 |
| **CLASS 025** | | | | | | | |
| V097.6035US1 | STYLE THAT WORKS | **International Class 025:** Blazers; tops; sweaters; cardigans; pants; skirts; shorts | 85/975,239 | 5/25/2010 | 3,995,304 | 7/12/2011 | Registered - Affidavit of Use Due July 12, 2017 |
| V097.6036US1 | STYLE THAT WORKS | **International Class 025:** shirts; dresses | 85/047,088 | 5/25/2010 | 4,106,242 | 2/28/2012 | Registered - Affidavit of Use Due February 28, 2018 |
| **CLASS 035** | | | | | | | |
| V097.6038US1 | STYLE THAT WORKS | **International Class 035:** Online retail store services featuring dress pants, skirts, dress crops, dress shorts, dress shorts, blazers, vests, knit tops, woven tops, sweaters, dresses and shoes | 85/430,138 | 9/23/2011 | 4,146,248 | 5/22/2012 | Registered - Affidavit of Use Due July 12, 2017 |
| V097.6037US1 | STYLE THAT WORKS | **International Class 035:** Retail store services featuring dress pants, skirts, dress crops, dress shorts, blazers, vests, knit tops, woven tops, sweaters, dresses and shoes | 85/430,133 | 9/23/2011 | 4,146,246 | 5/22/2012 | Registered - Affidavit of Use Due May 22, 2018 |
| V097.6033US1 |  | **International Class 035:** On-line retail store services featuring coats, jackets, boots, jeans, shorts, scarves, hats, gloves, mittens, leggings, robes, boots, slippers, sandals, headbands, belts, pants, slacks, tops, shirts, t-shirts, hooded sweatshirts, vests, sweaters, dresses, skirts, shoes, flip flops, tote bags, purses, wallets, jewelry, perfume, sunglasses, jeggings, and tights. | 85/202,732 | 12/21/2010 | 4,005,713 | 8/2/2011 | Registered - Affidavit of Use Due August 2, 2017 |
| **CLASS 035** | | | | | | | |
| V097.6032US1 | EVANITY.COM | **International Class 035:** On-line retail store services featuring coats, jackets, boots, jeans, shorts, scarves, hats, gloves, mittens, swimwear, leggings, boots, sandals, headbands and belts | 77/517,343 | 7/8/2008 | 3,755,533 | 3/2/2010 | Abandoned |

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

**Schedule A/B, Part 10, #60**
Trademarks

| WCK File No. | Mark | Goods/Services | Serial No. | Filing Date | Registration No. | Registration Date | Status |
|---|---|---|---|---|---|---|---|
| V097.6031US1 | EVANITY.COM | **International Class 035:** On-line retail store services featuring pants, slacks, tops, shirts, t-shirts, hooded sweatshirts, vests, sweaters, dresses, skirts, shoes, flip flops, tote bags, purses, wallets, jewelry, perfume and sunglasses | 77/515,824 | 7/7/2008 | 3,704,175 | 11/3/2009 | Abandoned |
| **CLASS 035** | | | | | | | |
| V097.6045US1 | FASHIONTHATFITS | **International Class 035:** Online retail store services featuring perfume | 85/104,841 | 8/11/2010 | 4,136,223 | 5/1/2012 | Registered - Affidavit of Use Due May 1, 2018 |
| V097.6039US1 | FASHIONTHATFITS | **International Class 035:** On-line retail store services featuring coats, jackets, boots, jeans, shorts, scarves, hats, gloves, mittens, leggings, boots, sandals, headbands, belts, pants, slacks, tops, shirts, T-shirts, hooded sweatshirts, vests, sweaters, dresses, skirts, shoes, flip flops, tote bags, purses, wallets and jewelry | 85/975,357 | 8/11/2010 | 4,004,007 | 7/26/2011 | Abandoned |
| V097.6040US1 | FASHIONTHATFITS | **International Class 035:** Retail clothing store services | 78/638,896 | 5/27/2005 | 3,153,310 | 10/10/2006 | Abandoned |
| **CLASS 035** | | | | | | | |
| V097.6025US1 |  | **International Class 035:** Retail clothing store services featuring candles | 77/724,529 | 4/28/2009 | 3,770,254 | 4/6/2010 | Abandoned |
| V097.6024US1 |  | **International Class 035:** Retail clothing store services featuring barrettes, hair clips, hair elastics, and hair ties | 77/724,525 | 4/28/2009 | 3,770,253 | 4/6/2010 | Abandoned |

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

**Schedule A/B, Part 10, #60**

Trademarks

| WCK File No. | Mark | Goods/Services | Serial No. | Filing Date | Registration No. | Registration Date | Status |
|---|---|---|---|---|---|---|---|
| V097.6023US1 | *Vanity* | **International Class 035:** Retail clothing store services featuring sunglasses | 77/724,522 | 4/28/2009 | 3,770,252 | 4/6/2010 | Abandoned |
| V097.6022US1 | *Vanity* | **International Class 035:** Retail store services featuring purses, tote bags, and wallets | 77/724,517 | 4/28/2009 | 3,770,251 | 4/6/2010 | Abandoned |
| V097.6021US1 | *Vanity* | **International Class 035:** Retail store services featuring body butter, body glimmer, body sprays, fragrances for personal use, lip gloss, and nail polish | 77/724,502 | 4/28/2009 | 3,770,250 | 4/6/2010 | Abandoned |
| V097.6014US1 | *Vanity* | **International Class 035:** Retail store services featuring jewelry | 77/724,475 | 4/28/2009 | 3,770,249 | 4/6/2010 | Abandoned |
| V097.6013US1 | *Vanity* | **International Class 004:** Candles | 77/686,045 | 3/8/2009 | 3,717,917 | 12/1/2009 | Abandoned |

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

Schedule A/B, Part 10, #60

Trademarks

| WCK File No. | Mark | Goods/Services | Serial No. | Filing Date | Registration No. | Registration Date | Status |
|---|---|---|---|---|---|---|---|
| V097.6009US1 |  | **International Class 026:** Barrettes; hair clips; elastics; hair ties | 77/681,625 | 3/2/2009 | 3,721,293 | 12/8/2009 | Abandoned |
| V097.6008US1 |  | **International Class 018:** Purses; wallets | 77/681,574 | 3/2/2009 | 3,770,041 | 4/6/2010 | Abandoned |
| V097.6011US1 |  | **International Class 014:** Jewelry | 77/681,550 | 3/2/2009 | 3,721,292 | 12/8/2009 | Abandoned |
| V097.6010US1 |  | **International Class 009:** Sunglasses | 77/681,528 | 3/2/2009 | 3,721,291 | 12/8/2009 | Abandoned |
| V097.6016US1 |  | **International Class 003:** Body butter; body glitter; body sprays; fragrances for personal use; lip gloss | 77/681,508 | 3/2/2009 | 3,776,890 | 4/20/2010 | Abandoned |

Case 17-30112    Doc 160    Filed 03/27/17    Entered 03/27/17 19:15:28    Desc Main
Document      Page 38 of 279

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

Trademarks

| WCK File No. | Mark | Goods/Services | Serial No. | Filing Date | Registration No. | Registration Date | Status |
|---|---|---|---|---|---|---|---|
| **CLASS 035** | | | | | | | |
| V097.6002US1 | VANITY | **International Class 035:** Retail store services featuring barrettes, hair clips, hair ties and hair elastics | 77/590,943 | 10/11/2008 | 3,691,530 | 10/6/2009 | Registered - Renewal Due October 6, 2019 |
| V097.6046US1 | VANITY | **International Class 035:** Retail store services featuring purses, tote bags and wallets | 77/590,942 | 10/11/2008 | 3,700,990 | 10/27/2009 | Registered - Renewal Due October 27, 2019 |
| V097.6028US1 | VANITY | **International Class 035:** Retail clothing store services featuring sunglasses | 77/590,940 | 10/11/2008 | 3,691,529 | 10/6/2009 | Registered - Renewal Due October 6, 2019 |
| V097.6027US1 | VANITY | **International Class 035:** Retail clothing store services featuring jewelry | 77/580,371 | 9/26/2008 | 3,691,496 | 10/6/2009 | Registered - Renewal Due October 6, 2019 |
| V097.6017US1 | VANITY | **International Class 035:** Retail store services featuring belts, boots, capris, coats, dresses, flip flops, gloves, hats, headbands, head wraps, hooded sweatshirts, jackets, jeans, knit tops, leggings, miniskirts, mittens, pants, sandals, scarves, shirts, shoes, shorts, skirts, slacks, sweaters, swimwear, tops, t-shirts, and vests | 77/590,941 | 10/11/2008 | 3,717,553 | 12/1/2009 | Registered - Renewal Due December 1, 2019 |
| V097.6007US1 | VANITY | **International Class 035:** Retail store services featuring body butter, body lotion, body sprays, body glimmer, lip gloss, fragrances for personal use, and nail polish | 77/590,939 | 10/11/2008 | 3,720,827 | 12/8/2009 | Abandoned |
| V097.6026US1 | VANITY | **International Class 035:** Retail clothing store services featuring candles | 77/591,109 | 10/13/2009 | 3,691,531 | 10/6/2009 | Registered - Renewal Due October 6, 2019 |
| **CLASS 025** | | | | | | | |
| V097.6004US1 | VANITY | **International Class 025:** womens and juniors clothing, namely dresses, coats, jackets, tops, knit tops, sweaters, pants janes, shorts, shirts, swimwear, hosiery, scarves and hats | 74/073,656 | 6/28/1990 | 1,800,825 | 10/26/1993 | Registered - Renewal Due October 26, 2023 |

VANITY SHOP OF GRAND FORKS, INC.
Case No. 17-30112

Schedule A/B, Part 10, #60

Trademarks

| WCK File No. | Mark | Goods/Services | Serial No. | Filing Date | Registration No. | Registration Date | Status |
|---|---|---|---|---|---|---|---|
| V097.6015US1 | VANITY | **International Class 025:** Belts, boots, capris, flip flops, gloves, head wraps, hooded sweatershirts, leggings, miniskirts, mittens, sandals, shorts, shoes, slacks, T-shirts, outerwear, namely, vests | 77/612,581 | 11/12/2008 | 3,717,668 | 12/1/2009 | Registered - Renewal Due December 1, 2019 |
| V097.6020US1 | VANITY | **International Class 014:** Jewelry | 77/585,467 | 10/3/2008 | 3,691,515 | 10/6/2009 | Registered - Renewal Due October 6, 2019 |
| V097.6012US1 | VANITY | **International Class 018:** Purses; wallets | 77/612,562 | 11/12/2008 | 3,701,029 | 10/27/2009 | Registered - Renewal Due October 27, 2019 |
| V097.6001US1 | VANITY | **International Class 009:** Sunglasses | 77/612,544 | 11/12/2008 | 3,717,667 | 12/1/2009 | Registered - Renewal Due December 1, 2019 |
| V097.6000US1 | VANITY | **International Class 004:** Candles | 77/612,541 | 11/12/2008 | 3,691,603 | 10/6/2009 | Abandoned |
| V097.6018US1 | VANITY | **International Class 003:** Body butter; body glitter; body sprays; fragrances for personal use; lip gloss | 77/612,536 | 11/12/2008 | 3,720,990 | 12/8/2009 | Abandoned |
| V097.6019US1 | VANITY | **International Class 026:** Hair ties; hair elastics | 77/610,371 | 11/7/2008 | 3,691,596 | 10/6/2009 | Registered - Renewal Due October 6, 2019 |
| V097.6044US1 | VANITY | **International Class 042:** retail store serrvices in the field of clothing | 74/063,690 | 5/29/1990 | 1,780,669 | 7/6/1993 | Registered - Renewal Due July 6, 2023 |
| V097.6006US1 | Vanity | **International Class 025:** womens and junior clothing, namely, dresses, coats, jackets, tops, knit tops, sweaters, pants, jeans, shorts, skirts, swimwear, hosiery, scarves, and hats | 74/447,796 | 10/18/1993 | 1,891,144 | 4/25/1995 | Abandoned |

VANITY SHOP OF GRAND FORKS, INC.
Case No. 17-30112

Schedule A/B, Part 10, #60

Trademarks

| WCK File No. | Mark | Goods/Services | Serial No. | Filing Date | Registration No. | Registration Date | Status |
|---|---|---|---|---|---|---|---|
| V097.6003US1 |  | **International Class 042:** Retail clothing store services | 74/447,684 | 10/18/1993 | 1,851,806 | 8/30/1994 | Abandoned |
| V97.22-0011 | SPOTLIKE | **International Class 035:** Employment hiring, recruiting, palcement, staffing and career networking services | 86/237,139 | 3/31/2014 | | | Abandoned |
| V97.22-0012 | FLEUR DE V | **International Class 025:** Women's and juniors' apparel, namely dresses, coats, jackets, tops, knit tops, sweaters, pants, jeans, shorts, skirts, swimwear, hosiery, undergarments, scarves, hats, belts, boots, capris, flip flops, gloves, head wraps, leggings, miniskirts, mittens, sandals, shoes, slacks, t-shirts, outerwear, vests **International Class 035:** Retail store and online retail store services featuring women's and juniors' apparel and accessories, namely, coats, jackets, boots, jeans, shorts, scarves, hats, gloves, mittens, leggings, boots, sandals, headbands, belts, pants, slacks, tops, shirts, t-shirts, hooded sweatshirts, vests, sweaters, dresses, skirts, shores, flip flops, tote bags, purses, wallets, jewelry, sunglasses, jeggings, tights, hair accessories, cosmetics, perfume and candles; providing incentive award programs for customers through issuance and processing of loyalty points for on-line purchase of goods in the nature of clothing, footwear, jewelry, | 86/270,069 | 5/2/2014 | | | Abandoned |
| V097.6048US1 | SUPER BORED | **International Class 035:** Online and retail store services featuring women's and junior's clothing and accessories. | 86/837,229 | 12/2/2015 | 5,047,037 | 9/30/2016 | Registered - Affidavit of Use due September 20, 2022 |
| V097.6053US1 | LIV & PIPER | **International Class 025:** Clothing, namely, lounge wear and sleepwear. | 87/022,814 | 5/3/2016 | | | Pending - Statement of Use Accepted |
| V097.6054US1 | DELVE BLU | **International Class 035:** Retail store and online retail store services featuring women's and juniors' apparel and accessories, namely, coats, jackets, boots, jeans, shorts, scarves, hats, gloves, mittens, leggings, boots, sandals, headbands, belts, pants, slacks, tops, shirts, t-shirts, hooded sweatshirts, vests, sweaters, dresses, skirts, shorts, flip flops, tote bags, purses, wallets, jewelry, sunglasses, jeggings, tights, hair accessories, cosmetics, perfume and candles; providing incentive award programs for customers through issuance and processing of loyalty points for on-line purchase of goods in the nature of clothing, footwear, jewelry, perfume, sunglasses, purses and bags. | 87/250,657 | 11/29/2016 | | | Pending |

VANITY SHOP OF GRAND FORKS, INC.
Case No. 17-30112

Schedule A/B, Part 10, #60

Trademarks

| WCK File No. | Mark | Goods/Services | Serial No. | Filing Date | Registration No. | Registration Date | Status |
|---|---|---|---|---|---|---|---|
| V097.6055US1 | DARE TO DELVE | **International Class 035:** Retail store and online retail store services featuring women's and juniors' apparel and accessories, namely, coats, jackets, boots, jeans, shorts, scarves, hats, gloves, mittens, leggings, boots, sandals, headbands, belts, pants, slacks, tops, shirts, t-shirts, hooded sweatshirts, vests, sweaters, dresses, skirts, shorts, flip flops, tote bags, purses, wallets, jewelry, sunglasses, jeggings, tights, hair accessories, cosmetics, perfume and candles; providing incentive award programs for customers through issuance and processing of loyalty points for on-line purchase of goods in the nature of clothing, footwear, jewelry, perfume, sunglasses, purses and bags. | 87/250,673 | 11/29/2016 | | | Pending |

**Fill in this information to identify the case:**

Debtor name   **Vanity Shop of Grand Forks, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NORTH DAKOTA

Case number (if known)   **17-30112**

☐ Check if this is an
  amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A <br> **Amount of claim** <br> Do not deduct the value of collateral. | Column B <br> **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  T G C, L.P.** <br> Creditor's Name <br><br> **PO Box 80284** <br> **Billings, MT 59108** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien <br> **Second position blanket lien on Debtor's assets and accounts.** <br><br><br> Describe the lien <br> **Non-Purchase Money Security** <br> **Is the creditor an insider or related party?** <br> ☐ No <br> ☑ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> As of the petition filing date, the claim is: <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$5,248,777.43** | **Unknown** |
| **2.2  Wells Fargo Bank National Association** <br> Creditor's Name <br><br> **One Boston Place** <br> **Boston, MA 02108** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** <br><br> **Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien <br> **First position blanket lien on Debtor's assets and accounts.** <br><br><br> Describe the lien <br> **Non-Purchase Money Security** <br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> As of the petition filing date, the claim is: <br> Check all that apply | **$4,323,760.74** | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if know) | **17-30112** |
|---|---|---|---|
| | Name | | |

■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$9,572,538.17**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Brad A. Sinclair**<br>**KALER DOELING, PLLP**<br>**3429 Interstate Boulevard South**<br>**P. O. Box 9231**<br>**Fargo, ND 58106-9231** | Line  **2.1** | |
| **Brent E. Shay**<br>**Wells Fargo Capital Finance**<br>**1 Boston Place**<br>**Suite 1900**<br>**Boston, MA 02108** | Line  **2.2** | |
| **Donald E. Rothman**<br>**Riemer Braunstein LLP**<br>**Three Center Plaza, Suite 600**<br>**Boston, MA 02108** | Line  **2.2** | |

---

**Fill in this information to identify the case:**

Debtor name        **Vanity Shop of Grand Forks, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known)    **17-30112**

☐ Check if this is an
amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**\*EMPLOYEES<br>SEE ATTACHMENT:<br>SCHEDULE E - EMPLOYEES** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**These names are provided for notice only; it is undetermined at this time if there will be any prepetition claims filed by any Employees.** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Adams County<br>313 W. Jefferson Street<br>Decatur, IN 46733** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll-Local Income/School Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    38829                    Best Case Bankruptcy

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address

**ALABAMA DEPARTMENT OF REVENUE**
**SALES AND USE TAX DIVISION**
**PO BOX 327710**
**MONTGOMERY, AL 36132-7710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4**

Priority creditor's name and mailing address

**ALISON LUNDERGAN GRIMES**
**SECRETARY OF STATE**
**PO BOX 1150**
**FRANKFORT, KY 40602-1150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5**

Priority creditor's name and mailing address

**Allen County**
**1 E Main Street**
**Suite 102**
**Fort Wayne, IN 46802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6**

Priority creditor's name and mailing address

**ALLEN COUNTY AUDITOR**
**PO BOX 1243**
**LIMA, OH 45802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Vanity Shop of Grand Forks, Inc.** | | Case number (if known) | **17-30112** |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**ARIZONA CORPORATION
COMMISSION
CORPORATIONS DIVISION
1300 WEST WASHINGTON
PHOENIX, AZ 85007-2929**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**RBOT (RETAIL BUSINESS OCCUPATION TAX)
TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**ARIZONA DEPARTMENT OF
REVENUE
ATTN: TRANSACTION PRIVILEGE
& USE TAX
PO BOX 29010
PHOENIX, AZ 85038-9010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**OH COMMERCIAL ACTIVITY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Arkansas Department of Finance &
Adminis
Ledbetter Building
1816 7th St, Rm 1380
Little Rock, AR 72201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**MERCHANT LICENSE**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Arkansas Department of
Workforce Service
PO Box 8007
Little Rock, AR 72203-8007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number *(if known)* | **17-30112** |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

**ARKANSAS SECRETARY OF STATE
BUSINESS & COMMERICAL SERVICES DIVISION
1401 WEST CAPITOL AVENUE
LITTLE ROCK, AR 72201-2937**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

**ASHLAND, CITY OF
DEPT OF FINAN/OCC LICENSE
PO BOX 1839
ASHLAND, KY 41105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

**ASHWAUBENON, VILLAGE OF
2155 HOLMGREN WAY
ASHWAUBENON, WI 54304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

**AUBURN HILLS, CITY OF
1827 N SQUIRREL ROAD
AUBURN HILLS, MI 48326**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Benton County
706 E. 5th Street
Fowler, IN 47944**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BENTON COUNTY TREASURER
5600 W CANAL DR, STE A
KENNEWICK, WA 99336**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Berkheimer
PO Box 25156
Lehigh Valley, PA 18002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BILLINGS, CITY OF
DEPT OF FINANCE
PO BOX 1178
BILLINGS, MT 59103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
| --- | --- | --- | --- |
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**2.19**

Priority creditor's name and mailing address

**BONNEVILLE COUNTY
TAX COLLECTOR
605 N CAPITAL AVE
IDAHO FALLS, ID 83402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00    $0.00**

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.20**

Priority creditor's name and mailing address

**BOONE COUNTY
TOM SCHAUWECKER, ASSESSOR
801 E WALNUT ST RM 143
COLUMBIA, MO 65201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00    $0.00**

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.21**

Priority creditor's name and mailing address

**BOONE COUNTY COLLECTOR
BRIAN MCCOLLUM
801 EAST WALNUT RM 118
COLUMBIA, MO 65201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00    $0.00**

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.22**

Priority creditor's name and mailing address

**Boone County Fiscal Court
2950 Washington Street
PO Box 960
Burlington, KY 41005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00    $0.00**

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Bowling Green, City of**
**PO Box 1410**
**Bowling Green, KY 42102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BOZEMAN , CITY OF**
**121 N ROUSE AVE**
**PO BOX 1230**
**BOZEMAN, MT 59771**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BROOKFIELD ASSESSOR, CITY**
**OF**
**2000 N CALHOUN RD**
**BROOKFIELD, WI 53005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BROWN COUNTY TREASURER**
**305 E WALNUT ST**
**PO BOX 23600**
**GREEN BAY, WI 54305**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.27**

Priority creditor's name and mailing address

**BUCHANAN COUNTY**
**PEGGY CAMPBELL, COLLECTOR**
**411 JULES ST SUITE 123**
**ST JOSEPH, MO 64501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.28**

Priority creditor's name and mailing address

**BUFFALO COUNTY TREASURER**
**JEAN A. SIDWELL, TREAS.**
**P.O. BOX 1270**
**KEARNEY, NE 68848**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.29**

Priority creditor's name and mailing address

**BUNCOMBE COUNTY TAX DEPT**
**94 COXE AVENUE**
**ASHEVILLE, NC 28801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX-CAPITAL LEASE**
**PROP**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.30**

Priority creditor's name and mailing address

**BUTTE-SILVER BOW**
**TREASURER**
**PO BOX 611**
**BUTTE, MT 59703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Payroll-State Income Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number *(if known)* | **17-30112** |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**CACHE COUNTY ASSESSOR
179 NORTH MAIN
SUITE 205
LOGAN, UT 84321**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Carroll County
114 E. Main Street Suite C
PO Box 175
Delphi, IN 46923**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**CASCADE COUNTY TREASURER
PO BOX 2549
GREAT FALLS, MT 59403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**CHARTER TOWNSHIP
OF PORTAGE TREASURER
47240 GREEN ACRES ROAD
HOUGHTON, MI 49931**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | | Case number (if known) | 17-30112 |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**CHARTER TOWNSHIP OF FLINT**
**LISA ANDERSON, TREASURER**
**1490 S DYE ROAD**
**FLINT, MI 48532**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **PERSONAL PROPERTY TAX** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**CITY OF CHUBBUCK**
**P.O. BOX 5604**
**5160 YELLOWSTONE AVENUE**
**CHUBBOCK, ID 83202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **BUSINESS LICENSE** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**CITY OF DAYTON**
**PO BOX 643700**
**CINCINNATI, OH 45264**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **ANNUAL REPORT** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**City of Flint**
**1101 S Saginaw St**
**Flint, MI 48502**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll Tax (if any)** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CITY OF FLINT INCOME TAX DIVISION**
**PO BOX 529**
**EATON RAPIDS, MI 48827-0529**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CITY OF GARLAND**
**ALARM ENFORCEMENT CLERK**
**1891 FOREST LANE**
**GARLAND, TX 75042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL WASTE FEE**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Lawrence**
**9001 East 59th Street**
**Lawrence, IN 46216**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CITY OF LOGAN**
**BUSINESS LICENSING**
**290 NORTH 100 WEST**
**LOGAN, UT 84321**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Madison**
**101 W. Main St.**
**PO BOX 20**
**Madison, IN 47250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of McKeesport**
**500 Fifth Avenue**
**McKeesport, PA 15132**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Mentor**
**8500 Civic Center Boulevard**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Ontario**
**555 Stumbo Road**
**Ontario, OH 44906**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CITY OF SAGINAW INCOME TAX DIVISION**
**1315 S WASHINGTON AVE**
**SAGINAW, MI 48601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Springdale**
**11700 Springfield Pike**
**Springdale, OH 45246**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CITY OF ST PETERS**
**PO BOX 9**
**ONE ST PETERS CENTRE BLVD**
**ST PETERS, MO 63376**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of St. Clairsville**
**100 North Market St.**
**PO Box 537**
**St. Clairsville, OH 43950**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CITY OF ST. JOSEPH**
**1100 FREDERICK AVENUE**
**ST JOSEPH, MO 64501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CITY OF WESTOVER**
**500 DUPONT ROAD**
**WESTOVER, WV 26501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Zanesville**
**401 Market Street**
**City Hall - Rm 118**
**Zanesville, OH 43701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CLARKSVILLE, CITY OF**
**DEPT OF FINANCE & REVENUE**
**PO BOX 928**
**CLARKSVILLE, TN 37041**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number *(if known)* | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Clinton County**
**220 Courthouse Square**
**Frankfort, IN 46041**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**COLLECTOR OF REVENUE**
**LEAH BETTS**
**940 N BOONVILLE AVE**
**SPRINGFIELD, MO 65802**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**COLORADO DEPARTMENT OF**
**REVENUE**
**TAXATION DIVISION**
**DENVER, CO 80261-0013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**OCCUPATIONAL TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**COLORADO DEPARTMENT OF**
**STATE**
**BUSINESS & LICENSING**
**1700 BROADWAY, SUITE 200**
**DENVER, CO 80290**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**COLUMBIA, CITY OF**
**BUSINESS LICENSE DIVISION**
**PO BOX 6015**
**COLUMBIA, MO 65205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Commonwealth of Kentucky**
**Department of Revenue**
**Frankfort, KY 40620**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**COMPTROLLER OF MARYLAND**
**REVENUE ADMINISTRATION**
**DIVISION**
**PO BOX 17405**
**BALTIMORE, MD 21297-1405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**COMPTROLLER OF PUBLIC**
**ACCOUNTS**
**PO BOX 149355**
**AUSTIN, TX 78714-9355**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**MERCHANT LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**2.63** | Priority creditor's name and mailing address

**CORPORATE INCOME TAX**
**KANSAS**
**915 SW HARRISON ST**
**TOPEKA, KS 66612-1588**

As of the petition filing date, the claim is:     **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.64** | Priority creditor's name and mailing address

**CORPORATION INCOME TAX**
**PO BOX 919**
**LITTLE ROCK, AR 72203-0919**

As of the petition filing date, the claim is:     **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**MERCHANT LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.65** | Priority creditor's name and mailing address

**CORPORATION TAX RETURN**
**PROCESSING**
**IOWA DEPARTMENT OF**
**REVENUE**
**PO BOX 10468**
**DES MOINES, IA 50306-0468**

As of the petition filing date, the claim is:     **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.66** | Priority creditor's name and mailing address

**CORPORATIONS DIVISION**
**PO BOX 30702**
**LANSING, MI 48909**

As of the petition filing date, the claim is:     **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**County of Dubois**
**One Courthouse Square**
**Jasper, IN 47546**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CRAIGHEAD COUNTY**
**COLLECTOR**
**PO BOX 9276**
**JONESBORO, AR 72403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX-CAPITAL LEASE PROP**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**DALLAS COUNTY TAX OFFICE**
**PO BOX 139066**
**DALLAS, TX 75313**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**DAVIS COUNTY ASSESSOR**
**PO BOX 618**
**FARMINGTON, UT 84025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**DELAWARE COUNTY
TREASURER
100 W MAIN ST
ROOM 102
MUNCIE, IN 47305**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Department of Economic Security
Tax Accounting Section
390 N Robert St
St. Paul, MN 55101**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Department of Labor
Unemployment Insurance
PO Box 94600
Lincoln, NE 68509-4600**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Department of Labor &
Employment
Unemployment Insurance
Employer Services
PO Box 956
Denver, CO 80201-0956**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Department of Labor and Industries**
**Bankruptcy Collections Unit**
**PO Box 44171**
**Olympia, WA 98504-4171**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Worker's Compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Department of Licensing and Regulatory A**
**Unemployment Insurance Agency**
**3024 W Grand Blvd**
**Detroit, MI 48202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Division of Taxation**
**915 SW Harrison ST**
**Topeka, KS 66625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**DOUGLAS COUNTY TREASURER**
**PROPERTY TAX DIVISION**
**PO BOX 2855**
**OMAHA, NE 68103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**EAU CLAIRE COUNTY TREASURER**
**721 OXFORD AVE**
**EAU CLAIRE, WI 54703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Education and Workforce**
**Development Cabi**
**275 East Main Street**
**Frankfort, KY 40601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**ELLIS COUNTY TREASURER**
**PO BOX 520**
**HAYS, KS 67601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Employment Security Commission**
**of North**
**PO Box 25903**
**Raleigh, NC 27611-5903**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Employment Security Department** | *Check all that apply.* | | |
| | **PO Box 34729** | ☐ Contingent | | |
| | **Seattle, WA 98124-1729** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Payroll-SUI** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **FAIRVIEW HEIGHTS, CITY OF** | *Check all that apply.* | | |
| | **CITY CLERK'S OFFICE** | ☐ Contingent | | |
| | **10025 BUNKUM ROAD** | ☐ Unliquidated | | |
| | **FAIRVIEW HEIGHTS, IL 62208** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **ANNUAL REPORT** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Fayette Tax Collection District, Southwe** | *Check all that apply.* | | |
| | **One Centennial Way** | ☐ Contingent | | |
| | **Scottdale, PA 18013** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Payroll Tax (if any)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **FLORENCE, CITY OF** | *Check all that apply.* | | |
| | **PO BOX 1357** | ☐ Contingent | | |
| | **FLORENCE, KY 41022** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **SALES & USE TAX** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**FLORIDA DEPARTMENT OF REVENUE**
**5050 W TENNESSEE STREET**
**TALLAHASSEE, FL 32399-0120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**FOND DU LAC**
**CITY TREASURER**
**PO BOX 150**
**FOND DU LAC, WI 54936**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**FOND DU LAC**
**CITY TREASURER**
**PO BOX 150**
**FOND DU LAC, WI 54936**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**FORSYTH COUNTY TAX COLLECTOR**
**PO BOX 82**
**WINSTON SALEM, NC 27102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-State Income Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Fountain County**
**301 4th St**
**Covington, IN 47932**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**FRENCHTOWN TREASURER**
**2744 VIVIAN ROAD**
**MONROE, MI 48162**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**GALLATIN COUNTY TREASURER**
**311 W MAIN**
**RM 103**
**BOZEMAN, MT 59715**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**GARFIELD COUNTY TREASURER**
**KEVIN R. POSTIER**
**PO BOX 489**
**ENID, OK 73702**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**GARLAND COUNTY GOVT**
**REBECCA DODD-TALBERT**
**200 WOODBINE ST STE 108**
**HOT SPRINGS, AR 71901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX-CAPITAL LEASE PROP**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**GRAND JUNCTION, CITY OF**
**CUSTOMER SERVICE**
**DIVISION-SALES TAX**
**PO BOX 1809**
**GRAND JUNCTION, CO**
**81502-1809**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WA BUSINESS & OCCUPATION TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**GRANDVILLE, CITY OF**
**DEPT #200**
**P.O. BOX 2545**
**GRAND RAPIDS, MI 49501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Grant County**
**401 S Adams Street**
**Marion, IN 46953**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**GREAT FALLS, CITY OF**
**P.O. BOX 5021**
**GREAT FALLS, MT 59403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**GREELEY, CITY OF**
**PO BOX 1648**
**GREELEY, CO 80632**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Greene County**
**1 E Main St.**
**Bloomfield, IN 47424**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**GREGG APPRAISAL DISTRICT**
**4367 W LOOP 281**
**LONGVIEW, TX 75604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**GUILFORD COUNTY ASSESSOR**
**PO BOX 3138**
**GREENSBORO, NC 27402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-State Income Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**HALL COUNTY TREASURER**
**PEGGY L PESEK**
**121 S PINE, STE 2**
**GRAND ISLAND, NE 68801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Hendricks County**
**355 S Washington St**
**Mailbox 215**
**Danville, IN 46122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**HOWARD COUNTY TREASURER**
**220 N MAIN ST**
**ROOM 226**
**KOKOMO, IN 46901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Idaho Department of Labor**<br>**317 W. Main St**<br>**Boise, ID 83735** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll-SUI** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **IDAHO STATE TAX COMMISSION**<br>**PO BOX 83784**<br>**BOISE, ID 83707** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**BUSINESS LICENSE** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Idaho State Tax Commission**<br>**PO Box  76**<br>**Boise, ID 83707** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**PERSONAL PROPERTY TAX** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **IDAHO STATE TAX COMMISSION**<br>**PO BOX 36**<br>**BOISE, ID 83722-0410** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**WA BUSINESS & OCCUPATIONAL TAX** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.111** Priority creditor's name and mailing address

**Illinois Department of Employment Securi**
**PO Box 19300**
**Springfield, IL 62794-9300**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.112** Priority creditor's name and mailing address

**Illinois Department of Revenue**
**PO Box 19044**
**Springfield, IL 62794**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.113** Priority creditor's name and mailing address

**ILLINOIS DEPARTMENT OF**
**REVENUE**
**RETAILER'S OCCUPATION TAX**
**SPRINGFIELD, IL 06279-6001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.114** Priority creditor's name and mailing address

**ILLINOIS DEPARTMENT OF**
**REVENUE**
**PO BOX 19008**
**SPRINGFIELD, IL 62794-9008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **Vanity Shop of Grand Forks, Inc.** | | Case number (if known) | **17-30112** |
|---|---|---|---|---|
| | Name | | | |

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**INDEPENDENCE, CITY OF**
**LICENSE DIVISION**
**P.O. BOX 1019**
**INDEPENDENCE, MO 64051**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Indiana Department of Revenue**
**PO Box 6108**
**Indianapolis, IN 46206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**INDIANA DEPARTMENT OF**
**REVENUE**
**CONSOLIDATED SALES TAX**
**100 N SENATE AVENUE**
**INDIANAPOLIS, IN 46204-2253**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**INDIANA DEPARTMENT OF**
**REVENUE**
**PO BOX 7231**
**INDIANAPOLIS, IN 46207-7231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Indiana Department of Workforce Developm** **10 N Senate Ave** **RM SE003** **Indianapolis, IN 46204-2277** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Payroll-SUI** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service** **PO Box 37941** **Hartford, CT 06176-7941** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Payroll Tax (if any)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Iowa Department of Revenue** **PO Box 10411** **Des Moines, IA 50306** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **PERSONAL PROPERTY TAX** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **IOWA DEPARTMENT OF REVENUE** **PO BOX 10457** **DES MOINES, IA 50306** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **PERSONAL PROPERTY TAX** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**IOWA SECRETARY OF STATE**
**321 EAST 12TH ST**
**DES MOINES, IA 50319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Iowa Workforce Development**
**Unemployment**
**1000 E Grand Avenue**
**Des Moines, IA 50319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**JACKSON COUNTY COLLECTOR**
**PO BOX 219747**
**KANSAS CITY, MO 64121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jasper County**
**115 W Washington St**
**Rensselaer, IN 47978**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**JASPER COUNTY COLLECTOR**
**STEPHEN H HOLT**
**PO BOX 421**
**CARTHAGE, MO 64836**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jay County**
**120 Court Street**
**Portland, IN 47371**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**JEFFERSON COUNTY TAX**
**ASSESSOR COLLECTOR**
**PO BOX 2112**
**BEAUMONT, TX 77704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**JESSE WHITE SECRETARY OF**
**STATE**
**DEPARTMENT OF BUSINESS**
**SERVICES**
**501 S 2ND STREET**
**SPRINGFIELD, IL 62756-5510**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Job Service of North Dakota**
**PO Box 5507**
**Bismarck, ND 58506-5507**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Payroll-SUI** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**JOHNSON CITY, CITY OF**
**PO BOX 2150**
**JOHNSON CITY, TN 37605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Payroll-Local Income/School Taxes** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Johnson County**
**86 W. Court St.**
**Franklin, IN 46131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Payroll-Local Income/School Taxes** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**JOHNSON COUNTY TREASURER**
**PO BOX 6095**
**INDIANAPOLIS, IN 46207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Payroll-Local Income/School Taxes** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**JOPLIN, CITY OF**
**602 SOUTH MAIN ST**
**JOPLIN, MO 64801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)
☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Kansas Department of Labor**
**PO Box 400**
**Topeka, KS 66601-0400**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**KANSAS DEPARTMENT OF**
**REVENUE**
**DIVISION OF TAXATION**
**915 SW HARRISON ST**
**TOPEKA, KS 66612**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**KANSAS OFFICE OF THE**
**SECRETARY OF STATE**
**120 SW 10TH AVE**
**TOPEKA, KS 66612-1594**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number *(if known)* | **17-30112** |
|---|---|---|---|
| | Name | | |

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**KENTUCKY DEPARTMENT OF REVENUE**
**501 HIGH STREET**
**FRANKFORT, KY 40601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**KENTUCKY STATE TREASURER**
**KENTUCKY DEPT OF REVENUE**
**FRANKFORT, KY 40620**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**KOOTENAI COUNTY TREASURER**
**P.O. BOX 6700**
**COEUR D'ALENE, ID 83816**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**LA CROSSE CITY TREASURER**
**CITY OF LA CROSSE**
**400 LA CROSSE ST**
**LA CROSSE, WI 54601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Store # 251 PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Lake County**
**2293 N. Main Street**
**Bldg A, 2nd Floor**
**Crown Point, IN 46307**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**LANCASTER COUNTY TREAS.**
**ANDY STEBBING**
**555 SOUTH 10TH STREET**
**LINCOLN, NE 68508**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**LARAMIE COUNTY ASSESSOR**
**PO BOX 307**
**CHEYENNE, WY 82003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Lawrence Tax Collection District,**
**Berkhe**
**50 North Seventh Street**
**Bangor, PA 18013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**2.147** | Priority creditor's name and mailing address

**LAYTON COUNTY BUSINESS LICENSING**
**437 N WASATCH DR**
**LAYTON, UT 84041**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**BUSINESS LICENSE**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00    $0.00

---

**2.148** | Priority creditor's name and mailing address

**LUBBOCK CENTRAL APPRAISAL DISTRICT**
**PO BOX 10568 - 2109 AVE Q**
**LUBBOCK, TX 79408**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**PERSONAL PROPERTY TAX**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00    $0.00

---

**2.149** | Priority creditor's name and mailing address

**MADISON COUNTY TREASURER**
**DONNA J. PRIMROSE**
**BOX 270**
**MADISON, NE 68748**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**PERSONAL PROPERTY TAX**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00    $0.00

---

**2.150** | Priority creditor's name and mailing address

**MADISON, CITY OF**
**CITY TREASURER**
**P.O. BOX 2999**
**MADISON, WI 53701**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**PERSONAL PROPERTY TAX**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00    $0.00

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **MAHONING COUNTY** | *Check all that apply.* | | |
| | **120 MARKET ST** | ☐ Contingent | | |
| | **YOUNGSTOWN, OH 44503** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **MANHATTAN, CITY OF** | *Check all that apply.* | | |
| | **COMMUNITY DEVELOPMENT** | ☐ Contingent | | |
| | **1101 POYNTZ** | ☐ Unliquidated | | |
| | **MANHATTAN, KS 66502** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**ANNUAL WASTE FEE**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **MARCO, INC.** | *Check all that apply.* | | |
| | **PO BOX 660831** | ☐ Contingent | | |
| | **DALLAS, TX 75266** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX-CAPITAL LEASE PROP**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Marion County** | *Check all that apply.* | | |
| | **200 E. Washington St.** | ☐ Contingent | | |
| | **Suite 2222** | ☐ Unliquidated | | |
| | **Indianapolis, IN 46204** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.155**

Priority creditor's name and mailing address

**MASSACHUSETTS DEPARTMENT OF REVENUE**
**PO BOX 419257**
**BOSTON, MA 02241-9257**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.156**

Priority creditor's name and mailing address

**MCLENNAN COUNTY TAX ASSESSOR-COLLECTOR**
**PO BOX 406**
**WACO, TX 76703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.157**

Priority creditor's name and mailing address

**MERIDIAN TOWNSHIP**
**JULIE BRIXIE, TREASURER**
**5151 MARSH RD**
**OKEMOS, MI 48864**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.158**

Priority creditor's name and mailing address

**MESA COUNTY TREASURER**
**PO BOX 173678**
**DENVER, CO 80217**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Michigan Department of Treasury**
PO Box 30806
Lansing, MI 48909

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **PERSONAL PROPERTY TAX** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MICHIGAN DEPARTMENT OF TREASURY**
PO BOX 30324
LANSING, MI 48909-7824

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **INCOME/FRANCHISE/BUSINESS TAX RETURN** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MICHIGAN DEPT OF TREASURY**
PO BOX 30803
LANSING, MI 48909

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **PERSONAL PROPERTY TAX** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MIDLAND CENTRAL APPRAISAL DISTRICT**
PO BOX 908002
MIDLAND, TX 79708

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **PERSONAL PROPERTY TAX** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Minnesota Department of Revenue**
**600 North Rober St**
**St Paul, MN 55146**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MINNESOTA DEPARTMENT OF**
**REVENUE**
**SALES & USE TAX DIVISION**
**MAIL STATION 6330**
**ST PAUL, MN 55146-6330**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MINNESOTA DEPARTMENT OF**
**REVENUE**
**TAX OPERATIONS DIVISION**
**MAIL STATION 4110**
**ST PAUL, MN 55146-4110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MINNESOTA SECRETARY OF**
**STATE - BUSINESS**
**RETIREMENT SYSTEMS OF**
**MINNESOTA BUILDING**
**60 EMPIRE DRIVE, SUITE 100**
**ST PAUL, MN 55103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|

Name

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MISSOULA CITY FINANCE
BUSINESS LICENSING
435 RYMAN ST
MISSOULA, MT 59802**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MISSOULA COUNTY TREASURER
200 W. BROADWAY STREET
MISSOULA, MT 59802**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Missouri Department of Labor
Division of Employment Security
421 East Dunklin Street
Jefferson City, MO 65104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Missouri Department of Revenue
Taxation Division
PO Box 3300
Jefferson City, MO 65105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.171**

Priority creditor's name and mailing address

**MISSOURI DEPARTMENT OF
REVENUE
TAXATION DIVISION
PO BOX 840
JEFFERSON CITY, MO 65105-0840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.172**

Priority creditor's name and mailing address

**MISSOURI DEPT OF REVENUE
DIVISION OF TAXATION
PO BOX 3390
JEFFERSON CITY, MO 65105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.173**

Priority creditor's name and mailing address

**MONONGALIA COUNTY
SHERIFF OF
243 HIGH ST, RM 26 TAX
MORGANTOWN, WV 26505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Payroll-State Income Tax**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.174**

Priority creditor's name and mailing address

**MONROE COUNTY TREASURER
100 W KIRKWOOD AVE
ROOM 204
BLOOMINGTON, IN 47404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number *(if known)* | 17-30112 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**2.175** Priority creditor's name and mailing address

**Montana Department of Labor & Industry**
**PO Box 6339**
**Helena, MT 59604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.176** Priority creditor's name and mailing address

**Montana Department of Revenue**
**PO Box 5805**
**Helena, MT 59604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.177** Priority creditor's name and mailing address

**MONTANA DEPT OF REVENUE**
**DEPT 6339**
**HELENA, MT 59604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.178** Priority creditor's name and mailing address

**MONTANA SECRETARY OF STATE**
**PO BOX 202801**
**HELENA, MT 59620**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.179**

Priority creditor's name and mailing address
**MONTGOMERY COUNTY TRUSTEE
PO BOX 1005
CLARKSVILLE, TN 37041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Payroll-State Income Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.180**

Priority creditor's name and mailing address
**Morgan County
180 South Main St.
Martinsville, IN 46151**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.181**

Priority creditor's name and mailing address
**Municipality of Monroeville
2700 Monroeville Blvd
Monroeville, PA 15146**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.182**

Priority creditor's name and mailing address
**MURFREESBORO, CITY OF
PO BOX 1139
MURFREESBORO, TN 37133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Payroll-State Income Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MURRAY CITY**
**BUSINESS LICENSING**
**4646 S 500 W**
**MURRAY, UT 84123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NATRONA COUNTY TREASURER**
**PO BOX 2290**
**CASPER, WY 82602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Store # 207 PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NC DEPARTMENT OF REVENUE**
**SALES & USE TAX DIVISION**
**PO BOX 25000**
**RALEIGH, NC 27640-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NC SECRETARY OF STATE**
**PO BOX 29622**
**RALEIGH, NC 27626**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-State Income Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.187**

Priority creditor's name and mailing address
**Nebraska Department of Revenue**
**PO Box 98915**
**Lincoln, NE 68509**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.188**

Priority creditor's name and mailing address
**NEBRASKA DEPARTMENT OF**
**REVENUE**
**PO BOX 98923**
**LINCOLN, NE 68509-8923**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.189**

Priority creditor's name and mailing address
**NEBRASKA DEPARTMENT OF**
**REVENUE**
**PO BOX 94818**
**LINCOLN, NE 68509-4818**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.190**

Priority creditor's name and mailing address
**NEVADA DEPT OF TAXATION**
**1550 COLLEGE PARKWAY**
**SUITE 115**
**CARSON CITY, NV 89706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.191** Priority creditor's name and mailing address
**NEW MEXICO TAXATION & REV**
**TAXATION & REVENUE DEPT**
**PO BOX 25127**
**SANTA FE, NM 87504**

As of the petition filing date, the claim is:    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.192** Priority creditor's name and mailing address
**NEW YORK STATE**
**CORPORATION TAX**
**PO BOX 4136**
**BINGHAMTON, NY 13902-4136**

As of the petition filing date, the claim is:    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.193** Priority creditor's name and mailing address
**New York State Department of**
**Taxation**
**PO Box 4119**
**Binghamton, NY 13902**

As of the petition filing date, the claim is:    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.194** Priority creditor's name and mailing address
**NEW YORK STATE SALES TAX**
**NY DEPARTMENT OF TAXATION**
**AND FINANCE**
**W A HARRIMAN CAMPUS**
**ALBANY, NY 12227**

As of the petition filing date, the claim is:    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Noble County**
**101 N Orange St.**
**Albion, IN 46701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**North Carolina Department of**
**Revenue**
**PO Box 25000**
**Raleigh, NC 27640**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-State Income Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NYS DEPT OF TAXATION &**
**FINANCE   CORP-V**
**PO BOX 15163**
**ALBANY, NY 12212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NYS DIVISION OF**
**CORPORATIONS**
**STATE RECORDS & UNIFORM**
**COMMERICAL CODE**
**ONE COMMERCE PLAZA, 99**
**WASHINGTON AVE**
**ALBANY, NY 01223-1001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

**2.199**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

OCCUPATIONAL TAX ADMIN.
PO BOX 10008
OWENSBORO, KY 42302

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.200**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

OFFICE OF THE INDIANA
SECRETARY OF STATE
302 W WASHINGTON ST
ROOM E-018
INDIANAPOLIS, IN 46204

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.201**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

OFFICE OF THE STATE TAX
COMMISSIONER
600 E BOULEVARD AVENUE,
DEPT 127
BISMARCK, ND 58505-0599

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.202**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

OGDEN CITY CORPORATION
COMMUNITY DEVELOP. DEPT
2549 WASHINGTON BLVD #240
OGDEN, UT 84401

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number *(if known)* | **17-30112** |
|---|---|---|---|
| | Name | | |

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.203** Priority creditor's name and mailing address

**Ohio Department of Jab and
Family Servic
PO Box 182413
Columbus, OH 43218-2413**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.204** Priority creditor's name and mailing address

**Ohio Department of Taxation
PO Box 182667
Columbus, OH 43218-2667**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.205** Priority creditor's name and mailing address

**Ohio Department of Taxation
PO Box 182401
Columbus, OH 43218-2401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**BUSINESS REGISTRATION**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.206** Priority creditor's name and mailing address

**OHIO DEPARTMENT OF
TAXATION
PO BOX 530
COLUMBUS, OH 43216-0530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

---

**2.207** | Priority creditor's name and mailing address

**OKLAHOMA COUNTY
TREASURER
FORREST "BUTCH" FREEMAN
PO BOX 268875
OKLAHOMA CITY, OK 73126**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**PERSONAL PROPERTY TAX-CAPITAL LEASE
PROP**

Is the claim subject to offset?
■ No
☐ Yes

**$0.00**    **$0.00**

---

**2.208** | Priority creditor's name and mailing address

**Oklahoma Employment Security
Commission
PO Box 52004
Oklahoma City, OK 73152-2004**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll-SUI**

Is the claim subject to offset?
■ No
☐ Yes

**$0.00**    **$0.00**

---

**2.209** | Priority creditor's name and mailing address

**Oklahoma Tax Commission
2501 North Lincoln Boulevard
Oklahoma City, OK 73194**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**PERSONAL PROPERTY TAX-CAPITAL LEASE
PROP**

Is the claim subject to offset?
■ No
☐ Yes

**$0.00**    **$0.00**

---

**2.210** | Priority creditor's name and mailing address

**OKLAHOMA TAX COMMISSION
BUSINESS TAX COMMISSION
PO BOX 26800
OKLAHOMA CITY, OK 73126**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ANNUAL WASTE FEE**

Is the claim subject to offset?
■ No
☐ Yes

**$0.00**    **$0.00**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.211**

Priority creditor's name and mailing address

**ONTARIO, CITY OF**
**INCOME TAX DEPT**
**PO BOX 166**
**ONTARIO, OH 44862**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.212**

Priority creditor's name and mailing address

**Owen County**
**60 S Main St**
**Rm 102B**
**Spencer, IN 47460**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.213**

Priority creditor's name and mailing address

**PA DEPARTMENT OF REVENUE**
**BUREAU OF CORPORATION**
**TAXES-327 WALNUT S**
**PO BOX 280422**
**HARRISBURG, PA 17128-2005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.214**

Priority creditor's name and mailing address

**Pennsylvania Department of Labor**
**& Indus**
**Office of UC Tax Services**
**651 Boas Street**
**Harrisburg, PA 17121-0750**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**2.215**

Priority creditor's name and mailing address

**Pennsylvania Department of Revenue**
**1 Revenue Place**
**Harrisburg, PA 01712-9001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.216**

Priority creditor's name and mailing address

**PENNSYLVANIA DEPARTMENT OF REVENUE**
**PO BOX 280905**
**HARRISBURG, PA 17128-0905**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.217**

Priority creditor's name and mailing address

**POTTER COUNTY TAX ASSESS.**
**SHERRI AYLOR PCC**
**P.O. BOX 2289**
**AMARILLO, TX 79105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.218**

Priority creditor's name and mailing address

**PUEBLO COUNTY TREASURER**
**215 WEST 10TH ST**
**ROOM 110**
**PUEBLO, CO 81003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**PUEBLO, CITY OF**
**SALES TAX DIVISION**
**P.O. BOX 1427**
**PUEBLO, CO 81002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**RACINE, CITY OF**
**TAX PAYMENTS**
**PO BOX 88661**
**MILWAUKEE, WI 53288**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Randolph County**
**100 South Main Street**
**Room # 103**
**Winchester, IN 47394**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**ROCK COUNTY TREASURER**
**ROCK COUNTY COURTHOUSE**
**PO BOX 1508**
**JANESVILLE, WI 53547**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**RUTHERFORD COUNTY TRUSTEE**
**PO BOX 1316**
**MURFREESBORO, TN 37133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SAGINAW CHARTER TOWNSHIP**
**WATER DEPARTMENT**
**PO BOX 6400**
**SAGINAW, MI 48608**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SALINE COUNTY TREASURER**
**PO BOX 5040**
**ROOM 214**
**SALINA, KS 67401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SALT LAKE COUNTY ASSESSOR**
**PO BOX 410470**
**SALT LAKE CITY, UT 84141**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|--------|----------------------------------|------------------------|----------|
|        | Name                             |                        |          |

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|-----------------------------------------------|------------------------------------------------|-------|-------|

**SANDY CITY**
**BUSINESS LICENSE-STE #210**
**10000 CENTENNIAL PARKWAY**
**SANDY, UT 84070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|-----------------------------------------------|------------------------------------------------|-------|-------|

**SCOTT SHIPMAN, ASSESSOR**
**201 N SECOND ST**
**RM 141**
**ST CHARLES, MO 63301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|-----------------------------------------------|------------------------------------------------|-------|-------|

**SCOTTS BLUFF COUNTY**
**TREASURER**
**1825 10TH STREET**
**GERING, NE 69341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX-CAPITAL LEASE**
**PROP**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|-----------------------------------------------|------------------------------------------------|-------|-------|

**SCOTTSBLUFF, CITY OF**
**2525 CIRCLE DR**
**SCOTTSBLUFF, NE 69361**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL WASTE FEE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SEBASTIAN COUNTY TAX COLLECTOR**
**PO BOX 1358**
**FT. SMITH, AR 72902**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **PERSONAL PROPERTY TAX** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SECRETARY OF STATE**
**PO BOX 1366**
**JEFFERSON CITY, MO 65102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **PERSONAL PROPERTY TAX** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SECRETARY OF STATE**
**STATE OF NORTH DAKOTA**
**PO BOX 5513**
**BISMARCK, ND 58506-5513**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **INCOME/FRANCHISE/BUSINESS TAX RETURN** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SECRETARY OF STATE**
**CORPORATIONS BUREAU**
**325 DON GASPAR, SUITE 300**
**SANTA FE, NM 87501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **SALES & USE TAX** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SECRETARY OF STATE**
**202 NORTH CARSON STREET**
**CARSON CITY, NV 89701-4201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**OH COMMERCIAL ACTIVITY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SECRETARY OF STATE**
**CAPITOL BUILDING**
**500 EAST CAPITOL AVENUE**
**PIERRE, SD 57501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SECRETARY OF STATE**
**BLDG 1, SUITE 157-K**
**1900 KANAWHA BLVD EAST**
**CHARLESTON, WV 25305-0770**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SMITH COUNTY TAX OFFICE**
**GARY B. BARBER**
**PO BOX 2011**
**TYLER, TX 75710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **South Dakota Department of Labor & Regul**<br>**Unemployment Insurance Division**<br>**PO Box 4730**<br>**Aberdeen, SD 57402-4730** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll-SUI** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **SOUTH DAKOTA DEPARTMENT OF REVENUE**<br>**445 E CAPITAL AVENUE**<br>**PIERRE, SD 57501-3185** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**INCOME/FRANCHISE/BUSINESS TAX RETURN** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **SPRINGDALE, CITY OF**<br>**SPRINGDALE CITY INCOMETAX**<br>**11700 SPRINGFIELD PIKE**<br>**SPRINGDALE, OH 45246** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**SALES & USE TAX** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **SPRINGFIELD, CITY OF**<br>**DEPT OF FINANCE/LICENSE**<br>**PO BOX 8368**<br>**SPRINGFIELD, MO 65801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**ANNUAL WASTE FEE** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Springhill Township**
**268 Windy Gap Road**
**Aleppo, PA 15310**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-State Income Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**ST. JOSEPH COUNTY**
**TREASURER**
**PO BOX 4758**
**SOUTH BEND, IN 46634**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**STATE OF ARKANSAS**
**SALES AND USE TAX SECTION**
**PO BOX 3566**
**LITTLE ROCK, AR 72203-3566**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**MERCHANT LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of Colorado**
**Department of Revenue**
**Denver, CO 80261**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.247** Priority creditor's name and mailing address
**STATE OF CONNECTICUT**
**DEPARTMENT OF REVENUE**
**450 COLUMBUS BOULEVARD,**
**SUITE 1**
**HARTFORD, CT 06103-1837**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.248** Priority creditor's name and mailing address
**STATE OF NEBRASKA**
**STATE CAPITOL, SUITE 301**
**PO BOX 94608**
**LINCOLN, NE 68509-4608**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.249** Priority creditor's name and mailing address
**STATE OF NEVADA**
**SALES/USE**
**PO BOX 7165**
**SAN FRANCISCO, CA 94120-7165**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**OH COMMERCIAL ACTIVITY TAX**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.250** Priority creditor's name and mailing address
**STATE OF TENNESSEE**
**DIVISION OF BUSINESS**
**SERVICES**
**WILLIAM R SNODGRASS TOWER**
**312 ROSA L. PARKS, AVE 6TH FL**
**NASHVILLE, TN 37243-1102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**STATE OF TENNESSEE**
**DEPARTMENT OF REVENUE**
**ANDREW JACKSON STATE**
**OFFICE BUILDING**
**NASHVILLE, TN 37242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**STATE OF UTAH**
**DEPARTMENT OF COMMERCE**
**PO BOX 146705**
**SALT LAKE CITY, UT 84114-6705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WA BUSINESS & OCCUPATIONAL TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**STATE OF WASHINGTON**
**DEPARTMENT OF REVENUE**
**PO BOX 47464**
**OLYMPIA, WA 98504-7464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**OH COMMERCIAL ACTIVITY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**STATE OF WASHINGTON**
**BUSINESS LICENSING SERVICE**
**PO BOX 47475**
**OLYMPIA, WA 98504-7475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**OHIO SALES TAX PERMIT**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of West Virginia
State Tax Dept
PO Box 1667
Charleston, WV 25326**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-State Income Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**STATE OF WISCONSIN
DIVISION OF CORPORATE &
CONSUMER SERVICE
PO BOX 7846
MADISON, WI 53707-7846**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of Wyoming
Department of Workforce Services
PO Box 2760
Casper, WY 82602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**STERLING HEIGHTS, CITY OF
DEPARTMENT 181601
PO BOX 55000
DETROIT, MI 48255**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Sullivan County**
**100 Courthouse Square**
**Room 201**
**Sullivan, IN 47882**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**TAX ASSESSOR-COLLECTOR**
**PO BOX 6527**
**TEXARKANA, TX 75505**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**TAYLOR CITY OF**
**PO BOX 335**
**TAYLOR, MI 48180**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Tennessee Department of Labor**
**and Workfo**
**220 French Landing Drive**
**Nashville, TN 37243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**TENNESSEE DEPARTMENT OF REVENUE**
**ANDREW JACKSON STATE OFFICE BUILDING**
**NASHVILLE, TN 37242**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**
**PO BOX 49348**
**AUSTIN, TX 78714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Store # 207 PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Texas Workforce Commission**

**Austin, TX 78714-9037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**The Municipality of Penn Hills**
**12245 Frankstown Road**
**Penn Hills, PA 15235**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-State Income Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**2.267** | Priority creditor's name and mailing address

**TIPPECANOE COUNTY**
**TREASURER**
**20 N 3RD ST**
**LAFAYETTE, IN 47901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.268** | Priority creditor's name and mailing address

**TOM GREEN APPRAISAL**
**DISTRICT**
**P.O. BOX 3307**
**SAN ANGELO, TX 76902**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.269** | Priority creditor's name and mailing address

**TOWN OF GRAND CHUTE**
**TOWN TREASURER**
**1900 W GRAND CHUTE BLVD**
**GRAND CHUTE, WI 54913**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.270** | Priority creditor's name and mailing address

**TOWN OF HENRIETTA**
**BUILDING/FIRE PREVENTION**
**475 CALKINS ROAD**
**HENRIETTA, NY 14467**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**TREASURER EL PASO COUNTY**
**P.O. BOX 2018**
**COLORADO SPRINGS, CO 80901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**PERSONAL PROPERTY TAX** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No
☐ Yes |

| 2.272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**TREASURER VIGO COUNTY**
**TAX PROCESSING CENTER**
**PO BOX 1466**
**INDIANAPOLIS, IN 46206**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Payroll-Local Income/School Taxes** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No
☐ Yes |

| 2.273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**TREASURER, ALLEN COUNTY**
**PO BOX 2540**
**FORT WAYNE, IN 46801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Payroll-Local Income/School Taxes** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No
☐ Yes |

| 2.274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**TULSA COUNTY TREASURER**
**DENNIS SEMLER**
**PO BOX 21017**
**TULSA, OK 74121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**PERSONAL PROPERTY TAX** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No
☐ Yes |

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**TWIN FALLS COUNTY TREAS.**
**DEBBIE KAUFFMAN**
**BOX 88**
**TWIN FALLS, ID 83303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**UTAH DEPARTMENT OF**
**AGRICULTURE & FOOD**
**PO BOX 146500**
**SALT LAKE CITY, UT 84114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Utah Department of Workforce**
**Services**
**Unemployment Insurance**
**PO Box 45233**
**Salt Lake City, UT 84145-0233**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Utah State Tax Commission**
**210 North 1950 West**
**Salt Lake City, UT 84134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|--------|-----------------------------------|------------------------|----------|
| | Name | | |

---

| 2.279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|---|---|---|---|

**VIENNA, CITY OF**
**OFFICE OF THE TREASURER**
**P.O. BOX 5097**
**VIENNA, WV 26105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|---|---|---|---|

**Vigo County**
**191 Oak St**
**Terre Haute, IN 47807**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|---|---|---|---|

**VILLAGE OF GREENDALE**
**WATER/SEWER**
**PO BOX 257**
**GREENDALE, WI 53129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|---|---|---|---|

**VIRGINIA DEPARTMENT OF**
**TAXATION**
**OUT-OF-STATE DEALER'S USE**
**TAX**
**PO BOX 26627**
**RICHMOND, VA 23261-6627**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

| 2.283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.283**

Priority creditor's name and mailing address

**Warren County Schools
Occupational Tax Office
PO Box 51530
Bowling Green, KY 42102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.284**

Priority creditor's name and mailing address

**WARREN COUNTY SCHOOLS
OCCUPATIONAL NET PROFIT
PO BOX 890944
CHARLOTTE, NC 28289**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.285**

Priority creditor's name and mailing address

**WASHINGTON COUNTY
DAVID RUFF, TAX COLLECTOR
280 N COLLEGE, SUITE 202
FAYETTEVILLE, AR 72701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX-CAPITAL LEASE
PROP**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.286**

Priority creditor's name and mailing address

**WASHINGTON COUNTY TRUSTEE
MONTY TREADWAY
PO BOX 215
JONESBOROUGH, TN 37659**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**2.287** | Priority creditor's name and mailing address

**WAUSAU, CITY OF TREASURER**
**PO BOX 3051**
**MILWAUKEE, WI 53201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.288** | Priority creditor's name and mailing address

**Wayne County**
**401 East Main**
**Richmond, IN 47374**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.289** | Priority creditor's name and mailing address

**WEBER COUNTY ASSESSOR**
**2380 WASHINGTON BLVD**
**STE 380**
**OGDEN, UT 84401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.290** | Priority creditor's name and mailing address

**WEST VIRGINIA DEPARTMENT OF REVENUE**
**THE REVENUE CENTER**
**1001 LEE ST E**
**CHARLESTON, WV 25301-1725**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**West Virginia Unemployment Compensation**
**PO Box 106**
**Charleston, WV 25321**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll Tax (if any)** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**WHATCOM COUNTY TREASURER**
**PO BOX 34873**
**SEATTLE, WA 98124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **SALES & USE TAX** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**White County**
**124 North Main Street**
**Suite A**
**Monticello, IN 47960**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll-Local Income/School Taxes** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Whitley County**
**220 W Van Buren St**
**Suite 208**
**Columbia City, IN 46725**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll-Local Income/School Taxes** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | | Case number (if known) | 17-30112 |
|---|---|---|---|---|
| | Name | | | |

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Wisconsin Department of Revenue**
**PO Box 8966**
**Madison, WI 53708**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**WISCONSIN DEPARTMENT OF**
**REVENUE**
**PO BOX 98949**
**MADISON, WI 53708-8949**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**WISCONSIN DEPARTMENT OF**
**REVENUE**
**PO BOX 8908**
**MADISON, WI 53708-8908**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Wisconsin Department of**
**Workforce Develo**
**Division of Unemployment**
**Insurance**
**PO Box 7945**
**Madison, WI 53707**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-State Income Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**WOOD COUNTY SHERIFF
ATTN:  TREASURER OFFICE
PO BOX 1985
PARKERSBURG, WV 26102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**WV STATE TAX DEPT.
PO BOX 3852
CHARLESTON, WV 25338**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**WYOMING DEPARTMENT OF
REVENUE
122 W 25TH ST, 2W
CHEYENNE, WY 82002-0110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WA BUSINESS & OCCUPATIONAL TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**WYOMING SECRETARY OF STATE
200 WEST 24TH STREET
CHEYENNE, WY 82002-0020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WA BUSINESS & OCCUPATION TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

| 2.303 | Priority creditor's name and mailing address<br>**YELLOWSTONE COUNTY TREAS.**<br>**PO BOX 35010**<br>**BILLINGS, MT 59107** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**PERSONAL PROPERTY TAX** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.304 | Priority creditor's name and mailing address<br>**ZANESVILLE, CITY OF**<br>**DIVISION OF INCOME TAX**<br>**401 MARKET STREET**<br>**ZANESVILLE, OH 43701** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**SALES & USE TAX** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**\*GIFT CARD HOLDERS**<br>**(Unknown)** | $975,000.00 |
| | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Outstanding obligations to gift cards.**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.2 | Nonpriority creditor's name and mailing address<br>**\*GOVERNMENTAL UNITS**<br>**SEE ATTACHMENT:**<br>**SCHEDULE F - GOVERNMENTAL UNITS** | Unknown |
|---|---|---|
| | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice only provided in the event of any potential claims made due to store closings in applicable states.**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.3 | Nonpriority creditor's name and mailing address<br>**\*LANDLORDS**<br>**SEE ATTACHMENT:**<br>**SCHEDULES F & G- LANDLORDS** | $1,332,783.47 |
|---|---|---|
| | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **See attachment for Landlord/Store list for any amounts owing prepetition.**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor  **Vanity Shop of Grand Forks, Inc.**

Name

Case number (if known)   **17-30112**

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.00 |
|---|---|---|---|

**1ST CHOICE ELECTRIC INC**
**5303 W 25TH ST.**
**GREELEY, CO 80634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.20 |
|---|---|---|---|

**1ST CHOICE LOCK**
**PO BOX 137**
**JANESVILLE, WI 53547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LOCKS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159,978.63 |
|---|---|---|---|

**26 INT'L**
**1500 S. GRIFFITH AVE.**
**LOS ANGELES, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **MERCHANDISE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $570.00 |
|---|---|---|---|

**A & A LANDSCAPE**
**AND MAINTENANCE OF ND**
**PO BOX 907**
**WILLISTON, ND 58802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **SNOW REMOVAL**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183.51 |
|---|---|---|---|

**A & G ELECTRIC COMPANY**
**490 EAST 14TH**
**DUBUQUE, IA 52001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86.51 |
|---|---|---|---|

**A-1 LOCK & KEY**
**P.O. BOX 1055**
**FERGUS FALLS, MN 56538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LOCKS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $208.61 |
|---|---|---|---|

**A-1 SIGN CO**
**140 N INDUSTRIAL DRIVE**
**GARDEN CITY, KS 67846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.11** Nonpriority creditor's name and mailing address

A.C. KLOPF, INC.
524 S FRANKLIN ST
SAGINAW, MI 48607

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __HVAC__

Is the claim subject to offset? ■ No ☐ Yes

$410.00

---

**3.12** Nonpriority creditor's name and mailing address

A.M.C. MERCHANDISING
FLAT/RM 1401, CAMBRIDGE
26-28 CAMERON RD
TSMI SHA TUL
KOWLOON, HONG KONG

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MERCHANDISE__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.13** Nonpriority creditor's name and mailing address

A.T. KLEMENS
814 12TH STREET N
GREAT FALLS, MT 59401

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __HVAC PM__

Is the claim subject to offset? ■ No ☐ Yes

$124.00

---

**3.14** Nonpriority creditor's name and mailing address

AAA HEATING & SHEET METAL
3451 55TH ST SE
MINOT, ND 58701

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __HVAC__

Is the claim subject to offset? ■ No ☐ Yes

$130.00

---

**3.15** Nonpriority creditor's name and mailing address

ABM BUILDING SERVICES
PO BOX 601933
CHARLOTTE, NC 28260

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __HVAC__

Is the claim subject to offset? ■ No ☐ Yes

$104.50

---

**3.16** Nonpriority creditor's name and mailing address

AC3 BUILDING MAINTENANCE
SUPPLY
2345 BOYCE-FAIRVIEW ROAD
ALVATON, KY 42122

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __WINDOW WASHING__

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.17** Nonpriority creditor's name and mailing address

ACCUCOOL INC
3400 NEW CASTLE CT
MANHATTAN, KS 66503

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __V254 HVAC Preventative Mtce__

Is the claim subject to offset? ■ No ☐ Yes

$196.84

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|

Name

---

**3.18**

**Nonpriority creditor's name and mailing address**

**ACORN ELECTRICAL
SPECIALISTS, INC
PO BOX 550
PINEY FLATS, TN 37686**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ☑ No  ☐ Yes

**$200.00**

---

**3.19**

**Nonpriority creditor's name and mailing address**

**ACTIVE USA INC.
1807 E. 48TH PLACE
LOS ANGELES, CA 90058**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ☑ No  ☐ Yes

**$2,825.04**

---

**3.20**

**Nonpriority creditor's name and mailing address**

**ADVANCE CONTRACTING
ELECTRICAL SERVICE
PO BOX 320123
FLINT, MI 48530**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ☑ No  ☐ Yes

**$260.00**

---

**3.21**

**Nonpriority creditor's name and mailing address**

**ADVANCED COMFORT
SOLUTIONS INC
3941 WEST 5TH STREET
CHEYENNE, WY 82007**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **V129 HVAC Preventative Mtce**

Is the claim subject to offset? ☑ No  ☐ Yes

**$125.00**

---

**3.22**

**Nonpriority creditor's name and mailing address**

**ADVANCED HEATING & AIR
CONDITIONING, INC.
PO BOX 775
FORT DODGE, IA 50501**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **V132 HVAC Preventative Mtce**

Is the claim subject to offset? ☑ No  ☐ Yes

**$138.24**

---

**3.23**

**Nonpriority creditor's name and mailing address**

**AFFORDABLE REPAIR SERVICE
2104 CAMELOT COURT
APARTMENT 14
APPLETON, WI 54915**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ☑ No  ☐ Yes

**$756.00**

---

**3.24**

**Nonpriority creditor's name and mailing address**

**AFLAC
1932 Wynnton Road
Columbus, GA 31999**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Benefits - Voluntary Employee Hospital
Indemnity/Cancer/AD&D**

Is the claim subject to offset? ☑ No  ☐ Yes

**$2,074.00**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**AG CLEANING SERVICES**
**ANTHONY GIBBONS D.B.A.**
**81 RANDOLPH STREET**
**ROCHESTER, NY 14621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **WINDOW WASHING**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.19 |
|---|---|---|---|

**AIR CONTROLS BILLINGS**
**PO BOX 1277**
**BILLINGS, MT 59103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **HVAC PM**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|

**AIR MASTERS**
**1330 NORTH GRAND AVE W**
**SPRINGFIELD, IL 62702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **REPAIRS & MTCE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $311.56 |
|---|---|---|---|

**AIRE SERV OF LONGVIEW**
**201 S WARD DR**
**LONGVIEW, TX 75604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **V179 HVAC Preventative Mtce**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $211.32 |
|---|---|---|---|

**AJ SHEET METAL, INC**
**910 E 8TH ST**
**NORTH PLATTE, NE 69103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **V69 HVAC Preventative Mtce**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,844.00 |
|---|---|---|---|

**ALL SEASONS HEATING &**
**COOLING**
**798 CEDAR CROSS ROAD**
**DUBUQUE, IA 52003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **NEW HVAC SYSTEM**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,791.13 |
|---|---|---|---|

**ALLIANT ENERGY**
**PO BOX 3060**
**CEDAR RAPIDS, IA 52406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **UTILITIES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $739.08 |
|---|---|---|---|

**ALLIANT ENERGY**
**PO BOX 3062**
**CEDAR RAPIDS, IA 52406**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UTILITIES

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133.75 |
|---|---|---|---|

**ALLIED RESTAURANT SERVICE**
**187 SOUTH ILLINOIS AVE**
**MANSFIELD, OH 44905**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  V136 HVAC Preventative Mtce

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $713.65 |
|---|---|---|---|

**ALP UTILITIES**
**PO BOX 609**
**ALEXANDRIA, MN 56308**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UTILITIES

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $519.40 |
|---|---|---|---|

**AMEREN ILLINOIS**
**PO BOX 88034**
**CHICAGO, IL 60680**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UTILITIES

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,603.34 |
|---|---|---|---|

**AMEREN MISSOURI**
**PO BOX 88068**
**CHICAGO, IL 60680**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  V232 Gas 1/17

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $654.23 |
|---|---|---|---|

**AMERICAN ELECTRIC POWER**
**PO BOX 24407**
**CANTON, OH 44701**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UTILITIES

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.17 |
|---|---|---|---|

**AMERICAN ELECTRIC POWER**
**PO BOX 24002**
**CANTON, OH 44701**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UTILITIES

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,047.76

**AMERICAN SOLUTIONS**
**FOR BUSINESS**
**8479 SOLUTION CENTER**
**CHICAGO, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **SUPPLIES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123.05

**AMES LOCK & SECURITY**
**507 MAIN ST**
**SUITE 2**
**AMES, IA 50010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LOCKS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $695.59

**AMES MUNICIPAL UTILITIES**
**PO BOX 811**
**AMES, IA 50010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UTILITIES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,285.53

**AMIEE LYNN INC.**
**65 RAILROAD AVE.**
**SUITE #4**
**RIDGEFIELD, NJ 07657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **MERCHANDISE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $203.11

**AMPLITEL TECHNOLOGIES**
**240 W WISCONSIN AVE**
**SUITE 1**
**KAUKAUNA, WI 54130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.36

**ANCHOR SAFETY, INC.**
**PO BOX 10030**
**LONGVIEW, TX 75608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **FIRE EXTINGUISHER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $292.50

**ANDERSON BOTTRELL SANDEN**
**& THOMPSON**
**PO BOX 10247**
**FARGO, ND 58106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LEGAL SVC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$114.79** |
|---|---|---|---|

**ANDOR, INC.**
**9 NORTH MAPLE**
**WATERTOWN, SD 57201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __HVAC PM__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$248,591.88** |
|---|---|---|---|

**Anfield Apparel Group**
**20851 Currier Road**
**Walnut, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Merchandise__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,467.45** |
|---|---|---|---|

**APOLLO HEATING**
**AND AIR CONDITIONING**
**PO BOX 7287**
**KENNEWICK, WA 99336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __REPAIRS & MTCE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11.82** |
|---|---|---|---|

**AQUA OHIO INC**
**PO BOX 1229**
**NEWARK, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14.02** |
|---|---|---|---|

**ARCHIBALD, JENN**
**4423 VALLISTA DR**
**COLORADO SPRINGS, CO 80915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __CUSTOMER REFUND CHECKS__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.88** |
|---|---|---|---|

**ARREGUIN, ALFA**
**727 PORTLAND ST**
**PONTIAC, MI 48340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __CUSTOMER REFUND CHECKS__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,931.75** |
|---|---|---|---|

**ARTCO GLOBAL GROUP**
**595 COUNTRY CLUB DRIVE**
**NEWARK, OH 43055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __SUPPLIES__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | | Case number *(if known)* | **17-30112** |
| | Name | | | |

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$135.05** |
| | **ASHWAUBENON** | ☐ Contingent | |
| | **WATER & SEWER UTILITY** | ☐ Unliquidated | |
| | **PO BOX 187** | ☐ Disputed | |
| | **GREEN BAY, WI 54305** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __UTILITIES__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$38.00** |
| | **ASK ABOUT WINDOWS** | ☐ Contingent | |
| | **PO BOX 3854** | ☐ Unliquidated | |
| | **SHAWNEE, OK 74802** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __WINDOW WASHING__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$504.08** |
| | **AT&T** | ☐ Contingent | |
| | **PO BOX 105414** | ☐ Unliquidated | |
| | **ATLANTA, GA 30348** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __PHONE SERVICE__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$525.55** |
| | **AT&T** | ☐ Contingent | |
| | **PO BOX 5080** | ☐ Unliquidated | |
| | **CAROL STREAM, IL 60197** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __PHONE SERVICE__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$772.94** |
| | **AT&T** | ☐ Contingent | |
| | **PO BOX 5001** | ☐ Unliquidated | |
| | **CAROL STREAM, IL 60197** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __TELECOMMUNICATIONS__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$738.55** |
| | **AT&T** | ☐ Contingent | |
| | **PO BOX 105262** | ☐ Unliquidated | |
| | **ATLANTA, GA 30348** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __TELECOMMUNICATIONS__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$222.63** |
| | **ATMOS ENERGY** | ☐ Contingent | |
| | **PO 790311** | ☐ Unliquidated | |
| | **ST. LOUIS, MO 63179** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __UTILITIES__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.60**

Nonpriority creditor's name and mailing address

**AUMAN COMPANY, INC**
**311 E 11TH ST**
**HAYS, KS 67601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  HVAC

Is the claim subject to offset? ■ No ☐ Yes

$119.63

---

**3.61**

Nonpriority creditor's name and mailing address

**AVISTA**
**1411 E MISSION AVE**
**SPOKANE, WA 99252**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UTILITIES

Is the claim subject to offset? ■ No ☐ Yes

$1,514.39

---

**3.62**

Nonpriority creditor's name and mailing address

**BAERTSCH, RBECC**
**405 6TH AVE**
**MARION, ND 58466**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CUSTOMER REFUND CHECKS

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.63**

Nonpriority creditor's name and mailing address

**BALLET GROUP INC.**
**3 EMPIRE BLVD.**
**SOUTH HACKENSACK, NJ 07606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  MERCHANDISE

Is the claim subject to offset? ■ No ☐ Yes

$55,312.07

---

**3.64**

Nonpriority creditor's name and mailing address

**BATNER PEST CONTROL, INC**
**16948 W. VICTOR RD**
**NEW BERLIN, WI 53151**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  PEST CONTROL

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

**3.65**

Nonpriority creditor's name and mailing address

**BAUMGARTNER, HEATHER**
**201 W WAID AVE**
**MUNCIE, IN 47303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  EMPLOYEE TRAVEL

Is the claim subject to offset? ■ No ☐ Yes

$62.70

---

**3.66**

Nonpriority creditor's name and mailing address

**BAXTER, CITY OF**
**BOX 2626**
**BAXTER, MN 56425**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UTILITIES

Is the claim subject to offset? ■ No ☐ Yes

$61.01

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.97 |
|---|---|---|---|

**BECKLUND, MANNO**
26810 N. REGAL RD
CHATTAROY, WA 99003

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.13 |
|---|---|---|---|

**BEKINS FIRE & SAFETY**
3400 N US HWY 75
SIOUX CITY, IA 51105

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FIRE EXTINGUISHER**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $532.43 |
|---|---|---|---|

**BELIEVE ELECTRICIANS**
**& EQUIPMENT CO., INC**
453 OLD LOCK 12 RD
MORGANTOWN, WV 26501

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**BELMONT COUNTY SANITARY**
**SEWER DISTRICT**
PO BOX 457
ST CLAIRSVILLE, OH 43950

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82.59 |
|---|---|---|---|

**BEMIDJI HOLDINGS, LLC**
**PAUL BUNYAN MALL**
**1401 PAUL BUNYAN DRIVE NW**
BEMIDJI, MN 56601

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,229.10 |
|---|---|---|---|

**BEMINE NYC INC**
10 W. 33RD STREET
ROOM 515
NEW YORK, NY 10001

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $306.13 |
|---|---|---|---|

**BENTON PUD**
2721 W 10TH AVE
PO BOX 6270
KENNEWICK, WA 99336

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.74** | Nonpriority creditor's name and mailing address

**BETTREUDN, KEND**
**405 MARILYN DRIVE**
**CLEARFIELD, UT 84015**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CUSTOMER REFUND CHECKS__

Is the claim subject to offset? ■ No ☐ Yes

$16.01

---

**3.75** | Nonpriority creditor's name and mailing address

**BIG CREEK CROSSING**
**3918 VINE ST**
**SUITE 1**
**HAYS, KS 67601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SECURITY__

Is the claim subject to offset? ■ No ☐ Yes

$27.00

---

**3.76** | Nonpriority creditor's name and mailing address

**BIGGS, KAYCEE**
**4512 N SAGINAW RD**
**APT 721**
**MIDLAND, MI 48640**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __EMPLOYEE TRAVEL__

Is the claim subject to offset? ■ No ☐ Yes

$103.74

---

**3.77** | Nonpriority creditor's name and mailing address

**BINGER, KRISTIE**
**18410 382ND AVE**
**TULARE, SD 57476**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CUSTOMER REFUND CHECKS__

Is the claim subject to offset? ■ No ☐ Yes

$16.50

---

**3.78** | Nonpriority creditor's name and mailing address

**BISS LOCK, INC.**
**1218 2ND AVE S**
**VIRGINIA, MN 55792**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __LOCKS__

Is the claim subject to offset? ■ No ☐ Yes

$218.82

---

**3.79** | Nonpriority creditor's name and mailing address

**BLACK HAWK WASTE DISP INC**
**PO BOX 2592**
**WATERLOO, IA 50704**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __WASTE SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

$176.55

---

**3.80** | Nonpriority creditor's name and mailing address

**BLACK HILLS ENERGY**
**PO BOX 6001**
**RAPID CITY, SD 57709**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

$531.25

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known)    **17-30112** |
|---|---|---|
| | Name | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BLUE AMBROSIA**
**2323 E 52ND ST.**
**VERNON, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __MERCHANDISE__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Blue Cross Blue Shield of North Dakota**
**PO Box 6005**
**Fargo, ND 58108-6005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Potential claims to be submitted post-petition for pre-petition services.__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.34 |
|---|---|---|---|

**BOB SMITH WINDOW CLEANING**
**PO BOX 2117**
**EAU CLAIRE, WI 54702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __WINDOW WASHING__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**BOKOWSKI, BROOK**
**719 N WHITE**
**GRAND ISLAND, NE 68801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __CUSTOMER REFUND CHECKS__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.10 |
|---|---|---|---|

**BOLTON CONSTRUCTION &**
**HVAC**
**1718 SW 3RD AVE**
**AMARILLO, TX 79106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __HVAC__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116.64 |
|---|---|---|---|

**BOSSET, AMBER**
**1119 14TH ST W**
**APT 210**
**DICKINSON, ND 58601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __EMPLOYEE TRAVEL__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $592.15 |
|---|---|---|---|

**BRAINERD PUBLIC UTILITIES**
**PO BOX 373**
**BRAINERD, MN 56401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __UTILITIES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.88**

**Nonpriority creditor's name and mailing address**

**BRAND HEADQUARTERS LLC**
**16516 VIA ESPRILLO**
**SUITE 100**
**SAN DIEGO, CA 92127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __MERCHANDISE__

Is the claim subject to offset? ■ No  ☐ Yes

**$185,707.75**

---

**3.89**

**Nonpriority creditor's name and mailing address**

**BREKKE MECHANICAL**
**4140 F AVE NW**
**CEDAR RAPIDS, IA 52405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __HVAC__

Is the claim subject to offset? ■ No  ☐ Yes

**$28.19**

---

**3.90**

**Nonpriority creditor's name and mailing address**

**BRITE WAY OF THE ILLINOIS**
**VALLEY**
**PO BOX 236**
**PERU, IL 61354**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __WINDOW WASHING__

Is the claim subject to offset? ■ No  ☐ Yes

**$24.00**

---

**3.91**

**Nonpriority creditor's name and mailing address**

**BRITE WAY PROFESSIONAL**
**WINDOW CLEANING**
**PO BOX 772**
**WATERLOO, IA 50704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __WINDOW WASHING__

Is the claim subject to offset? ■ No  ☐ Yes

**$38.52**

---

**3.92**

**Nonpriority creditor's name and mailing address**

**BRITE-WAY PROFESSIONAL**
**WINDOW CLEANING**
**PO BOX 971**
**KEARNEY, NE 68848**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __WINDOW WASHING__

Is the claim subject to offset? ■ No  ☐ Yes

**$64.20**

---

**3.93**

**Nonpriority creditor's name and mailing address**

**BRITE-WAY WINDOW CLEANING**
**P.O. BOX 892**
**MINOT, ND 58702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __WINDOW WASHING__

Is the claim subject to offset? ■ No  ☐ Yes

**$208.00**

---

**3.94**

**Nonpriority creditor's name and mailing address**

**BRITE-WAY WINDOW CLEANING**
**3332 4TH AVE S**
**SUITE 2E**
**FARGO, ND 58103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __V5 Window Washing__

Is the claim subject to offset? ■ No  ☐ Yes

**$70.00**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31.00**

**BRITE-WAY WINDOW SERVICE**
**P.O. BOX 164**
**ONALASKA, WI 54650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  WINDOW WASHING

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

**BRITE-WAY WINDOW SERVICE**
**PO BOX 3101**
**LONGVIEW, TX 75601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  WINDOW WASHING

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,603.44**

**BROWN & SAENGER**
**PO BOX 84040**
**SIOUX FALLS, SD 57118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Toilet Paper/Gen'l supplies

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8.01**

**BRYAN, JOANN**
**11819 COUNTRY RD**
**ST JOSEPH, MO 64485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  CUSTOMER REFUND CHECKS

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.80**

**BUECHEL, SARA**
**122 N BERGER PKWY APT E10**
**FON DU LAC, WI 54935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  CUSTOMER REFUND CHECKS

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26.73**

**BUMGARDNER, LES**
**9832 E CNTY RD 725 S**
**CLOVERDALE, IN 46120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  CUSTOMER REFUND CHECKS

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23.83**

**BYRD, JENNIFER**
**118 GLENDALE CT**
**MONROE, MI 48162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  CUSTOMER REFUND CHECKS

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|

Name

---

**3.102**

**Nonpriority creditor's name and mailing address**

**CALLABRESI HEATING
& COOLING
1311 ARMORY RD
SALINA, KS 67401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **V251 HVAC Preventative Mtce**

Is the claim subject to offset? ■ No ☐ Yes

**$106.25**

---

**3.103**

**Nonpriority creditor's name and mailing address**

**CAMPBELL, JUDY
200 S. MAIN ST. APT. 406
HANNIBAL, IL 64301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$24.22**

---

**3.104**

**Nonpriority creditor's name and mailing address**

**CANIDA, CHELSIE
2125 MAPLEWOOD AVE
BELLINGHAM, WA 98225**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$3.80**

---

**3.105**

**Nonpriority creditor's name and mailing address**

**CANNIZZO ELECTRIC INC
140 ROSE DUST DRIVE
ROCHESTER, NY 14626**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

**$359.00**

---

**3.106**

**Nonpriority creditor's name and mailing address**

**CANNON, BRIANNA
9617 MIDDLE MT. VERNON RD
EVANSVILLE, IN 47712**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$10.60**

---

**3.107**

**Nonpriority creditor's name and mailing address**

**CAPELLI
1 EAST 33RD ST
NEW YORK, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

**$6,890.40**

---

**3.108**

**Nonpriority creditor's name and mailing address**

**CARLSONJPM STORE FIXTURES
NW 7334
PO BOX 1450
MINNEAPOLIS, MN 55485**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **SUPPLIES**

Is the claim subject to offset? ■ No ☐ Yes

**$446.04**

---

Debtor  **Vanity Shop of Grand Forks, Inc.**
Name

Case number (if known)   **17-30112**

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$90,641.79** |
|---|---|---|---|

**CARMICHAEL INTERNATIONAL**
**P.O. BOX 51025**
**LOS ANGELES, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **MERCHANDISE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,830.18** |
|---|---|---|---|

**CAROLE INC**
**1607 SO GRAND AVE**
**LOS ANGELES, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **MERCHANDISE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$454.11** |
|---|---|---|---|

**CASS COUNTY ELECTRIC COOP**
**PO BOX 6088**
**FARGO, ND 58108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UTILITIES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$171,430.98** |
|---|---|---|---|

**CAVALINI INC.**
**DBA CI SONO**
**1536 SOUTH ALAMEDA ST.**
**LOS ANGELES, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **MERCHANDISE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**CE MITCHELL & SONS**
**308 4TH AVE S**
**PO BOX 2523**
**GREAT FALLS, MT 59405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,082.03** |
|---|---|---|---|

**CEDAR FALLS UTILITIES**
**UTILITY PARKWAY**
**PO BOX 769**
**CEDAR FALLS, IA 50613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UTILITIES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$269.26** |
|---|---|---|---|

**CENTERPOINT ENERGY**
**PO BOX 4671**
**HOUSTON, TX 77210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UTILITIES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number *(if known)* | **17-30112** |
|---|---|---|---|
| | Name | | |

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.54** |

**CENTRAL FIRE & SAFETY**
**PO BOX 1492**
**2620 EAST HWY 30**
**KEARNEY, NE 68848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __FIRE EXT. INSPECTION__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00** |

**CENTRAL HEATING & AIR**
**CONDITIONING CO**
**1619 1/2 W MARKET**
**JOHNSON CITY, TN 37604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __V81 HVAC Preventative Mtce__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,520.21** |

**CENTRAL TEMPERATURE**
**EQUIPMENT SERVICE INC**
**1054 AMERICAN DR**
**NEENAH, WI 54956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __V47 Repair HVAC__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,694.72** |

**CENTURY LINK**
**PO BOX 91154**
**SEATTLE, WA 98111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __PHONE SERVICE__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,540.40** |

**CENTURY LINK**
**BUSINESS SERVICES**
**PO BOX 52187**
**PHOENIX, AZ 85072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __PHONE SERVICE__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,144.59** |

**CENTURY LINK**
**PO BOX 91155**
**SEATTLE, WA 98111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __TELECOMMUNICATIONS__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.90** |

**CENTURY LINK**
**PO BOX 4300**
**CAROL STREAM, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __TELECOMMUNICATIONS__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.51 |
|---|---|---|---|

**CENTURY LINK**
**PO BOX 2961**
**PHOENIX, AZ 85062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **TELECOMMUNICATIONS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114.48 |
|---|---|---|---|

**CENTURY LINK**
**PO BOX 1319**
**CHARLOTTE, NC 28201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **TELECOMMUNICATIONS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.66 |
|---|---|---|---|

**CHAFFINS, PATRI**
**1033 ROSE LN**
**LOUISA, KY 41230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.31 |
|---|---|---|---|

**CHAPEN, LEANNA**
**6336 OAKBROOK DRIVE**
**YPSILANTI, MI 48197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205.70 |
|---|---|---|---|

**CHAPMAN'S MECHANICAL**
**SYSTEMS, INC.**
**PO BOX 1008**
**LASALLE, IL 61301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **HVAC PM**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159.82 |
|---|---|---|---|

**CHAPPELL CENTRAL INC**
**2101 GORTON AVE NW**
**P.O. BOX 916**
**WILLMAR, MN 56201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **HVAC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275,351.35 |
|---|---|---|---|

**CHENGDA INT'L CO., LTD**
**NO. 71 RENMIN RD**
**DALIAN, CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **MERCHANDISE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00**

CHIODA QUALITY WINDOW
CLEANING
1000 EAST SMITHFIELD ST
MCKEESPORT, PA 15135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  WINDOW WASHING

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$317.79**

CHITTY GARBAGE SERVICE
PO BOX 29
NEVADA, IA 50201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  WASTE SERVICES

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13.35**

CHRISTOPHER, JE
3759 GRANT AVE C18 S
OGDEN, UT 84405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CUSTOMER REFUND CHECKS

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$107.92**

CINTAS FIRE PROTECTION
CINTAS FAS LOCKBOX 636525
PO BOX 636525
CINCINNATI, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  V46 Fire Ext. Inspection

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31.25**

CISSELL,DUSTY
4733 WHITE STREET
MISSOULA, MT 59808

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  EMPLOYEE TRAVEL

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$77.00**

CITY OF FERGUS FALLS
PUBLIC UTILITIES DEPT
112 W WASHINGTON AVE
FERGUS FALLS, MN 00056-5537

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  UTILITIES

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19.02**

CITY OF LIMA - UTILITIES
PO BOX 183199
COLUMBUS, OH 43218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  UTILITIES

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.137**

Nonpriority creditor's name and mailing address

**CITY OF PERU**
**1901 FOURTH STREET**
**PO BOX 299**
**PERU, IL 61354**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

**$1,533.16**

---

**3.138**

Nonpriority creditor's name and mailing address

**City Triangles**
**6015 Bandini Blvd.**
**Commerce, CA 90040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Merchandise__

Is the claim subject to offset? ■ No ☐ Yes

**$18,231.44**

---

**3.139**

Nonpriority creditor's name and mailing address

**CITY WATER & LIGHT**
**PO BOX 1289**
**JONESBORO, AR 72403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

**$409.80**

---

**3.140**

Nonpriority creditor's name and mailing address

**CITYWIDE WINDOW SERVICES**
**PO BOX 790**
**ANOKA, MN 55303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __WINDOW WASHING__

Is the claim subject to offset? ■ No ☐ Yes

**$60.04**

---

**3.141**

Nonpriority creditor's name and mailing address

**CLARKSVILLE DEPARTMENT OF**
**ELECTRICITY**
**PO BOX 31449**
**CLARKSVILLE, TN 37040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

**$449.23**

---

**3.142**

Nonpriority creditor's name and mailing address

**CLARKSVILLE GAS & WATER**
**PO BOX 31329**
**CLARKSVILLE, TN 37040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

**$27.14**

---

**3.143**

Nonpriority creditor's name and mailing address

**CLEAR VIEW WINDOW**
**CLEANING**
**4106 KATERI WAY**
**SIOUX CITY, IA 51106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __WINDOW WASHING__

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**CLEARVIEW WINDOW WASHING**
**6501 FOREST PARK DRIVE**
**DE FOREST, WI 53532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __WINDOW WASHING__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113.70 |
|---|---|---|---|

**COCHRAN, RANDY**
**COCHRAN CONSTRUCTION**
**13200 OLD PRINCIPAL RD**
**HEYWORTH, IL 61745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __REPAIRS & MTCE__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.37 |
|---|---|---|---|

**COLORADO SPRINGS**
**UTILITIES**
**PO BOX 340**
**COLORADO SPRINGS, CO 80947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __UTILITIES__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.58 |
|---|---|---|---|

**COLUMBIA GAS**
**PO BOX 742510**
**CINCINNATI, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __UTILITIES__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133.00 |
|---|---|---|---|

**COMFORT SYSTEMS USA**
**5818 SANDPIPER DR**
**MISSOULA, MT 59808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __HVAC__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**COMMERCIAL AIR & ELECTRIC**
**260 S SANTA FE AVE**
**PUEBLO, CO 81003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __HVAC__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.88 |
|---|---|---|---|

**CONSOLIDATED COMMUNICATIONS**
**PO BOX 3188**
**PO BOX 3188**
**MILWAUKEE, WI 53201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __TELECOMMUNICATIONS__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.36**

CONSUMERS ENERGY
PAYMENT CENTER
PO BOX 740309
CINCINNATI, OH 45274

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  UTILITIES

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,032.05**

CONTEMPO LIMITED
15/F, CONTEMPO PLACE
81 HUNG TO ROAD, KWUN TONG
KOWLOON, HONG KONG

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  MERCHANDISE

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,162.20**

COOPER CONSULTING &
PROPERTY MANAGEMENT, INC
2400 W CR 500 SOUTH
MUNCIE, IN 47302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  REPAIRS & MTCE

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97.00**

CORPORATE MALL SERVICES
2502 BIDDLE AVE
WYANDOTTE, MI 48192

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  WINDOW WASHING

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13.00**

COSTA, HEATHER
107 CHERRY ST -PO BOX 242
GREEN VALLEY, IL 61534

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  CUSTOMER REFUND CHECKS

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$922.50**

COUNTWISE
1149 SAWGRASS CORP PKWY
SUNRISE, FL 33323

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  REPAIRS & MTCE

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.157** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$94.80**

CR LIGHTING & ELECTRIC
380 KING ST
LAYTON, UT 84041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  REPAIRS & MTCE

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.158** Nonpriority creditor's name and mailing address
**CRJ SOLUTIONS**
**33 RIDGE DRIVE EAST**
**GREAT NECK, NY 11021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  MERCHANDISE

Is the claim subject to offset? ☑ No  ☐ Yes

$1,955.46

---

**3.159** Nonpriority creditor's name and mailing address
**CROSSBY BROWNLIE INC**
**100 NASSAU STREET**
**ROCHESTER, NY 14605**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  HVAC

Is the claim subject to offset? ☑ No  ☐ Yes

$222.48

---

**3.160** Nonpriority creditor's name and mailing address
**CRYSTAL CLEAR CLEANING**
**1127 N. BROOKS**
**RUSSELL, KS 67665**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  V214 Window Washing

Is the claim subject to offset? ☑ No  ☐ Yes

$60.00

---

**3.161** Nonpriority creditor's name and mailing address
**CURT'S LOCK & KEY SERVICE**
**1102 MAIN AVE**
**FARGO, ND 58103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIES

Is the claim subject to offset? ☑ No  ☐ Yes

$219.33

---

**3.162** Nonpriority creditor's name and mailing address
**DAHLINGER, CARO**
**6022 LYNBROOK LANE**
**MADISON, WI 53719**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CUSTOMER REFUND CHECKS

Is the claim subject to offset? ☑ No  ☐ Yes

$16.95

---

**3.163** Nonpriority creditor's name and mailing address
**DAKOTA FIRE EXTINGUISHERS**
**5100 SOUTH BROADWAY**
**MINOT, ND 58701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FIRE EXTINGUISHER

Is the claim subject to offset? ☑ No  ☐ Yes

$35.98

---

**3.164** Nonpriority creditor's name and mailing address
**DAKOTA WEST CONTRACTING**
**P.O. BOX 2377**
**BISMARCK, ND 58502**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  REPAIRS & MTCE

Is the claim subject to offset? ☑ No  ☐ Yes

$1,525.00

---

| Debtor | Vanity Shop of Grand Forks, Inc. | | Case number (if known) | 17-30112 |
|--------|------|---|---|---|
| | Name | | | |

---

**3.165**

**Nonpriority creditor's name and mailing address**

**DAMIAN REITEN CONST INC.**
**10543 PIERCE ST. NE**
**BLAINE, MN 55434**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

**$375.00**

---

**3.166**

**Nonpriority creditor's name and mailing address**

**DAVID & YOUNG**
**903 CASTLE ROAD**
**SECAUCUS, NJ 07094**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

**$1,975.68**

---

**3.167**

**Nonpriority creditor's name and mailing address**

**DAYSPRING WINDOW CLEANING**
**701 UTAH AVE S**
**GOLDEN VALLEY, MN 55426**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **WINDOW WASHING**

Is the claim subject to offset? ■ No ☐ Yes

**$32.38**

---

**3.168**

**Nonpriority creditor's name and mailing address**

**DAYTON POWER & LIGHT**
**PO BOX 740598**
**CINCINNATI, OH 45274**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

**$1,271.67**

---

**3.169**

**Nonpriority creditor's name and mailing address**

**DEANDREA, OLIVI**
**414 N POPLAR**
**NORTH PLATTE, NE 69101**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$17.63**

---

**3.170**

**Nonpriority creditor's name and mailing address**

**DELUXE BUSINESS FORMS**
**PO BOX 742572**
**CINCINNATI, OH 45274**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **SUPPLIES**

Is the claim subject to offset? ■ No ☐ Yes

**$62.69**

---

**3.171**

**Nonpriority creditor's name and mailing address**

**DEPENDABLE SANITATION**
**PO BOX 378**
**ABERDEEN, SD 57402**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **WASTE SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

**$70.78**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54.00 |
|---|---|---|---|
| | **DERMER REFRIGERATION, INC** <br> **6757 LYNX LANE** <br> **BOZEMAN, MT 59718** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __HVAC PM__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $469.57 |
|---|---|---|---|
| | **DETROIT LAKES, CITY OF** <br> **PO BOX 647** <br> **DETROIT LAKES, MN 56502** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __UTILITIES__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,875.00 |
|---|---|---|---|
| | **DIAMOND B COMPANIES. INC** <br> **PO BOX 80284** <br> **BILLINGS, MT 59108** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __SUPPLIES__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $237.50 |
|---|---|---|---|
| | **DIESEL DOGS TRUCKING, LLC** <br> **PO BOX 585** <br> **FARGO, ND 58107** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __SNOW REMOVAL__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $137,033.32 |
|---|---|---|---|
| | **DL MORSE & ASSOCIATES** <br> **1745 HOLTON RD STE B** <br> **MUSKEGON, MI 49445** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __CONSTRUCTION__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77,383.00 |
|---|---|---|---|
| | **DLA COMPANY, LLC** <br> **2670 LEONIS BLVD.** <br> **VERNON, CA 90058** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __MERCHANDISE__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.00 |
|---|---|---|---|
| | **DOCTOR DOOR LLC** <br> **1506 DRIFTWOOD DRIVE** <br> **BOZEMAN, MT 59715** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __LOCKS__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $276.05 |
|---|---|---|---|

**DOMINION EAST OHIO**
**PO BOX 26785**
**RICHMOND, VA 23261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **UTILITIES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.65 |
|---|---|---|---|

**DORWART, JOCELY**
**1343 JIM BRIDGER**
**CASPER, WY 82604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.18 |
|---|---|---|---|

**DOWNEY, ANNMARI**
**640 DEER HAVEN DR**
**DEER LODGE, MT 59722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.22 |
|---|---|---|---|

**DRESEN, SAMANTH**
**1116 SAINT ANNE ST.**
**SPARTA, WI 54656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $589.75 |
|---|---|---|---|

**DTE ENERGY**
**PO BOX 740786**
**CINCINNATI, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **UTILITIES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.59 |
|---|---|---|---|

**DUBUQUE, CITY OF**
**UTILITY BILLING OFFICE**
**PO BOX 1063**
**DUBUQUE, IA 52004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **V138 Water/Sewer 1/17**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,695.33 |
|---|---|---|---|

**DUKE ENERGY**
**PO BOX 1326**
**CHARLOTTE, NC 28201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **UTILITIES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.186** | Nonpriority creditor's name and mailing address

**DUKE ENERGY**
**PO BOX 70516**
**CHARLOTTE, NC 28272**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No  ☐ Yes

**$325.00**

---

**3.187** | Nonpriority creditor's name and mailing address

**DUKE ENERGY PROGRESS**
**CENTRAL REMITTANCE**
**PO BOX 1003**
**CHARLOTTE, NC 28201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No  ☐ Yes

**$828.22**

---

**3.188** | Nonpriority creditor's name and mailing address

**DUNN ELECTRICAL SERVICE**
**PO BOX 3797**
**CLARKSVILLE, TN 37041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **V83 Replace Exit Sign**

Is the claim subject to offset? ■ No  ☐ Yes

**$155.95**

---

**3.189** | Nonpriority creditor's name and mailing address

**DYE, REBEKAH**
**822 2ND ST**
**MARIETTA, OH 45750**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **EMPLOYEE TRAVEL**

Is the claim subject to offset? ■ No  ☐ Yes

**$17.14**

---

**3.190** | Nonpriority creditor's name and mailing address

**E and H Enterprises of Alexandria, Inc.**
**DBA Ellingson Plumbing Heating A/C**
**2510 Broadway St. S**
**ALEXANDRIA, MN 56308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC PM**

Is the claim subject to offset? ■ No  ☐ Yes

**$82.38**

---

**3.191** | Nonpriority creditor's name and mailing address

**E.L.I.S. LLC**
**28 WEST 36TH STREET**
**SUITE 305**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No  ☐ Yes

**$60,237.17**

---

**3.192** | Nonpriority creditor's name and mailing address

**EAST LION CORP.**
**318 BREA CANYON RD.**
**CITY OF INDUSTRY, CA 91789**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No  ☐ Yes

**$23,175.90**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor **Vanity Shop of Grand Forks, Inc.**
Name

Case number (*if known*) **17-30112**

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,182.35** |
|---|---|---|---|

**EDGEMINE INC.**
**1801 E. 50TH STREET**
**LOS ANGELES, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **MERCHANDISE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**EDWARDS ELECTRICAL**
**& MECHANICAL**
**ML 505, PO BOX 145400**
**CINCINNATI, OH 45250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **V108 HVAC Preventative Mtce**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,775.00** |
|---|---|---|---|

**EIDE BAILLY**
**PO BOX 2545**
**Fargo, ND 58108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **PROFESSIONAL SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$608.29** |
|---|---|---|---|

**EMPIRE DISTRICT**
**PO BOX 219239**
**KANSAS CITY, MO 64121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **UTILITIES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$292.79** |
|---|---|---|---|

**ENERGY WEST - MONTANA**
**PO BOX 2229**
**GREAT FALLS, MT 59403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **UTILITIES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$313.48** |
|---|---|---|---|

**ENSLEY ELECTRICAL SERVICES**
**PO BOX 5822**
**GRAND ISLAND, NE 68802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **REPAIRS & MTCE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$980.00** |
|---|---|---|---|

**EPOCH**
**120 E. 8TH STREET**
**SUITE 907**
**LOS ANGELES, CA 90014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **MERCHANDISE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.200 | **Nonpriority creditor's name and mailing address**<br>**ESCON GROUP**<br>**6 JOHNSON COURT**<br>**BAY CITY, MI 48708** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$250.25** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **REPAIRS & MTCE**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.201 | **Nonpriority creditor's name and mailing address**<br>**EXECUTIVE ELECTRIC**<br>**15423 21 MILE RD**<br>**MACOMB, MI 48044** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$425.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **REPAIRS & MTCE**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.202 | **Nonpriority creditor's name and mailing address**<br>**FAMMA GROUP INC.**<br>**2300 EAST 11TH STREET**<br>**LOS ANGELES, CA 90021** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$40,722.94** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **MERCHANDISE**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.203 | **Nonpriority creditor's name and mailing address**<br>**FANTAS-EYES**<br>**385 FIFTH AVE. 9TH FL.**<br>**NEW YORK, NY 10016** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$43,452.63** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **MERCHANDISE**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.204 | **Nonpriority creditor's name and mailing address**<br>**FARGO VACUUM SALES & SERVICES**<br>**2901 13TH AVE SOUTH #C**<br>**FARGO, ND 58103** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$273.03** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **SUPPLIES**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.205 | **Nonpriority creditor's name and mailing address**<br>**FARGO, CITY OF**<br>**P.O. BOX 1066**<br>**FARGO, ND 58107** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$341.60** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **UTILITIES**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.206 | **Nonpriority creditor's name and mailing address**<br>**FASHION FORMS**<br>**CE SOIR LINGERIE CO, INC.**<br>**DEPT LA 24404**<br>**PASADENA, CA 91185** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,565.15** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **MERCHANDISE**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14.98** |
|---|---|---|---|

**FERSKI, MIRANDA**
**6332 VINCENT AVE S**
**RICHFIELD, MN 55126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __CUSTOMER REFUND CHECKS__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$236.93** |
|---|---|---|---|

**FICEK ELECTRIC & COMMUNICATION**
**SYSTEMS**
**PO BOX 1456**
**LA SALLE, IL 61301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __REPAIRS & MTCE__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$117.70** |
|---|---|---|---|

**FIDDELKE HEATING & AIR**
**CONDITIONING, INC.**
**PO BOX 1934**
**KEARNEY, NE 68848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __V66 HVAC Preventative Mtce__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$232.11** |
|---|---|---|---|

**FINELINE TECHNOLOGIES INC**
**PO BOX 934219**
**ATLANTA, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __SUPPLIES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,928.21** |
|---|---|---|---|

**FINESSE NOVELTY CORP.**
**2 CHANNEL DRIVE**
**PORT WASHINGTON, NY 11050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __MERCHANDISE__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38.50** |
|---|---|---|---|

**FIRE & SAFETY EQUIP III**
**PO BOX 176**
**PLATTEVILLE, WI 53818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __FIRE EXTINGUISHER__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40.09** |
|---|---|---|---|

**FIRE PROTECTION**
**SPECIALISTS, LLC**
**3624 E SPRINGFIELD**
**SPOKANE, WA 99202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __FIRE EXTINGUISHER__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

---

**3.214** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37.80**

**FIRE SUPPRESSION SERVICES**
3802 SOUTH 2300 EAST
SALT LAKE CITY, UT 84109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **FIRE EXT. INSPECTION**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$103.00**

**FIREGUARD INC**
4404 S 76TH CIRCLE
OMAHA, NE 68127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **FIRE EXTINGUISHER**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63.00**

**FISH WINDOW CLEANING**
PO BOX 190882
ST LOUIS, MO 63119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **WINDOW WASHING**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27.82**

**FISH WINDOW CLEANING**
PO BOX 784
BOYSTOWN, NE 68010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **WINDOW WASHING**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13.91**

**FISH WINDOW CLEANING**
PO BOX 307
POWELL, OH 43065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **WINDOW WASHING**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20.00**

**FISH WINDOW CLEANING**
PO BOX 22268
BILLINGS, MT 59104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **WINDOW WASHING**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.220** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$316.00**

**FOLEY ELECTRIC INC**
2738 BARTELLS DR
BELOIT, WI 53511

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21.44** |
|---|---|---|---|

**FORNERO, MARGAR**
**3149 E 1ST ST**
**CHENOA, IL 61726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __CUSTOMER REFUND CHECKS__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.62** |
|---|---|---|---|

**FORT DODGE, CITY OF**
**WATER BILLING**
**819 1ST AVE S**
**FORT DODGE, IA 50501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __UTILITIES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$199.99** |
|---|---|---|---|

**FORTNEY REFRIGERATION**
**393 ROBERTS CT**
**GRAND JUNCTION, CO 81504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __V167 HVAC Preventative Mtce__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.82** |
|---|---|---|---|

**FOUTS, SARAH**
**415 HOBART ST**
**EAU CLAIRE, WI 54703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __CUSTOMER REFUND CHECKS__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$106.05** |
|---|---|---|---|

**FREEDOM ELECTRIC INC**
**PO BOX 67**
**09 SOUTH 200 EAST**
**JEROME, ID 83338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __REPAIRS & MTCE__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$668.50** |
|---|---|---|---|

**FRONTIER**
**PO BOX 740407**
**CINCINNATI, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __PHONE SERVICE__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$352.76** |
|---|---|---|---|

**GARDEN CITY PLAZA, LLC**
**PO BOX 843938**
**KANSAS CITY, MO 64184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __UTILITIES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number *(if known)* | **17-30112** |
|---|---|---|---|
| | Name | | |

---

**3.228** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**GARY'S SEWER & DRAIN**
**PO BOX 6055**
**POCATELLO, ID 83205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **REPAIRS & MTCE**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32.08**

**GARY, NEKA**
**1125 LANG RD.**
**WATERLOO, IA 50702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **CUSTOMER REFUND CHECKS**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.230** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,559.00**

**GENERAL INFORMATION SERVICES INC.**
**PO BOX 538450**
**ATLANTA, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **BACKGROUND CHECK SERVICE**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**GENERAL REPAIR SERVICE CO**
**PO BOX 111**
**BUSHLAND, TX 79012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **V171 Replace Ceiling Tile**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.232** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16.26**

**GENTRY, MANDA**
**11256 JOLLY MILL LN**
**PIERCE CITY, MO 65723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **CUSTOMER REFUND CHECKS**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.233** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

**GERING VALLEY PLUMBING**
**1100 10TH STREET**
**PO BOX 177**
**GERING, NE 69341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **V67 HVAC Preventative Mtce**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.234** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.80**

**GIBBS, ANNA**
**518 VICTORIA AVE.**
**WILLIAMSTOWN, WV 00026-1878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **CUSTOMER REFUND CHECKS**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.235**

Nonpriority creditor's name and mailing address
**GLOVER, ROSALIN**
**3118 MUIR FIELD RD**
**MADISON, WI 53719**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$12.03**

---

**3.236**

Nonpriority creditor's name and mailing address
**GMPC LLC**
**11390 W. OLYMPIC BLVD.**
**STE 400**
**LOS ANGELES, CA 90064**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

**$529.20**

---

**3.237**

Nonpriority creditor's name and mailing address
**GOLDEN TOUCH IMPORTS, INC**
**1410 BROADWAY**
**NEW YORK, NY 10018**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

**$2,333.73**

---

**3.238**

Nonpriority creditor's name and mailing address
**GONY, NYAGOA**
**1615 SOUTHWEST 10TH ST**
**LINCOLN, NE 68522**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$48.11**

---

**3.239**

Nonpriority creditor's name and mailing address
**GONZALES CONTRACTORS, LLC**
**PO BOX 125**
**MIDLAND, TX 79702**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.240**

Nonpriority creditor's name and mailing address
**GOYETTE MECHANICAL**
**3842 GOREY AVE**
**PO BOX 33**
**FLINT, MI 48501**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC**

Is the claim subject to offset? ■ No ☐ Yes

**$735.00**

---

**3.241**

Nonpriority creditor's name and mailing address
**GRAND ISLAND, CITY OF**
**UTILITIES DEPARMENT**
**PO BOX 310446**
**DES MOINES, IA 50331**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

**$700.06**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | | Case number (if known) | 17-30112 |
|---|---|---|---|---|
| | Name | | | |

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $156.24 |
|---|---|---|---|

**GRANITE TELECOMMUNICATION**
**CLIENT ID#311**
**PO BOX 983119**
**BOSTON, MA 02298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __TELECOMMUNICATIONS__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $96.37 |
|---|---|---|---|

**GREAT PLAINS NATURAL GAS**
**PO BOX 5600**
**BISMARCK, ND 58506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __UTILITIES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $173.10 |
|---|---|---|---|

**GREELEY LOCK & KEY**
**813 13TH STREET**
**GREELEY, CO 80631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __LOCKS__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.44 |
|---|---|---|---|

**GRUNAU COMPANY**
**8302 SOUTHERN BLVD**
**UNIT 4**
**BOARDMAN, OH 44512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __V117 Quarterly Alarm Monitoring__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.78 |
|---|---|---|---|

**GULBRANSON, PEG**
**6528 EVERGREEN ACRES DR**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __CUSTOMER REFUND CHECKS__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.99 |
|---|---|---|---|

**GURNO, CORENE**
**13391 SCHOOLHOUSE CIRCLE**
**HAYWARD, WI 54843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __CUSTOMER REFUND CHECKS__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,212.75 |
|---|---|---|---|

**GURU KNITS INC.**
**225 WEST 38TH ST.**
**LOS ANGELES, CA 90037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __MERCHANDISE__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.249** | Nonpriority creditor's name and mailing address

**H.E. NEUMANN CO.**
**PO BOX 6208**
**WHEELING, WV 26003**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC PM**

Is the claim subject to offset? ■ No ☐ Yes

**$196.10**

---

**3.250** | Nonpriority creditor's name and mailing address

**HALLICH, STEPHA**
**6447 5TH ST**
**FRIDLEY, MN 55432**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$12.40**

---

**3.251** | Nonpriority creditor's name and mailing address

**HAMDAN, SONIKA**
**1201 TURTLE CREEK RD**
**LINCOLN, NE 68521**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$21.40**

---

**3.252** | Nonpriority creditor's name and mailing address

**HAMMOND, MEGHAN**
**2903 N X ROAD**
**HOLDALD, NE 48846**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$16.44**

---

**3.253** | Nonpriority creditor's name and mailing address

**HARRELL-FISH INC**
**2010 VERNAL PIKE**
**PO BOX 1998**
**BLOOMINGTON, IN 47402**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.254** | Nonpriority creditor's name and mailing address

**HARRIS, ALICIA**
**PO BOX 34**
**CORINNE, UT 84307**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$31.93**

---

**3.255** | Nonpriority creditor's name and mailing address

**HARRISON, KATIE**
**3102 SIMPSON ROAD**
**FORT GRATIOT, MI 48059**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **EMPLOYEE TRAVEL**

Is the claim subject to offset? ■ No ☐ Yes

**$16.18**

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number *(if known)* | **17-30112** |
|---|---|---|---|
| | Name | | |

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.50** |
|---|---|---|---|

**HARVEST HEATING & AIR CONDITIONING**
**PO BOX 214**
**AMES, IA 50010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __HVAC PM__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16.10** |
|---|---|---|---|

**HASBROUCK, HOLL**
**PO BOX 1986**
**SAPAULA, OK 74647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __CUSTOMER REFUND CHECKS__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.78** |
|---|---|---|---|

**HAYS, CITY OF**
**PO BOX 490**
**HAYS, KS 67601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,602.60** |
|---|---|---|---|

**HEART & HIPS**
**2424 E. 26TH STREET**
**VERNON, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __MERCHANDISE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HEARTLAND ACQUISITION LLC**
**ATTN: NETWORK SERVIES**
**ONE HEARTLAND WAY**
**JEFFERSONVILLE, IN 47130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __CREDIT CARD PROCESSING FEE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.00** |
|---|---|---|---|

**HEAVILIN, LISA**
**608 E CEDAR**
**LEROY, IL 61752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __CUSTOMER REFUND CHECKS__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.70** |
|---|---|---|---|

**HERMELBRACHT, S**
**826 N STREET**
**DAVID CITY, NE 68632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __CUSTOMER REFUND CHECKS__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.10 |
|---|---|---|---|

**HICKMAN, SHERRI**
**2709N**
**BOISE, ID 83706**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.02 |
|---|---|---|---|

**HICKORY TECH**
**PO BOX 3188**
**MILWAUKEE, WI 53201**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TELECOMMUNICATIONS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.95 |
|---|---|---|---|

**HINDMAN/PERSON**
**HEATING & AIR CONDITION**
**637 WEST 2ND STREET**
**OTTUMWA, IA 52501**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **V244 HVAC Preventative Mtce**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.10 |
|---|---|---|---|

**HOGAN, JESSICA**
**2555 DUPORTAIL I172**
**RICHLAND, WA 99352**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,904.50 |
|---|---|---|---|

**HOME HEATING-PLUMBING**
**AIR CONDITIONING INC.**
**PO BOX 9587**
**FARGO, ND 58106**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $208.47 |
|---|---|---|---|

**HORTON ELECTRIC SERVICE**
**3002 E DIVISION, SUITE C**
**SPRINGFIELD, MO 65802**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.87 |
|---|---|---|---|

**HOVLAND'S INC**
**P.O. BOX 226**
**EAU CLAIRE, WI 54702**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.270** Nonpriority creditor's name and mailing address

**HOWIE'S TRASH SERVICE**
625 S 10TH ST
MANHATTAN, KS 66502

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WASTE SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

**$94.96**

---

**3.271** Nonpriority creditor's name and mailing address

**HULLINGER GLASS & LOCKS**
14 W. 18TH ST
SCOTTSBLUFF, NE 69361

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LOCKS**

Is the claim subject to offset? ■ No  ☐ Yes

**$90.42**

---

**3.272** Nonpriority creditor's name and mailing address

**HYFVE**
1015 S. CROCKER ST.
#Q-28
LOS ANGELES, CA 90021

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,088.99**

---

**3.273** Nonpriority creditor's name and mailing address

**ICON EYEWEAR**
5 EMPIRE BLVD
SOUTH HACKENSACK, NJ 07606

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No  ☐ Yes

**$85,334.66**

---

**3.274** Nonpriority creditor's name and mailing address

**IDAHO FALLS, CITY OF**
UTILITY DIVISION
PO BOX 50220
IDAHO FALLS, ID 83405

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No  ☐ Yes

**$376.77**

---

**3.275** Nonpriority creditor's name and mailing address

**IDAHO POWER CORPORATION**
PROCESSING CENTER
PO BOX 34966
SEATTLE, WA 98124

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No  ☐ Yes

**$849.82**

---

**3.276** Nonpriority creditor's name and mailing address

**IKEDDI**
1407 BROADWAY
29TH FLOOR
NEW YORK, NY 10018

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,563.24**

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number *(if known)* | **17-30112** |
|---|---|---|---|
| | Name | | |

---

**3.277** | Nonpriority creditor's name and mailing address

**INDIANA AMERICAN WATER**
**PO BOX 3027**
**MILWAUKEE, WI 53201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

**$43.22**

---

**3.278** | Nonpriority creditor's name and mailing address

**INDIANA MICHIGAN POWER**
**PO BOX 24407**
**CANTON, OH 44701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

**$1,058.04**

---

**3.279** | Nonpriority creditor's name and mailing address

**INTEGRATED FACILITY SOLUTIONS**
**841 HOLT ROAD**
**WEBSTER, NY 14580**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

**$537.30**

---

**3.280** | Nonpriority creditor's name and mailing address

**INTERMOUNTAIN GAS CO.**
**P.O. BOX 64**
**BOISE, ID 83732**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

**$162.18**

---

**3.281** | Nonpriority creditor's name and mailing address

**IT'S OUR TIME**
**FASHION AVE. KNITS INC.**
**525 7TH AVE. 4TH FLOOR**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

**$19,992.00**

---

**3.282** | Nonpriority creditor's name and mailing address

**J-N-T SECURITY SERVICES**
**PO BOX 147**
**MINOT, ND 58702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SECURITY**

Is the claim subject to offset? ■ No ☐ Yes

**$40.50**

---

**3.283** | Nonpriority creditor's name and mailing address

**J.F. AHERN CO.**
**ACCOUNTS RECEIVABLE**
**PO BOX 1316**
**FOND DU LAC, WI 54936**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

**$258.50**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | | Case number *(if known)* | **17-30112** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,426.20** |
|---|---|---|---|

**JADE MARKETING GROUP, LLC**
**65 MEMORIAL ROAD**
**SUITE 320**
**WEST HARTFORD, CT 06107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$729.74** |
|---|---|---|---|

**JAMES KELLY'S HOME**
**IMPROVEMENTS**
**1545 LEMONETREE DR**
**CINCINNATI, OH 45240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93.72** |
|---|---|---|---|

**JANESVILLE WATER & WASTE**
**18 N JACKSON ST**
**PO BOX 5005**
**JANESVILLE, WI 53547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.89** |
|---|---|---|---|

**JAQUEZ, ESPERAN**
**915 E. 24TH ST. LN**
**GREELEY, CO 80631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.88** |
|---|---|---|---|

**JB'S HANDYMAN SERVICE**
**1684 S COACHLIGHT**
**NEW BERLIN, WI 53151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$165.90** |
|---|---|---|---|

**JC SECURITY LLC**
**2904 N MORRISON STREET**
**APPLETON, WI 54911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **LOCKS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$142.50** |
|---|---|---|---|

**JDS MECHANICAL, INC**
**870 OAK PLAINS ROAD**
**CLARKSVILLE, TN 37043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | | Case number (if known) | 17-30112 |
|---|---|---|---|---|
| | Name | | | |

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**JENINGS, DOUG**
**348 9TH AVE N**
**FORT DODGE, IA 50501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,000.00 |
|---|---|---|---|

**Jenna Barton**
**15629 Norway Avenue**
**Cleveland, OH 44111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ohio Bureau of Workers' Compensation Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236.73 |
|---|---|---|---|

**JENSEN'S HANDYMAN &**
**REMODELING**
**618 HOWELL ST**
**MISSOULA, MT 59802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**JETTER CLEAN, INC.**
**PO BOX 5775**
**ROCHESTER, MN 55903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,591.00 |
|---|---|---|---|

**JIANGSU GTIG ESEN CO., LTD**
**22 FLOOR GUOTAI TIMES PLZ**
**BLDG A NO 65 RENMIN RD**
**ZHANGJIAGANG CITY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **MERCHANDISE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,044.10 |
|---|---|---|---|

**JIANGSU GUOTAI HUASHENG INDUSTRIAL**
**CO.,**
**EAST OF 8TH FLOOR, SUOTAI NEW**
**CENTURY PL**
**NO 125 MIDDLE RNMIN ROAD**
**ZHANGJIAGANG CITY**
**JIANGSU, CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **MERCHANDISE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,065.00 |
|---|---|---|---|

**JIANGSU GUOTAI INT'L**
**16F/A, GUOTAI TIMES PLAZA**
**NO 65 RENMIN ROAD**
**ZHANGHIAGANG, JIANGSU**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **MERCHANDISE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.298**

Nonpriority creditor's name and mailing address
**JIANGSU SAINTY GLORIOUS**
**5TH FLOOR, BUILDING #A**
**#21 SOFTWEAR AVE, YUHUA DISTRICT**
**NANJING, CHINA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MERCHANDISE__

Is the claim subject to offset? ■ No ☐ Yes

**$89,992.20**

---

**3.299**

Nonpriority creditor's name and mailing address
**JOC INTERNATIONAL LTD**
**ROOM 209**
**8 SOUTH LIYUAN ROAD**
**JANGNING DISTRICT**
**NANJING, CHINA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MERCHANDISE__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.300**

Nonpriority creditor's name and mailing address
**JODI KRISTOPHER, LLC**
**5910 CORVETTE STREET**
**COMMERCE, CA 90040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MERCHANDISE__

Is the claim subject to offset? ■ No ☐ Yes

**$31,441.97**

---

**3.301**

Nonpriority creditor's name and mailing address
**JOE BENBASSET**
**213 W. 35TH ST.**
**NEW YORK, NY 10001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MERCHANDISE__

Is the claim subject to offset? ■ No ☐ Yes

**$24,204.97**

---

**3.302**

Nonpriority creditor's name and mailing address
**JOHN'S GREAT AMERICAN**
**WINDOW CLEANING CO.**
**PO BOX 155**
**WHITELAND, IN 46184**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __WINDOW WASHING__

Is the claim subject to offset? ■ No ☐ Yes

**$44.00**

---

**3.303**

Nonpriority creditor's name and mailing address
**JOHN'S HEATING & A/C**
**1423 COLLEGE WAY**
**FERGUS FALLS, MN 56537**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __REPAIRS & MTCE__

Is the claim subject to offset? ■ No ☐ Yes

**$211.00**

---

**3.304**

Nonpriority creditor's name and mailing address
**JOHNSON CITY POWER BOARD**
**PO BOX 2058**
**JOHNSON CITY, TN 37605**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

**$589.51**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.305**

**Nonpriority creditor's name and mailing address**

**JOHNSON CITY UTILITY SYSTEM**
**PO BOX 2386**
**JOHNSON CITY, TN 37605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

**$13.73**

---

**3.306**

**Nonpriority creditor's name and mailing address**

**JOHNSON, ELIZABETH**
**308 NICHOLS ST**
**APT 1**
**UTICA, NY 13501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __EMPLOYEE TRAVEL__

Is the claim subject to offset? ■ No ☐ Yes

**$15.70**

---

**3.307**

**Nonpriority creditor's name and mailing address**

**JOHNSON, MICHELLE**
**15043 S LOOKOUT RODGE DR**
**HERRIMAN, UT 84096**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __EMPLOYEE TRAVEL__

Is the claim subject to offset? ■ No ☐ Yes

**$77.29**

---

**3.308**

**Nonpriority creditor's name and mailing address**

**JOUJOU/BBC APPAREL**
**SUITE 507**
**1407 BROADWAY**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MERCHANDISE__

Is the claim subject to offset? ■ No ☐ Yes

**$63,869.33**

---

**3.309**

**Nonpriority creditor's name and mailing address**

**JUST JULEZ INC.**
**95 SOCKANOSSET CROSS ROAD**
**STE 205**
**CRANSTON, RI 02920**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MERCHANDISE__

Is the claim subject to offset? ■ No ☐ Yes

**$8,367.24**

---

**3.310**

**Nonpriority creditor's name and mailing address**

**JUST ONE**
**1450 BROADWAY, 21ST FLOOR**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MERCHANDISE__

Is the claim subject to offset? ■ No ☐ Yes

**$5,556.60**

---

**3.311**

**Nonpriority creditor's name and mailing address**

**K.C. ELECTRIC SUPPLY**
**4300 S. VANBUREN**
**ENID, OK 73703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __REPAIRS & MTCE__

Is the claim subject to offset? ■ No ☐ Yes

**$260.91**

---

Debtor **Vanity Shop of Grand Forks, Inc.**                     Case number (if known)   **17-30112**
Name

| | |
|---|---|
| 3.312 | Nonpriority creditor's name and mailing address |

**KALINS INDOOR COMFORT INC**
P.O. BOX 3407
SIOUX CITY, IA 51101

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC**

Is the claim subject to offset? ■ No ☐ Yes

**$246.23**

---

| | |
|---|---|
| 3.313 | Nonpriority creditor's name and mailing address |

**KANNDO PROFESSIONAL SERVICES**
950 MAIN STREET
DUBUQUE, IA 52001

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

**$117.70**

---

| | |
|---|---|
| 3.314 | Nonpriority creditor's name and mailing address |

**KARNDEAN DESIGNFLOORING**
BUSHY RUN CORPORATE PARK
1100 PONTIAC COURT
EXPORT, PA 15632

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FLOORING**

Is the claim subject to offset? ■ No ☐ Yes

**$32,293.42**

---

| | |
|---|---|
| 3.315 | Nonpriority creditor's name and mailing address |

**KASH APPAREL LLC**
1929 HOOPER AVE.
LOS ANGELES, CA 90011

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

**$109,814.88**

---

| | |
|---|---|
| 3.316 | Nonpriority creditor's name and mailing address |

**KAUS, SHAYLINN**
904 KEARNEY - APT B
MANHATTAN, KS 66502

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$12.28**

---

| | |
|---|---|
| 3.317 | Nonpriority creditor's name and mailing address |

**KCP&L**
PO BOX 219703
KANSAS CITY, MO 64121

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

**$374.59**

---

| | |
|---|---|
| 3.318 | Nonpriority creditor's name and mailing address |

**KEARNEY, CITY OF**
UTILITIES DEPARTMENT
P.O. BOX 1180
KEARNEY, NE 68848

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

**$341.80**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|

Name

---

**3.319**

**Nonpriority creditor's name and mailing address**

**KEFGLEY, LINDA**
**21256 MOON LIGHT**
**PELICAN RAPIDS, MN 56572**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$11.43**

---

**3.320**

**Nonpriority creditor's name and mailing address**

**KENNEWICK, CITY OF**
**PO BOX 6108**
**KENNEWICK, WA 99336**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

**$134.81**

---

**3.321**

**Nonpriority creditor's name and mailing address**

**KEVIN'S UNLIMITED SERVICE COMPANY**
**PO BOX 93**
**DEWEYVILLE, TX 77614**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **WINDOW WASHING**

Is the claim subject to offset? ■ No ☐ Yes

**$16.25**

---

**3.322**

**Nonpriority creditor's name and mailing address**

**KIMBRO MECHANICAL**
**1877 AIR LANE DR**
**NASHVILLE, TN 37210**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **HVAC**

Is the claim subject to offset? ■ No ☐ Yes

**$162.50**

---

**3.323**

**Nonpriority creditor's name and mailing address**

**KINNEY, BRANDY**
**16010 N. TAMARACK CT**
**NINE MILE FALLS, WA 99026**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$16.30**

---

**3.324**

**Nonpriority creditor's name and mailing address**

**KLUCK, HEATHER**
**R10066 COUNTY ROAD J**
**SCHOFIELD, WI 54476**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$16.66**

---

**3.325**

**Nonpriority creditor's name and mailing address**

**KRUCKENBERG, LI**
**8547 N US HWY 14**
**EVANSVILLE, WI 53536**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$21.09**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.326** Nonpriority creditor's name and mailing address

KUCERA PLUMBING,HEATING
COOLING,& SHEET METAL LLC
4150 CENTRAL AVE
SHADYSIDE, OH 43947

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **V100 HVAC Preventative Mtce**

Is the claim subject to offset? ■ No ☐ Yes

**$240.33**

---

**3.327** Nonpriority creditor's name and mailing address

KUCHOLICK, KAIS
8700 STATE ROAD 43
BATTLEGROUND, IN 47920

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$15.49**

---

**3.328** Nonpriority creditor's name and mailing address

KW ELECTRIC INC
PO BOX 967
CEDAR FALLS, IA 50613

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

**$979.19**

---

**3.329** Nonpriority creditor's name and mailing address

KYLE SANDY
932 CARLOS DR.
LINCOLN, NE 68505

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

**$240.00**

---

**3.330** Nonpriority creditor's name and mailing address

LARRY'S WINDOW SERVICE
PO BOX 1471
DES MOINES, IA 50305

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WINDOW WASHING**

Is the claim subject to offset? ■ No ☐ Yes

**$34.98**

---

**3.331** Nonpriority creditor's name and mailing address

LARSEN PROPERTY SERVICES
7248 BEAVER DAM RD
CROMWELL, KY 42333

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

**$358.02**

---

**3.332** Nonpriority creditor's name and mailing address

LARSEN, TIFFANY
53525 845 RD.
TILDEN, NE 68781

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$6.85**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number *(if known)* | 17-30112 |
|---|---|---|---|

Name

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,882.33 |

**LASHES**
**6500 AVALON BLVD.**
**LOS ANGELES, CA 90003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **MERCHANDISE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**LEPIC, RON**
**PO BOX 2460**
**ST. CLAIRSVILLE, OH 43950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **WINDOW WASHING**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,259.75 |

**LEVECK LIGHTING PRODUCTS**
**AND MAINTENANCE**
**PO BOX 24063**
**DAYTON, OH 45424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **SUPPLIES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,378.27 |

**LIMEBLUE**
**1109 S BOYLE AVE**
**LOS ANGELES, CA 90023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **MERCHANDISE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $470.68 |

**LINCOLN ELECTRIC SYSTEM**
**PO BOX 2986**
**OMAHA, NE 68103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UTILITIES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $153.20 |

**LINDSAY CRYSTAL**
**PURE WATER, INC**
**107 14TH ST NORTH**
**MOORHEAD, MN 56560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **WATER COOLER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $148.40 |

**LITERATI INFORMATION**
**TECHNOLOGY**
**827 FAIRMONT RD, STE 107**
**MORGANTOWN, WV 26501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$96.00** |
|---|---|---|---|

**LLOYD'S WINDOW WASHING**
**4705 N GENOA STREET**
**OTIS ORCHARDS, WA 99027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **WINDOW WASHING**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$281.48** |
|---|---|---|---|

**LOGAN, CITY OF**
**290 NORTH 100 WEST**
**PO BOX 328**
**LOGAN, UT 84323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **UTILITIES**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$176.40** |
|---|---|---|---|

**LOVE BY DESIGN**
**BY DESIGN L.L.C.**
**1441 BROADWAY, 4TH FLOOR**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **MERCHANDISE**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,708.34** |
|---|---|---|---|

**LOZIER CORPORATION**
**PO BOX 3577**
**OMAHA, NE 68103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **STORE FIXTURES**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$210.00** |
|---|---|---|---|

**LUCKINBILL, INC.**
**PO BOX 186**
**ENID, OK 73702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,997.95** |
|---|---|---|---|

**LUX ACCESSORIES LTD**
**358 5TH AVENUE**
**5TH FLOOR**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **MERCHANDISE**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$421.46** |
|---|---|---|---|

**MADISON GAS AND ELECTRIC**
**P.O. BOX 1231**
**MADISON, WI 53701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **UTILITIES**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.347** | Nonpriority creditor's name and mailing address

**MAGNETIC MEDIA ONLINE**
**PO BOX 347944**
**PITTSBURGH, PA 15251**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MARKETING**

Is the claim subject to offset? ■ No ☐ Yes

**$11,608.44**

---

**3.348** | Nonpriority creditor's name and mailing address

**MAGPIE, DARALA**
**122 S LOCUST ST**
**GRAND ISLAND, NE 68803**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$42.49**

---

**3.349** | Nonpriority creditor's name and mailing address

**MAJCO APPAREL INC.**
**1200 JULES POITRAS, #100**
**ST. LAURENT, QC**
**H4N 1X7, CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

**$22,844.78**

---

**3.350** | Nonpriority creditor's name and mailing address

**MALBRIT MECHANICAL INC**
**PO BOX 427**
**WAUSAU, WI 54402**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC PM**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

**3.351** | Nonpriority creditor's name and mailing address

**Mallory Alexander International Logistic**
**777 Sunrise Highway, Suite 301**
**Lynbrook, NY 11563**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customs Broker/Freight Forwarder**

Is the claim subject to offset? ■ No ☐ Yes

**$138,262.49**

---

**3.352** | Nonpriority creditor's name and mailing address

**MANHATTAN TOWN CENTER**
**100 MANHATTAN TOWN CNTR**
**MANHATTAN, KS 66502**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIES**

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

**3.353** | Nonpriority creditor's name and mailing address

**Maran**
**1400 Broadway 28th Fl**
**New York, NY 10018**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

---

**3.354**

Nonpriority creditor's name and mailing address

**MARC BRICK INC**
**PO BOX 791013**
**BALTIMORE, MD 21279**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIES**

Is the claim subject to offset? ■ No ☐ Yes

$257.80

---

**3.355**

Nonpriority creditor's name and mailing address

**MARSON, LARRY**
**558 WEST 800 SOUTH**
**PRESTON, ID 83263**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

$26.53

---

**3.356**

Nonpriority creditor's name and mailing address

**MASTER ELECTRIC, INC**
**PO BOX 8976**
**FORT WAYNE, IN 46898**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

$232.00

---

**3.357**

Nonpriority creditor's name and mailing address

**MATHISON'S**
**PO BOX 333**
**FARGO, ND 58107**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIES**

Is the claim subject to offset? ■ No ☐ Yes

$334.71

---

**3.358**

Nonpriority creditor's name and mailing address

**MAXSENT**
**137 MITCHELLS CHANCE ROAD**
**SUITE 280**
**EDGEWATER, MD 21037**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SECURITY**

Is the claim subject to offset? ■ No ☐ Yes

$183.03

---

**3.359**

Nonpriority creditor's name and mailing address

**MAXWELL, KENDAL**
**11470 ORCHARDVIEW DR**
**FENTON, MI 48430**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

$13.15

---

**3.360**

Nonpriority creditor's name and mailing address

**MC ELECTRIC, INC.**
**7648 LL RD**
**RED BUD, IL 62278**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

$391.65

---

| Debtor | Vanity Shop of Grand Forks, Inc. | | Case number (if known) | 17-30112 |
|---|---|---|---|---|
| | Name | | | |

---

**3.361** Nonpriority creditor's name and mailing address

MCCLURE, DANIELLE
335 GLENN HILL DRIVE
ALEXANDER, AR 72002

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **EMPLOYEE TRAVEL**

Is the claim subject to offset? ■ No ☐ Yes

**$40.04**

---

**3.362** Nonpriority creditor's name and mailing address

MCCLURE,WHITNEY
7331 S.UTICA AVE APT 1112

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$8.13**

---

**3.363** Nonpriority creditor's name and mailing address

MCKEGUE, CORRIN
2578 SKYWOOD
EAGLE, ID 83616

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.364** Nonpriority creditor's name and mailing address

MEISTER ELECTRIC INC
711 S KICKAPOO CREEK ROAD
PEORIA, IL 61604

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

**$82.00**

---

**3.365** Nonpriority creditor's name and mailing address

MENA,ROSEMARY
973 S SWEET WATER DR
PUEBLO, CO 81007

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$21.38**

---

**3.366** Nonpriority creditor's name and mailing address

METRO WASTE SERVICES CO
29131 MICHIGAN AVE
P.O. BOX 498
INKSTER, MI 48141

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WASTE SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

**$68.57**

---

**3.367** Nonpriority creditor's name and mailing address

METZ, SHARI
217 SOURIS DRIVE
MINOT, ND 58701

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$91.91**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.368**

**Nonpriority creditor's name and mailing address**

**MID-AMERICA ASSET MGMT**
**ONE PARKVIEW PLAZA**
**9TH FLR-WAUSAU CNTR CMBS**
**OAKBROOK TERRACE, IL 60181**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

**$245.14**

---

**3.369**

**Nonpriority creditor's name and mailing address**

**MID-NEBRASKA DISPOSAL**
**PO BOX 1089**
**GRAND ISLAND, NE 68802**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

**$91.90**

---

**3.370**

**Nonpriority creditor's name and mailing address**

**MIDAMERICAN ENERGY**
**PO BOX 8020**
**DAVENPORT, IA 52808**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

**$809.74**

---

**3.371**

**Nonpriority creditor's name and mailing address**

**MIDNITE EXPRESS, INC.**
**448 7TH ST NW**
**PO BOX 695**
**WEST FARGO, ND 58078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Inbound Freight__

Is the claim subject to offset? ■ No ☐ Yes

**$34,288.85**

---

**3.372**

**Nonpriority creditor's name and mailing address**

**MIDWEST ENERGY, INC.**
**PO BOX 898**
**HAYS, KS 67601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

**$822.27**

---

**3.373**

**Nonpriority creditor's name and mailing address**

**MIKE'S LOCK & KEY SERVICE**
**PO BOX 5276**
**COLORADO SPRINGS, CO 80931**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __LOCKS__

Is the claim subject to offset? ■ No ☐ Yes

**$124.00**

---

**3.374**

**Nonpriority creditor's name and mailing address**

**MILLER WINDOW SERVICE**
**1109 COLUMBINE DR**
**CEDAR FALLS, IA 50613**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __WINDOW WASHING__

Is the claim subject to offset? ■ No ☐ Yes

**$65.27**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.375** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,400.00**

MILLER, JUSTIN
1507 36 1/2 AVE. S.
FARGO, ND 58104

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **ARCHITECTURAL SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.376** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$343.42**

MILLMAR MUNICIPAL UTIL.
P.O. BOX 937
WILLMAR, MN 56201

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.377** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$506.58**

MINNESOTA ENERGY
RESOURCES
PO BOX 3140
MILWAUKEE, WI 53201

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.378** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$209.87**

MINNKOTA
PO BOX 1864
FARGO, ND 58107

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WASTE SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.379** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.16**

MOENKEDICK, HERMAN H.
44075 E LITTLE
MCDONALD DR
PERHAM, MN 56573

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WINDOW WASHING**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.380** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,219.50**

MON POWER
PO BOX 3615
AKRON, OH 44309

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.381** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,411.65**

MONTANA-DAKOTA UTILITIES
P.O. BOX 5600
BISMARCK, ND 58506

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
| --- | --- | --- | --- |
| | Name | | |

---

**3.382**

**Nonpriority creditor's name and mailing address**
**MONTGOMERY COUNTY**
**ENVIROMENTAL SERVICES**
**PO BOX 742598**
**CINCINNATI, OH 45274**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UTILITIES

Is the claim subject to offset? ■ No ☐ Yes

**$75.19**

---

**3.383**

**Nonpriority creditor's name and mailing address**
**MOOD MEDIA NORTH AMERICA**
**PO BOX 602782**
**CHARLOTTE, NC 28260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  MUSIC SERVICES

Is the claim subject to offset? ■ No ☐ Yes

**$4,690.92**

---

**3.384**

**Nonpriority creditor's name and mailing address**
**MOSGROVE, KATIE**
**3762 BRET DR**
**CLARKSVILLE, TN 37040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  CUSTOMER REFUND CHECKS

Is the claim subject to offset? ■ No ☐ Yes

**$21.79**

---

**3.385**

**Nonpriority creditor's name and mailing address**
**MOTIVE ENTERPRISE INC.**
**1201 MATEO STREET**
**LOS ANGELES, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  MERCHANDISE

Is the claim subject to offset? ■ No ☐ Yes

**$29,917.78**

---

**3.386**

**Nonpriority creditor's name and mailing address**
**MOUNT'S LOCK & KEY INC**
**415 W 1ST AVE**
**KENNEWICK, WA 99336**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  LOCKS

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

**3.387**

**Nonpriority creditor's name and mailing address**
**MR. HANDYMAN**
**2175 W GLADE CREEK ST**
**MERIDIAN, ID 83646**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  REPAIRS & MTCE

Is the claim subject to offset? ■ No ☐ Yes

**$324.00**

---

**3.388**

**Nonpriority creditor's name and mailing address**
**MR. SQUEEGEE**
**PO BOX 49**
**BISMARCK, ND 58502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  WINDOW WASHING

Is the claim subject to offset? ■ No ☐ Yes

**$72.00**

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

---

**3.389** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$64.15**

**MULLINS, LACY**
**PO BOX 54**
**MORAVIA, IA 52571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CUSTOMER REFUND CHECKS__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.390** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22.38**

**MUNCIE SANITARY DISTRICT**
**PO BOX 2605**
**FORT WAYNE, IN 46801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __UTILITIES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.391** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$169.89**

**MUNICIPAL LIGHT AND WATER**
**PO BOX 490**
**NORTH PLATTE, NE 69103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __UTILITIES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.392** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$492.43**

**MURFREESBORO ELECTRIC Department**
**PO BOX 9**
**MURFREESBORO, TN 37133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __UTILITIES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.393** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16.04**

**MURPHY, AMANDA**
**93 AUDUBON DR**
**COLORADO SPRINGS, CO 80915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CUSTOMER REFUND CHECKS__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.394** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,252.69**

**MUTH ELECTRIC INC**
**PO BOX 1400**
**MITCHELL, SD 57301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __REPAIRS & MTCE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.395** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**My Michelle**
**PO Box 784312**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Merchandise__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.49** |
|---|---|---|---|

**MYERS, KARI**
**7882 ROAD 48**
**PAYNE, OH 45880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __CUSTOMER REFUND CHECKS__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$101.81** |
|---|---|---|---|

**NATIONAL SECURITY CONSULTANT**
**PO BOX 932412**
**CLEVELAND, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __SECURITY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$95.44** |
|---|---|---|---|

**NAYLOR HEATING & REFRIGERATION**
**172 SPIRIT AVE NW**
**BEMIDJI, MN 56601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __HVAC PM__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,166.87** |
|---|---|---|---|

**NEBRASKA PUBLIC POWER DISTRICT**
**PO BOX 2860**
**OMAHA, NE 68103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32.10** |
|---|---|---|---|

**NEBRASKA SAFETY AND**
**FIRE EQUIPMENT, INC.**
**PO BOX 1229**
**NORTH PLATTE, NE 69103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __FIRE EXTINGUISHER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**NEIGHBORHOOD SERVICES**
**1402 BROADWAY**
**FARGO, ND 58102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __REPAIRS & MTCE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$58,803.82** |
|---|---|---|---|

**NELSON ELECTRIC**
**PO BOX 1528**
**RACINE, WI 53401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __SUPPLIES__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | | Case number (if known) | 17-30112 |
|---|---|---|---|---|
| | Name | | | |

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.40 |
|---|---|---|---|

**NELSON, HOLLY**
**26138 SIEVERS DR**
**RUSHFORD, MN 55971**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103.28 |
|---|---|---|---|

**NELSON, JUANITA**
**4964 BRANT ROAD**
**COLORADO SPRINGS, CO 80911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **EMPLOYEE TRAVEL**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.08 |
|---|---|---|---|

**NELSON, SHEENA**
**W 1081 CITY ROAD J**
**PRINCETON, WI 54968**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.29 |
|---|---|---|---|

**NEMONT**
**PO BOX 600**
**SCOBEY, MT 59263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **PHONE SERVICE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.08 |
|---|---|---|---|

**NEUHAUS, STEPHA**
**907 WOLVERTON DR**
**FORT WAYNE, IN 46825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.78 |
|---|---|---|---|

**NGUYEN, CASSAND**
**385 MAIN STREET**
**SACRAMENTO, KY 42372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134,076.90 |
|---|---|---|---|

**NINGBO SEDUNO IMP&EXP CO LTD**
**97# WUJIA ROAD SEDUNO BUILDING**
**HENGTON P**
**HAISHU DISTRICT**
**NINGBO, CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.410** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105.44**

**NO STREAKING**
**1105 TORREY PINE LANE**
**SIOUX FALLS, SD 57110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **WINDOW WASHING**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.411** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69.00**

**NOBLE LOCKSMITH SERVICE**
**2670 GRACE ROAD**
**FORT GRATIOT, MI 48059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **LOCKS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.412** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00**

**NORTH DAKOTA RECYCLING**
**SERVICES, LLC**
**PO BOX 2328**
**WILLISTON, ND 58802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.413** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$436.13**

**NORTHERN ELECTRIC COOP**
**BOX 457**
**BATH, SD 57427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.414** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29.92**

**NORTHERN LAKES WINDOW**
**CLEANING**
**PO BOX 5044**
**GRAND RAPIDS, MN 55744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **WINDOW WASHING**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.415** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,680.50**

**NORTHWESTERN ENERGY**
**11 E. Park St.**
**BUTTE, MT 59707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.416** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119.93**

**NORTHWESTERN OHIO**
**SECURITY SYSTEMS, INC.**
**121 E HIGH ST**
**LIMA, OH 45801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **FIRE EXT. INSPECTION**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

---

**3.417** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$328.00**

**NORTHWOODS CONSTRUCTION**
**OF THE IRON RANGE, INC**
**1031 17TH ST N**
**VIRGINIA, MN 55792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **V42 Gate Repair**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.418** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$435.00**

**O'DONNELL CORPORATION**
**661 NORTH LAKEWOOD DR**
**ORLANDO, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **V213 & V82 Signs**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.419** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19.69**

**O'FALLON WATER & SEWER**
**255 S. LINCOLN AVENUE**
**O'FALLON, IL 62269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UTILITIES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.420** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37.80**

**OBRIEN, SKYLAR**
**5206 CANTERBURY LN**
**JANESVILLE, WI 53546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE TRAVEL**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.421** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18.18**

**OFARRIO, SARAH**
**180 CLINTON ST. APT 9**
**AVON, NY 14414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.422** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$944.61**

**OHIO EDISON**
**PO BOX 3687**
**AKRON, OH 44309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UTILITIES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.423** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$168.50**

**OLIVER TRI COUNTY**
**HEATING & AIR, INC**
**11234 LAKECREST DR**
**WEST BURLINGTON, IA 52655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **V139 HVAC Preventative Mtce**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.424** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$106.25**

**OLYMPIC IV MALL SERVICES**
**PO BOX 96383**
**LAS VEGAS, NV 89193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __WASTE SERVICES__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.425** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$111.38**

**OLYMPIC MALL SERVICES**
**PO BOX 800336**
**HOUSTON, TX 77280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __WASTE SERVICES__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.426** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,822.32**

**ONE STEP UP**
**1412 BROADWAY**
**3RD FLOOR**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __MERCHANDISE__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.427** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.84**

**ONEIDA REALTY COMPANY**
**1605 ALWORTH BUILDING**
**306 WEST SUPERIOR STREET**
**DULUTH, MN 05802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __WINDOW WASHING__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.428** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,811.14**

**ORDERMOTION**
**ORACLE AMERICA INC**
**500 ORACLE PARKWAY**
**Redwood City, CA 94065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __WEB SOFTWARE SERVICES__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.429** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,375.99**

**ORION FASHIONS INC.**
**48 WEST 38TH STREET**
**11TH FLOOR**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __MERCHANDISE__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.430** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125.00**

**ORKIN**
**675 BLUE ROCK CT**
**WINSTON SALEM, NC 27103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __PEST CONTROL__

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.00 |
|---|---|---|---|

**ORKIN PEST CONTROL**
**PO BOX 2351**
**DAVENPORT, IA 52809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **PEST CONTROL**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.97 |
|---|---|---|---|

**ORKIN, INC**
**5425 COLLEGE ST**
**BEAUMONT, TX 77707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **PEST CONTROL**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106.58 |
|---|---|---|---|

**ORKIN, INC.**
**3417 BAER BLVD**
**SPRINGFIELD, IL 62711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **PEST CONTROL**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.00 |
|---|---|---|---|

**ORKIN, INC.**
**9100 S COUNTY ROAD 800 W**
**DALEVILLE, IN 47334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **PEST CONTROL**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.20 |
|---|---|---|---|

**OSTEEN & LEMMONS**
**ELECTRICAL & MECHANICAL**
**PO BOX 1126**
**FLETCHER, NC 28732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **HVAC PM**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,065.86 |
|---|---|---|---|

**OTTER TAIL POWER COMPANY**
**PO BOX 2002**
**FERGUS FALLS, MN 56538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UTILITIES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,049.00 |
|---|---|---|---|

**OVERHEAD DOOR COMPANY**
**OF WEBSTER COUNTY**
**6 NORTH 21ST ST**
**FORT DODGE, IA 50501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Vanity Shop of Grand Forks, Inc.**                                   Case number *(if known)*    **17-30112**
_____                         _____
Name

| 3.438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,218.00 |

**PALEN/KIMBALL LLC**
**MI-98**
**PO BOX 1414**
**MINNEAPOLIS, MN 55480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __REPAIRS & MTCE__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,629.59 |

**PAN OCEANIC EYEWEAR LTD**
**6TH FLOOR**
**15 WEST 37TH ST**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __MERCHANDISE__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $172.38 |

**PARKER, AARON**
**1410 W 1ST**
**GRAND ISLAND, NE 68801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __REPAIRS & MTCE__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3.18 |

**PATTERSON,KAYCI**
**14560 N. PENN APT. 109**
**OKLAHOMA CITY, OK 73134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __CUSTOMER REFUND CHECKS__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $53.50 |

**PEDERSON SANITATION CORP**
**PO BOX 1001**
**FORT DODGE, IA 50501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __UTILITIES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $78.54 |

**PELLITTERI WASTE SYSTEMS**
**PO BOX 259426**
**MADISON, WI 53725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __UTILITIES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $552.61 |

**PEOPLEREADY INC**
**1002 SOLUTIONS CENTER**
**CHICAGO, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __TEMP HELP__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number *(if known)* | **17-30112** |
|---|---|---|---|
| | Name | | |

---

**3.445** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,487.31**

**PEPPERJAM**
**7 SOUTH MAIN STREET, FLOOR 3**
**Wilkes Barre, PA 18701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **MARKETING**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.446** | Nonpriority creditor's name and mailing address | **$14.51**

**PEREZ, ALEXIS**
**105 BELAIRE ST**
**SAN ANGELO, TX 76905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.447** | Nonpriority creditor's name and mailing address | **$13.43**

**PEREZ, DESIREE**
**1115 S. 12TH ST.**
**ROCKYFORD, CO 81067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.448** | Nonpriority creditor's name and mailing address | **$48.15**

**PESTBUSTERS, INC**
**2701 SOUTH LEMON STREET**
**SIOUX CITY, IA 51106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **PEST CONTROL**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.449** | Nonpriority creditor's name and mailing address | **$175.00**

**PETERS HEATING AND**
**AIR CONDITIONING INC**
**4520 BROADWAY**
**QUINCY, IL 62305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **HVAC PM**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.450** | Nonpriority creditor's name and mailing address | **$26.54**

**PFAFF, JESSI**
**138 SOUTH WEBSTER ST**
**OTTUMWA, IA 52501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.451** | Nonpriority creditor's name and mailing address | **$140.00**

**PIONEER SEWER & DRAIN**
**11485 KONA RANCH RD**
**MISSOULA, MT 59804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **V126 Water Drain Repair**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.452** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$261.23**

PITHER PLUMBING
310 W METHVIN
LONGVIEW, TX 75601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.453** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$166.26**

PLUMBING PERFECTION, INC.
PO BOX 171
NEW PLYMOUTH, ID 83655

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.454** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,125.66**

POMEROY IT SOLUTIONS
SALES COMPANY, INC.
PO BOX 631049
CINCINNATI, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **BROADBAND TELECOMMUNICATIONS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.455** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,028.44**

POOF
1407 BROADWAY, SUITE 900
NEW YORK, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **MERCHANDISE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.456** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56.94**

POP-A-LOCK OF TRI CITIES
3119 BRISTOL HWY
STE 218
JOHNSON CITY, TN 37601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.457** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$574.23**

POPULAR BASICS
747 E. 10TH STREET
UNIT 111
LOS ANGELES, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **MERCHANDISE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32.50**

PORTER, MICHAEL
9700 HWY 63
EMMETT, KS 66422

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.459** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24.98**

POWERS, TRACY
2211 ACE VISTA DR
MISSOULA, MT 59803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CUSTOMER REFUND CHECKS

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.460** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$195.68**

PRECISE FILTER SERVICE
PO BOX 193
FOUNTAINTOWN, IN 46130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  HVAC

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.461** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$65.00**

PRECISION GLASS LLC
5405 ILLINOIS ROAD
FORT WAYNE, IN 46804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  V108 Window Repair

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.462** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$109.72**

PRECISION LOCKSMITHING
117 N. MAIN ST
FOND DU LAC, WI 54935

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  REPAIRS & MTCE

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.463** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,845.16**

PREFERENCE EMPLOYMENT
SOLUTIONS, INC.
2600 9TH AVE S
FARGO, ND 58103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  TEMP HELP

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.464** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$276.00**

PREMIER MECHANICAL
SERVICE, INC.
912 S METCALF ST
LIMA, OH 45804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  HVAC PM

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.465** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46.43**

PRESTO-X
P.O. BOX 14087
READING, PA 19612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  PEST CONTROL

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.93 |
|---|---|---|---|

**PROFESSIONAL FIRE EQUIPMENT COMPANY**
PO BOX 96
HAYS, KS 67601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **FIRE EXT. INSPECTION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,896.00 |
|---|---|---|---|

**PROJECT 28 CLOTHING**
525 7TH AVE, SUITE 1200
NEW YORK, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **MERCHANDISE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $203.73 |
|---|---|---|---|

**PROSHIELD FIRE & SECURITY**
1118 LAPORTE ROAD
WATERLOO, IA 50702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **FIRE EXT. INSPECTION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $435.30 |
|---|---|---|---|

**PUBLIC UTILITY COMMISSION**
G.R.P.U.C.
P.O. BOX 658
GRAND RAPIDS, MN 55744

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UTILITIES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.16 |
|---|---|---|---|

**QUESTAR GAS COMPANY**
PO BOX 45841
SALT LAKE CITY, UT 84139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **V88 Gas 1/17**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.82 |
|---|---|---|---|

**QUINN, JUDY**
219 MAHAN DR
PARIS, IL 61944

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE TRAVEL**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53.50 |
|---|---|---|---|

**R & R WINDOW WASHING SERVICE**
PO BOX 341
DUBUQUE, IA 52004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **WINDOW WASHING**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number *(if known)* | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.473** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,099.67**

**R/S ELECTRIC CONSTRUCTION**
P.O. BOX 842708
NORTH KANSAS CITY, MO 64184

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.474** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$114.32**

**RALPH'S ELECTRIC, INC**
2112 CANTERBURY ROAD
HAYS, KS 67601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.475** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

**RANDY'S WINDOW CLEANING**
PO BOX 1001
BELOIT, WI 53512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **WINDOW WASHING**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.476** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$309.95**

**RAPID GARAGE DOOR
& AWNING**
423 NE 5TH AVE
GRAND RAPIDS, MN 55744

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **V32 Gate Repair**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.477** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43.91**

**RELIABLE PEST SOLUTIONS**
PO BOX 627
HANNIBAL, MO 63401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **PEST CONTROL**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.478** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,851.26**

**RGIS**
PO BOX 77631
DETROIT, MI 48277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **PHYSICAL INVENTORY SERVICE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.479** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.88**

**RHODEN, KATIE**
1451 RIDGE ST.
POCATELLO, ID 83201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|--------|----------------------------------|------------------------|----------|
|        | Name                              |                        |          |

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.00 |

**RICHARD'S HEATING & COOLING INC**
**1211 FLIGHTWAY DRVIE**
**DE PERE, WI 54115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **HVAC PM**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.55 |

**RIPKE, JAMMIE**
**156 PEPPERELL AVE**
**HOUGHTON LAKE, MI 48629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.42 |

**RIVERA, ELSA**
**2524 LAUREN AVE**
**RACINE, WI 53404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |

**ROBARDS PEST CONTROL**
**130 RINGGOLD RD**
**CLARKSVILLE, TN 37042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **PEST CONTROL**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.10 |

**ROBERTS PLUMBING AND HEATING INC**
**3196 MESA AVE**
**GRAND JUNCTION, CO 81504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.15 |

**ROBERTS, DOMINI**
**3038 PATRICK DR.**
**CO SPRINGS, CO 80916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.00 |

**ROBINSON ELECTRIC**
**DIV OF W.J.R., INC**
**3025 RED BARN DRIVE**
**GERING, NE 69341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Vanity Shop of Grand Forks, Inc.** _____  Case number (if known)  **17-30112**
Name

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.75 |

**ROCKFORD HEATING & AIR
CONDITIONING
1618 MAGNOLIA ST
ROCKFORD, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **HVAC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,409.54 |

**ROCKY MOUNTAIN POWER
PO BOX 26000
PORTLAND, OR 97256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UTILITIES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.62 |

**ROGALLA, KATIE
6685 LEMON RD
BANCROFT, MI 48414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.56 |

**ROSS, NIKKI
1312 E. 9TH ST. APT 2W**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |

**ROTH BROS., INC
P.O. BOX 3600
CAROL STREAM, IL 60132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **HVAC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,519.10 |

**RR DONNELLEY LOGISTICS
SERVICES WORLDWIDE INC
PO BOX 932721
CLEVELAND, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Inbound Freight**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.04 |

**RUNYON LOCK SERVICE
1129 19TH ST
PARKERSBURG, WV 26101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

---

**3.494**

**Nonpriority creditor's name and mailing address**
RYDER TRANSPORTATION SERVICES
PO BOX 96723
CHICAGO, IL 60693

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **RENTAL TRUCK**

Is the claim subject to offset? ☐ No ☐ Yes

$134.12

---

**3.495**

**Nonpriority creditor's name and mailing address**
S & S SHAMBAUGH & SON LP
PO BOX 1287
FORT WAYNE, IN 46801

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ☐ No ☐ Yes

$970.00

---

**3.496**

**Nonpriority creditor's name and mailing address**
S.V.J. ELECTRIC CO., INC.
1959 NEW GROVE RD
SMITHS GROVE, KY 42171

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

$125.70

---

**3.497**

**Nonpriority creditor's name and mailing address**
SALES FLOOR LIVE LLC
PO BOX 80284
BILLINGS, MT 59108

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SOFTWARE SERVICES**

Is the claim subject to offset? ☐ No ☐ Yes

$4,760.00

---

**3.498**

**Nonpriority creditor's name and mailing address**
SAMMY PHILLIPS ELECTRIC
P.O. BOX 24519
WINSTON-SALEM, NC 27114

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ☐ No ☐ Yes

$154.79

---

**3.499**

**Nonpriority creditor's name and mailing address**
SANCHEZ, KELLY
106 9TH ST SOUTH
SOUTH ST. PAUL, MN 55076

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

$13.00

---

**3.500**

**Nonpriority creditor's name and mailing address**
SAPP, MELISSA
155 PADDOCK GREEN DRIVE
NEW MARTINSVILLE, WV 26155

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

$11.64

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.61 |
|---|---|---|---|

**SCHROADER, ADDE**
**118 JANE DR**
**SPARTA, WI 54656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $302.06 |
|---|---|---|---|

**SCHWICKERT'S TECTA AMERICA**
**PO BOX  1179**
**MANKATO, MN 56002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **V12 HVAC Preventative Mtce**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.29 |
|---|---|---|---|

**SCOTT, JASMINE**
**836 E 2000 S**
**CLEARFIELD, UT 84015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $888.47 |
|---|---|---|---|

**SCOTTSBLUFF, CITY OF**
**ACCOUNT CLERK**
**2525 CIRCLE DRIVE**
**SCOTTSBLUFF, NE 69361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **V67 WTR/SWR WST**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $211.99 |
|---|---|---|---|

**SCR INC**
**604 LINCOLN AVENUE NE**
**ST. CLOUD, MN 56304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **V27 HVAC Preventative Mtce**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.65 |
|---|---|---|---|

**SEAN'S WINDOW CLEANING**
**PO BOX 8341**
**ROCHESTER, MN 55903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **WINDOW WASHING**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,184.52 |
|---|---|---|---|

**SECOND GENERATION**
**BEBOP CLOTHING**
**4433 PACIFIC BLVD**
**VERNON, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | | |
| --- | --- | --- | --- |
| | Name | Case number *(if known)* | **17-30112** |

---

**3.508**

**Nonpriority creditor's name and mailing address**

**SEEKINS, COURTN**
**1139 LANTERN SQUARE APT 1**
**WATERLOO, IA 50701**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$48.10**

---

**3.509**

**Nonpriority creditor's name and mailing address**

**SEMCO ENERGY GAS COMPANY**
**PO BOX 740812**
**CINCINNATI, OH 45274**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

**$103.37**

---

**3.510**

**Nonpriority creditor's name and mailing address**

**SERVICE CLEAN MIDTOWN LLC**
**429 PARRISH HILL**
**MOUNT JULIET, TN 37122**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **WINDOW WASHING**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.511**

**Nonpriority creditor's name and mailing address**

**SERVICE EXPERTS**
**120 E 40TH ST**
**BOISE, ID 83714**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **HVAC PM**

Is the claim subject to offset? ■ No ☐ Yes

**$69.00**

---

**3.512**

**Nonpriority creditor's name and mailing address**

**SERVICE SPECIALISTS, INC**
**P.O. BOX 160**
**SUN PRAIRIE, WI 53590**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **HVAC**

Is the claim subject to offset? ■ No ☐ Yes

**$301.47**

---

**3.513**

**Nonpriority creditor's name and mailing address**

**SHATILA, HANNA**
**2721 WILLIAM NEAL PKWY**
**FORT COLLINS, CO 80525**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$14.39**

---

**3.514**

**Nonpriority creditor's name and mailing address**

**Shavitz Law Group, P.A.**
**1515 S. Federal Highway, Suite 404**
**Boca Raton, FL 33432**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Representation of unknown former store managers**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number *(if known)* | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.515**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.35 |
|---|---|---|

SHAYLA, WINTEY
412 LINCOLN ST.
QUINTER, KS 67752

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.516**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|

SHEET METAL SPEICALTIES
1220 EAST YELLOWSTONE
PO BOX 1243
CASPER, WY 82602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **HVAC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.517**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,749.64 |
|---|---|---|

SHINE IMPORTS
2455 E. 27TH ST.
VERNON, CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **MERCHANDISE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.518**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.65 |
|---|---|---|

SHORTPRINTER.COM
3005 MAIN AVE
FARGO, ND 58103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **SUPPLIES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.519**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.44 |
|---|---|---|

SHREEVE, MEGAN
507 N ARTHUR ST, APT I102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.520**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,947.43 |
|---|---|---|

Signorelli, Inc.
6363 Regent Street
Huntington Park, CA 90255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.521**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24.08 |
|---|---|---|

SIMMON, CHEKILA
2104 VANCE
LITTLE ROCK, AR 72206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Vanity Shop of Grand Forks, Inc._____     Case number (if known)   __17-30112__
　　　　Name

| | |
|---|---|
| 3.522 | **Nonpriority creditor's name and mailing address** |

3.522 | **Nonpriority creditor's name and mailing address**

| | As of the petition filing date, the claim is: *Check all that apply.* | **$72.50** |

**3.522**

**Nonpriority creditor's name and mailing address**
SIMPLEXGRINNELL
DEPT CH 10320
PALATINE, IL 60055

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FIRE EXT. INSPECTION__

Is the claim subject to offset? ■ No ☐ Yes

**$72.50**

---

**3.523**

**Nonpriority creditor's name and mailing address**
SIMPSON,DEVANNA
4415 KENNEDY ST.
RACINE, WI 53404

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CUSTOMER REFUND CHECKS__

Is the claim subject to offset? ■ No ☐ Yes

**$13.03**

---

**3.524**

**Nonpriority creditor's name and mailing address**
SLAGTER, DON
1242 13TH ST SW
WILLMAR, MN 56201

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __REPAIRS & MTCE__

Is the claim subject to offset? ■ No ☐ Yes

**$265.00**

---

**3.525**

**Nonpriority creditor's name and mailing address**
SMITH, ASHLEY
2617 E INMAN ST
SPRINGFIELD, MO 65804

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __EMPLOYEE TRAVEL__

Is the claim subject to offset? ■ No ☐ Yes

**$177.66**

---

**3.526**

**Nonpriority creditor's name and mailing address**
SMITH, KILEIGH
618 GRANT ST
PERU, IL 61354

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CUSTOMER REFUND CHECKS__

Is the claim subject to offset? ■ No ☐ Yes

**$8.00**

---

**3.527**

**Nonpriority creditor's name and mailing address**
SMITHEREEN PEST
7400 N MELVINA AVE
NILES, IL 60714

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __PEST CONTROL__

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

**3.528**

**Nonpriority creditor's name and mailing address**
SNELL SERVICES INC
PO BOX 629
NORTH PLATTE, NE 69103

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __REPAIRS & MTCE__

Is the claim subject to offset? ■ No ☐ Yes

**$630.58**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.529** | Nonpriority creditor's name and mailing address

SODERLUND, JULIE
31332 QUINLAN AVE
CENTER CITY, MN 55010

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CUSTOMER REFUND CHECKS

Is the claim subject to offset? ■ No ☐ Yes

**$19.03**

---

**3.530** | Nonpriority creditor's name and mailing address

SONKSEN, ALYSSA
1264 NORTHEY ST.
WATERLOO, IA 50703

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CUSTOMER REFUND CHECKS

Is the claim subject to offset? ■ No ☐ Yes

**$32.08**

---

**3.531** | Nonpriority creditor's name and mailing address

SORENSON, BRITT
339 1ST ST. NE
SARTELL, MN 56377

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CUSTOMER REFUND CHECKS

Is the claim subject to offset? ■ No ☐ Yes

**$12.61**

---

**3.532** | Nonpriority creditor's name and mailing address

SOURCE REFRIGERATION
& HVAC, INC.
PO BOX 515229
LOS ANGELES, CA 90051

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  HVAC

Is the claim subject to offset? ■ No ☐ Yes

**$238.61**

---

**3.533** | Nonpriority creditor's name and mailing address

SOUTHWEST PESTICIDE, INC
605 1/2 N 8TH ST
GARDEN CITY, KS 67846

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  PEST CONTROL

Is the claim subject to offset? ■ No ☐ Yes

**$92.36**

---

**3.534** | Nonpriority creditor's name and mailing address

SQA & KC INTERNATIONAL, S.A.
48 AVENIDA 7-23 ZONA3
APARTAMENTO A
COLONIA EL ROSARIO MIXCO
GUATEMALA

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  MERCHANDISE

Is the claim subject to offset? ■ No ☐ Yes

**$117,095.32**

---

**3.535** | Nonpriority creditor's name and mailing address

SRT
PO BOX 2027
MINOT, ND 58702

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TELECOMMUNICATIONS

Is the claim subject to offset? ■ No ☐ Yes

**$90.51**

---

Debtor    **Vanity Shop of Grand Forks, Inc.**                                    Case number (if known)    **17-30112**
Name

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.55 |

**ST. CLOUD, CITY OF**
**PO BOX 1501**
**ST. CLOUD, MN 56302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **UTILITIES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $737.98 |

**STAFF ELECTRIC CO INC**
**PO BOX 917**
**BUTLER, WI 53007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **V48 Sign Lights**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.38 |

**STANKEVITZ,KRIS**
**420 W. FORUM APT. 210**
**MADISON, WI 53703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.73 |

**STANLEY, LINDA**
**1401 W. 13TH ST.**
**MUNCIE, IN 47302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,611.88 |

**STAR OF INDIA**
**PO BOX 28330**
**TEMPE, AZ 85285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **MERCHANDISE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,135.00 |

**State of California**
**Department of Industrial Relations**
**Labor Commissioner's Office**
**320 West 4th St., Suite 450**
**Los Angeles, CA 90013**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid wages from manufactuer/employer:**
**Case No. 633-125331/OV - Aide Guadalupe Martinez-Miranda**
**(Employer: Fashion Party, Inc.); $74,135**
**Case No. WC-CM-208859 - Gabriel Catalan Vargas (Employer:  AMC**
**Apparel, Inc.); $83,738.50**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.542**

**Nonpriority creditor's name and mailing address**
State of California
Department of Industrial Relations
Labor Commissioner's Office
320 West 4th St., Suite 450
Los Angeles, CA 90013

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                **$83,738.50**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Unpaid wages from manufacturer/employer:
Case No. WC-CM-208859 - Gabriel Catalan Vargas (Employer:  AMC
Apparel, Inc.); $83,738.50**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.543**

**Nonpriority creditor's name and mailing address**
State of California
Department of Industrial Relations
Labor Commissioner's Office
320 West 4th St., Suite 450
Los Angeles, CA 90013

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                **$152,164.00**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Unpaid wages from manufacuer/employer:
Case No. WC-CM-182134 - Alba Luz Hernandez Lopez (Employer:
TEHO, Inc., a California Corporation and Terry Choi, an Individual);
$152,164.00**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.544**

**Nonpriority creditor's name and mailing address**
State of California
Department of Industrial Relations
Labor Commissioner's Office
320 West 4th St., Suite 450
Los Angeles, CA 90013

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                **$71,201.00**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Unpaid wages from manufacuer/employer:
Case No. WC-CM-159398 - Magdalena Antonio (Employer:  TEHO, Inc.,
a California Corporation and Terry Choi, an Individual); $71,201.00**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.545**

**Nonpriority creditor's name and mailing address**
State of California
Department of Industrial Relations
Labor Commissioner's Office
320 West 4th St., Suite 450
Los Angeles, CA 90013

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                **$69,132.00**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Unpaid wages from manufacuer/employer:
Case No. WC-CM-159228 - Maria de Monserrat Leyva-Gonzalez
(Employer:  TEHO, Inc., a California Corporation and Terry Choi, an
Individual); $69,132.00**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.546**

**Nonpriority creditor's name and mailing address**
State of California
Department of Industrial Relations
Labor Commissioner's Office
320 West 4th St., Suite 450
Los Angeles, CA 90013

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                **$99,131.50**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Unpaid wages from manufacuer/employer:
Case No. WC-CM-157222 - Magdalena Solis(Employer:  TEHO, Inc., a
California Corporation and Terry Choi, an Individual); $99,131.50**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number *(if known)* | **17-30112** |
|---|---|---|---|
| | Name | | |

---

**3.547** | **Nonpriority creditor's name and mailing address**
**State of California**
**Department of Industrial Relations**
**Labor Commissioner's Office**
**320 West 4th St., Suite 450**
**Los Angeles, CA 90013**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          **$181,831.40**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Unpaid wages from manufactuer/employer:**
**Case No. WC-CM-157416 - Diego Perez-Meza (Employer:  TEHO, Inc.,**
**a California Corporation and Terry Choi, an Individual); $181,831.40**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.548** | **Nonpriority creditor's name and mailing address**
**State of California**
**Department of Industrial Relations**
**Labor Commissioner's Office**
**320 West 4th St., Suite 450**
**Los Angeles, CA 90013**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          **$114,149.50**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Unpaid wages from manufactuer/employer:**
**Case No. WC-CM-156087 - Josue Garcia-Cruz (Employer:  TEHO, Inc.,**
**a California Corporation and Terry Choi, an Individual); $114,149.50**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.549** | **Nonpriority creditor's name and mailing address**
**State of California**
**Department of Industrial Relations**
**Labor Commissioner's Office**
**320 West 4th St., Suite 450**
**Los Angeles, CA 90013**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          **$38,816.40**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Unpaid wages from manufactuer/employer:**
**Case No. WC-CM-158973 - Patricia Gomez-Arellano (Employer:**
**TEHO, Inc., a California Corporation and Terry Choi, an Individual);**
**$38,816.40**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.550** | **Nonpriority creditor's name and mailing address**
**State of California**
**Department of Industrial Relations**
**Labor Commissioner's Office**
**320 West 4th St., Suite 450**
**Los Angeles, CA 90013**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          **$105,470.00**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Unpaid wages from manufactuer/employer:**
**Case No. WC-CM-156084 - Lucitana Chavac (Employer:  TEHO, Inc., a**
**California Corporation and Terry Choi, an Individual); $105,470.00**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.551** | **Nonpriority creditor's name and mailing address**
**State of California**
**Department of Industrial Relations**
**Labor Commissioner's Office**
**320 West 4th St., Suite 450**
**Los Angeles, CA 90013**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          **$201,552.50**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Unpaid wages from manufactuer/employer:**
**Case No. WC-CM-156086 - Miriam Perez (Employer:  TEHO, Inc., a**
**California Corporation and Terry Choi, an Individual); $201,552.50**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

---

**3.552** Nonpriority creditor's name and mailing address

**State of California
Department of Industrial Relations
Labor Commissioner's Office
320 West 4th St., Suite 450
Los Angeles, CA 90013**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$70,917.50**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid wages from manufactuer/employer:
Case No. WC-CM-183664 - Gloria Cendejas De Cachu (Employer:
TEHO, Inc., a California Corporation and Terry Choi, an Individual);
$70,917.50**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.553** Nonpriority creditor's name and mailing address

**State of California
Department of Industrial Relations
Labor Commissioner's Office
320 West 4th St., Suite 450
Los Angeles, CA 90013**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$77,389.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid wages from manufactuer/employer:
Case No. WC-CM-159267 - Justina Cortes Reyna (Employer:  TEHO,
Inc., a California Corporation and Terry Choi, an Individual);
$77,389.00**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.554** Nonpriority creditor's name and mailing address

**State of California
Department of Industrial Relations
Labor Commissioner's Office
320 West 4th St., Suite 450
Los Angeles, CA 90013**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$105,470.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid wages from manufactuer/employer:
Case No. WC-CM-156085 - Ismael Veliz-Herrera (Employer:  TEHO,
Inc., a California Corporation and Terry Choi, an Individual);
$105,470.00**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.555** Nonpriority creditor's name and mailing address

**State of California
Department of Industrial Relations
Labor Commissioner's Office
320 West 4th St., Suite 450
Los Angeles, CA 90013**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$61,017.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid wages from manufactuer/employer:
Case No. WC-CM-184641 - Manuel Demetrio Sosa (Employer:  TEHO,
Inc., a California Corporation and Terry Choi, an Individual);
$61,017.00**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.556** Nonpriority creditor's name and mailing address

**State of California
Department of Industrial Relations
Labor Commissioner's Office
320 West 4th St., Suite 450
Los Angeles, CA 90013**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$44,070.76**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid wages from manufactuer/employer:
Case No. WC-CM-158918 - Isabel Velazquez-Guerra (Employer:
TEHO, Inc., a California Corporation and Terry Choi, an Individual);
$44,070.76**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.557** Nonpriority creditor's name and mailing address

**State of California**
**Department of Industrial Relations**
**Labor Commissioner's Office**
**320 West 4th St., Suite 450**
**Los Angeles, CA 90013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$189,190.50**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid wages from manufactuer/employer:**
**Case No. WC-CM-159253 - Jose Miguel Rodriguez (Employer:  TEHO,**
**Inc., a California Corporation and Terry Choi, an Individual);**
**$189,190.50**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.558** Nonpriority creditor's name and mailing address

**STERLING HEIGHTS, CITY OF**
**DEPARTMENT 181601**
**PO BOX 55000**
**DETROIT, MI 48255**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$80.81**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.559** Nonpriority creditor's name and mailing address

**STONY APPAREL**
**1500 S. EVERGREEN AVE.**
**LOS ANGELES, CA 90023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.560** Nonpriority creditor's name and mailing address

**STOOSH**
**ROGER GARMENTS**
**1524 GAGE RD**
**MONTEBELLO, CA 90640**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$3,240.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.561** Nonpriority creditor's name and mailing address

**STORED VALUE SOLUTIONS**
**3802 RELIABLE PARKWAY**
**CHICAGO, IL 60686**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$9,469.45**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GIFT CARD PROCESSING FEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.562** Nonpriority creditor's name and mailing address

**STORMONT, STACE**
**PO BOX 153**
**CIMARRON, KS 67835**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$12.17**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.563** Nonpriority creditor's name and mailing address

**STUBBS, MALLORY**
**114 MARGARET CIRCLE**
**ENID, OK 73703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$20.52**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number *(if known)* | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.564**

**Nonpriority creditor's name and mailing address**

**STURM HEATING**
**& AIR CONDITIONING**
**1112 NORTH NELSON**
**SPOKANE, WA 99202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **V76 HVAC Preventative Mtce**

Is the claim subject to offset? ■ No ☐ Yes

**$138.59**

---

**3.565**

**Nonpriority creditor's name and mailing address**

**SUBURBAN ELECTRICAL**
**ENGINEERS-CONTRACTORS,INC**
**BOX 78031**
**MILWAUKEE, WI 53278**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

**$293.01**

---

**3.566**

**Nonpriority creditor's name and mailing address**

**SUMMIT COMPANIES**
**PO BOX 6205**
**CAROL STREAM, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **FIRE EXTINGUISHER**

Is the claim subject to offset? ■ No ☐ Yes

**$45.00**

---

**3.567**

**Nonpriority creditor's name and mailing address**

**SUN BAN FASHIONS INC**
**GLANCE**
**600 4TH AVENUE**
**BROOKLYN, NY 11215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

**$6,245.01**

---

**3.568**

**Nonpriority creditor's name and mailing address**

**SUPERIOR MECHANICAL**
**3100 PLAINFIELD ROAD**
**SUITE C**
**DAYTON, OH 45432**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **HVAC PM**

Is the claim subject to offset? ■ No ☐ Yes

**$532.00**

---

**3.569**

**Nonpriority creditor's name and mailing address**

**SUZHOU HENGRUN IMP&EXP CO**
**888 CHENGHU ROAD**
**SUZHOU, CHINA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

**$26,491.80**

---

**3.570**

**Nonpriority creditor's name and mailing address**

**SWANSON, SHELBY**
**13013 212 AVE NE**
**NEW LONDON, MN 56273**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$1.90**

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number *(if known)* | **17-30112** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.571 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$684.01** |
| | **SWIFTAIR** | ☐ Contingent |
| | **2717 WEST 6TH** | ☐ Unliquidated |
| | **SIOUX FALLS, SD 57104** | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim:  **REPAIRS & MTCE** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.572 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$13.68** |
| | **SYMPSON, ASHLEIG** | ☐ Contingent |
| | **825 PEACHERS MILL RD** | ☐ Unliquidated |
| | **CLARKSVILLE, TN 37042** | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim:  **CUSTOMER REFUND CHECKS** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.573 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$309.09** |
| | **T&M ELECTRIC INC** | ☐ Contingent |
| | **316 NORTHWESTERN AVE** | ☐ Unliquidated |
| | **NORFOLK, NE 68701** | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim:  **REPAIRS & MTCE** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.574 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$306.25** |
| | **T.H. EIFERT** | ☐ Contingent |
| | **3302 W ST. JOSEPH** | ☐ Unliquidated |
| | **LANSING, MI 48917** | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim:  **HVAC** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.575 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$15.88** |
| | **TAYLOR, NICOLE** | ☐ Contingent |
| | **405 S WEBER ST** | ☐ Unliquidated |
| | **ABERDEEN, SD 57401** | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim:  **CUSTOMER REFUND CHECKS** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.576 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$187.50** |
| | **TEC ELECTRIC COMPANY** | ☐ Contingent |
| | **755 WEST 200 SOUTH** | ☐ Unliquidated |
| | **LOGAN, UT 84321** | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim:  **REPAIRS & MTCE** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.577 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$99.00** |
| | **TEMP RIGHT SERVICE INC** | ☐ Contingent |
| | **1569 I-94 BUSINESS LOOP E** | ☐ Unliquidated |
| | **DICKINSON, ND 58601** | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim:  **HVAC PM** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.578**

**Nonpriority creditor's name and mailing address**
TEMPERATURE PROS, LLC
778 S MAIN ST
SUITE 196
LAPEER, MI 48446

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  HVAC

Is the claim subject to offset? ■ No  ☐ Yes

$105.00

---

**3.579**

**Nonpriority creditor's name and mailing address**
TEMPTED
5630 BANDINI BLVD
BELL, CA 90201

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  MERCHANDISE

Is the claim subject to offset? ■ No  ☐ Yes

$81,937.95

---

**3.580**

**Nonpriority creditor's name and mailing address**
TERMINIX PROCESSING CTR
PO BOX 742592
CINCINNATI, OH 45274

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  PEST CONTROL

Is the claim subject to offset? ■ No  ☐ Yes

$135.31

---

**3.581**

**Nonpriority creditor's name and mailing address**
TERRE HAUTE, CITY OF
PO BOX 21043
TULSA, OK 74121

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UTILITIES

Is the claim subject to offset? ■ No  ☐ Yes

$26.87

---

**3.582**

**Nonpriority creditor's name and mailing address**
TERRY'S HEATING &
AIR CONDITIONING
PO BOX 5177
TWIN FALLS, ID 83301

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  HVAC PM

Is the claim subject to offset? ■ No  ☐ Yes

$48.94

---

**3.583**

**Nonpriority creditor's name and mailing address**
THAODORF, LORI
302 6TH AVE NE
KASSON, MN 55944

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CUSTOMER REFUND CHECKS

Is the claim subject to offset? ■ No  ☐ Yes

$20.48

---

**3.584**

**Nonpriority creditor's name and mailing address**
THE AD ART COMPANY
3260 E 26TH STREET
LOS ANGELES, CA 90058

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Spring Sign Kit

Is the claim subject to offset? ■ No  ☐ Yes

$58,205.43

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60.00** |
|---|---|---|---|

**THE ENERGY COOPERATIVE**
PO BOX 740467
CINCINNATI, OH 45274

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UTILITIES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$585.43** |
|---|---|---|---|

**THE ILLUMINATING COMPANY**
PO BOX 3687
AKRON, OH 44309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UTILITIES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$85.00** |
|---|---|---|---|

**THE STERITECH GROUP INC**
PO BOX 472127
CHARLOTTE, NC 28247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **PEST CONTROL**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$64.00** |
|---|---|---|---|

**THE WINDOW WASHERS**
2120 SOUTH RESERVE ST
PMB 107
MISSOULA, MT 59801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **WINDOW WASHING**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18.14** |
|---|---|---|---|

**THIBAULT, AMAND**
8113 PINFEATHER DR
FOUNTAIN, CO 80817

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$128.72** |
|---|---|---|---|

**THORNE PLUMBIN.HEATING
AIR CONDITIONING INC.**
PO BOX 820
ZANESVILLE, OH 43702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21.09** |
|---|---|---|---|

**TIMM, JACKIE**
1535 CAPITOL DR
GREEN BAY, WI 54303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

| 3.592 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

**TOTAL CLEAN WINDOW WASHING**
PO BOX 11994
GREEN BAY, WI 54307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**WINDOW WASHING**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91.80** |
|---|---|---|---|

**TOWN AND COUNTRY ELECTRIC**
1116 8TH STREET SOUTH
VIRGINIA, MN 55792

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**REPAIRS & MTCE**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66.33** |
|---|---|---|---|

**TRI-STATE FIRE EXTINGUISHER COMPANY**
122 S 7TH ST
STEUBENVILLE, OH 43952

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**FIRE EXTINGUISHER**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |
|---|---|---|---|

**TY THE WINDOW GUY**
4859 N SHADY VIEW LANE
LEHI, UT 84043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**WINDOW WASHING**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$457.95** |
|---|---|---|---|

**ULINE**
ATTN: ACCTS RECEIVABLE
PO BOX 88741
CHICAGO, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**Store mop kits**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$198,803.62** |
|---|---|---|---|

**UNITED PARCEL SERVICE**
LOCK BOX 577
CAROL STREAM, IL 60132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**FREIGHT CHARGES FOR WHSE TO STORE DELIVERIES/ECOM ORDERS**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$276.00** |
|---|---|---|---|

**UNITED TEAM MECHANICAL**
PO BOX 257
KAYSVILLE, UT 84037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**V78/V88/V94 HVAC Preventative Mtce**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,727.03** |
|---|---|---|---|

**UPS SUPPLY CHAIN SOLUTIONS**
**CUSTOMS BROKERAGE SERVICE**
**28013 NETWORK PLACE**
**CHICAGO, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  SHIPPING/FREIGHT**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$186.95** |
|---|---|---|---|

**VAN ERT ELECTRIC COMPANY**
**7019 W STEWART AVE**
**WAUSAU, WI 54401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  REPAIRS & MTCE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19.00** |
|---|---|---|---|

**VANDELFT, BETHA**
**7490 HUISMAN RD**
**LYNDEN, WA 98264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  CUSTOMER REFUND CHECKS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$673.55** |
|---|---|---|---|

**VANENK ELECTRIC, INC.**
**2901 MAPLE ST N**
**FARGO, ND 58102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  REPAIRS & MTCE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52.06** |
|---|---|---|---|

**VECTOR SECURITY, INC.**
**PO BOX 89462**
**CLEVELAND, OH 44101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  STORE ALARMS V177 & V250**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$160.87** |
|---|---|---|---|

**VECTREN ENERGY DELIVERY**
**PO BOX 6248**
**INDIANAPOLIS, IN 46206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  UTILITIES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$88.94** |
|---|---|---|---|

**VECTREN ENERGY DELIVERY**
**P.O. BOX 6262**
**INDIANAPOLIS, IN 46206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  UTILITIES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

**3.606**

Nonpriority creditor's name and mailing address

**VERENDRYE ELECTRIC COOP**
**615 HIGHWAY 52 WEST**
**VELVA, ND 58790**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

**$261.44**

---

**3.607**

Nonpriority creditor's name and mailing address

**VERITIV OPERATING COMPANY**
**7472 COLLECTION CENTER DR**
**CHICAGO, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIES**

Is the claim subject to offset? ■ No ☐ Yes

**$2,365.00**

---

**3.608**

Nonpriority creditor's name and mailing address

**VERIZON**
**PO BOX 15124**
**ALBANY, NY 12212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TELECOMMUNICATIONS**

Is the claim subject to offset? ■ No ☐ Yes

**$68.72**

---

**3.609**

Nonpriority creditor's name and mailing address

**VIENNA, CITY OF**
**OFFICE OF THE TREASURER**
**P.O. BOX 5097**
**VIENNA, WV 26105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

**$13.57**

---

**3.610**

Nonpriority creditor's name and mailing address

**VILLAGE OF GREENDALE**
**6500 NORTHWAY**
**GREENDALE, WI 53129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **BUSINESS LICENSE**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

**3.611**

Nonpriority creditor's name and mailing address

**VOLAR FASHION**
**8940 SORENSEN AVE.**
**SUITE 2**
**SANTA FE SPRINGS, CA 90670**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

**$1,423.80**

---

**3.612**

Nonpriority creditor's name and mailing address

**W.J. LEASEA ELECTRIC, INC**
**616 SOUTH MILITARY ROAD**
**FOND DU LAC, WI 54935**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

**$161.48**

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.613** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$622.98**

WALDINGER CORPORATION
PO BOX 1612
DES MOINES, IA 50306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  HVAC PM

Is the claim subject to offset? ■ No ☐ Yes

---

**3.614** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.12**

WALKER, DONNA
4400 TROUP HWY, APT 400
TYLER, TX 75703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  CUSTOMER REFUND CHECKS

Is the claim subject to offset? ■ No ☐ Yes

---

**3.615** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13.54**

WALLACE, STACEY
227 BRISTOL RD
CHATHAM, IL 62629

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  CUSTOMER REFUND CHECKS

Is the claim subject to offset? ■ No ☐ Yes

---

**3.616** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$256.20**

WASH AWAY ALL
129 N SUNSET DR. #1C
WINSTON-SALEM, NC 27101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  WINDOW WASHING

Is the claim subject to offset? ■ No ☐ Yes

---

**3.617** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47.08**

WASHED WHITE
1805 SYCAMORE
GRANGER, IA 50109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  WINDOW WASHING

Is the claim subject to offset? ■ No ☐ Yes

---

**3.618** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,585.85**

WASTE MANAGEMENT
PO BOX 13648
PHILADELPHIA, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  UTILITIES

Is the claim subject to offset? ■ No ☐ Yes

---

**3.619** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,631.08**

WASTE MANAGEMENT OF WI-MN
PO BOX 4648
CAROL STREAM, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  WASTE SERVICES

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.620**  Nonpriority creditor's name and mailing address

**WATERTOWN MUNICIPAL
UTILITIES
901 FOURTH AVENUE SW
WATERTOWN, SD 57201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

**$405.17**

---

**3.621**  Nonpriority creditor's name and mailing address

**WAYKINS, KELLY
3625 RIALTO
PUEBLO, CO 81005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$21.38**

---

**3.622**  Nonpriority creditor's name and mailing address

**WE DO WINDOWS
PO BOX 408
HOLCOMB, KS 67851**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WINDOW WASHING**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.623**  Nonpriority creditor's name and mailing address

**WE ENERGIES
PO BOX 90001
MILWAUKEE, WI 53290**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

**$1,063.71**

---

**3.624**  Nonpriority creditor's name and mailing address

**WEST CENTRAL SANITATION
P.O. BOX 796
WILLMAR, MN 56201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WASTE SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

**$255.74**

---

**3.625**  Nonpriority creditor's name and mailing address

**WEST COAST TRUCKING, INC.
100 W MANVILEE STREET
RANCHO DOMINGUEZ, CA 90220**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

**$3,005.00**

---

**3.626**  Nonpriority creditor's name and mailing address

**WESTCOAST WAREHOUSING LLC
100 WEST MANVILLE ST
RANCHO DOMINGUEZ, CA 90220**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

**$6,414.75**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|

**3.627** Nonpriority creditor's name and mailing address

WESTERN WYOMING LOCK
1849 CY AVENUE
CASPER, WY 82604

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  LOCKS

Is the claim subject to offset? ■ No ☐ Yes

$145.25

---

**3.628** Nonpriority creditor's name and mailing address

WESTMAN CHAMPLIN KOEHLER
900 2ND AVE S
STE 1400
MINNEAPOLIS, MN 55402

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ATTORNEY-INTELLECTUAL PROPERTY

Is the claim subject to offset? ■ No ☐ Yes

$9,012.90

---

**3.629** Nonpriority creditor's name and mailing address

WESTON, JAIDEN
814 W 1470 N
CLINTON, UT 84015

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  EMPLOYEE TRAVEL

Is the claim subject to offset? ■ No ☐ Yes

$59.28

---

**3.630** Nonpriority creditor's name and mailing address

WIEDEL, ANNE
4234 DOUGLAS AVE
RACINE, WI 53402

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CUSTOMER REFUND CHECKS

Is the claim subject to offset? ■ No ☐ Yes

$36.76

---

**3.631** Nonpriority creditor's name and mailing address

WILLIAMS GENERAL CONST.
14999 BEAVERDALE RD
DANVILLE, IA 52623

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  V139 Replace light bulbs

Is the claim subject to offset? ■ No ☐ Yes

$206.43

---

**3.632** Nonpriority creditor's name and mailing address

WILLIAMS MECHANICAL
P.O. BOX 17038
JONESBORO, AR 72403

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  HVAC

Is the claim subject to offset? ■ No ☐ Yes

$541.19

---

**3.633** Nonpriority creditor's name and mailing address

WILLISTON, CITY OF
WATER DEPARTMENT
PO BOX 1306
WILLISTON, ND 58802

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UTILITIES

Is the claim subject to offset? ■ No ☐ Yes

$34.40

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.634** | Nonpriority creditor's name and mailing address

**WILSON, NELDA**
**11300 N PENN AVE**
**OKLAHOMA CITY, OK 73120**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __EMPLOYEE TRAVEL__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.635** | Nonpriority creditor's name and mailing address

**WINDOW CLEANING AND**
**JANITORAL SERVICE**
**39435 133RD ST**
**BATH, SD 57427**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __WINDOW WASHING__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.636** | Nonpriority creditor's name and mailing address

**WINDSTREAM**
**P.O. BOX 9001908**
**LOUISVILLE, KY 40290**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __TELECOMMUNICATIONS__

Is the claim subject to offset? ■ No ☐ Yes

**$244.60**

---

**3.637** | Nonpriority creditor's name and mailing address

**WISCONSIN PUBLIC SERVICE**
**PO BOX 3140**
**MILWAUKEE, WI 53201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

**$817.20**

---

**3.638** | Nonpriority creditor's name and mailing address

**WOODMAN REFRIGERATION, INC**
**1616 6TH AVE SE**
**ABERDEEN, SD 57401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __HVAC__

Is the claim subject to offset? ■ No ☐ Yes

**$123.77**

---

**3.639** | Nonpriority creditor's name and mailing address

**WOODS ELECTRICAL**
**CONTRACTORS INC.**
**4180 N STARNES RD**
**BLOOMINGTON, IN 47404**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __V109 Replace Light Bulbs__

Is the claim subject to offset? ■ No ☐ Yes

**$292.50**

---

**3.640** | Nonpriority creditor's name and mailing address

**WOOLF, HOPE**
**PO BOX 156**
**DEMING, WA 98244**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CUSTOMER REFUND CHECKS__

Is the claim subject to offset? ■ No ☐ Yes

**$10.33**

---

Debtor **Vanity Shop of Grand Forks, Inc.**
    Name

Case number *(if known)*    **17-30112**

---

| 3.641 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$135.31** |
|---|---|---|---|

**WSC WHITE SERVICE COMPANY**
**PO BOX 1309**
**WOLFFORTH, TX 79382**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __HVAC__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,445.99** |
|---|---|---|---|

**XCEL ENERGY**
**PO BOX 9477**
**MINNEAPOLIS, MN 55484**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26.48** |
|---|---|---|---|

**YOUNG, LESLIE**
**320 DIVISION AVE**
**VAN METER, IA 50261**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __CUSTOMER REFUND CHECKS__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.87** |
|---|---|---|---|

**YOUNGSTOWN WATER**
**DEPARTMENT**
**PO BOX 6219**
**YOUNGSTOWN, OH 44501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.69** |
|---|---|---|---|

**ZUBER, SHONNA**
**2211 E ROSE AVE**
**APT 24**
**DES MOINES, IA 52030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __EMPLOYEE TRAVEL__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ameren Illinois**<br>**Credit and Collections**<br>**2105 E State Route 104**<br>**Pawnee, IL 62558** | Line __3.35__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Cindy Shattcuk**<br>**Verendrye Electric Cooperative**<br>**1225 Highway 2 Bypass E**<br>**Minot, ND 58701-7927** | Line __3.606__<br><br>☐ Not listed. Explain ____ | __9900__ |

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|

| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Coface North America Insurance Company**<br>**50 Millstone Rd., Bldg. 100, Ste. 360**<br>**East Windsor, NJ 08520** | Line __3.349__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **D'Layne Carter**<br>**PO Box 9132**<br>**Amarillo, TX 79105-9132** | Line __2.217__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Elizabeth Weller**<br>**Linebarger Goggan Blair & Sampson, LLP**<br>**2777 N. Stemmons Freeway**<br>**Suite 1000**<br>**Dallas, TX 75207** | Line __2.102__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Elizabeth Weller**<br>**Linebarger Goggan Blair & Sampson, LLP**<br>**2777 N. Stemmons Freeway**<br>**Suite 1000**<br>**Dallas, TX 75207** | Line __2.238__<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Erik A. Ahlgren**<br>**Ahlgren Law Office**<br>**220 W. Washington Ave.**<br>**Fergus Falls, MN 56537** | Line __3.158__<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Erik A. Ahlgren**<br>**Ahlgren Law Office**<br>**220 W. Washington Ave.**<br>**Fergus Falls, MN 56537** | Line __3.297__<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Finesse Novelty Corp**<br>**30 Commerical Court**<br>**Plainview, NY 11803** | Line __3.211__<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Jamie Bennett**<br>**SEMCO Energy**<br>**1411 3rd Street**<br>**Port Huron, MI 48060** | Line __3.509__<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Jane R. Fountain**<br>**TTCL Services LLC dba Fish Window Clean**<br>**PO Box 22268**<br>**Billings, MT 59104** | Line __3.219__<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Joe Mezzina**<br>**Mallory Group**<br>**777 Sunrise Highway, Suite 301**<br>**Lynbrook, NY 11563** | Line __3.351__<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Josh Hawley, Attorney General**<br>**Missouri Department of Revenue**<br>**201 W. High St., Rm 670**<br>**PO Box 475**<br>**Jefferson City, MO 65105-0475** | Line __2.170__<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Laura J. Monroe**<br>**PO Box 817**<br>**Lubbock, TX 79408** | Line __2.148__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.15 | **Mark R. Hansen - Tax Collector**<br>**605 N Capital Avenue**<br>**Idaho Falls, ID 83402** | Line **2.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **MidAmerican Energy Company**<br>**PO Box 4350 Credit**<br>**Davenport, IA 52808-4350** | Line **3.370**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Patti M. Vickery**<br>**Ameren Missouri/Bankruptcy Desk Code 310**<br>**PO Box 66881**<br>**Saint Louis, MO 63166** | Line **3.36**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Questar Gas Co/Bankruptcy/DNR**<br>**1140 W 200 S**<br>**PO Box 3194**<br>**Salt Lake City, UT 84110** | Line **3.470**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Roger James Minch**<br>**Serkland Law Firm**<br>**10 Roberts Street**<br>**P.O. Box 6017**<br>**Fargo, ND 58108** | Line **3.82**<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | **SQU & KC INT'L/GAS CHAIN**<br>**CALZADA ROOSEVELT 22-43**<br>**TORRE SOL NIVEL 5 OFICINA**<br>**GUATEMALA, C.A.** | Line **3.534**<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Steven A. Ginther**<br>**Missouri Department of Revenue**<br>**301 W. High Street, Room 670**<br>**PO Box 475**<br>**Jefferson City, MO 65105-0475** | Line **2.169**<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Steven A. Ginther**<br>**Missouri Department of Revenue**<br>**301 W. High Street, Room 670**<br>**PO Box 475**<br>**Jefferson City, MO 65105-0475** | Line **2.170**<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Steven R. Fox**<br>**Fox Law Corporation**<br>**17835 Ventura Blvd., Suite 306**<br>**Encino, CA 91316** | Line **3.47**<br><br>☐ Not listed. Explain ____ | <u>srfox@foxlaw.com</u> |
| 4.24 | **Thomas J. Mayernik**<br>**Attorney at Law**<br>**8754 Mentor Ave**<br>**Mentor, OH 44060** | Line **3.292**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 7,913,834.68 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 7,913,834.68 |

Debtor   **Vanity Shop of Grand Forks, Inc.**                    Case number (if known)   **17-30112**
<span>Name</span>

**Fill in this information to identify the case:**

Debtor name **Vanity Shop of Grand Forks, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA

Case number (if known) **17-30112**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease for rental of various retail store locations.**<br><br><br>**\*LANDLORDS<br>SEE ATTACHMENT:<br>SCHEDULES F & G - LANDLORDS** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Tax credit processing services**<br><br><br>**ADP Tax Credits<br>2205 Enterprise Drive, Suite C<br>Florence, SC 29501** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Payroll processing services**<br><br><br>**ADP, Inc<br>100 Northwest Point Blvd<br>Elk Grove, IL 60007** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Benefits - Voluntary Employee Hospital Indemnity/Cancer/AD&D**<br><br><br>**AFLAC<br>1932 Wynnton Road<br>Columbus, GA 31999** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | Vanity Shop of Grand Forks, Inc. | | | Case number (*if known*) | 17-30112 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing/Sales platform for market expansion of online sales** | |
|---|---|---|---|
| | State the term remaining | | **Amazon Sellers Program** |
| | List the contract number of any government contract | | **PO Box 81226** |
| | | | **Seattle, WA 98108-1226** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Payment Card provider** | |
|---|---|---|---|
| | State the term remaining | | **American Express Travel Related Services** |
| | List the contract number of any government contract | | **18850 North 56th Street** |
| | | | **MC: 75-01-07** |
| | | | **Phoenix, AZ 85054** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Phone services** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Corp** |
| | List the contract number of any government contract | | **One AT&T Way** |
| | | | **Bedminster, NJ 07921-0752** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Credit card authorization provider for vanity.com orders** | |
|---|---|---|---|
| | State the term remaining | | **Authorize.net LLC** |
| | List the contract number of any government contract | | **808 East Utah Valley Drive** |
| | | | **American Fork, UT 84003** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Benefits - Voluntary Employee Vision** | |
|---|---|---|---|
| | State the term remaining | | **Avesis Third Party Administrators, Inc.** |
| | List the contract number of any government contract | | **PO Box 52718** |
| | | | **Phoenix, AZ 85072** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Merchant credit card processing for Visa, MC, Discover transactions at stores** | |
|---|---|---|---|
| | State the term remaining | | **Bank of America NA Merchant Services** |
| | List the contract number of any | | **PO Box 18568** |
| | | | **Austin, TX 78760-8568** |

| Debtor 1 | Vanity Shop of Grand Forks, Inc. | | Case number *(if known)* | 17-30112 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | government contract | |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Benefits - Administrative services for 401k plan** | |
|---|---|---|---|
| | State the term remaining | | **Bell State Bank & Trust** |
| | List the contract number of any government contract | | **PO Box 829** **Fargo, ND 58107** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Benefits - Employee Health/Dental** | |
|---|---|---|---|
| | State the term remaining | | **Blue Cross Blue Shield of North Dakota** |
| | List the contract number of any government contract | | **PO Box 6005** **Fargo, ND 58108-6005** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Federal, state, and local tax return preparation** | |
|---|---|---|---|
| | State the term remaining | | **Brady, Martz & Associates. P.C.** |
| | List the contract number of any government contract | | **41 Demers Avenue, Suite 300** **PO Box 14296** **Fargo, ND 58208-4296** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Worker's Compensation-OH** **Effective date: 7/1/16** **Expiration date: 6/30/17** | |
|---|---|---|---|
| | State the term remaining | | **Bureau of Workers Compensation** |
| | List the contract number of any government contract | **Policy #: 1466926-0** | **30 W Spring St** **Columbus, OH 43215-2256** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Worker's Compensation-OH** **Effective date: 7/1/16** **Expiration date: 6/30/17** | |
|---|---|---|---|
| | State the term remaining | | **Bureau of Workers' Compensation** |
| | List the contract number of any government contract | **Policy #: 1466926-0** | **30 W Spring St** **Columbus, OH 43215-2256** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Customs Broker/Freight Forwarder** | **Carmichael International** **PO Box 51025** **Los Angeles, CA 90051** |
|---|---|---|---|

| Debtor 1 | **Vanity Shop of Grand Forks, Inc.** | | | Case number *(if known)* | **17-30112** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## ■ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract    _____

---

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Merchant credit card processing and settlement for vanity.com orders** |
|---|---|---|

State the term remaining

List the contract number of any government contract    _____

**Chase Paymentech Solutions LLC**
**PO Box 809001**
**Dallas, TX 75380**

---

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **DSL/Phone services** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Consolidated Communications**
**PO Box 3188**
**Milwaukee, WI 53201**

---

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Ocean Marine Cargo**<br>**Effective date: 7/1/16**<br>**Expiration date:**<br>**Remains in effect until cancelled by either party on thirty (30) days prior written notice** |
|---|---|---|

State the term remaining

List the contract number of any government contract    **OC750533**

**Continental Insurance Company**
**HUB International Mountain States**
**3533 Gabel Road**
**Billings, MT 59102**

---

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Package Insurance**<br>**Effective date: 7/1/16**<br>**Expiration date: 7/1/17 @ 12:01 AM** |
|---|---|---|

State the term remaining

List the contract number of any government contract    **CPA 6021574 21**

**Continental Western Insurance Company**
**HUB International Mountain States**
**3533 Gabel Road**
**Fargo, ND 58102**

---

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Traffic counter maintenance and repairs** |
|---|---|---|

State the term remaining

List the contract number of any

**Countwise**
**1149 Sawgrass Corp Pkwy**
**Sunrise, FL 33323**

---

| Debtor 1 | **Vanity Shop of Grand Forks, Inc.** | | Case number (*if known*) | **17-30112** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Registered agent service** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **CTProComply**<br>**111 Eighth Avenue, 13th Floor**<br>**New York, NY 10011** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Worker's Compensation-WA Quarterly state reporting/billing. Qtr 4 for 2016 reported/paid in February 2017. Qtr 1 for 2017 to be reported/paid in April 2017.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **Industrial Insurance Acct ID: 51918400** | **Department of Labor and Industries**<br>**PO Box 44171**<br>**Olympia, WA 98504-4171** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Worker's Compensation-WY Quarterly state reporting/billing. Qtr 4 for 2016 reported/paid in January 2017. Qtr 1 for 2017 to be reported/paid in April 2017.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **Employer Acct #: 000295280** | **Department of Workforce Services**<br>**Worker s Compensation Division**<br>**1510 East Pershing Blvd**<br>**Cheyenne, WY 82002** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Benefits - Health Savings Account & Flexible Spending Accounts employee benefit plan administration** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Discovery Benefits**<br>**PO Box 2926**<br>**Fargo, ND 58108** |

| Debtor 1 | **Vanity Shop of Grand Forks, Inc.** | | Case number *(if known)* | **17-30112** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.26.** State what the contract or lease is for and the nature of the debtor's interest — **Construction contractor for store renovations/buildouts**

State the term remaining

List the contract number of any government contract

**DL Morse & Associates
1745 Holton Road
Muskegon, MI 49445**

---

**2.27.** State what the contract or lease is for and the nature of the debtor's interest — **Salvage merchandise purchase program of unsalable goods**

State the term remaining

List the contract number of any government contract

**Event Sales
3359 Central Ave NE
Minneapolis, MN 55418**

---

**2.28.** State what the contract or lease is for and the nature of the debtor's interest — **Phone service provider**

State the term remaining

List the contract number of any government contract

**Frontier
PO Box 740407
Cincinnati, OH 45274**

---

**2.29.** State what the contract or lease is for and the nature of the debtor's interest — **Background screening service provider**

State the term remaining

List the contract number of any government contract

**General Information Systems
917 Chapin Road
Chapin, SC 29036**

---

**2.30.** State what the contract or lease is for and the nature of the debtor's interest — **Phone service provider**

State the term remaining

List the contract number of any government contract

**Granite Telecommunication
Client ID #311
PO Box 983119
Boston, MA 02298**

---

**2.31.** State what the contract or lease is for and the nature of the debtor's interest — **ERISA Fidelity Bond Effective date: 7/1/07 Expiration date: Continuous bond until cancelled.  Paid for 7/1/16-6/30/19.**

State the term remaining

**Hartford Fire Insurance Company**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Vanity Shop of Grand Forks, Inc. | | | Case number (*if known*) | 17-30112 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | **Bond Number: 41BDDEQ5265** | |
|---|---|---|---|

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Credit card/gift card authorization processor for store tranactions** | |
|---|---|---|---|
| | State the term remaining | | **Heartland Acquisition LLC Attn: Network Services One Heartland Way Jeffersonville, IN 47130** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Registered agent service** | |
|---|---|---|---|
| | State the term remaining | | **InCorp PO Box 94438 Las Vegas, NV 89193** |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting services for noticing, claims management, etc.** | |
|---|---|---|---|
| | State the term remaining | | **Kurtzman Carson Consultants, LLC 2335 Alaska Ave El Segundo, CA 90245** |
| | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Worker's Compensation (non-state run programs) Effective date: 7/1/16 Expiration date: 7/1/17 @ 12:01AM** | |
|---|---|---|---|
| | State the term remaining | | **Liberty Mutual Fire Insurance Company HUB International Mountain States 3533 Gabel Road Billings, MT 59102** |
| | List the contract number of any government contract | **WC2-Z91-446230-016** | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Online marketing** | |
|---|---|---|---|
| | State the term remaining | | **Magnetic Media Online PO Box 347944 Pittsburgh, PA 15251** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Vanity Shop of Grand Forks, Inc.** | | Case number *(if known)* | **17-30112** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Customs Broker/Freight Forwarder** | |
|---|---|---|---|
| | State the term remaining | | **Mallory Alexander International**<br>**777 Sunrise Hwy**<br>**Lynbrook, NY 11563** |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for HP LaserJet copier/scanners thru 7/10/2020** | |
|---|---|---|---|
| | State the term remaining | | **Marco Technologies, LLC**<br>**4510 Heatherwood Road**<br>**St. Cloud, MN 56301** |
| | List the contract number of any government contract | | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Freight shipping services provider** | |
|---|---|---|---|
| | State the term remaining | | **Midnite Express, Inc**<br>**448 7th St NW**<br>**PO Box 695**<br>**West Fargo, ND 58078** |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Media Player equipment with subscription music service** | |
|---|---|---|---|
| | State the term remaining | | **Mood Media North America, LTD**<br>**4435 Eastgate Mall, Suite 125**<br>**San Diego, CA 92121** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Phone service provider** | |
|---|---|---|---|
| | State the term remaining | | **Nemont**<br>**PO Box 6005**<br>**Scobey, MT 59263** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Security system monitoring** | |
|---|---|---|---|
| | State the term remaining | | **Night Owl Security**<br>**2008 29th Ave S**<br>**Fargo, ND 58103** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Vanity Shop of Grand Forks, Inc.**                                          Case number (*if known*)  **17-30112**
                First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

List the contract number of any government contract

---

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Worker's Compensation-ND Effective date: 1/1/16 Expiration date: 12/31/16 State re-billing for 2017 with an: Effective date: 1/1/17 Expiration date: 6/30/17** | |
|---|---|---|---|
| | State the term remaining | | **North Dakota Workforce Safety & Insuranc 1600 East Century Avenue, Suite 1 PO Box 5585 Bismarck, ND 58506-5585** |
| | List the contract number of any government contract | **Employer Acct #:637157** | |

---

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Online warehouse / order management system** | |
|---|---|---|---|
| | State the term remaining | | **Ordermotion Inc./NetSuite Oracle America Inc 500 Oracle Parkway Redwood City, CA 94065** |
| | List the contract number of any government contract | | |

---

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Payal tender for online payment option** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **PayPal 2211 North First Street San Jose, CA 95131** |

---

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Affiliate marketing program for online business** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **PepperJam 7 South Main Street, Floor 3 Wilkes-Barre, PA 18701** |

---

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Broadband/internet provider** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Pomeroy 1020 Petersburg Road Hebron, KY 41048** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Vanity Shop of Grand Forks, Inc.** | | Case number *(if known)* | **17-30112** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.48.** State what the contract or lease is for and the nature of the debtor's interest

**Long Distance service provider plan**

State the term remaining

List the contract number of any government contract

Qwest Corporation d/b/a CenturyLink QC
1801 California Street, Suite 900
Denver, CO 80202

**2.49.** State what the contract or lease is for and the nature of the debtor's interest

**Inventory Services agreement**

State the term remaining

List the contract number of any government contract

RGIS
PO Box 1540
Rochester, MI 48308

**2.50.** State what the contract or lease is for and the nature of the debtor's interest

**Freight shipping services provider**

State the term remaining

List the contract number of any government contract

RR Donnelley Logistics Services Worldwid
PO Box 932721
Cleveland, OH 44193

**2.51.** State what the contract or lease is for and the nature of the debtor's interest

**Web based sales/metric performance reporting system**

State the term remaining

List the contract number of any government contract

Sales Floor Live LLC
PO Box 80284
Billings, MT 59108

**2.52.** State what the contract or lease is for and the nature of the debtor's interest

**Phone service provider**

State the term remaining

List the contract number of any government contract

SRT
PO Box 2027
Minot, ND 58702

**2.53.** State what the contract or lease is for and the nature of the debtor's interest

**Servicing of gift card program**

State the term remaining

Stored Value Systems
101 Bullit Lane
Louisville, KY 40222

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Vanity Shop of Grand Forks, Inc.** | | | Case number *(if known)* | **17-30112** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|

---

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Liquidation Services** | |
|---|---|---|---|
| | State the term remaining | | **Tiger Capital Group, LLC** |
| | List the contract number of any government contract | | **340 North Westlake Blvd, Suite 260** **Westlake Village, CA 91362** |

---

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Online shipment tracking services for online orders** | |
|---|---|---|---|
| | State the term remaining | | **Trueship/ReadyCloud** **Ready Cloud** |
| | List the contract number of any government contract | | **6501 E Greenway Pkwy** **Ste #103-102** **Scottsdale, AZ 85254** |

---

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Freight services amongst stores and warehouse** | |
|---|---|---|---|
| | State the term remaining | | **United Parcel Service** |
| | List the contract number of any government contract | | **3901 12th Ave NW** **Fargo, ND 58102** |

---

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Benefits - Employee Gropu Life/STD and Voluntary Employee Life** | |
|---|---|---|---|
| | State the term remaining | | **Unum Life Insurance Company of America** |
| | List the contract number of any government contract | | **PO Box 406946** **Atlanta, GA 30384-6946** |

---

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Freight shipping services provider** | |
|---|---|---|---|
| | State the term remaining | | **UPS Supply Chain Solution** |
| | List the contract number of any government contract | | **28013 Network Place** **Chicago, IL 60673** |

---

Debtor 1    **Vanity Shop of Grand Forks, Inc.**                                    Case number *(if known)*    **17-30112**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement effective October 30, 2005, by and between Vanity Shop of Grand Forks, Inc. and Vanity, Inc.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Vanity, Inc.**<br>**1001 N 25th St**<br>**Fargo, ND 58102** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Security system monitoring** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Vector Security, Inc**<br>**PO Box 89462**<br>**Cleveland, OH 44101** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Phone service provider** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Verizon**<br>**PO Box 15124**<br>**Albany, NY 12212** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Cell phone service provider** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Verizon Wireless**<br>**3902 13th Ave S, Ste 526**<br>**Fargo, ND 58103** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Phone service provider** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **West Side Telecomm**<br>**1451 Fairmont Rd**<br>**Morgantown, WV 26501** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Freight services provider** | |
|---|---|---|---|
| | State the term remaining | | **WestCoast Warehousing, LLC**<br>**100 West Manville St**<br>**Rancho Dominguez, CA 90220** |

Debtor 1    **Vanity Shop of Grand Forks, Inc.**                                    Case number (*if known*)    **17-30112**

First Name            Middle Name            Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Phone service provider** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Windstream**<br>**PO Box 9001908**<br>**Louisville, KY 40290** |

**Fill in this information to identify the case:**

Debtor name   **Vanity Shop of Grand Forks, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NORTH DAKOTA

Case number (if known)   **17-30112**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Vanity Shop of Grand Forks, Inc. | PO Box 547<br>Fargo, ND 58107-0547 | T G C, L.P. | ■ D   **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Vanity, Inc. | Per Amended and Restated Credit Agreement of Feburary 10, 2012. | Wells Fargo Bank National Association | ■ D   **2.2**<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Vanity, Inc. | 1001 25th Street North<br>Fargo, ND 58102 | T G C, L.P. | ■ D   **2.1**<br>☐ E/F ____<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name  **Vanity Shop of Grand Forks, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF NORTH DAKOTA

Case number (if known)  **17-30112**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 27, 2017**      X **/s/ James Bennett**
                                   Signature of individual signing on behalf of debtor

                                   **James Bennett**
                                   Printed name

                                   **Chairman of the Board of Directors**
                                   Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

## Schedule E - EMPLOYEE (NOTICE ONLY)

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AALBERS | JESSICA D | 308 4TH AVE NW | | WATERTOWN | SD | 57201 | LP | S02523 | P | VNY | 25 |
| ABARR | ANDROMEDA S | 608 4TH AVE N | | GREAT FALLS | MT | 59401 | HP | S03622 | P | VNY | 36 |
| ABRAHAM | DENISE | 7 SMALLWODD PL | | WHITE PLAINS | NY | 10603 | S | H25807 | F | VNI | 258 |
| ACKER | KATELYN A | 8506 N MAYFAIR  #28 | | SPOKANE | WA | 99208 | HM | S07533 | F | VNY | 75 |
| ADAHL | JENNIFER B | 4949 16TH AVE S | | FARGO | ND | 58103 | S | H25907 | F | VNI | 259 |
| ADAMS | JAYNE B | 11365 EVANS ST  Apt 7 | | OMAHA | NE | 68164 | HP | S06122 | P | VNY | 61 |
| ADAMS | ARIZONA C | 1539 M66 SE | | KALKASKA | MI | 49646 | HP | S08422 | P | VNY | 84 |
| ADAMS | SAMANTHA R | 1137 S BRUCE AVE | | SPRINGFIELD | MO | 65804 | LP | S23023 | P | VNY | 230 |
| ADAMS | KENNEDY S | 4131 SOUTH OTTER CREAK RD | | LASALLE | MI | 48145 | HP | S27522 | P | VNY | 275 |
| ADCOCK | ATHENA C | 221 RIVERVIEW AVE | | DE PERE | WI | 54115 | HP | S10622 | P | VNY | 106 |
| AEBEL | ERIN M | 13563 WOODLAND DRIVE | | ATHENS | IL | 62613 | AF | S20225 | F | VNY | 202 |
| AGUALLO | CASSANDRA P | 704 W FAIRFIELD ST #2 | | LINCOLN | NE | 68521 | HP | S06022 | P | VNY | 60 |
| AGUILAR | LIZA J | 4282 S 4800 W | | WEST HAVEN | UT | 84401 | AF | S07825 | F | VNY | 78 |
| AGUILERA | KRISTINE M | 3615 E UINTAH ST APT 22 | | COLORADO SPRING | CO | 80909 | HP | S16422 | P | VNY | 164 |
| AICHELE | KRISTEN L | 2003 WEST KEMP AVENUE | | WATERTOWN | SD | 57201 | HP | S02522 | P | VNY | 25 |
| ALBERDING | VICTORIA K | 2020 LINVILLE PASS | | FORT WAYNE | IN | 46845 | HP | S10822 | P | VNY | 108 |
| ALBERTS | NOELLE E | 7016 N NORMANDIE | | SPOKANE | WA | 99207 | LP | S07523 | P | VNY | 75 |
| ALBERTSON | DAVID | 8009 N WESTVIEW DR | | COEUR D'ALENE | ID | 83815 | HP | H00105 | P | VNI | 1 |
| ALBRIGHT | LACEY E | 428 W SPRUCE ST | | FERGUS FALLS | MN | 56537 | AF | S00725 | F | VNY | 7 |
| ALESIA | EMILY E | 1733 ROOSES LANE | | INDIANAPOLIS | IN | 46217 | HP | S11222 | P | VNY | 112 |
| ALEXANDER | EMILY R | 5700 150TH LANE NW | | RAMSEY | MN | 55303 | HF | H26605 | F | VNI | 266 |
| ALLEN | HANNAH A | 1420 9TH ST S | | VIRGINIA | MN | 55792 | LP | S00223 | P | VNY | 2 |
| ALLEN | DANIELLE L | 2350 ST RD 44 | | MARTINSVILLE | IN | 46151 | AF | S10925 | F | VNY | 109 |
| ALLEN | EMMA E | 2754 LINDA LANE | | SALINA | KS | 67401 | HP | S25122 | P | VNY | 251 |
| ALLISON | NICOLE E | 6219 S 3RD ST | | MILWAUKEE | WI | 53207 | HP | S04822 | P | VNY | 48 |
| ALM | DEVON P | 227 SOUTH 18TH AVE APT 3 | | BOZEMAN | MT | 59715 | AF | S01625 | F | VNY | 16 |
| ALMANZA | CLAUDIA L | 1618  MARION RD SE #212 | | ROCHESTER | MN | 55904 | HP | S22022 | P | VNY | 220 |
| AL-MUHANA | ADRA S | 4029 WEDGEWOOD DR | | FORT WAYNE | IN | 46815 | HP | S10822 | P | VNY | 108 |
| ALTENBURG | JOELLE R | 3814 TODD ST | | MIDLAND | MI | 48642 | HP | S27722 | P | VNY | 277 |
| ALVARENGA | JULIA P | 16102 E Broadway Ave | APT A106 | | WA | 99037-9810 | LP | S07623 | P | VNY | 76 |
| AMAYA | DELFINA | 2607 DENA DR | | SAN ANGELO | TX | 76904 | HP | S17322 | P | VNY | 173 |
| ANDERSEN | CYPRISS J | 3321 MCCLAIN DR. | | CEDAR FALLS | IA | 50613 | HP | S13122 | P | VNY | 131 |
| ANDERSON | EMILY | 6 PACIFIC AVE | | THOMPSON | ND | 58278 | HP | S00322 | P | VNY | 3 |
| ANDERSON | HANNAH S | 3561 N 3400 E | | KIMBERLY | ID | 83341 | HP | S07222 | P | VNY | 72 |
| ANDERSON | JENNIFER L | 7 SOUTH JEFFERSON AVE | | MASON CITY | IA | 50401 | LP | S07723 | P | VNY | 77 |
| ANDERSON | CARLY W | 3740 SW WORWICK TOWN RD | | TOPEKA | KS | 66610 | HP | S25522 | P | VNY | 255 |
| ANDREWS | STEPHANY M | 309 HARTLEY ST | PO BOX 751 | COLERAINE | MN | 55722 | HM | S03230 | F | VNY | 32 |
| ANDREWS | BRITTANY J | 38153 ERIE RD B5 | | WILLOUGHBY | OH | 44094 | AF | S09025 | F | VNY | 90 |
| ANDRUSS | RINDI R | 3327 APPLE STREET | | LINCOLN | NE | 68503 | AF | S06025 | F | VNY | 60 |
| ANGUILM | JACQUELYN M | 2499 SYCAMORE STREET | | TWIN LAKE | MI | 49457 | HM | S08030 | F | VNY | 80 |
| ANTHONY | CELESTE N | 13194 CR 286 D | | KILGORE | TX | 75662 | LP | S17923 | P | VNY | 179 |
| ASCHE | HANNAH L | 1760 S WELDON RD | | WINNEBAGO | IL | 61088 | LP | S14323 | P | VNY | 143 |
| ASMAN | ERICA L | 4219 S PENNSYLVANIA AVE | | SAINT FRANCIS | WI | 53235 | HP | S20722 | P | VNY | 207 |

1

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AULD | DANIELLE A | 953 74TH ST NE UNIT 6 | | CEDAR RAPIDS | IA | 52402 | LP | S13723 | P | VNY | 137 |
| AVILA | GISELLE | 433 SOUTH 200 WEST | | OGDEN | UT | 84404 | HP | S07822 | P | VNY | 78 |
| AYALA | ALYIAH J | 737 W CORONA AVE | | PUEBLO | CO | 81004 | HP | S16522 | P | VNY | 165 |
| AYRES | KATLYN N | 4906 BURNS AVENUE | | BARTONVILLE | IL | 61607 | HP | S20322 | P | VNY | 203 |
| BABINO | LYDIA J | 921 E WASHINGTON ST | | APPLETON | WI | 54911 | HP | S04722 | P | VNY | 47 |
| BACA | MARIA N | 544 3RD ST | | OGDEN | UT | 84404 | HP | S07822 | P | VNY | 78 |
| BACHMAN | RACHELLE | 20277 HOLIDAY ST | | GREENVIEW | IL | 62642 | HM | S20330 | F | VNY | 203 |
| BAILEY | TARAH L | 903 WASHINGTON BLVD | | BELPRE | OH | 45714 | HP | S18322 | P | VNY | 183 |
| BAILEY | JENNIFER M | 1121 ABBOTTS CREEK CIR | | KERNERSVILLE | NC | 27284 | AF | S21925 | F | VNY | 219 |
| BAILS | ARIANA L | 289 SWOPE CIRCLE | | TWIN FALLS | ID | 83301 | HP | S07222 | P | VNY | 72 |
| BAKER | CHEYENNE S | 1930 S WASHINGTOM | | CASPER | WY | 82601 | LP | S12823 | P | VNY | 128 |
| BAKER | ABIGAIL M | 511 RICKER ST. | | WATERLOO | IA | 50703 | HP | S13022 | P | VNY | 130 |
| BALDWIN | LEANDRA S | 1687 SCHLEGEL RD | | WEBSTER | NY | 14580 | HP | S18522 | P | VNY | 185 |
| BALES | DESIRAE M | 627 HEARTHSIDE DR | | CEDAR FALLS | IA | 50613 | HP | S13122 | P | VNY | 131 |
| BANDA | VANESA S | 4000 RIVERSHELL LN | | LANSING | MI | 48911 | LP | S09623 | P | VNY | 96 |
| BANKS | JENSEN E | 3540 N 19TH ST | | COEUR D ALENE | ID | 83815 | LP | S01323 | P | VNY | 13 |
| BANNERMAN | ROBYN L | 14878 ALMA DR | | STERLING HEIGHT | MI | 48313 | HM | S14530 | F | VNY | 145 |
| BANTER | PATRICIA M | 3608 DRIFTWOOD DR N | APT 202 | LAFAYETTE | IN | 47905 | HM | S27230 | F | VNY | 272 |
| BARBER | NICOLE L | 705 CAVALRY RD | | POST FALLS | ID | 83854 | HP | S01322 | F | VNY | 13 |
| BARBOZA JUAREZ | MARISELA | 307 2ND STREET | | WEST DES MOINES | IA | 50265 | LP | S24523 | P | VNY | 245 |
| BARKER | BONNIE L | 13980 INGLEWOOD DR | | BAXTER | MN | 56425 | LP | S00823 | P | VNY | 8 |
| BARKER | KAYLA R | 4440 TUTTLE CREEK BLVD | LOT 20 | MANHATTAN | KS | 66502 | LP | S25423 | P | VNY | 254 |
| BARNER | CASEY E | 502 N COLUMBUS ST | | GALION | OH | 44833 | HP | S13622 | P | VNY | 136 |
| BARNES | TAYLOR B | 221 HARVEST RIDGE LANE | | MORGANTOWN | WV | 26508 | HP | S18422 | P | VNY | 184 |
| BARON | BAILEY M | 245 Front St | | Pulaski | WI | 54162-7968 | AF | S10625 | F | VNY | 106 |
| BARTOSZEK | MARY E | 807 N CONNECTICUT AVE | | MASON CITY | IA | 50401 | LP | S07723 | P | VNY | 77 |
| BASS | KRYSTA L | 17401 EAST US 40HWY | APT B9 | INDEPENDENCE | MO | 64055 | LP | S05423 | P | VNY | 54 |
| BATCHELOR | JALIAH L | 67 N PADDOCK ST | | PONTIAC | MI | 48342 | HP | S04922 | P | VNY | 49 |
| BAUER | ELLEN M | 185 CARLTON DR | | FLORENCE | MT | 59833 | AF | S12625 | F | VNY | 126 |
| BAUMGARTNER | HEATHER N | 8021 E. PICCADILLY RD. | | MUNCIE | IN | 47302 | HM | S11030 | F | VNY | 110 |
| BAUMGARTNER | MIKAYLA V | 700 36TH ST SW | NA | ROCHESTER | MN | 55904 | LP | S22023 | P | VNY | 220 |
| BEARD | BRIDGET J | 1404 MARIAN ST | | TYLER | TX | 75701 | LP | S17823 | P | VNY | 178 |
| BECK | SPRING M | 3354 LEONARD RD | LOT 27 | LEXINGTON | NC | 27295 | HP | S21922 | P | VNY | 219 |
| BECK | BRILEY S | 2040 EAST SADIE LANE | | JOPLIN | MO | 64801 | LP | S23623 | P | VNY | 236 |
| BEETER | MCKENNA K | 2201 23RD ST SW | | MINOT | ND | 58701 | HP | S02622 | P | VNY | 26 |
| BELICE | LEXIE A | 1195 DRIVEWAY LANE | | DILLON | MT | 59725 | HP | S03522 | P | VNY | 35 |
| BELL | TAYLOR N | 1239 N MARTIN RD | | JANESVILLE | WI | 53545 | HP | S04622 | P | VNY | 46 |
| BELL | JOCELYN I | 3909 COVE RD | | ROWLETT | TX | 75088 | LP | S17723 | P | VNY | 177 |
| BELTRAN | CHRISTI M | 705 IDA | | GARDEN CITY | KS | 67846 | AF | S25025 | F | VNY | 250 |
| BENDORF | MADYSON M | 2566 HUNTINGTON PARK DR | | GRAND FORKS | ND | 58201 | HP | S00322 | P | VNY | 3 |
| BENFIELD | SAINT J | 1852 16TH STREET SW | LOT 36 | MINOT | ND | 58701 | FR | S02622 | P | VNY | 26 |
| BENGFORD | MARY J | 4019 SUMMERSET DR | | BURNS | WY | 82053 | LP | S12923 | P | VNY | 129 |
| BENGTSON | TRESSA M | 5360 28TH AVE S APT 211 | | FARGO | ND | 58104 | HF | H26807 | F | VNI | 268 |

2

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

## Schedule E - EMPLOYEE (NOTICE ONLY)

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BENNETT | SARAH C | 2318 N FERGUSON AVE | | BOZEMAN | MT | 59718 | HP | S01622 | P | VNY | 16 |
| BENNETT | VERONICA L | 5121 E CHERYL PARKWAY#113 | | FITCHBURG | WI | 53711 | LP | S09823 | P | VNY | 98 |
| BENNETT | CHRISTINA L | 7209 SHELBY STREET | | INDIANAPOLIS | IN | 46227 | AF | S11225 | F | VNY | 112 |
| BENSON | KENZIE J | 3489 W 2200 S | | YOUNGWARD | UT | 84339 | AF | S08825 | F | VNY | 88 |
| BERG | ALEXA L | 620 W Quartz St | | Butte | MT | 59701-9161 | LP | S03523 | P | VNY | 35 |
| BERGLUND | BRIANNA J | 5001 WEST 43RD STREET  #12 | | SIOUX FALLS | SD | 57106 | HM | S01126 | F | VNY | 11 |
| BEST | SAVANNA R | 1770 BOIS'D'ARC | | DIANA | TX | 75640 | HP | S17922 | P | VNY | 179 |
| BETTIN | JULIA L | 56181 834 RD | | STANTON | NE | 68779 | LP | S06823 | P | VNY | 68 |
| BIALEK | STACEY D | 5504 BASTIAN BLVD | | SOUTH BELOIT | IL | 61080 | LP | S14323 | P | VNY | 143 |
| BICE | TESSA M | 3904 S SKIPWORTH | | SPOKANE | WA | 99206 | HP | S07622 | P | VNY | 76 |
| BIDDY-HOFFMAN | DELANEY D | 3045 NO 27TH AVE #15 | | BOZEMAN | MT | 59718 | HP | S01622 | P | VNY | 16 |
| BIEL | HAYLEE R | 31777 121ST ST | | JAVA | SD | 57452 | LP | S11123 | P | VNY | 111 |
| BIGGS | KAYCEE N | 4512 N SAGINAW RD | APT 721 | MIDLAND | MI | 48640 | HM | S27730 | F | VNY | 277 |
| BILLUPS | BETH M | 1846 KNOLLMONT DRIVE | | FLORENCE | KY | 41042 | LP | S14823 | P | VNY | 148 |
| BINDER | TAMMY M | 322 E OAK STREET | | LAWTON | IA | 51030 | DM | H26406 | F | VNI | 264 |
| BINDER | KIRSTEN L | 1406 LAWE ST | | GREEN BAY | WI | 54301 | LP | S10623 | P | VNY | 106 |
| BISTA | NATALIE M | 8644 RIVER TERRACE DR | | FRANKLIN | WI | 53132 | HP | S04822 | P | VNY | 48 |
| BJORKLUND | LILLIAN J | 305 B ST | | BRAINERD | MN | 56401 | HP | S00822 | P | VNY | 8 |
| BJUR | ASHTON E | 2402 S HWY 281 | | ABERDEEN | SD | 57401 | LP | S11123 | P | VNY | 111 |
| BLACK | SHELLEY R | 6718 FERNWOOD AVE | | FORT WAYNE | IN | 46809 | HM | S10830 | F | VNY | 108 |
| BLACK | MADELINE N | 6638 OLIVE BRANCH CT | | INDIANAPOLIS | IN | 46237 | LP | S11223 | P | VNY | 112 |
| BLACK | CHEYENNE D | 5128 BUENA | | GRANITE CITY | IL | 62040 | LP | S14122 | P | VNY | 141 |
| BLACKDEER | CARLIE L | 950 LINDEN DR | #205 | HOLMEN | WI | 54636 | HP | S10522 | P | VNY | 105 |
| BLACKDEER | CASSIE J | 950 LINDEN DR | #205 | HOLMEN | WI | 54636 | HP | S10522 | P | VNY | 105 |
| BLAIR | MICAH N | 5408 CORNEWR STONE AVENUE | | BILLINGS | MT | 59106 | LP | S01523 | P | VNY | 15 |
| BLAUVELT | JENNA R | 303 2ND ST | | CANTRALL | IL | 62625 | HP | S20222 | P | VNY | 202 |
| BLESSING | KATIE H | 8417 France St | | Newport | MI | 48166 | DM | H26406 | F | VNI | 264 |
| BLOCK | KIM L | 400 18TH AVE SE # 68 | | MINOT | ND | 58701 | HP | S02622 | P | VNY | 26 |
| BLOSSER | ALYSSA L | 2 COUNTRY SQUIRE VLG | | MORGANTOWN | WV | 26508 | HP | S18422 | P | VNY | 184 |
| BLOUGH | KAELEIGH M | 550 SEXTON ST | | STRUTHERS | OH | 44471 | HP | S11722 | P | VNY | 177 |
| BLUM | JENNIFER | 4750 TIMBER PKWY S | APT 304 | FARGO | ND | 58104 | HM | S00530 | F | VNY | 5 |
| BLUMENTHAL | TAYLOR L | 632 SHANNON LANE | | GRAND JUNCTION | CO | 81504 | AF | S16725 | F | VNY | 167 |
| BOHNE | SARAH M | 2655 S. 69TH ST. | | MILWAUKEE | WI | 53219 | HP | S20722 | P | VNY | 207 |
| BOIVIN | MADISON L | 2264 SOUTH PINE TREE ROAD | | DEPERE | WI | 54115 | HP | S10622 | P | VNY | 106 |
| BOLEN | ALLISON P | 275 FM 421 TRL 41 | | LUMBERTON | TX | 77657 | LP | S17423 | P | VNY | 174 |
| BOND | OLIVIA A | 10417 E. LIPPENCOTT BLVD | | DAVISON | MI | 48423 | HP | S27622 | P | VNY | 276 |
| BOONE | JENICE A | 4260 BROWNSBORO RD | APT C43 | WINSTON SALEM | NC | 27106 | HP | S21922 | P | VNY | 219 |
| BORCHARDT | ASHLEY L | 9303 PASTURE LANE | | WAUSAU | WI | 54403 | HP | S05122 | P | VNY | 51 |
| BORCHARDT | CHANICE A | 759 N TALL PINE PL | | MERIDIAN | ID | 83642 | LP | S07423 | P | VNY | 74 |
| BORTLE | LEXA J | 514 N 72ND STREET | | OMAHA | NE | 68114 | HP | S22122 | P | VNY | 221 |
| BOSSET | AMBER M | 1119 14TH ST WEST | APT 210 | DICKINSON | ND | 58601 | HM | S01930 | F | VNY | 19 |
| BOUNYASANH | SOVIA M | 1813 N I ST | | FORT SMITH | AR | 72901 | HP | S21022 | P | VNY | 210 |
| BOYD | EMILY R | 4101 CENTRAL AVE | H507 | GREAT FALLS | MT | 59405 | AF | S03625 | F | VNY | 36 |

3

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

<span style="color:red">Schedule E - EMPLOYEE (NOTICE ONLY)</span>
Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOZARTH | EMILY A | 5357 TAFT RD | | RIVERTON | IL | 62561 | LP | S20223 | P | VNY | 202 |
| BRADBURY | KAILI N | 1933 PAGE AVE | | SALINA | KS | 67401 | HP | S25122 | P | VNY | 251 |
| BRADLEY | ELAINE M | 4406 SAYLOR ST | | DAYTON | OH | 45416 | AF | S11525 | P | VNY | 115 |
| BRADSHAW | STACIE L | 426 5TH ST NW | | MINOT | ND | 58703 | HP | S02622 | P | VNY | 26 |
| BRASHER | KIMBERLY K | 10121 DEBBIE LANE | | MACHESNEY PARK | IL | 61115 | LP | S14323 | P | VNY | 143 |
| BRAZIL | TAYLOR A | 1512 128TH AVE NE | | BLAINE | MN | 55449 | HP | S21222 | P | VNY | 212 |
| BRECOUNT | LEANA T | 6090 46TH ST. N | | OAKDALE | MN | 55128 | LP | S22622 | P | VNY | 226 |
| BREITBACH | MARISSA D | 16171 CHATHAM DR. | | CLINTON TOWNSHI | MI | 48035 | HP | S14522 | P | VNY | 145 |
| BREITSPRECHER TORRE | MARIA T | 9614 UNIVERSITY AVE | APT 202N | CEDAR FALLS | IA | 50613 | HP | S13122 | P | VNY | 131 |
| BREKKE | AIMEE M | 5041 43RD St S | | FARGO | ND | 58104 | S | H25807 | F | VNI | 258 |
| BREKOSKI | AMY M | 730 PASADENA | | YOUNGSTOWN | OH | 44502 | LP | S11723 | P | VNY | 117 |
| BRENDMOEN | BRITTANY J | 109 E MEADOW LARK LN | | FERGUS FALLS | MN | 56537 | HP | S00722 | P | VNY | 7 |
| BREWER | CAITLIN B | 718 RIDGE CREST CT | | BLOOMINGTON | IN | 47401 | LP | S10923 | P | VNY | 109 |
| BREYNE | KELLY A | 310 N WALNUT ST | | WENONA | IL | 61377 | HP | S14022 | P | VNY | 140 |
| BRIDGETT | BAILEY N | 3755 CHRISTENSEN CT | | GRAND JUNCTION | CO | 81506 | HM | S12930 | F | VNY | 129 |
| BRIEN | JENNIFER L | 406 31ST AVE SE | LOT 112 | MINOT | ND | 58701 | HP | S02622 | P | VNY | 26 |
| BRIGGS | SABRINA R | 3102 NEILSON DR | | ENID | OK | 73703 | LP | S19023 | P | VNY | 190 |
| BRIGHT | ERICA J | 9012 MESSA VIEW | | BROWNWOOD | TX | 76801 | LP | S17323 | P | VNY | 173 |
| BRINER | KATIE N | 4420 FOUNTAIN SPRINGS GV | APT. 260 | COLORADO | CO | 80916 | LP | S16423 | P | VNY | 164 |
| BROCK | JASMIE | 36489 FARMBROOK DR | | CLINTON TOWNSHI | MI | 48036 | LP | S14522 | P | VNY | 145 |
| BRODEUR | LATICIYA M | 5081 ELDON DRIVE S | | COLORADO SPRING | CO | 80916 | HP | S16422 | P | VNY | 164 |
| BRODHAGEN | CRYSTAL A | 6619 SHENANDOAH CT | | LINCOLN | NE | 68510 | HP | S06022 | P | VNY | 60 |
| BROMAGEN | OLIVIA K | 2917 W ENON RD | | XENIA | OH | 45385 | HP | S11422 | P | VNY | 114 |
| BROOKS | KEY'LOCHA K | 3910 TREADWAY RD #710 | | BEAUMONT | TX | 77706 | HP | S17422 | P | VNY | 174 |
| BROTT | MADISON S | 305 WASHINGTON AVE | | ARVILLA | ND | 58214 | HP | S00322 | P | VNY | 3 |
| BROUGH | ALEXI R | 3762 S TEAL RUN WAY | | SOUT SALT LAKE | UT | 84119 | HP | S12222 | P | VNY | 122 |
| BROUGHTON | ADRIANNA B | 1308 SPRINGLAKE HILL APT6 | | QUINCY | IL | 62305 | LP | S14723 | P | VNY | 147 |
| BROWN | ASHLEY | 5018 AMBER VALLEY PARKWAY | #303 | FARGO | ND | 58104 | HF | H26605 | F | VNI | 266 |
| BROWN | AMY E | 3624 LANDECO LANE | #14B | GRAND FORKS | ND | 58201 | LP | S00323 | P | VNY | 3 |
| BROWN | SIERRA L | 10415 N STRAHORN RD | | HAYDEN | ID | 83835 | LP | S01323 | P | VNY | 13 |
| BROWN | GAYLE B | 3315 CENTRAL AVE APT1 | | BILLINGS | MT | 59102 | AF | S01525 | F | VNY | 15 |
| BROWN | TYRA N | 7543 PEBBLE SPRING CT | | COTTON WOOD HT | UT | 84093 | HP | S12222 | P | VNY | 122 |
| BROWN | AUGUST M | 223 CRYSTAL STREET | | AMES | IA | 50010 | AF | S13325 | F | VNY | 133 |
| BRUMLEY | TENIKA L | 5015 PINE ST APT1802 | | BEAUMONT | TX | 77703 | HP | S17422 | P | VNY | 174 |
| BRUNDRETT | LAUREN F | 7905 EVENING STAR DR | | ROWLETT | TX | 75089 | HP | S17722 | P | VNY | 177 |
| BUCK | KENDAHL A | 209 ERICKSON ST | | ANACONDA | MT | 59711 | HP | S01622 | P | VNY | 16 |
| BUCKLEY | NATRESE A | 4822 TAYLOR STREET | | OMAHA | NE | 68114 | HP | S06122 | P | VNY | 61 |
| BUILTA | BEULAH A | 967 N. PURCELL BLVD | | PUEBLO WEST | CO | 81007 | HP | S16522 | P | VNY | 165 |
| BUJWID | MARY E | 5138 N NEENAH AVE | | CHICAGO | IL | 60656 | RM | H26406 | F | VNI | 264 |
| BULLARD | NASTASHIA D | 5020 A PERNOD AVE | | ST. LOUIS | MO | 63139 | HM | S23530 | F | VNY | 235 |
| BURDI | ANGELA J | 2714 TRELAWNY DRIVE | | CLARKSVILLE | TN | 37043 | HM | S08330 | F | VNY | 83 |
| BURGESS | DANA M | 508 W. VANDALIA ST | | BROKEN ARROW | OK | 74012 | AF | S19925 | F | VNY | 199 |
| BURKE | AMBROSIA L | PO BOX 374 | 319 5TH STREET | THOMPSON | ND | 58278 | HP | S00322 | P | VNY | 3 |

4

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

## Schedule E - EMPLOYEE (NOTICE ONLY)

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BURKHARDT | CAROLINE E | 64 TERI LANE | | LITTLE HOCKING | OH | 45742 | HP | S18322 | P | VNY | 183 |
| BURNETT | MALEECE | 30 ROSE CIRCLE | | MURRAY | UT | 84107 | LP | S12223 | P | VNY | 122 |
| BURNS | JADAI L | 6806 N 41ST STREET | | OMAHA | NE | 68112 | HP | S06122 | P | VNY | 61 |
| BURTON | KIERSTEN M | 309 N EWING | | TALLULA | IL | 62688 | HP | S20222 | P | VNY | 202 |
| BURTON | TAYLOR S | 1308 MOWREY AVE | | OTTUMWA | IA | 52501 | HP | S24422 | P | VNY | 244 |
| BURWELL | EMILY G | 32 HADDALE AVENUE | | WHEELING | WV | 26003 | HP | S10022 | P | VNY | 100 |
| BUSIEK | REBECCA A | 115 STONEGATE DRIVE | | WASHINGTON | WV | 26181 | HP | S18322 | P | VNY | 183 |
| CADY | SAMANTHA | 4699 KINGSWOOD LN | | DIAMOND | MO | 64840 | HP | S23622 | P | VNY | 236 |
| CAIMANO | BROOKLYN N | 6626 N OAKWOOD RD | | ENID | OK | 73703 | LP | S19023 | P | VNY | 190 |
| CAIN | NICOLE L | 3746 S HUMBOLDT STREET | | TOPEKA | KS | 66609 | HM | S25530 | F | VNY | 255 |
| CALDWELL | JEFFERY A | 160 E. ELMWOOD DR. | | CENTERVILLE | OH | 45459 | HP | S11522 | P | VNY | 115 |
| CALDWELL | LATISHA S | 5008 RIDGEDALE DR | | ENID | OK | 73703 | HP | S19022 | P | VNY | 190 |
| CALHOUN | KATLYN N | 2108 3RD AVE EAST | | WILLISTON | ND | 58801 | HP | S02022 | P | VNY | 20 |
| CAMRUD | ALYSSA M | 16427 15TH ST NE | | BUXTON | ND | 58218 | HP | S00322 | P | VNY | 3 |
| CANTRELL | ALLEE M | 721 BROADWAY ST | | HAMILTON | IL | 62341 | LP | S13923 | P | VNY | 139 |
| CANTRELL | SHELBY L | 5347 E. CARPENTER RD | | FLINT | MI | 48506 | HP | S27622 | P | VNY | 276 |
| CARDENAS | JENNIFER A | 715 UPTON | | SAN ANGELO | TX | 76903 | HP | S17322 | P | VNY | 173 |
| CARLEN | ANNA R | 480 WILLIAM AVE E | | DASSEL | MN | 55325 | HP | S02722 | P | VNY | 27 |
| CARLISLE | MELISSA C | 966 EAST 2200 NORTH | | NORTH LOGAN | UT | 84341 | HP | S08822 | P | VNY | 88 |
| CARLSON | HANNAH R | 4430 PEABODY LN | | DULUTH | MN | 55804 | LP | S00223 | P | VNY | 2 |
| CARLSON | BRIANNA J | 4019 CORBY ST. | | OMAHA | NE | 68111 | HP | S06122 | P | VNY | 61 |
| CARPENTER-LOBSTEIN | SKYE L | 303 15TH AVE | | GREEN BAY | WI | 54303 | LP | S10623 | P | VNY | 106 |
| CARR | JADA V | 105 SOUTH KENT STREET | | LAKE BENTON | MN | 56149 | LP | S01123 | P | VNY | 11 |
| CARR | RILEY L | 47032 244TH ST | | DELL RAPIDS | SD | 57022 | HP | S01122 | P | VNY | 11 |
| CARR | JESSICA A | 1709 W 1375 N | | LAYTON | UT | 84041 | HP | S09422 | P | VNY | 94 |
| CARR | SAMANTHA D | 368 RAYNOR RD EXT | | EDINBURG | PA | 16116 | LP | S11723 | P | VNY | 117 |
| CARRICO | CASSANDRA P | 3971 KIRTLAND RD  APT #2 | | WILLOUGHBY | OH | 44095 | LP | S09023 | P | VNY | 90 |
| CARRILLO | CHRISTIAN N | 803 MAIN ST | | PANHANDLE | TX | 79068 | HP | S17122 | P | VNY | 171 |
| CARROLL | MARIAH L | 38504 127TH ST | | ABERDEEN | SD | 57401 | HP | S11122 | P | VNY | 111 |
| CARTER | KATIE R | 2745 N SAND TRAP WAY | | POST FALLS | ID | 83854 | HP | S01322 | P | VNY | 13 |
| CARTER | ERIN P | 6925 DALLAS RD | | BROOKLYN CENTER | MN | 55430 | HM | S22630 | F | VNY | 226 |
| CASTILE | KHALYN L | 109 RED CLOUD TRAIL | | LAFAYETTE | IN | 47905 | HP | S27222 | P | VNY | 272 |
| CASTLE | GRACE E | 2936 EAST COUNTRY LANE | | MONROE | MI | 48162 | HP | S27522 | P | VNY | 275 |
| CASTORENA SANCHEZ | BRENDA M | 5702 37TH ST | | LUBBOCK | TX | 79407 | HP | S17022 | P | VNY | 170 |
| CAULFIELD | CHEYENNE R | 6505 S 50TH AVE CIR | | OMAHA | NE | 68117 | AF | S22125 | F | VNY | 221 |
| CEDERBERG | HALEY C | 10301 KARSTON AVE NE | | ALBERTVILLE | MN | 55301 | LP | S02723 | P | VNY | 27 |
| CESAREO | CHRISTINA T | 13 GILEAD HILL ROAD | | NORTH CHILI | NY | 14514 | HP | S18522 | P | VNY | 185 |
| CHAMBERS | KAROLINE S | 2828 N GLENNFIELD WAY | | MERIDIAN | ID | 83646 | HM | S07430 | F | VNY | 74 |
| CHAMBERS | LANITA D | 1440 W KEMPER RD | #1711 | CINCINNATI | OH | 45240 | HP | S12422 | P | VNY | 124 |
| CHAMBERS | DANIELLE C | 607 ST. JOSEPH BLVD | | BOLCKOW | MO | 64427 | LP | S23323 | P | VNY | 233 |
| CHAMPAGNE | LESLIE G | 1926 MULLOWNEY LN #48 | | BILLINGS | MT | 59101 | LP | S01523 | P | VNY | 15 |
| CHASE | MICHELLE L | 359 9TH AVE W | APT 1 | DICKINSON | ND | 58601 | AF | S01925 | F | VNY | 19 |
| CHEN | MANDY | 303 W GILFORD RD | | CARO | MI | 48723 | HP | S09622 | P | VNY | 96 |

5

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

<span style="color:red">**Schedule E - EMPLOYEE (NOTICE ONLY)**</span>

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHEW | BRIANNA L | 528 LAMERS RD | | KIMBERLY | WI | 54136 | LP | S04723 | P | VNY | 47 |
| CHILDERS | ASHLEE N | 3009 HICKORY RIDGE DR | | HERRIN IL | IL | 62948 | HP | S23222 | P | VNY | 232 |
| CHIOLA | JESSICA M | 505 N WOOD THRUSH DR | | PEORIA | IL | 61604 | HP | S20322 | P | VNY | 203 |
| CHRISTOPHERSEN | BRITTNEY L | 108 S HARRISON ST | | BRADY | NE | 69123 | AF | S06925 | F | VNY | 69 |
| CHUNG | PHUOC H | 728 28TH ST NW | | FARGO | ND | 58102 | WF | H26510 | F | VNI | 265 |
| CIRCLE | TRINITY C | 4315 DANE AVENUE | | CINCINNATI | OH | 45223 | LP | S12423 | P | VNY | 124 |
| CISSELL | DUSTY L | 4733 WHITE ST | | MISSOULA | MT | 59808 | HM | S12633 | F | VNY | 126 |
| CLAPP | KYELE D | 8100 JUBILEE RD | | LA PORTE CITY | IA | 50651 | AF | S13025 | F | VNY | 130 |
| CLARIDGE | REBECCA E | 17320 PAVELKA DR | | EDEN PRAIRIE | MN | 55346 | HP | H26605 | P | VNI | 266 |
| CLARK | KYLEA I | 240 SAGE STREET | | KIMBERLY | ID | 83341 | AF | S07225 | F | VNY | 72 |
| CLARK | AMANDA L | 3305 LAFAYETTE RD | | EVANSDALE | IA | 50707 | HM | S13130 | F | VNY | 131 |
| CLARK | JASMINE D | 4359 DAKOTA LN | | JOPLIN | MO | 64801 | HP | S23622 | P | VNY | 236 |
| CLARKE | MILDRED M | 2590 WOODWAY AVE | | DAYTON | OH | 45406 | HP | S11522 | P | VNY | 115 |
| CLASSEN | AMANDA S | 1719 UNIVERSITY DRIVE CIR | | KEARNEY | NE | 68845 | LP | S06623 | P | VNY | 66 |
| CLAUSING-TOLAR | KELLY A | 5937 W BEACON HILL DR | | FRANKLIN | WI | 53132 | LP | S04823 | P | VNY | 48 |
| CLEARY | ERICA N | 62100 BEECH CIR DR | PO BOX 191 | CAMBRIDGE | OH | 43725 | HM | S15230 | F | VNY | 152 |
| CLEMMER | MCKENZIE P | 316 STONEY HILL ROAD | | GREENSBORO | PA | 15338 | HM | S18430 | F | VNY | 184 |
| CLUBB | JADE C | 2634 W FARM ROAD 164 | | SPRINGFIELD | MO | 65807 | HP | S23022 | P | VNY | 230 |
| CLUSIAU | CARRIE B | 2618 1ST AVE | | HIBBING | MN | 55746 | HM | S04230 | F | VNY | 42 |
| CLUTTER | BREANNA L | 1601 CANNAL AVE | | GRAND JUNCTION | CO | 81501 | HP | S16722 | P | VNY | 167 |
| COBB | TANYA L | 1310 DALE ST | | LONGVIEW | TX | 75601 | AF | S17925 | F | VNY | 179 |
| COFFMAN | LARAH A | 202 W MCCONNELL STREET | | OXFORD | IN | 47971 | HP | S27222 | P | VNY | 272 |
| COLE | LAURIE A | 4237 MATLOCK RD | | BOWLING GREEN | KY | 42104 | HM | S09230 | F | VNY | 92 |
| COLEMAN | DENESHA D | 4095 EDMAR CT | | BELLEVILLE | IL | 62226 | HP | S14122 | P | VNY | 141 |
| COLLINS | LAUREN M | 2924 7TH AVE N | | MOORHEAD | MN | 56560 | HM | S00526 | F | VNY | 5 |
| COLLINS | RYAN L | 15 ARDEN RD | APT A | ASHEVILLE | NC | 28803 | AF | S21825 | F | VNY | 218 |
| COMBE | CARLEE D | 1277 E 6600 S | | UINTAH | UT | 84405 | LP | S09423 | P | VNY | 94 |
| CONNOLLY | SHELBY L | 875 EDISON ST | | DUBUQUE | IA | 52001 | LP | S13823 | P | VNY | 138 |
| CONRAD | KYLIE M | 4781 E. BLUELICK RD | | LIMA | OH | 45801 | HP | S11622 | P | VNY | 116 |
| COOK | PAIGE M | 30576 N WALKINGHORSE LN | | ATHOL | ID | 83801 | LP | S01323 | P | VNY | 13 |
| COOK | CHANCE D | 3345 RACQUET DR. | | BILLINGS | MT | 59102 | FR | S01522 | P | VNY | 15 |
| COOK | KARA B | 2049 LEGACY RIDGE VIEW | 108 | CO SPRINGS | CO | 80910 | AF | S16425 | F | VNY | 164 |
| COOK | CARLY J | 527 OPAZ PLACE | | CLIFTON | CO | 81520 | HP | S16722 | P | VNY | 167 |
| COOLEY | SIERRA A | 6318 ELLISON AVE | | OMAHA | NE | 68104 | HP | S06122 | P | VNY | 61 |
| COPE | HANNAH C | 3477 LINDENWOOD DR | | ERLANGER | KY | 41018 | LP | S14823 | P | VNY | 148 |
| CORON | SONYA L | 145 GRAND AVE | | GRAND JUNCTION | CO | 81501 | HM | S16730 | F | VNY | 167 |
| CORRALES | ALEJANDRA R | 6030 N THIRD | | GARDEN CITY | KS | 67846 | HP | S25022 | P | VNY | 250 |
| CORTS | HALEY C | 8700 SAN ANITA DR | | BOISE | ID | 83704 | HP | S07422 | P | VNY | 74 |
| CORY | DOMENICA N | 305 FERN AVE | #2201 | GARLAND | TX | 75040 | LP | S17723 | P | VNY | 177 |
| COSSETTE | DARLA J | 46356 POSS BEACH RD | | PELICAN RAPIDS | MN | 56572 | S | H26205 | F | VNI | 262 |
| COWART | TAYLOR M | 2321 KUNNEKE AVE | | LIMA | OH | 45805 | FR | S11622 | P | VNY | 116 |
| COWLEY | ASHLEY M | 506 FALCON DR | | BOX ELDER | SD | 57719 | HP | S01822 | P | VNY | 18 |
| COX | SOPHIA D | 219 ELMA DRIVE | | WILLIAMSTOWN | WV | 26187 | HP | S18322 | P | VNY | 183 |

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

## Schedule E - EMPLOYEE (NOTICE ONLY)

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CRADDOCK | SARA A | 119200 BATTLERIDGE RD | | BUTTE | MT | 59750 | LP | S03523 | P | VNY | 35 |
| CRAGER | FAITH A | 2014 DOUGLAS ST | APT 1 | ROCKFORD | IL | 61103 | HP | S14322 | P | VNY | 143 |
| CRAIG | KALINA M | 2220 STRAND | | MISSOULA | MT | 59801 | LP | S12623 | P | VNY | 126 |
| CRAWFORD | JESSICA A | 1931 S CROSBY AVE | | JANESVILLE | WI | 53546 | LP | S04623 | P | VNY | 46 |
| CREMERS | KAYLA E | 1114 17TH ST NW | | EAST GRAND FORK | MN | 56721 | HP | S01222 | P | VNY | 12 |
| CROCKER | MARISSA C | 44691 BARTON ST #2 | | FT RILEY | KS | 66442 | LP | S25423 | P | VNY | 254 |
| CRONEY | MIKAYLA R | 2425 NORTH RD | | FENTON | MI | 48430 | HP | S27622 | P | VNY | 276 |
| CRYSTAL | ASPEN D | 211 N 4400 E | | RIGBY | ID | 83442 | LP | S07123 | P | VNY | 71 |
| CUBBAGE | COURTNEY L | 716 MAPLEWOOD CT SW | | ALTOONA | IA | 50009 | LP | S24523 | P | VNY | 245 |
| CULLIVER | QUIANA L | 4005 MIAMI ST | | OMAHA | NE | 68104 | HP | S06122 | P | VNY | 61 |
| CULLUM | BREYANNE K | 1765 HOELSCHER LN | | POCAHONTAS | AR | 72455 | HP | S20922 | P | VNY | 209 |
| CUMMINGS | ANDREA C | 590 S COPUS RD | | LIMA | OH | 45805 | HM | S11630 | F | VNY | 116 |
| CUNNINGHAM | SHAYLEE M | 491 PARADISE VALLEY RD | | RIVERTON | WY | 82501 | LP | S18423 | P | VNY | 184 |
| CURRY | LACEY M | 3330 MILITARY RD | | SIOUX CITY | IA | 51103 | HP | S02822 | P | VNY | 28 |
| DACEUS | MARANDA L | 24907 S RUPP RD | | CHENEY | WA | 99004 | HP | S07522 | P | VNY | 75 |
| DAHILL | MIKAELA N | 437 S. KENILWORTH AVE | | LIMA | OH | 45805 | HP | S11622 | P | VNY | 116 |
| DALHOE | HALLI J | 926 ZEPHYR HILL LANE | | EAU CLAIRE | WI | 54703 | HP | S10422 | P | VNY | 104 |
| DALING | BRIANNA R | 10695 78TH AVE. | | ALLENDALE | MI | 49401 | HP | S08022 | P | VNY | 80 |
| D'ANGELO | AMELIA R | 1859 OLES AVE | | POLAND | OH | 44514 | HP | S11722 | P | VNY | 117 |
| DANIEL | JENNIFER M | 109 FRED W. MOORE HWY | | SAINT CLAIR | MI | 48079 | LP | S22323 | P | VNY | 223 |
| DANIELS | KATHERINE L | 614 DAVIS DRIVE | | BRENTWOOD | TN | 37027 | HP | S08222 | P | VNY | 82 |
| DANIELS | TRICIA D | 1263 BAYSHORE DR | | HASLETT | MI | 48840 | HP | S09622 | P | VNY | 96 |
| DANIELS | TERESA A | 2606 E.FAIR APT 19 | | GARDEN CITY | KS | 67846 | HM | S25030 | F | VNY | 250 |
| DANIELSON | MATRACA R | 800 31ST AVE SE LOT 812 | | MINOT | ND | 58701 | HP | S02622 | P | VNY | 26 |
| DARDIO | LAUREN M | 706 W. MURPHY ST | | LIMA | OH | 45801 | HP | S11622 | P | VNY | 116 |
| DAVID | ALADRIAN C | 8285 WILLOW BEND DR APT B | | BEAUMONT | TX | 77707 | HP | S17422 | P | VNY | 174 |
| DAVIDSON-SMITH | CARRYE L | PO Box 246 | | HAWLEY | MN | 56549 | S | H26807 | F | VNI | 257 |
| DAVIS | JENNIFER L | 1101 NE 7TH AVE | | GRAND RAPIDS | MN | 55744 | HP | S03222 | P | VNY | 32 |
| DAVIS | SUMMER R | 203 S BILLINGS STREET | | RILEY | KS | 66531 | HP | S25422 | P | VNY | 254 |
| DAVIS | KIRSTEN L | 7515 E 1ST DR | | RILEY | IN | 47871 | HP | S27122 | P | VNY | 271 |
| DAY | DANIELLE M | 821 UNITY DR | | MANSFIELD | OH | 44905 | HP | S13622 | P | VNY | 136 |
| DAY | TIFFANY M | 112086 S 4770 RD | | MULDROW | OK | 74948 | HM | S21030 | F | VNY | 210 |
| DE LA ROSA | SUMMER | 618 N BISHOP | | SAN ANGELO | TX | 76901 | HP | S17322 | P | VNY | 173 |
| DEAN | CEARRA L | 3003 RIDGECLIFFE DR | | FLINT | MI | 48532 | LP | S04923 | P | VNY | 49 |
| DEARDORF | CENDRA L | 1719 Ransom Dr | | Fort Wayne | IN | 46845-1428 | LP | S10823 | P | VNY | 108 |
| DECLERCQ | GRETCHEN N | 6088 GREENWYCKE LN | | MONROE | MI | 48161 | LP | S27523 | P | VNY | 275 |
| DEGROAT | FAITH M | 204 ROOSEVELT AVE | | DETROIT LAKES | MN | 56501 | HP | S02222 | P | VNY | 22 |
| DEGROAT | MACY R | 9108 BOOMERSHINE RD. | | GERMANTOWN | OH | 45327 | HP | S11522 | P | VNY | 115 |
| DeMars | Brittany A | 702 4th St SE | | Barnesville | MN | 56514 | HP | H26605 | P | VNI | 266 |
| DENNEY | ALICIA E | 504 BARNETT DRIVE | | CEDAR FALLS | IA | 50613 | DM | H26406 | F | VNI | 264 |
| DENTINO | BRYANNA R | 77 ARBORWAY LN | | ROCHESTER | NY | 14612 | HP | S18522 | P | VNY | 185 |
| DENTZ | KATHERINE A | 6659 COUNTY ROAD 1 | | RAYLAND | OH | 43943 | HP | S10022 | P | VNY | 100 |
| DESJARLAIS | TAYLA D | 618 PIONEER CT | | MISSOULA | MT | 59801 | HP | S12622 | P | VNY | 126 |

7

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DETHERAGE | JAMES C | 2624 BROWN DEER TRAIL | | PLANO | TX | 75023 | DM | H26406 | F | VNI | 264 |
| DEVIGILI | TAYLOR R | 1324 PINE STREET | | PORT HURON | MI | 48060 | HP | S22322 | P | VNY | 223 |
| DEVOOGHT | CHELSEA L | 830 BONHOMME COURT | | PORT HURON | MI | 48060 | HM | S22330 | F | VNY | 223 |
| DEWALD-STOCKERT | ALEXIS J | 3751 FOXHAVEN LOOP | | BISMARCK | ND | 58503 | HP | S00422 | P | VNY | 4 |
| DEWALL | BRITTANY A | 1329 5th St NW | | WEST FARGO | ND | 58078 | S | H26807 | F | VNI | 268 |
| DEWALT | ALEXIS E | 340 CAYUSE CREEK DRIVE | | KIMBERLY | ID | 83341 | HP | S07222 | P | VNY | 72 |
| DIAZ RIVERA | LEZLY C | 4218 HILLSIDE DR | | LAFAYETTE | IN | 47909 | LP | S27223 | P | VNY | 272 |
| DIEGO | ERIKA M | 2955 W 400 N | APT 1108 | LAYTON | UT | 84041 | AF | S09425 | F | VNY | 94 |
| DIENERT | TAYLOR P | 4615 CHAMBERLAIN PL | | BISMARCK | ND | 58503 | HP | S00422 | P | VNY | 4 |
| DIETZEL-GOLDTHORPE | BROOKLYN J | 3706 MORGAN RD | | CUBA CITY | WI | 53807 | HP | S13822 | P | VNY | 138 |
| DINOVO | BRITTNEY L | 1422 S 74TH PLAZA | | OMAHA | NE | 68124 | LP | S06123 | P | VNY | 61 |
| DITTMAN | ASHLY A | 3400 EAST BAHNSON CIRCLE | | SIOUX FALLS | SD | 57103 | HM | S01130 | F | VNY | 11 |
| DIXON | TAMMY L | 5245 PHEASANT RUN DR APT4 | | SAGINAW | MI | 48638 | AF | S08425 | F | VNY | 84 |
| DIXON | BAILEY A | 1650 MOWRY SQ | APT 228 | RICHLAND | WA | 99354 | HP | S16322 | P | VNY | 163 |
| DOBBS | MARY R | 1611 CLAYDELL | | ST. PETERS | MO | 63376 | AF | S23425 | F | VNY | 234 |
| DOBMEIER | SUSAN M | 100 3 St N #102 | | MOORHEAD | MN | 56560 | HP | H26511 | P | VNI | 265 |
| DOBOSZ | BRYNNEN R | 2201 GREEN VALLEY RD | | SAINT JOSEPH | MO | 64505 | HP | S23322 | P | VNY | 233 |
| DOCKERY | DANIELLE K | 736 10 MILE RD | | CASCADE | MT | 59421 | LP | S03623 | P | VNY | 36 |
| DODD | JAZMENE L | 1540 NEW LASCASSAS HWY | APT 414 D | MURFREESBORO | TN | 37130 | LP | S08223 | P | VNY | 82 |
| DODD | SUMMER S | 1005 N 28TH ST | | VAN BUREN | AR | 72956 | LP | S21023 | P | VNY | 210 |
| DOKKEBAKKEN | JORDAN P | 310 N 9TH ST | | KERKHOVEN | MN | 56252 | LP | S01023 | P | VNY | 10 |
| DOLEZAL | BETHANY F | 501 EAST 16 STREET | | LEZINGTON | NE | 68850 | HP | S06622 | P | VNY | 66 |
| DOMINGUEZ | KYLA M | 5218 90TH | | LUBBOCK | TX | 79424 | HP | S17022 | P | VNY | 170 |
| DOMINGUEZ | COURTNEY S | 1609 N GRANT | | RUSSELL | KS | 67665 | HP | S21422 | P | VNY | 214 |
| DOMINQUEZ | KIERRA A | 5218 90TH | | LUBBOCK | TX | 79424 | HP | S17022 | P | VNY | 170 |
| DONAHUE | NICOLLE B | 411CHESTNUT ST. | | TERRE HAUTE | IN | 47809 | HP | S27122 | P | VNY | 271 |
| DONNELLY | KAMBRIA K | 3081 GREEN MEADOW DR. | APT. 5 | APPLETON | WI | 54914 | LP | S04723 | P | VNY | 47 |
| DONOHOE | JENNA M | 5625 COTTONWOOD COURT | | SHOREVIEW | MN | 55126 | LP | S02723 | P | VNY | 27 |
| DORAN | NATALIE M | 1413 Marlane Dr | | Girard | OH | 44420-1445 | HM | S11730 | F | VNY | 117 |
| DOUGHERTY | ALLISON L | 201 KIRBY STREET | | RIDGEWAY | WI | 53582 | HP | S09822 | P | VNY | 98 |
| DOUGLASS | ALEXA R | 216 N 5TH ST | | PIERCE | NE | 68767 | HP | S06822 | P | VNY | 68 |
| DOVE | AKIRRA S | 11441 FOLKSTONE DR | | FOREST PARK | OH | 45240 | HP | S12422 | P | VNY | 124 |
| DOWNER | SIMONE R | 15445 25TH ST SE | | AMENIA | ND | 58004 | S | H26305 | F | VNI | 263 |
| DOWNS | JAYLA A | 94 MICHIGAN STREET | | MOUNT CLEMENS | MI | 48043 | HP | S14522 | P | VNY | 145 |
| DREES | KIRSTEN L | 5674 83RD ST S | | GRAND FORKS | ND | 58201 | AF | S00325 | F | VNY | 3 |
| DROBNY | ALEISHA L | 14784 373 AVE | | MANSFIELD | SD | 57460 | AF | S11125 | F | VNY | 111 |
| DUBS | BRENT R | 835 17TH AVE W | | WEST FARGO | ND | 58078 | S | H26305 | F | VNI | 263 |
| DUELAND | SAMANTHA J | 22114 W CORRECTION LINE D | | HERSHEY | NE | 69143 | HP | S06922 | P | VNY | 69 |
| DUEY | NICOLE M | 932 W 24TH ST | APT 2 | KEARNEY | NE | 68845 | LP | S06623 | P | VNY | 66 |
| DUGAN | EMILY A | 6811-4 MEADE LOOP | | FT RILEY | KS | 66442 | HM | S25430 | F | VNY | 254 |
| DULEY | AMIJO M | 920 RACE STREET | | PARKERSBURG | WV | 26101 | LP | S18323 | P | VNY | 183 |
| DUNCAN | BECCA R | 553 JUNIPER ROAD | | PILOT MOUND | IA | 50223 | HP | S13322 | P | VNY | 133 |
| DUONG | KRISCINA T | 8006 BACH DR. | | INDIANAPOLIS | IN | 46239 | HP | S11222 | P | VNY | 112 |

8

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DUOSS | ABIGAIL S | 907 SUNSET DR | | MILTON | WI | 53563 | HP | S04622 | P | VNY | 46 |
| EBEL | SHARON | 348 MAPLEPOINTE BLVD | | MAPLETON | ND | 58059 | HP | H26511 | P | VNI | 265 |
| ECKDAHL | REBECCA A | 30585 OLSON ST. APT.234 | | PEQUOT LAKES | MN | 56472 | AF | S00825 | F | VNY | 8 |
| ECKHARDT | AMANDA L | 6208 COG HILL LN | | RAPID CITY | SD | 57702 | HM | S01830 | F | VNY | 18 |
| ECKWALL | RACHEL E | 328 NORTH ST. | | OTTUMWA | IA | 52501 | LP | S24422 | P | VNY | 244 |
| EDGEWORTH | ANDREA A | PO BOX 74 | | FREEPORT | OH | 43973 | HM | S10030 | F | VNY | 100 |
| EDMAN | LINDSEY A | 930 16TH STREET NE | | WILLMAR | MN | 56201 | AF | S01025 | F | VNY | 10 |
| EDMONDS | ASHLEY M | 9456 CASHEL DRIVE EAST | | PEOSTA | IA | 52068 | HP | S13822 | P | VNY | 138 |
| EGBERT | BRITTANI A | 989 W 4000 S | | PRESTON | ID | 83263 | HM | S07030 | F | VNY | 70 |
| EHLEN | HILLARY L | 654 4TH AVE N APT 300 | | FARGO | ND | 58102 | HP | H26605 | P | VNI | 266 |
| EHRET | CARLY R | 402 N LINCOLN ST | | NEW SHARON | IA | 50207 | HP | S13722 | P | VNY | 137 |
| EHRICH | BRITTANY A | 4314 A BROWN STATION RD | | COLUMBIA | MO | 65202 | HM | S23230 | F | VNY | 232 |
| EILER | ELIZABETH A | 6152 16TH ST S | | FARGO | ND | 58104 | HF | H26905 | F | VNI | 269 |
| ELLIN | RAVEN A | 436 N BARSTOW ST | | EAU CLAIRE | WI | 54703 | FR | S10422 | P | VNY | 104 |
| ELLIOTT | TONI R | 5141 PINEDALE HIGHTS | | RAPID CITY | SD | 57702 | HP | S01822 | P | VNY | 18 |
| ELLIS | ELIZABETH D | 623 WEST FIR AVE  APT 208 | | FERGUS FALLS | MN | 56537 | HM | S00730 | F | VNY | 7 |
| ELLISON | ASHLYNN M | 667 LANDOLAKES CIRCLE | | BELLEVILLE | IL | 62220 | HP | S14122 | P | VNY | 141 |
| ELSNER | NICHOLE J | 3301 HARVEST HILLS AVE | APT 313 | WILLISTON | ND | 58801 | LP | S02023 | P | VNY | 20 |
| EMMERT | TRINITY L | 5707 CLARK BLVD | | DES MOINES | IA | 50311 | HP | S24522 | P | VNY | 245 |
| ENDERS | KATIE V | 3631 MERAMEC STREET | | ST LOUIS | MO | 63116 | LP | S23523 | P | VNY | 235 |
| ENDRES | KATIE K | 1055 13TH ST NE | | WATERTOWN | SD | 57201 | HP | S02522 | P | VNY | 25 |
| ENGEL | HANNAH E | 604 BERNARD DR | | BELLEVILLE | IL | 62223 | HM | S14130 | F | VNY | 141 |
| ENGLAND | KATHERINE R | 1311 WEST MILIEU DRIVE | | BLOOMINGTON | IN | 47403 | LP | S10923 | P | VNY | 109 |
| ENNEN | CALSI R | 621 42ND ST E APT 838 | | WILLISTON | ND | 58801 | LP | S02023 | P | VNY | 20 |
| ENRIQUEZ | AMBER A | 2906 S BROWNING | | AMARILLO | TX | 79103 | LP | S17123 | P | VNY | 171 |
| ENRIQUEZ CATANO | PAMELA K | 50 GAGE ST | | PONTIAC | MI | 48342 | HP | S04922 | P | VNY | 49 |
| EPP | KELSEY E | 1601 CEDARBERRY RD | | NORTH PLATTE | NE | 69101 | HP | S06922 | P | VNY | 69 |
| ESCOBEDO | JUANITA G | 1621 5TH ST N | | FARGO | ND | 58102 | HP | S29722 | P | VNY | 297 |
| EUBANK | KIMBERLY A | P.O BOX 158 | | AIRWAY HEIGHTS | WA | 99001 | LP | S07623 | P | VNY | 76 |
| EVANS | HEATHER K | 58 Ashton Dr | | Ashville | OH | 43103-1302 | DM | H26406 | F | VNI | 264 |
| EVANS | ASHLEY N | 1260 KENILWOOD WAY | APT 1 | BOWLING GREEN | KY | 42104 | LP | S09223 | P | VNY | 92 |
| EVENSON | ALEXANDRA L | 431 EASTERN AVE | | BROOTEN | MN | 56316 | LP | S03123 | P | VNY | 31 |
| EXETER | BRITTNEY D | 1730 W QUINN TRLR 416 | | POCATELLO | ID | 83201 | LP | S07023 | P | VNY | 70 |
| FARABEE | GABRIEL M | 715 IOWA | PO BOX 57 | ENID | OK | 73738 | AF | S19025 | F | VNY | 190 |
| FARLOW | JOHNNA R | 725 11TH ST | | BUTTE | MT | 59701 | HM | S03530 | F | VNY | 35 |
| FEEBACK | KRISTEN A | 161 INDIAN PAINTBRUSH | | CASPER | WY | 82604 | HP | S12822 | P | VNY | 128 |
| FERGUSON | HOLLY S | 12 WEST 35TH ST. | | SCOTTSBLUFF | NE | 69361 | LP | S06723 | P | VNY | 67 |
| FERGUSON | KAYTLYN D | 39 CR 134 | | JONESBORO | AR | 72416 | HP | S20922 | P | VNY | 209 |
| FERREIRA | JENNA L | 15821 E 4TH AVE APT B206 | | SPOKANE VALLEY | WA | 99037 | HP | S07622 | P | VNY | 76 |
| FESER | KALEY M | 1917 N 17TH ST | | FORT DODGE | IA | 50501 | HP | S13222 | P | VNY | 132 |
| FIANCE | JESSICA L | 2316 TALLGRASS DR | | MARION | IA | 52302 | HP | S13722 | P | VNY | 137 |
| FIELD | LISA R | 720E.COURT ST.UNIT 32 | | PARIS | IL | 61944 | AF | S27125 | F | VNY | 271 |
| FIGUEROA | JESSICA L | 168 LONG ISLAND DRIVE | | TWIN FALLS | ID | 83301 | HP | S07222 | P | VNY | 72 |

9

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|
| FIGY | SAVANNAH L | 4513 MANDRAKE RD | MADISON | WI | 53704 | HP | S09822 | P | VNY | 98 |
| FINCH | AMANDA S | 2195 BITTERROOT DRIVE | TWIN FALLS | ID | 83301 | HM | S07230 | F | VNY | 72 |
| FINDLEY | MICHELLE D | 497 EAGLE RD | SAINT LIBORY | NE | 68872 | HP | S06522 | P | VNY | 65 |
| FINK | ZAVANNAH L | 2902 N 15TH ST | COEUR D' ALENE | ID | 83815 | HP | S01322 | P | VNY | 13 |
| FINLEY | RENAE D | 2820 N CHERRY ST J301 | SPOKANE VALLEY | WA | 99216 | LP | S07623 | P | VNY | 76 |
| FINLEY | KAYLA J | 1231 N SCHOOL STREET | AUBURN | KS | 66402 | HP | S25522 | P | VNY | 255 |
| FINNEY | TAYLOR N | 217 NOTTINGHAM TRL | SAN ANGELO | TX | 76901 | HP | S17322 | P | VNY | 173 |
| FITZ | SYDNEY R | 457 BONIFIELD CT. | ZANESVILLE | OH | 43701 | HP | S15222 | P | VNY | 152 |
| FLAX | KATLYN R | 125 SHAWNEE RD. APT 2 | MINOT AFB | ND | 58704 | AF | S02625 | F | VNY | 26 |
| FLOCK | SAVANNA S | 434 E FAIRMONT BLVD | RAPID CITY | SD | 57701 | LP | S01823 | P | VNY | 18 |
| FLORES | TIANA M | 1163 AMOS ST | PONTIAC | MI | 48342 | HP | S04922 | P | VNY | 49 |
| FOLKER | ASHLEY A | 9500 W. CONCORDIA AVE. | MILWAUKEE | WI | 53222 | HP | S20722 | P | VNY | 207 |
| FOLKER | TAMI E | 9500 W CONCORDIA AVE | MILWAUKEE | WI | 53222 | LP | S20723 | P | VNY | 207 |
| FONTENOT | KATELYN N | 2565 25TH AVE | MARION | IA | 52302 | HP | S13722 | P | VNY | 137 |
| FORD | MARY R | 431 GARDEN DR | JOHNSON CITY | TN | 37604 | HP | S08122 | P | VNY | 81 |
| FORD | EMMA G | 3909 W ROANOKE ST | BROKEN ARROW | OK | 74011 | LP | S19923 | P | VNY | 199 |
| FORD | KARA A | 314 W STRAWN AVE | JONESBORO | AR | 72401 | HM | S20930 | F | VNY | 209 |
| FORT | JACOB M | 13088 MEREDITH DRIVE | BAXTER | MN | 56425 | HP | S00822 | P | VNY | 8 |
| FORT | CLAIRE E | 472 S HOOK CT | PUEBLO WEST | CO | 81007 | LP | S16523 | P | VNY | 165 |
| FOSS | VICTORIA L | 815 6TH AVE NE | BRAINERD | MN | 56401 | HM | S00830 | F | VNY | 8 |
| FOSTER | MAKAYLA M | 24391 CT RD 53 | KERSEY | CO | 80644 | LP | S16623 | P | VNY | 166 |
| FOUCE | MIKALLA J | 1150 S CLARIZZ BLVD | BLOOMINGTON | IN | 47401 | HP | S10922 | P | VNY | 109 |
| FOUST | DANIELLE M | 415 WOODLAKE DR | GREENSBORO | NC | 27406 | HP | S21722 | P | VNY | 217 |
| FOX | JESSIE L | 609 E COLUMBUS ST | MARTINSVILLE | IN | 46151 | LP | S10923 | P | VNY | 109 |
| FRANCIS | JULIE L | 1667 SORGHUM RIDGE ROAD | WHEELING | WV | 26003 | HP | S10022 | P | VNY | 100 |
| FRANKE | AMBER D | 1211 SOUTH MCHENRY ST | INDEPENDENCE | MO | 64057 | HM | S05430 | F | VNY | 54 |
| FRANKLIN | JENNY L | 906 RUMLEY RUN | DE FOREST | WI | 53532 | DM | H26406 | F | VNI | 264 |
| FREDERICK | BROOKE K | 3112 AVE. H | KEARNEY | NE | 68847 | HP | S06622 | P | VNY | 66 |
| FREDRICKSON | JACLYN R | 927 E 8TH ST | DULUTH | MN | 55805 | AF | S00225 | F | VNY | 2 |
| FREEMAN | KATHERINE E | 251 S GERSAM AVE | HAMILTON | OH | 45013 | HP | S12422 | P | VNY | 124 |
| FREIBERG | ANNA M | 9031 KIMBALL AVE NW | ANNANDALE | MN | 55302 | LP | S02723 | P | VNY | 27 |
| FRENCH | JAMES A | 3172 N HONEYSUCKLE DR | COEUR D' ALENE | ID | 83815 | HP | S01322 | P | VNY | 13 |
| FREY | KRISTIN L | 217 MINER | WINSIDE | NE | 68790 | HP | S06822 | P | VNY | 68 |
| FRIEZ | COLLETTE R | 2220 WEST MAIN #105 | BOZEMAN | MT | 59718 | HM | S01630 | F | VNY | 16 |
| FRY | MARGARET T | 2780 BEACH ROAD APT 10 | PORT HURON | MI | 48060 | HP | S22322 | P | VNY | 223 |
| FRYMAN | ANGEL S | 706 SW FRONT | WALNUT RIDGE | AR | 72476 | HP | S20922 | P | VNY | 209 |
| FULLER | SHELBY M | 670 WEST MARKET STREET | SPRINGBORO | OH | 45066 | LP | S11523 | P | VNY | 115 |
| FULLER | MADISON M | 111 CHAPMAN DR | ASHEVILLE | NC | 28805 | HP | S21822 | P | VNY | 218 |
| FUNKE | BAILEY A | 4679 CALISTOGA LANE | MISSOULA | MT | 59808 | HP | S12622 | P | VNY | 126 |
| FUQUA | LINDSEY N | 11826 COLEMAN POBOX 461 | CARLSBAD | TX | 76934 | LP | S17323 | P | VNY | 173 |
| FURNISS | MATTIE M | 2166 TASMAN AVE | IDAHO FALLS | ID | 83404 | LP | S07123 | P | VNY | 71 |
| FURR | ALYSSA D | 116 ASHLEY LN | KING | NC | 27021 | HP | S21922 | P | VNY | 219 |
| GADBERRY | AUTUMN M | 759 S FORT AVE | SPRINGFIELD | MO | 65806 | HP | S23022 | P | VNY | 230 |

10

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GAGE | NICHOLE L | 3008 S. 121ST E. AVE | | TULSA | OK | 74129 | LP | S19923 | P | VNY | 199 |
| GALLEGOS | KAREN J | 304 N 12TH ST #2 | | NORFOLK | NE | 68701 | HM | S06830 | F | VNY | 68 |
| GARCIA | DESERAE V | 2004 N. WHEELER APT 3F | | GRAND ISLAND | NE | 68801 | HP | S06522 | P | VNY | 65 |
| GARCIA | TAMIKA L | 3400 CODY AVE | | EVANS | CO | 80620 | HP | S16622 | P | VNY | 166 |
| GARCIA | DANIELLE C | 1305 BERTHA | | SAN ANGELO | TX | 76904 | HP | S17322 | P | VNY | 173 |
| GARCIA | KELLY L | 2802 SOUTHRIDGE DR | | SACHSE | TX | 75048 | HP | S17722 | P | VNY | 177 |
| GARDNER | FAITH D | 4917 THISTLE DR. | APT 407 | TYLER | TX | 75703 | LP | S17823 | P | VNY | 178 |
| GARDUNO | KRISTEN N | 4751 EAGLERIDGE CIR | 208 | PUEBLO | CO | 81008 | LP | S16423 | P | VNY | 164 |
| GASKELL KIRSCHENHEIT | TATUM R | 1960 MULLAN TRAIL | | MISSOULA | MT | 59808 | HP | S12622 | P | VNY | 126 |
| GATHERIDGE | NATASHA M | 4234 9TH AVE CIRCLE S | #34 | FARGO | ND | 58103 | LP | S00523 | P | VNY | 5 |
| GAULRAPP | KELSEY A | 1518 S DAKOTA ST | | ABERDEEN | SD | 57401 | HP | S11122 | P | VNY | 111 |
| GAUTHIER | CHANTELLE M | 38952 ARLINGDALE | | STERLING HEIGHT | MI | 48310 | AF | S14525 | F | VNY | 145 |
| GAVORCIK | HEIDI M | 49300 HARRISVILLE CEM RD | | CADIZ | OH | 43907 | AF | S10025 | F | VNY | 100 |
| GERGEN | GILLIAN E | 2679 DAKOTA AVE | | JANESVILLE | IA | 50647 | HP | S13022 | P | VNY | 130 |
| GERTKEN | KALEY E | 216 PLEASANT RIDGE DR | | SAUK RAPIDS | MN | 56379 | HP | S02722 | P | VNY | 27 |
| GERVING | REANNA D | 401 WEST ASH AVENUE | | FRAZEE | MN | 56544 | HP | S02222 | P | VNY | 22 |
| GESSLER | LAUREN E | 2777 47TH ST S #115 | | FARGO | ND | 58104 | S | H26807 | F | VNI | 268 |
| GIACAZ | CHEZIRAE B | 110C WESTVIEW COMMONS BLD | | ROCHESTER | NY | 14626 | LP | S18523 | P | VNY | 185 |
| GIBSON | ADDISYN H | 5615 TOPEKA DR | | PASCO | WA | 99301 | LP | S16323 | P | VNY | 163 |
| GIDEON | ALLY J | 4248 R57 HWY | | NORWALK | IA | 50211 | HP | S07322 | P | VNY | 73 |
| GIESEY | MICHAELA M | 1613 NASH ST | | GARLAND | TX | 75042 | HP | S17722 | P | VNY | 177 |
| GILBERT-DIXON | DESIRAE S | 546 JAMES ST | | TURTLE CREEK | PA | 15145 | AF | S18125 | F | VNY | 181 |
| GILES | SYDNEY R | 4899 WEST OLD US 40 | | WEST TERRE HAUT | IN | 47885 | HP | S27122 | P | VNY | 271 |
| GILL | MARY C | 1709 LAFAYETTE AVE | | TERRE HAUTE | IN | 47804 | HP | S27122 | P | VNY | 271 |
| GILLUND | BRIANA L | 112 9TH AVE | | ENDERLIN | ND | 58027 | HF | H26807 | F | VNI | 268 |
| GIROUX | BRITANA R | 1325 27TH ST SE LOT 606 | | MINOT | ND | 58701 | LP | S02623 | P | VNY | 26 |
| GLAZE | ANGELENA M | 3414 APPALOOSA DRIVE | | NORTH PLATTE | NE | 69101 | HP | S06922 | P | VNY | 69 |
| GODE | JENNIFER S | 715 6TH STREET | PO BOX 23 | HAWLEY | MN | 56549 | S | H26708 | F | VNI | 267 |
| GOGGINS | CHRISTINA A | 2419 S 93RD ST | | WEST ALLIS | WI | 53227 | HM | S04830 | F | VNY | 48 |
| GOINS | COURTNEY M | 972HOLDERNESS LANE | | CINCINNATI | OH | 45240 | HP | S12422 | P | VNY | 124 |
| GOLDEN | VICTORIA D | 4321 MCCULLOCH ST | | DULUTH | MN | 55804 | HP | S00222 | P | VNY | 2 |
| GONZALES | MIRANDA G | 8217 AVE U | APT 7108 | LUBBOCK | TX | 79423 | HP | S17022 | P | VNY | 170 |
| GONZALES | TALENA I | 4600 PALUXY DR. | APT 2032 | TYLER | TX | 75703 | HP | S17822 | P | VNY | 178 |
| GONZALES MUNOZ | NORMA | 790 SCOTTWOOD ST | | PONTIAC | MI | 48340 | HP | S08422 | P | VNY | 84 |
| GONZALEZ-ARAUJO | ROCIO | 40 NORTHWOOD DR. | | FORT SMITH | AR | 72904 | LP | S21023 | P | VNY | 210 |
| GOODRICH | DENEEN M | 8 CHAUTARD CT | | PUEBLO | CO | 81005 | HP | S16522 | P | VNY | 165 |
| GORDE | MARK A | 663 WYNDEMERE DRIVE | | WEST FARGO | ND | 58078 | S | H26305 | F | VNI | 263 |
| GORDON | MALEIGHA R | 383 TAYLOR RD | | MANSFIELD | OH | 44903 | AF | S13625 | F | VNY | 136 |
| GOUKER | NICOLE O | 126 BROADWAY ST | | SOUTH HEART | ND | 58655 | LP | S01923 | P | VNY | 19 |
| GRACEY | HALLE J | 2019 SWAN DR | | NORWALK | IA | 50211 | HP | S07322 | P | VNY | 73 |
| GRAF | NICOLE R | 1621 E ROELAND AVE | Unit 8 | APPLETON | WI | 54915 | LP | S04723 | P | VNY | 47 |
| GRAHAM | SHANIA R | 5018 N SMITH ST | | SPOKANE | WA | 99217 | HP | S07522 | P | VNY | 75 |
| GRAHAM | MCKENZIE R | 1900 BARRET ST | | BURLINGTON | IA | 52601 | HP | S13922 | P | VNY | 139 |

11

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**
Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GRANT | ASHLI M | 814 42ND ST E | #207 | WILLISTON | ND | 58801 | LP | S02023 | P | VNY | 20 |
| GRANT | LINDSEY M | 2525 32ND ST S | | FARGO | ND | 58103 | HF | S29722 | F | VNY | 297 |
| GRAVEEN | RACHEL R | 813 LEWIS PL | | ST CLOUD | MN | 56301 | HP | S02722 | P | VNY | 27 |
| GRAY | LAUREN E | 4675 N BAYMID COUNTY LINE | | MIDLAND | MI | 48642 | HP | S27722 | P | VNY | 277 |
| GREEN | CHRISTINA L | 990 W COUNTRY CLUB RD | | CANYON | TX | 79015 | HP | S17122 | P | VNY | 171 |
| GREEN | STACY M | 1082 UTZ LN | | HAZELWOOD | MO | 63042 | HM | S23430 | F | VNY | 234 |
| GREGERSON | ERICKA C | 3009 E 20TH STREET | | SIOUX FALLS | SD | 57103 | HP | S01122 | P | VNY | 11 |
| GRIFFIN | KLAIRE B | 9895 CHERRY ST | | LUMBERTON | TX | 77657 | HP | S17422 | P | VNY | 174 |
| GRIMES | MAKAYLA B | 906 W WATAUGA AVE | APT 314 | JOHNSON CITY | TN | 37604 | LP | S08123 | P | VNY | 81 |
| GRINSTEAD | CARLY J | 1001 65TH ST NW | | MINOT | ND | 58703 | HP | S02622 | P | VNY | 26 |
| GROSKOPF | ELIZABETH E | 2810 AVENUE F | | SCOTTSBLUFF | NE | 69361 | HP | S06722 | P | VNY | 67 |
| GROTH | ABIGAIL M | 5208 S SWEETBRIAR CIRCLE | | SIOUX FALLS | SD | 57108 | HP | S01122 | P | VNY | 11 |
| GUMM | JACQUELINE L | 3901 EAST HAVERILL | | ST JOSEPH | MO | 64506 | AF | S23325 | F | VNY | 233 |
| GUNN | ALLYSON N | 156 GIBSON AVE | | MANSFIELD | OH | 44907 | LP | S13623 | P | VNY | 136 |
| GUSTAFSON | PHOEBE E | 724 JAQUE LANE | | BILLINGS | MT | 59105 | HP | S01522 | P | VNY | 15 |
| GUSTAFSON | DARIEN M | 16118 COTTONWOOD ST | | OMAHA | NE | 68136 | LP | S22123 | P | VNY | 221 |
| GUTHRIE | LISA N | 343 HILLGATE | | LAYTON | UT | 84041 | HM | S09430 | F | VNY | 94 |
| GUTIERREZ MARTINEZ | JESSIE M | 7988 GLADYS #5 | | BEAUMONT | TX | 77706 | AF | S17425 | F | VNY | 174 |
| GUZMAN | SABRINA A | 309 N CLINTON B | | LUBBOCK | TX | 79416 | HP | S17022 | P | VNY | 170 |
| HAANEN | REBECCA L | 712 BLUFF ST | | GRACEVILLE | MN | 56240 | HP | H26205 | P | VNI | 262 |
| HACKER | ANDREA L | 2102 1/2 W 39TH ST #2 | | KEARNEY | NE | 68845 | HM | S06630 | F | VNY | 66 |
| HACKETT | LINDSAY N | 3703 E. GOLDSTONE DR | | IDAHO FALLS | ID | 83401 | HM | S07130 | F | VNY | 71 |
| HAGEN | SYDNEY J | 2406 COOLDIGE AVE | | BISMARCK | ND | 58501 | HP | S00422 | P | VNY | 4 |
| HAGFORS | KAYLA A | 16853 170TH ST S | | BARNESVILLE | MN | 56514 | S | H26205 | F | VNI | 262 |
| HAHN | JANET | 745 14TH AVE W | | WEST FARGO | ND | 58078 | HF | H26205 | F | VNI | 262 |
| HALE | JONATHAN A | 2156 SHENANDOAH DR | | GRAND JUNCTION | CO | 81507 | LP | S16723 | P | VNY | 167 |
| HALL | STEPHANIE J | 1039 GRAND AVE UNIT A | | GRAND JUNCTION | CO | 81501 | HP | S16722 | P | VNY | 167 |
| HALOWELL | TAYLOR D | 185 ROCHE WAY | | BOARDMAN | OH | 44512 | HP | S11722 | P | VNY | 117 |
| HALVORSEN | ASHLYN M | 1502 S. ELLIS APT. 59 | | WEBB CITY | MO | 64870 | HP | S23622 | P | VNY | 236 |
| HAMMERSCHMIDT | AMY S | 1710 SUNSET TRAIL APT A | | HAYS | KS | 67601 | HM | S21430 | F | VNY | 214 |
| HAMPTON | VALERIE M | 1124 N 5TH ST | | MANKATO | MN | 56001 | HP | S01222 | P | VNY | 12 |
| HAMPTON | DOMINIQUE N | 17149 DALWORTH ST | | MACOMB | MI | 48044 | HP | S14522 | P | VNY | 145 |
| HANCHETT | DARCY A | 201 AVE E | | BILLINGS | MT | 59101 | LP | S01523 | P | VNY | 15 |
| HANEK | MEGAN J | 18779 EVEREST PATH | | FARMINGTON | MN | 55024 | HP | S21322 | P | VNY | 213 |
| HANNINEN | MERCEDES A | 904 N 5TH ST | | MANKATO | MN | 56001 | HP | S01222 | P | VNY | 12 |
| HANSEN | LACIE F | 3501 10TH ST S | | FARGO | ND | 58104 | S | H26807 | F | VNI | 268 |
| HANSEN | EMILY R | 14171 KRYPTON ST NW | | RAMSEY | MN | 55303 | AF | S21225 | F | VNY | 212 |
| HANSHAW | MEGAN D | 2602 SHUMWAY ST | | CASPER | WY | 82601 | LP | S12823 | P | VNY | 128 |
| HARDEN | CHEYANNE M | 4319 WILLIAM AVE | | CELINA | OH | 45822 | LP | S11023 | P | VNY | 110 |
| HARDING | EMILY E | 2444 WILLOW BROOK DR | | ASBURY | IA | 52002 | LP | S13823 | P | VNY | 138 |
| HARGRAVE | CHARLEY J | 1725 KENT DRIVE | | WEBB CITY | MO | 64870 | HP | S23622 | P | VNY | 236 |
| HAROUFF | OLIVIA J | 84 MASON STREET | APT 16 | MORGANTOWN | WV | 26505 | HP | S18422 | P | VNY | 184 |
| HARPER | JENNIFER L | 167 SUMMIT AVE | | LORETTO | MN | 55357 | HM | S02730 | F | VNY | 27 |

12

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

## Schedule E - EMPLOYEE (NOTICE ONLY)

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HARPER | TAELOR S | 1630 TOWNE DRIVE | APT 1H | COLUMBIA | MO | 65202 | LP | S23223 | P | VNY | 232 |
| HARRELL | TAYLOR M | 2001 ROCKCREEK DRIVE | | BOWLING GREEN | KY | 42101 | AF | S09225 | F | VNY | 92 |
| HARRIGER | KYLEIGH J | 1727 UNIVERSITY DRIVE CR | APT. 5 | KEARNEY | NE | 68845 | AF | S06625 | F | VNY | 66 |
| HARRINGTON | REESE E | 501 S PROSPERITY | | JOPLIN | MO | 64801 | HP | S23622 | P | VNY | 236 |
| HARRIS | CHATEAU R | 1823 SPENCER ST. | | OMAHA | NE | 68110 | LP | S06123 | P | VNY | 61 |
| HARRIS | MEGAN A | 7950 MENTOR AVE | G12 | MENTOR | OH | 44060 | LP | S09023 | P | VNY | 90 |
| HARRIS | FELICIA L | 705 E. BEACON STREET | | PEORIA | IL | 61603 | LP | S20323 | P | VNY | 203 |
| HARRIS | MCKENYA C | 4006 MASSEY WOOD TRL | | RALEIGH | NC | 27616 | HP | S21922 | P | VNY | 219 |
| HART | DANIELLE | 53754 859 RD | | PLAINVIEW | NE | 68769 | LP | S06823 | P | VNY | 68 |
| HARTILL | SHAYLA J | 1227 MAPLE STREET | | NAMPA | ID | 83686 | HP | S07422 | P | VNY | 74 |
| HASENYAGER | HAILEY N | 4370 S FRUITHILL PL | | BOISE | ID | 83709 | HP | S07422 | P | VNY | 74 |
| HATTON | EMILY S | 305 LAUREL AVE | | HAMILTON | OH | 45015 | LP | S12423 | P | VNY | 124 |
| HAVENER | CASSANDRA D | 2429 JOHNNYCAKE HILL RD | | HAMILTON | NY | 13346 | HP | S18522 | P | VNY | 185 |
| HAVIG | MAURA R | 3267 5th Ave N | | Moorhead | MN | 56560 | HF | H26605 | F | VNI | 266 |
| HAWKINS | LA'MARRIA W | 689 W VINE ST | | MONDOVI | WI | 54755 | HP | S10422 | P | VNY | 104 |
| HAYES | MAKAYLLA C | 1805 TIFFANY DR | | IDAHO FALLS | ID | 83404 | HP | S07122 | P | VNY | 71 |
| HEATH | JACQUELINE N | 2808 JACOBS PLACE | APT 1E | COLUMBIA | MO | 65201 | LP | S23223 | P | VNY | 232 |
| HEATON | COURTNEY M | 1604 ARMY POST RD | | DES MOINES | IA | 50315 | AF | S07325 | F | VNY | 73 |
| HEATON | COURTNEY M | 1604 ARMY POST RD | | DES MOINES | IA | 50315 | AF | S24525 | F | VNY | 245 |
| HECKENLAIBLE | KACEY S | 435 E CENTENNIAL ST | | RAPID CITY | SD | 57701 | HP | S01822 | P | VNY | 18 |
| HEDGES | ANDREW P | 1240 S Birch St Apt 311 | | Denver | CO | 80246-7825 | DM | H26406 | F | VNI | 264 |
| HEHR | CHELSEA R | 629 EL TORA CV S | | FARGO | ND | 58103 | HF | S29722 | F | VNY | 297 |
| HEIKENS | RHIANNAN J | 1220 FIRST AVE GMU #550 | | CEDAR RAPIDS | IA | 50325 | AF | S13725 | F | VNY | 137 |
| HEIKKINEN | CASSANDRA M | 161 LITTLE BASIN CREEK RD | PO BOX 3293 | BUTTE | MT | 59701 | HP | S03522 | P | VNY | 35 |
| HEIMBACH | BAILEE A | 1144 CASE CT | | BOX ELDER | SD | 57719 | LP | S01823 | P | VNY | 18 |
| HEINECKE | OLIVIA L | 8231 COLUMBUS ROAD | | FOWLER | IL | 62338 | HP | S14722 | P | VNY | 147 |
| HELMICK | DANIELLE B | 1294 BLUEFIELD AVE | | ELIZABETHTON | TN | 37643 | HP | S08122 | P | VNY | 81 |
| HELSEL | ALICIA E | 2354 CANTER LN | # E | GREEN BAY | WI | 54304 | LP | S10623 | P | VNY | 106 |
| HENDERSHOT | LINDSEY M | 4727 ARBOR CROSSING | APT 302 | ALEXANDRIA | MN | 56308 | HP | S03122 | P | VNY | 31 |
| HENKEL | LARKIN A | 924 NORTH 5TH STREET | | COEUR D'ALENE | ID | 83814 | AF | S07625 | F | VNY | 76 |
| HENTRICH | BROOKE L | 4253 CHIPPEWA TR. | | JAMESTOWN | OH | 45335 | HP | S11422 | P | VNY | 114 |
| HERNANDEZ | KORI B | 918 N MADISON | | SAN ANGELO | TX | 76901 | HM | S17330 | F | VNY | 173 |
| HERNANDEZ | SAMANTHA F | 525 E THORNTON AVE | APT #2 | HEMET | CA | 92543 | FR | S29722 | P | VNY | 297 |
| HERNANDEZ BOURGEOIS | RAQUEL | 2001 WEST 13TH STREET | | NORTH PLATTE | NE | 69101 | HP | S06922 | P | VNY | 69 |
| HERNANDEZ PEDRAZA | CLAUDIA P | 1017 1ST STREET | | GIBBON | NE | 68840 | HP | S06622 | P | VNY | 66 |
| HERRERA | ALEXANDRIA H | 3431 GRINNELL | APT B | LUBBOCK | TX | 79415 | HP | S17022 | P | VNY | 170 |
| HEYBOER | CAITLYNN R | 2226 OLDE FARM DR | | JENISON | MI | 49486 | HP | S08022 | P | VNY | 80 |
| HIBLER | AGAPE T | 9162 E LATIMER PL | | TULSA | OK | 74115 | HP | S19922 | P | VNY | 199 |
| HICKMAN | MADISON R | 1503 WINDSWEPT DR | | GREENWOOD | IN | 46143 | HP | S11222 | P | VNY | 112 |
| HILES | KERA M | 1184 LUCAS RD | | MANSFIELD | OH | 44905 | HP | S13622 | P | VNY | 136 |
| HILL | FAITH M | 1710 S 12TH AVE | | OZARK | MO | 65721 | HP | S23022 | P | VNY | 230 |
| HILSENKOPF | ERIN N | 1714 N SUMMER HILLS CT | | POSTFALLS | ID | 83854 | AF | S01325 | F | VNY | 13 |
| HILSINGER | KIARRA M | 2349 CO ROAD 9 | | LYONS | NE | 68038 | HP | S02822 | P | VNY | 28 |

13

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HILTON | KATIE | 1420 EASTGATEWAY CIRCLE | #104 | FARGO | ND | 58103 | S | H25907 | F | VNI | 259 |
| HINRICKSON | MISTI E | 11488 STATE HWY 141 | | MAPLETON | IA | 51034 | HM | S02830 | F | VNY | 28 |
| HINSON | TAYLOR M | 1118 S. 11TH ST | ` | TERRE HAUTE | IN | 47803 | LP | S27123 | P | VNY | 271 |
| HIRAI | NATASHA M | 7608 ESTEVAN DR | | PASCO | WA | 99301 | LP | S16323 | P | VNY | 163 |
| HO | DIEM T | 723 COUNTRYSIDE CT | | FARGO | ND | 58103 | WF | H26511 | F | VNI | 265 |
| HOABY NELSON | BRIANA M | 1052 3RD ST N | | CASSELTON | ND | 58012 | HF | H26605 | F | VNI | 266 |
| HOCKETT | ASHLEY D | 3030 W 4TH E 202 | | KENNWICK | WA | 99336 | AF | S16325 | F | VNY | 163 |
| HOERNER | KATELYN R | 1142 15TH AVE W | | DICKINSON | ND | 58601 | HP | S01922 | P | VNY | 19 |
| HOFFMAN | CHRISTINE N | 516 VIVIAN ST. | P.O. BOX 133 | SEVERANCE | CO | 80546 | AF | S16625 | F | VNY | 166 |
| HOFFMAN | KAGEN M | 2425 E 11TH ST | | JOPLIN | MO | 64801 | HP | S23622 | P | VNY | 236 |
| HOFFMANN | ALISSA S | 55140 851 RD | | PIERCE | NE | 68767 | LP | S06823 | P | VNY | 68 |
| HOIUM | HANNA E | 16348 455TH AVE | | WATERTOWN | SD | 57201 | LP | S02523 | P | VNY | 25 |
| HOLDEN | CHRISTINE M | 4242 9th Ave Cir S Apt #15 | | FARGO | ND | 58103 | WF | H26511 | F | VNI | 265 |
| HOLLIDAY | ANNIKKI | 1905 MILLER ST | APT 26 | LA CROSSE | WI | 54601 | LP | S10523 | P | VNY | 105 |
| HOLMQUIST | JERI E | 111 MAIN ST WEST | PO BOX 144 | EAGLE BEND | MN | 56446 | AF | S03125 | F | VNY | 31 |
| HOLT | CASSIDY L | 3100 McCann Rd Apt 3104 | | Longview | TX | 75605-7836 | HM | S17930 | F | VNY | 179 |
| HOLTHAUS | KATYA M | 20390 SANDUSKY ROAD | | TONGANOXIE | KS | 66086 | HP | S25522 | P | VNY | 255 |
| HOLTHE | KIMBERLEY L | 2706 17TH ST S | | MOORHEAD | MN | 56560 | WF | H26511 | F | VNI | 265 |
| HOLZRICHTER | REBECCA A | 203 SAFFORD STREET | | OSAGE CITY | KS | 66523 | HP | S25522 | P | VNY | 255 |
| HOPKINS | KAREN M | 112 WEST NINTH STREET | | NEWPORT | KY | 41071 | HP | S14822 | P | VNY | 148 |
| HOPPES | EMILY C | 1805 E 32nd | | SCOTTSBLUFF | NE | 69361 | AF | S06725 | F | VNY | 67 |
| HORNER | DAWN A | 2804 A HWY 69 S | | LUMBERTON | TX | 77657 | LP | S17423 | P | VNY | 174 |
| HORNER | ALYSSA C | 916 CANE CREEK RD | | FLETCHER | NC | 28732 | HP | S21822 | P | VNY | 218 |
| HORST | SABRINA A | 6598 HWY 49 | | GLEN ULLIN | ND | 58631 | HF | H26905 | F | VNI | 269 |
| HRON | PAMELA R | 4948 47T ST S APT 204 | | FARGO | ND | 58104 | AF | S00525 | F | VNY | 5 |
| HUBANKS | MARI L | 258 GEORGE ST | | SHARON | WI | 53585 | LP | S04723 | P | VNY | 47 |
| HUBBS | AMANDA N | 610 19TH AVE NE | | ABERDEEN | SD | 57401 | HM | S11130 | F | VNY | 111 |
| HUERTA | PAMELA E | 914 PINEWOOD LANE | | SEABROOK | TX | 77586 | S | H00105 | F | VNI | 1 |
| HUETHER | JODI A | 1622 BROADWAY | | FARGO | ND | 58102 | HP | S00522 | P | VNY | 5 |
| HUMMEL | AMANDA N | 930 SIMS AVE | | SAINT PAUL | MN | 55106 | HP | S22622 | P | VNY | 226 |
| HUMPHREY | TAYLER K | 4020 N ELGIN | | SPOKANE | WA | 99205 | LP | S07523 | P | VNY | 75 |
| HUMPHREY | MADISON N | 1279 W PRAIRIE RD | | MIDLAND | MI | 48640 | HP | S27722 | P | VNY | 277 |
| HUNGATE | ALYSSA A | 978 E DUPLER RD. | | SANDY | UT | 84094 | LP | S12223 | P | VNY | 122 |
| HUNSAKER | AMBER R | 514 PACIFIC AVE | | THOMPSON | ND | 58278 | HP | S02622 | P | VNY | 26 |
| HUSTON | TESSA R | 250 HELLGATE DRIVE | | MISSOULA | MT | 59802 | LP | S12623 | P | VNY | 126 |
| HUTCHINS | ALLYSON E | 114 GETTYSBURG DRIVE | | HODGENVILLE | KY | 42748 | HP | S09222 | P | VNY | 92 |
| HUTCHINSON | JESSE B | 6750 WALTERS RD | | CLARKSTON | MI | 48346 | HP | S04922 | P | VNY | 49 |
| HUTTLE | KATHERINE C | 2274 EAST COUNTY ROAD E | | WHITE BEAR LAKE | MN | 55110 | LP | S22623 | P | VNY | 226 |
| IKOLA | SAMANTHA M | 709 NE 1ST STREET | APT A104 | DEER RIVER | MN | 56636 | HP | S03222 | P | VNY | 32 |
| INMAN | LAURA E | 2012 PINE VALLEY LN | | JONESBORO | AR | 72404 | HP | S20922 | P | VNY | 209 |
| ISABELL | AMANDA G | 2442 5TH AVENUE | | SCOTTSBLUFF | NE | 69361 | HP | S06722 | P | VNY | 67 |
| ISBELL | BRITTANY C | 4265 NORTHWEST POINT DR | | HOUSE SPRINGS | MO | 63051 | HP | S23522 | P | VNY | 235 |
| IVEY | TAMEIKA S | 4300 HEWITT STREET | APT H | GREENSBORO | NC | 27407 | HM | S21730 | F | VNY | 217 |

14

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

Schedule E - EMPLOYEE (NOTICE ONLY)
Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JACKSON | SAMANTHA C | 3008 WRIGHT AVE | | NORTH PLATTE | NE | 69101 | LP | S06923 | P | VNY | 69 |
| JACKSON | FAITH E | 695 EAST IRBY | | BEAUMONT | TX | 77705 | HP | S17422 | P | VNY | 174 |
| JACOBS | SHAWNTERIA D | 1056 E 15TH ST | | WINSTON SALEM | NC | 27105 | LP | S21923 | P | VNY | 219 |
| JACOBSEN | HANNAH M | 6225 E AIRLINE HWY | | DUNKERTON | IA | 50626 | HP | S13022 | P | VNY | 130 |
| JACOBSEN | BLADE A | 2303 WHITEGATE DR 1D | | COLUMBIA | MO | 65202 | AF | S23225 | F | VNY | 232 |
| JAEGER | LAURYN E | 2152 WEST CALLE COLOMBO | | COLUMBUS | NE | 68601 | HP | S06022 | P | VNY | 60 |
| JAMES | ELIZABETH A | 2102 SHERMAN CREEK ROAD | | EAU CLAIRE | WI | 54703 | HM | S10430 | F | VNY | 104 |
| JAMES | CASSANDRA J | 519 N JOPLIN AVE | | JOPLIN | MO | 64801 | HP | S23622 | P | VNY | 236 |
| JANDA | MCKENZIE R | 930 S 6TH ST | | DE PERE | WI | 54115 | HP | S10622 | P | VNY | 106 |
| JAY | ALEXIS L | 821 WABASH AVE. | | OTTUMWA | IA | 52501 | HP | S24422 | P | VNY | 244 |
| JEFFERY-RUGGLESS | ANDRIA J | 2126 S. SELKIRK DR | | GREEN ACRES | WA | 99016 | HP | S07622 | P | VNY | 76 |
| JENNINGS | KAYLYNN | 314 N. 16TH ST. | | FORT DODGE | IA | 50501 | HM | S13230 | F | VNY | 132 |
| JENSEN | EMILY N | 1107 WILD PLUM DRIVE | | ST CHARLES | MO | 63303 | HP | S23422 | P | VNY | 234 |
| JENSEN | SAMANTHA E | 12601 STONERIDGE LN. | APT 104 | SOUTH ROCKWOOD | MI | 48179 | LP | S27523 | P | VNY | 275 |
| JEPSEN | BRITTANY L | 1601 W 1ST | | NORTH PLATTE | NE | 69101 | HM | S06930 | F | VNY | 69 |
| JETT | ALLYSE M | 806 INDIANA AVE | | MENDOTA | IL | 61342 | LP | S14023 | P | VNY | 140 |
| JEWISON | STEFANIE M | 1517 REED DR | | FARGO | ND | 58102 | HF | S29730 | F | VNY | 297 |
| JIMENEZ | LILY C | 3225 11TH AVE S #5 | | GREAT FALLS | MT | 59405 | HP | S03622 | P | VNY | 36 |
| JIMENEZ | ALYSSA D | 10135 W SCEPTER CIR | | FRANKLIN | WI | 53132 | HP | S04822 | P | VNY | 48 |
| JIMENEZ | BRITTANY N | 6208 6TH STREET | | LUBBOCK | TX | 79416 | LP | S17023 | P | VNY | 170 |
| JOHANSSON | CARLEY | 12 LAI CHRISTINE CT | | ST. CHARLES | MO | 63301 | HP | S23422 | P | VNY | 234 |
| JOHNSON | ASHLEY K | 203 Apple Lane | | FARGO | ND | 58104 | DM | H26406 | F | VNI | 264 |
| JOHNSON | JESSICA R | 1708 55TH AVE N | | MOORHEAD | MN | 56560 | HF | H26905 | F | VNI | 269 |
| JOHNSON | REBECCA P | 45661 265TH ST | | HUMBOLDT | SD | 57035 | HP | S01122 | P | VNY | 11 |
| JOHNSON | MEGAN E | 8215 N. TWIN LAKES ROAD | | NORTH PLATTE | NE | 69101 | HP | S06922 | P | VNY | 69 |
| JOHNSON | ALEXANDRA E | 5074 BONNIE VALE CT | | EAU CLAIRE | WI | 54701 | LP | S10423 | P | VNY | 104 |
| JOHNSON | REBEKAH L | 1111 N LOCUST | | MUNCIE | IN | 47303 | AF | S11025 | F | VNY | 110 |
| JOHNSON | MIA C | 1108 CHRISTI CR | | BEAVERCREEK | OH | 45434 | HM | S11430 | F | VNY | 114 |
| JOHNSON | ELLIE M | 27409 BUCKLAND HOLDEN RD | | WAYNESFIELD | OH | 45896 | LP | S11623 | P | VNY | 116 |
| JOHNSON | JENNIFER R | 226 REED STREET | | WATERLOO | IA | 50703 | LP | S13023 | P | VNY | 130 |
| JOHNSON | D'MYA F | 690 PALM ST | | BEAUMONT | TX | 77705 | HP | S17422 | P | VNY | 174 |
| JOHNSON | SAMANTHA F | 6900 STONE HILL RD | | LIVONIA | NY | 14487 | HM | S18530 | F | VNY | 185 |
| JOHNSON | MICKELA R | 7236 SW WOODCROFT | | TOPEKA | KS | 66619 | LP | S25523 | P | VNY | 255 |
| JOHNSON | JENNA L | 1631 BELSLY BLVD APT 306 | | MOORHEAD | MN | 56560 | HP | S29722 | P | VNY | 297 |
| JONES | NICHOLE L | 2908 1ST ST SE | | MINOT | ND | 58701 | HP | S02622 | P | VNY | 26 |
| JONES | CAROLYN M | 833 N 24TH ST | | MILWAUKEE | WI | 53233 | HP | S04822 | P | VNY | 48 |
| JONES | MADISON D | 15204 E 14TH AVE | | VERADALE | WA | 99037 | HP | S07622 | P | VNY | 76 |
| JONES | BRIANNE L | 1418 LEO ST | | SAGINAW | MI | 48638 | HP | S08422 | P | VNY | 84 |
| JONES | SAVANNAH J | 2935 STONEMILL COURT | | BEAVERCREEK | OH | 45430 | LP | S11423 | P | VNY | 114 |
| JONES | RAYLA K | 19757 COUNTY ROAD 4118 | | LINDALE | TX | 75771 | HP | S17822 | P | VNY | 178 |
| JONES | DENISE M | 216 S CHEYENNE | | HENNESSEY | OK | 73742 | HP | S19022 | P | VNY | 190 |
| JONES | SARA C | 2702 MONTERY ST | | SAINT JOSEPH | MO | 64507 | LP | S23323 | P | VNY | 233 |
| JONES | BRITTANY A | 3538 5TH ST W APT 204 | | WEST FARGO | ND | 58078 | HP | S29722 | P | VNY | 297 |

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

<span style="color:red">Schedule E - EMPLOYEE (NOTICE ONLY)</span>

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JORDAN | ALEESHA K | 212 RIDGE STREET | | NEWTOWN | IN | 47969 | AF | S27225 | F | VNY | 272 |
| JULIAN | CELESTE G | 21 DARTMOUTH DR | | CANFIELD | OH | 44406 | HP | S11722 | P | VNY | 117 |
| JURGENS | ABBY L | 101 ALLEN ST | | BAYARD | IA | 50029 | LP | S07323 | P | VNY | 73 |
| KACHERIAN | AMBER M | 1156 N 400 W | | LOGAN | UT | 84341 | HP | S08822 | P | VNY | 88 |
| KALLHOFF | KASIE M | 3250 40TH AVE S | UNIT E | FARGO | ND | 58104 | HF | S29722 | F | VNY | 297 |
| KANARICK-GODINEZ | IVEY G | 1251 HAMMOND LN | APT 11 | ALLIANCE | NE | 69301 | LP | S06723 | P | VNY | 67 |
| KANE | ALEXANDRIA J | 556 FAITH DR | | LAKE St LOUIS | MO | 63367 | HM | S23530 | F | VNY | 235 |
| KANNENBERG | KATHERINE A | W7776 CHELEN RIDGE | | VAN DYNE | WI | 54979 | LP | S04423 | P | VNY | 44 |
| KANYUH | KRISTEN E | 221 VERA ELIZABETH LN | | JACKSONVILLE | NC | 28540 | HM | S04730 | F | VNY | 47 |
| KAPPEL | AMANDA L | 8065 HACKBERRY DRIVE | | MENTOR | OH | 44060 | HP | S09022 | P | VNY | 90 |
| KARN | LAURIE M | 1405 E BROADWAY J206 | | MISSOULA | MT | 59802 | HP | S12622 | P | VNY | 126 |
| KAROLCZAK | ANNA M | 3180A S 30TH ST | | MILWAUKEE | WI | 53215 | AF | S04825 | F | VNY | 48 |
| KEETER | EMILY S | 9631 FLINT DR | | SANDY | UT | 84094 | LP | S12223 | F | VNY | 122 |
| KEHRER | KATELYNN J | 15120 E. 24TH AVE | | SPOKANE VALLEY | WA | 99037 | HP | S07622 | P | VNY | 76 |
| KELLER | MICHELLE A | 1301 SW 18TH ST | | WILLMAR | MN | 56201 | LP | S01023 | P | VNY | 10 |
| KELLER | MARISSA E | 5021 215TH STREET | | DEEP RIVER | IA | 52222 | LP | S13323 | P | VNY | 133 |
| KELLY | CECILIA A | 817 E MINNESOTA ST | #301 | RAPID CITY | SD | 57701 | LP | S01823 | P | VNY | 18 |
| KELLY | ELIZABETH A | 18917 446TH AVE | | HAYTI | SD | 57241 | HP | S02522 | P | VNY | 25 |
| KELLY | MAIA T | 1865 LINCREST DR | | CINCINNATI | OH | 45240 | HM | S12430 | F | VNY | 124 |
| KENNEDY | JAIVIN P | 725 WALNUT STREET | | CROOKSVILLE | OH | 43731 | HP | S15222 | P | VNY | 152 |
| KERBS | KATRINA N | 10107 E 8TH | APT 30 | SPOKANE VALLEY | WA | 99206 | HP | S07622 | P | VNY | 76 |
| KEUNING | KATIE M | 7006 48TH AVE | | HUDSONVILLE | MI | 49426 | LP | S08023 | P | VNY | 80 |
| KIDD | MEGAN | 78 E 100 S | | RICHMOND | UT | 84333 | LP | S08823 | P | VNY | 88 |
| KIEFER | ALEXIS P | 335 2ND AVE SE | 335 2ND AVE SE | PLAINVIEW | MN | 55964 | LP | S22023 | P | VNY | 220 |
| KIES | CLARICE M | 37782 253AVE | | LA MOTTE | IA | 52054 | LP | S13823 | P | VNY | 138 |
| KIM | HARIM | 1310 KIRKLAND DR | | MIDLAND | MI | 48640 | HP | S27722 | P | VNY | 277 |
| KING | CAITLYN M | 412 E MULBERRY ST | | HENNEPIN | IL | 61327 | HP | S14022 | P | VNY | 140 |
| KINNARNEY | BRITTNEY M | 11383 GLASGOW ROAD | | SMITHS GROVE | KY | 42171 | LP | S09223 | P | VNY | 92 |
| KIRCHNER | SHAELYN F | 901 S ELM | | LENNOX | SD | 57039 | HP | S01122 | P | VNY | 11 |
| KIST | PATRISHA J | 8343 LYNESS DR | | CINCINNATI | OH | 45239 | HP | S12422 | P | VNY | 124 |
| KISTHART | SARAH E | 100 HAPNER HALL | | BOZEMAN | MT | 59715 | HP | S01622 | P | VNY | 16 |
| KITTEN | DANYELLE L | 1328 4TH ST NW | | WEST FARGO | ND | 58078 | HF | H26406 | F | VNI | 264 |
| KLONGLAN | CHANDY N | 445 HIGHWAY 175 | | ELLSWORTH | IA | 50075 | HM | S13330 | F | VNY | 133 |
| KNUTSON | BAILEY L | 1060 2ND ST E APT91 | | WEST FARGO | ND | 58078 | HP | S00522 | P | VNY | 5 |
| KNUTSON | KRISTIN R | 5212 EAST 18TH STREET | | SIOUX FALLS | SD | 57110 | HP | S01122 | P | VNY | 11 |
| KOKESCH | DAKOTA L | 1721 NOKOMIS ST | APT #2 | ALEXANDRIA | MN | 56308 | LP | S03123 | P | VNY | 31 |
| KORENUK | JENESSA A | 2244 HAYDEN AVE | | ALTOONA | WI | 54720 | HP | S10422 | P | VNY | 104 |
| KOVAC | KALEIGH N | 219 E END ST | | ALMA | MI | 48801 | HP | S08422 | P | VNY | 84 |
| KOVALENKO | GABRIELLE G | 955 SHADY GROVE CHURCH RD | | WINSTON SALEM | NC | 27107 | HP | S21922 | P | VNY | 219 |
| KOVATCH | MEGAN A | 1436 PINE GROVE AVE. #2 | | PORT HURON | MI | 48060 | AF | S22325 | F | VNY | 223 |
| KRAFT | JULIE A | 2103 FOLWELL DR SW | | ROCHESTER | MN | 55902 | HP | S22022 | P | VNY | 220 |
| KRAKOW | LAUREN E | 823 S MCCOY DR | | PUEBLO | CO | 81007 | AF | S16525 | F | VNY | 165 |
| KRANTZ | KASEY M | 1409 5TH ST SW APT 103A | | WILLMAR | MN | 56201 | HM | S01030 | F | VNY | 10 |

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KRAUS | SAVANNAH J | 5508 SOUTHFIELD DR | APT L | ST LOUIS | MO | 63129 | HP | S23522 | P | VNY | 235 |
| KRIEG | AMBER E | 3826 ST.CATHERINE ROAD | | BELLEVUE | IA | 52031 | FR | S13822 | P | VNY | 138 |
| KRIKAVA | RUSALYN M | 24TH AVE S APT213 | | GRANDFORKS | ND | 58201 | LP | S00323 | P | VNY | 3 |
| KRINKE | HEATHER N | 403 LAKE ST | | ALEXANDRIA | MN | 56308 | HM | S03130 | F | VNY | 31 |
| KROGSENG | KIRSTIN R | 126 5TH ST NE | | DILWORTH | MN | 56529 | HP | H26205 | P | VNI | 262 |
| KRUGER | BAYLEE A | 12065 20TH ST SE | | CLARA CITY | MN | 56222 | HP | S01022 | P | VNY | 10 |
| KRUSE | KAYLA L | 1700 SOUTH KATIE AVE #302 | | SIOUX FALLS | SD | 57106 | AF | S01125 | F | VNY | 11 |
| KUBIAN | KIRSTEN M | 250 EXCELSIOR AVE N | | ANNANDALE | MN | 55302 | AF | S02725 | F | VNY | 27 |
| KUFAHL | LEIA N | E10041 331ST AVE | | EAU CLAIRE | WI | 54703 | LP | S10423 | P | VNY | 104 |
| KULKARNI | JUHI K | 3834 W 7TH STREET | | JOPLIN | MO | 64801 | HP | S23622 | P | VNY | 236 |
| KUNKLE | CANDICE M | 2130 N MAIN STREET | APT 2206 | ELKHORN | NE | 68022 | HP | S22122 | P | VNY | 221 |
| KUSINA | BEKEZELA T | 100 MINGES CREEK PL | APT C208 | BATTLE CREEK | MI | 49015 | HP | S09622 | P | VNY | 96 |
| KVALHEIM | KAYLA R | 47943 OAKRIDGE PLACE | | HARRISBURG | SD | 57032 | LP | S01123 | P | VNY | 11 |
| KYTE | MAKAYLA N | 6191 Kraft Ave SE | | Grand Rapids | MI | 49512-9396 | LP | S08023 | P | VNY | 80 |
| LABAR | JULIANN M | 143 E ONTARIO ST | | ROGERS CITY | MI | 49779 | HP | S27722 | P | VNY | 277 |
| LAFONTAIN | KRISTIN L | 939 38 1/2 AVE W | | WEST FARGO | ND | 58078 | HF | H26205 | F | VNI | 262 |
| LALEMAND | LYDIA C | 1202 VERDE VISTA CIR | | ASHEVILLE | NC | 28805 | HP | S21822 | P | VNY | 218 |
| LAMB | TIFFANIE | 3740 S. ARIZONA TRAIL | | JANESVILLE | WI | 53546 | HM | S04630 | F | VNY | 46 |
| LAMPHIER | ADRIANNA M | 7319 ATMORE DRIVE | | INDIANAPOLIS | IN | 46217 | HP | S10922 | P | VNY | 109 |
| LARRABEE | MATTHEW J | 5692 E. 121ST PLACE | | BRIGHTON | CO | 80602 | HM | S16630 | F | VNY | 166 |
| LARSEN | BRANDEE D | 428 N 2400 E | | SAINT ANTHONY | ID | 83445 | HP | S07122 | P | VNY | 71 |
| LARSON | AMANDA B | 5660 33RD AVE S #314 | | FARGO | ND | 58104 | S | H26708 | F | VNI | 267 |
| LARSON | JAICEE D | 15080 S. ROSE CANYON ROAD | | HERRIMAN | UT | 84096 | HP | S08822 | P | VNY | 88 |
| LAVENZ | MADISON A | 419 2ND ST | | STOUT | IA | 50673 | HP | S13122 | P | VNY | 131 |
| LAVEY | CHRISTA M | 601 5TH ST E | | HORACE | ND | 58047 | S | H26807 | F | VNI | 268 |
| LAWRENCE | ASHLIN R | 4217 CLEVELAND | | DAYTON | OH | 45410 | LP | S11523 | P | VNY | 115 |
| LAWSON | KIMBERLY A | 2560 PLYMOUTH RD. | | JOHNSON CITY | TN | 37601 | HP | S08122 | P | VNY | 81 |
| LAWSON | KAMREN E | 306 WEST H STREET | | ELIZABETHTON | TN | 37643 | HM | S08130 | F | VNY | 81 |
| LAWSON | RILEY R | 40305 PALLAZO | | CLINTON TWP | MI | 48038 | HP | S14522 | P | VNY | 145 |
| LE | ANH DAO T | 1510 BAY WOOD DR | | WEST FARGO | ND | 58078 | WF | H26511 | F | VNI | 265 |
| LE | SUONG T | 919 COUNTRYSIDE TRL CT S | | FARGO | ND | 58103 | WF | H26511 | F | VNI | 265 |
| LE | KAMRI E | 2330 AIRPORT ROAD | | BARTONVILLE | IL | 61607 | HP | S20322 | P | VNY | 203 |
| LECLAIRE | TANAE Z | 501 S WHEATLAND AVE #106 | | SIOUX FALLS | SD | 57106 | HP | S01122 | P | VNY | 11 |
| LEDBETTER | HANNAH D | 6802 N CEDAR | | SPOKANE | WA | 99208 | HP | S07522 | P | VNY | 75 |
| LEDELL | DAKISHA A | 201 HOLT AVE | APT K | GREENSBORO | NC | 27405 | LP | S21723 | P | VNY | 217 |
| LEE | TEDDIE A | 12613 80TH ST SE | | STIRUM | ND | 58069 | HP | S00522 | P | VNY | 5 |
| LEE | BROOKE E | 7367 DORAN LANE | | LIMA | NY | 14485 | LP | S18523 | P | VNY | 185 |
| LEMKE | JORDAN M | 4807 HIGHCREST RD | | ROCKFORD | IL | 61107 | LP | S14323 | P | VNY | 143 |
| LEMON | TIFFANY A | 5827 SKYLINE DR | | CAMBRIDGE | OH | 43725 | LP | S15223 | P | VNY | 152 |
| LENZ | TINA M | 324 HIGHWAY 57 | | QUINCY | IL | 62305 | HM | S14730 | F | VNY | 147 |
| LESTER | ISABEL K | 449 HAYES ST | | LAVON | TX | 75166 | LP | S17723 | P | VNY | 177 |
| LEUTHE | RAE M | 134 CHALFONT ST | | PITTSBURGH | PA | 15120 | HM | S18130 | F | VNY | 181 |
| LEVERETTE | BETHANY J | 907 E DALKE | | SPOKANE | WA | 99208 | HP | S07522 | P | VNY | 75 |

17

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

## Schedule E - EMPLOYEE (NOTICE ONLY)

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LEWELLYN | KENDRA L | 304 15TH ST S | | MOORHEAD | MN | 56560 | HF | H26605 | F | VNI | 266 |
| LEWIS | CODY B | 2804 GRAY ST | | JOHNSON CITY | TN | 37604 | AF | S08125 | F | VNY | 81 |
| LEWIS | AMANDA J | 948 NORTHERN WAY UNIT 8 | | GRAND JUNCTION | CO | 81506 | LP | S16723 | P | VNY | 167 |
| LEWIS | OLIVIA J | 6613 E 11TH STREET NORTH | | WICHITA | KS | 67206 | HP | S25522 | P | VNY | 255 |
| LEWIS | SARAH J | 3474 ELMS RD | | SWARTZ CREEK | MI | 48473 | HM | S27630 | F | VNY | 276 |
| LEY | MADELINE L | 1320 STATE ST | | LA CROSSE | WI | 54601 | HP | S10522 | P | VNY | 105 |
| LIBBEY | MARISSA A | 2404 OLIVE ST-APT 1 | | CEDAR FALLS | IA | 50613 | AF | S22625 | F | VNY | 226 |
| LIEN | MAKAYSA L | 3215 PIONEER DRIVE | | RAPIDCITY | SD | 57703 | HP | S01822 | P | VNY | 18 |
| LIGGONS | KENYA M | 1141 STILLWOOD DR | | CLARKSVILLE | TN | 37042 | HP | S08322 | P | VNY | 83 |
| LIKES | TARYN L | 1400 23RD STREET | HARRISON HALL | GREELEY | CO | 80631 | LP | S16623 | P | VNY | 166 |
| LILLIE | VANESSA A | 2285 MESA ST | | IDAHO FALLS | ID | 83401 | HP | S07122 | P | VNY | 71 |
| LILLY | DESTINY K | 74087  325TH  ST | | RACINE | MN | 55967 | AF | S22025 | F | VNY | 220 |
| LINDER | BRINA I | 601 LAURA LN | | HOLCOMB | KS | 67851 | HP | S25022 | P | VNY | 250 |
| LINDSEY | LATOSHIA L | 9481 GRAND BLANC RD | | GAINES | MI | 48436 | LP | S27623 | P | VNY | 276 |
| LINDSY | JEANNA R | 304 W DENTON | | SALLISAW | OK | 74955 | HP | S21022 | P | VNY | 210 |
| LLOYD | HEATHER L | 4805 N CEDAR ST | | SPOKANE | WA | 99205 | AF | S07525 | F | VNY | 75 |
| LLOYD | HANNAH B | 289 COAL CHUTE RD | | ELIZABETHTON | TN | 37643 | LP | S08123 | P | VNY | 81 |
| LOBERG | KATHERINE W | 2867 19TH AVE S | | GRAND FORKS | ND | 58201 | HM | S00330 | F | VNY | 3 |
| LOEWEN | RACHEL A | 40662 SKUNK HILL RD. | | PELICAN RAPIDS | MN | 56572 | LP | S00723 | P | VNY | 7 |
| LOGAN | JADEN L | 2825 S. MAPLE ST | | SIOUX CITY | IA | 51106 | FR | S02822 | P | VNY | 28 |
| LOGAN | BRIANNA J | 204 WEST TERRELL ST | | GREENSBORO | NC | 27406 | LP | S21723 | P | VNY | 217 |
| LONG | HOPE G | 1010 RESERVATION RD | LOT H 10 | HAYS | KS | 67601 | LP | S21423 | P | VNY | 214 |
| LOPEZ | JAZMINE M | 1514 NORTH 4500 WEST | | WEST POINT | UT | 84015 | LP | S09423 | P | VNY | 94 |
| LOPEZ | MARITZA | 17525 CANARY RD | | PHILLIPSBURG | MO | 65722 | HP | S23022 | P | VNY | 230 |
| LOPEZ | MARISA T | 2606 ABBOTT ST | APT D3 | MIDLAND | MI | 48642 | LP | S27723 | P | VNY | 277 |
| LOPEZ-ORTIZ | LUZ C | 17730 EXIRA AVE | | FARMINGTON | MN | 55024 | HP | S21322 | P | VNY | 213 |
| LOPRESTI | PAISLEY J | 5100 SOUTH RANGE LINE RD | | JOPLIN | MO | 64804 | HM | S23630 | F | VNY | 236 |
| LOUIS | TNISHA R | 640 CAMPION CT | | EVANSVILLE | WI | 53536 | HP | S04622 | P | VNY | 46 |
| LOVELAND | CAITLYN A | 195 GERKE AVE | | MANSFIELD | OH | 44903 | LP | S13623 | P | VNY | 136 |
| LOVELL | TIFFANIE D | 23698 SLICK RD | | BRISTOW | OK | 74010 | HP | S19922 | P | VNY | 199 |
| LOWERY | TASHA A | 602 53RD ST E | ATP 208 | WILLISTON | ND | 58801 | HP | S02022 | P | VNY | 20 |
| LOZOYA | SILVIA V | 1618 MARION RD SE#132 | | ROCHESTER | MN | 55904 | HP | S22022 | P | VNY | 220 |
| LUGO | SABRINA A | 401 S 43RD W AVE | | TULSA | OK | 74127 | LP | S19923 | P | VNY | 199 |
| LUNDER | AJA D | PO BOX 254 | | ULEN | MN | 56585 | S | H26708 | F | VNI | 267 |
| LUNSKI | JEFF V | 3014 7 1/2 AVE NW | | FARGO | ND | 58102 | WF | H26510 | F | VNI | 265 |
| LUSTER | TYESHA L | 4279 HARBOUR TOWNE APT 5 | | SAGINAW | MI | 48603 | LP | S08423 | P | VNY | 84 |
| LYNCH | KATHLEEN M | 2021 3RD ST | | PERU | IL | 61354 | LP | S14023 | P | VNY | 140 |
| LYNCH | REBECCA M | 104 E MADISON AVE | | CASEY | IL | 62420 | LP | S27123 | P | VNY | 271 |
| MAAG | JHADACI D | 1723 EDMOND ST | | ST JOSEPH | MO | 64501 | HP | S23322 | P | VNY | 233 |
| MACKBEE | BLAKE C | 109 NE 7TH ST | | GRAND RAPIDS | MN | 55744 | HP | S03222 | P | VNY | 32 |
| MADSEN | JUSTINE L | 21575 673RD AVE | | DARWIN | MN | 55324 | HP | S01022 | P | VNY | 10 |
| MAHAS | LACEY M | 1450 N WASHINGTON BLVD | TRLR 6 | OGDEN | UT | 84404 | LP | S07823 | P | VNY | 78 |
| MAHER | SARAH M | 1695 PADDOCK RD | | COLORADO SPRING | CO | 80930 | HP | S16422 | P | VNY | 164 |

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MAHNKE | CHRISTINA R | 415 SCOTT AVE | | GILBY | ND | 58235 | HP | S00722 | P | VNY | 7 |
| MAHONEY | SHANNON E | 25297 LAKE RD | | ST CLOUD | MN | 56301 | FR | S02722 | P | VNY | 27 |
| MAINS | LIZABETH E | 518 HARRISON AVE. | | HARRISON | OH | 45030 | HP | S12422 | P | VNY | 124 |
| MALONE | KATLYN M | 204 HOMEWOOD DR. | | MURFREESBORO | TN | 37127 | HP | S08222 | P | VNY | 82 |
| MALONE | LORI A | 3300 E LAKE PARK CROSSIN | #108 | APPLETON | WI | 54915 | HM | S10630 | F | VNY | 106 |
| MALONEY | LAUREN B | 113 BRENTWOOD DRIVE | | PARKERSBURG | WV | 26104 | HP | S18322 | P | VNY | 183 |
| MANN | MADELAINE D | 6644 E WEBSTER RD | | LEXINGTON | IN | 47138 | HP | S11022 | P | VNY | 110 |
| MANTERNACH | RYLEA D | 1200 ALPINE ROAD | | MARION | IA | 52302 | LP | S13723 | P | VNY | 137 |
| MARCHETTI | LISA M | 1202 19TH ST S | | VIRGINIA | MN | 55792 | HP | S04222 | P | VNY | 42 |
| MARGHEIM | BILLIE C | PO BOX 1026 | | FAIRPLAY | CO | 80440 | HP | S16622 | P | VNY | 166 |
| MARIN | LATRISHA R | 810 2ND AVE NW | | AUSTIN | MN | 55912 | HM | S22030 | F | VNY | 220 |
| MARKEL | LISA | 2812 E ROSSER AVE #6 | | BISMARCK | ND | 58501 | LP | S00423 | P | VNY | 4 |
| MARLING | LEANDRA R | 70090 MAIN STREET | | ST.CLAIRSVILLE | OH | 43950 | LP | S10023 | P | VNY | 100 |
| MARRS | ASHLEY A | 2229 GRANITE CT | | JOHNSON CITY | TN | 37604 | LP | S08123 | P | VNY | 81 |
| MARSH | JESSICA S | 2638 WILDWOOD CT | | LAKE ORION | MI | 48360 | FR | S04922 | P | VNY | 49 |
| MARSHALL | SEABREANNA L | PO BOX 2257 | | NORTH PLATTE | NE | 69103 | LP | S06923 | P | VNY | 69 |
| MARTENS | NICOLE A | 812 36ND ST N | | FARGO | ND | 58102 | HP | S00522 | P | VNY | 5 |
| MARTIN | CHELCIE M | 15879 N MEYER RD #8 | | RATHDRUM | ID | 83858 | HP | S01322 | P | VNY | 13 |
| MARTIN | SHANA A | 826 E 14TH ST | | CASPER | WY | 82601 | LP | S12823 | P | VNY | 128 |
| MARTIN | FELICIA E | 1110 S STARR AVE | | BURLINGTON | IA | 52601 | HM | S13930 | F | VNY | 139 |
| MARTIN | TINIA N | 1619 RESTHAVEN RD | | PEORIA | IL | 61615 | AF | S20325 | F | VNY | 203 |
| MARTIN | SHERADIN M | 1607 HEATHER RIDGE | | JONESBORO | AR | 72401 | HP | S20922 | P | VNY | 209 |
| MARTINEZ | BRIANNA S | 621 TINY TOWN RD | | CLARKSVILLE | TN | 37042 | LP | S08023 | P | VNY | 83 |
| MARTINEZ | ELIZA N | 940 W COLLEGE DRIVE | APT 405 | CHEYENNE | WY | 82007 | HP | S12922 | P | VNY | 129 |
| MARTINEZ | ALEXIS N | 1510 GARZA LN | | LITTLE ELM | TX | 75068 | HP | S17922 | P | VNY | 179 |
| MARTINEZ SANCHEZ | TERESA | 213S 17TH ST | | ENID | OK | 73701 | HP | S19022 | P | VNY | 190 |
| MARTWIG | SYDNIE P | 4021 W 4TH ST | | DULUTH | MN | 55807 | HP | S00222 | P | VNY | 2 |
| MATA | SIERRA L | 3146 MCCLURE AVE | | FLINT | MI | 48506 | LP | S27623 | P | VNY | 276 |
| MATHER | MADISON N | 5600 HIGHVIEW DRIVE | | ZANESVILLE | OH | 43701 | HP | S15222 | P | VNY | 152 |
| MATHEW | OLIVIA M | 709 CHISHOLM TRAIL | | LAFAYETTE | IN | 47909 | HP | S27222 | P | VNY | 272 |
| MATHEWS | ASHLEY R | 188 WEST 2ND SOUTH | | RIGBY | ID | 83442 | AF | S07125 | F | VNY | 71 |
| MATHISEN | SHARLENE L | 2702 10TH S N | | FARGO | ND | 58102 | AF | S00525 | F | VNY | 5 |
| MATHISON | TAMMY J | 2868 WICKLOW ST | | DULUTH | MN | 55806 | HM | S00230 | F | VNY | 2 |
| MATNEY | ISABELLA J | 4514 TEEPEE RD | | CARPENTER | WY | 82054 | HP | S12922 | P | VNY | 129 |
| MATTI | CARLA M | 1301 20TH ST S | | GREAT FALLS | MT | 59405 | HP | S03622 | P | VNY | 36 |
| MAURER | LEANNE N | 3234 PARKHILL DR | | BILLINGS | MT | 59102 | HM | S01530 | F | VNY | 15 |
| MAY | MARIAH E | 7525 W CANAL DR | | KENNEWICK | WA | 99336 | HM | S16330 | F | VNY | 163 |
| MC ANDREW | HOLLY M | 15 ST LAWRENCE DR | | ST PETERS | MO | 63376 | HP | S23422 | P | VNY | 234 |
| MC LEOD | KARISSA L | 6665 S OSAGE AVE | | HASTINGS | NE | 68901 | LP | S06523 | P | VNY | 65 |
| MCABEE | KARA J | 1104 NW CANTERBURY RD | | BLUE SPRINGS | MO | 64015 | HP | S05422 | P | VNY | 54 |
| MCCANN | BRIANNA A | 8650 N STONE FARM RD | | EDGERTON | WI | 53534 | HP | S04622 | P | VNY | 46 |
| MCCANN | KRISTA A | 762 VASSAR DRIVE | | SALINA | KS | 67401 | AF | S25125 | F | VNY | 251 |
| MCCARTHY | HAILEY M | 5017 ELIZABETH AVE | | CHUBBUCK | ID | 83202 | LP | S07023 | P | VNY | 70 |

19

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MCCLURE | KELSEY D | 15700 E 46TH ST S | | INDEPENDENCE | MO | 64055 | LP | S05423 | P | VNY | 54 |
| MCCORMICK | MACKENZIE B | 6158 MARTENS WAY S | | FARGO | ND | 58104 | FR | S00522 | P | VNY | 5 |
| MCCOY SPELL | JESSICA I | 1693 WEST LUCAS DRIVE | | BEAUMONT | TX | 77706 | HM | S17430 | F | VNY | 174 |
| MCCOY-BRIDGES | TAYLOR D | 752 FULTON PLACE | APT 1A | GREENSBORO | NC | 27401 | HP | S21722 | P | VNY | 217 |
| MCCREERY | MACKENZIE R | 220 JOHN ST | APT 3101 | ROCHESTER | NY | 14623 | LP | S18523 | P | VNY | 185 |
| MCCULLOUGH | CAREY M | 2907 PRAIRIE RD. | | ROCKFORD | IL | 61102 | AF | S14325 | F | VNY | 143 |
| MCDONALD | JENNY A | 715 SOUTH 12TH | PO BOX 6512 | BOZEMAN | MT | 59715 | LP | S01623 | P | VNY | 16 |
| MCGARY | SHAYNA R | 40241 DUNN RD | | FLUSHING | OH | 43977 | LP | S10023 | P | VNY | 100 |
| MCGAUGHY | IMANEY L | 611 3RD ST NW | APT 201 | MINOT | ND | 58703 | HP | S02622 | P | VNY | 26 |
| MCGEE | KIERANDA L | 1357 CHESTNUT STREET | | DRESDEN | OH | 43821 | HP | S15222 | P | VNY | 152 |
| MCGRATH | SHANE L | 4875 43RD ST S | | FARGO | ND | 58104 | HF | H26305 | F | VNI | 263 |
| MCGRATH | SYDNEY N | 6200 MONROVIA DR | | WATERFORD | MI | 48329 | HP | S04922 | P | VNY | 49 |
| MCGRATH | GWYNNDALEN A | 518 CHERRY HILL DR APT B | | MIAMISBURG | OH | 45342 | HP | S11522 | P | VNY | 115 |
| MCGRIFF | SHAWNA | 139 NORTH JAMESON AVE | APT 1 | LIMA | OH | 45804 | HP | S11622 | P | VNY | 116 |
| MCKEE | ALYSSA A | 1972 OLD HOMESTEAD DR | | ROCHESTER HILLS | MI | 48306 | HP | S04922 | P | VNY | 49 |
| MCLOUGHLIN | AMY | 611 3RD ST SE | | BEMIDJI | MN | 56601 | HM | S00930 | F | VNY | 9 |
| MCMAHAN | MELISSA D | 1309 14TH AVE NW | APT C | MINOT | ND | 58703 | HP | S02622 | P | VNY | 26 |
| MCMURRY | BRANDI L | 320 E. LEE ST | | SEYMOUR | IA | 52590 | LP | S07323 | P | VNY | 73 |
| MCPHEE | BAILEY F | 217 5TH AVE. NW | | BYRON | MN | 55920 | HP | S22022 | P | VNY | 220 |
| MCPHERSON | MEGAN E | 6244 SHARP RD | | SWARTZ CREEK | MI | 48473 | HP | S27622 | P | VNY | 276 |
| MEADOWS | KAITLYN M | 55 NORTH RHONDA | | FALMOUTH | KY | 41040 | HP | S14822 | P | VNY | 148 |
| MECHAM | JILL M | 2075 S 2000 W | | SYRACUSE | UT | 84075 | HP | S09422 | P | VNY | 94 |
| MEDDLING | LAMARION D | 1017 TOM HAILEY BLVD | | LA VERGNE | TN | 37086 | HM | S08230 | F | VNY | 82 |
| MEDEL | ALEJANDRA | 425W WOODBURY | | OGDEN | UT | 84404 | LP | S07823 | P | VNY | 78 |
| MEDINA | TAIRY | 504 NORTH ELM ST APT 306 | | GRAND ISLAND | NE | 68801 | HP | S06522 | P | VNY | 65 |
| MEDINA | ELENA A | 1006 VAN BUREN | | SAGINAW | MI | 48602 | HP | S08422 | P | VNY | 84 |
| MEDINA | ARACELLY D | 10630 3RD AV NW | | ORONOCO | MN | 55960 | LP | S22023 | P | VNY | 220 |
| MEEK | JESSICA M | 1281 WHITETAIL DR | | FAIRBORN | OH | 45324 | HM | S11530 | F | VNY | 115 |
| MEISTER | TRISTINA K | 5036 NICOLLET AVE | | MINNEAPOLIS | MN | 55419 | AF | S21325 | F | VNY | 213 |
| MELSON | REBECCA L | 1638 LARK RD | | JOPLIN | MO | 64804 | HP | S23622 | P | VNY | 236 |
| MENDOZA | EMILIA | 610 GRANDRIDGE RD | APT E7 | GRANDVIEW | WA | 98930 | LP | S16323 | P | VNY | 163 |
| MENYWEATHER | DANEJA T | 6300 HOLDREGE ST | | LINCOLN | NE | 68505 | HP | S06022 | P | VNY | 60 |
| MERRILL | HALEY M | 400 13TH ST | | ONAWA | IA | 51040 | HP | S02822 | P | VNY | 28 |
| MESA | SABRINA M | 620 REED ST | APT 5 | MANKATO | MN | 56001 | AF | S01225 | F | VNY | 12 |
| METCALFE | MAKENZIE T | 510 HIGHLAND DRIVE | | WAUKOMIS | OK | 73773 | HP | S19022 | P | VNY | 190 |
| METTLING | ROCKIE M | 2012 GEORGE WASHINGTON WY | | RICHLAND | WA | 99354 | HP | S16322 | P | VNY | 163 |
| MEYER | SAVANAH J | 8120 OLD HWY 2 | | STANLEY | ND | 58784 | HP | S02022 | P | VNY | 20 |
| MEYER | DEANNA N | 225 W WESTPLAINS ROAD | | GRETNA | NE | 68028 | HM | S06130 | F | VNY | 61 |
| MEYER | HALEY L | 32701 MILLVILLE RD | | COLESBURG | IA | 52035 | LP | S13823 | P | VNY | 138 |
| MEYERS | MACKENZIE N | 1406 WEST NORMAL ST. | APT. B | SPRINGFIELD | MO | 65807 | LP | S23023 | P | VNY | 230 |
| MICCO | HAYLEE N | 127 CARBON MICCO RD | | EDINBURG | PA | 16116 | HP | S11722 | P | VNY | 117 |
| MICHELS | MONTANNA L | 47440 COUNTY RD 13 | | ST PETER | MN | 56082 | HP | S01222 | P | VNY | 12 |
| MICHELS | AVERY E | 1845 AVOCA STREET | 1686 MARJORIE CIRCLE | DUBUQUE | IA | 52001 | HP | S13822 | P | VNY | 138 |

20

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MICKAN | KALYNNE J | 29609 OLIVE | | MAYWOOD | MO | 63454 | AF | S14725 | F | VNY | 147 |
| MICKELSON | ALYSSA M | 3726 80TH AVE N | | BROOKLYN PARK | MN | 55443 | HP | S00922 | P | VNY | 9 |
| MICKELSON | BROOKE M | 3480 LEES CIRCLE | | GARFIELD | MN | 56322 | LP | S03123 | P | VNY | 31 |
| MIGLIORE | MAKENZIE T | 1584 E BOBWHITE LN | | POST FALLS | ID | 83854 | HP | S07622 | P | VNY | 76 |
| MILLER | BLAIR S | 2508 AMBER VALLEY CT S | | FARGO | ND | 58104 | S | H26305 | F | VNI | 263 |
| MILLER | NICOLE S | 4506 10TH AVE | | KEARNEY | NE | 68845 | DM | H26406 | F | VNI | 264 |
| MILLER | KAYLA L | 2619 GOLDENROD LANE | | BOZEMAN | MT | 59718 | HP | S01622 | P | VNY | 16 |
| MILLER | JASMINE R | 310 8TH AVE. S. | | ST CLOUD | MN | 56301 | HP | S02722 | P | VNY | 27 |
| MILLER | KIMBERLEY A | 20477 WENDIGO PARK ROAD | | GRAND RAPIDS | MN | 55744 | HP | S03222 | P | VNY | 32 |
| MILLER | JENNETTE N | 3400 HILL AVE APT 703 | | BUTTE | MT | 59701 | HP | S03522 | P | VNY | 35 |
| MILLER | CATHERINE B | 1420 A BROWNING | | BUTTE | MT | 59701 | AF | S03525 | F | VNY | 35 |
| MILLER | TANYA J | 902 1/2 S 6TH AVE | | VIRGINIA | MN | 55792 | LP | S04223 | P | VNY | 42 |
| MILLER | ANASTASIA M | 11 SOUTH ELM | | NORTH PLATTE | NE | 69101 | HP | S06922 | P | VNY | 69 |
| MILLER | CHEYENNE M | 998 14TH AVE SW | | BYRON CENTER | MI | 49315 | HP | S08022 | P | VNY | 80 |
| MILLER | KATIE L | PO BOX 204 | | CLERMONT | IA | 52135 | HM | S13033 | F | VNY | 130 |
| MILLER | AMANDA E | 1550 SINGTH ST | | FLORENCE | KY | 41042 | HP | S14822 | P | VNY | 148 |
| MILLETT | ASHLEY R | 121 MISSOURI AVE | | DULUTH | MN | 55811 | HP | S00222 | P | VNY | 2 |
| MILLIGAN | CIARRA D | 8796 DEARDOFF RD | | FRANKLIN | OH | 45005 | LP | S11523 | P | VNY | 115 |
| MINARD | CHARISH A | 940 US ROUTE 34 | | GLADSTONE | IL | 61437 | LP | S13923 | P | VNY | 139 |
| MINEO | LEEANN N | 3161 S JENNINGS RD  APT #9 | | INDEPENDENCE | MO | 64055 | AF | S05425 | F | VNY | 54 |
| MINER | LEXI T | 1215 NW 4TH AVE | | GRAND RAPIDS | MN | 55744 | HP | S03222 | P | VNY | 32 |
| MISCH | EMILY S | 376 HIGH TEE ST | | WILLOWICK | OH | 44095 | LP | S09023 | P | VNY | 90 |
| MISIC | KRISTINA K | 706 W BOWEN AVE | | BISMARCK | ND | 58504 | HP | S00422 | P | VNY | 4 |
| MITCHELL | ASHLEY M | 419 PUTNAM STREET | | EAU CLAIRE | WI | 54703 | AF | S10425 | F | VNY | 104 |
| MITCHELL | LAUREN R | 7702 LEGACY PARKWAY | | AMARILLO | TX | 79119 | HP | S17122 | P | VNY | 171 |
| MIXDORF | MORGAN K | 523 18TH STREET NW | | BEMIDJI | MN | 56601 | LP | S00923 | P | VNY | 9 |
| MOCK | KAMERON A | 615 NORTH 28TH ST | | QUINCY | IL | 60231 | LP | S14723 | P | VNY | 147 |
| MOE | BAYLIE A | PO BOX 1746 | | MEAD | WA | 99021 | HP | S07522 | P | VNY | 75 |
| MOFFITT | TINISHA T | 12874 CR 499 | | LINDALE | TX | 75771 | AF | S17825 | F | VNY | 178 |
| MOISAN | COURTNEY A | 7804 N LONGVIEW CT | | EDGERTON | WI | 53534 | LP | S04623 | P | VNY | 46 |
| MOLLOY | KATHERINE J | 807 11TH AVE N | APT 7 | HUMBOLDT | IA | 50548 | HP | S13222 | P | VNY | 132 |
| MOONEN | KASSIDY A | 9935 DIXIE HWY | | CLARKSTON | MI | 48348 | HP | S04922 | P | VNY | 49 |
| MOORE | RACHEL M | 5788 PIERCE LANE | | SOUTH BELOIT | IL | 61080 | HM | S14330 | F | VNY | 143 |
| MOORE | LISA M | 600 ADAMS DR | | MIDLAND | MI | 48642 | AF | S27725 | F | VNY | 277 |
| MOORHEAD | ALYSHA C | 579 LEBARON AVE | | PONTIAC | MI | 48340 | AF | S04925 | F | VNY | 49 |
| MOOS | KATHLEEN M | 3738 10TH ST N | | FARGO | ND | 58102 | HF | H26512 | F | VNI | 265 |
| MORAN | BRENDA M | 1020 CASCADE WAY #314 | | MANDAN | ND | 58554 | HP | S00422 | P | VNY | 4 |
| MORAN | JESSICA M | 1209 SCOTT AVENUE | | PORT HURON | MI | 48060 | HP | S22322 | P | VNY | 223 |
| MORGAN | LESLIE E | 45 PINE TOP DR | | WALTON | KY | 41094 | AF | S14825 | F | VNY | 148 |
| MORGAN | CHALSEA I | 829 NORTH AVENUE | | BRADDOCK | PA | 15104 | LP | S18123 | P | VNY | 181 |
| MORIN | VICKI L | 2626 ATLANTIC DRIVE SOUTH | | FARGO | ND | 58103 | HF | H26905 | F | VNI | 269 |
| MORRIS | KAREN L | 604 RAILROAD AVE N | | LEONARD | ND | 58052 | S | H25907 | F | VNI | 259 |
| MORRIS | ANNEMARIE | 1001 COLLEGE DRIVE | | MASON CITY | IA | 50401 | HP | S07722 | P | VNY | 77 |

21

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MORRIS | DAYNA I | 132 GRAHAM ST | | SAGINAW | MI | 48602 | HM | S08430 | F | VNY | 84 |
| MORRIS | MELISSA N | 1608 30TH AVE S | | FARGO | ND | 58103 | LP | S21223 | P | VNY | 212 |
| MORRIS | JANA L | 719 JOANIE LANE | | SALINA | KS | 67401 | HP | S25122 | P | VNY | 251 |
| MOTSCHENBACHER | JILL M | 3211 43RD AVE SW | | FARGO | ND | 58104 | S | H00105 | F | VNI | 1 |
| MOTT | SAMANTHA R | 420 2ND STREET | | PITCAIRN | PA | 15140 | HP | S18122 | P | VNY | 181 |
| MOURITSEN | ABIGAIL K | 9697 S 2950 W | | SOUTH JORDAN | UT | 84095 | HP | S12222 | P | VNY | 122 |
| MUELLER | ASHLEY L | 2777 TORBLEAU RD | | SUN PRAIRIE | WI | 53590 | AF | S09825 | F | VNY | 98 |
| MUELLER | SHELBY L | 2308 TERMINAL AVE | | GRANITE CITY | IL | 62040 | AF | S14125 | F | VNY | 141 |
| MUELLER | MELANIE S | 202 THIGPEN DR  APT. 922 | | TYLER | TX | 75703 | HM | S17830 | F | VNY | 178 |
| MUELLER | HALEY N | 2631 E CRESTVIEW | | SPRINGFIELD | MO | 65804 | HP | S23022 | P | VNY | 230 |
| MUIR | STEFANIE R | 3414 SW 42ND ST | | DES MOINES | IA | 50321 | LP | S07323 | P | VNY | 73 |
| MULKEY | SHELBY K | 235 NE 60TH ST | | TOPEKA | KS | 66617 | HP | S25522 | P | VNY | 255 |
| MULLER | ELIZABETH A | 300 N 2ND ST | | MOVILLE | IA | 51039 | LP | S02823 | P | VNY | 28 |
| MUMMAW | KYLE M | 1405 SHANNON LAKES LN | | INDIANAPOLIS | IN | 46217 | HP | S11222 | P | VNY | 112 |
| MUNNELL | TYLER N | 2439 RANCHO RD. | | BILLINGS | MT | 59102 | HP | S01522 | P | VNY | 15 |
| MURCHISON | JOCELYN L | 3814 WALTON DR | | LANSING | MI | 48910 | HP | S09622 | P | VNY | 96 |
| MURI | JENSEN C | 2213 BURLINGTON | | BILLINGS | MT | 59102 | HP | S01522 | P | VNY | 15 |
| MURPHEY | KAYLIN M | 313 HOLMES RD | APT 2 | JONESBORO | AR | 72401 | HP | S20922 | P | VNY | 209 |
| MURRAY | TATSIANA N | 3380 CANYON DR. | | BILLINGS | MT | 59102 | HP | S01522 | P | VNY | 15 |
| MURRAY | SAMANTHA L | 337 HYLANDE DRIVE | | GREAT FALLS | MT | 59405 | HP | S03622 | P | VNY | 36 |
| MURTAGH | CIARA' A | 224 N ARCH ST | | ABERDEEN | SD | 57401 | HP | S11122 | P | VNY | 111 |
| MUSSER | KAYLA J | 5503 W 9000 S M104 | | WEST JORDAN | UT | 84081 | HP | S12222 | P | VNY | 122 |
| MUZAFIROVIC | AMRA | 1142 OAK ST N | | FARGO | ND | 58102 | HP | H26511 | P | VNI | 265 |
| MYERS | ROSE M | 3221 SOUTH OAKHILL AVE | | JANESVILLE | WI | 53546 | HP | S04622 | P | VNY | 46 |
| MYERS | SYDNEY N | 37 TOWNSHIP ROAD 1118 | | DILLONVALE | OH | 43917 | HP | S10022 | P | VNY | 100 |
| NABIULLA | NAZIA | 10324 CREPE JASMINE LN | | FORT MEYERS | FL | 33913 | HM | S21330 | F | VNY | 213 |
| NAGRONE | JAELYN R | 516 E 20TH AVE | | POST FALLS | ID | 83854 | HP | S07622 | P | VNY | 76 |
| NASH | DESEREE T | 8815 W HAMPTON AVE | | MILWAUKEE | WI | 53225 | HP | S20722 | P | VNY | 207 |
| NAUMANN | HEATHER L | 228 TONTI ST | | LASALLE | IL | 61301 | HM | S14030 | F | VNY | 140 |
| NEAL | CARRIN E | 4383 QUEEN AVENUE | | FRANKLIN | OH | 45005 | HP | S11522 | P | VNY | 115 |
| NEATH | ALYSSA A | 77 EAST BALLARD WAY | | LOGAN | UT | 84321 | LP | S08823 | P | VNY | 88 |
| NEELY | ADRIANNA L | 1402 WOODLAND HILLS DR. | | TYLER | TX | 75701 | LP | S17823 | P | VNY | 178 |
| NEFF | AISLYNN D | 513 23RD STREET | | VIENNA | WV | 26105 | HP | S18322 | P | VNY | 183 |
| NEITZKE | HALEY R | 967 PLEASANT LN | | DICKINSON | ND | 58601 | HP | S01922 | P | VNY | 19 |
| NELSON | ADESSA R | 310 HARTLEY ST | PO BOX 834 | COLERAINE | MN | 55744 | AF | S03225 | F | VNY | 32 |
| NELSON | MARY E | 5825 CROSSINGS BLVD 418 | | CANE RIDGE | TN | 37013 | HP | S08222 | P | VNY | 82 |
| NELSON | JULIAN G | 1724 10TH AVENUE | | GREEN BAY | WI | 54304 | HP | S10622 | P | VNY | 106 |
| NELSON | LETHA A | 4615 BONNIE BRAE LOOP | | CHEYENNE | WY | 82009 | HP | S12922 | P | VNY | 129 |
| NEUMANN | DIANE M | 316 1/2 WASHINGTON ST | | WAUSAU | WI | 54403 | LP | S05123 | P | VNY | 51 |
| NEWMAN | BRAILY A | 4615 EAST 250 NORTH | | RIGBY | ID | 83442 | HP | S07122 | P | VNY | 71 |
| NEWMAN | PAIGE N | 6370 COPPER PHEASANT DR. | | DAYTON | OH | 45424 | LP | S11423 | P | VNY | 114 |
| NGUYEN | HAI THI M | 1621 3RD ST N | | FARGO | ND | 58102 | WF | H26511 | F | VNI | 265 |
| NGUYEN | NGA | 3087 22ND ST S | | FARGO | ND | 58103 | HP | H26511 | P | VNI | 265 |

22

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NGUYEN | BAU T | 535 COUNTRY SIDE PARK | | FARGO | ND | 58103 | WF | H26511 | F | VNI | 265 |
| NGUYEN | CAM T | 112 E ESSEX LN | | FORT WAYNE | IN | 46825 | LP | S10823 | P | VNY | 108 |
| NGUYEN | TIFFANY L | 100 DAHLIA STREET | | CASPER | WY | 82604 | AF | S12825 | F | VNY | 128 |
| NICHOLS | JORDYN M | 2801 DINEEN AVE | APT C | SCOTTSBLUFF | NE | 69361 | LP | S06723 | P | VNY | 67 |
| NICHOLS | WHITNEY K | 1233 S BURLINGTON DR | | MUNCIE | IN | 47302 | HP | S11022 | P | VNY | 110 |
| NICHOLSON | KAYLEE B | 1036 7TH ST | | ERWIN | TN | 37650 | HP | S08122 | P | VNY | 81 |
| NICKLES | CORTNEY B | 214 ROCKHOUSE RD | | JOHNSON CITY | TN | 37601 | HP | S08122 | P | VNY | 81 |
| NICOLAY | SLOAN L | 144 NE 58TH | | TOPEKA | KS | 66617 | LP | S25523 | P | VNY | 255 |
| NICOLUSSI | LANI M | 19 N OAKLAND DR | | COLLINSVILLE | IL | 62234 | LP | S14123 | P | VNY | 141 |
| NIETO | DALERY | 138 W ANN DR | | LONGVIEW | TX | 75601 | HP | S17922 | P | VNY | 179 |
| NINO | SHANNON M | 5339 OAKHILL DR | | SWARTZ CREEK | MI | 48473 | HM | S09630 | F | VNY | 96 |
| NINO | JESSICA A | 6289 W STANLEY RD | | MT MORRIS | MI | 48458 | HP | S27622 | P | VNY | 276 |
| NOBLE | BAILEE S | 305 SOUTH 500 EAST | | HYRUM | UT | 84319 | HP | S08822 | P | VNY | 88 |
| NOE | NASTASSIA M | 309 N FERRY ST | | OTTUMWA | IA | 52501 | HM | S24430 | F | VNY | 244 |
| NOLAN | YOLANDA J | 605 HOLMES ST W | | DETROIT LAKES | MN | 56501 | HM | S02230 | F | VNY | 22 |
| NOLAN | BRITTANY L | 5455 33RD AVE S. APT 102 | | FARGO | ND | 58104 | HF | S29722 | F | VNY | 297 |
| NORDSTROM | JAMIE C | 150 SUMNER ST | #1 | LA CROSSE | WI | 54601 | HM | S10530 | F | VNY | 105 |
| NORTHCUTT | OSHAVONNA T | 1955 OLD CASTLE DRIVE 307 | | MURFREESBORO | TN | 37130 | HP | S08222 | P | VNY | 82 |
| NORTHRUP | TANNER R | 1726 DELAWARE ST | | SAGINAW | MI | 48602 | HP | S08422 | P | VNY | 84 |
| NORWOOD | IVERY M | 739 30TH ST | | OGDEN | UT | 84403 | HP | S07822 | P | VNY | 78 |
| NOVAK | MEGAN E | 2587 N RUNNING DEER LN | | MIDLAND | MI | 48642 | HP | S27722 | P | VNY | 277 |
| NUFFER | LASHAWN M | 9309 BRISTOL RD | | SWARTZ CREEK | MI | 48473 | AF | S27625 | F | VNY | 276 |
| NUNEZ JIMENEZ | MARIA M | 1917 N LAFAYETTE AVE | | GRAND ISLAND | NE | 68803 | HP | S06522 | P | VNY | 65 |
| NYLAND | FLORENCE E | 8740 DAVENPORT ST NE | | BLAINE | MN | 55449 | HP | S21222 | P | VNY | 212 |
| OBERLE | ASHLEY K | 823 W BARTLETT CT | | PEORIA | IL | 61604 | HP | S20322 | P | VNY | 203 |
| O'BRIEN | HEATHER R | 359 NE SANDALWOOD | | WAUKEE | IA | 50263 | HP | S07322 | P | VNY | 73 |
| OCANDER | ASHLYN H | 607 SOUTH 68TH STREET | | OMAHA | NE | 68106 | HP | S06122 | P | VNY | 61 |
| OGLE | KAYLA R | 1307 DEER RUN | | CARLSBAD | TX | 76934 | LP | S17323 | P | VNY | 173 |
| OLDIGES | JENNIFER L | 9143 BAYCREEK RD | | ERIE | MI | 48133 | AF | S27525 | F | VNY | 275 |
| OLIPHANT | CHELSEA P | 219 GREENBRIAR ROAD | | ALVATON | KY | 42122 | HP | S09222 | P | VNY | 92 |
| OLIVEIRA | ADRIANO F | 3510 28TH ST SW APT 107 | | FARGO | ND | 58104 | S | H26605 | F | VNI | 266 |
| OLIVER | KAITLYN M | 3301 E WASHINGTON ST | | EAST PEORIA | IL | 61611 | HP | S20322 | P | VNY | 203 |
| OLSON | KALLIE A | 4801 W FRENCH AVE | | EVELETH | MN | 55734 | HP | S04222 | P | VNY | 42 |
| OLSON | KYLEE D | 11311 DOBIE ST | | AMARILLO | TX | 79118 | HP | S17122 | P | VNY | 171 |
| O'NEAL | MAKENNA K | 3164 NORTH COTNER BLVD | | LINCOLN | NE | 68507 | HP | S06022 | P | VNY | 60 |
| O'NEILL | ELIZABETH M | 8189 CALLOW RD | | LEROY | OH | 44077 | HP | S09022 | P | VNY | 90 |
| OPEL | ASHLEY D | 346 HOMEWOODROAD | | PARKERSBURG | WV | 26101 | HP | S18322 | P | VNY | 183 |
| OPPERMAN | MICHELLE L | 24273 QUARRY RD | | HAWKEYE | IA | 52147 | HP | S13022 | P | VNY | 130 |
| ORTIZ | NAVIL | 1659 GRANT AVE. | | OGDEN | UT | 84404 | HM | S07830 | F | VNY | 78 |
| ORTIZ | MARIBEL | 18 W 17TH ST | | SAN ANGELO | TX | 76903 | HP | S17322 | P | VNY | 173 |
| ORTIZ RENGIFO | VALERY | 305 E HICKORY AVE | | ENID | OK | 73701 | HM | S19030 | F | VNY | 190 |
| OST | MARIE C | 2761 N TRAPPER LN | | POST FALLS | ID | 83854 | HP | S01322 | P | VNY | 13 |
| OSTMAN | EMBERLIE E | 702 CHERRYWOOD CT | APT 2 | MADISON | WI | 53714 | HM | S09830 | F | VNY | 98 |

23

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

## Schedule E - EMPLOYEE (NOTICE ONLY)

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OTTEN | CHYENNE A | 141 VALLEY AVE APT 101 | | BURLINGTON | ND | 58722 | HP | S02622 | P | VNY | 26 |
| OTTO-SPAULDING | ALIZABETH | 7101 19 MILE RD | | HOMER | MI | 49245 | AF | S09625 | F | VNY | 96 |
| OVIEDO | ESMERALDA A | 7686 E 20TH ST. | | JOPLIN | MO | 64801 | AF | S23625 | F | VNY | 236 |
| OWENS | BETHANY A | 2700 ELIZABETH LAKE RD | APT 133 | WATERFORD | MI | 48328 | HP | S04922 | P | VNY | 49 |
| OWENS | D S | 3115 SARAH ST | | BEAUMONT | TX | 77705 | HP | S17422 | P | VNY | 174 |
| PACKELL | MELISSA R | 208 EAST BEAVER ST | | JENKS | OK | 74037 | LP | S19923 | P | VNY | 199 |
| PADILLA | PAOLA | 505 5TH AVE W | | JEROME | ID | 83338 | LP | S07223 | P | VNY | 72 |
| PAGE | SAMANTHA N | 2848 SHERWOOD DRIVE | | LIMA | OH | 45805 | LP | S11623 | P | VNY | 116 |
| PALACIOS | JULIA P | 6207 36TH | | LUBBOCK | TX | 79407 | HP | S17022 | P | VNY | 170 |
| PALMER-SANTIZO | JORDIN S | 6555 SE WYANDOTTE RD | | CRESTLINE | KS | 66728 | HP | S23622 | P | VNY | 236 |
| PARKER | ANGELA M | 1410 W 1ST ST | | GRAND ISLAND | NE | 68801 | AF | S06525 | F | VNY | 65 |
| PARKER | REBEKAH L | 3158 WEST LATOKA | | SPRINGFIELD | MO | 65807 | LP | S23023 | P | VNY | 230 |
| PARRISH | SUMMER N | 3161 CRISCO LANE | | MISSOULA | MT | 59803 | HP | S12622 | P | VNY | 126 |
| PARRISH | DEONTE M | 3433 WEST FALLEN OAK LN | APT 1B | PEORIA | IL | 61604 | LP | S20323 | P | VNY | 203 |
| PARSHLEY | SHANNA R | 1431 ALBRECHT BLVD REED HALL | | FARGO | ND | 58102 | HP | H26605 | P | VNI | 266 |
| PASCOE | SHILIA K | 1128 S. GREENWICH ST | | GRAND ISLAND | NE | 68801 | LP | S06523 | P | VNY | 65 |
| PASDECK | CARA D | 615 E BERTOLINO AVE | | NOKOMIS | IL | 62075 | HM | S20230 | F | VNY | 202 |
| PASSINI | ORIANA M | 606 BORAH AVE APT 5 | PO BOX 252 | TOVEY | IL | 62570 | LP | S20223 | P | VNY | 202 |
| PATAKY | MEREDITH A | 7777 S MINGO RD APT 320 | | TULSA | OK | 74133 | DM | H26406 | F | VNI | 264 |
| PATTERMANN | GENNA M | 1008 PENNSYLVANIA AVE | | MENDOTA | IL | 61342 | HP | S14022 | P | VNY | 140 |
| PAUL | JACKLYN | 500 BOARDMAN CANFIELD RD | APT 99 | BOARDMEN | OH | 44512 | HP | S11722 | P | VNY | 117 |
| PAULSEN | MADISON M | 201 S 5TH AVE | | BRANDON | SD | 57005 | HP | S01122 | P | VNY | 11 |
| PAULUS | MADELYN K | 2082 HICKORY AVE | | ROCKFORD | IA | 50468 | HP | S07722 | P | VNY | 77 |
| PAVICH | MEGHAAN L | 12 SOUTHVIEW DR | APT F | HIBBING | MN | 55746 | AF | S04225 | F | VNY | 42 |
| PAYNE | LAUREN A | 1013 RAMBLEWOOD DR | | OFALLON | IL | 62269 | HP | S14122 | P | VNY | 141 |
| PEARSON | DANNILLE N | 2537 S. 25TH ST. APT. F | | TERRE HAUTE | IN | 47802 | LP | S27123 | P | VNY | 271 |
| PEAVLER | SHELAYNA | 468 N 200 E | | TREMONTON | UT | 84337 | HM | S08830 | F | VNY | 88 |
| PEDERSON | HANNAH M | 1786 RATHERMEL DR | | FORT DODGE | IA | 50501 | HP | S13222 | P | VNY | 132 |
| PEELER | KAITLYNN B | 609 6TH ST. S. | | GREAT FALLS | MT | 59405 | HP | S03622 | P | VNY | 36 |
| PEREZ | PAOLA L | 916 21 1/2 ROAD | | GRAND JUNCTION | CO | 81505 | HP | S16722 | P | VNY | 167 |
| PERKINS | ERIKA N | 6206 OAKCREST LN | | AMARILLO | TX | 79106 | LP | S17123 | P | VNY | 171 |
| PERRY | JULIA H | 1027 N PETERSBURG | | MERIDIAN | ID | 83642 | LP | S07423 | P | VNY | 74 |
| PERRY | JENNIFER M | 9628 RAVENNA RD | | CHARDON | OH | 44024 | HM | S09030 | F | VNY | 90 |
| PERRY | MISTY M | 5908 VERDI DR | | WEST CARROLLTON | OH | 45449 | AF | S11425 | F | VNY | 114 |
| PERRY | DAIJA R | 8870 SOUTH STATE ST. G102 | | SANDY | UT | 84070 | HP | S12222 | P | VNY | 122 |
| PETERS | CIERA A | 12925 EAST MANSFIELD | | SPOKANE VALLEY | WA | 99216 | HP | S07622 | P | VNY | 76 |
| PETERS | ALICIA M | 723 CLOVERDALE AVE | | WATERLOO | IA | 50703 | HM | S13830 | F | VNY | 138 |
| PETERS | BRIDGETTE M | 1325 11TH AVE | | BELVIDERE | IL | 61008 | HP | S14322 | P | VNY | 143 |
| PETERSEN | BRITTANY A | 615 2ND AVE NW | | BELFIELD | ND | 58622 | LP | S01923 | P | VNY | 19 |
| PETERSEN | TAYLYN G | 7905 S. 2325 E. | | SOUTH WEBER | UT | 84405 | HP | S09422 | P | VNY | 94 |
| PETERSON | SAMANTHA M | 7460 124TH ST NE | | DEER RIVER | MN | 56636 | HP | S03222 | P | VNY | 32 |
| PHAN | TRAC N | 5552 20TH ST S | | FARGO | ND | 58104 | S | H26510 | F | VNI | 265 |
| PHIPPS | LYNELLE M | 201 2ND AVE SW | | WATERTOWN | SD | 57201 | HM | S02530 | F | VNY | 25 |

24

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PIATZ | CHARISSE L | 6860 750TH STREET | | WHEATON | MN | 56296 | LP | S00523 | P | VNY | 5 |
| PIFER | KERI M | 5137 WOODSTOCK DR | | SWARTZ CREEK | MI | 48473 | HP | S27622 | P | VNY | 276 |
| PINALES | PRICILLA | 6102 N ROAD 68 | APT G106 | PASOC | WA | 99301 | HP | S16322 | P | VNY | 163 |
| PINKERTON | TIANA H | 633 WEST 8TH ST | | TYLER | TX | 75701 | HP | S17822 | P | VNY | 178 |
| PIZZO | MEGAN E | 206 E MALCOLM X ST | APT 35 | LANSING | MI | 48933 | LP | S09623 | P | VNY | 96 |
| PLOCK | SHELBY D | 627 TRAIL RIDGE RD | | LINCOLN | NE | 68505 | LP | S06023 | P | VNY | 60 |
| POLANSKI | LAURA J | 3127 5TH ST E | | WEST FARGO | ND | 58078 | S | H25807 | F | VNI | 258 |
| POLASKY | VICTORIA M | 20515 ASPEN DRIVE | | GRAND RAPIDS | MN | 55744 | LP | S03223 | P | VNY | 32 |
| PORTER | SOPHIA V | 1057 35TH ST N APT 217 | | FARGO | ND | 58102 | HF | H26807 | F | VNI | 268 |
| PORTER | MADISON L | 3412 S MILAM | | AMARILLO | TX | 79109 | HP | S17122 | P | VNY | 171 |
| POSCH | COURTNEY J | 4489 Woodhaven Drive | | Fargo | ND | 58104 | S | H26807 | F | VNI | 268 |
| POSTLETHWAIT | REBECCA S | 6 NORWAY ROAD | | PITTSBURGH | PA | 15221 | LP | S18123 | P | VNY | 181 |
| POTTER | AMBER M | 9312 W SMITH ST | | YORKTOWN | IN | 47396 | LP | S11023 | P | VNY | 110 |
| POWELL | SALLY P | 21 BLASHACK ST | APT 7 PO BOX 64 | WALDORF | MN | 56091 | HP | S01222 | P | VNY | 12 |
| POWELL | CERRIA R | 513 6TH STREET | P.O. BOX 233 | MENLO | IA | 50164 | HP | S24522 | P | VNY | 245 |
| PRALLE | ANNIE B | 4424 Short Line Rd | | Quincy | IL | 62305-0568 | LP | S14723 | F | VNY | 147 |
| PRATER | HANNAH E | 285 N RUTHERFORD BLVD | GG03 | MURFREESBORO | TN | 37130 | HP | S08222 | P | VNY | 82 |
| PRATT | REBECCA C | 5541 N NINA CT | | COEUR D ALENE | ID | 83815 | HP | S01322 | P | VNY | 13 |
| PREBISH | CHEYENNE T | 253 GALAXY DR | | CIRCLE PINES | MN | 55014 | LP | S21223 | P | VNY | 212 |
| PRICE | AMBER R | 714 20TH ST NW  APT 10 | | EAST GRAND FORKS | MN | 56721 | LP | S00323 | P | VNY | 3 |
| PRICE | ERIN H | 805 MURFREESBORO PIKE APTP7 | | MURFREESBORO | TN | 37130 | AF | S08225 | F | VNY | 82 |
| PRICE | MEGAN S | 2406 91ST | | LUBBOCK | TX | 79423 | HM | S17030 | F | VNY | 170 |
| PRICE | KODIE S | 1824 S COLLEGE | | SPRINGFIELD | IL | 62704 | LP | S20223 | P | VNY | 202 |
| PRINSEN | KRYSTAL L | N 9564 HICKORY DRIVE | | APPLETON | WI | 54915 | HM | S04430 | F | VNY | 44 |
| PROVOST | PATRICIA A | 3501 N RIVER RD APT202H | | FORT GRATIOT | MI | 48059 | LP | S22323 | P | VNY | 223 |
| PRUITT | KEYONA K | 516 FEDERAL COURT | | MURFREESBORO | TN | 37129 | HP | S08222 | P | VNY | 82 |
| PRUNTY | LISA A | 3527 PHEASENT LN APT4 | | WATERLOO | IA | 50701 | LP | S13123 | P | VNY | 131 |
| PURLING | MARGARET R | 913 SE 44TH STREET | | TOPEKA | KS | 66609 | HP | S25522 | P | VNY | 255 |
| PURSCELL | ASHLEY N | 2242 IRONWOOD DR SW | | ALTOONA | IA | 50009 | HP | S24522 | P | VNY | 245 |
| PUTTERGILL | TAYLER | 614 HALL CHURCH RD. | | TRYON | NE | 69167 | LP | S06923 | P | VNY | 69 |
| QUINN | MARGARET K | 1632 51st St. S. Ste 310 | | FARGO | ND | 58103 | S | H00105 | F | VNI | 1 |
| QUINN | ALISHA L | 2680 OLD GLORY DR | | ZANESVILLE | OH | 43701 | HP | S15222 | P | VNY | 152 |
| QUINN | JUDY E | 219 MAHAN DR | | PARIS | IL | 61944 | HM | S27130 | F | VNY | 271 |
| RADTKE | MEGAN E | 5489 GOLFVIEW AVE N | | OAKDALE | MN | 55128 | HP | S22622 | P | VNY | 226 |
| RAGSDALE | STACIE J | 608 SARATOGA ST. | | NEW HARTFORD | IA | 50660 | LP | S13023 | P | VNY | 130 |
| RAMER | ARIEL N | 2506 N ANTHONY BLVD | | FORT WAYNE | IN | 46802 | LP | S10823 | P | VNY | 108 |
| RAMIREZ | LINDSEY M | 4121 EAST ROLLING MEADOWS | | DEFIANCE | OH | 43512 | AF | S10825 | F | VNY | 108 |
| RAMIREZ | BRIANNE M | 2707 6TH AVE | APT 24 | CANYON | TX | 79015 | LP | S17123 | P | VNY | 171 |
| RAMON | RAQUEL L | 909 6TH ST SE | | MASON CITY | IA | 50401 | LP | S07723 | P | VNY | 77 |
| RAMOS | MARISSA R | 6538 94TH | | LUBBOCK | TX | 79424 | HP | S17022 | P | VNY | 170 |
| RAMOS TORRES | STEPHANIE M | 579 CORTE AMINO | | FOUNTAIN | CO | 80817 | HP | S16422 | P | VNY | 164 |
| RAMOZ | MICAELA E | 5002 ORCHARD DR | | SACHSE | TX | 75048 | HP | S17722 | P | VNY | 177 |
| RANDALL | AMBER R | 2005 BISON | | GARDEN CITY | KS | 67846 | LP | S25023 | P | VNY | 250 |

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RANDELL | BRIANNA M | 2604 PLYMOUTH AVE | | JANESVILLE | WI | 53545 | HP | S04622 | P | VNY | 46 |
| RAPKIN | STEPHANIE D | 70 COPPER WOODS | | PITTSFORD | NY | 14534 | AF | S18525 | F | VNY | 185 |
| RASMUSSEN | CHAYLA C | 2342 FOOTHILL RD | | AMMON | ID | 83406 | LP | S07123 | P | VNY | 71 |
| RASMUSSEN | SHELBI A | 3473 VAN BUREN AVE. | | OGDEN | UT | 84403 | LP | S09423 | P | VNY | 94 |
| RAYNOR | ALEXANDRA M | 191 CHRIST SCHOOLE RD | | ARDEN | NC | 28704 | LP | S21823 | P | VNY | 218 |
| REDETZKE | SHELBY L | 25445 477TH AVE | | GARRETSON | SD | 57030 | HP | S01122 | P | VNY | 11 |
| REED | KATE L | 3207 12TH ST S | | MOORHEAD | MN | 56560 | HF | H26406 | F | VNI | 264 |
| REED | DONNA L | 100 N 3RD ST #415 | | MOORHEAD | MN | 56560 | WF | H26511 | F | VNI | 265 |
| REED | BRITTANY M | 23139 BAGLEY LK RD | | LEONARD | MN | 56652 | LP | S00923 | P | VNY | 9 |
| REED | LUCILLE L | 1905 W APPLEWAY AVE | APT C36 | COEUR D'ALENE | ID | 83814 | HM | S01330 | F | VNY | 13 |
| REED | AMBERLYN R | 1511 W 1ST | | NORTH PLATTE | NE | 69101 | HP | S06922 | P | VNY | 69 |
| REED | GAEBRIELLE A | 4186 W HIGH MEADOW DR | | GARDEN CITY | ID | 83714 | HP | S07422 | P | VNY | 74 |
| REED | KILEY A | 6608 SONESTA DR | | INDIANAPOLIS | IN | 46217 | HP | S11222 | P | VNY | 112 |
| REESE | GABRIELLE A | 2159 W SHAWNA AVE | | COEUR D' ALENE | ID | 83815 | HP | S01322 | P | VNY | 13 |
| REGER | ALYSSA J | 14150 HILL N DALE DR | | WASECA | MN | 56093 | AF | S00925 | F | VNY | 9 |
| REHM | ELISSA A | 401 WEST MAPLE AVE | APT 204 | FRAZEE | MN | 56544 | HP | S02222 | P | VNY | 22 |
| REICHERT | JESSICA A | 8514 STATE ST | | QUINCY | IL | 62304 | HP | S14722 | P | VNY | 147 |
| REID | LAUREN E | 347 CHESTNUT CIR W | | DAVISION | MI | 48423 | LP | S04923 | P | VNY | 49 |
| RENFRO | CHRISTAN M | 2420 GREENBRIAR DR | APT C | MANHATTAN | KS | 66502 | AF | S25425 | F | VNY | 254 |
| RENICK | TIFFANY S | 386 KIRBY POE ROAD | | ALVATON | KY | 42122 | HP | S09222 | P | VNY | 92 |
| RENSI | KODI M | 86280 MILLER STATION ROAD | | HOPEDALE | OH | 43976 | HP | S10022 | P | VNY | 100 |
| RESSEO | PATIENCE L | 4605 KAPPUS DRIVE | APT #11 | EAU CLAIRE | WI | 54701 | HP | S10422 | P | VNY | 104 |
| REYES | VANESSA D | 1106 CULBERSON | | SAN ANGELO | TX | 76903 | LP | S17323 | P | VNY | 173 |
| REYES | KRISTEN M | 511 GRANT AVE  APT 3 | | MORGANTOWN | WV | 26505 | HM | S18430 | F | VNY | 184 |
| REYES | JASLINE F | 1710 W NEIL STR | | GARDEN CITY | KS | 67846 | HP | S25022 | P | VNY | 250 |
| REYNEN | SABRINA N | 335 E FIELDSTONE CIRCLE | APT 4 | OAK CREEK | WI | 53154 | HP | S04822 | P | VNY | 48 |
| REYNOLDS | JESSICA M | 16428 HAVENWOOD DRIVE | | WOODBURN | IN | 46797 | DM | H26406 | F | VNI | 264 |
| REYNOZA | JENNIFER M | 836 PRAIRIE MEADOW CT. | | WATERLOO | IA | 50701 | LP | S13123 | P | VNY | 131 |
| RHODES | WILESHA L | 55 LOGANWOOD DR | | CENTERVILLE | OH | 45458 | HP | S11522 | P | VNY | 115 |
| RICE | TATIANA A | 6030 SOUTH OAK STREET | | CASPER | WY | 82601 | HP | S12822 | P | VNY | 128 |
| RICHARD | OLIVIA D | 6570 FRIDLEY ST NE | | FRIDLEY | MN | 55432 | HP | S21222 | P | VNY | 212 |
| RICHARDSON | DA'JEON B | 1412 NW HILLTOP LN | | GRAIN VALLEY | MO | 64029 | HP | S05422 | P | VNY | 54 |
| RICHARDSON | MADISON J | 2785 83RD AVE | | GREELEY | CO | 80634 | HP | S16622 | P | VNY | 166 |
| RICHARDSON | MEGAN M | 610 N COOPER ST | | PEORIA | IL | 61606 | HP | S20322 | P | VNY | 203 |
| RIECKE | BRITTANY K | 6632 RUBY SPRINGS PARKWAY | | AUBURN | IN | 46706 | HP | S10822 | P | VNY | 108 |
| RIENDEAU | JOANNA L | 3400 B NIKKI COURT | | LONGVIEW | TX | 75604 | HP | S17922 | P | VNY | 179 |
| RIGGIN | CAMERON S | 15318 N NEPTUNE ST | | MEAD | WA | 99021 | HP | S07522 | P | VNY | 75 |
| RILEY | RACHEL O | 123 SE MOORE RD | | SAINT JOSEPH | MO | 64504 | LP | S23323 | P | VNY | 233 |
| RINGSTROM | BRITTANY R | PO BOX 462 | | AUDUBON | MN | 56511 | LP | S02223 | P | VNY | 22 |
| RIVERA | MADISON M | 765 ALTURAS DR N | | TWIN FALLS | ID | 83301 | HP | S07222 | P | VNY | 72 |
| RIVERA HERNANDEZ | GRACIELA | 726 CENTER AVE. | | OTTUMWA | IA | 52501 | LP | S24423 | P | VNY | 244 |
| ROBBINS | KALEIGH R | 2202 PINE ST | | BUTTE | MT | 59701 | HP | S03522 | P | VNY | 35 |
| ROBERTS | MCKENNA F | 252 STONE LAKE RD NW | | BEMIDJI | MN | 56601 | HP | S00922 | P | VNY | 9 |

26

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

<span style="color:red">**Schedule E - EMPLOYEE (NOTICE ONLY)**</span>

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ROBERTS | KYRA N | 6149 VICTORIA LANE | | BILLINGS | MT | 59106 | HP | S01522 | P | VNY | 15 |
| ROBERTS | ALIVIA C | 4110 E PINE BLUFF DR | | MERIDIAN | ID | 83642 | HP | S01922 | P | VNY | 19 |
| ROBERTS | NEALEE R | 506 GOLF COURSE ROAD | | GRAND RAPIDS | MN | 55744 | HP | S03222 | P | VNY | 32 |
| ROBERTS | ALEXUS D | 912 E SITKA AVE B-309 | | SPOKANE | WA | 99208 | LP | S07623 | P | VNY | 76 |
| ROBINETTE | BROOKE L | 339 LOCUST | | TWIN FALLS | ID | 83301 | HP | S07222 | P | VNY | 72 |
| ROBSON | JAMIE L | 4621 WOODHURST | | AUSTINTOWN | OH | 44515 | LP | S11723 | P | VNY | 117 |
| ROCHOLL | MADDISON R | 26973 CO HWY 21 | | FERGUS FALLS | MN | 56537 | HP | S00722 | P | VNY | 7 |
| ROCKWELL | HALEY K | 1224 MINNS DRIVE | | MACHESNEY PARK | IL | 61115 | AF | S04625 | F | VNY | 46 |
| RODDEN | MADISON M | 1605 20TH AVE CT | | GREELEY | CO | 80631 | LP | S16623 | P | VNY | 166 |
| RODE | BENJAMIN C | 1721 39TH SW | APT 202 | FARGO | ND | 58103 | HP | H26305 | P | VNI | 263 |
| RODRIGUEZ | MAYRANI | 5609 W CLAY ST | | SIOUX FALLS | SD | 57106 | LP | S01123 | P | VNY | 11 |
| RODRIGUEZ | RAQUEL M | 1282 30TH LANE | | PUEBLO | CO | 81006 | HP | S16522 | P | VNY | 165 |
| RODRIGUEZ | SHANNON L | 6115 GOLDFINCH DR | | PLEASANT HILL | IA | 50327 | LP | S24523 | P | VNY | 245 |
| ROEHRICH | PAYTON R | 1505 CANYON RD SW | | MANDAN | ND | 58554 | HP | S00422 | P | VNY | 4 |
| ROGERS | ABBY J | 308 10TH ST S | | MOORHEAD | MN | 56560 | S | H26708 | F | VNI | 267 |
| ROHWEDDER | AMY D | 1536 JAMES DR | | N MANKATO | MN | 56003 | HM | S01230 | F | VNY | 12 |
| ROSALES | LUCIA M | 6901 SOUTH 8TH ST | | FORT SMITH | AR | 72908 | AF | S21025 | F | VNY | 210 |
| ROSE | JAMIRA M | 385 COLORADO DR | | XENIA | OH | 45385 | HP | S11422 | P | VNY | 114 |
| ROSEWELL | CHLOE N | 213 NE PASEO PL | | BLUE SPRINGS | MO | 64014 | HP | S05422 | P | VNY | 54 |
| ROSSER | ALISHA M | 2414 EL RIO DR | | MINOT | ND | 58701 | FR | S02622 | P | VNY | 26 |
| ROUNDY | BRITTANY J | 1445 WEST GATEWAY CIRCLE | APT 25 | WEST FARGO | ND | 58078 | HP | S00522 | P | VNY | 5 |
| ROUSSLANG | MEGAN A | 3102 23RD ST S | | FARGO | ND | 58103 | HP | S00522 | P | VNY | 5 |
| ROWAN | BREANNA D | 1139 BIG SHANNON RUN ROAD | | MOUNT MORRIS | PA | 15349 | LP | S18423 | P | VNY | 184 |
| RUCH | SHERIDAN D | 2410 GRAND AVE. | | JOPLIN | MO | 64804 | LP | S23623 | P | VNY | 236 |
| RUEL | CARSON T | 523 SPRINGEN AVE | | FERGUS FALLS | MN | 56537 | HP | S00722 | P | VNY | 7 |
| RUFF | PAIGE M | 2307 W 42ND ST #64 | | SCOTTSBLUFF | NE | 69361 | HM | S06730 | F | VNY | 67 |
| RUNGE | KAYLA L | 1601 6TH PLACE SE | | MASON CITY | IA | 50401 | HM | S07730 | F | VNY | 77 |
| RUPPERT | SHELBY R | 206 E MCALLISTER | | BATTLE CREEK | NE | 68715 | AF | S06825 | F | VNY | 68 |
| RUSS | MISHA O | 2221 N. BESSIE RD. | | SPOKANE | WA | 99212 | HP | S07622 | P | VNY | 76 |
| RUSSELL | CASSANDRA L | 6219 24th ST S | | FARGO | ND | 58104 | S | H25707 | F | VNI | 257 |
| RUSSELL | ZOEY M | 1332 STARLITE CIRCLE | | JOPLIN | MO | 64801 | HP | S23622 | P | VNY | 236 |
| RUSSELL | MORGAN E | 332 S WOODWARD | | SALINA | KS | 67401 | HP | S25122 | P | VNY | 251 |
| RUST | SARRA K | 6415 FRAZEYSBURG RD | | NASHPORT | OH | 43830 | HP | S15222 | P | VNY | 152 |
| RUTHERFORD | DENESHA M | 5726 N EASTVUE CT | | PEORIA | IL | 61615 | LP | S20323 | P | VNY | 203 |
| SAAKE | MADELINE M | 4804 RINGER WOODS PL CT | | ST LOUIS | MO | 63129 | HP | S23522 | P | VNY | 235 |
| SAARI | ASHLEY K | 600 NORTH MAIN ST | | PINE ISLAND | MN | 55963 | LP | S22023 | P | VNY | 220 |
| SADORF | HANNAH E | 252 EXECUTIVE AVE | APPT 1A | CLARKSVILLE | TN | 37042 | AF | S08325 | F | VNY | 83 |
| SAFRIS | VASILY R | 2949 PRAIRIE ROSE DR | | NORWALK | IA | 50211 | HP | S07322 | P | VNY | 73 |
| SALDANA | RAVIN J | 533 12TH ST NW | | PERHAM | MN | 56573 | LP | S02023 | P | VNY | 22 |
| SALE | ERYN L | 4813 RUSTY LN | | BARTONVILLE | IL | 61607 | HP | S20322 | P | VNY | 203 |
| SALOKA | NFIAOBARI H | 815 GOLFVIEW LANE | | ST.CLOUD | MN | 56301 | HP | S00722 | P | VNY | 27 |
| SALTER | ASHLEY R | 1750 RATHERMEL DR. | | FORT DODGE | IA | 50501 | LP | S13223 | P | VNY | 132 |
| SALYER | CHLOE I | 484 BEARFIELD ROAD | | CHUCKY | TN | 37641 | HP | S08122 | P | VNY | 81 |

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

## Schedule E - EMPLOYEE (NOTICE ONLY)

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SANCHEZ | KAREN A | 628 BRUNNER DRIVE | | CINCINNATI | OH | 45240 | HP | S12422 | P | VNY | 124 |
| SANCHEZ | DEVAN M | 33 APOLLO LANE | | PUEBLO | CO | 81001 | LP | S16523 | P | VNY | 165 |
| SANCHEZ | ASHLEY Y | 708 N CALHOUN STREET | | MIDLAND | TX | 79701 | LP | S17623 | P | VNY | 176 |
| SANDER | HOPE M | 8468 BRIAN COURT NE | | BEMIDJI | MN | 56601 | HP | S00922 | P | VNY | 9 |
| SANDOVAL | VIVIANA | 7628 S SONCY RD 230 | | AMARILLO | TX | 79119 | HM | S17130 | F | VNY | 171 |
| SANDY | TRICIA L | 932 CARLOS DR | | LINCOLN | NE | 68505 | HM | S06030 | F | VNY | 60 |
| SAPPINGFIELD | CYNTHIA A | 96 PINE ST | | LAWTON | IA | 51030 | LP | S02823 | P | VNY | 28 |
| SARLES | SHANNA R | 112726 S 4730 RD | | MULDROW | OK | 74948 | HP | S21022 | P | VNY | 210 |
| SAUTER | GRACIE D | 1715 PARKVIEW AVE | | ST JOSEPH | MO | 64504 | HP | S23322 | P | VNY | 233 |
| SAWICKI | EMILY P | 3002 EDGEWOOD DR | | ENID | OK | 73703 | LP | S19023 | P | VNY | 190 |
| SAYERS | SARAH L | 5412 2ND AVE WEST | | WILLISTON | ND | 58801 | HP | S02022 | P | VNY | 20 |
| SCAPIN | KARA A | 23 B BROOKDALE RD | | WOODFIN | NC | 28804 | HP | S21822 | P | VNY | 218 |
| SCARBOROUGH | TIFFANY G | 1736 WINNE DRIVE | | MANHATTAN | KS | 66502 | HP | S25422 | P | VNY | 254 |
| SCHAEFER | PHOENIX K | 1125 N 17TH ST | | BISMARCK | ND | 58501 | LP | S00423 | P | VNY | 4 |
| SCHAEFFER | BRITTANY V | 1409 N 1ST ST | | ABERDEEN | SD | 57401 | HP | S11122 | P | VNY | 111 |
| SCHEMMEL | DESTINY M | 3308 7TH AVE | | SIOUX CITY | IA | 51106 | HP | S02822 | P | VNY | 28 |
| SCHIFFELBEIN | TAYLOR M | 2712 ASH | | HAYS | KS | 67601 | HP | S21422 | P | VNY | 214 |
| SCHMIDT | HAYLI E | 7843 PINEHILL RD | | LEWIS CENTER | OH | 43035 | HP | S15222 | P | VNY | 152 |
| SCHNEBERGER | MADISON D | 911 E PINE AVE | | COEUR D'ALENE | ID | 83814 | HP | S01322 | P | VNY | 13 |
| SCHNEIDER | SAMANTHA N | 3403 N MOUNTIAN ST | | WAUSAU | WI | 55401 | AF | S05125 | F | VNY | 51 |
| SCHNIEDERS | HALEY J | 37 JULIE LN | | ST PETERS | MO | 63376 | HP | S23422 | P | VNY | 234 |
| SCHNIPKOWEIT | SHELBY L | 513 5th Ave | | Clarence | IA | 52216-9404 | HM | S13730 | F | VNY | 137 |
| SCHOEMAKER | JAMIE L | 405 THORNTON STREET | | NEWPORT | KY | 41071 | HM | S14830 | F | VNY | 148 |
| SCHOEN | KAITLIN S | 4226 CASA BRAZILIA DR | APT B | ST LOUIS | MO | 63129 | LP | S23523 | P | VNY | 235 |
| SCHOENDALLER | KAYLIE M | 2027 METRO LN | | HAYS | KS | 67601 | LP | S21423 | P | VNY | 214 |
| SCHOENEWE | HEATHER N | 115 SHADY LN | | WEST BURLINGTON | IA | 52655 | AF | S13925 | F | VNY | 139 |
| SCHOENHERR | SARAH J | 1613 EASTLAND AVE | | LAWTON | IA | 51030 | HP | S02822 | P | VNY | 28 |
| SCHOLLARS | NICHOLE M | 2626 E MARGATE COURT | | EAGLE | ID | 83616 | LP | S08823 | P | VNY | 88 |
| SCHRADER | ALEXA R | 13802 ELVINA DR | | LEO | IN | 46765 | HP | S10822 | P | VNY | 108 |
| SCHROEDER | CERA L | 2526 2ND AVE NO | | GREAT FALLS | MT | 59401 | HM | S03630 | F | VNY | 36 |
| SCHUMACHER | ASHLEY R | 2624 S GLASS ST | | SIOUX CITY | IA | 51106 | LP | S02823 | P | VNY | 28 |
| SCHUMACHER | KENNEDY J | 2816 WATERVIEW DR | | ABERDEEN | SD | 57401 | HP | S11122 | P | VNY | 111 |
| SCHUTZ | STACI E | 1014 7TH ST S | APT 2 | FARGO | ND | 58103 | AF | S29725 | F | VNY | 297 |
| SCOTT | ZACHARY P | 4305 TWAIN CIR | APT 302 | AMES | IA | 50014 | FR | S07322 | P | VNY | 73 |
| SCOTT | JOCELYN A | 1426 MAYNARD DR. | | INDIANAPOLIS | IN | 46227 | HP | S11222 | P | VNY | 112 |
| SCOTT | JASMINE A | 715 AMARILLO ST. | | BEAUMONT | TX | 77701 | HP | S17422 | P | VNY | 174 |
| SELI | HANNAH L | 936 ST CLAIR ST | | OFALLON | IL | 62269 | HP | S14122 | P | VNY | 141 |
| SEWARD | MEGAN T | 2049 AUTUMN LN | | IDAHO FALLS | ID | 83404 | HP | S07122 | P | VNY | 71 |
| SEYBOLD | BRIANNA L | 506 STATE ST | | MIDLAND | MI | 48640 | LP | S27723 | P | VNY | 277 |
| SHABLACK | ALEXUS L | 68655 CHERMONT ROAD | | BRIDGEPORT | OH | 43912 | LP | S10023 | P | VNY | 100 |
| SHADDY | MADISEN L | 1118 HILLCREST DR | | ENID | OK | 73701 | HP | S19002 | P | VNY | 190 |
| SHAFFER | SABRINA M | 923 MUIRFIELD CIRCLE | | BOWLING GREEN | KY | 42104 | HP | S09222 | P | VNY | 92 |
| SHALLCROSS | SARA E | 41 SOUTH 4TH ST. | APT. 3B | ZANESVILLE | OH | 43701 | HP | S15222 | P | VNY | 152 |

28

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SHANKS | SAMANTHA K | 3815 WELCOME AVE N | | CRYSTAL | MN | 55422 | LP | S21223 | P | VNY | 212 |
| SHANNON | ORIANNA J | 730 CEDARLAWN RD | | WATERFORD | MI | 48328 | HP | S04922 | P | VNY | 49 |
| SHARP | JORDAN L | 1001 N Patrick St Apt A11 | | Jonesboro | AR | 72401-8777 | LP | S20923 | P | VNY | 209 |
| SHAUGER | HALLIE E | 1528 N HICKS RD | | MIDLAND | MI | 48640 | LP | S27723 | P | VNY | 277 |
| SHAW | SAMANTHA E | 3211 VERNON ST | APT 2 | DULUTH | MN | 55806 | HP | S00222 | P | VNY | 2 |
| SHEA | JILL M | 348 EDGEWATER DR | | WEST FARGO | ND | 58078 | S | H00105 | F | VNI | 1 |
| SHEFFER | NICOLE R | 3287 SIMPSON RD | | FORT GRATIOT | MI | 48059 | HP | S22322 | P | VNY | 223 |
| SHELLS | QUANDRA S | 724 JEFFERSON STREET | | KERNERSVILLE | NC | 27284 | HM | S21930 | F | VNY | 219 |
| SHETLEY | MEGIN W | 202 E 5TH | | HAYS | KS | 67601 | AF | S21425 | F | VNY | 214 |
| SHIELDS | SIDNEY M | 1411 NOLAN DR | | GRAIN VALLEY | MO | 64029 | HP | S05422 | P | VNY | 54 |
| SHOEMAKER | MICHAELA K | 812 BASSETT ST | | OFALLON | IL | 62269 | HP | S14122 | P | VNY | 141 |
| SHOUP | SAMANTHA M | 8090 MAPLE STREET | | SWARTZ CREEK | MI | 48473 | HP | S27622 | P | VNY | 276 |
| SIEG | CORTNEY M | 4912 IONA BEACH ROAD | | EAU CLAIRE | WI | 54703 | HP | S10422 | P | VNY | 104 |
| SILVA | JESSICA A | 4933 E OAKWOOD DR | | PLEASANT HILL | IA | 50327 | HM | S24530 | F | VNY | 245 |
| SIMMONS | MIEYA D | 8 SAINT CROIX APT A | | GREENSBORO | NC | 27410 | HP | S21722 | P | VNY | 217 |
| SIMON | BRIANA R | 708 WRIGHT CT | | RAPID CITY | SD | 57701 | HM | S01830 | F | VNY | 18 |
| SISTOS | VANESSA M | 4914 58TH | | LUBBOCK | TX | 79414 | HP | S17022 | P | VNY | 170 |
| SITZ | SHANNA C | 5917 67TH | APT 1302 | LUBBOCK | TX | 79424 | LP | S17023 | P | VNY | 170 |
| SIVONEN | CASEY A | PO BOX 1073 | | BELGRADE | MT | 59714 | LP | S01623 | P | VNY | 16 |
| SKALSKY | KEVIN W | 303 3RD AVE NW | | DILWORTH | MN | 56529 | S | H25807 | F | VNI | 258 |
| SKIBBY | ELIZABETH A | 267 GRANDVIEW DRIVE S | | TWIN FALLS | ID | 83301 | LP | S07223 | P | VNY | 72 |
| SKIEF | LECARION L | 3100 ST HWY 31 E | APT 522 | TYLER | TX | 75702 | HP | S17822 | P | VNY | 178 |
| SLAGLE | KRISTEN M | 956 ARBOR GREEN DR | | ST CHARLES | MO | 63304 | HP | S23422 | P | VNY | 234 |
| SLAUGHTER | ASTASIA | 1331 LARPENTEUR AVE E | | MAPLEWOOD | MN | 55109 | HP | S22622 | P | VNY | 226 |
| SMITH | KATHERINE M | 213 7TH ST S | | VIRGINIA | MN | 55792 | LP | S04223 | P | VNY | 42 |
| SMITH | CJ L | 3737 E MARTIN AVE | | CUDAHY | WI | 53110 | LP | S04823 | P | VNY | 48 |
| SMITH | SHAWNEE | 2210 GAIL DRIVE | | POCATELLO | ID | 83201 | HP | S07022 | P | VNY | 70 |
| SMITH | TABITHA L | 1127 W NEELY AVE | | MUNCIE | IN | 47303 | HP | S11022 | P | VNY | 110 |
| SMITH | BRENNA C | 2016 UNIVERSITY BLVD | | LIMA | OH | 45805 | HP | S11622 | P | VNY | 116 |
| SMITH | CASSANDRA A | PO BOX 244 | | WINONA | MN | 61377 | AF | S14025 | F | VNY | 140 |
| SMITH | MAKAYLA L | 1620 SHEREORNE DR | | BELLEVILLE | IL | 62226 | LP | S14123 | P | VNY | 141 |
| SMITH | VANESSA L | 215 N BUCHANAN AVE | | PALMYRA | MO | 63461 | HP | S14722 | P | VNY | 147 |
| SMITH | TAYLOR B | 455 GILES ST | | BEAUMONT | TX | 77705 | HP | S17422 | P | VNY | 174 |
| SMITH | HUNTER A | 107 DIAMOND DRIVE | | DAVISVILLE | WV | 26142 | HP | S18322 | P | VNY | 183 |
| SMITH | JADE S | 8201 STANLEY ROAD | | BLOOMINGTON | MN | 55347 | LP | S21323 | P | VNY | 213 |
| SMITH | ASHLEY B | 1901 S HARLEM | | JOPIN | MO | 64804 | HM | S23030 | F | VNY | 230 |
| SMITH | BROOKE R | 209 BRIARWOOD DR | | WATERLOO | IL | 62298 | LP | S23523 | P | VNY | 235 |
| SMITH | HANNAH A | 1334 CLAY AVE | | TERRE HAUTE | IN | 47805 | HP | S27122 | P | VNY | 271 |
| SNYDER | MADELINE E | 776 SOUTH HILLS DR | | MORGANTOWN | WV | 26501 | HP | S18422 | P | VNY | 184 |
| SOLOMON-RUSSELL | GABRIELLE | 18902 E POWAHATAN PL | | INDEPENDENCE | MO | 64056 | HP | S05422 | P | VNY | 54 |
| SORENSON | OLIVIA K | 1109 4TH ST SW | | MASON CITY | IA | 50401 | HP | S07722 | P | VNY | 77 |
| SPENCER | AMBER N | 1225 S 6TH AVE | | WAUSAU | WI | 54401 | HM | S05130 | F | VNY | 51 |
| STACEY | ERIN E | PO BOX 834 | | FLORENCE | MT | 59833 | HP | S12622 | P | VNY | 126 |

29

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|
| STALLING | ALYSSA M | 1322 1/2 MAPLE AVE | ZANESVILLE | OH | 43701 | LP | S15223 | P | VNY | 152 |
| STAMNESS | SAMANTHA J | 11537 36X ST SW | DICKINSON | ND | 58601 | LP | S01923 | P | VNY | 19 |
| STANLEY | STEPHANIE M | 300 MEADOWBROOK AVE | BOARDMAN | OH | 44512 | AF | S11725 | F | VNY | 117 |
| STANTON | ALESIA M | 109 W. WAPELLO ST. | AGENCY | IA | 52530 | HP | S24422 | P | VNY | 244 |
| STEBNER | JANET A | 1518 SUNTREE DR | WEST FARGO | ND | 58078 | HF | H26205 | F | VNI | 262 |
| STEELY | DESTINY S | 2705 SHAMROCK DRIVE | SAN ANGELO | TX | 76904 | HP | S17322 | P | VNY | 173 |
| STEFFEY | JADA A | 127 PINE KNOT LN | JOHNSON CITY | TN | 37601 | HP | S08122 | P | VNY | 81 |
| STEINBAUGH | DANAE L | 95 S 900 W | BLACKFOOT | ID | 83221 | LP | S07023 | P | VNY | 70 |
| STEINBRINK | CHELSEY M | 611 2ND STREET NORTH | ST.JAMES | MN | 56081 | LP | S01223 | P | VNY | 12 |
| STENVOLD | BRITTNEY R | 402 28TH AVE N | FARGO | ND | 58102 | HF | S29722 | F | VNY | 297 |
| STERLING | EVONNA M | 2103 SE 11TH TERRACE | TOPEKA | KS | 66607 | HP | S25522 | P | VNY | 255 |
| STERNER | ELIZABETH L | 38377 SHEERWATER LN | WILLOUGHBY | OH | 44094 | HP | S09022 | P | VNY | 90 |
| STESHETZ | ASHLEY M | 2490 VALIANT LANE | GREEN BAY | WI | 54304 | HP | S10622 | P | VNY | 106 |
| STEVENS | JENNA N | 1241 HUBER DR. | MONROE | MI | 48162 | HP | S27522 | P | VNY | 275 |
| STEVES | SARAH A | 322 SW SALINE ST. | TOPEKA | KS | 66606 | LP | S25523 | P | VNY | 255 |
| STOEN | CHRISTOPHER J | 3219 2ND ST N | FARGO | ND | 58102 | HP | S29722 | P | VNY | 297 |
| STONE | ALEXUS E | 935 BURLEY AVE | BUHL | ID | 83316 | HP | S07222 | P | VNY | 72 |
| STONE | JANELLE A | 5524 N AUDUBON ST | SPOKANE | WA | 99205 | LP | S07523 | P | VNY | 75 |
| STONE | BRIANNA M | 334 S RAYMOND RD | WATERLOO | IA | 50703 | HP | S13022 | P | VNY | 130 |
| STONESTREET | MEGAN M | 745 RINGHOFF ROAD | BURBANK | WA | 99323 | LP | S16323 | P | VNY | 163 |
| STOOS | AHNIE N | W7886 WINDMILL ST | HOLMEN | WI | 54636 | AF | S10525 | F | VNY | 105 |
| STOUT | DESTINY K | 11 RIEL VALLEY RD | LEICESTER | NC | 28748 | HP | S21822 | P | VNY | 218 |
| STRACHOTA | KAILEY M | 1118 27TH AVE S APT 6 | GRAND FORKS | ND | 58201 | HP | S00322 | P | VNY | 3 |
| STRAIT | ALEXANDRIA E | 245 RIDGEWOOD DR | HIAWATHA | IA | 52233 | LP | S13723 | P | VNY | 137 |
| STRATE | ADDISON P | 3345 WEST ADAMS ST | ST. CHARLES | MO | 63301 | LP | S23423 | P | VNY | 234 |
| STREGE | DIANNE M | 804 MYRTLE ST | BUFFALO | MN | 55313 | HM | S21230 | F | VNY | 212 |
| STROM | ASHLEY M | 879 E DEWEY AVE | YOUNGSTOWN | OH | 44502 | HP | S11722 | P | VNY | 117 |
| STRUCKMAN | TARYN D | 509 W CAMPBELL APT C | GARDEN CITY | KS | 67846 | HP | S25022 | P | VNY | 250 |
| STRUGGS | TIFFANY R | 2400 BRECKENRIDGE | TYLER | TX | 75702 | HP | S17822 | P | VNY | 178 |
| STULTZ | DANNIELLE R | 117 7TH AVE NE | MINOT | ND | 58703 | HM | S02630 | F | VNY | 26 |
| SUITTER | JESSICA L | 2333 N ROY DR | IDAHO FALLS | ID | 83401 | HM | S07030 | F | VNY | 70 |
| SUNDE | ANGELA M | 2507 AMBER VALLEY CT S | FARGO | ND | 58103 | S | H26605 | F | VNI | 266 |
| SVENDSEN | KELSI F | 913 W COURT ST | PIERCE | NE | 68767 | HP | S06822 | P | VNY | 68 |
| SWEET | DOMINIQUE K | 1622 S 32ND ST | MILWAUKEE | WI | 53215 | HP | S04822 | P | VNY | 48 |
| SWEET | AMARIAH D | 2771 WINDWALKER COURT | MURFREESBORO | TN | 37128 | HP | S08222 | P | VNY | 82 |
| SWIFT | KALI B | 6044 FILLY LANE | JOPLIN | MO | 64804 | LP | S23623 | P | VNY | 236 |
| SYMENS | TONI R | 41354 116TH ST | CLAREMONT | SD | 57432 | HP | S02522 | P | VNY | 25 |
| SZILASI | ANA | 220 LAKE ST | MANDAN | ND | 58554 | HM | S00430 | F | VNY | 4 |
| TAHRAN | COLE J | 808 9TH AVE NE | DILWORTH | MN | 56529 | HF | H26510 | P | VNI | 265 |
| TALLENT | CHEYENNE E | 1253 E Rosebrier St | Springfield | MO | 65804-3638 | HP | S23022 | P | VNY | 230 |
| TARVER | DESIRAE N | 3755 NORTHERN PIKE | MONROEVILLE | PA | 15146 | HP | S18122 | P | VNY | 181 |
| TAYLOR | TORI LYNN D | 1343 ROMESTREET | BILLINGS | MT | 59105 | HP | S01522 | P | VNY | 15 |
| TAYLOR | REGAN N | 2828 W 1625 N | PLAIN CITY | UT | 84404 | HP | S07822 | P | VNY | 78 |

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

## Schedule E - EMPLOYEE (NOTICE ONLY)

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TAYLOR | BRANDI L | 456 SANDIA DR | | GRAND JUNCTION | CO | 81507 | LP | S16723 | P | VNY | 167 |
| TAYLOR | ERIEL M | 9415 GROSS ST | | BEAUMONT | TX | 77707 | HP | S17422 | P | VNY | 174 |
| TAYLOR | AMANDA L | 922 SUMMER LEAF DR | | ST PETERS | MO | 63376 | LP | S23423 | P | VNY | 234 |
| TAYLOR | JORDAN E | 8132 INGALLS STREET | | SWARTZ CREEK | MI | 48473 | HP | S27622 | P | VNY | 276 |
| TAYLOR SMITH | SHYANNE C | 3882 GRANADA WAY N | | OAKDALE | MN | 55128 | HP | S22622 | P | VNY | 226 |
| TEET | MIKAYLA F | 5801 BOX CANYON CIR | | LINCOLN | NE | 68516 | LP | S06023 | P | VNY | 60 |
| TEJEDA-SALAS | MARY C | 605 DARLING ST | | OGDEN | UT | 84403 | HP | S07822 | P | VNY | 78 |
| TEMPEL | HALEY N | 2530 MOULTON ST | | BUTTE | MT | 59701 | HP | S03522 | P | VNY | 35 |
| THACKER | SAVANNAH M | 4825 SHELBY ST | | INDIANAPOLIS | IN | 46227 | AF | S11225 | F | VNY | 112 |
| THEISEN | JENELLE A | 3828 BLONDIE ST APT 203 | | BOZEMAN | MT | 59718 | HP | S01622 | P | VNY | 16 |
| THELANDER | LEAH J | 3900 E 12TH ST  #136 | | CASPER | WY | 82609 | HM | S12830 | F | VNY | 128 |
| THELEN | ELISABETH C | 289 MAPLE AVE | | FOND DU LAC | WI | 54935 | LP | S04423 | P | VNY | 44 |
| THEROUX | BRANDY L | 12340 CHICKAMAN LANE | | LOLO | MT | 59847 | LP | S12623 | P | VNY | 126 |
| THOMAS | BRIANNA M | 172 CREEK VIEW DRIVE | | CHILLICOTHE | OH | 45601 | LP | S11423 | P | VNY | 114 |
| THOMAS | BETSY A | 420 HOLLAND DR | | TRENTON | OH | 45067 | HP | S12422 | P | VNY | 124 |
| THOMAS | VANESSA A | 49 MAC GREGOR RD | | PUEBLO | CO | 81001 | LP | S16523 | P | VNY | 165 |
| THOMPSON | PATIENCE L | 1206 27TH AVE S | APT 203 | MOORHEAD | MN | 56560 | HP | S00522 | P | VNY | 5 |
| THOMPSON | BRIONI E | 8561 W FAIRVIEW AVE | #102 | BOISE | ID | 83704 | AF | S07425 | F | VNY | 74 |
| THOMPSON | JESSICA M | 4309 FENWICK DR | | NEW HAVEN | IN | 46774 | HP | S10822 | P | VNY | 108 |
| THOMPSON | CHRISTINA E | 51363 TOWNSHIP ROAD 146 B | | COSHOCTON | OH | 43812 | LP | S15223 | P | VNY | 152 |
| THORN | SHEENA D | 1010 39T STREET | | VIENNA | WV | 26105 | AF | S18325 | F | VNY | 183 |
| THORNE | KEMBERLI D | 231 E ADAMS | APT 14 | VIRGINIA | IL | 62691 | HP | S20222 | P | VNY | 202 |
| THORNELL | MADISON L | 938 E MAPLE AVE | | MIAMISBURG | OH | 45342 | HP | S11522 | P | VNY | 115 |
| THORNLEY | JAZLYNN D | 5604 KENNEDY DR | | CHEYENNE | WY | 82001 | LP | S12923 | P | VNY | 129 |
| THUMA | MADISON A | 6729 SW MONTARA | | TOPEKA | KS | 66619 | HP | S25522 | P | VNY | 255 |
| TISDALE | AMBER D | 620 BRYSON #204 | | YOUNGSTOWN | OH | 44502 | HP | S11722 | P | VNY | 117 |
| TOLLEFSON | DANE | 405 35TH AVE E | | WEST FARGO | ND | 58078 | S | H00105 | F | VNI | 1 |
| TORRES | REHNEA L | 2338 CR 7650 | | LUBBOCK | TX | 79423 | LP | S17023 | P | VNY | 170 |
| TORRES VEGA | NOMAITZEL | 3224 FOXRIDGE DR. | | COLORADO SPRING | CO | 80916 | HP | S16422 | P | VNY | 164 |
| TOSCANO CAMACHO | CATHERINE | 4330 E PAULDING RD | | FORT WAYNE | IN | 46816 | HP | S10822 | P | VNY | 108 |
| TOSTADO ESPINO | MARIA E | 515 STATE STREET | | SALINA | KS | 67401 | LP | S25123 | P | VNY | 251 |
| TOY | ALEXANDRA B | 5058 N PECONGA DR | | MARION | IN | 46952 | LP | S11023 | P | VNY | 110 |
| TRAN | HIEN M | 1902 31 AVE S | | FARGO | ND | 58103 | WF | H26510 | F | VNI | 265 |
| TREVINO | CHRISCELDA I | 1349 OLYMPIA DRIVE | | JEROME | ID | 83338 | LP | S07223 | P | VNY | 72 |
| TRIPLETT | ASHLEY H | 609 MAIN STREET | PO BOX 547 | FILER | ID | 83328 | LP | S07223 | P | VNY | 72 |
| TRIPP | EMILY G | 2808  MARKAY  ST SE | | ROCHESTER | MN | 55904 | HP | S22022 | P | VNY | 220 |
| TRISKA | LAUREN Q | 2841 SHERWOOD CT | | BURLINGTON | KY | 41005 | LP | S14823 | P | VNY | 148 |
| TRITCH | TAYLOR N | 1112 10TH N ST | | FARGO | ND | 58103 | HP | S00522 | P | VNY | 5 |
| TROUTMAN | MONICA L | 2295 WOODPARK DR | | COLORADO SPRING | CO | 80951 | HM | S16430 | F | VNY | 164 |
| TRUJILLO | SADIE D | 672 N 3530 EAST | | MENAN | ID | 83434 | FR | S07122 | P | VNY | 71 |
| TRUJILLO | TAYLOR R | 1644 SOUTH SPRUCE ST | | CASPER | WY | 82601 | HP | S12822 | P | VNY | 128 |
| TRUMPP | KIMBERLY L | 204 E WILSON ST | | SALINA | KS | 67401 | HM | S25130 | F | VNY | 251 |
| TSCHETTER | REBA R | 746 49TH ST SOUTH | | FARGO | ND | 58103 | LP | S00523 | P | VNY | 5 |

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

<span style="color:red">**Schedule E - EMPLOYEE (NOTICE ONLY)**</span>

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TULLY | KATHLEEN A | 222 N 74TH ST | | MILWAUKEE | WI | 53213 | LP | S04823 | P | VNY | 48 |
| TURNER | DESTINY M | 625 WINTERGRREN DRIVE | | O FALLON | IL | 62269 | HP | S14122 | P | VNY | 141 |
| TURNER | ALISHA M | 10776 90TH ST. | | OTTUMWA | IA | 52501 | AF | S24425 | F | VNY | 244 |
| UNRUH | SHAWNEE S | 2052 COUNTY 13 | | ZAP | ND | 58580 | HP | S00422 | P | VNY | 4 |
| UTASH | ANDREA M | 815 HOWARD STREET APT 3 | | PORT HURON | MI | 48060 | LP | S22323 | P | VNY | 223 |
| UTTER | KYLEE L | 2101 HANAFORD AVE | | BISMARCK | ND | 58501 | HP | S00422 | P | VNY | 4 |
| VAILLETTE | OTHILA J | 358 BOCAGE DR | | CHEYENNE | WY | 82009 | HP | S12922 | P | VNY | 129 |
| VALDEZ | BOBBY L | 3460 39TH ST S | | MOORHEAD | MN | 56560 | WF | H26510 | F | VNI | 265 |
| VALDEZ | MELISSA M | 90 MAYFAIR DR | | MOORHEAD | MN | 56560 | HP | H26511 | P | VNI | 265 |
| VALDEZ | CLARIVEL | 9603 PALOMINO DR | | PASCO | WA | 99301 | HP | S16322 | P | VNY | 163 |
| VALISH | KELSIE R | 1048 ISAAC DR | | LINCOLN | NE | 68521 | LP | S06023 | P | VNY | 60 |
| VALTIERREZ VIZCARRA | RUBISELA | 18932 DUNBURY AVE | | FARMINGTON | MN | 55024 | HP | S21322 | P | VNY | 213 |
| VAN DAME | MORGAN L | 594 W 125 S | | WILLIAMSPORT | IN | 47993 | LP | S27023 | P | VNY | 272 |
| VANDAELE | JAMIE L | 9812 FERDER RD | | MAYBEE | MI | 48159 | LP | S27523 | P | VNY | 275 |
| VANDERHOOF | MORGAN B | 60 PINEWOOD KNOLL | | ROCHESTER | NY | 14624 | HP | S18522 | P | VNY | 185 |
| VANDORIN | TRULEIGH L | 305 E. HICKORY ST. | | BLAKESBURG | IA | 52536 | LP | S24423 | P | VNY | 244 |
| VANG | JESSICA P | 1904 NEUPERT AVE APT. 6 | | SCHOFIELD | WI | 54476 | LP | S05123 | P | VNY | 51 |
| VANGSNESS | CHRISTINE E | 1620 36TH AVE S | | FARGO | ND | 58104 | S | H26605 | F | VNI | 266 |
| VARGAS | LESLIE S | 101 S LYNCH #17 | | HOLCOMB | KS | 67851 | LP | S25023 | P | VNY | 250 |
| VASQUEZ | DESTINY R | 3752 ST REGIS DR | | WHITE BEAR LAKE | MN | 55110 | HP | S22622 | P | VNY | 226 |
| VCELIK | COURTNEY J | 117 N COOPER | | OLATHE | KS | 66061 | HM | S24930 | F | VNY | 249 |
| VEIT | ANGELA K | 401 W 2ND ST | | ODEBOLT | IA | 51458 | AF | S13125 | F | VNY | 131 |
| VEITH | BRENDA L | 3302 WEST F ST | | NORTH PLATTE | NE | 69101 | LP | S06923 | P | VNY | 69 |
| VELA | DESTINEE E | 4658 HAYES RD | #2 | MADISON | WI | 53704 | HP | S09822 | P | VNY | 98 |
| VELEZ TORRES | JANETTE | 966 HEDGE APPLE DR | | CLARKSVILLE | TN | 37040 | LP | S08323 | P | VNY | 83 |
| VEU | KATHLEEN K | 8731 N OAKWOOD AVE | | NEENAH | WI | 54956 | LP | S04723 | P | VNY | 47 |
| VIENS | SARAH A | 1501 VANDIVER DR | LOT 209 | COLUMBIA | MO | 65202 | HP | S23222 | P | VNY | 232 |
| VIETOR | MADELINE G | 23865 477TH AVE | | TRENT | SD | 57065 | LP | S01123 | P | VNY | 11 |
| VIGIL | MIRANDA A | 2007 Ridgewood Ln | | Pueblo | CO | 81005-2522 | HP | S16522 | P | VNY | 165 |
| VIGNEAU | TORI L | 4404 RHODES RD | | RHODES | MI | 48652 | LP | S08423 | P | VNY | 84 |
| VILLAGOMEZ | CALLISTA M | 3528 RABBIT RUN TRAIL | | ADAMS | TN | 37010 | HP | S08322 | P | VNY | 83 |
| VITTITOW | MEGAN M | 1718 RAINBOW DR. | | LONGVIEW | TX | 75604 | LP | S17923 | P | VNY | 179 |
| VOGELSANG | JAMIE L | 2401 36TH ST S APT 208 | | MOORHEAD | MN | 56560 | HP | S00522 | P | VNY | 5 |
| VOIGT | KAITLYN M | 2318 N 7TH STREEY | | WAUSAU | WI | 54403 | HP | S05122 | P | VNY | 51 |
| VOIGTS | ANGELA C | 1926 4TH AVE N | | FT DODGE | IA | 50501 | AF | S13225 | F | VNY | 132 |
| VOLK STENSON | SARAH A | 3128 7TH STREET EAST | | WEST FARGO | ND | 58078 | S | H25907 | F | VNI | 259 |
| VOLLUZ | SYLVIA J | 364 STONEHEDGE DRIVE | #12L | SALT LAKE CITY | UT | 84107 | HM | S12230 | F | VNY | 122 |
| VONDERHEIDE | EMILY K | 1341 N 1405 L | | FOWLER | IL | 62338 | HP | S14722 | P | VNY | 147 |
| VOSBERG | KERRIGAN J | 1302 12TH AVE SW | | WATERTOWN | SD | 57201 | LP | S02523 | P | VNY | 25 |
| VRANEY | ALEXANDRA K | 4506 AUGUSTINE AVE. | | WESTON | WI | 54476 | LP | S01223 | P | VNY | 12 |
| WADDELL | SYDNEY M | 1487 DERBYSHIRE DRIVE | | GREENWOOD | IN | 46143 | HP | S11222 | P | VNY | 112 |
| WADDELL | TRACI L | 1738 WHITT HUNT RD | | PLEASANT GARDEN | NC | 27313 | LP | S21723 | P | VNY | 217 |
| WADE | ALYSSA M | 318 CARRIE LANE | | CHATHAM | IL | 62629 | HP | S20222 | P | VNY | 202 |

32

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

<span style="color:red">**Schedule E - EMPLOYEE (NOTICE ONLY)**</span>

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WAGNER | TERISA E | 11962 85TH PLACE N | | MAPLE GROVE | MN | 55369 | DM | H26406 | F | VNI | 264 |
| WAGNER | LINDSEY K | 2915 Blue Stem Dr | | West Fargo | ND | 58078-8014 | FR | S00522 | P | VNY | 5 |
| WAGNER | TANISHA M | 6401 IRVINE AVE LOT 20 | | BEMIDJI | MN | 56601 | HP | S00922 | P | VNY | 9 |
| WAITE | KATHERINE L | 3005 STATE ROUTE 676 | | STOCKPORT | OH | 43787 | LP | S18323 | P | VNY | 183 |
| WALD | CAITLIN R | 101 BROOKSIDE AVE | | BLACK MOUNTAIN | NC | 28711 | HP | S21822 | P | VNY | 218 |
| WALDERA ISHAUG | RHONDA R | 337 EDGEWATER DR | | WEST FARGO | ND | 58078 | S | H26406 | F | VNI | 264 |
| WALKER | ARIEL L | 5217 WAXWING | | RAPID CITY | SD | 57702 | LP | S01823 | P | VNY | 18 |
| WALKER | NATALYA E | 37691 SW HEIGHT OF LND DR | | ROCHERT | MN | 56578 | HP | S02222 | P | VNY | 22 |
| WALKER | RYLEE M | 5112 END ST | | LEHIGH | IA | 50557 | HP | S13222 | P | VNY | 132 |
| WALKER | KATIE L | 6040 BELPREE RD | APT B117 | AMARILLO | TX | 79119 | AF | S17125 | F | VNY | 171 |
| WALLIN | KRISTI C | 2028 11TH ST | | PERU | IL | 61354 | HP | S14022 | P | VNY | 140 |
| WALLIS | KANDI M | 81 N County Road 830 | | Mendon | IL | 62351-1016 | HP | S14722 | P | VNY | 147 |
| WALLNER | TAMMI R | 1717 49TH ST S | | FARGO | ND | 58103 | HF | H26205 | F | VNI | 262 |
| WALTERS | KAYLA D | 1620 KELBY AVE | APT 3 | BILLINGS | MT | 59105 | LP | S01523 | P | VNY | 15 |
| WALTERS | BRITTANY A | 314 36TH ST | | VIENNA | WV | 26105 | LP | S18323 | P | VNY | 183 |
| WALTON | LINDSEY L | 1301 1ST ST N | | FARGO | ND | 58102 | HF | H26807 | F | VNI | 268 |
| WAMBACH | MARGARET A | 1413 3RD AVE N #B | | FARGO | ND | 58102 | WF | H26511 | F | VNI | 265 |
| WANNEMACHER | TAMMY A | 105 ALBERT DRIVE | | OTTOVILLE | OH | 45876 | AF | S11625 | F | VNY | 116 |
| WAREHAM | TAMARA L | 13716 N MEADOWLARK COURT | | MEAD | WA | 99021 | LP | S07523 | P | VNY | 75 |
| WARNER | TRAE D | 2 WEST MAIN ST | | GREENWOOD | IN | 46142 | HM | S11230 | F | VNY | 112 |
| WARNER | HANNAH C | 1608 BALDWIN STREET | | HARLAN | IA | 51537 | LP | S13323 | P | VNY | 133 |
| WASHBURN | SARA L | 4230 HICKORY LANE | APT. 426 | SIOUX CITY | IA | 51106 | LP | S02823 | P | VNY | 28 |
| WATSON | EMILY R | 3946 STELLA DRIVE | | CLARKSVILLE | TN | 37040 | HP | S08322 | P | VNY | 83 |
| WATSON | THERESA D | 9834 MOLINE RD | | DENVER | IA | 50622 | LP | S13123 | P | VNY | 131 |
| WATTS | JESSICA L | 1970 REDMON RD | | LONGVIEW | TX | 75602 | HP | S17922 | P | VNY | 179 |
| WATTS | EMILY J | 2060 WILLOW TRL | | ST.CHARLES | MO | 63303 | HP | S23422 | P | VNY | 234 |
| WEGNER | ELIZABETH M | 267 E SHATTUCK LN | | MIDLAND | MI | 48640 | HP | S27722 | P | VNY | 277 |
| WEIDENBACH | MACKENZIE | 493 9th Ave | | Walcott | ND | 58077 | HP | H26905 | P | VNI | 1 |
| WEIDOW | KATIE M | 56 CHEROKEE DRIVE | | GREAT FALLS | MT | 59404 | HP | S03622 | P | VNY | 36 |
| WEIGEN | EMMA L | 6524 S MEMORIAL DR | | TULSA | OK | 74133 | HM | S19930 | F | VNY | 199 |
| WEISEL | SARAH J | 4814 SALTSBURG ROAD | | MURRYSVILLE | PA | 15668 | HP | S18122 | P | VNY | 181 |
| WELCH | ALEXIS | 5139 W HAYDEN AVE | | RATHDRUM | ID | 83858 | HP | S01322 | P | VNY | 13 |
| WELCH | BRITTANY M | 1081 HENDRIX RD | | MOSCOW | ID | 83843 | HM | S07630 | F | VNY | 76 |
| WELCH | HANNAH G | 50 LILAC | | CASPER | WY | 82604 | HP | S12822 | P | VNY | 128 |
| WELCH | PATRICIA L | 42 N. 91ST E. AVE | | TULSA | OK | 74115 | HP | S19922 | P | VNY | 199 |
| WEMETT | HANNAH M | 979 CLEVELAND AVENUE | | DUBUQUE | IA | 52003 | AF | S13825 | F | VNY | 138 |
| WENDELL | BRYNN K | 735 W 3500 N | | PLEASENT VIEW | UT | 84414 | HP | S07822 | P | VNY | 78 |
| WENDLAND | MEGHAN L | 4415 10th ST W | | WEST FARGO | ND | 58078 | HP | H26511 | P | VNI | 265 |
| WENDT | BETHANY L | W5102 BRADLEY RD | | ROI | WI | 53960 | LP | S09823 | P | VNY | 98 |
| WENTZ | AMBER L | 1322 13TH AVE E | | HIBBING | MN | 55746 | HP | S04222 | P | VNY | 42 |
| WESDORP | KELSEY M | 41972 EHRKE DR | | CLINTON TOWNSHI | MI | 48038 | LP | S14523 | P | VNY | 145 |
| WEST | KAILA D | 304 OAK HILL RD | | CANDLER | NC | 28715 | HP | S21822 | P | VNY | 218 |
| WHEATLEY | MADISYN A | 5128 BUENA DRIVE | | GRANITE CITY | IL | 62040 | LP | S14123 | P | VNY | 141 |

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

<span style="color:red">**Schedule E - EMPLOYEE (NOTICE ONLY)**</span>

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WHITE | TASIA L | 12406 S 1450 W | | RIVERTON | UT | 84065 | AF | S12225 | F | VNY | 122 |
| WHITE | VICKI M | 1602 HILLCREST DRIVE | APT 301 | MANHATTAN | KS | 66502 | HP | S25422 | P | VNY | 254 |
| WHITTEN | JENNIFER A | 318 CRABAPPLE DRIVE | | HOWARD | OH | 43028 | HM | S13630 | F | VNY | 136 |
| WHITTINGTON | KEELY R | 5550 AVIE LANE | | BEAUMONT | TX | 77708 | HP | S17422 | P | VNY | 174 |
| WICHLINSKI | KYRSTEN E | 2020 PUGET DR | | WEST LAFAYETTE | IN | 47906 | LP | S27223 | P | VNY | 272 |
| WICKA | ANDREA D | N2622A ST. ROAD 35 | | STODDARD | WI | 54658 | LP | S10523 | P | VNY | 105 |
| WIEDRICH | MORGAN A | 5207 33RD AVE S #310 | | FARGO | ND | 58104 | S | H26708 | F | VNI | 267 |
| WIGAL | MONICA L | 93 ELM ST | | DAVISVILLE | WV | 26142 | HM | S18330 | F | VNY | 183 |
| WIGGERT | BRANDON L | 2320 65th Ave S #112 | | Fargo | ND | 58104 | HF | H26305 | F | VNI | 263 |
| WILDE | SKYLER B | 1690 NORTH HAYES | | POCATELLO | ID | 83204 | HP | S07022 | P | VNY | 70 |
| WILEY | CASSANDRA G | 3608 BROOKSIDE DR | | WYLIE | TX | 75098 | HM | S17730 | F | VNY | 177 |
| WILGUS | CAITLIN M | 2019 TOLER RD APT 613 | | LONGVIEW | TX | 75605 | LP | S17923 | P | VNY | 179 |
| WILLHOITE | LAURIE J | 119 CLUBHOUSE LANE | UNIT B | LEBANON | OH | 45036 | HP | S11422 | P | VNY | 114 |
| WILLIAMS | MATTHEW R | 703 MOON FIRE ROAD | | SANDPOINT | ID | 83864 | S | H26605 | F | VNI | 266 |
| WILLIAMS | ASHLEY A | 2998 PARK PLACE | | NORWALK | IA | 50211 | HP | S07322 | P | VNY | 73 |
| WILLIAMS | TA 'SHAY L | 22 1/2 2ND ST NE | | MASON CITY | IA | 50401 | HP | S07722 | P | VNY | 77 |
| WILLIAMS | CARRISA C | 4850 SNAIL SHELL CAVE RD | | ROCKVALE | TN | 37353 | HP | S08222 | P | VNY | 82 |
| WILLIAMS | SARA N | 314 NICE DR. | | CLARKSVILLE | TN | 37042 | LP | S08323 | P | VNY | 83 |
| WILLIAMS | MONICA T | 1054 SCHUMARD AVENUE | | Cincinnati | OH | 45215 | HP | S12422 | P | VNY | 124 |
| WILLIAMS | KAYLA N | 2203 ALBEMARLE DR | | FAIRFIELD | OH | 45014 | LP | S12423 | P | VNY | 124 |
| WILLIAMS | RITA L | 2809 ONTARIO ST | | PUEBLO | CO | 81004 | HM | S16530 | F | VNY | 165 |
| WILLIAMS | DEANNA R | 477 PATE RD | | NEW BERN | NC | 28562 | HP | S21722 | P | VNY | 217 |
| WILLIAMS | DAZESHA I | 1007 INTERNATIONAL AVE | | JOPLIN | MO | 64801 | HP | S23622 | P | VNY | 236 |
| WILLIAMS | RENEE D | 8705 W 9 MILE RD | | OAK PARK | MI | 48237 | HM | S27530 | F | VNY | 275 |
| WILLIAMSON DAVIS | DARIAN L | 3424 SCOTT ST | | ST JOSEPH | MO | 64507 | HP | S23322 | P | VNY | 233 |
| WILLIE | CAROLINE A | 57 AVONDALE RD | | ASHEVILLE | NC | 28803 | LP | S21823 | P | VNY | 218 |
| WILLROTH | ANDREA F | 211 DOVER ST | | KINGSLEY | IA | 51028 | AF | S02825 | F | VNY | 28 |
| WILSON | HALLIE E | 2113 BEVERLY BLVD | | NORTH PLATTE | NE | 69101 | LP | S06923 | P | VNY | 69 |
| WILSON | ASHLEY T | 1182 STONEWOLF TRAIL | | FAIRVIEW HEIGHT | IL | 62208 | LP | S14123 | P | VNY | 141 |
| WILSON | MELISSA S | 520 OAKLAND BLVD | | CAMBRIDGE | OH | 43725 | AF | S15225 | F | VNY | 152 |
| WILSON | MELINDA R | 3101 SW WANNAMAKER DR | | TOPEKA | KS | 66614 | LP | S21423 | P | VNY | 214 |
| WINDOM | MELISSA R | 2431 LINDSAY LN | | GRAND BLANC | MI | 48439 | HM | S04930 | F | VNY | 49 |
| WINKELMANN | BRIDGETTE A | 1900 MURPHY LANE | | EAU CLAIRE | WI | 54703 | HP | S10422 | P | VNY | 104 |
| WINN | CASEY L | 1180 W. AKEMAN BRIDGE RD | | COLUMBIA | MO | 65202 | HP | S23222 | P | VNY | 232 |
| WINSLOW | MCKENZEY M | 518 S 2ND ST | | WAPELLO | IA | 52653 | HP | S13922 | P | VNY | 139 |
| WINTER | HAILEY A | 368 PINE RIDGE RD | | SARTELL | MN | 56377 | HP | S07722 | P | VNY | 77 |
| WINTER | AIMEE S | 21363 WHITE PINE LN | | NEW VIENNA | IA | 52065 | HP | S13022 | P | VNY | 130 |
| WIRTH | BARBARA M | 101 WARREN ST | | DAVENPORT | ND | 58021 | HF | H00105 | F | VNI | 1 |
| WITTY | GRACE A | 412 S TURNBERRY | | MUNCIE | IN | 47396 | HP | S11022 | P | VNY | 110 |
| WOLFGANG | EMILY A | 607 W SALZBURG RD | | AUBURN | MI | 48611 | HP | S08422 | P | VNY | 84 |
| WOLFORD | ALYSHA S | 3012 W 17TH ST | | JOPLIN | MO | 64801 | HP | S23622 | P | VNY | 236 |
| WOLSCHLAGER | KAYLA L | 1629 OKLAHOMA AVE | | FLINT | MI | 48502 | LP | S27623 | P | VNY | 276 |
| WOODARD | TAI C | 2445 WHITMORE | | OMAHA | NE | 68112 | HP | S06122 | P | VNY | 61 |

34

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WRIGHT | ANDRESHA M | 4514 JAYNES ST. | | OMAHA | NE | 68104 | HP | S06122 | P | VNY | 61 |
| WURGLER | PAISLEY K | 1134 1ST ST NW | | ROCHESTER | MN | 55901 | HF | H25707 | F | VNI | 257 |
| YADRO | JENNA L | 5635 BUTTERNUT DR | | KEWASKUM | WI | 53040 | LP | S04423 | P | VNY | 44 |
| YELTON | ASHLEY L | 424 VISCOUNT DR | | CINCINNATI | OH | 45238 | AF | S12425 | F | VNY | 124 |
| YENDRA | KYLIE M | 1523 AVE Q | | KEARNEY | NE | 68847 | HP | S06622 | P | VNY | 66 |
| YOUNG | JENNIFER L | 5901 DARTMOUTH DR | | MOUNTAIN GREEN | UT | 84050 | DM | H26406 | F | VNI | 264 |
| YOUNG | OLIVIA M | 509 W 2ND AVE | | LENNOX | SD | 57039 | HP | S01122 | P | VNY | 11 |
| YOUNG | MARSHA D | 463 CHICAGO AVE | | YOUNGSTOWN | OH | 44511 | HP | S11722 | P | VNY | 117 |
| YOUNG | LAKESHIA A | 3485 MAIDA | | BEAUMONT | TX | 77708 | LP | S17423 | P | VNY | 174 |
| YOUNG | ROBYN R | 12 KIRKLEY LN | | SPRINGFIELD | IL | 62704 | HP | S20222 | P | VNY | 202 |
| YOUNG | ANNABELLE R | 5100 S MAIN AVE APT B100 | | SPRINGFIELD | MO | 65810 | AF | S23025 | F | VNY | 230 |
| YOUNG | BRITTNEY L | 2767 BLOOMFIELD DR | | ST LOUIS | MO | 63129 | HP | S23522 | P | VNY | 235 |
| YOUNG | KEELY E | 2512 MEADOW DR | | LAFAYETTE | IN | 47909 | HP | S27222 | P | VNY | 272 |
| YOUNG | NATALIE L | 1718 7TH ST S | | FARGO | ND | 58103 | SM | S29730 | F | VNY | 297 |
| YOUSIF | MENA D | 2119 15TH ST SE | | ROCHESTER | MN | 55904 | HP | S22022 | P | VNY | 220 |
| ZADEH | SHERELL L | 14202 MOLASSES MILL DR | | DRAPER | UT | 84020 | HP | S12222 | P | VNY | 122 |
| ZARATE | MARIAH C | 1963 S LAYTON BLVD | | MILWAUKEE | WI | 53215 | HP | S04822 | P | VNY | 48 |
| ZEMLJAK | KELI J | 19 LUMBER JACK RD | | BUTTE | MT | 59701 | LP | S03523 | P | VNY | 35 |
| ZERMENO | NICOLE | 16920 W 63RD PLACE | | ARVADA | CO | 80403 | RM | H26406 | F | VNI | 264 |
| ZETOCHA | BAILEY R | 3100 HOMESTEAD DR | | BISMARCK | ND | 58503 | HP | S00422 | P | VNY | 4 |
| ZILLMER | BRIANNA M | 806 WABASHA AVE | | ST. CHARLES | MN | 55972 | HP | S22022 | P | VNY | 220 |
| ZIMMERMAN | SAMATHA K | 1959 WHISPERING OAK | | DAYTON | OH | 45440 | HP | S11522 | P | VNY | 115 |
| ZINTL | SAMANTHA J | 2641 WOODLAKE CT | APT 3 | WYOMING | MI | 49519 | AF | S08025 | F | VNY | 80 |
| ZITZELBERGER | VICTORIA J | 708 MARDIS DRIVE | | JONESBORO | AR | 72404 | HP | S20922 | P | VNY | 209 |
| ZUBACK | MCKENZIE E | 1632 S 59 STREET | | WEST ALLIS | WI | 53214 | LP | S20723 | P | VNY | 207 |
| ZUBER | SHONNA D | 13 N JFK RD | | EAST DUBUQUE | IL | 61025 | HM | S07330 | F | VNY | 73 |
| ZUEGE | JALISSA S | 302 FOREST LANE | | MARYSVILLE | MI | 48040 | HP | S22322 | P | VNY | 223 |

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

<span style="color:red">Schedule F</span>
Governmental Units

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| **ATTORNEY GENERALS** | | | | | | | |
| Arkansas Attorney General | Attn Bankruptcy Department | 323 Center St. Ste 200 | | | Little Rock | AR | 72201-2610 |
| Colorado Attorney General | Attn Bankruptcy Department | Ralph L Carr Colorado Judicial Center | 1300 Broadway, 10th Fl | | Denver | CO | 80203 |
| Idaho Attorney General | Attn Bankruptcy Department | Statehouse | | | Boise | ID | 83720-1000 |
| Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 |
| Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South 5th Fl | 302 West Washington St | | Indianapolis | IN | 46204 |
| Iowa Attorney General | Attn Bankruptcy Department | Hoover State Office Bldg | 1305 E. Walnut | | Des Moines | IA | 50319 |
| Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | | Topeka | KS | 66612-1597 |
| Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | | Frankfort | KY | 40601 |
| Michigan Attorney General | Attn Bankruptcy Department | 525 W. Ottawa St. | P.O. Box 30212 | | Lansing | MI | 48909-0212 |
| Minnesota Attorney General | Attn Bankruptcy Department | State Capitol, Ste. 102 | | | St. Paul | MN | 55155 |
| Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | | Jefferson City | MO | 65101 |
| Montana Attorney General | Attn Bankruptcy Department | Justice Bldg | 215 N. Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620-1401 |
| Nebraska Attorney General | Attn Bankruptcy Department | State Capitol | P.O. Box 98920 | | Lincoln | NE | 68509-8920 |
| New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224 |
| North Carolina Attorney General | Attn Bankruptcy Department | Department of Justice | P.O. Box 629 | | Raleigh | NC | 27602-0629 |
| North Dakota Attorney General | Attn Bankruptcy Department | State Capitol | 600 E. Boulevard Ave. | | Bismarck | ND | 58505-0040 |
| Ohio Attorney General | Attn Bankruptcy Department | State Office Tower | 30 E. Broad St. 14th Fl | | Columbus | OH | 43266-0410 |
| Oklahoma Attorney General | Attn Bankruptcy Department | 313 NE 21st St | | | Oklahoma City | OK | 73105 |
| Pennsylvania Attorney General | Attn Bankruptcy Department | 1600 Strawberry Square | | | Harrisburg | PA | 17120 |
| South Dakota Attorney General | Attn Bankruptcy Department | 1302 East Highway 14 | Suite 1 | | Pierre | SD | 57501-8501 |
| Tennessee Attorney General | Attn Bankruptcy Department | Office of the Attorney General | PO Box 20207 | | Nashville | TN | 37202-0207 |
| Texas Attorney General | Attn Bankruptcy Department | Capitol Station | P.O. Box 12548 | | Austin | TX | 78711-2548 |
| Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State St Ste 230 | | Salt Lake City | UT | 84114-2320 |
| Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 |
| West Virginia Attorney General | Attn Bankruptcy Department | State Capitol Bldg 1 Rm E-26 | 1900 Kanawha Blvd., East | | Charleston | WV | 25305 |
| Wisconsin Attorney General | Attn Bankruptcy Department | Wisconsin Dept. of Justice | State Capitol Room 114 East | PO Box 7857 | Madison | WI | 53707-7857 |
| Wyoming Attorney General | Attn Bankruptcy Department | State Capitol Bldg, Room 123 | 200 W. 24th Street | | Cheyenne | WY | 82002 |
| | | | | | | | |
| **CONSUMER PROTECTION AGENCIES** | | | | | | | |
| Office of the Attorney General - Albany Office | Bureau of Consumer Fruads and Protection | The Capitol | | | Albany | NY | 12224-0341 |
| Office of the Attorney General - New York City Office | Bureau of Consumer Fruads and Protection | 120 Broadway, 3rd Floor | | | New York | NY | 10271-0332 |
| Office of the Attorney General | Bureau of Consumer Protection | Strawberry Square, 14th Floor | | | Harrisburg | PA | 17120 |
| Wisconsin Department of Agriculture, Trade and Consumer Protection | Bureau of Consumer Protection | 2811 Agriculture Dr | PO Box 8911 | | Madison | WI | 53708-8911 |
| Tennessee Office of the Attorney General | Consumer Advocate and Protection Division | PO Box 20207 | | | Nashville | TN | 37202-0207 |
| Illinois Office of the Attorney General - Carbondale | Consumer Fraud Bureau | 601 S. University Ave | | | Carbondale | IL | 62901 |
| Illinois Office of the Attorney General - Chicago | Consumer Fraud Bureau | 100 W. Randolph St | | | Chicago | IL | 60601 |
| Illinois Office of the Attorney General - Springfield | Consumer Fraud Bureau | 500 S. 2nd St | | | Springfield | IL | 62706 |
| Office of Kansas Attorney General | Consumer Protection and Antitrust Division | 120 S.W. 10th Ave, 2nd Floor | | | Topeka | KS | 66612-1597 |
| Office of the Attorney General | Consumer Protection and Antitrust Division | 1050 E. Interstate Ave | Suite 200 | | Bismarck | ND | 58503-5574 |
| Arkansas Office of the Attorney General | Consumer Protection Division | 323 Center St. | Suite 200 | | Little Rock | AR | 72201 |
| Colorado Office of the Attorney General | Consumer Protection Division | Ralph L. Carr Judicial Building | 1300 Broadway, 7th Floor | | Denver | CO | 80203 |
| Idaho Attorney Generals Office | Consumer Protection Division | 954 W. Jefferson | 2nd Floor | PO Box 83720 | Boise | ID | 83720 |
| Iowa Office of the Attorney General | Consumer Protection Division | Hoover State Office Building | 1305 E. Walnut St. | | Des Moines | IA | 50319-0106 |
| Kentucky Office of the Attorney General | Consumer Protection Division | 1024 Capital Center Dr | Suite 200 | | Frankfort | KY | 40601 |
| Nebraska Office of the Attorney General | Consumer Protection Division | 2115 State Capitol | | | Lincoln | NE | 68509 |
| North Carolina Office of the Attorney General | Consumer Protection Division | Mail Service Center 9001 | | | Raleigh | NC | 27699-9001 |
| Office of the Attorney General | Consumer Protection Division | Government Center South | 5th Floor | 302 W. Washington St. | Indianapolis | IN | 46204 |
| Office of the Attorney General | Consumer Protection Division | PO Box 30213 | | | Lansing | MI | 48909-7713 |
| Office of the Attorney General | Consumer Protection Division | PO Box 1789 | | | Charleston | WV | 25326-1789 |
| Texas Office of the Attorney General | Consumer Protection Division | PO Box 12548 | | | Austin | TX | 78711-2548 |
| Washington Office of the Attorney General | Consumer Protection Division | 1125 Washington St., SE | PO Box 40100 | | Olympia | WA | 98504-0100 |
| Ohio Attorney Generals Office | Consumer Protection Section | 30 E. Broad St., 14th Floor | | | Columbus | OH | 43215-3400 |
| Office of the Attorney General | Consumer Protection Unit | Kendrick Building | 2320 Capitol Avenue | | Cheyenne | WY | 82002 |
| Oklahoma Attorney General | Consumer Protection Unit | 313 NE 21st St | | | Oklahoma City | OK | 73105 |
| Missouri Attorney Generals Office | Consumer Protection Unit | PO Box 899 | | | Jefferson City | MO | 65102 |
| Office of the Attorney General | Consumer Services Division | 1400 NCL Tower | 445 Minnesota St | | St. Paul | MN | 55101 |
| Tennessee Department of Commerce and Insurance | Division of Consumer Affairs | 500 James Robertson Pkwy., 12th Floor | | | Nashville | TN | 37243-0600 |
| New York State Department of State | Division of Consumer Protection | Consumer Assistance Unit | 99 Washington Ave | | Albany | NY | 12231 |
| South Dakota Office of the Attorney General | Division of Consumer Protection | 1302 E Hwy 14 | Suite 3 | | Pierre | SD | 57501 |
| Utah Department of Commerce | Division of Consumer Protection | 160 East 300 South, 2nd Floor | PO Box 146704 | | Salt Lake City | UT | 84114-6704 |
| Montana Office of Consumer Protection | Office of Consumer Protection | PO Box 200151 | | | Helena | MT | 59620-0151 |

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

## Schedules F & G
Store Listings and Landlords

| Store No. | Landlord Group | Leased Premises | Landlord Name and Address | Registered Agent and Address | Notice Address | Additional Notice | Prepetition Debt Amount | Description of Prepetition Debt |
|---|---|---|---|---|---|---|---|---|
| 2 | Simon | 1600 Miller Trunk Highway, Space #I-5 Duluth, MN 55811-5607 | Simon Property Group, L.P. c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | REJECTED SERVICE OF PROCESS (Not the Registered Agent) Corporation Service Company Registered Agent for Simon Property Group, L.P. 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909 Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St. Indianapolis, IN 46204 | $15,219.47 | 2/17 Rent |
| 3 | GK Development | 2800 So. Columbia Rd. #329 Grand Forks, ND 58201-6030 | Columbia Grand Forks, LLC c/o GK Development, Inc. 257 East Main Street, Ste. 100 Barrington, IL 60010 | The Corporation Trust Company Registered Agent for Columbia Grand Forks, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | | $13,802.14 | 2/17 Rent |
| 4 | CBL | 626 Kirkwood Mall #175 Bismarck, ND 58504-5704 | Kirkwood Mall Acquisition LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Kirkwood Mall Acquisition LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | Schenk Annes Tepper Campbell Ltd. Attn: Andrew J. Annes, Esquire 311 South Wacker Drive, Ste. 2500 Chicago, IL 60606 | $11,063.22 | 2/17 Rent |
| 5 | West Acres Development, LLP | 3902 13th Avenue South, Suite #2321 Fargo, ND 58103 | West Acres Development, LLP Attn: Landlord 3902 13th Ave S Fargo, ND 58103 | G. Bradley Schlossman Registered Agent for West Acres Development LLP 3902 13th Ave S Fargo, ND 58103 | | | ($2,674.13) | 2016 Rent Adj |
| 7 | Westridge Mall Limited Partnership | Westridge Mall 2001 W Lincoln Ave #51 Fergus Falls, MN 56537 | Westridge Mall Limited Partnership c/o Martin H. Graff, General Partner Westridge Mall Associates, LLC. 560 Green Bay Road, Suite 403 Winnetka, IL  60093 | Richard E. Brandwein 1200 Shermer Rd, Suite 108 Northbrook, IL 60062 | | | $2,083.14 | 2/17 Rent; 1st Qtr Marketing Dues |
| 8 | Lexington Realty International, LLC | Westgate Mall 4136 Baxter Dr, #30 Brainerd, MN 56401 | Westgate Mall Realty Group, LLC successor to Developers Diversified Realty Corporation American Redevelopers, Inc., 6600 France Avenue South, Ste. 174 Minneapolis, MN 55435 | Westgate Mall Realty Group, LLC Registered Agent David Jackson 14136 Baxter Drive, Ste. 51 Baxter, MN 56425 | | | $7,460.49 | 2/17 Rent |
| 9 | Lexington Realty International, LLC | 1201 Paul Bunyan Dr. NW #48 Bemidji, MN 56601-4155 | Bemidji Holdings LLC, successor in interest to Developers Diversified Realty Corporation c/o GJ Realty 49 West 37th Street, 9th Floor New York, NY 10018-6257 | Registered Agent Solutions, Inc. Registered Agent for Bemidji Holdings LLC 1679 S Dupont Hwy, Ste. 100 Dover, DE 19901 | Bemidji Holdings, LLC c/o Lexington Realty 911 East Country Line Road, Ste. 203 Lakewood, NJ 08701 | | $5,950.99 | 2/17 Rent |
| 10 | J Herzog | 1605 1st Street South #A-117 Willmar, MN 56201-4234 | Rockstep Willmar, LLC Attn: Vice President - Leasing 55 Public Square, Suite 1910 Cleveland, OH 44113 | Andy Weiner Registered Agent for Rockstep Willmar, LLC 1445 North Loop West, Ste. 625 Houston, TX 77008 | | | $4,407.57 | 2/17 Rent |
| 11 | WPG | 4001 West 41st St. #1540 Sioux Falls, SD 57106 | SM Empire Mall, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Empire Mall, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $28,250.45 | 2/17 Rent |
| 12 | GGP | 1850 Adams Street #120 Mankato, MN 56001-4847 | River Hills Mall, LLC Attn: Law/Lease Administration Department c/o River Hills Mall Partners 110 North Wacker Drive Chicago, IL 60606 | Corporation Service Company Registered Agent for River Hills Mall, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $15,034.91 | 2/17 Rent; 1/17-2/17 CAM Adj |
| 13 | Rouse Properties | 200 West Hanley Avenue, Suite D413 Coeur d'Alene, ID 83815 | Silver Lake Mall, LLC Attn: General Counsel c/o Rouse Properties, Inc. 1114 Avenue of the Americas, Suite 280 New York, NY 10036 | Corporation Service Company Registered Agent for Silver Lake Mall, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Silver Lake Mall Attn: General Manager 200 W. Henry Ave Coeur D'Alene, ID 83815 | Dustin P. Branch Ballard Spahr LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909 | $6,499.94 | 2/17 Rent |
| 15 | Starwood Retail | 300 So. 24th St. West, Suite #A13 Billings, MT 59102-2464 | Rimrock Owner L.P. successor in interest to Macerich Rimrock Limited Partnership Attn: Lease Department Starwood Retail Property Management, LLC One East Wacker Drive, Ste 3700 Chicago, IL 60601 | The Corporation Trust Company Registered Agent for Rimrock Owner L.P. 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | Rimrock Owner, L.P. Attn: General Manager 300 South 24th Street W Billings, MT 59102 | Dustin P. Branch Ballard Spahr LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909 | $18,299.46 | 2/17 Rent |
| 16 | Gallatin Mall Group, LLC | 2825 Main Street, Unit 5-G Bozeman, MT 59718-3927 | Gallatin Mall Group, L.L.C. PO Box 80510 Billings, MT 59108-0510 | Steven J Corning Registered Agent for Gallatin Mall Group, L.L.C. PO Box 80510 Billings, MT 59108-0510 | | | $6,198.33 | 2/17 Rent |
| 18 | WPG | 2200 North Maple Ave, Space #2440 Rapid City, SD 57701-7881 | SM Rushmore Mall, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for SM Rushmore Mall, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $13,996.42 | 2/17 Rent; 1/17 CAM/Promo Adj |

1

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

## Schedules F & G
Store Listings and Landlords

| Store No. | Landlord Group | Leased Premises | Landlord Name and Address | Registered Agent and Address | Notice Address | Additional Notice | Prepetition Debt Amount | Description of Prepetition Debt |
|---|---|---|---|---|---|---|---|---|
| 19 | GPCME | 1681 3rd Avenue West #15 Dickinson, ND 58601-3025 | Great Plains Clinic Medical Enterprises, LLC PO Box 2121 Dickinson, ND 58602-2121 | Mark Grove Registered Agent for Great Plains Clinic Medical Enterprises, LLC 1487 W High St. Dickinson, ND 58601-3681 | Prairie Hills Mall Attn: Peggy O'Brien 1681 3rd Ave W Dickinson, ND 58601 | | $5,237.23 | 2/17 Rent |
| 20 | Nodana Petroleum Corporation | PO Box 1492 Williston, ND 58801 | Nodana Petroleum Corporation PO Box 1221 Williston, ND 58802-1221 | The Corporation Trust Company Registered Agent for Nodana Petroleum Corporation 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | | $31,648.88 | 1/17-2/17 % Rent |
| 22 | Milton Swedberg | 815 Lake Avenue, Suite 9 Detroit Lakes, MN 56501-3065 | Washington Square Limited Partnership PO Box 996 Moorhead , MN 56560 | Winton D. Johnson and Ronald A. Ohe Registered Agent for Washington Square Limited Partnership 1001 Center Ave #D Moorhead , MN 56560 | | | $3,462.26 | 2/17 Rent |
| 25 | Lexington Realty International, LLC | 1300 9th Avenue SE, Ste. 54 Watertown, SD 57201-5399 | Watertown Plaza LLC successor in interest to DDR Watertown LLC successor in interest to Watertown Mall Associates 34555 Chagrin Boulevard Moreland Hills, OH 44022 | Registered Agent Solutions, Inc. Registered Agent for Watertown Plaza LLC 1679 S Dupont Hwy, Ste 100 Dover, DE 19901 | | | $4,265.16 | 2/17 Rent |
| 26 | CBL | 2400 10th Street SW #409 Minot, ND 58701-6997 | Minot Dakota Mall LLC Attn: General Counsel c/o Prime Retail Property Management, LLC 217 East Redwood Street Baltimore, MD 21202 | National Registered Agents, Inc. Registered Agent for Minot Dakota Mall LLC 160 Greentree Dr., Ste. 101 Dover, DE 19904 | Lightstone Group C/O Landlord 326 3rd Street Lakewood, NJ 08701 | Schenk Annes Tepper Campbell Ltd. Attn: Andrew J. Annes, Esquire 311 South Wacker Drive, Ste. 2500 Chicago, IL 60606 | $16,904.34 | 2/17 Rent; 2015 Ins Adj |
| 27 | GGP | 4201 West Division Street; Suite 14 St Cloud, MN 56301-6601 | St. Cloud Mall L.L.C. Attn: Law/Lease Administration Department c/o Crossroads Center (MN) 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for St. Cloud Mall LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Crossroads Center (MN) Attn: General Manager 4101 West Division Street St. Cloud, MN 56301 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP, Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $24,456.61 | 2/17 Rent; 1/17 CAM adj |
| 28 | WPG | 4400 Sergeant Road Suite 370 Sioux City, IA 51106-4711 | SM Southern Hills Mall, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for SM Southern Hills Mall, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $26,905.51 | 2/17 Rent |
| 31 | John V. Olson | 3015 Highway 29 So, Suite 4006 Alexandria, MN 56308-3403 | Viking Plaza Realty Group LLC successor to Viking Plaza Center-L.P. 3015 Hwy 29 S, Ste. 4035 Alexandria, MN 56308 | Scot L. Snitker Registered Agent for Viking Plaza Realty Group LLC 3015 Hwy 29 South Alexandria, MN 56308 | | | $5,866.59 | 2/17 Rent; 2016 CAM/Ins/ReTax Adj |
| 32 | Central Square Mall, LLC | 201 NW 4th Street #32 Grand Rapids, MN | Central Square Mall, L.L.C. Ryan Development PO Box 598 Grand Rapids, MN 55744 | Registered Agent for Central Square Mall, L.L.C. 201 NW 4th Str Grand Rapids, MN 55744 | | | $29,422.26 | 2/17 Rent |
| 35 | Hyman Family Trust | 3100 Harrison Ave, Space C-4 Butte, MT 59701 | Anne Hyman, The Northern Trust Company & Timothy M. Ison as co-trustees of the Hyman Family Trust 3100 Harrison Ave Butte, MT 59701 | | Anne Hyman, The Northern Trust Company & Timothy M. Ison as co-trustees of the Hyman Family Trust 3625 E. Thousand Oaks Blvd, Ste. 325 Westlake Village, CA 91362 | | $4,574.84 | 1/17 Rent; 2/17 Rent |
| 36 | GK Development | 1200 10th Avenue South, #63 Great Falls, MT 59405-4424 | GK Holiday Village, LLC c/o GK Development, Inc. 257 East Main Street, Ste. 100 Barrington, IL 60010 | The Corporation Trust Company Registered Agent for GK Holiday Village, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | | $13,305.14 | 2/17 Rent |
| 42 | Rubloff Tri-State Thunderbird Portfolio, L.L.C. | Thunderbird Mall 1401 S 12th Ave W Virginia, MN 55792 | Rubloff Tri-State Thunderbird Portfolio, L.L.C. ATTN: General Counsel 4949 Harrison Avenue, Suite 200 Rockford, IL. 61108

Rubloff Tri-State, L.L.C. 6723 Weaver Rd, Suite 108 Rockford, IL. 61114 | Donald Q. Manning 6735 Vistagreen Way Rockford, IL. 61107 | | | $3,376.87 | 2/17 Rent |
| 46 | CBL | 2500 Milton Ave Space 122A Janesville, WI 53545 | Janesville Mall Limited Partnership CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Janesville Mall Limited Partnership 8040 Excelsior Dr. Ste 400 Madison, WI 53717 | | Schenk Annes Tepper Campbell Ltd. Attn: Andrew J. Annes, Esquire 311 South Wacker Drive, Ste. 2500 Chicago, IL 60606 | $4,583.33 | 2/17 Rent |
| 47 | GGP | Fox River Mall, 4301 W Wisconsin Appleton, WI 54913 | Fox River Shopping Center, LLC Attn: Law/Lease Administration Department c/o Fox River Mall 110 N Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for Fox River Shopping Center, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Fox River Mall Attn: General Manager 4301 West Wisconsin Ave Appleton, WI 54913 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP, Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | ($6,680.03) | 2/17 Rent; 1/17-2/17 Rent Adj |

2

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

## Schedules F & G

Store Listings and Landlords

| Store No. | Landlord Group | Leased Premises | Landlord Name and Address | Registered Agent and Address | Notice Address | Additional Notice | Prepetition Debt Amount | Description of Prepetition Debt |
|---|---|---|---|---|---|---|---|---|
| 48 | Simon | 5300 S 76th St #290 Greendale, WI 53129 | Southridge Limited Partnership c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Southridge Limited Partnership 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909  Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St. Indianapolis, IN 46204 | $6,224.49 | 2/17 Rent |
| 49 | Taubman | 4282B Baldwin Rd., Space #530A Auburn Hills, MI 48326 | Taubman Auburn Hills Associates Limited Partnership PO Box 67000 Department 124501 Detroit, MI 48267-1245 | Corporation Service Company Registered Agent for Taubman Auburn Hills Associates Limited Partnership 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | Andrew S. Conway 200 East Long Lake Road, Suite 300 Bloomfield Hills, MI 48304 | $28,291.02 | 2/17 Rent; 1/17 Elec; 2/16-12/16 % Rent |
| 51 | CBL | C320 Wausau Center, #320 Wausau, WI 54403-5506 | C. Michelle Panovich, of Mid-America Asset Management, Inc., not personally but solely as Court Appointed Receiver pursuant to Case No. 16-CV-591 pending in the Circuit Court of Marathon County, State of Wisconsin c/o Mid-America Asset Management, Inc. One Parkview Plaza, Fifth Floor Oakbrook Terrace, IL 60181 | Corporation Service Company Registered Agent for Mid-American Real Estate - Wisconsin, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Mid-America Real Estate - Wisconsin, LLC 648 Plankinton Ave, Ste. 264 Milwaukee, WI 53203 | Schenk Annes Tepper Campbell Ltd. Attn: Andrew J. Annes, Esquire 311 South Wacker Drive, Ste. 2500 Chicago, IL 60606 | $4,583.33 | 2/17 Rent |
| 54 | Simon | 18813 East 39th Street, #2048 Independence, MO 64057 | SPG Independence Center, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for SPG Independence Center, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909  Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St. Indianapolis, IN 46204 | $26,059.59 | 2/17 Rent; 2016 ReTax Adj |
| 60 | Starwood Retail | 228 Gateway Mall, #F-616 Lincoln, NE 68505-2437 | Starwood Retail Star-West Gateway LLC | The Corporation Trust Company Registered Agent for Star-West Gateway LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | SRP Property Management, LLC Attn: Lease Coordination One East Wacker Drive, Ste. 3700 Chicago, IL 60601 | Boston Financial Attn: General Counsel 15303 Dallas Parkway/Suite 650 Dallas, TX 75248  Dustin P. Branch Ballard Spahr LLP, 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909 | $13,155.84 | 2/17 Rent; 2/17 HVAC Adj |
| 61 | GGP | 10000 California Street, Suite 2248 Omaha-Westroad, NE 68114-2303 | Westroads Mall, L.L.C. Attn: Law/Lease Administration Department c/o Westroads Mall 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for Westroads Mall, L.L.C. 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP, Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $6,308.33 | 2/17 Rent |
| 65 | J Herzog | 3404 West 13th Street, Suite 125 Grand Island, NE 68803-2389 | Conestoga Mall 2002, LLC 25425 Center Ridge Road Cleveland, OH 44145 | Martin H. Herzog Registered Agent for Conestoga Mall 2002, LLC 1720 S Bellaire St., Ste. 1209 Denver, CO 80222-4336 | | | $6,976.17 | 2/17 Rent; Annual ins adj |
| 66 | DP Management, LLC | 5019 2nd Avenue, Suite 21 Kearney, NE 68847 | DROP-HT, LLC c/o DP Management, LLC 11506 Nicholas St., Ste. 100 Omaha, NE 68154 | Corporation Service Company Registered Agent for DROP-HT, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | DROP-HT, LLC Manager 4902 Solution Center Chicago, IL 60677-4009 | $5,240.53 | 2/17 Rent; 1/17 Rent adj |
| 67 | Rockstep Scottsbluff, LLC | Monument Mall Shopping Center 2302 Frontage Rd # 5 Scottsbluff, NE 69361 | Rockstep Scottsbluff, LLC 1445 North Loop West Houston, TX 68516 | National Registered Agents, Inc. 5601 South 59th Street Lincoln, NE 68516 | | | $2,271.44 | 1/17-2/17 % Rent |
| 68 | NSP, LLC | 1700 Market Lane, Suite 8 Norfolk, NE 68701-0303 | Dial - Sunset Mall, L.L.C., successor in interest to the Ohio National Life Insurance Company Dial Enterprises, Corp. 11506 Nicholas #200 Omaha, NE 68154 | Michael C. Carter Registered Agent for Dial-Sunset Mall, L.L.C. 11506 Nicholas Street, Ste. 103 Omaha, NE 68154 | NSP, LLC Asset Manager 11506 Nicholas Street Suite 100 Omaha, NE 68154 | NSP, LLC 7322 Solutions Center Chicago, IL 60677-7003 | $4,492.74 | 2/17 Rent; 2016 Rent Adj |
| 69 | Dial | 1100 South Dewey #50 North Platte, NE 69100-6161 | North Platte Associates, L.L.C. Dial Enterprises, Corp. 11506 Nicholas #200 Omaha, NE 68154 | Platte River Mall Clarine R. Eickhoff, Registered Agent 1000 S Dewey North Platte, NE 69101 | | | $3,243.59 | 2/17 Rent; 1/17 Rent Adj |
| 70 | GGP | 4155 Yellowstone Ave, Suite 1210 Chubbuck, ID 83202-2452 | Pine Ridge JC, LLC in successor in interest to Pine Ridge Mall L.L.C. Attn: Law/Lease Administration Dept c/o Pine Ridge Mall 110 N. Wacker Dr. Chicago, IL 60606 | John Sheehan Registered Agent for Pine Ridge JC, LLC 3220 W Edgewood, Ste E Jefferson City, MO 65109 | Pine Ridge Mall Attn: General Manager 4155 Yellowstone Highway Chubbuck, ID 83203 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP, Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $4,417.81 | 2/17 Rent; 1/17-2/17 % Rent |
| 71 | GGP | 2300 East 17th Street, Space 136 Idaho Falls, ID 83404-6554 | Grand Teton Mall, LLC Attn: Law/Lease Administration Dept c/o Grand Teton Mall 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for Grand Teton Mall, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Grand Teton Mall Attn: General Manager 2300 East 17th Street Idaho Falls, ID 83404 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP, Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $13,393.03 | 2/17 Rent; 1/17-2/17 CAM Adj |

3

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

## Schedules F & G
Store Listings and Landlords

| Store No. | Landlord Group | Leased Premises | Landlord Name and Address | Registered Agent and Address | Notice Address | Additional Notice | Prepetition Debt Amount | Description of Prepetition Debt |
|---|---|---|---|---|---|---|---|---|
| 72 | Woodbury Corp | 1485 Poleline Rd. East, Suite 227 Twin Falls, ID 83301-3597 | Magic Valley Mall LLC c/o Magic Valley Mall 1485 Pole Line Road East Twin Falls, ID 83301 | Walker Kennedy III Registered Agent for Magic Valley Mall LLC 2733 E Parleys Way, Ste. 300 Salt Lake City, UT 84109 | Fund A Magic Valley, Inc. c/o Magic Valley Mall 1485 Pole Line Road East Twin Falls, ID 83301 | Boston Financial Attn: General Counsel 15303 Dallas Parkway/Suite 650 Dallas, TX 75248  Schroder Real Estate Associates Attn: Norman Peck 437 Madison Ave New York, NY 10022 | $7,506.21 | 2/17 Rent |
| 73 | GGP | West Des Moines, IA | Jordan Creek Town Center, LLC Attn: Law/Lease Administration Dept c/o Jordan Creek Town Center 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for Jordan Creek Town Center, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Jordan Creek Town Center Attn: General Manager 1001 Jordan Creek Parkway West Des Moines, IA 50266 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $19,484.56 | 2/17 Rent; 1/17-2/17 CAM Adj |
| 74 | GGP | 350 North Milwaukee #2007 Boise, ID 83704 | Boise Mall, LLC Attn: Law/Lease Administration Dept c/o Boise Towne Square 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for Boise Mall, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Boise Towne Square Attn: General Manager 350 North Milwaukee Boise, ID 83704 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $13,744.90 | 2/17 Rent & 1/17-2/17 CAM/Retax adj |
| 75 | GGP | 4750 North Division, Space 2214 Spokane, WA 99207 | North Town Mall, LLC Attn: Law/Lease Administration Dept c/o North Town Mall 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for North Town Mall, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | North Town Mall Attn: General Manager 4750 North Division Boise, ID 83704 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $20,769.61 | 2/17 Rent; 1/17-2/17 HVAC Adj; 2/16-1/17 % Rent |
| 76 | GGP | 14700 E Indiana, Space 1024 Spokane, WA 99216 | Spokane Mall, L.L.C. Attn: Law/Lease Administration Dept Spokane Valley Mall 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for Spokane Mall L.L.C. 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Spokane Valley Mall Attn: General Manager 14700 East Indiana Spokane, WA 99216 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $14,632.26 | 2/17 Rent; 1/17-2/17 CAM Adj; 2016 ReTax Adj |
| 77 | Jones Lang LaSalle | 100 South Federal Avenue #108 Mason City, IA 50401-3700 | U.S. Bank NA, as Trustee for the registered holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2005-LDP1, a national banking association Attn: General Manger, Southbridge Mall c/o Jones Lang LaSalle Americas, Inc. 100 South Federal Ave Mason City, IA 50401 | | | | $5,909.74 | 2/17 Rent |
| 78 | GGP | 1214 New Gate Mall Space #1214 Ogden, UT 84405 | GGP-Newgate Mall, LLC Attn: Law/Lease Administration Department c/o Newgate Mall 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for GGP-Newgate Mall, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Newgate Mall Attn: General Manager 3651 Wall Ave., Ste. 2000 Ogden, UT 84405 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $14,823.40 | 2/17 Rent; 1/17 CAM Adj |
| 80 | GGP | 3700 Rivertown Pkwy #2010 Grandville, MI 49418 | GGP-Grandville L.L.C. Attn: Law/Lease Administration Department c/o RiverTown Crossings 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for GGP-Granville L.L.C. 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | RiverTown Crossings Attn: General Manager 3700 RiverTown Parkway Grandville, MI 49418 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $8,689.61 | 2/17 Rent; 10/16-2/17 Elec/Gas; 2016 ReTax Adj |
| 81 | WPG | 2011 North Roan St. Johnson City, TN 37601 | Glimcher MJC, LLC Attn: General Counsel 180 East Broad Street, 21st Floor Columbus, OH 43215 | The Corporation Trust Company Registered Agent for Glimcher MJC, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower, 301 E. Fourth St. Cincinnati, OH 45202 | $9,877.22 | 2/17 Rent |
| 82 | SVAP II Stones River, LLC | 1720 Old Fort Parkway, Space #F0105 Murfreesboro, TN 37129 | Aslan III Stones River, L.L.C. Stones River Mall 200 West Madison, Ste 3200 Chicago, IL 60606 | The Corporation Trust Company Registered Agent for Aslan III Stones River, L.L.C. 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | | $5,836.20 | 2/17 Rent; 11/16, 1/17, 2/17 Wtr/Swr Adj |
| 83 | Cafaro | 2801 Wilma Rudolph Blvd, Suite 870 Clarksville, TN 37040 | Governor's Square Company 2445 Belmont Ave PO Box 2186 Youngstown, OH 44504-0186 | Governor's Square Company Registered agent 5577 Youngstown-Warren Rd Niles, OH 44446 | | Richard T. Davis The Cafaro Company 5577 Youngstown-Warren Rd. Niles, OH 44446 | ($14,053.84) | 10/16-1/17 Rent Adj;10/16-2/17 % Rent; 2016 ReTax Adj |
| 84 | CBL | 4880 Fashion Square Mall #116 Saginaw, MI 48604 | Fashion Square Mall CMBC LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Fashion Square Mall CMBS, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $12,256.44 | 2/17 Rent; 1/17 CAM/Elec Adj |
| 87 | GGP | 6191 S. State St. #148 Murray, UT 84107 | Fashion Place, LLC c/o Fashion Place 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for Fashion Place, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $619.56 | 1/1/17 Rent |
| 88 | Rouse Properties | 1300 Cache Valley Mall, Space 1340 Logan, UT 84341 | Cache Valley, LLC Attn: General Counsel 1114 Avenue of the Americas, Ste. 2800 New York, NY 10036 | Corporation Service Company Registered Agent for Cache Valley, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | ($21,739.50) | 2/16-12/16 CAM Adj credit; 1/17-3/17 Rent |

4

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

## Schedules F & G
Store Listings and Landlords

| Store No. | Landlord Group | Leased Premises | Landlord Name and Address | Registered Agent and Address | Notice Address | Additional Notice | Prepetition Debt Amount | Description of Prepetition Debt |
|---|---|---|---|---|---|---|---|---|
| 90 | WPG | 7850 Mentor Ave, Space #554B Mentor, OH 44060 | Mall at Great Lakes, LLC Attn: General Counsel 180 E Broad St, Floor 20 Columbus, OH 43125 | The Corporation Trust Company Registered Agent for Mall at Great Lakes, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $9,041.67 | 2/17 Rent |
| 92 | GGP | 2625 Scottsville Road, Space #330 Bowling Green, KY 42104 | Greenwood Mall L.L.C. Attn: Law/Lease Administration Department c/o Greenwood Mall 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for Greenwood Mall L.L.C. 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $14,917.20 | 2/17 Rent; 1/17-2/17 CAM Adj |
| 94 | CBL | 1036 Layton Hills Mall Layton, UT 84041-2103 | Layton Hills Mall CMBS, LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Layton Hills Mall CMBS, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $7,945.38 | 2/17 Rent; 1/17 Rent Adj |
| 96 | CBL | Meridian Mall, 1982 W Grand River Ave #245 Okemos (East Lansing), MI 48864 | Meridian Mall Limited Partnership CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | CSC-Lawyers Incorporating Service (Company) Registered Agent for Meridian Mall Limited Partnership 601 Abbott Road East Lansing, MI 48823 | | | $6,464.28 | 2/17 Rent; 2/17 Elec |
| 98 | CBL | 8 East Towne Mall, E-506 Madison East, WI 53704 | Madison/East Towne, LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Madison/East Towne, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $9,041.67 | 2/17 Rent |
| 100 | Cafaro | 67800 Mall Road, Space 550 St. Clairsville, OH 43950 | Ohio Valley Mall Company 2445 Belmont Ave PO Box 2186 Youngstown, OH 44504-0186 | Michael J. Wright Registered Agent for Ohio Valley Mall Company 5577 Youngstown Warren Rd. Niles, OH 44446 | | Richard T. Davis The Cafaro Company 5577 Youngstown-Warren Rd. Niles, OH 44446 | $12,962.40 | 2/17 Rent; 1/17-2/17 Rent Adj; 2017 Ins/Priv Tax Adj |
| 104 | GGP | 4800 Golf Road, Space 334 Eau Claire, WI 54701-9026 | Oakwood Mall, L.L.C. Attn: Law/Lease Administration Department c/o Oakwood Mall 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for Oakwood Hills Mall, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Oakwood Mall Attn: General Counsel 4800 Golf Road Eau Claire, WI 54701 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $14,772.47 | 2/17 Rent; 1/17-2/17 CAM Adj |
| 105 | PREIT | 3800 State Road #16 La Crosse, WI 54601 | PR Valley View Limited Partnership Attn: Director, Legal c/o PREIT Services, LLC 200 South Broad Street The Bellevue, Third Floor Philadelphia, PA 19102 | The Corporation Trust Company Registered Agent for PREIT Services, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | PR Valley View Limited Partnership Management Office Attn: General Manager, Valley View Mall 3800 State Road La Crosse, WI 54601 | Jeffrey E. Kurtzman Kurtzman Steady, LLC 401 S. 2nd St., Suite 200 Philadelphia, PA 19147 | $14,402.60 | 2/17 Rent; 1/17 CAM Adj |
| 106 | Simon | 275 Bay Park Square, #275 Green Bay 2, WI 54304-5103 | Simon Capital Limited Partnership c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Simon Capital Limited Partnership 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909 Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St. Indianapolis, IN 46204 | $14,205.80 | 2/17 Rent |
| 108 | GGP | 4201 Coldwater Road, Space M16A Fort Wayne, IN 46805 | GGP-Glenbrook L.L.C. Attn: Law/Lease Administration Department c/o Glenbrook Square 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for GGP-Glenbrook L.L.C. 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Glenbrook Square Attn: General Manager 4201 Coldwater Boulevard Fort Wayne, IN 46805 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $1,783.08 | 2/17 Rent; 1/17-2/17 Retax/HVAC Adj; 2008-11 ReTax Adj |
| 109 | Simon | 2894 E 3rd Street, Space PO6 Bloomington, IN 47401 | Simon Property Group, L.P. c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Simon Property Group, LP 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909 Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St. Indianapolis, IN 46204 | $7,964.38 | 2/17 Rent |
| 110 | WPG | 3501 N Granville Ave, Space L03A Muncie, IN 47303-1263 | Muncie Mall, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Muncie Mall, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $13,985.79 | 2/17 Rent; 1/17 % Rent |
| 111 | Rockstep Aberdeen, LLC | 3315 6th Avenue SE, Suite 51 2nd Aberdeen, SD 57401-5544 | Rockstep Aberdeen, LLC Attn: Tommy Stewart 1445 North Loop West, Ste. 625 Houston, TX 77008 | Andy Weiner Registered Agent for Rockstep Aberdeen, LLC 1445 North Loop West, Ste. 625 Houston, TX 77008 | | | $5,264.61 | 2/17 Rent; 1/17 ReTax Adj |

5

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

**Schedules F & G**
Store Listings and Landlords

| Store No. | Landlord Group | Leased Premises | Landlord Name and Address | Registered Agent and Address | Notice Address | Additional Notice | Prepetition Debt Amount | Description of Prepetition Debt |
|---|---|---|---|---|---|---|---|---|
| 112 | Simon | 1251 US 31 North, Space F-13 Greenwood, IN 46142 | Greenwood Park Mall, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Greenwood Park Mall, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909<br><br>Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St. Indianapolis, IN 46204 | $17,977.76 | 2/17 Rent; 2016 ReTax Adj |
| 114 | WPG | 2727 Fairfield Commons, Space #W223 Beavercreek, OH 45431 | MFC Beavercreek, LLC Attn: General Counsel 180 E Broad St, Floor 20 Columbus, OH 43125 | The Corporation Trust Company Registered Agent for MFC Beavercreek, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $15,625.00 | 2/17 Rent; 11/16-12/16 Rent Adj |
| 115 | WPG | 2700 Miamisburg-Centerville Mall Space 370 Dayton, OH 45459 | Dayton Mall II, LLC 150 East Gay Street Columbus, OH 43215 | The Corporation Trust Company Registered Agent for Dayton Mall II, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $7,650.33 | 2/17 Rent |
| 116 | WPG | Lima Mall, 2400 Elida Rd Lima, OH 45805 | Mall at Lima, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | CT Corporation System Registered Agent for Mall at Lima, LLC 150 West Market Street, Ste. 800 Indianapolis, IN 46204 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $13,791.19 | 2/17 Rent; 1/17-2/17 % Rent |
| 117 | WPG | Southern Park Mall, 7401 Market St. Youngstown, OH 44512 | Southern Park Mall, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204 | CT Corporation System Registered Agent for Southern Park Mall, LLC 150 West Market Street, Ste. 800 Indianapolis, IN 46204 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $7,500.00 | 2/17 Rent |
| 122 | ST Mall Owner, LLC | 10450 S State Street, Ste. 2312 Sandy, UT 84070-4131 | ST Mall Owner, LLC Attn: Managing Principal 100 North Sepulveda Blvd Ste.1925 El Segundo, CA 90245 | Corporation Service Company Registered Agent for ST Mall Owner, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | ST Mall Owner, LLC c/o South Towne Mall Management Office 10450 South State Street Sandy, UT 84070 | | ($2,568.65) | 2/17 Rent; 12/16-2/17 % Rent; 1/17-2/17 Rent/Wtr Adj; 2015 Retax Adj |
| 124 | Urban Retail Properties | Tri-County Mall, Springdale, OH Tri-County, OH 45246 | Tri-County Mall, LLC Attn: Renee Bell 11700 Princeton Pike Cincinnati, OH 45246 | CT Corporation System Registered Agent for Tri-County Mall, LLC 1300 East Ninth Street Cleveland, OH 44114 | Arnall Golden Gregory LLP Attn: Adam Balthrop 171 17th Street NW, Suite 2100 Atlanta, GA30363 | | $2,181.66 | 2/17 Rent; 1/17-2/17 % Rent |
| 126 | Southgate Mall Association | 2901 Brooks St, #H-2 Missoula, MT 59801-7712 | Southgate Mall Associates, LLP c/o Lambros Real Estate 3011 American Way Missoula, MT 59808 | | | Dustin P. Branch Ballard Spahr LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909 | $12,099.91 | 2/17 Rent; 2016 CAM/Util Adj; 1st Qtr Merchant Dues |
| 128 | GGP | 601 SE Wyoming Blvd. - Space 270 Casper, WY 82609-4209 | PDC-Eastridge Mall L.L.C. Attn: Law/Lease Administration Department Eastridge Mall c/o Eastridge Mall L.L.C. 110 N Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for PDC-Eastridge Mall L.L.C. 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | PDC-Eastridge Mall L.L.C. Attn: General Manager 601 SE Wyoming Boulevard Casper, WY 82609 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $13,356.73 | 2/17 Rent; 1/17-2/17 CAM Adj |
| 129 | CBL | 1400 Dell Range Blvd., Space #91 Cheyenne, WY 82009 | Frontier Mall Associates Limited Partnership CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Frontier Mall Associates Limited Partnership 1821 Logan Ave Cheyenne, WY 82001 | | | $6,713.53 | 2/17 Rent |
| 130 | Waterloo Owner LLC | 2060 Crossroads Blvd., Space 220 Waterloo, IA 50702-4400 | Waterloo Owner LLC 9911 Shelbyville Road, Suite 200 Louisville, KY 40223 | The Corporation Trust Company Registered Agent for Waterloo Owner LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | GG&A Crossroads Center Attn: President c/o Gregory Greenfield & Associates, Ltd. 124 Johnson Ferry Road Atlanta, GA 30328 | Jones Lang LaSalle Americas, Inc. Attn: Counsel - Crossroads Center 3344 Peachtree Road, NE, Ste. 1200 Atlanta, GA 30326 | $9,595.71 | 2/17 Rent |
| 131 | GK Development | 1395 College Square Mall Cedar Falls, IA 50613-5267 | College Square Mall Partners, LLC c/o GK Development, Inc. 257 East Main Street, Ste. 100 Barrington, IL 60010 | The Corporation Trust Company Registered Agent for College Square Mall Partners, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | | $11,017.86 | 2/17 Rent; 1/17 physical inventory security |
| 132 | J. Herzog | 217 South 25th St, Space E-5 Fort Dodge, IA 50501-4341 | Crossroads Mall 1999, LLC Attn: Vice President - Leasing 55 Public Square, Ste 1910 Cleveland, OH 44113 | Martin H. Herzog Registered Agent for Crossroads Mall 1999, LLC 1720 S Bellaire St., Ste. 1200 Denver, CO 80222-4336 | | | $4,662.87 | 1/17 % Rent; 2/17 Rent |
| 133 | GK Development | 2801 Grand Avenue #1375 Ames, IA 50010-4652 | U.S. Bank National Association, as Trustee, as successor in interest to Bank of America, N.A, as successor by merger to LaSalle Bank National Association, as Trustee, for the registered holders of Bear Stearns Commercial Mortgage Securities Inc, Commercial Mortgage Pass-Through Certificates, Series 2007-PWR16 Attn: Michele Ray c/o C-III Asset Management LLC 5221 N O'Connor Blvd, Ste. 600 Irving, TX 75039 | | | | $5,620.61 | 2/17 Rent |

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

## Schedules F & G
Store Listings and Landlords

| Store No. | Landlord Group | Leased Premises | Landlord Name and Address | Registered Agent and Address | Notice Address | Additional Notice | Prepetition Debt Amount | Description of Prepetition Debt |
|---|---|---|---|---|---|---|---|---|
| 136 | Central Richard | 2201 Richland Mall, Space A4 Mansfield, OH 44906 | Centro Richland LLC 2209 Richland Mall Mansfield, OH 44906 | Corporation Service Company Registered Agent for Centro Richland LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $5,793.95 | 2/17 Rent |
| 137 | Simon | 4444 1st Ave NE, #78 Cedar Rapids, IA 52402 | Lindale Mall, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Lindale Mall, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909 Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St. Indianapolis, IN 46204 | $11,184.27 | 2/17 Rent |
| 138 | Cafaro | 555 JFK Road, Space 274 Dubuque, IA 52002 | Kennedy Mall, LTD 2445 Belmont Ave PO Box 2186 Youngstown, OH 44504-0186 | Michael J. Wright Registered Agent for Kennedy Mall, Ltd 5577 Youngstown-Warren Rd. Niles, OH 44446 | | Richard T. Davis The Cafaro Company 5577 Youngstown-Warren Rd. Niles, OH 44446 | $10,968.40 | 2/17 Rent; 1/17 Rent Adj; 2017 Ins Adj |
| 139 | GK Development | 550 S Gear Ave, Space 33 West Burlington, IA 52655 | Westland Mall Partners, LLC c/o GK Development, Inc. 257 East Main Street, Ste. 100 Barrington, IL 60010 | The Corporation Trust Company Registered Agent for Westland Mall Partners, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | | $7,178.29 | 2/17 Rent |
| 140 | GK Development | 3940 Route 251, Ste B120 Peru, IL 61354 | Peru GKD Partners, LLC c/o GK Development, Inc. 257 E Main St #100 Barrigton, IL 60010 | Garo Kholamian Registered Agent for Peru GKD Partners, LLC 257 E Main St #100 Barrigton, IL 60010 | | | $3,408.33 | 2/17 Rent |
| 141 | CBL | 107 St. Clair Square Fairview, IL 62208 | St. Claire Square SPE, LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for St. Claire Square SPE, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $4,687.50 | 2/17 Rent |
| 143 | CBL | 7200 Harrison Ave, Space E64 Rockford, IL 61112 | Cherryvale Mall, LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Cherryvale Mall, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $4,750.00 | 2/17 Rent |
| 145 | GGP | 14000 Lakeside Circle #2510 Sterling Heights, MI 48313 | Lakeside Mall Property LLC Attn: Law/Lease Administration Department 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for Lakeside Mall Property LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Lakeside Mall Attn: General Manager 14000 Lakeside Circle Sterling Heights, MI 48313 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $9,880.46 | 2/17 Rent |
| 146 | WPG | Bloomingdale Court 342 West Army Trail Bloomingdale, IL 60108 | Bloomingdale Court, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Bloomingdale Court, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $0.00 | |
| 147 | Cullinan Properties | 3347 Broadway, Space 3363 Quincy, IL 62301 | Quincy Cullinan, LLC 209 East State Street Columbus, OH 43215 | Richard M. Joseph Registered Agent for Quincy Cullinan, LLC 416 Main St, Ste. 1123 Peoria, IL 61602 | Jeff Krumpe, Attorney 416 Main St., Ste. 1123 Peoria, IL 61602 | | $8,856.35 | 2/17 Rent |
| 148 | GGP | 2028 Florence Mall, Space 1132 Florence, KY 41042 | Florence Mall L.L.C. Attn: Law/Lease Administration Department c/o Florence Mall 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for Florence Mall L.L.C. 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Florence Mall Attn: General Manager 2028 Florence Mall Florence, KY 41042 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $13,127.61 | 10/16-1/17 % Rent; 1/17-2/17 HVAC; 10/16-12/16 ReTax Adj |
| 152 | GGP | 3575 N Maple Ave #164 Zanesville, OH 43701 | Colony Square Mall, L.L.C. Attn: General Counsel 1114 Avenue of the Americas, Ste. 2800 New York, NY 10036 | Corporation Service Company Registered Agent for Colony Square Mall, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Colony Square Mall L.L.C. Attn: General Manager 3575 Maple Ave Zanesville, OH 43701 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $5,967.13 | 2/17 Rent |
| 163 | Simon | 1321 N. Columbia Center Blvd. #401A Kennewick, WA 99336 | Columbia Mall Partnership c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | | | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909 Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St. Indianapolis, IN 46204 | $15,657.89 | 2/17 Rent |
| 164 | Midwest Management | 750 Citadel Drive East, PO Box 52, Space #2012 Colorado Springs, CO 80909-5343 | 750 Citadel Drive Holdings, LLC Attn: Legal Department c/o CWCapital Asset Management LLC 7501 Wisconsin Ave, Ste. 500 West Bethesda, MD 20814 | CSC - Lawyers Incorporating Service Company Registered Agent for 750 Citadel Drive Holdings, LLC 7 St. Paul Street, Ste. 820 Baltimore, MD 21202 | The Citadel 750 Citadel Dr. E, Ste. 3114 Colorado Springs, CO 80909 | | $14,640.18 | 2/17 Rent; 1/17 CAM/Merch adj |

7

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

## Schedules F & G

Store Listings and Landlords

| Store No. | Landlord Group | Leased Premises | Landlord Name and Address | Registered Agent and Address | Notice Address | Additional Notice | Prepetition Debt Amount | Description of Prepetition Debt |
|---|---|---|---|---|---|---|---|---|
| 165 | Renaissance Partners I, LLC | 3284 Dillon Dr, #E-08A Pueblo, CO 81008-1008 | Renaissance Partners I, LLC 5547 Paysphere Circle Chicago, IL 60674-5547 | The Corporation Trust Company Registered Agent for Renaissance Partners I, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | Urban Retail Properties Co. 900 North Michigan Ave Chicago, IL 60611 | | ($2,473.36) | 2/17 Rent; 1/17 Promo Adj; 2015 Rent Adj |
| 166 | MLCFC 2006-4 Greeley Retail, LLC | Greeley Mall 2050 Greeley Mall Greeley, CO 80631 | MLCFC 2006-4 Greeley Retail, LLC c/o LNR Partners, LLC 1601 Washington Ave., Suite 800 Miami Beach, FL 33139  MLCFC 2006-4 Greeley Retail, LLC Greeley Mall 2020 Greeley Mall Greeley, CA 80631 | REJCTED SERVICE OF PROCESS (No longer agent.) The Corporation Company 7700 E. Arapahoe Rd, Suite 220 Centennial, CO 80112-1268 | | | $4,345.50 | 2/17 Rent |
| 167 | WPG | Mesa Mall, 2424 Old US Hwy 6 & 50 #110 Grand Junction, CO 81505 | SM Mesa Mall, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for SM Mesa Mall, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $12,154.93 | 2/17 Rent; 1/16-2/17 Elec Adj |
| 170 | Macerich | 6002 Slide Road, Spc B13 Lubbock, TX 79414-4301 | Macerich South Plains LP Attn: Center Manager PO Box 68208 Lubbock, TX 79414 | The Corporation Trust Company Registered Agent for Macerich South Plains LP 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | Macerich South Plains LP Attn: Legal Dept. c/o Macerich 401 Wilshire Boulevard, Ste. 700 PO Box 2172 Santa Monica, CA 90407 | Dustin P. Branch Ballard Spahr LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909 | $11,564.95 | 2/17 Rent |
| 171 | Jones Lang LaSalle | 7701 West Interstate 40 #160 Amarillo, TX 79121-0106 | Amarillo Mall LLC Attn: Asset Manager/Westgate Mall B.F. Amarillo Fund, L.P. c/o Lend Lease Real Estate Investments, Inc. 3424 Peachtree Rd, NE, Ste. 400 Atlanta, GA 30326 | Corporation Service Company Registered Agent for Amarillo Mall LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Managing Agent Attn: Counsel/Westgate Mall 3500 Piedmont Road NE, Ste. 600 Atlanta, GA 30305 | | $1,414.70 | 2/17 Rent & YE adj CAM/Retax/Elec |
| 173 | Jones Lang LaSalle | 4001 Sunset Dr #1102 San Angelo, TX 76904-5655 | Sunset Mall SPE, LP c/o Radiant Partners, LLC 145 West 45th Street, 10th Floor New York, NY 10036 | National Registered Agents, Inc. Registered Agent for Sunset Mall SPE, LP 160 Greentree Dr, Ste. 101 Dover, DE 19904 | Sunset Mall SPE, LP c/o Jones Lang LaSalle Management Services, Inc. 3344 Peachtree Road NE, Ste. 1200 Atlanta, GA 30326 | Sunset Mall SPE, LP Attn: General Manager 4001 Sunset Drive, Ste. 1182 San Angelo, TX 76904 | $5,194.81 | 2/17 Rent |
| 174 | CBL | 6155 Eastex Freeway, Space 266 Beaumont, TX 77706-6797 | Parkdale Mall CMBS, LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Parkdale Mall CMBS, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $15,330.94 | 2/17 Rent |
| 176 | Simon | 4511 N. Midkiff Drive #E03 Midland, TX 79705 | Midland Park Mall, L.P. c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Midland Park Mall, L.P. 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | | ($151.25) | 2016 ReTax Adj; 1/17 Rent Adj |
| 177 | Simon | Firewheel Town Center, 255 Cedar Sage Dr. Garland, TX 75040 | Simon Property Group (Texas), L.P. c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | CT Corporation System Registered for Simon Property Group (Texas), L.P. 1999 Bryan St, Ste. 900 Dallas, TX 75201-3136 | | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909  Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St. Indianapolis, IN 46204 | $0.00 | |
| 178 | Simon | 4601 S Broadway Ave Tyler, TX 75703 | Simon Property Group (Texas), L.P. c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | CT Corporation System Registered for Simon Property Group (Texas), L.P. 1999 Bryan St, Ste. 900 Dallas, TX 75201-3136 | | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909  Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St. Indianapolis, IN 46204 | $0.00 | |
| 179 | WPG | 3500 McCann Rd Longview, TX 75605 | Mall at Longview, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | CT Corporation System Registered Agent for Mall at Longview, LLC 150 West Market Street, Ste. 800 Indianapolis, IN 46204 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $6,511.32 | 2/17 Rent |
| 181 | CBL | 223 Monroeville Mall Monroeville, PA 15146 | CBL/Monroeville, L.P. CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for CBL & Associates Management, Inc. 2711 Centerville Rd, Ste. 400 Chattanooga, TN 37421-6000 | | | $6,629.53 | 2/17 Rent |

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

## Schedules F & G
Store Listings and Landlords

| Store No. | Landlord Group | Leased Premises | Landlord Name and Address | Registered Agent and Address | Notice Address | Additional Notice | Prepetition Debt Amount | Description of Prepetition Debt |
|---|---|---|---|---|---|---|---|---|
| 183 | WPG | 100 Grand Central Mall, Parkersburg, WV 26105 | Grand Central Parkersburg LLC Attn: General Counsel 180 East Broad St., 21st Floor Columbus, OH 43215 | The Corporation Trust Company Registered Agent for Grand Central Parkersburg LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $8,830.33 | 2/17 Rent; 1/17-2/17 Elec |
| 184 | WPG | 9317 Mall Road, Space #317 Morgantown, WV 26501 | Morgantown Mall Associates Limited Partnership Attn: General Counsel 180 East Broad Street, 21st Floor Columbus, OH 43215 | CT Corporation System Registered Agent for Morgantown Mall Associates Limited Partnership 1300 East Ninth Street Cleveland, OH 44114 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $14,038.23 | 2/17 Rent |
| 185 | Wilmorite Management Group, LLC | 701 Miracle Mile Drive Rochester, NY 14623 | The Marketplace Attn: General Counsel 1265 Scottsville Road Rochester, NY 14624 | | | | $5,575.00 | 2/17 Rent; 2016 Water Adj |
| 190 | J Herzog | 4125 West Garriot Road I-F-2 Enid, OK 73703-4816 | Oakwood Mall 2001, LLC Attn: Mall Manager 4125 West Owen K Garriott Rd, Ste 2000 Enid, OK 73703 | Martin H. Herzog Registered Agent for Oakwood Mall 2001, LLC 1720 S Bellaire St., Ste. 1209 Denver, CO 80222-4336 | | | $3,242.68 | 2/17 Rent |
| 195 | | 1901 NW Expressway, Suite 2006A     Oklahoma City, OK 73118 | Penn Square Mall, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Penn Square Mall, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | | $267.81 | 2016 ReTax Adj |
| 199 | Simon | 7021 South Memorial Drive, Suite 221 Tulsa, OK 74133 | Woodland Hills Mall, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Woodland Hills Mall, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909

Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St. Indianapolis, IN 46204 | $9,505.23 | 2/17 Rent; 2016 ReTax adj; 8/15-12/16 Elec Adj |
| 202 | Simon | 2501 West Wabash Ave., Space E-11 Springfield, IL 62704 | Mall at White Oaks, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Mall at White Oaks, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909

Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St. Indianapolis, IN 46204 | $9,401.93 | 2/17 Rent |
| 203 | WPG | 2200 W War Memorial Dr, Space DL07 Peoria, IL 61613 | Northwoods Shopping Center, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | CT Corporation System Registered Agent for Northwoods Shopping Center, LLC 150 West Market Street, Ste. 800 Indianapolis, IN 46204 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $8,342.97 | 2/17 Rent |
| 207 | CBL | Brookfield Square, 95 N. Moorland Rd Space #D2 Brookfield, WI 53005 | Brookfield Square Joint Venture CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421 | Brookfield Square Joint Venture Registered Agent 2030 Hamilton Place Boulevard CBL Center, Ste. 500 Chattanooga, TN 37421 | | | $5,833.33 | 2/17 Rent |
| 209 | Rouse Properties | 3000 East Highland, Suite 602 Jonesboro, AR 72401 | RPI Turtle Creek Mall, LLC Attn: General Counsel 1114 Ave of the Americas, Ste. 2800 New York, NY 10036 | Corporation Service Company Registered Agent for RPI Turtle Creek Mall, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | PO Box 643614 Cincinnati, OH 45264-3614 | RPI Turtle Creek Mall, LLC Attn: General Manager 3000E Highland Dr, #200 Jonesboro, GA 72401 | $10,001.51 | 2/17 Rent; 2015 ReTax/Ins Adj |
| 210 | Jones Lang LaSalle | 5111 Rogers Ave. Row 40A Fort Smith, AR 72903-2033 | Fort Smith Mall LLC c/o Gregory Greenfield & Associates Attn: Asset Manager/ Central Mall (Fort Smith) 124 Johnson Ferry Rd Atlanta, GA 30328 | The Corporation Trust Company Registered Agent for Fort Smith Mall LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | Jones Lang LaSalle Americas, Inc Attn: Counsel - Central Mall (Fort Smith) 3344 Peachtree Road, NE, Ste. 1200 Atlanta, GA 30326 | | $11,299.31 | 2/17 Rent |
| 212 | WPG | 2625 Northtown Drive, Space H-20 Blaine, MN 55434 | Glimcher Northtown Venture, LLC 180 East Broad Street, 21st Floor Columbus, OH 43215 | REJECTED SERVICES OF PROCESS (Not on their records.) The Corporation Trust Company Registered Agent for Glimcher Northtown Venture, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $14,019.07 | 1/17 Elec; 2/17 Rent |
| 213 | CBL | 1178 Burnsville Center, Space 1080 Burnsville, MN 55306 | Burnsville Center SPE, LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Burnsville Center SPE, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $6,400.28 | 2/17 Rent |

9

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

### Schedules F & G
Store Listings and Landlords

| Store No. | Landlord Group | Leased Premises | Landlord Name and Address | Registered Agent and Address | Notice Address | Additional Notice | Prepetition Debt Amount | Description of Prepetition Debt |
|---|---|---|---|---|---|---|---|---|
| 214 | Dial | 2918 Vine Street, Space 270 Hays, KS 67601 | Hays Mall, L.L.C., successor in interest to Warmack-Rogers Avenue Limited Partnership Warmack-Rogers Avenue Limited Partnership c/o Warmack and Company, LLC 650 Central Mall Texarkana, TX 75503-2497 | Hays Mall, LLC Registered Agent 2918 Vine Street Hays, KS 67601 | Hays Mall, LLC Asset Manager 11506 Nicholas Street, Ste 100 Omaha, NE 68154 | | $6,028.63 | 2/17 Rent; 11/16-1/17 Rent Adj |
| 217 | GGP | 410 Four Seasons Blvd, Space #146 Greensboro, NC 27427 | GGP-Four Seasons L.L.C. Attn: Law/Lease Administration Dept c/o Four Seasons Town Centre 110 N Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for GGP-Four Seasons L.L.C. 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Four Seasons Town Centre Attn: General Manager 410 Four Seasons Blvd Greensboro, NC 27427 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $8,151.08 | 2/17 Rent; 1/17 HVAC Adj; 9/16 Adj |
| 218 | CBL | Asheville Mall, 3 S Tunnel Road Asheville, NC 28805 | Asheville Mall CMBS, LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Asheville Mall CMBS, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $4,958.33 | 2/17 Rent |
| 219 | CBL | Hanes Mall, 3320 Silas Creek Parkway Winston-Salem, NC 27103 | JG Winston-Salem, LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for JG Winston-Salem, LLC 50 West Broad Street, Ste. 1330 Columbus, OH 43215 | | | $8,496.08 | 2/17 Rent; 10/16-2/17 Wtr/Swr |
| 220 | GGP | 658 Apache Mall Space 220 Rochester, MN 55902 | Apache Mall, LLC Attn: Law/Lease Administration Department c/o Apache Mall 110 N Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for Apache Mall, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Apache Mall Attn: General Manager 333 Apache Mall, Ste. 333 Rochester, MN 55902 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $22,684.06 | 2/17 Rent & YE adj CAM/Retax/Elec |
| 221 | GGP | 3301 144th St. S., Suite 1025 Omaha, NE 68144 | Oak View Mall L.L.C. Attn: Law/Lease Administrative Dept c/o Oak View Mall 110 N Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for Oak View Mall L.L.C. 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Oak View Mall Attn: General Manager 3001 South 144th St, Ste. 2029 Omaha, NE 68144 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $10,017.80 | 2/17 Rent |
| 223 | Birchwood Mall, LLC | 4350 24th Ave Fort Gratiot, MI 48059 | Birchwood Mall, LLC ATTN: General Counsel 1114 Avenue of the Americas, Suite 2800 New York, NY 10036 | CSC-Lawyers Incorporating Service (Company) 601 Abbot Road East Lansing, MI 48823 | | Birchwood Mall ATTN: General Manager 4350 24th Avenue PO Box 4350 Fort Gratiot, MI 48059 | $4,200.52 | 2/17 Rent |
| 226 | WPG | 2033 Maplewood Mall Dr Maplewood, MN 55109 | Maplewood Mall, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | CT Corporation System Registered Agent for Maplewood Mall, LLC 150 West Market Street, Ste. 800 Indianapolis, IN 46204 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $12,379.93 | 2/17 Rent |
| 230 | Simon | 2825 Glenstone Avenue E04C Springfield, MO 65804-3723 | Battlefield Mall, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Battlefield Mall, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909  Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St. Indianapolis, IN 46204 | $15,403.42 | 2/17 Rent; 2016 ReTax Adj |
| 232 | GGP | Columbia Mall, 2300 Bernadette Dr, Ste. #318 Columbia, MO 65203 | Columbia Mall L.L.C. Attn: Law/Lease Administrative Dept c/o Columbia Mall (MO) 110 N Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for Columbia Mall L.L.C. 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Columbia Mall (MO) Attn: General Manager 2300 Bernadette Dr. Columbia, MO 65203 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $6,667.50 | 2/17 Rent; 1/17 rent credit; 10/16 Const util; 2016 Retax adj |
| 233 | MD Management, Inc. | 3702 Frederick Ave #22 St. Joseph, MO 64506 | Belt Highway, L.P. Law Department c/o M.D. Management, Inc 5201 Johnson Drive, Ste. 411 Mission, KS 66205 | The Corporation Trust Company Registered Agent for Belt Highway, L.P. 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | East Hills Mall c/o Management Office 3702 Frederick Blvd St. Joseph, MO 64506 | | $6,602.77 | 2/17 Merchant Dues; 2/17 Rent |
| 234 | CBL | 1010 Mid Rivers Mall St. Peters, MO 63376 | Mid Rivers Mall, LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Mid River Mall CMBS, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $4,770.25 | 2/17 Rent |
| 235 | CBL | South County Center, 415 S County Center Way St. Louis, MO 63129 | South County Shoppingtown LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for South County Shoppingtown LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $10,794.70 | 2/17 Rent |
| 236 | CBL | 101 North Range Line Space 230 Joplin, MO 64801 | Northpark Mall/Joplin, LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Northpark Mall/Joplin, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $12,711.74 | 2/17 Rent |

10

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

**Schedules F & G**
Store Listings and Landlords

| Store No. | Landlord Group | Leased Premises | Landlord Name and Address | Registered Agent and Address | Notice Address | Additional Notice | Prepetition Debt Amount | Description of Prepetition Debt |
|---|---|---|---|---|---|---|---|---|
| 244 | Lexington Realty International, LLC | 1110 N Quincy Ave Box 18, Space #2 Ottumwa, IA 52501 | Quincy Place Holdings LLC c/o GJ Realty 49 West 37th St, 9th Floor New York, NY 10018-6257 | Registered Agent Solutions, Inc. Registered Agent for Quincy Place Holdings LLC 1679 S Dupont Hwy, Ste. 100 Dover, DE 19901 | Quincy Place Holdings, LLC c/o Lexington Realty 911 East County Line Rd, Ste 203 Lakewood, NJ 08701 | | $3,726.11 | 2/17 Rent |
| 245 | Watson Centers Inc. | West Des Moines, IA | Valley West Mall, LLC 3100 West Lake St. Ste. 420 Minneapolis, MN 55416-4599 | National Registered Agents, Inc. Registered Agent for Valley West Mall, LLC 160 Greentree Dr., Ste. 101 Dover, DE 19904 | | | $7,633.33 | 2/17 Rent |
| 249 | CBL | Independence Center 18813 East 39th St S #2048 Independence (Overland Park), KS 64057 | Oak Park Mall, LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Oak Park Mall, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $0.00 | |
| 250 | Garden City Plaza LLC | 2214 E Kansas Ave Garden City, KS 67846 | Garden City Plaza, LLC The RBS Group LLC PO Box 540523 Omaha, NE 68154 | Hays Mall LLC Registered Agent for Garden City Plaza, LLC 2918 Vine St Hays, KS 67601 | | | $4,849.13 | 2/17 Rent |
| 251 | Urban Retail Properties | 2259 South 9th Street, #26 Salina, KS 67401-7313 | Central Mall Realty Holding, LLC 1010 Northern Blvd, Suite 212 Great Neck, NY 11021 Overland Park, KS 66210 | DSD Service Corporation Registered Agent for Central Mall Realty Holding, LLC 11040 Oakmont Overland Park, KS 66210 | | | $7,719.11 | 2/17 Rent |
| 254 | Urban Retail Properties | 100 Manhattan Town Center, Space 685 Manhattan, KS 66502 | Urbancal Manhattan Town Center, LLC Attn: Chief Executive Officer 111 East Wacker Dr., Ste. 2400 Chicago, IL 60601 | The Corporation Trust Company Registered Agent for Urbancal Manhattan Town Center, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | Manhattan Town Center Attn: Property Manager 100 Manhattan Town Center Manhattan, KS 66502 | | $11,886.89 | 2/17 Rent |
| 255 | WPG | 1801 SW Wanamaker Rd Topeka, KS 66604 | West Ridge Mall, LLC c/o M.S. Management Associates Inc. 225 West Washington St Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for West Ridge Mall, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $8,034.18 | 2/17 Rent |
| 271 | CBL | 3401 South Highway 41, Space J-7 Terra Haute, IN 47802 | Honey Creek Mall, LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Honey Creek Mall, LLC 135 North Pennsylvania St, Ste, 1610 Indianapolis, IN 46204 | | Caleb T. Holzaepfel Husch Blackwell LLP 736 Georgia Ave., Suite 300 Chattanooga, TN 37402-2059 | $15,739.89 | 2/17 Rent; 10/16-12/16 % Rent |
| 272 | Simon | 2415 Sagamore Pkwy S, Space #C01 Lafayette, IN 47905-5124 | Simon Property Group, L.P. c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | REJECTED SERVICE OF PROCESS (Not the registered agent) Corporation Service Company Registered Agent for Simon Property Group, LP 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909

Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St. Indianapolis, IN 46204 | $13,641.23 | 2/17 Rent; 1/17 % Rent; 2/17 Trash Adj |
| 275 | Cafaro | 2121 N. Monroe St, Space #565 Monroe, MI 48162 | Frenchtown Square Partnership 2445 Belmont Ave PO Box 2186 Youngstown, OH 44504-0186 | Frenchtown Square Partnership Registered Agent 5577 Youngstown-Warren Rd Niles, OH 44446 | | Richard T. Davis The Cafaro Company 5577 Youngstown-Warren Rd. Niles, OH 44446 | $27,207.26 | 2/17 Rent; 1/17-2/17 % Rent; 1/17 Security |
| 276 | Spinoso Real Estate Group | 3365 South Linden Road, Space 570 Flint, MI 48507 | LSREF3 Spartan (Genesee), LLC Attention Asset Manager 2711 N. Haskell Ave, Ste. 1700 Dallas, TX 75204 | The Corporation Trust Company Registered Agent for LSREF3 Spartan (Genesee), LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | Hudson Americas LLC Attn: Legal Dept. 2711 N Haskell Ave, Ste. 1800 Dallas, TX 75204 | Spinoso Real Estate Group 100 Northern Concourse North Syracuse, NY 13212

Genesee Valley Center G-3341 South Linden Road Flint, MI 48507 | $10,288.11 | 1/17-2/17 % Rent; 1/17-2/17 Swr/Wtr/Elec/HVAC |
| 277 | Farbman | 6800 Eastman Ave E552 Midland, MI-48642 | Midland Mall LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Midland Mall LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $7,757.44 | 1/17-2/17 % Rent; 1/17 Elec |
| 285 | CBL | South County Center 18 South County Center Way Mehlville, MO 63129 | South County Shoppingtown, LLC CBL & Associates Management, Inc. CBL Center, Suite 500 2030 Hamilton Place Boulevard Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for South County Shoppingtown LLC 2711 Centerville Road, Suite 400 Wilmington, DE 19808 | | | $0.00 | |
| 286 | WPG | Southdale Center 10 Southdale Center Edina, MN 55435 | Southdale Center, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Southdale Center, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $0.00 | |

11

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

**Schedules F & G**

Store Listings and Landlords

| Store No. | Landlord Group | Leased Premises | Landlord Name and Address | Registered Agent and Address | Notice Address | Additional Notice | Prepetition Debt Amount | Description of Prepetition Debt |
|---|---|---|---|---|---|---|---|---|
| 287 | Simon | Barton Creek Square 2901 S Capital of Texas Hwy Austin, TX 78746 | Simon Property Group (Texas) , L.P. c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | | | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909<br><br>Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St. Indianapolis, IN 46204 | $0.00 | |
| 288 | WPG | Penn Square Mall 1901 Northwest Expressway Oklahoma City, OK 73118 | Penn Square Mall, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Penn Square Mall, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $0.00 | |
| 297 | Barrier Lake Investments, LLC | E-Commerce, ND | Vanity, Inc. 1001 N 25th St Fargo, ND 58102 | CT Corporation System Registered Agent for Vanity, Inc. 314 E Thayer Ave Bismarck, ND 58501-4018 | | | $3,142.36 | Real Estate Taxes for 1/2 year |
| | | | | | | | $1,332,783.47 | |

12