IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA (FARGO)

**FILED**
at /2 O'clock & /2 min A m
APR 03 2017
Clerk
United States Bankruptcy Court
District of North Dakota

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ) | |
| VANITY SHOP OF GRAND FORKS, ) | |
| INC., DBA VANITY, ) | Case No. BK: 17-30112 |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW the Oklahoma County Treasurer a creditor herein, and enters it appearance herein and request that all notices, pleadings or other documents filed herein be sent to its representatives at the following address:

>Tammy Jones, Pro Se
>Oklahoma County Treasurer
>320 Robert S. Kerr, Room 307
>Oklahoma City, Okla. 73102
>(405)-713-1324
>tammy.jones@oklahomacounty.org

Dated: MARCH 28, 2017

Respectfully submitted,

OKLAHOMA COUNTY TREASURER
By:

*/s/ Tammy Jones*
Tammy Jones, Pro Se
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, Okla. 73102
(405)-713-1324
tammy.jones@oklahomacounty.org

## CERTIFICATE OF SERVICE

I hereby certify that on the ___28TH___ day of ___MARCH___, 2017 a true and correct copy of the above and foregoing was mailed, postage prepaid, to the following:

JON R. BRAKKE
VOGEL LAW FIRM
P.O. BOX 1389
FARGO, ND 58107-1389

CAREN W. STANLEY
VOGEL LAW FIRM
P.O. BOX 1389
FARGO, ND 58107-1389

ROBERT B. RASCHKE
ASSISTANT U.S. TRUSTEE
SUITE 1015 U.S. COURTHOUSE
MINNEAPOLIS, MN 55415

GCP LIMITED PARTNERSHIP
ATTN: JULIE MINNICK BOWDEN
ACTING CHAIRPERSON
110 N. WALKER DRIVE
CHICAGO, IL 60606

WASHINGTON PRIME GROUP, INC.
ATTN: STEPHEN E. IFEDUBA
180 W. BROAD STREET
COLUMBUS, OH 43215

SIMON PROPERTY GROUP, INC.
ATTN: RONALD M. TUCKER
225 W. WASHINGTO ST.
INDIANAPOLIS, IN 46204

CAVALINI, INC.
ATTN: HAIM BAHARI
1536 S. ALAMEDA ST.
LOS ANGELES, CA 90021

ANFIELD APPAREL GROUP, INC.
ATTN: ANGELA YU
20851 CURRIER RD.
CITY OF INDUSTRY, CA 91789

U.S. BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA
655 1ST AVE. NORTH, STE 210
FARGO, ND 58102

*Tammy Jones* (signature)