UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re

VANITY SHOP OF GRAND FORKS, INC.,

                Debtor.

Chapter 11

Case No. 17-30112

## REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Oracle America, Inc., successor-in-interest to Oracle USA, Inc. ("Oracle"), hereby requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, be given and served upon:

        Shawn M. Christianson, Esq.
        Buchalter, A Professional Corporation
        55 Second Street, 17th Floor
        San Francisco, California  94105-3493
        Telephone:    (415) 227-0900
        Facsimile:     (415) 227-0770
        schristianson@buchalter.com

Neither this Request for Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Oracle's: (i) right(s) to have all core matters subject to Article III jurisdiction heard and decided by a district judge; (ii) right(s) to have final orders in non-core matters entered only after de novo review by a district judge; (iii) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iv) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (v) other rights, claims, actions, defenses, setoffs or

-1-

recoupments to which Oracle is, or may be, entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

BUCHALTER, A Professional Corporation

Dated: April 5, 2017

By: __/s/ Shawn M. Christianson_____
Shawn M. Christianson, Esq.
55 Second Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 227-0900
Facsimile: (415) 227-0770

Attorneys for Oracle America, Inc.

**In re: Vanity Shop**
**Case No. 17-30112**

## CERTIFICATE OF SERVICE

    I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is at Buchalter, A Professional Corporation, 55 Second Street, 17th Floor, San Francisco, California 94105.

    On **April 5, 2017**, I served the foregoing document described as:

### REQUEST FOR NOTICE

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope or package as follows:

Ellie J Barragry on behalf of Creditor Committee Official Committee of Unsecured Creditors
ebarragry@foxrothschild.com, jaanderson@foxrothschild.com

L. John Bird on behalf of Creditor Committee Official Committee of Unsecured Creditors
lbird@foxrothschild.com

Robert A Boghosian on behalf of Consultant Tiger Capital Group, LLC
rboghosian@ctswlaw.com

Jon R. Brakke on behalf of Debtor Vanity Shop of Grand Forks, Inc.
jbrakke@vogellaw.com,
jnona@vogellaw.com;parmstrong@vogellaw.com;sthompson@vogellaw.com

Dustin P Branch on behalf of Creditor Centennial Real Estate Company
branchd@ballardspahr.com, carolod@ballardspahr.com

Dustin P Branch on behalf of Creditor ST Mall Owner, LLC
branchd@ballardspahr.com, carolod@ballardspahr.com

Dustin P Branch on behalf of Creditor Southgate Mall Associates, LLP
branchd@ballardspahr.com, carolod@ballardspahr.com

Dustin P Branch on behalf of Creditor Starwood Retail Partners, LLC
branchd@ballardspahr.com, carolod@ballardspahr.com

Dustin P Branch on behalf of Creditor The Macerich Company
branchd@ballardspahr.com, carolod@ballardspahr.com

Andrew S Conway on behalf of Creditor Taubman Landlords

Aconway@taubman.com

Richard T Davis on behalf of Creditor Governor's Square Company, dba Governor's Square Mall, Kennedy Mall, Ltd., dba Kennedy Mall, Frenchtown Square Partnership, dba The Mall of Monroe, Ohio Valley Mall Company, dba Ohio Valley
rdavis@cafarocompany.com

Steven R Fox on behalf of Creditor Anfield Apparel Group, Inc.
srfox@foxlaw.com

Steven A Ginther on behalf of Creditor Missouri Department of Revenue
Steve.Ginther@dor.mo.gov

Ivan M Gold on behalf of Creditor GGP Limited Partnership
igold@allenmatkins.com

Ronald E Gold on behalf of Creditor Washington Prime Group Inc.
rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com

Jeffrey E Krumpe on behalf of Creditor Quincy Mall, Inc., an Ohio corporation
Jeffrey.krumpe@mhtlaw.com

Mette H Kurth on behalf of Creditor Committee Official Committee of Unsecured Creditors
mkurth@foxrothschild.com, msteen@foxrothschild.com

Jeffrey D Kurtzman on behalf of Creditor PREIT Services, LLC as agent for PR Valley View Limited Partnership
kurtzman@kurtzmansteady.com

Kurtzman Carson Consultants LLC
anguyen@kccllc.com, ecfpleadings@kccllc.com

Paul J Labov on behalf of Creditor Committee Official Committee of Unsecured Creditors
plabov@foxrothschild.com

Robert L LeHane on behalf of Creditor Gregory Greenfield & Associates, Ltd.
KDWbankruptcydepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L LeHane on behalf of Creditor Rouse Properties
KDWbankruptcydepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

BN 28339769V1

Thor McLaughlin on behalf of Creditor GGP Limited Partnership
tmclaughlin@allenmatkins.com

Roger J. Minch on behalf of Interested Party Blue Cross Blue Shield of North Dakota
rminch@serklandlaw.com, snewberger@serklandlaw.com

Laura Monroe on behalf of Creditor Lubbock Central Appraisal District
lmbkr@pbfcm.com

Robert B. Raschke
USTPRegion12.SX.ECF@usdoj.gov

Alexander G Rheaume on behalf of Creditor Wells Fargo Bank, National Association
arheaume@riemerlaw.com

Donald E Rothman on behalf of Creditor Wells Fargo Bank, National Association
drothman@riemerlaw.com

Brad A. Sinclair on behalf of Consultant Tiger Capital Group, LLC
brad@kaler-doeling.com, sherry@kaler-doeling.com

Brad A. Sinclair on behalf of Creditor TGC, L.P.
brad@kaler-doeling.com, sherry@kaler-doeling.com

Caren W. Stanley on behalf of Debtor Vanity Shop of Grand Forks, Inc.
cstanley@vogellaw.com, jnona@vogellaw.com;parmstrong@vogellaw.com;sthompson@vogellaw.com;ldanielson@vogellaw.com

Michael M. Thomas on behalf of Creditor Wells Fargo Bank, National Association
mthomas@conmylaw.com, cgronwold@conmylaw.com

Ronald M Tucker on behalf of Creditor Simon Property Group, Inc
rtucker@simon.com

Elizabeth Weller on behalf of Creditor Gregg county
bethw@lgbs.com

Elizabeth Weller on behalf of Creditor Tarrant County
bethw@lgbs.com

Sarah J. Wencil on behalf of U.S. Trustee Robert B. Raschke
sarah.j.wencil@usdoj.gov

BN 28339769V1

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING:** The foregoing documents will be served by the court via email and hyperlink to the document. On **April 5, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the persons listed above are on the Electronic Mail Notice List to receive email notice/service for this case at the email addresses stated above.

Oklahoma County Treasurer
Attn: Tammy Jones
320 Robert S. Kerr, Room 307
Oklahoma City, OK 73102


**[ X]**     (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices.

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

  Executed on **April 5, 2017**, at San Francisco, California.



  Hallina Pohyar        /s/ Hallina Pohyar

-6-

BN 28339769V1