B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of North Dakota

In re Vanity Shop of Grand Forks, Inc. , Case No. 17-30112

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

B.E. Capital Management Fund LP
Name of Transferee

Name and Address where notices to transferee should be sent:
205 East 42nd Street, 14th Floor
New York, NY 10017

Phone: 917-310-1206
Last Four Digits of Acct #: ______________

Name and Address where transferee payments should be sent (if different from above):

Phone: ______________
Last Four Digits of Acct #: ______________

Joe Benbasset Inc.
Name of Transferor

Court Claim # (if known): priority portion of scheduled claim
Amount of Claim: $8,385.00
Date Claim Filed: priority portion of scheduled claim

Phone: 212-594-8440
Last Four Digits of Acct. #: ______________

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Thomas Braziel
Transferee/Transferee's Agent

Date: 04/13/2017

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# PARTIAL TRANSFER OF CLAIM
**(Federal Rule of Bankruptcy Procedure 3001(e)(1))**

TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, **Joe Benbasset Inc.** ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to B.E. Capital Management Fund LP ("Purchaser") all of Seller's right, title, and interest in and to priority claim under 11 U.S.C. § 503(b)(9) (the "Priority Claim") related to **Invoice Numbers 61119 and 61120** included in the scheduled claim against **Vanity Shop of Grand Forks, Inc.** (the "Debtor") in *In re Vanity Shop of Grand Forks, Inc.* (Case No. 17-30112) in the amount of **$8,385.00** pending in the United States Bankruptcy Court for the District of North Dakota (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on April 7, 2017.

**Joe Benbasset Inc.**

By: corey benbasset
corey benbasset (Apr 7, 2017)

Name: Corey Benbasset

Title: EVP Joe Benbasset Inc

# Joe Benasset_Contract_04 07 1 7

Adobe Sign Document History 04/13/2017

| | |
|---|---|
| Created: | 04/07/2017 |
| By: | Thomas Braziel (thomas@becapitalmanagement.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAiUwZnOVXS9PWh3HS3rgs6b366ymxRAum |

## "Joe Benasset_Contract_04 07 17" History

Document uploaded by Thomas Braziel (thomas@becapitalmanagement.com) from Acrobat
04/07/2017 - 1:20:00 PM PDT- IP address: 63.119.182.163

Document emailed to corey benbasset (cbenbasset@joebenbasset.com) for signature
04/07/2017 - 1:20:01 PM PDT

Document viewed by corey benbasset (cbenbasset@joebenbasset.com)
04/07/2017 - 1:21:22 PM PDT- IP address: 207.86.128.35

Document e-signed by corey benbasset (cbenbasset@joebenbasset.com)
Signature Date: 04/07/2017 - 1:22:25 PM PDT - Time Source: server- IP address: 207.86.128.35

Document emailed to Thomas Braziel (thomas@becapitalmanagement.com) for signature
04/07/2017 - 1:22:26 PM PDT

Document viewed by Thomas Braziel (thomas@becapitalmanagement.com)
04/07/2017 - 1:30:34 PM PDT- IP address: 63.119.182.163

Document e-signed by Thomas Braziel (thomas@becapitalmanagement.com)
Signature Date: 04/07/2017 - 1:31:29 PM PDT - Time Source: server- IP address: 63.119.182.163

Signed document emailed to corey benbasset (cbenbasset@joebenbasset.com) and Thomas Braziel (thomas@becapitalmanagement.com)
04/07/2017 - 1:31:29 PM PDT

Debtor **Vanity Shop of Grand Forks, Inc.** Case number (if known) **17-30112**
Name

3.298 **Nonpriority creditor's name and mailing address**
**JIANGSU SAINTY GLORIOUS**
**5TH FLOOR, BUILDING #A**
**#21 SOFTWEAR AVE, YUHUA DISTRICT**
**NANJING, CHINA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$89,992.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** MERCHANDISE
Is the claim subject to offset? ■ No ☐ Yes

3.299 **Nonpriority creditor's name and mailing address**
**JOC INTERNATIONAL LTD**
**ROOM 209**
**8 SOUTH LIYUAN ROAD**
**JANGNING DISTRICT**
**NANJING, CHINA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** MERCHANDISE
Is the claim subject to offset? ■ No ☐ Yes

3.300 **Nonpriority creditor's name and mailing address**
**JODI KRISTOPHER, LLC**
**5910 CORVETTE STREET**
**COMMERCE, CA 90040**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$31,441.97**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** MERCHANDISE
Is the claim subject to offset? ■ No ☐ Yes

3.301 **Nonpriority creditor's name and mailing address**
**JOE BENBASSET**
**213 W. 35TH ST.**
**NEW YORK, NY 10001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$24,204.97**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** MERCHANDISE
Is the claim subject to offset? ■ No ☐ Yes

3.302 **Nonpriority creditor's name and mailing address**
**JOHN'S GREAT AMERICAN**
**WINDOW CLEANING CO.**
**PO BOX 155**
**WHITELAND, IN 46184**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$44.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** WINDOW WASHING
Is the claim subject to offset? ■ No ☐ Yes

3.303 **Nonpriority creditor's name and mailing address**
**JOHN'S HEATING & A/C**
**1423 COLLEGE WAY**
**FERGUS FALLS, MN 56537**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$211.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** REPAIRS & MTCE
Is the claim subject to offset? ■ No ☐ Yes

3.304 **Nonpriority creditor's name and mailing address**
**JOHNSON CITY POWER BOARD**
**PO BOX 2058**
**JOHNSON CITY, TN 37605**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$589.51**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** UTILITIES
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Joe Benbasset Inc.
213 W 35TH ST
NEW YORK, NY 10001 UNITED STATES

| INVOICE | |
|---|---|
| DATE | NUMBER |
| 02/07/17 | 61119 |

| SHIP TO | BILL TO | REMIT TO |
|---|---|---|
| Vanity Shop of Grand Fork<br>VANITY SHOP OF GRAND FORKS<br>1001 25TH STREET N.<br>FARGO, ND 58102 US | Vanity Shop of Grand Fork<br>Vanity Shop Accounts Payable<br>P.O. BOx 547<br>FARGO, ND 58107 US | Joe Benbasset Inc.<br>213 W 35TH ST<br>NEW YORK, NY 10001 US<br>(212) 594-8440 |

| STORE # | DEPT # | CUST. P.O. # | ACCT. NO. | REG. NO. | ORDER NO. | PICK NO. | SLSP | TERMS: | SHIPPED VIA | F.O.B. |
|---|---|---|---|---|---|---|---|---|---|---|
| DC 1 | 11 | 241968 | VANITY | 4704 | 52117 | 62666 | KB | 2% Net 60 | FEDEX FREIGHT PRIORITY | ADS |

Style: W832054 zippered ankle pant — Color: BK/WH Black/White — Label: VANITY — Dm/Pk: — Customer SKU

| | XXS | XS | S | M | L | XL | XXL | | | | | Tot Units | Price | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals by Size | | | 16 | 32 | 32 | 16 | | | | | | 96 | 10.25 | 984.00 |

Style: 9202054 zippered ankle pant — Color: BLACK Black — Label: VANITY — Dm/Pk: — Customer SKU

| | XXS | XS | S | M | L | XL | XXL | | | | | Tot Units | Price | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals by Size | | | 18 | 36 | 36 | 18 | | | | | | 108 | 9.50 | 1,026.00 |

| Page Sub Totals | Units | Merchandise |
|---|---|---|
| | 204 | 2,010.00 |

| Total Units | | | |
|---|---|---|---|
| 204 | | Sub Total | 2,010.00 |
| | | Disc. Amount | |
| | | Freight/Ins. | |
| 4 | 204.000 | Total | 2,010.00 |
| # CTNS | WEIGHT | | |

03/31/17 03:14:34 PM

Joe Benbasset Inc.
213 W 35TH ST
NEW YORK, NY 10001 UNITED STATES

| INVOICE | |
|---|---|
| DATE | NUMBER |
| 02/07/17 | 61120 |

| SHIP TO | BILL TO | REMIT TO |
|---|---|---|
| Vanity Shop of Grand Fork<br>VANITY SHOP OF GRAND FORKS<br>1001 25TH STREET N.<br>FARGO, ND 58102 US | Vanity Shop of Grand Fork<br>Vanity Shop Accounts Payable<br>P.O. BOx 547<br>FARGO, ND 58107 US | Joe Benbasset Inc.<br>213 W 35TH ST<br>NEW YORK, NY 10001 US<br>(212) 594-8440 |

| STORE # | DEPT # | CUST. P.O. # | ACCT. NO. | REG. NO. | ORDER NO. | PICK NO. | SLSP | TERMS: | SHIPPED VIA | F.O.B. |
|---|---|---|---|---|---|---|---|---|---|---|
| DC 1 | 10 | 241991 | VANITY | 4846 | 56117 | 62532 | KB | 2% Net 60 | FEDEX FREIGHT PRIORITY | ADS |

Style: 9206854 pull on 3 button pant — Color: CHAR Charcoal — Label: VANITY Dm/Pk: — Customer SKU

| | XXS | XS | S | M | L | XL | XXL | | | | | Tot Units | Price | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals by Size | | | 46 | 92 | 92 | 46 | | | | | | 276 | 8.50 | 2,346.00 |

Style: 9206854 pull on 3 button pant — Color: BLACK Black — Label: VANITY Dm/Pk: — Customer SKU

| | XXS | XS | S | M | L | XL | XXL | | | | | Tot Units | Price | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals by Size | | | 79 | 158 | 158 | 79 | | | | | | 474 | 8.50 | 4,029.00 |

| Page Sub Totals | Units | Merchandise |
|---|---|---|
| | 750 | 6,375.00 |

| Total Units | | | |
|---|---|---|---|
| 750 | | Sub Total | 6,375.00 |
| | | Disc. Amount | |
| | | Freight/Ins. | |
| 13 | 750.000 | Total | 6,375.00 |
| # CTNS | WEIGHT | | |

03/31/17 03:14:34 PM

**RR DONNELLEY**
RR Donnelley Logistics Services Worldwide, Inc
**D.B.A.: DLS Worldwide**
1000 Windham Pkwy. Bolingbrook, IL 60490

# Bill of Lading
**BOL Number:** FAR870104287

**SHIP FROM**

Joe Benbasset c/o ADS
9334 NW 102nd St.
Medley, FL 33178
Andrew Amaker 212-594-8440 x306 **Fax:** 212-279-2822

**Ship Date:** 02/07/2017
**Due Date:** 02/10/2017
**Carrier:** Fedex LTL Priority
**Pro Number:**

**SHIP TO**

Vanity
1001 25th St North
Fargo, ND 58102
Kevin Skalsky 701-237-3330 **Fax:** 701-235-6789

**REFERENCES**

BOL: FAR870104287
PO Number: 241968, 241991

FedEx Freight
393323806-1

**THIRD PARTY FREIGHT CHARGES BILL TO:**

DLS Worldwide
1000 Windham Parkway
Bolingbrook IL 60490

**Freight Charge Terms: 3rd Party Prepaid**

**SERVICES**

**SPECIAL INSTRUCTIONS**

PO 241968, 241991
17 cartons on 1 pallet
Questions or Issues with shipment call **866-940-6321**

| QTY | PKG | WT | HM | COMMODITY DESCRIPTION | DIMS | CLASS | NMFC# |
|---|---|---|---|---|---|---|---|
| 17 | CTN | 612lbs. | | Clothing, Garments or Apparel, NOI,in boxes,hampers, pkgs | | 92.5 | 049880-07 |
| 17 | | 612 | | **GRAND TOTAL** | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _________ per_________."

**COD Amount: $**
**Fee Terms:** **Collect** ___ **Prepaid** ___ **Check Acceptable** ___ **3rd Party** ___

**NOTE: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC 14706(c)(1)(A) and (B).**

Received, subject to the agreement between the Carrier and DLS Worldwide in effect on the date of shipment. Carrier agrees that DLS Worldwide is the sole payer of the corresponding freight bill. This Bill of Lading is not subject to any tariffs or classifications, whether individually determined of filed with any federal or state regulatory agency, except as specifically agreed to in writing by DLS Worldwide and Carrier.

**Trailer Loaded:**
__ by Shipper
__ by Driver

**Freight Counted:**
__ by Shipper
__ by Driver

**Shipper Signature/Date**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper: Rogelio Date: 2/7/17

**Carrier Signature/Pickup Date**
Carrier acknowledges receipt of packages and required four (4) placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.

Carrier: ______________ Date: ________

17 CTNS 1 Skid

alex [illegible]
2/7/17
71557
1/17

My Profile | Support | Locations |  English Search or tracking number

 Shipping | Tracking | Manage | Learn | FedEx Office ® Login

**IMPORTANT!**
**FedEx is closely monitoring the situation of the collapsed bridge on Interstate 85 in Atlanta, GA.** Learn More

# FedEx ® Tracking

## 393323806-1

Ship date:
**Tue 2/07/2017**

MEDLEY, FL US
Origin Terminal
MEDLEY, FL

**Delivered**
*Signed for by: B VALDEZ*

Actual delivery:
**Fri 2/10/2017 9:59 am**

FARGO, ND US
Destination Location
WEST FARGO, ND

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| - 2/10/2017 - Friday | | |
| 9:59 am | Delivered | FARGO, ND |
| 8:47 am | Out for delivery<br>Manifest Number 487000072563 | WEST FARGO, ND |
| 8:39 am | At local facility<br>Manifest Number 487000072563 | WEST FARGO, ND |
| 7:25 am | At local facility | WEST FARGO, ND |
| 3:33 am | In transit | ST PAUL, MN |
| - 2/09/2017 - Thursday | | |
| 8:15 pm | In transit | MAUSTON, WI |
| 8:27 am | In transit | EVANSVILLE, IN |
| 3:17 am | In transit | NASHVILLE, TN |
| - 2/08/2017 - Wednesday | | |
| 9:46 am | In transit | VALDOSTA, GA |
| 3:47 am | In transit | ORLANDO, FL |
| - 2/07/2017 - Tuesday | | |
| 8:59 pm | In transit | MEDLEY, FL |
| 8:31 pm | Shipment exception<br>Shipment weight corrected | MEDLEY, FL |
| 4:25 pm | Picked up | MEDLEY, FL |

## Shipment Facts

| | |
|---|---|
| **Tracking number** | 393323806-1 |
| **Total pieces** | 17 |
| **Terms** | Third Party |
| **Bill of lading number** | FAR70104287 |
| **Standard transit** ? | 2/10/2017 |
| **Service** | FedEx Freight Priority |
| **Total shipment weight** | 745 lbs / 337.93 kgs |
| **Purchase order number** | 241968, 241991, 241968241991 |
| **Packaging** | Skid |

 Search or tracking number

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
FedEx TechConnect
FedEx HealthCare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx Cross Border
FedEx Supply Chain

**Follow FedEx**

United States - English

FedEx Ship Manager Software
FedEx Mobile

© FedEx 1995-2017

Careers | Global Home | Site Map | fedex.com Terms of Use | Security and Privacy