Rev. 12/15

# UNITED STATES BANKRUPTCY COURT
### District of North Dakota

IN RE:

Vanity Shop of Grand Forks, Inc.

Bankruptcy No: **17-30112**
Chapter: **11**

Debtor(s)

# AMENDMENT COVER SHEET

**Schedules and Statements Amended (check all that apply):**

- [ ] Voluntary Petition (describe change) _____
- [x] Summary of Assets and Schedules and Liabilities and Certain Statistical Information
- [ ] Schedule A/B - Property
- [ ] Schedule C - The Property You Claim as Exempt
- [ ] Schedule D - Creditors Who Hold Claims Secured By Property
- [x] Schedule E/F - Creditors Who Have Unsecured Claims
- [ ] Schedule G - Executory Contracts and Unexpired Leases
- [ ] Schedule H - Codebtors
- [ ] Schedule I - Your Income
- [ ] Schedule J - Your Expenses
- [ ] Declaration Concerning Schedules
- [ ] Statement of Financial Affairs
- [ ] Attorney's Disclosure of Compensation
- [ ] Statement of Intention for Individuals Filing Under Chapter 7
- [ ] Statement of Current Monthly Income
- [ ] Other _____

**If amending schedules D or E/F, the amendment is to:**

- [x] Add new (*additional notice parties for*) creditor(s) *(Notice to Creditor(s) of Amended Schedules(s)* must be served and filed)
- [x] Correct or Delete Information   *Delete Eide Bailey as unsecured creditor*

**Describe changes made:** Add additional notice parties to Schedule F and Stores Listings and Landlords attachment.
(Examples: Added or Reclassified Creditor "X"; Add or modified exempt property "X")

## DECLARATION

I certify under penalty of perjury that the foregoing is true and correct, and that the attached amendments are true and correct.

DATED:  June 22, 2017

Signature _____

James Bennett
Debtor1

_____

Debtor2

**Fill in this information to identify the case:**

Debtor name     **Vanity Shop of Grand Forks, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF NORTH DAKOTA

Case number (if known)     **17-30112**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*.....................................................................................    $       **0.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.................................................................................    $       **11,956,195.94**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*...................................................................................    $       **11,956,195.94**

| Part 2: | Summary of Liabilities |
|---|---|

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................    $       **9,572,538.17**

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $       **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$       **7,906,724.56**

4.    **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b       $       **17,479,262.73**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name     **Vanity Shop of Grand Forks, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known)    **17-30112**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:      List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

　　☐ No. Go to Part 2.

　　■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

*Check all that apply.*

**\*EMPLOYEES
SEE ATTACHMENT:
SCHEDULE E - EMPLOYEES**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**These names are provided for notice only; it is
undetermined at this time if there will be any
prepetition claims filed by any Employees.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

■ No
☐ Yes

---

**2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

*Check all that apply.*

**Adams County
313 W. Jefferson Street
Decatur, IN 46733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**ALABAMA DEPARTMENT OF REVENUE**
**SALES AND USE TAX DIVISION**
**PO BOX 327710**
**MONTGOMERY, AL 36132-7710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**ALISON LUNDERGAN GRIMES**
**SECRETARY OF STATE**
**PO BOX 1150**
**FRANKFORT, KY 40602-1150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Allen County**
**1 E Main Street**
**Suite 102**
**Fort Wayne, IN 46802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**ALLEN COUNTY AUDITOR**
**PO BOX 1243**
**LIMA, OH 45802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.7**

Priority creditor's name and mailing address

**ARIZONA CORPORATION
COMMISSION
CORPORATIONS DIVISION
1300 WEST WASHINGTON
PHOENIX, AZ 85007-2929**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**RBOT (RETAIL BUSINESS OCCUPATION TAX) TAX**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.8**

Priority creditor's name and mailing address

**ARIZONA DEPARTMENT OF
REVENUE
ATTN: TRANSACTION PRIVILEGE
& USE TAX
PO BOX 29010
PHOENIX, AZ 85038-9010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**OH COMMERCIAL ACTIVITY TAX**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.9**

Priority creditor's name and mailing address

**Arkansas Department of Finance &
Adminis
Ledbetter Building
1816 7th St, Rm 1380
Little Rock, AR 72201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**MERCHANT LICENSE**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.10**

Priority creditor's name and mailing address

**Arkansas Department of
Workforce Service
PO Box 8007
Little Rock, AR 72203-8007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**ARKANSAS SECRETARY OF
STATE
BUSINESS & COMMERICAL
SERVICES DIVISION
1401 WEST CAPITOL AVENUE
LITTLE ROCK, AR 72201-2937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**ASHLAND, CITY OF
DEPT OF FINAN/OCC LICENSE
PO BOX 1839
ASHLAND, KY 41105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**ASHWAUBENON, VILLAGE OF
2155 HOLMGREN WAY
ASHWAUBENON, WI 54304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**AUBURN HILLS, CITY OF
1827 N SQUIRREL ROAD
AUBURN HILLS, MI 48326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Benton County**
**706 E. 5th Street**
**Fowler, IN 47944**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BENTON COUNTY TREASURER**
**5600 W CANAL DR, STE A**
**KENNEWICK, WA 99336**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Berkheimer**
**PO Box 25156**
**Lehigh Valley, PA 18002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BILLINGS, CITY OF**
**DEPT OF FINANCE**
**PO BOX 1178**
**BILLINGS, MT 59103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BONNEVILLE COUNTY**
**TAX COLLECTOR**
**605 N CAPITAL AVE**
**IDAHO FALLS, ID 83402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BOONE COUNTY**
**TOM SCHAUWECKER, ASSESSOR**
**801 E WALNUT ST RM 143**
**COLUMBIA, MO 65201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BOONE COUNTY COLLECTOR**
**BRIAN MCCOLLUM**
**801 EAST WALNUT RM 118**
**COLUMBIA, MO 65201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Boone County Fiscal Court**
**2950 Washington Street**
**PO Box 960**
**Burlington, KY 41005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | | Case number (if known) | **17-30112** |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Bowling Green, City of**
**PO Box 1410**
**Bowling Green, KY 42102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BOZEMAN , CITY OF**
**121 N ROUSE AVE**
**PO BOX 1230**
**BOZEMAN, MT 59771**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BROOKFIELD ASSESSOR, CITY OF**
**2000 N CALHOUN RD**
**BROOKFIELD, WI 53005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BROWN COUNTY TREASURER**
**305 E WALNUT ST**
**PO BOX 23600**
**GREEN BAY, WI 54305**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BUCHANAN COUNTY**
**PEGGY CAMPBELL, COLLECTOR**
**411 JULES ST SUITE 123**
**ST JOSEPH, MO 64501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BUFFALO COUNTY TREASURER**
**JEAN A. SIDWELL, TREAS.**
**P.O. BOX 1270**
**KEARNEY, NE 68848**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BUNCOMBE COUNTY TAX DEPT**
**94 COXE AVENUE**
**ASHEVILLE, NC 28801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX-CAPITAL LEASE**
**PROP**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BUTTE-SILVER BOW**
**TREASURER**
**PO BOX 611**
**BUTTE, MT 59703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-State Income Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CACHE COUNTY ASSESSOR**
**179 NORTH MAIN**
**SUITE 205**
**LOGAN, UT 84321**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **SALES & USE TAX** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Carroll County**
**114 E. Main Street Suite C**
**PO Box 175**
**Delphi, IN 46923**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll-Local Income/School Taxes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CASCADE COUNTY TREASURER**
**PO BOX 2549**
**GREAT FALLS, MT 59403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **PERSONAL PROPERTY TAX** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CHARTER TOWNSHIP**
**OF PORTAGE TREASURER**
**47240 GREEN ACRES ROAD**
**HOUGHTON, MI 49931**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **ANNUAL REPORT** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|--------|----------------------------------|------------------------|----------|
|        | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|-------|-------|

**CHARTER TOWNSHIP OF FLINT**
**LISA ANDERSON, TREASURER**
**1490 S DYE ROAD**
**FLINT, MI 48532**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**PERSONAL PROPERTY TAX** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|-------|-------|

**CITY OF CHUBBUCK**
**P.O. BOX 5604**
**5160 YELLOWSTONE AVENUE**
**CHUBBOCK, ID 83202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**BUSINESS LICENSE** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|-------|-------|

**CITY OF DAYTON**
**PO BOX 643700**
**CINCINNATI, OH 45264**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**ANNUAL REPORT** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|-------|-------|

**City of Flint**
**1101 S Saginaw St**
**Flint, MI 48502**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Payroll Tax (if any)** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**CITY OF FLINT INCOME TAX DIVISION**
PO BOX 529
EATON RAPIDS, MI 48827-0529

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**CITY OF GARLAND**
ALARM ENFORCEMENT CLERK
1891 FOREST LANE
GARLAND, TX 75042

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL WASTE FEE**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**City of Lawrence**
9001 East 59th Street
Lawrence, IN 46216

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**CITY OF LOGAN**
BUSINESS LICENSING
290 NORTH 100 WEST
LOGAN, UT 84321

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|

Name

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Madison**
**101 W. Main St.**
**PO BOX 20**
**Madison, IN 47250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of McKeesport**
**500 Fifth Avenue**
**McKeesport, PA 15132**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Mentor**
**8500 Civic Center Boulevard**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Ontario**
**555 Stumbo Road**
**Ontario, OH 44906**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|

**CITY OF SAGINAW INCOME TAX DIVISION**
**1315 S WASHINGTON AVE**
**SAGINAW, MI 48601**

| Date or dates debt was incurred | Basis for the claim:<br>**PERSONAL PROPERTY TAX** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Springdale**
**11700 Springfield Pike**
**Springdale, OH 45246**

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll Tax (if any)** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|

**CITY OF ST PETERS**
**PO BOX 9**
**ONE ST PETERS CENTRE BLVD**
**ST PETERS, MO 63376**

| Date or dates debt was incurred | Basis for the claim:<br>**PERSONAL PROPERTY TAX** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|

**City of St. Clairsville**
**100 North Market St.**
**PO Box 537**
**St. Clairsville, OH 43950**

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll Tax (if any)** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **CITY OF ST. JOSEPH**
**1100 FREDERICK AVENUE**
**ST JOSEPH, MO 64501** | *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:
**ANNUAL REPORT** | | |
| | Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?
■ No
☐ Yes | | |

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **CITY OF WESTOVER**
**500 DUPONT ROAD**
**WESTOVER, WV 26501** | *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:
**SALES & USE TAX** | | |
| | Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?
■ No
☐ Yes | | |

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **City of Zanesville**
**401 Market Street**
**City Hall - Rm 118**
**Zanesville, OH 43701** | *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:
**Payroll Tax (if any)** | | |
| | Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?
■ No
☐ Yes | | |

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **CLARKSVILLE, CITY OF**
**DEPT OF FINANCE & REVENUE**
**PO BOX 928**
**CLARKSVILLE, TN 37041** | *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:
**Payroll Tax (if any)** | | |
| | Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?
■ No
☐ Yes | | |

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Clinton County**
**220 Courthouse Square**
**Frankfort, IN 46041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**COLLECTOR OF REVENUE**
**LEAH BETTS**
**940 N BOONVILLE AVE**
**SPRINGFIELD, MO 65802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**COLORADO DEPARTMENT OF**
**REVENUE**
**TAXATION DIVISION**
**DENVER, CO 80261-0013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**OCCUPATIONAL TAX**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**COLORADO DEPARTMENT OF**
**STATE**
**BUSINESS & LICENSING**
**1700 BROADWAY, SUITE 200**
**DENVER, CO 80290**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|

**Name**

---

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**COLUMBIA, CITY OF**
**BUSINESS LICENSE DIVISION**
**PO BOX 6015**
**COLUMBIA, MO 65205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Commonwealth of Kentucky**
**Department of Revenue**
**Frankfort, KY 40620**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**COMPTROLLER OF MARYLAND**
**REVENUE ADMINISTRATION**
**DIVISION**
**PO BOX 17405**
**BALTIMORE, MD 21297-1405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**COMPTROLLER OF PUBLIC**
**ACCOUNTS**
**PO BOX 149355**
**AUSTIN, TX 78714-9355**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**MERCHANT LICENSE**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.63**

Priority creditor's name and mailing address
**CORPORATE INCOME TAX
KANSAS
915 SW HARRISON ST
TOPEKA, KS 66612-1588**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.64**

Priority creditor's name and mailing address
**CORPORATION INCOME TAX
PO BOX 919
LITTLE ROCK, AR 72203-0919**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**MERCHANT LICENSE**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.65**

Priority creditor's name and mailing address
**CORPORATION TAX RETURN
PROCESSING
IOWA DEPARTMENT OF
REVENUE
PO BOX 10468
DES MOINES, IA 50306-0468**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.66**

Priority creditor's name and mailing address
**CORPORATIONS DIVISION
PO BOX 30702
LANSING, MI 48909**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**County of Dubois**
**One Courthouse Square**
**Jasper, IN 47546**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CRAIGHEAD COUNTY**
**COLLECTOR**
**PO BOX 9276**
**JONESBORO, AR 72403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX-CAPITAL LEASE
PROP**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**DALLAS COUNTY TAX OFFICE**
**PO BOX 139066**
**DALLAS, TX 75313**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**DAVIS COUNTY ASSESSOR**
**PO BOX 618**
**FARMINGTON, UT 84025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|

Name

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**DELAWARE COUNTY**
**TREASURER**
**100 W MAIN ST**
**ROOM 102**
**MUNCIE, IN 47305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Department of Economic Security**
**Tax Accounting Section**
**390 N Robert St**
**St. Paul, MN 55101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Department of Labor**
**Unemployment Insurance**
**PO Box 94600**
**Lincoln, NE 68509-4600**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Department of Labor &**
**Employment**
**Unemployment Insurance**
**Employer Services**
**PO Box 956**
**Denver, CO 80201-0956**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Department of Labor and Industries**
**Bankruptcy Collections Unit**
**PO Box 44171**
**Olympia, WA 98504-4171**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Worker's Compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Department of Licensing and Regulatory A**
**Unemployment Insurance Agency**
**3024 W Grand Blvd**
**Detroit, MI 48202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Division of Taxation**
**915 SW Harrison ST**
**Topeka, KS 66625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**DOUGLAS COUNTY TREASURER**
**PROPERTY TAX DIVISION**
**PO BOX 2855**
**OMAHA, NE 68103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|

Name

---

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**EAU CLAIRE COUNTY
TREASURER
721 OXFORD AVE
EAU CLAIRE, WI 54703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Education and Workforce
Development Cabi
275 East Main Street
Frankfort, KY 40601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**ELLIS COUNTY TREASURER
PO BOX 520
HAYS, KS 67601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Employment Security Commission
of North
PO Box 25903
Raleigh, NC 27611-5903**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Employment Security Department**
**PO Box 34729**
**Seattle, WA 98124-1729**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**FAIRVIEW HEIGHTS, CITY OF**
**CITY CLERK'S OFFICE**
**10025 BUNKUM ROAD**
**FAIRVIEW HEIGHTS, IL 62208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Fayette Tax Collection District,**
**Southwe**
**One Centennial Way**
**Scottdale, PA 18013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**FLORENCE, CITY OF**
**PO BOX 1357**
**FLORENCE, KY 41022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**FLORIDA DEPARTMENT OF REVENUE**
**5050 W TENNESSEE STREET**
**TALLAHASSEE, FL 32399-0120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**FOND DU LAC**
**CITY TREASURER**
**PO BOX 150**
**FOND DU LAC, WI 54936**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**FOND DU LAC**
**CITY TREASURER**
**PO BOX 150**
**FOND DU LAC, WI 54936**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**FORSYTH COUNTY TAX COLLECTOR**
**PO BOX 82**
**WINSTON SALEM, NC 27102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-State Income Tax**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|

Name

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Fountain County**
**301 4th St**
**Covington, IN 47932**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**FRENCHTOWN TREASURER**
**2744 VIVIAN ROAD**
**MONROE, MI 48162**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**GALLATIN COUNTY TREASURER**
**311 W MAIN**
**RM 103**
**BOZEMAN, MT 59715**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**GARFIELD COUNTY TREASURER**
**KEVIN R. POSTIER**
**PO BOX 489**
**ENID, OK 73702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|

Name

---

**2.95** | Priority creditor's name and mailing address
**GARLAND COUNTY GOVT
REBECCA DODD-TALBERT
200 WOODBINE ST STE 108
HOT SPRINGS, AR 71901**

As of the petition filing date, the claim is:                     $0.00        $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX-CAPITAL LEASE
PROP**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.96** | Priority creditor's name and mailing address
**GRAND JUNCTION, CITY OF
CUSTOMER SERVICE
DIVISION-SALES TAX
PO BOX 1809
GRAND JUNCTION, CO
81502-1809**

As of the petition filing date, the claim is:                     $0.00        $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WA BUSINESS & OCCUPATION TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.97** | Priority creditor's name and mailing address
**GRANDVILLE, CITY OF
DEPT #200
P.O. BOX 2545
GRAND RAPIDS, MI 49501**

As of the petition filing date, the claim is:                     $0.00        $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.98** | Priority creditor's name and mailing address
**Grant County
401 S Adams Street
Marion, IN 46953**

As of the petition filing date, the claim is:                     $0.00        $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**GREAT FALLS, CITY OF**
**P.O. BOX 5021**
**GREAT FALLS, MT 59403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**GREELEY, CITY OF**
**PO BOX 1648**
**GREELEY, CO 80632**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Greene County**
**1 E Main St.**
**Bloomfield, IN 47424**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**GREGG APPRAISAL DISTRICT**
**4367 W LOOP 281**
**LONGVIEW, TX 75604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|

Name

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**GUILFORD COUNTY ASSESSOR**
**PO BOX 3138**
**GREENSBORO, NC 27402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-State Income Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**HALL COUNTY TREASURER**
**PEGGY L PESEK**
**121 S PINE, STE 2**
**GRAND ISLAND, NE 68801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Hendricks County**
**355 S Washington St**
**Mailbox 215**
**Danville, IN 46122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**HOWARD COUNTY TREASURER**
**220 N MAIN ST**
**ROOM 226**
**KOKOMO, IN 46901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Idaho Department of Labor**
**317 W. Main St**
**Boise, ID 83735**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**IDAHO STATE TAX COMMISSION**
**PO BOX 83784**
**BOISE, ID 83707**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Idaho State Tax Commission**
**PO Box  76**
**Boise, ID 83707**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**IDAHO STATE TAX COMMISSION**
**PO BOX 36**
**BOISE, ID 83722-0410**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WA BUSINESS & OCCUPATIONAL TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number *(if known)* | **17-30112** |
|---|---|---|---|
| | Name | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

| | **Illinois Department of Employment Securi** |
| | **PO Box 19300** |
| | **Springfield, IL 62794-9300** |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll-SUI** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

| | **Illinois Department of Revenue** |
| | **PO Box 19044** |
| | **Springfield, IL 62794** |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **PERSONAL PROPERTY TAX** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

| | **ILLINOIS DEPARTMENT OF REVENUE** |
| | **RETAILER'S OCCUPATION TAX** |
| | **SPRINGFIELD, IL 06279-6001** |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **INCOME/FRANCHISE/BUSINESS TAX RETURN** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

| | **ILLINOIS DEPARTMENT OF REVENUE** |
| | **PO BOX 19008** |
| | **SPRINGFIELD, IL 62794-9008** |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **INCOME/FRANCHISE/BUSINESS TAX RETURN** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**INDEPENDENCE, CITY OF
LICENSE DIVISION
P.O. BOX 1019
INDEPENDENCE, MO 64051**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Indiana Department of Revenue
PO Box 6108
Indianapolis, IN 46206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**INDIANA DEPARTMENT OF
REVENUE
CONSOLIDATED SALES TAX
100 N SENATE AVENUE
INDIANAPOLIS, IN 46204-2253**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**INDIANA DEPARTMENT OF
REVENUE
PO BOX 7231
INDIANAPOLIS, IN 46207-7231**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | | Case number (if known) | 17-30112 |
|---|---|---|---|---|
| | Name | | | |

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Indiana Department of Workforce Developm**
**10 N Senate Ave**
**RM SE003**
**Indianapolis, IN 46204-2277**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 37941**
**Hartford, CT 06176-7941**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Iowa Department of Revenue**
**PO Box 10411**
**Des Moines, IA 50306**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**IOWA DEPARTMENT OF**
**REVENUE**
**PO BOX 10457**
**DES MOINES, IA 50306**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number *(if known)* | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**IOWA SECRETARY OF STATE**
**321 EAST 12TH ST**
**DES MOINES, IA 50319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Iowa Workforce Development**
**Unemployment**
**1000 E Grand Avenue**
**Des Moines, IA 50319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**JACKSON COUNTY COLLECTOR**
**PO BOX 219747**
**KANSAS CITY, MO 64121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jasper County**
**115 W Washington St**
**Rensselaer, IN 47978**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**JASPER COUNTY COLLECTOR**
**STEPHEN H HOLT**
**PO BOX 421**
**CARTHAGE, MO 64836**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jay County**
**120 Court Street**
**Portland, IN 47371**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**JEFFERSON COUNTY TAX**
**ASSESSOR COLLECTOR**
**PO BOX 2112**
**BEAUMONT, TX 77704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**JESSE WHITE SECRETARY OF**
**STATE**
**DEPARTMENT OF BUSINESS**
**SERVICES**
**501 S 2ND STREET**
**SPRINGFIELD, IL 62756-5510**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Job Service of North Dakota**
**PO Box 5507**
**Bismarck, ND 58506-5507**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**JOHNSON CITY, CITY OF**
**PO BOX 2150**
**JOHNSON CITY, TN 37605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Johnson County**
**86 W. Court St.**
**Franklin, IN 46131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**JOHNSON COUNTY TREASURER**
**PO BOX 6095**
**INDIANAPOLIS, IN 46207**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**JOPLIN, CITY OF**
**602 SOUTH MAIN ST**
**JOPLIN, MO 64801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Kansas Department of Labor**
**PO Box 400**
**Topeka, KS 66601-0400**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**KANSAS DEPARTMENT OF**
**REVENUE**
**DIVISION OF TAXATION**
**915 SW HARRISON ST**
**TOPEKA, KS 66612**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**KANSAS OFFICE OF THE**
**SECRETARY OF STATE**
**120 SW 10TH AVE**
**TOPEKA, KS 66612-1594**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**KENTUCKY DEPARTMENT OF REVENUE**
**501 HIGH STREET**
**FRANKFORT, KY 40601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**KENTUCKY STATE TREASURER**
**KENTUCKY DEPT OF REVENUE**
**FRANKFORT, KY 40620**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**KOOTENAI COUNTY TREASURER**
**P.O. BOX 6700**
**COEUR D'ALENE, ID 83816**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**LA CROSSE CITY TREASURER**
**CITY OF LA CROSSE**
**400 LA CROSSE ST**
**LA CROSSE, WI 54601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Store # 251 PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Lake County**
**2293 N. Main Street**
**Bldg A, 2nd Floor**
**Crown Point, IN 46307**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**LANCASTER COUNTY TREAS.**
**ANDY STEBBING**
**555 SOUTH 10TH STREET**
**LINCOLN, NE 68508**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**LARAMIE COUNTY ASSESSOR**
**PO BOX 307**
**CHEYENNE, WY 82003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Lawrence Tax Collection District,**
**Berkhe**
**50 North Seventh Street**
**Bangor, PA 18013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**LAYTON COUNTY BUSINESS LICENSING**
**437 N WASATCH DR**
**LAYTON, UT 84041**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**LUBBOCK CENTRAL APPRAISAL DISTRICT**
**PO BOX 10568 - 2109 AVE Q**
**LUBBOCK, TX 79408**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MADISON COUNTY TREASURER**
**DONNA J. PRIMROSE**
**BOX 270**
**MADISON, NE 68748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MADISON, CITY OF**
**CITY TREASURER**
**P.O. BOX 2999**
**MADISON, WI 53701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MAHONING COUNTY**
**120 MARKET ST**
**YOUNGSTOWN, OH 44503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MANHATTAN, CITY OF**
**COMMUNITY DEVELOPMENT**
**1101 POYNTZ**
**MANHATTAN, KS 66502**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL WASTE FEE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MARCO, INC.**
**PO BOX 660831**
**DALLAS, TX 75266**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX-CAPITAL LEASE**
**PROP**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Marion County**
**200 E. Washington St.**
**Suite 2222**
**Indianapolis, IN 46204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MASSACHUSETTS DEPARTMENT OF REVENUE**
**PO BOX 419257**
**BOSTON, MA 02241-9257**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

�/ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MCLENNAN COUNTY TAX ASSESSOR-COLLECTOR**
**PO BOX 406**
**WACO, TX 76703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

�/ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MERIDIAN TOWNSHIP**
**JULIE BRIXIE, TREASURER**
**5151 MARSH RD**
**OKEMOS, MI 48864**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

�/ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MESA COUNTY TREASURER**
**PO BOX 173678**
**DENVER, CO 80217**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

�/ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number *(if known)* | 17-30112 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.159 | Priority creditor's name and mailing address<br>**Michigan Department of Treasury**<br>**PO Box 30806**<br>**Lansing, MI 48909** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00**    **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**PERSONAL PROPERTY TAX** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.160 | Priority creditor's name and mailing address<br>**MICHIGAN DEPARTMENT OF**<br>**TREASURY**<br>**PO BOX 30324**<br>**LANSING, MI 48909-7824** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00**    **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**INCOME/FRANCHISE/BUSINESS TAX RETURN** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.161 | Priority creditor's name and mailing address<br>**MICHIGAN DEPT OF TREASURY**<br>**PO BOX 30803**<br>**LANSING, MI 48909** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00**    **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**PERSONAL PROPERTY TAX** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.162 | Priority creditor's name and mailing address<br>**MIDLAND CENTRAL**<br>**APPRAISAL DISTRICT**<br>**PO BOX 908002**<br>**MIDLAND, TX 79708** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00**    **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**PERSONAL PROPERTY TAX** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | Vanity Shop of Grand Forks, Inc. | | Case number (if known) | 17-30112 |
|---|---|---|---|---|
| | Name | | | |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Minnesota Department of Revenue**
**600 North Rober St**
**St Paul, MN 55146**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **PERSONAL PROPERTY TAX** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MINNESOTA DEPARTMENT OF**
**REVENUE**
**SALES & USE TAX DIVISION**
**MAIL STATION 6330**
**ST PAUL, MN 55146-6330**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **INCOME/FRANCHISE/BUSINESS TAX RETURN** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MINNESOTA DEPARTMENT OF**
**REVENUE**
**TAX OPERATIONS DIVISION**
**MAIL STATION 4110**
**ST PAUL, MN 55146-4110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **INCOME/FRANCHISE/BUSINESS TAX RETURN** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MINNESOTA SECRETARY OF**
**STATE - BUSINESS**
**RETIREMENT SYSTEMS OF**
**MINNESOTA BUILDING**
**60 EMPIRE DRIVE, SUITE 100**
**ST PAUL, MN 55103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **PERSONAL PROPERTY TAX** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | | Case number (if known) | 17-30112 |
|---|---|---|---|---|
| | Name | | | |

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**MISSOULA CITY FINANCE
BUSINESS LICENSING
435 RYMAN ST
MISSOULA, MT 59802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**MISSOULA COUNTY TREASURER
200 W. BROADWAY STREET
MISSOULA, MT 59802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Missouri Department of Labor
Division of Employment Security
421 East Dunklin Street
Jefferson City, MO 65104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Missouri Department of Revenue
Taxation Division
PO Box 3300
Jefferson City, MO 65105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.171**

Priority creditor's name and mailing address

**MISSOURI DEPARTMENT OF REVENUE**
**TAXATION DIVISION**
**PO BOX 840**
**JEFFERSON CITY, MO 65105-0840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.172**

Priority creditor's name and mailing address

**MISSOURI DEPT OF REVENUE**
**DIVISION OF TAXATION**
**PO BOX 3390**
**JEFFERSON CITY, MO 65105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.173**

Priority creditor's name and mailing address

**MONONGALIA COUNTY SHERIFF OF**
**243 HIGH ST, RM 26 TAX**
**MORGANTOWN, WV 26505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Payroll-State Income Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.174**

Priority creditor's name and mailing address

**MONROE COUNTY TREASURER**
**100 W KIRKWOOD AVE**
**ROOM 204**
**BLOOMINGTON, IN 47404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
| --- | --- | --- | --- |
| | Name | | |

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Montana Department of Labor & Industry**
**PO Box 6339**
**Helena, MT 59604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Montana Department of Revenue**
**PO Box 5805**
**Helena, MT 59604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**MONTANA DEPT OF REVENUE**
**DEPT 6339**
**HELENA, MT 59604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**MONTANA SECRETARY OF STATE**
**PO BOX 202801**
**HELENA, MT 59620**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MONTGOMERY COUNTY TRUSTEE**
**PO BOX 1005**
**CLARKSVILLE, TN 37041**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-State Income Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Morgan County**
**180 South Main St.**
**Martinsville, IN 46151**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Municipality of Monroeville**
**2700 Monroeville Blvd**
**Monroeville, PA 15146**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MURFREESBORO, CITY OF**
**PO BOX 1139**
**MURFREESBORO, TN 37133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-State Income Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**MURRAY CITY**
**BUSINESS LICENSING**
**4646 S 500 W**
**MURRAY, UT 84123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**NATRONA COUNTY TREASURER**
**PO BOX 2290**
**CASPER, WY 82602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Store # 207 PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**NC DEPARTMENT OF REVENUE**
**SALES & USE TAX DIVISION**
**PO BOX 25000**
**RALEIGH, NC 27640-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**NC SECRETARY OF STATE**
**PO BOX 29622**
**RALEIGH, NC 27626**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-State Income Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.187**

Priority creditor's name and mailing address

**Nebraska Department of Revenue**
**PO Box 98915**
**Lincoln, NE 68509**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.188**

Priority creditor's name and mailing address

**NEBRASKA DEPARTMENT OF**
**REVENUE**
**PO BOX 98923**
**LINCOLN, NE 68509-8923**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.189**

Priority creditor's name and mailing address

**NEBRASKA DEPARTMENT OF**
**REVENUE**
**PO BOX 94818**
**LINCOLN, NE 68509-4818**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.190**

Priority creditor's name and mailing address

**NEVADA DEPT OF TAXATION**
**1550 COLLEGE PARKWAY**
**SUITE 115**
**CARSON CITY, NV 89706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NEW MEXICO TAXATION & REV
TAXATION & REVENUE DEPT
PO BOX 25127
SANTA FE, NM 87504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NEW YORK STATE
CORPORATION TAX
PO BOX 4136
BINGHAMTON, NY 13902-4136**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**New York State Department of
Taxation
PO Box 4119
Binghamton, NY 13902**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NEW YORK STATE SALES TAX
NY DEPARTMENT OF TAXATION
AND FINANCE
W A HARRIMAN CAMPUS
ALBANY, NY 12227**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Noble County**
**101 N Orange St.**
**Albion, IN 46701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**North Carolina Department of**
**Revenue**
**PO Box 25000**
**Raleigh, NC 27640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-State Income Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NYS DEPT OF TAXATION &**
**FINANCE   CORP-V**
**PO BOX 15163**
**ALBANY, NY 12212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NYS DIVISION OF**
**CORPORATIONS**
**STATE RECORDS & UNIFORM**
**COMMERICAL CODE**
**ONE COMMERCE PLAZA, 99**
**WASHINGTON AVE**
**ALBANY, NY 01223-1001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | | Case number (if known) | 17-30112 |
|---|---|---|---|---|
| | Name | | | |

---

**2.199** | Priority creditor's name and mailing address

**OCCUPATIONAL TAX ADMIN.**
**PO  BOX 10008**
**OWENSBORO, KY 42302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.200** | Priority creditor's name and mailing address

**OFFICE OF THE INDIANA**
**SECRETARY OF STATE**
**302 W WASHINGTON ST**
**ROOM E-018**
**INDIANAPOLIS, IN 46204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.201** | Priority creditor's name and mailing address

**OFFICE OF THE STATE TAX**
**COMMISSIONER**
**600 E BOULEVARD AVENUE,**
**DEPT 127**
**BISMARCK, ND 58505-0599**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.202** | Priority creditor's name and mailing address

**OGDEN CITY CORPORATION**
**COMMUNITY DEVELOP. DEPT**
**2549 WASHINGTON BLVD #240**
**OGDEN, UT 84401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ohio Department of Jab and Family Servic**
**PO Box 182413**
**Columbus, OH 43218-2413**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ohio Department of Taxation**
**PO Box 182667**
**Columbus, OH 43218-2667**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax (if any)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ohio Department of Taxation**
**PO Box 182401**
**Columbus, OH 43218-2401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS REGISTRATION**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**OHIO DEPARTMENT OF TAXATION**
**PO BOX 530**
**COLUMBUS, OH 43216-0530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**OKLAHOMA COUNTY TREASURER**
**FORREST "BUTCH" FREEMAN**
**PO BOX 268875**
**OKLAHOMA CITY, OK 73126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX-CAPITAL LEASE PROP**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Oklahoma Employment Security Commission**
**PO Box 52004**
**Oklahoma City, OK 73152-2004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Oklahoma Tax Commission**
**2501 North Lincoln Boulevard**
**Oklahoma City, OK 73194**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX-CAPITAL LEASE PROP**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**OKLAHOMA TAX COMMISSION**
**BUSINESS TAX COMMISSION**
**PO BOX 26800**
**OKLAHOMA CITY, OK 73126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL WASTE FEE**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**ONTARIO, CITY OF
INCOME TAX DEPT
PO BOX 166
ONTARIO, OH 44862**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Owen County
60 S Main St
Rm 102B
Spencer, IN 47460**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**PA DEPARTMENT OF REVENUE
BUREAU OF CORPORATION
TAXES-327 WALNUT S
PO BOX 280422
HARRISBURG, PA 17128-2005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Pennsylvania Department of Labor
& Indus
Office of UC Tax Services
651 Boas Street
Harrisburg, PA 17121-0750**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Pennsylvania Department of Revenue**
**1 Revenue Place**
**Harrisburg, PA 01712-9001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**PENNSYLVANIA DEPARTMENT**
**OF REVENUE**
**PO BOX 280905**
**HARRISBURG, PA 17128-0905**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**POTTER COUNTY TAX ASSESS.**
**SHERRI AYLOR PCC**
**P.O. BOX 2289**
**AMARILLO, TX 79105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**PUEBLO COUNTY TREASURER**
**215 WEST 10TH ST**
**ROOM 110**
**PUEBLO, CO 81003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**PUEBLO, CITY OF**
**SALES TAX DIVISION**
**P.O. BOX 1427**
**PUEBLO, CO 81002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**RACINE, CITY OF**
**TAX PAYMENTS**
**PO BOX 88661**
**MILWAUKEE, WI 53288**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Randolph County**
**100 South Main Street**
**Room # 103**
**Winchester, IN 47394**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**ROCK COUNTY TREASURER**
**ROCK COUNTY COURTHOUSE**
**PO BOX 1508**
**JANESVILLE, WI 53547**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**RUTHERFORD COUNTY TRUSTEE**
**PO BOX 1316**
**MURFREESBORO, TN 37133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SAGINAW CHARTER TOWNSHIP**
**WATER DEPARTMENT**
**PO BOX 6400**
**SAGINAW, MI 48608**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL REPORT**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SALINE COUNTY TREASURER**
**PO BOX 5040**
**ROOM 214**
**SALINA, KS 67401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SALT LAKE COUNTY ASSESSOR**
**PO BOX 410470**
**SALT LAKE CITY, UT 84141**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | | Case number (if known) | 17-30112 |
|---|---|---|---|---|
| | Name | | | |

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SANDY CITY**
**BUSINESS LICENSE-STE #210**
**10000 CENTENNIAL PARKWAY**
**SANDY, UT 84070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SCOTT SHIPMAN, ASSESSOR**
**201 N SECOND ST**
**RM 141**
**ST CHARLES, MO 63301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SCOTTS BLUFF COUNTY**
**TREASURER**
**1825 10TH STREET**
**GERING, NE 69341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX-CAPITAL LEASE**
**PROP**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SCOTTSBLUFF, CITY OF**
**2525 CIRCLE DR**
**SCOTTSBLUFF, NE 69361**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL WASTE FEE**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00    $0.00 |

**SEBASTIAN COUNTY TAX COLLECTOR**
**PO BOX 1358**
**FT. SMITH, AR 72902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

☒ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00    $0.00 |

**SECRETARY OF STATE**
**PO BOX 1366**
**JEFFERSON CITY, MO 65102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

☒ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00    $0.00 |

**SECRETARY OF STATE**
**STATE OF NORTH DAKOTA**
**PO BOX 5513**
**BISMARCK, ND 58506-5513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

☒ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00    $0.00 |

**SECRETARY OF STATE**
**CORPORATIONS BUREAU**
**325 DON GASPAR, SUITE 300**
**SANTA FE, NM 87501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

☒ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
| --- | --- | --- | --- |
| | Name | | |

| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **SECRETARY OF STATE** | *Check all that apply.* | | |
| | **202 NORTH CARSON STREET** | ☐ Contingent | | |
| | **CARSON CITY, NV 89701-4201** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **OH COMMERCIAL ACTIVITY TAX** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| 2.236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **SECRETARY OF STATE** | *Check all that apply.* | | |
| | **CAPITOL BUILDING** | ☐ Contingent | | |
| | **500 EAST CAPITOL AVENUE** | ☐ Unliquidated | | |
| | **PIERRE, SD 57501** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **PERSONAL PROPERTY TAX** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| 2.237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **SECRETARY OF STATE** | *Check all that apply.* | | |
| | **BLDG 1, SUITE 157-K** | ☐ Contingent | | |
| | **1900 KANAWHA BLVD EAST** | ☐ Unliquidated | | |
| | **CHARLESTON, WV 25305-0770** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **BUSINESS LICENSE** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| 2.238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **SMITH COUNTY TAX OFFICE** | *Check all that apply.* | | |
| | **GARY B. BARBER** | ☐ Contingent | | |
| | **PO BOX 2011** | ☐ Unliquidated | | |
| | **TYLER, TX 75710** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **PERSONAL PROPERTY TAX** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|

Name

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**South Dakota Department of Labor & Regul**
**Unemployment Insurance Division**
**PO Box 4730**
**Aberdeen, SD 57402-4730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SOUTH DAKOTA DEPARTMENT OF REVENUE**
**445 E CAPITAL AVENUE**
**PIERRE, SD 57501-3185**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SPRINGDALE, CITY OF**
**SPRINGDALE CITY INCOMETAX**
**11700 SPRINGFIELD PIKE**
**SPRINGDALE, OH 45246**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SPRINGFIELD, CITY OF**
**DEPT OF FINANCE/LICENSE**
**PO BOX 8368**
**SPRINGFIELD, MO 65801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ANNUAL WASTE FEE**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | | | Case number (if known) | 17-30112 |
|---|---|---|---|---|

Vanity Shop of Grand Forks, Inc.
_____
Name

---

**2.243** | Priority creditor's name and mailing address

**Springhill Township**
**268 Windy Gap Road**
**Aleppo, PA 15310**

As of the petition filing date, the claim is:                          $0.00        $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-State Income Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.244** | Priority creditor's name and mailing address

**ST. JOSEPH COUNTY**
**TREASURER**
**PO BOX 4758**
**SOUTH BEND, IN 46634**

As of the petition filing date, the claim is:                          $0.00        $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.245** | Priority creditor's name and mailing address

**STATE OF ARKANSAS**
**SALES AND USE TAX SECTION**
**PO BOX 3566**
**LITTLE ROCK, AR 72203-3566**

As of the petition filing date, the claim is:                          $0.00        $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**MERCHANT LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.246** | Priority creditor's name and mailing address

**State of Colorado**
**Department of Revenue**
**Denver, CO 80261**

As of the petition filing date, the claim is:                          $0.00        $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **STATE OF CONNECTICUT DEPARTMENT OF REVENUE 450 COLUMBUS BOULEVARD, SUITE 1 HARTFORD, CT 06103-1837** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**BUSINESS LICENSE** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **STATE OF NEBRASKA STATE CAPITOL, SUITE 301 PO BOX 94608 LINCOLN, NE 68509-4608** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**INCOME/FRANCHISE/BUSINESS TAX RETURN** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **STATE OF NEVADA SALES/USE PO BOX 7165 SAN FRANCISCO, CA 94120-7165** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**OH COMMERCIAL ACTIVITY TAX** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **STATE OF TENNESSEE DIVISION OF BUSINESS SERVICES WILLIAM R SNODGRASS TOWER 312 ROSA L. PARKS, AVE 6TH FL NASHVILLE, TN 37243-1102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll-Local Income/School Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**STATE OF TENNESSEE
DEPARTMENT OF REVENUE
ANDREW JACKSON STATE
OFFICE BUILDING
NASHVILLE, TN 37242**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**STATE OF UTAH
DEPARTMENT OF COMMERCE
PO BOX 146705
SALT LAKE CITY, UT 84114-6705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WA BUSINESS & OCCUPATIONAL TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**STATE OF WASHINGTON
DEPARTMENT OF REVENUE
PO BOX 47464
OLYMPIA, WA 98504-7464**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**OH COMMERCIAL ACTIVITY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**STATE OF WASHINGTON
BUSINESS LICENSING SERVICE
PO BOX 47475
OLYMPIA, WA 98504-7475**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**OHIO SALES TAX PERMIT**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|

Name

---

| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of West Virginia**
**State Tax Dept**
**PO Box 1667**
**Charleston, WV 25326**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-State Income Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**STATE OF WISCONSIN**
**DIVISION OF CORPORATE &**
**CONSUMER SERVICE**
**PO BOX 7846**
**MADISON, WI 53707-7846**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of Wyoming**
**Department of Workforce Services**
**PO Box 2760**
**Casper, WY 82602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**STERLING HEIGHTS, CITY OF**
**DEPARTMENT 181601**
**PO BOX 55000**
**DETROIT, MI 48255**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Sullivan County**
**100 Courthouse Square**
**Room 201**
**Sullivan, IN 47882**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll-Local Income/School Taxes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**TAX ASSESSOR-COLLECTOR**
**PO BOX 6527**
**TEXARKANA, TX 75505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **PERSONAL PROPERTY TAX** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**TAYLOR CITY OF**
**PO BOX 335**
**TAYLOR, MI 48180**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll-Local Income/School Taxes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Tennessee Department of Labor**
**and Workfo**
**220 French Landing Drive**
**Nashville, TN 37243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll-SUI** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Vanity Shop of Grand Forks, Inc.** | | Case number (if known) | **17-30112** |
|---|---|---|---|---|
| | Name | | | |

| 2.263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**TENNESSEE DEPARTMENT OF REVENUE**
**ANDREW JACKSON STATE OFFICE BUILDING**
**NASHVILLE, TN 37242**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**
**PO BOX 49348**
**AUSTIN, TX 78714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Store # 207 PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Texas Workforce Commission**

**Austin, TX 78714-9037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**The Municipality of Penn Hills**
**12245 Frankstown Road**
**Penn Hills, PA 15235**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-State Income Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | | Case number (if known) | 17-30112 |
| | Name | | | |

| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**TIPPECANOE COUNTY TREASURER**
**20 N 3RD ST**
**LAFAYETTE, IN 47901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**TOM GREEN APPRAISAL DISTRICT**
**P.O. BOX 3307**
**SAN ANGELO, TX 76902**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**TOWN OF GRAND CHUTE TOWN TREASURER**
**1900 W GRAND CHUTE BLVD**
**GRAND CHUTE, WI 54913**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**TOWN OF HENRIETTA BUILDING/FIRE PREVENTION**
**475 CALKINS ROAD**
**HENRIETTA, NY 14467**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **TREASURER EL PASO COUNTY**<br>**P.O. BOX 2018**<br>**COLORADO SPRINGS, CO 80901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**PERSONAL PROPERTY TAX** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **TREASURER VIGO COUNTY**<br>**TAX PROCESSING CENTER**<br>**PO BOX 1466**<br>**INDIANAPOLIS, IN 46206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll-Local Income/School Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **TREASURER, ALLEN COUNTY**<br>**PO BOX 2540**<br>**FORT WAYNE, IN 46801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll-Local Income/School Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **TULSA COUNTY TREASURER**<br>**DENNIS SEMLER**<br>**PO BOX 21017**<br>**TULSA, OK 74121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**PERSONAL PROPERTY TAX** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**TWIN FALLS COUNTY TREAS.**
**DEBBIE KAUFFMAN**
**BOX 88**
**TWIN FALLS, ID 83303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**UTAH DEPARTMENT OF**
**AGRICULTURE & FOOD**
**PO BOX 146500**
**SALT LAKE CITY, UT 84114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Utah Department of Workforce**
**Services**
**Unemployment Insurance**
**PO Box 45233**
**Salt Lake City, UT 84145-0233**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Utah State Tax Commission**
**210 North 1950 West**
**Salt Lake City, UT 84134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | **17-30112** |
|--------|----------------------------------|------------------------|-------------|
| | Name | | |

---

| 2.279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|-------|---|---|---|---|

**VIENNA, CITY OF**
**OFFICE OF THE TREASURER**
**P.O. BOX 5097**
**VIENNA, WV 26105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|-------|---|---|---|---|

**Vigo County**
**191 Oak St**
**Terre Haute, IN 47807**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|-------|---|---|---|---|

**VILLAGE OF GREENDALE**
**WATER/SEWER**
**PO BOX 257**
**GREENDALE, WI 53129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|-------|---|---|---|---|

**VIRGINIA DEPARTMENT OF**
**TAXATION**
**OUT-OF-STATE DEALER'S USE**
**TAX**
**PO BOX 26627**
**RICHMOND, VA 23261-6627**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**BUSINESS LICENSE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | | Case number (if known) | 17-30112 |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**2.283**

Priority creditor's name and mailing address

**Warren County Schools
Occupational Tax Office
PO Box 51530
Bowling Green, KY 42102**

As of the petition filing date, the claim is: $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.284**

Priority creditor's name and mailing address

**WARREN COUNTY SCHOOLS
OCCUPATIONAL NET PROFIT
PO BOX 890944
CHARLOTTE, NC 28289**

As of the petition filing date, the claim is: $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.285**

Priority creditor's name and mailing address

**WASHINGTON COUNTY
DAVID RUFF, TAX COLLECTOR
280 N COLLEGE, SUITE 202
FAYETTEVILLE, AR 72701**

As of the petition filing date, the claim is: $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX-CAPITAL LEASE
PROP**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.286**

Priority creditor's name and mailing address

**WASHINGTON COUNTY TRUSTEE
MONTY TREADWAY
PO BOX 215
JONESBOROUGH, TN 37659**

As of the petition filing date, the claim is: $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**WAUSAU, CITY OF TREASURER**
**PO BOX 3051**
**MILWAUKEE, WI 53201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Wayne County**
**401 East Main**
**Richmond, IN 47374**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-Local Income/School Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**WEBER COUNTY ASSESSOR**
**2380 WASHINGTON BLVD**
**STE 380**
**OGDEN, UT 84401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**WEST VIRGINIA DEPARTMENT OF REVENUE**
**THE REVENUE CENTER**
**1001 LEE ST E**
**CHARLESTON, WV 25301-1725**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-SUI**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**West Virginia Unemployment Compensation**
**PO Box 106**
**Charleston, WV 25321**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll Tax (if any)** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**WHATCOM COUNTY TREASURER**
**PO BOX 34873**
**SEATTLE, WA 98124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**SALES & USE TAX** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**White County**
**124 North Main Street**
**Suite A**
**Monticello, IN 47960**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll-Local Income/School Taxes** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Whitley County**
**220 W Van Buren St**
**Suite 208**
**Columbia City, IN 46725**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll-Local Income/School Taxes** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number *(if known)* | **17-30112** |
|---|---|---|---|
| | Name | | |

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Wisconsin Department of Revenue**
**PO Box 8966**
**Madison, WI 53708**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**WISCONSIN DEPARTMENT OF**
**REVENUE**
**PO BOX 98949**
**MADISON, WI 53708-8949**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**WISCONSIN DEPARTMENT OF**
**REVENUE**
**PO BOX 8908**
**MADISON, WI 53708-8908**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**INCOME/FRANCHISE/BUSINESS TAX RETURN**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Wisconsin Department of**
**Workforce Develo**
**Division of Unemployment**
**Insurance**
**PO Box 7945**
**Madison, WI 53707**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll-State Income Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **WOOD COUNTY SHERIFF**<br>**ATTN:  TREASURER OFFICE**<br>**PO BOX 1985**<br>**PARKERSBURG, WV 26102** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**SALES & USE TAX** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **WV STATE TAX DEPT.**<br>**PO BOX 3852**<br>**CHARLESTON, WV 25338** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**SALES & USE TAX** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **WYOMING DEPARTMENT OF**<br>**REVENUE**<br>**122 W 25TH ST, 2W**<br>**CHEYENNE, WY 82002-0110** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**WA BUSINESS & OCCUPATIONAL TAX** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **WYOMING SECRETARY OF STATE**<br>**200 WEST 24TH STREET**<br>**CHEYENNE, WY 82002-0020** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**WA BUSINESS & OCCUPATION TAX** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**YELLOWSTONE COUNTY TREAS.**
**PO BOX 35010**
**BILLINGS, MT 59107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PERSONAL PROPERTY TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**ZANESVILLE, CITY OF**
**DIVISION OF INCOME TAX**
**401 MARKET STREET**
**ZANESVILLE, OH 43701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES & USE TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $975,000.00 |
|---|---|---|---|

**\*GIFT CARD HOLDERS**
**(Unknown)**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Outstanding obligations to gift cards.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**\*GOVERNMENTAL UNITS**
**SEE ATTACHMENT:**
**SCHEDULE F - GOVERNMENTAL UNITS**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only provided in the event of any potential
claims made due to store closings in applicable states.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,332,783.47 |
|---|---|---|---|

**\*LANDLORDS**
**SEE ATTACHMENT:**
**SCHEDULES F & G- LANDLORDS**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **See attachment for Landlord/Store list for any
amounts owing prepetition.**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$270.00**

**1ST CHOICE ELECTRIC INC**
**5303 W 25TH ST.**
**GREELEY, CO 80634**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$325.20**

**1ST CHOICE LOCK**
**PO BOX 137**
**JANESVILLE, WI 53547**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LOCKS**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$159,978.63**

**26 INT'L**
**1500 S. GRIFFITH AVE.**
**LOS ANGELES, CA 90021**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$570.00**

**A & A LANDSCAPE**
**AND MAINTENANCE OF ND**
**PO BOX 907**
**WILLISTON, ND 58802**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SNOW REMOVAL**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$183.51**

**A & G ELECTRIC COMPANY**
**490 EAST 14TH**
**DUBUQUE, IA 52001**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$86.51**

**A-1 LOCK & KEY**
**P.O. BOX 1055**
**FERGUS FALLS, MN 56538**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LOCKS**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$208.61**

**A-1 SIGN CO**
**140 N INDUSTRIAL DRIVE**
**GARDEN CITY, KS 67846**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410.00 |
|---|---|---|---|

**A.C. KLOPF, INC.**
**524 S FRANKLIN ST**
**SAGINAW, MI 48607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  HVAC

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**A.M.C. MERCHANDISING**
**FLAT/RM 1401, CAMBRIDGE**
**26-28 CAMERON RD**
**TSMI SHA TUL**
**KOWLOON, HONG KONG**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  MERCHANDISE

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $124.00 |
|---|---|---|---|

**A.T. KLEMENS**
**814 12TH STREET N**
**GREAT FALLS, MT 59401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  HVAC PM

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.00 |
|---|---|---|---|

**AAA HEATING & SHEET METAL**
**3451 55TH ST SE**
**MINOT, ND 58701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  HVAC

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104.50 |
|---|---|---|---|

**ABM BUILDING SERVICES**
**PO BOX 601933**
**CHARLOTTE, NC 28260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  HVAC

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|---|

**AC3 BUILDING MAINTENANCE**
**SUPPLY**
**2345 BOYCE-FAIRVIEW ROAD**
**ALVATON, KY 42122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  WINDOW WASHING

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $196.84 |
|---|---|---|---|

**ACCUCOOL INC**
**3400 NEW CASTLE CT**
**MANHATTAN, KS 66503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  V254 HVAC Preventative Mtce

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**ACORN ELECTRICAL**
**SPECIALISTS, INC**
**PO BOX 550**
**PINEY FLATS, TN 37686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,825.04** |
|---|---|---|---|

**ACTIVE USA INC.**
**1807 E. 48TH PLACE**
**LOS ANGELES, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$260.00** |
|---|---|---|---|

**ADVANCE CONTRACTING**
**ELECTRICAL SERVICE**
**PO BOX 320123**
**FLINT, MI 48530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125.00** |
|---|---|---|---|

**ADVANCED COMFORT**
**SOLUTIONS INC**
**3941 WEST 5TH STREET**
**CHEYENNE, WY 82007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **V129 HVAC Preventative Mtce**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$138.24** |
|---|---|---|---|

**ADVANCED HEATING & AIR**
**CONDITIONING, INC.**
**PO BOX 775**
**FORT DODGE, IA 50501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **V132 HVAC Preventative Mtce**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$756.00** |
|---|---|---|---|

**AFFORDABLE REPAIR SERVICE**
**2104 CAMELOT COURT**
**APARTMENT 14**
**APPLETON, WI 54915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,074.00** |
|---|---|---|---|

**AFLAC**
**1932 Wynnton Road**
**Columbus, GA 31999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Benefits - Voluntary Employee Hospital**
**Indemnity/Cancer/AD&D**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|---|

**AG CLEANING SERVICES**
**ANTHONY GIBBONS D.B.A.**
**81 RANDOLPH STREET**
**ROCHESTER, NY 14621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __WINDOW WASHING__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.19 |
|---|---|---|---|

**AIR CONTROLS BILLINGS**
**PO BOX 1277**
**BILLINGS, MT 59103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __HVAC PM__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.00 |
|---|---|---|---|

**AIR MASTERS**
**1330 NORTH GRAND AVE W**
**SPRINGFIELD, IL 62702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __REPAIRS & MTCE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $311.56 |
|---|---|---|---|

**AIRE SERV OF LONGVIEW**
**201 S WARD DR**
**LONGVIEW, TX 75604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __V179 HVAC Preventative Mtce__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $211.32 |
|---|---|---|---|

**AJ SHEET METAL, INC**
**910 E 8TH ST**
**NORTH PLATTE, NE 69103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __V69 HVAC Preventative Mtce__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,844.00 |
|---|---|---|---|

**ALL SEASONS HEATING &**
**COOLING**
**798 CEDAR CROSS ROAD**
**DUBUQUE, IA 52003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __NEW HVAC SYSTEM__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,791.13 |
|---|---|---|---|

**ALLIANT ENERGY**
**PO BOX 3060**
**CEDAR RAPIDS, IA 52406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __UTILITIES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$739.08**

ALLIANT ENERGY
PO BOX 3062
CEDAR RAPIDS, IA 52406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$133.75**

ALLIED RESTAURANT SERVICE
187 SOUTH ILLINOIS AVE
MANSFIELD, OH 44905

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __V136 HVAC Preventative Mtce__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$713.65**

ALP UTILITIES
PO BOX 609
ALEXANDRIA, MN 56308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$519.40**

AMEREN ILLINOIS
PO BOX 88034
CHICAGO, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,603.34**

AMEREN MISSOURI
PO BOX 88068
CHICAGO, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __V232 Gas 1/17__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$654.23**

AMERICAN ELECTRIC POWER
PO BOX 24407
CANTON, OH 44701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$828.17**

AMERICAN ELECTRIC POWER
PO BOX 24002
CANTON, OH 44701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,047.76** |
|---|---|---|---|

**AMERICAN SOLUTIONS
FOR BUSINESS
8479 SOLUTION CENTER
CHICAGO, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **SUPPLIES**

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$123.05** |
|---|---|---|---|

**AMES LOCK & SECURITY
507 MAIN ST
SUITE 2
AMES, IA 50010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **LOCKS**

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$695.59** |
|---|---|---|---|

**AMES MUNICIPAL UTILITIES
PO BOX 811
AMES, IA 50010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,285.53** |
|---|---|---|---|

**AMIEE LYNN INC.
65 RAILROAD AVE.
SUITE #4
RIDGEFIELD, NJ 07657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$203.11** |
|---|---|---|---|

**AMPLITEL TECHNOLOGIES
240 W WISCONSIN AVE
SUITE 1
KAUKAUNA, WI 54130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47.36** |
|---|---|---|---|

**ANCHOR SAFETY, INC.
PO BOX 10030
LONGVIEW, TX 75608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **FIRE EXTINGUISHER**

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$292.50** |
|---|---|---|---|

**ANDERSON BOTTRELL SANDEN
& THOMPSON
PO BOX 10247
FARGO, ND 58106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **LEGAL SVC**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number *(if known)* | **17-30112** |
| --- | --- | --- | --- |
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$114.79** |
| --- | --- | --- | --- |

**ANDOR, INC.**
**9 NORTH MAPLE**
**WATERTOWN, SD 57201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **HVAC PM**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$248,591.88** |
| --- | --- | --- | --- |

**Anfield Apparel Group**
**20851 Currier Road**
**Walnut, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,467.45** |
| --- | --- | --- | --- |

**APOLLO HEATING**
**AND AIR CONDITIONING**
**PO BOX 7287**
**KENNEWICK, WA 99336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11.82** |
| --- | --- | --- | --- |

**AQUA OHIO INC**
**PO BOX 1229**
**NEWARK, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UTILITIES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14.02** |
| --- | --- | --- | --- |

**ARCHIBALD, JENN**
**4423 VALLISTA DR**
**COLORADO SPRINGS, CO 80915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.88** |
| --- | --- | --- | --- |

**ARREGUIN, ALFA**
**727 PORTLAND ST**
**PONTIAC, MI 48340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,931.75** |
| --- | --- | --- | --- |

**ARTCO GLOBAL GROUP**
**595 COUNTRY CLUB DRIVE**
**NEWARK, OH 43055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **SUPPLIES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number *(if known)* | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135.05**

ASHWAUBENON
WATER & SEWER UTILITY
PO BOX 187
GREEN BAY, WI 54305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **UTILITIES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38.00**

ASK ABOUT WINDOWS
PO BOX 3854
SHAWNEE, OK 74802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **WINDOW WASHING**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$504.08**

AT&T
PO BOX 105414
ATLANTA, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **PHONE SERVICE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$525.55**

AT&T
PO BOX 5080
CAROL STREAM, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **PHONE SERVICE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$772.94**

AT&T
PO BOX 5001
CAROL STREAM, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **TELECOMMUNICATIONS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$738.55**

AT&T
PO BOX 105262
ATLANTA, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **TELECOMMUNICATIONS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$222.63**

ATMOS ENERGY
PO 790311
ST. LOUIS, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **UTILITIES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $119.63 |
|---|---|---|---|

**AUMAN COMPANY, INC**
**311 E 11TH ST**
**HAYS, KS 67601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __HVAC__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,514.39 |
|---|---|---|---|

**AVISTA**
**1411 E MISSION AVE**
**SPOKANE, WA 99252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __UTILITIES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|

**BAERTSCH, RBECC**
**405 6TH AVE**
**MARION, ND 58466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __CUSTOMER REFUND CHECKS__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $55,312.07 |
|---|---|---|---|

**BALLET GROUP INC.**
**3 EMPIRE BLVD.**
**SOUTH HACKENSACK, NJ 07606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __MERCHANDISE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19.00 |
|---|---|---|---|

**BATNER PEST CONTROL, INC**
**16948 W. VICTOR RD**
**NEW BERLIN, WI 53151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __PEST CONTROL__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $62.70 |
|---|---|---|---|

**BAUMGARTNER, HEATHER**
**201 W WAID AVE**
**MUNCIE, IN 47303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __EMPLOYEE TRAVEL__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $61.01 |
|---|---|---|---|

**BAXTER, CITY OF**
**BOX 2626**
**BAXTER, MN 56425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __UTILITIES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.97 |
|---|---|---|---|

**BECKLUND, MANNO**
**26810 N. REGAL RD**
**CHATTAROY, WA 99003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.13 |
|---|---|---|---|

**BEKINS FIRE & SAFETY**
**3400 N US HWY 75**
**SIOUX CITY, IA 51105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **FIRE EXTINGUISHER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $532.43 |
|---|---|---|---|

**BELIEVE ELECTRICIANS**
**& EQUIPMENT CO., INC**
**453 OLD LOCK 12 RD**
**MORGANTOWN, WV 26501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**BELMONT COUNTY SANITARY**
**SEWER DISTRICT**
**PO BOX 457**
**ST CLAIRSVILLE, OH 43950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82.59 |
|---|---|---|---|

**BEMIDJI HOLDINGS, LLC**
**PAUL BUNYAN MALL**
**1401 PAUL BUNYAN DRIVE NW**
**BEMIDJI, MN 56601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,229.10 |
|---|---|---|---|

**BEMINE NYC INC**
**10 W. 33RD STREET**
**ROOM 515**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $306.13 |
|---|---|---|---|

**BENTON PUD**
**2721 W 10TH AVE**
**PO BOX 6270**
**KENNEWICK, WA 99336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16.01**

BETTREUDN, KEND
405 MARILYN DRIVE
CLEARFIELD, UT 84015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00**

BIG CREEK CROSSING
3918 VINE ST
SUITE 1
HAYS, KS 67601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **SECURITY**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$103.74**

BIGGS, KAYCEE
4512 N SAGINAW RD
APT 721
MIDLAND, MI 48640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **EMPLOYEE TRAVEL**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16.50**

BINGER, KRISTIE
18410 382ND AVE
TULARE, SD 57476

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$218.82**

BISS LOCK, INC.
1218 2ND AVE S
VIRGINIA, MN 55792

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **LOCKS**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$176.55**

BLACK HAWK WASTE DISP INC
PO BOX 2592
WATERLOO, IA 50704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **WASTE SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$531.25**

BLACK HILLS ENERGY
PO BOX 6001
RAPID CITY, SD 57709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number *(if known)* | **17-30112** |
|---|---|---|---|
| | Name | | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BLUE AMBROSIA**
**2323 E 52ND ST.**
**VERNON, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>MERCHANDISE</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blue Cross Blue Shield of North Dakota**
**PO Box 6005**
**Fargo, ND 58108-6005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>Potential claims to be submitted post-petition for pre-petition services.</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7.34 |
|---|---|---|---|

**BOB SMITH WINDOW CLEANING**
**PO BOX 2117**
**EAU CLAIRE, WI 54702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>WINDOW WASHING</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|---|

**BOKOWSKI, BROOK**
**719 N WHITE**
**GRAND ISLAND, NE 68801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>CUSTOMER REFUND CHECKS</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $190.10 |
|---|---|---|---|

**BOLTON CONSTRUCTION &**
**HVAC**
**1718 SW 3RD AVE**
**AMARILLO, TX 79106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>HVAC</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $116.64 |
|---|---|---|---|

**BOSSET, AMBER**
**1119 14TH ST W**
**APT 210**
**DICKINSON, ND 58601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>EMPLOYEE TRAVEL</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $592.15 |
|---|---|---|---|

**BRAINERD PUBLIC UTILITIES**
**PO BOX 373**
**BRAINERD, MN 56401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>UTILITIES</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185,707.75 |
|---|---|---|---|

**BRAND HEADQUARTERS LLC**
**16516 VIA ESPRILLO**
**SUITE 100**
**SAN DIEGO, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  MERCHANDISE

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.19 |
|---|---|---|---|

**BREKKE MECHANICAL**
**4140 F AVE NW**
**CEDAR RAPIDS, IA 52405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  HVAC

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**BRITE WAY OF THE ILLINOIS**
**VALLEY**
**PO BOX 236**
**PERU, IL 61354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  WINDOW WASHING

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.52 |
|---|---|---|---|

**BRITE WAY PROFESSIONAL**
**WINDOW CLEANING**
**PO BOX 772**
**WATERLOO, IA 50704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  WINDOW WASHING

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.20 |
|---|---|---|---|

**BRITE-WAY PROFESSIONAL**
**WINDOW CLEANING**
**PO BOX 971**
**KEARNEY, NE 68848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  WINDOW WASHING

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $208.00 |
|---|---|---|---|

**BRITE-WAY WINDOW CLEANING**
**P.O. BOX 892**
**MINOT, ND 58702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  WINDOW WASHING

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.00 |
|---|---|---|---|

**BRITE-WAY WINDOW CLEANING**
**3332 4TH AVE S**
**SUITE 2E**
**FARGO, ND 58103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  V5 Window Washing

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31.00**

**BRITE-WAY WINDOW SERVICE**
**P.O. BOX 164**
**ONALASKA, WI 54650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **WINDOW WASHING**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

**BRITE-WAY WINDOW SERVICE**
**PO BOX 3101**
**LONGVIEW, TX 75601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **WINDOW WASHING**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,603.44**

**BROWN & SAENGER**
**PO BOX 84040**
**SIOUX FALLS, SD 57118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Toilet Paper/Gen'l supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8.01**

**BRYAN, JOANN**
**11819 COUNTRY RD**
**ST JOSEPH, MO 64485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.80**

**BUECHEL, SARA**
**122 N BERGER PKWY APT E10**
**FON DU LAC, WI 54935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26.73**

**BUMGARDNER, LES**
**9832 E CNTY RD 725 S**
**CLOVERDALE, IN 46120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23.83**

**BYRD, JENNIFER**
**118 GLENDALE CT**
**MONROE, MI 48162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | | Case number (if known) | 17-30112 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106.25 |
|---|---|---|---|
| | **CALLABRESI HEATING & COOLING**<br>**1311 ARMORY RD**<br>**SALINA, KS 67401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  V251 HVAC Preventative Mtce | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24.22 |
|---|---|---|---|
| | **CAMPBELL, JUDY**<br>**200 S. MAIN ST. APT. 406**<br>**HANNIBAL, IL 64301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  CUSTOMER REFUND CHECKS | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.80 |
|---|---|---|---|
| | **CANIDA, CHELSIE**<br>**2125 MAPLEWOOD AVE**<br>**BELLINGHAM, WA 98225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  CUSTOMER REFUND CHECKS | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $359.00 |
|---|---|---|---|
| | **CANNIZZO ELECTRIC INC**<br>**140 ROSE DUST DRIVE**<br>**ROCHESTER, NY 14626** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  REPAIRS & MTCE | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.60 |
|---|---|---|---|
| | **CANNON, BRIANNA**<br>**9617 MIDDLE MT. VERNON RD**<br>**EVANSVILLE, IN 47712** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  CUSTOMER REFUND CHECKS | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,890.40 |
|---|---|---|---|
| | **CAPELLI**<br>**1 EAST 33RD ST**<br>**NEW YORK, NY 10016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  MERCHANDISE | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $446.04 |
|---|---|---|---|
| | **CARLSONJPM STORE FIXTURES**<br>**NW 7334**<br>**PO BOX 1450**<br>**MINNEAPOLIS, MN 55485** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  SUPPLIES | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,641.79** |
|---|---|---|---|

**CARMICHAEL INTERNATIONAL**
**P.O. BOX 51025**
**LOS ANGELES, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  MERCHANDISE

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,830.18** |
|---|---|---|---|

**CAROLE INC**
**1607 SO GRAND AVE**
**LOS ANGELES, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  MERCHANDISE

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$454.11** |
|---|---|---|---|

**CASS COUNTY ELECTRIC COOP**
**PO BOX 6088**
**FARGO, ND 58108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  UTILITIES

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$171,430.98** |
|---|---|---|---|

**CAVALINI INC.**
**DBA CI SONO**
**1536 SOUTH ALAMEDA ST.**
**LOS ANGELES, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  MERCHANDISE

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**CE MITCHELL & SONS**
**308 4TH AVE S**
**PO BOX 2523**
**GREAT FALLS, MT 59405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  REPAIRS & MTCE

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,082.03** |
|---|---|---|---|

**CEDAR FALLS UTILITIES**
**UTILITY PARKWAY**
**PO BOX 769**
**CEDAR FALLS, IA 50613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  UTILITIES

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$269.26** |
|---|---|---|---|

**CENTERPOINT ENERGY**
**PO BOX 4671**
**HOUSTON, TX 77210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  UTILITIES

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

**3.116**

Nonpriority creditor's name and mailing address
**CENTRAL FIRE & SAFETY**
**PO BOX 1492**
**2620 EAST HWY 30**
**KEARNEY, NE 68848**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FIRE EXT. INSPECTION**

Is the claim subject to offset? ■ No ☐ Yes

**$23.54**

**3.117**

Nonpriority creditor's name and mailing address
**CENTRAL HEATING & AIR**
**CONDITIONING CO**
**1619 1/2 W MARKET**
**JOHNSON CITY, TN 37604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **V81 HVAC Preventative Mtce**

Is the claim subject to offset? ■ No ☐ Yes

**$105.00**

**3.118**

Nonpriority creditor's name and mailing address
**CENTRAL TEMPERATURE**
**EQUIPMENT SERVICE INC**
**1054 AMERICAN DR**
**NEENAH, WI 54956**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **V47 Repair HVAC**

Is the claim subject to offset? ■ No ☐ Yes

**$2,520.21**

**3.119**

Nonpriority creditor's name and mailing address
**CENTURY LINK**
**PO BOX 91154**
**SEATTLE, WA 98111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PHONE SERVICE**

Is the claim subject to offset? ■ No ☐ Yes

**$1,694.72**

**3.120**

Nonpriority creditor's name and mailing address
**CENTURY LINK**
**BUSINESS SERVICES**
**PO BOX 52187**
**PHOENIX, AZ 85072**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PHONE SERVICE**

Is the claim subject to offset? ■ No ☐ Yes

**$1,540.40**

**3.121**

Nonpriority creditor's name and mailing address
**CENTURY LINK**
**PO BOX 91155**
**SEATTLE, WA 98111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TELECOMMUNICATIONS**

Is the claim subject to offset? ■ No ☐ Yes

**$1,144.59**

**3.122**

Nonpriority creditor's name and mailing address
**CENTURY LINK**
**PO BOX 4300**
**CAROL STREAM, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TELECOMMUNICATIONS**

Is the claim subject to offset? ■ No ☐ Yes

**$36.90**

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.123**

**Nonpriority creditor's name and mailing address**

**CENTURY LINK**
**PO BOX 2961**
**PHOENIX, AZ 85062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TELECOMMUNICATIONS**

Is the claim subject to offset? ■ No  ☐ Yes

$76.51

---

**3.124**

**Nonpriority creditor's name and mailing address**

**CENTURY LINK**
**PO BOX 1319**
**CHARLOTTE, NC 28201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TELECOMMUNICATIONS**

Is the claim subject to offset? ■ No  ☐ Yes

$114.48

---

**3.125**

**Nonpriority creditor's name and mailing address**

**CHAFFINS, PATRI**
**1033 ROSE LN**
**LOUISA, KY 41230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No  ☐ Yes

$13.66

---

**3.126**

**Nonpriority creditor's name and mailing address**

**CHAPEN, LEANNA**
**6336 OAKBROOK DRIVE**
**YPSILANTI, MI 48197**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No  ☐ Yes

$17.31

---

**3.127**

**Nonpriority creditor's name and mailing address**

**CHAPMAN'S MECHANICAL**
**SYSTEMS, INC.**
**PO BOX 1008**
**LASALLE, IL 61301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC PM**

Is the claim subject to offset? ■ No  ☐ Yes

$205.70

---

**3.128**

**Nonpriority creditor's name and mailing address**

**CHAPPELL CENTRAL INC**
**2101 GORTON AVE NW**
**P.O. BOX 916**
**WILLMAR, MN 56201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC**

Is the claim subject to offset? ■ No  ☐ Yes

$159.82

---

**3.129**

**Nonpriority creditor's name and mailing address**

**CHENGDA INT'L CO., LTD**
**NO. 71 RENMIN RD**
**DALIAN, CHINA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No  ☐ Yes

$275,351.35

---

| Debtor | Vanity Shop of Grand Forks, Inc. | | Case number (if known) | 17-30112 |
|---|---|---|---|---|
| | Name | | | |

---

**3.130** Nonpriority creditor's name and mailing address

CHIODA QUALITY WINDOW
CLEANING
1000 EAST SMITHFIELD ST
MCKEESPORT, PA 15135

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  WINDOW WASHING

Is the claim subject to offset? ■ No ☐ Yes

$80.00

---

**3.131** Nonpriority creditor's name and mailing address

CHITTY GARBAGE SERVICE
PO BOX 29
NEVADA, IA 50201

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  WASTE SERVICES

Is the claim subject to offset? ■ No ☐ Yes

$317.79

---

**3.132** Nonpriority creditor's name and mailing address

CHRISTOPHER, JE
3759 GRANT AVE C18 S
OGDEN, UT 84405

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CUSTOMER REFUND CHECKS

Is the claim subject to offset? ■ No ☐ Yes

$13.35

---

**3.133** Nonpriority creditor's name and mailing address

CINTAS FIRE PROTECTION
CINTAS FAS LOCKBOX 636525
PO BOX 636525
CINCINNATI, OH 45263

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  V46 Fire Ext. Inspection

Is the claim subject to offset? ■ No ☐ Yes

$107.92

---

**3.134** Nonpriority creditor's name and mailing address

CISSELL,DUSTY
4733 WHITE STREET
MISSOULA, MT 59808

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  EMPLOYEE TRAVEL

Is the claim subject to offset? ■ No ☐ Yes

$31.25

---

**3.135** Nonpriority creditor's name and mailing address

CITY OF FERGUS FALLS
PUBLIC UTILITIES DEPT
112 W WASHINGTON AVE
FERGUS FALLS, MN 00056-5537

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UTILITIES

Is the claim subject to offset? ■ No ☐ Yes

$77.00

---

**3.136** Nonpriority creditor's name and mailing address

CITY OF LIMA - UTILITIES
PO BOX 183199
COLUMBUS, OH 43218

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UTILITIES

Is the claim subject to offset? ■ No ☐ Yes

$19.02

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known)    17-30112 |
|--------|----------------------------------|------------------------------------|
| | Name | |

---

**3.137**  Nonpriority creditor's name and mailing address

**CITY OF PERU**
**1901 FOURTH STREET**
**PO BOX 299**
**PERU, IL 61354**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

**$1,533.16**

---

**3.138**  Nonpriority creditor's name and mailing address

**City Triangles**
**6015 Bandini Blvd.**
**Commerce, CA 90040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise**

Is the claim subject to offset? ■ No ☐ Yes

**$18,231.44**

---

**3.139**  Nonpriority creditor's name and mailing address

**CITY WATER & LIGHT**
**PO BOX 1289**
**JONESBORO, AR 72403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

**$409.80**

---

**3.140**  Nonpriority creditor's name and mailing address

**CITYWIDE WINDOW SERVICES**
**PO BOX 790**
**ANOKA, MN 55303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WINDOW WASHING**

Is the claim subject to offset? ■ No ☐ Yes

**$60.04**

---

**3.141**  Nonpriority creditor's name and mailing address

**CLARKSVILLE DEPARTMENT OF**
**ELECTRICITY**
**PO BOX 31449**
**CLARKSVILLE, TN 37040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

**$449.23**

---

**3.142**  Nonpriority creditor's name and mailing address

**CLARKSVILLE GAS & WATER**
**PO BOX 31329**
**CLARKSVILLE, TN 37040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

**$27.14**

---

**3.143**  Nonpriority creditor's name and mailing address

**CLEAR VIEW WINDOW**
**CLEANING**
**4106 KATERI WAY**
**SIOUX CITY, IA 51106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WINDOW WASHING**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number *(if known)* | **17-30112** |
|---|---|---|---|
| | Name | | |

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00** |
|---|---|---|---|

**CLEARVIEW WINDOW WASHING**
**6501 FOREST PARK DRIVE**
**DE FOREST, WI 53532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  WINDOW WASHING

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$113.70** |
|---|---|---|---|

**COCHRAN, RANDY**
**COCHRAN CONSTRUCTION**
**13200 OLD PRINCIPAL RD**
**HEYWORTH, IL 61745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  REPAIRS & MTCE

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$131.37** |
|---|---|---|---|

**COLORADO SPRINGS**
**UTILITIES**
**PO BOX 340**
**COLORADO SPRINGS, CO 80947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  UTILITIES

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58.58** |
|---|---|---|---|

**COLUMBIA GAS**
**PO BOX 742510**
**CINCINNATI, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  UTILITIES

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$133.00** |
|---|---|---|---|

**COMFORT SYSTEMS USA**
**5818 SANDPIPER DR**
**MISSOULA, MT 59808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  HVAC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
|---|---|---|---|

**COMMERCIAL AIR & ELECTRIC**
**260 S SANTA FE AVE**
**PUEBLO, CO 81003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  HVAC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.88** |
|---|---|---|---|

**CONSOLIDATED COMMUNICATIONS**
**PO BOX 3188**
**PO BOX 3188**
**MILWAUKEE, WI 53201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  TELECOMMUNICATIONS

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.36** |
|---|---|---|---|

**CONSUMERS ENERGY**
**PAYMENT CENTER**
**PO BOX 740309**
**CINCINNATI, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __UTILITIES__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,032.05** |
|---|---|---|---|

**CONTEMPO LIMITED**
**15/F, CONTEMPO PLACE**
**81 HUNG TO ROAD, KWUN TONG**
**KOWLOON, HONG KONG**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __MERCHANDISE__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,162.20** |
|---|---|---|---|

**COOPER CONSULTING &**
**PROPERTY MANAGEMENT, INC**
**2400 W CR 500 SOUTH**
**MUNCIE, IN 47302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __REPAIRS & MTCE__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97.00** |
|---|---|---|---|

**CORPORATE MALL SERVICES**
**2502 BIDDLE AVE**
**WYANDOTTE, MI 48192**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __WINDOW WASHING__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13.00** |
|---|---|---|---|

**COSTA, HEATHER**
**107 CHERRY ST -PO BOX 242**
**GREEN VALLEY, IL 61534**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __CUSTOMER REFUND CHECKS__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$922.50** |
|---|---|---|---|

**COUNTWISE**
**1149 SAWGRASS CORP PKWY**
**SUNRISE, FL 33323**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __REPAIRS & MTCE__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$94.80** |
|---|---|---|---|

**CR LIGHTING & ELECTRIC**
**380 KING ST**
**LAYTON, UT 84041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __REPAIRS & MTCE__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

---

**3.158**

**Nonpriority creditor's name and mailing address**

**CRJ SOLUTIONS**
**33 RIDGE DRIVE EAST**
**GREAT NECK, NY 11021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No  ☐ Yes

$1,955.46

---

**3.159**

**Nonpriority creditor's name and mailing address**

**CROSSBY BROWNLIE INC**
**100 NASSAU STREET**
**ROCHESTER, NY 14605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC**

Is the claim subject to offset? ■ No  ☐ Yes

$222.48

---

**3.160**

**Nonpriority creditor's name and mailing address**

**CRYSTAL CLEAR CLEANING**
**1127 N. BROOKS**
**RUSSELL, KS 67665**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **V214 Window Washing**

Is the claim subject to offset? ■ No  ☐ Yes

$60.00

---

**3.161**

**Nonpriority creditor's name and mailing address**

**CURT'S LOCK & KEY SERVICE**
**1102 MAIN AVE**
**FARGO, ND 58103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIES**

Is the claim subject to offset? ■ No  ☐ Yes

$219.33

---

**3.162**

**Nonpriority creditor's name and mailing address**

**DAHLINGER, CARO**
**6022 LYNBROOK LANE**
**MADISON, WI 53719**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No  ☐ Yes

$16.95

---

**3.163**

**Nonpriority creditor's name and mailing address**

**DAKOTA FIRE EXTINGUISHERS**
**5100 SOUTH BROADWAY**
**MINOT, ND 58701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FIRE EXTINGUISHER**

Is the claim subject to offset? ■ No  ☐ Yes

$35.98

---

**3.164**

**Nonpriority creditor's name and mailing address**

**DAKOTA WEST CONTRACTING**
**P.O. BOX 2377**
**BISMARCK, ND 58502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No  ☐ Yes

$1,525.00

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
| --- | --- | --- | --- |
| | Name | | |

---

**3.165**    Nonpriority creditor's name and mailing address

**DAMIAN REITEN CONST INC.**
**10543 PIERCE ST. NE**
**BLAINE, MN 55434**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No  ☐ Yes

$375.00

---

**3.166**    Nonpriority creditor's name and mailing address

**DAVID & YOUNG**
**903 CASTLE ROAD**
**SECAUCUS, NJ 07094**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No  ☐ Yes

$1,975.68

---

**3.167**    Nonpriority creditor's name and mailing address

**DAYSPRING WINDOW CLEANING**
**701 UTAH AVE S**
**GOLDEN VALLEY, MN 55426**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WINDOW WASHING**

Is the claim subject to offset? ■ No  ☐ Yes

$32.38

---

**3.168**    Nonpriority creditor's name and mailing address

**DAYTON POWER & LIGHT**
**PO BOX 740598**
**CINCINNATI, OH 45274**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No  ☐ Yes

$1,271.67

---

**3.169**    Nonpriority creditor's name and mailing address

**DEANDREA, OLIVI**
**414 N POPLAR**
**NORTH PLATTE, NE 69101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No  ☐ Yes

$17.63

---

**3.170**    Nonpriority creditor's name and mailing address

**DELUXE BUSINESS FORMS**
**PO BOX 742572**
**CINCINNATI, OH 45274**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIES**

Is the claim subject to offset? ■ No  ☐ Yes

$62.69

---

**3.171**    Nonpriority creditor's name and mailing address

**DEPENDABLE SANITATION**
**PO BOX 378**
**ABERDEEN, SD 57402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WASTE SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

$70.78

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.00 |
|---|---|---|---|

**DERMER REFRIGERATION, INC**
**6757 LYNX LANE**
**BOZEMAN, MT 59718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  HVAC PM

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $469.57 |
|---|---|---|---|

**DETROIT LAKES, CITY OF**
**PO BOX 647**
**DETROIT LAKES, MN 56502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  UTILITIES

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,875.00 |
|---|---|---|---|

**DIAMOND B COMPANIES. INC**
**PO BOX 80284**
**BILLINGS, MT 59108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  SUPPLIES

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $237.50 |
|---|---|---|---|

**DIESEL DOGS TRUCKING, LLC**
**PO BOX 585**
**FARGO, ND 58107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  SNOW REMOVAL

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137,033.32 |
|---|---|---|---|

**DL MORSE & ASSOCIATES**
**1745 HOLTON RD STE B**
**MUSKEGON, MI 49445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CONSTRUCTION

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,383.00 |
|---|---|---|---|

**DLA COMPANY, LLC**
**2670 LEONIS BLVD.**
**VERNON, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  MERCHANDISE

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|

**DOCTOR DOOR LLC**
**1506 DRIFTWOOD DRIVE**
**BOZEMAN, MT 59715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  LOCKS

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

---

**3.179** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$276.05**

**DOMINION EAST OHIO**
**PO BOX 26785**
**RICHMOND, VA 23261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __UTILITIES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.180** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.65**

**DORWART, JOCELY**
**1343 JIM BRIDGER**
**CASPER, WY 82604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __CUSTOMER REFUND CHECKS__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13.18**

**DOWNEY, ANNMARI**
**640 DEER HAVEN DR**
**DEER LODGE, MT 59722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __CUSTOMER REFUND CHECKS__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14.22**

**DRESEN, SAMANTHA**
**1116 SAINT ANNE ST.**
**SPARTA, WI 54656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __CUSTOMER REFUND CHECKS__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$589.75**

**DTE ENERGY**
**PO BOX 740786**
**CINCINNATI, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __UTILITIES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$88.59**

**DUBUQUE, CITY OF**
**UTILITY BILLING OFFICE**
**PO BOX 1063**
**DUBUQUE, IA 52004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __V138 Water/Sewer 1/17__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,695.33**

**DUKE ENERGY**
**PO BOX 1326**
**CHARLOTTE, NC 28201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __UTILITIES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | | Case number (if known) | 17-30112 |
|---|---|---|---|---|
| | Name | | | |

---

**3.186** Nonpriority creditor's name and mailing address

**DUKE ENERGY**
**PO BOX 70516**
**CHARLOTTE, NC 28272**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   UTILITIES

Is the claim subject to offset? ■ No ☐ Yes

**$325.00**

---

**3.187** Nonpriority creditor's name and mailing address

**DUKE ENERGY PROGRESS**
**CENTRAL REMITTANCE**
**PO BOX 1003**
**CHARLOTTE, NC 28201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   UTILITIES

Is the claim subject to offset? ■ No ☐ Yes

**$828.22**

---

**3.188** Nonpriority creditor's name and mailing address

**DUNN ELECTRICAL SERVICE**
**PO BOX 3797**
**CLARKSVILLE, TN 37041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   V83 Replace Exit Sign

Is the claim subject to offset? ■ No ☐ Yes

**$155.95**

---

**3.189** Nonpriority creditor's name and mailing address

**DYE, REBEKAH**
**822 2ND ST**
**MARIETTA, OH 45750**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   EMPLOYEE TRAVEL

Is the claim subject to offset? ■ No ☐ Yes

**$17.14**

---

**3.190** Nonpriority creditor's name and mailing address

**E and H Enterprises of Alexandria, Inc.**
**DBA Ellingson Plumbing Heating A/C**
**2510 Broadway St. S**
**ALEXANDRIA, MN 56308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   HVAC PM

Is the claim subject to offset? ■ No ☐ Yes

**$82.38**

---

**3.191** Nonpriority creditor's name and mailing address

**E.L.I.S. LLC**
**28 WEST 36TH STREET**
**SUITE 305**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   MERCHANDISE

Is the claim subject to offset? ■ No ☐ Yes

**$60,237.17**

---

**3.192** Nonpriority creditor's name and mailing address

**EAST LION CORP.**
**318 BREA CANYON RD.**
**CITY OF INDUSTRY, CA 91789**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   MERCHANDISE

Is the claim subject to offset? ■ No ☐ Yes

**$23,175.90**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,182.35 |
|---|---|---|---|

**EDGEMINE INC.**
**1801 E. 50TH STREET**
**LOS ANGELES, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **MERCHANDISE**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**EDWARDS ELECTRICAL**
**& MECHANICAL**
**ML 505, PO BOX 145400**
**CINCINNATI, OH 45250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **V108 HVAC Preventative Mtce**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $608.29 |
|---|---|---|---|

**EMPIRE DISTRICT**
**PO BOX 219239**
**KANSAS CITY, MO 64121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UTILITIES**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $292.79 |
|---|---|---|---|

**ENERGY WEST - MONTANA**
**PO BOX 2229**
**GREAT FALLS, MT 59403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UTILITIES**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $313.48 |
|---|---|---|---|

**ENSLEY ELECTRICAL SERVICES**
**PO BOX 5822**
**GRAND ISLAND, NE 68802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $980.00 |
|---|---|---|---|

**EPOCH**
**120 E. 8TH STREET**
**SUITE 907**
**LOS ANGELES, CA 90014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **MERCHANDISE**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.25 |
|---|---|---|---|

**ESCON GROUP**
**6 JOHNSON COURT**
**BAY CITY, MI 48708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.200**

**Nonpriority creditor's name and mailing address**

EVENTIS CORPORATION
ATTN: SENIOR VICE PRESIDENT OF SALE
2950 XENIUM LANE NORTH
PLYMOUTH, MN 55441

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  SERVICES

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.201**

**Nonpriority creditor's name and mailing address**

EXECUTIVE ELECTRIC
15423 21 MILE RD
MACOMB, MI 48044

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  REPAIRS & MTCE

Is the claim subject to offset? ■ No ☐ Yes

**$425.00**

---

**3.202**

**Nonpriority creditor's name and mailing address**

FAMMA GROUP INC.
2300 EAST 11TH STREET
LOS ANGELES, CA 90021

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  MERCHANDISE

Is the claim subject to offset? ■ No ☐ Yes

**$40,722.94**

---

**3.203**

**Nonpriority creditor's name and mailing address**

FANTAS-EYES
385 FIFTH AVE. 9TH FL.
NEW YORK, NY 10016

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  MERCHANDISE

Is the claim subject to offset? ■ No ☐ Yes

**$43,452.63**

---

**3.204**

**Nonpriority creditor's name and mailing address**

FARGO VACUUM SALES & SERVICES
2901 13TH AVE SOUTH #C
FARGO, ND 58103

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  SUPPLIES

Is the claim subject to offset? ■ No ☐ Yes

**$273.03**

---

**3.205**

**Nonpriority creditor's name and mailing address**

FARGO, CITY OF
P.O. BOX 1066
FARGO, ND 58107

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UTILITIES

Is the claim subject to offset? ■ No ☐ Yes

**$341.60**

---

**3.206**

**Nonpriority creditor's name and mailing address**

FASHION FORMS
CE SOIR LINGERIE CO, INC.
DEPT LA 24404
PASADENA, CA 91185

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  MERCHANDISE

Is the claim subject to offset? ■ No ☐ Yes

**$2,565.15**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.207**

**Nonpriority creditor's name and mailing address**

**FERSKI, MIRANDA**
**6332 VINCENT AVE S**
**RICHFIELD, MN 55126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$14.98**

---

**3.208**

**Nonpriority creditor's name and mailing address**

**FICEK ELECTRIC & COMMUNICATION**
**SYSTEMS**
**PO BOX 1456**
**LA SALLE, IL 61301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

**$236.93**

---

**3.209**

**Nonpriority creditor's name and mailing address**

**FIDDELKE HEATING & AIR**
**CONDITIONING, INC.**
**PO BOX 1934**
**KEARNEY, NE 68848**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **V66 HVAC Preventative Mtce**

Is the claim subject to offset? ■ No ☐ Yes

**$117.70**

---

**3.210**

**Nonpriority creditor's name and mailing address**

**FINELINE TECHNOLOGIES INC**
**PO BOX 934219**
**ATLANTA, GA 31193**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIES**

Is the claim subject to offset? ■ No ☐ Yes

**$232.11**

---

**3.211**

**Nonpriority creditor's name and mailing address**

**FINESSE NOVELTY CORP.**
**2 CHANNEL DRIVE**
**PORT WASHINGTON, NY 11050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

**$5,928.21**

---

**3.212**

**Nonpriority creditor's name and mailing address**

**FIRE & SAFETY EQUIP III**
**PO BOX 176**
**PLATTEVILLE, WI 53818**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FIRE EXTINGUISHER**

Is the claim subject to offset? ■ No ☐ Yes

**$38.50**

---

**3.213**

**Nonpriority creditor's name and mailing address**

**FIRE PROTECTION**
**SPECIALISTS, LLC**
**3624 E SPRINGFIELD**
**SPOKANE, WA 99202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FIRE EXTINGUISHER**

Is the claim subject to offset? ■ No ☐ Yes

**$40.09**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|

Name

---

**3.214** Nonpriority creditor's name and mailing address
**FIRE SUPPRESSION SERVICES**
**3802 SOUTH 2300 EAST**
**SALT LAKE CITY, UT 84109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FIRE EXT. INSPECTION**

Is the claim subject to offset? ■ No ☐ Yes

**$37.80**

---

**3.215** Nonpriority creditor's name and mailing address
**FIREGUARD INC**
**4404 S 76TH CIRCLE**
**OMAHA, NE 68127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FIRE EXTINGUISHER**

Is the claim subject to offset? ■ No ☐ Yes

**$103.00**

---

**3.216** Nonpriority creditor's name and mailing address
**FISH WINDOW CLEANING**
**PO BOX 190882**
**ST LOUIS, MO 63119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WINDOW WASHING**

Is the claim subject to offset? ■ No ☐ Yes

**$63.00**

---

**3.217** Nonpriority creditor's name and mailing address
**FISH WINDOW CLEANING**
**PO BOX 784**
**BOYSTOWN, NE 68010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WINDOW WASHING**

Is the claim subject to offset? ■ No ☐ Yes

**$27.82**

---

**3.218** Nonpriority creditor's name and mailing address
**FISH WINDOW CLEANING**
**PO BOX 307**
**POWELL, OH 43065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WINDOW WASHING**

Is the claim subject to offset? ■ No ☐ Yes

**$13.91**

---

**3.219** Nonpriority creditor's name and mailing address
**FISH WINDOW CLEANING**
**PO BOX 22268**
**BILLINGS, MT 59104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WINDOW WASHING**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.220** Nonpriority creditor's name and mailing address
**FOLEY ELECTRIC INC**
**2738 BARTELLS DR**
**BELOIT, WI 53511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

**$316.00**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number *(if known)* | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.221** | Nonpriority creditor's name and mailing address | **$21.44**

FORNERO, MARGAR
3149 E 1ST ST
CHENOA, IL 61726

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.222** | Nonpriority creditor's name and mailing address | **$90.62**

FORT DODGE, CITY OF
WATER BILLING
819 1ST AVE S
FORT DODGE, IA 50501

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.223** | Nonpriority creditor's name and mailing address | **$199.99**

FORTNEY REFRIGERATION
393 ROBERTS CT
GRAND JUNCTION, CO 81504

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **V167 HVAC Preventative Mtce**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224** | Nonpriority creditor's name and mailing address | **$15.82**

FOUTS, SARAH
415 HOBART ST
EAU CLAIRE, WI 54703

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225** | Nonpriority creditor's name and mailing address | **$106.05**

FREEDOM ELECTRIC INC
PO BOX 67
09 SOUTH 200 EAST
JEROME, ID 83338

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address | **$668.50**

FRONTIER
PO BOX 740407
CINCINNATI, OH 45274

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PHONE SERVICE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.227** | Nonpriority creditor's name and mailing address | **$352.76**

GARDEN CITY PLAZA, LLC
PO BOX 843938
KANSAS CITY, MO 64184

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number *(if known)* | **17-30112** |
|---|---|---|---|
| | Name | | |

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**GARY'S SEWER & DRAIN**
**PO BOX 6055**
**POCATELLO, ID 83205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32.08** |
|---|---|---|---|

**GARY, NEKA**
**1125 LANG RD.**
**WATERLOO, IA 50702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,559.00** |
|---|---|---|---|

**GENERAL INFORMATION SERVICES INC.**
**PO BOX 538450**
**ATLANTA, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **BACKGROUND CHECK SERVICE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**GENERAL REPAIR SERVICE CO**
**PO BOX 111**
**BUSHLAND, TX 79012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **V171 Replace Ceiling Tile**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16.26** |
|---|---|---|---|

**GENTRY, MANDA**
**11256 JOLLY MILL LN**
**PIERCE CITY, MO 65723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**GERING VALLEY PLUMBING**
**1100 10TH STREET**
**PO BOX 177**
**GERING, NE 69341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **V67 HVAC Preventative Mtce**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.80** |
|---|---|---|---|

**GIBBS, ANNA**
**518 VICTORIA AVE.**
**WILLIAMSTOWN, WV 00026-1878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12.03 |
| | **GLOVER, ROSALIN**<br>**3118 MUIR FIELD RD**<br>**MADISON, WI 53719** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __CUSTOMER REFUND CHECKS__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $529.20 |
| | **GMPC LLC**<br>**11390 W. OLYMPIC BLVD.**<br>**STE 400**<br>**LOS ANGELES, CA 90064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __MERCHANDISE__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,333.73 |
| | **GOLDEN TOUCH IMPORTS, INC**<br>**1410 BROADWAY**<br>**NEW YORK, NY 10018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __MERCHANDISE__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $48.11 |
| | **GONY, NYAGOA**<br>**1615 SOUTHWEST 10TH ST**<br>**LINCOLN, NE 68522** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __CUSTOMER REFUND CHECKS__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
| | **GONZALES CONTRACTORS, LLC**<br>**PO BOX 125**<br>**MIDLAND, TX 79702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __REPAIRS & MTCE__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $735.00 |
| | **GOYETTE MECHANICAL**<br>**3842 GOREY AVE**<br>**PO BOX 33**<br>**FLINT, MI 48501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __HVAC__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $700.06 |
| | **GRAND ISLAND, CITY OF**<br>**UTILITIES DEPARMENT**<br>**PO BOX 310446**<br>**DES MOINES, IA 50331** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __UTILITIES__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $156.24 |
|---|---|---|---|

**GRANITE TELECOMMUNICATION**
**CLIENT ID#311**
**PO BOX 983119**
**BOSTON, MA 02298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __TELECOMMUNICATIONS__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $96.37 |
|---|---|---|---|

**GREAT PLAINS NATURAL GAS**
**PO BOX 5600**
**BISMARCK, ND 58506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __UTILITIES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $173.10 |
|---|---|---|---|

**GREELEY LOCK & KEY**
**813 13TH STREET**
**GREELEY, CO 80631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __LOCKS__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.44 |
|---|---|---|---|

**GRUNAU COMPANY**
**8302 SOUTHERN BLVD**
**UNIT 4**
**BOARDMAN, OH 44512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __V117 Quarterly Alarm Monitoring__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.78 |
|---|---|---|---|

**GULBRANSON, PEG**
**6528 EVERGREEN ACRES DR**
**Sioux Falls, SD 57105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __CUSTOMER REFUND CHECKS__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.99 |
|---|---|---|---|

**GURNO, CORENE**
**13391 SCHOOLHOUSE CIRCLE**
**HAYWARD, WI 54843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __CUSTOMER REFUND CHECKS__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,212.75 |
|---|---|---|---|

**GURU KNITS INC.**
**225 WEST 38TH ST.**
**LOS ANGELES, CA 90037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __MERCHANDISE__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.10 |
|---|---|---|---|

**H.E. NEUMANN CO.**
**PO BOX 6208**
**WHEELING, WV 26003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **HVAC PM**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.40 |
|---|---|---|---|

**HALLICH, STEPHA**
**6447 5TH ST**
**FRIDLEY, MN 55432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.40 |
|---|---|---|---|

**HAMDAN, SONIKA**
**1201 TURTLE CREEK RD**
**LINCOLN, NE 68521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.44 |
|---|---|---|---|

**HAMMOND, MEGHAN**
**2903 N X ROAD**
**HOLDALD, NE 48846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**HARRELL-FISH INC**
**2010 VERNAL PIKE**
**PO BOX 1998**
**BLOOMINGTON, IN 47402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **HVAC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.93 |
|---|---|---|---|

**HARRIS, ALICIA**
**PO BOX 34**
**CORINNE, UT 84307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.18 |
|---|---|---|---|

**HARRISON, KATIE**
**3102 SIMPSON ROAD**
**FORT GRATIOT, MI 48059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **EMPLOYEE TRAVEL**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.256**

**Nonpriority creditor's name and mailing address**

**HARVEST HEATING & AIR CONDITIONING**
**PO BOX 214**
**AMES, IA 50010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC PM**

Is the claim subject to offset? ■ No ☐ Yes

**$188.50**

---

**3.257**

**Nonpriority creditor's name and mailing address**

**HASBROUCK, HOLL**
**PO BOX 1986**
**SAPAULA, OK 74647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$16.10**

---

**3.258**

**Nonpriority creditor's name and mailing address**

**HAYS, CITY OF**
**PO BOX 490**
**HAYS, KS 67601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

**$36.78**

---

**3.259**

**Nonpriority creditor's name and mailing address**

**HEART & HIPS**
**2424 E. 26TH STREET**
**VERNON, CA 90058**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

**$1,602.60**

---

**3.260**

**Nonpriority creditor's name and mailing address**

**HEARTLAND ACQUISITION LLC**
**ATTN: NETWORK SERVIES**
**ONE HEARTLAND WAY**
**JEFFERSONVILLE, IN 47130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CREDIT CARD PROCESSING FEE**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.261**

**Nonpriority creditor's name and mailing address**

**HEAVILIN, LISA**
**608 E CEDAR**
**LEROY, IL 61752**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

**3.262**

**Nonpriority creditor's name and mailing address**

**HERMELBRACHT, S**
**826 N STREET**
**DAVID CITY, NE 68632**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$10.70**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.10 |
|---|---|---|---|

**HICKMAN, SHERRI**
**2709N**
**BOISE, ID 83706**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.02 |
|---|---|---|---|

**HICKORY TECH**
**PO BOX 3188**
**MILWAUKEE, WI 53201**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TELECOMMUNICATIONS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.95 |
|---|---|---|---|

**HINDMAN/PERSON**
**HEATING & AIR CONDITION**
**637 WEST 2ND STREET**
**OTTUMWA, IA 52501**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **V244 HVAC Preventative Mtce**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.10 |
|---|---|---|---|

**HOGAN, JESSICA**
**2555 DUPORTAIL I172**
**RICHLAND, WA 99352**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,904.50 |
|---|---|---|---|

**HOME HEATING-PLUMBING**
**AIR CONDITIONING INC.**
**PO BOX 9587**
**FARGO, ND 58106**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $208.47 |
|---|---|---|---|

**HORTON ELECTRIC SERVICE**
**3002 E DIVISION, SUITE C**
**SPRINGFIELD, MO 65802**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.87 |
|---|---|---|---|

**HOVLAND'S INC**
**P.O. BOX 226**
**EAU CLAIRE, WI 54702**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.270** Nonpriority creditor's name and mailing address

**HOWIE'S TRASH SERVICE**
625 S 10TH ST
MANHATTAN, KS 66502

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WASTE SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

**$94.96**

---

**3.271** Nonpriority creditor's name and mailing address

**HULLINGER GLASS & LOCKS**
14 W. 18TH ST
SCOTTSBLUFF, NE 69361

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LOCKS**

Is the claim subject to offset? ■ No ☐ Yes

**$90.42**

---

**3.272** Nonpriority creditor's name and mailing address

**HYFVE**
1015 S. CROCKER ST.
#Q-28
LOS ANGELES, CA 90021

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

**$2,088.99**

---

**3.273** Nonpriority creditor's name and mailing address

**ICON EYEWEAR**
5 EMPIRE BLVD
SOUTH HACKENSACK, NJ 07606

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

**$85,334.66**

---

**3.274** Nonpriority creditor's name and mailing address

**IDAHO FALLS, CITY OF**
UTILITY DIVISION
PO BOX 50220
IDAHO FALLS, ID 83405

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

**$376.77**

---

**3.275** Nonpriority creditor's name and mailing address

**IDAHO POWER CORPORATION**
PROCESSING CENTER
PO BOX 34966
SEATTLE, WA 98124

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

**$849.82**

---

**3.276** Nonpriority creditor's name and mailing address

**IKEDDI**
1407 BROADWAY
29TH FLOOR
NEW YORK, NY 10018

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

**$3,563.24**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.277** Nonpriority creditor's name and mailing address

**INDIANA AMERICAN WATER**
**PO BOX 3027**
**MILWAUKEE, WI 53201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

**$43.22**

---

**3.278** Nonpriority creditor's name and mailing address

**INDIANA MICHIGAN POWER**
**PO BOX 24407**
**CANTON, OH 44701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

**$1,058.04**

---

**3.279** Nonpriority creditor's name and mailing address

**INTEGRATED FACILITY SOLUTIONS**
**841 HOLT ROAD**
**WEBSTER, NY 14580**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __REPAIRS & MTCE__

Is the claim subject to offset? ■ No ☐ Yes

**$537.30**

---

**3.280** Nonpriority creditor's name and mailing address

**INTERMOUNTAIN GAS CO.**
**P.O. BOX 64**
**BOISE, ID 83732**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

**$162.18**

---

**3.281** Nonpriority creditor's name and mailing address

**IT'S OUR TIME**
**FASHION AVE. KNITS INC.**
**525 7TH AVE. 4TH FLOOR**
**NEW YORK, NY 10018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MERCHANDISE__

Is the claim subject to offset? ■ No ☐ Yes

**$19,992.00**

---

**3.282** Nonpriority creditor's name and mailing address

**J-N-T SECURITY SERVICES**
**PO BOX 147**
**MINOT, ND 58702**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SECURITY__

Is the claim subject to offset? ■ No ☐ Yes

**$40.50**

---

**3.283** Nonpriority creditor's name and mailing address

**J.F. AHERN CO.**
**ACCOUNTS RECEIVABLE**
**PO BOX 1316**
**FOND DU LAC, WI 54936**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __REPAIRS & MTCE__

Is the claim subject to offset? ■ No ☐ Yes

**$258.50**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.284**

**Nonpriority creditor's name and mailing address**

**JADE MARKETING GROUP, LLC**
**65 MEMORIAL ROAD**
**SUITE 320**
**WEST HARTFORD, CT 06107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  MERCHANDISE

Is the claim subject to offset? ■ No ☐ Yes

**$35,426.20**

---

**3.285**

**Nonpriority creditor's name and mailing address**

**JAMES KELLY'S HOME**
**IMPROVEMENTS**
**1545 LEMONETREE DR**
**CINCINNATI, OH 45240**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  REPAIRS & MTCE

Is the claim subject to offset? ■ No ☐ Yes

**$729.74**

---

**3.286**

**Nonpriority creditor's name and mailing address**

**JANESVILLE WATER & WASTE**
**18 N JACKSON ST**
**PO BOX 5005**
**JANESVILLE, WI 53547**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UTILITIES

Is the claim subject to offset? ■ No ☐ Yes

**$93.72**

---

**3.287**

**Nonpriority creditor's name and mailing address**

**JAQUEZ, ESPERAN**
**915 E. 24TH ST. LN**
**GREELEY, CO 80631**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  CUSTOMER REFUND CHECKS

Is the claim subject to offset? ■ No ☐ Yes

**$27.89**

---

**3.288**

**Nonpriority creditor's name and mailing address**

**JB'S HANDYMAN SERVICE**
**1684 S COACHLIGHT**
**NEW BERLIN, WI 53151**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  REPAIRS & MTCE

Is the claim subject to offset? ■ No ☐ Yes

**$75.88**

---

**3.289**

**Nonpriority creditor's name and mailing address**

**JC SECURITY LLC**
**2904 N MORRISON STREET**
**APPLETON, WI 54911**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  LOCKS

Is the claim subject to offset? ■ No ☐ Yes

**$165.90**

---

**3.290**

**Nonpriority creditor's name and mailing address**

**JDS MECHANICAL, INC**
**870 OAK PLAINS ROAD**
**CLARKSVILLE, TN 37043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  REPAIRS & MTCE

Is the claim subject to offset? ■ No ☐ Yes

**$142.50**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.291** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00**

JENINGS, DOUG
348 9TH AVE N
FORT DODGE, IA 50501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.292** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,000.00**

Jenna Barton
15629 Norway Avenue
Cleveland, OH 44111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Ohio Bureau of Workers' Compensation Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.293** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$236.73**

JENSEN'S HANDYMAN &
REMODELING
618 HOWELL ST
MISSOULA, MT 59802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00**

JETTER CLEAN, INC.
PO BOX 5775
ROCHESTER, MN 55903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,591.00**

JIANGSU GTIG ESEN CO., LTD
22 FLOOR GUOTAI TIMES PLZ
BLDG A NO 65 RENMIN RD
ZHANGJIAGANG CITY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$95,044.10**

JIANGSU GUOTAI HUASHENG INDUSTRIAL
CO.,
EAST OF 8TH FLOOR, SUOTAI NEW
CENTURY PL
NO 125 MIDDLE RNMIN ROAD
ZHANGJIAGANG CITY
JIANGSU, CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.297** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,065.00**

JIANGSU GUOTAI INT'L
16F/A, GUOTAI TIMES PLAZA
NO 65 RENMIN ROAD
ZHANGHIAGANG, JIANGSU

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

**3.298** Nonpriority creditor's name and mailing address

**JIANGSU SAINTY GLORIOUS**
**5TH FLOOR, BUILDING #A**
**#21 SOFTWEAR AVE, YUHUA DISTRICT**
**NANJING, CHINA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No  ☐ Yes

**$89,992.20**

---

**3.299** Nonpriority creditor's name and mailing address

**JOC INTERNATIONAL LTD**
**ROOM 209**
**8 SOUTH LIYUAN ROAD**
**JANGNING DISTRICT**
**NANJING, CHINA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.300** Nonpriority creditor's name and mailing address

**JODI KRISTOPHER, LLC**
**5910 CORVETTE STREET**
**COMMERCE, CA 90040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No  ☐ Yes

**$31,441.97**

---

**3.301** Nonpriority creditor's name and mailing address

**JOE BENBASSET**
**213 W. 35TH ST.**
**NEW YORK, NY 10001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No  ☐ Yes

**$24,204.97**

---

**3.302** Nonpriority creditor's name and mailing address

**JOHN'S GREAT AMERICAN**
**WINDOW CLEANING CO.**
**PO BOX 155**
**WHITELAND, IN 46184**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WINDOW WASHING**

Is the claim subject to offset? ■ No  ☐ Yes

**$44.00**

---

**3.303** Nonpriority creditor's name and mailing address

**JOHN'S HEATING & A/C**
**1423 COLLEGE WAY**
**FERGUS FALLS, MN 56537**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No  ☐ Yes

**$211.00**

---

**3.304** Nonpriority creditor's name and mailing address

**JOHNSON CITY POWER BOARD**
**PO BOX 2058**
**JOHNSON CITY, TN 37605**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No  ☐ Yes

**$589.51**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.305** Nonpriority creditor's name and mailing address

JOHNSON CITY UTILITY
SYSTEM
PO BOX 2386
JOHNSON CITY, TN 37605

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UTILITIES

Is the claim subject to offset? ☒ No ☐ Yes

**$13.73**

---

**3.306** Nonpriority creditor's name and mailing address

JOHNSON, ELIZABETH
308 NICHOLS ST
APT 1
UTICA, NY 13501

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  EMPLOYEE TRAVEL

Is the claim subject to offset? ☒ No ☐ Yes

**$15.70**

---

**3.307** Nonpriority creditor's name and mailing address

JOHNSON, MICHELLE
15043 S LOOKOUT RODGE DR
HERRIMAN, UT 84096

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  EMPLOYEE TRAVEL

Is the claim subject to offset? ☒ No ☐ Yes

**$77.29**

---

**3.308** Nonpriority creditor's name and mailing address

JOUJOU/BBC APPAREL
SUITE 507
1407 BROADWAY
NEW YORK, NY 10018

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  MERCHANDISE

Is the claim subject to offset? ☒ No ☐ Yes

**$63,869.33**

---

**3.309** Nonpriority creditor's name and mailing address

JUST JULEZ INC.
95 SOCKANOSSET CROSS ROAD
STE 205
CRANSTON, RI 02920

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  MERCHANDISE

Is the claim subject to offset? ☒ No ☐ Yes

**$8,367.24**

---

**3.310** Nonpriority creditor's name and mailing address

JUST ONE
1450 BROADWAY, 21ST FLOOR
NEW YORK, NY 10018

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  MERCHANDISE

Is the claim subject to offset? ☒ No ☐ Yes

**$5,556.60**

---

**3.311** Nonpriority creditor's name and mailing address

K.C. ELECTRIC SUPPLY
4300 S. VANBUREN
ENID, OK 73703

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  REPAIRS & MTCE

Is the claim subject to offset? ☒ No ☐ Yes

**$260.91**

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$246.23** |
|---|---|---|---|

**KALINS INDOOR COMFORT INC**
**P.O. BOX 3407**
**SIOUX CITY, IA 51101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __HVAC__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$117.70** |
|---|---|---|---|

**KANNDO PROFESSIONAL SERVICES**
**950 MAIN STREET**
**DUBUQUE, IA 52001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __REPAIRS & MTCE__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,293.42** |
|---|---|---|---|

**KARNDEAN DESIGNFLOORING**
**BUSHY RUN CORPORATE PARK**
**1100 PONTIAC COURT**
**EXPORT, PA 15632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __FLOORING__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$109,814.88** |
|---|---|---|---|

**KASH APPAREL LLC**
**1929 HOOPER AVE.**
**LOS ANGELES, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __MERCHANDISE__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.28** |
|---|---|---|---|

**KAUS, SHAYLINN**
**904 KEARNEY - APT B**
**MANHATTAN, KS 66502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __CUSTOMER REFUND CHECKS__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$374.59** |
|---|---|---|---|

**KCP&L**
**PO BOX 219703**
**KANSAS CITY, MO 64121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __UTILITIES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$341.80** |
|---|---|---|---|

**KEARNEY, CITY OF**
**UTILITIES DEPARTMENT**
**P.O. BOX 1180**
**KEARNEY, NE 68848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __UTILITIES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number *(if known)* | **17-30112** |
|---|---|---|---|
| | Name | | |

---

**3.319** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11.43**

**KEFGLEY, LINDA**
**21256 MOON LIGHT**
**PELICAN RAPIDS, MN 56572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.320** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$134.81**

**KENNEWICK, CITY OF**
**PO BOX 6108**
**KENNEWICK, WA 99336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UTILITIES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.321** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16.25**

**KEVIN'S UNLIMITED SERVICE COMPANY**
**PO BOX 93**
**DEWEYVILLE, TX 77614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **WINDOW WASHING**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.322** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$162.50**

**KIMBRO MECHANICAL**
**1877 AIR LANE DR**
**NASHVILLE, TN 37210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **HVAC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.323** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16.30**

**KINNEY, BRANDY**
**16010 N. TAMARACK CT**
**NINE MILE FALLS, WA 99026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.324** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16.66**

**KLUCK, HEATHER**
**R10066 COUNTY ROAD J**
**SCHOFIELD, WI 54476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.325** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21.09**

**KRUCKENBERG, LI**
**8547 N US HWY 14**
**EVANSVILLE, WI 53536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

**3.326**

Nonpriority creditor's name and mailing address
**KUCERA PLUMBING,HEATING COOLING,& SHEET METAL LLC**
**4150 CENTRAL AVE**
**SHADYSIDE, OH 43947**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **V100 HVAC Preventative Mtce**

Is the claim subject to offset? ■ No ☐ Yes

**$240.33**

---

**3.327**

Nonpriority creditor's name and mailing address
**KUCHOLICK, KAIS**
**8700 STATE ROAD 43**
**BATTLEGROUND, IN 47920**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$15.49**

---

**3.328**

Nonpriority creditor's name and mailing address
**KW ELECTRIC INC**
**PO BOX 967**
**CEDAR FALLS, IA 50613**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

**$979.19**

---

**3.329**

Nonpriority creditor's name and mailing address
**KYLE SANDY**
**932 CARLOS DR.**
**LINCOLN, NE 68505**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

**$240.00**

---

**3.330**

Nonpriority creditor's name and mailing address
**LARRY'S WINDOW SERVICE**
**PO BOX 1471**
**DES MOINES, IA 50305**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WINDOW WASHING**

Is the claim subject to offset? ■ No ☐ Yes

**$34.98**

---

**3.331**

Nonpriority creditor's name and mailing address
**LARSEN PROPERTY SERVICES**
**7248 BEAVER DAM RD**
**CROMWELL, KY 42333**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

**$358.02**

---

**3.332**

Nonpriority creditor's name and mailing address
**LARSEN, TIFFANY**
**53525 845 RD.**
**TILDEN, NE 68781**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$6.85**

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

---

**3.333** Nonpriority creditor's name and mailing address
**LASHES**
**6500 AVALON BLVD.**
**LOS ANGELES, CA 90003**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No  ☐ Yes

$20,882.33

---

**3.334** Nonpriority creditor's name and mailing address
**LEPIC, RON**
**PO BOX 2460**
**ST. CLAIRSVILLE, OH 43950**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WINDOW WASHING**

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.335** Nonpriority creditor's name and mailing address
**LEVECK LIGHTING PRODUCTS**
**AND MAINTENANCE**
**PO BOX 24063**
**DAYTON, OH 45424**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIES**

Is the claim subject to offset? ■ No  ☐ Yes

$9,259.75

---

**3.336** Nonpriority creditor's name and mailing address
**LIMEBLUE**
**1109 S BOYLE AVE**
**LOS ANGELES, CA 90023**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No  ☐ Yes

$1,378.27

---

**3.337** Nonpriority creditor's name and mailing address
**LINCOLN ELECTRIC SYSTEM**
**PO BOX 2986**
**OMAHA, NE 68103**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No  ☐ Yes

$470.68

---

**3.338** Nonpriority creditor's name and mailing address
**LINDSAY CRYSTAL**
**PURE WATER, INC**
**107 14TH ST NORTH**
**MOORHEAD, MN 56560**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WATER COOLER**

Is the claim subject to offset? ■ No  ☐ Yes

$153.20

---

**3.339** Nonpriority creditor's name and mailing address
**LITERATI INFORMATION**
**TECHNOLOGY**
**827 FAIRMONT RD, STE 107**
**MORGANTOWN, WV 26501**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No  ☐ Yes

$148.40

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96.00 |
|---|---|---|---|

**3.340**

Nonpriority creditor's name and mailing address
**LLOYD'S WINDOW WASHING**
**4705 N GENOA STREET**
**OTIS ORCHARDS, WA 99027**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WINDOW WASHING**

Is the claim subject to offset? ■ No ☐ Yes

$96.00

---

**3.341**

Nonpriority creditor's name and mailing address
**LOGAN, CITY OF**
**290 NORTH 100 WEST**
**PO BOX 328**
**LOGAN, UT 84323**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

$281.48

---

**3.342**

Nonpriority creditor's name and mailing address
**LOVE BY DESIGN**
**BY DESIGN L.L.C.**
**1441 BROADWAY, 4TH FLOOR**
**NEW YORK, NY 10018**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

$176.40

---

**3.343**

Nonpriority creditor's name and mailing address
**LOZIER CORPORATION**
**PO BOX 3577**
**OMAHA, NE 68103**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **STORE FIXTURES**

Is the claim subject to offset? ■ No ☐ Yes

$26,708.34

---

**3.344**

Nonpriority creditor's name and mailing address
**LUCKINBILL, INC.**
**PO BOX 186**
**ENID, OK 73702**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

$210.00

---

**3.345**

Nonpriority creditor's name and mailing address
**LUX ACCESSORIES LTD**
**358 5TH AVENUE**
**5TH FLOOR**
**NEW YORK, NY 10001**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

$14,997.95

---

**3.346**

Nonpriority creditor's name and mailing address
**MADISON GAS AND ELECTRIC**
**P.O. BOX 1231**
**MADISON, WI 53701**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

$421.46

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

---

**3.347** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,608.44**

**MAGNETIC MEDIA ONLINE**
**PO BOX 347944**
**PITTSBURGH, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **MARKETING**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.348** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42.49**

**MAGPIE, DARALA**
**122 S LOCUST ST**
**GRAND ISLAND, NE 68803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.349** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,844.78**

**MAJCO APPAREL INC.**
**1200 JULES POITRAS, #100**
**ST. LAURENT, QC**
**H4N 1X7, CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **MERCHANDISE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00**

**MALBRIT MECHANICAL INC**
**PO BOX 427**
**WAUSAU, WI 54402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **HVAC PM**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$138,262.49**

**Mallory Alexander International Logistic**
**777 Sunrise Highway, Suite 301**
**Lynbrook, NY 11563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customs Broker/Freight Forwarder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00**

**MANHATTAN TOWN CENTER**
**100 MANHATTAN TOWN CNTR**
**MANHATTAN, KS 66502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **SUPPLIES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.353** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Maran**
**1400 Broadway 28th Fl**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Merchandise**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | | Case number (if known) | 17-30112 |
|---|---|---|---|---|
| | Name | | | |

---

**3.354**

**Nonpriority creditor's name and mailing address**

**MARC BRICK CO**
**PO BOX 791013**
**BALTIMORE, MD 21279**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  SUPPLIES

Is the claim subject to offset? ☒ No ☐ Yes

**$257.80**

---

**3.355**

**Nonpriority creditor's name and mailing address**

**MARSON, LARRY**
**558 WEST 800 SOUTH**
**PRESTON, ID 83263**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  CUSTOMER REFUND CHECKS

Is the claim subject to offset? ☒ No ☐ Yes

**$26.53**

---

**3.356**

**Nonpriority creditor's name and mailing address**

**MASTER ELECTRIC, INC**
**PO BOX 8976**
**FORT WAYNE, IN 46898**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  REPAIRS & MTCE

Is the claim subject to offset? ☒ No ☐ Yes

**$232.00**

---

**3.357**

**Nonpriority creditor's name and mailing address**

**MATHISON'S**
**PO BOX 333**
**FARGO, ND 58107**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  SUPPLIES

Is the claim subject to offset? ☒ No ☐ Yes

**$334.71**

---

**3.358**

**Nonpriority creditor's name and mailing address**

**MAXSENT**
**137 MITCHELLS CHANCE ROAD**
**SUITE 280**
**EDGEWATER, MD 21037**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  SECURITY

Is the claim subject to offset? ☒ No ☐ Yes

**$183.03**

---

**3.359**

**Nonpriority creditor's name and mailing address**

**MAXWELL, KENDAL**
**11470 ORCHARDVIEW DR**
**FENTON, MI 48430**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  CUSTOMER REFUND CHECKS

Is the claim subject to offset? ☒ No ☐ Yes

**$13.15**

---

**3.360**

**Nonpriority creditor's name and mailing address**

**MC ELECTRIC, INC.**
**7648 LL RD**
**RED BUD, IL 62278**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  REPAIRS & MTCE

Is the claim subject to offset? ☒ No ☐ Yes

**$391.65**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.361** | Nonpriority creditor's name and mailing address
MCCLURE, DANIELLE
335 GLENN HILL DRIVE
ALEXANDER, AR 72002

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  EMPLOYEE TRAVEL

Is the claim subject to offset? ■ No ☐ Yes

**$40.04**

---

**3.362** | Nonpriority creditor's name and mailing address
MCCLURE,WHITNEY
7331 S.UTICA AVE APT 1112
Tulsa, OK 74107

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CUSTOMER REFUND CHECKS

Is the claim subject to offset? ■ No ☐ Yes

**$8.13**

---

**3.363** | Nonpriority creditor's name and mailing address
MCKEGUE, CORRIN
2578 SKYWOOD
EAGLE, ID 83616

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CUSTOMER REFUND CHECKS

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.364** | Nonpriority creditor's name and mailing address
MEISTER ELECTRIC INC
711 S KICKAPOO CREEK ROAD
PEORIA, IL 61604

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  REPAIRS & MTCE

Is the claim subject to offset? ■ No ☐ Yes

**$82.00**

---

**3.365** | Nonpriority creditor's name and mailing address
MENA,ROSEMARY
973 S SWEET WATER DR
PUEBLO, CO 81007

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CUSTOMER REFUND CHECKS

Is the claim subject to offset? ■ No ☐ Yes

**$21.38**

---

**3.366** | Nonpriority creditor's name and mailing address
METRO WASTE SERVICES CO
29131 MICHIGAN AVE
P.O. BOX 498
INKSTER, MI 48141

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  WASTE SERVICES

Is the claim subject to offset? ■ No ☐ Yes

**$68.57**

---

**3.367** | Nonpriority creditor's name and mailing address
METZ, SHARI
217 SOURIS DRIVE
MINOT, ND 58701

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CUSTOMER REFUND CHECKS

Is the claim subject to offset? ■ No ☐ Yes

**$91.91**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.368** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$245.14**

**MID-AMERICA ASSET MGMT**
**ONE PARKVIEW PLAZA**
**9TH FLR-WAUSAU CNTR CMBS**
**OAKBROOK TERRACE, IL 60181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __UTILITIES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.369** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$91.90**

**MID-NEBRASKA DISPOSAL**
**PO BOX 1089**
**GRAND ISLAND, NE 68802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __UTILITIES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.370** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$809.74**

**MIDAMERICAN ENERGY**
**PO BOX 8020**
**DAVENPORT, IA 52808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __UTILITIES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.371** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,288.85**

**MIDNITE EXPRESS, INC.**
**448 7TH ST NW**
**PO BOX 695**
**WEST FARGO, ND 58078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Inbound Freight__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.372** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$822.27**

**MIDWEST ENERGY, INC.**
**PO BOX 898**
**HAYS, KS 67601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __UTILITIES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.373** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$124.00**

**MIKE'S LOCK & KEY SERVICE**
**PO BOX 5276**
**COLORADO SPRINGS, CO 80931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __LOCKS__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.374** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$65.27**

**MILLER WINDOW SERVICE**
**1109 COLUMBINE DR**
**CEDAR FALLS, IA 50613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __WINDOW WASHING__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,400.00 |
|---|---|---|---|

**MILLER, JUSTIN**
**1507 36 1/2 AVE. S.**
**FARGO, ND 58104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __ARCHITECTURAL SERVICES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $343.42 |
|---|---|---|---|

**MILLMAR MUNICIPAL UTIL.**
**P.O. BOX 937**
**WILLMAR, MN 56201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __UTILITIES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $506.58 |
|---|---|---|---|

**MINNESOTA ENERGY**
**RESOURCES**
**PO BOX 3140**
**MILWAUKEE, WI 53201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __UTILITIES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $209.87 |
|---|---|---|---|

**MINNKOTA**
**PO BOX 1864**
**FARGO, ND 58107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __WASTE SERVICES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.16 |
|---|---|---|---|

**MOENKEDICK, HERMAN H.**
**44075 E LITTLE**
**MCDONALD DR**
**PERHAM, MN 56573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __WINDOW WASHING__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,219.50 |
|---|---|---|---|

**MON POWER**
**PO BOX 3615**
**AKRON, OH 44309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __UTILITIES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,411.65 |
|---|---|---|---|

**MONTANA-DAKOTA UTILITIES**
**P.O. BOX 5600**
**BISMARCK, ND 58506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __UTILITIES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.382** | Nonpriority creditor's name and mailing address

**MONTGOMERY COUNTY**
**ENVIROMENTAL SERVICES**
**PO BOX 742598**
**CINCINNATI, OH 45274**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

**$75.19**

---

**3.383** | Nonpriority creditor's name and mailing address

**MOOD MEDIA NORTH AMERICA**
**PO BOX 602782**
**CHARLOTTE, NC 28260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MUSIC SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

**$4,690.92**

---

**3.384** | Nonpriority creditor's name and mailing address

**MOSGROVE, KATIE**
**3762 BRET DR**
**CLARKSVILLE, TN 37040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$21.79**

---

**3.385** | Nonpriority creditor's name and mailing address

**MOTIVE ENTERPRISE INC.**
**1201 MATEO STREET**
**LOS ANGELES, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

**$29,917.78**

---

**3.386** | Nonpriority creditor's name and mailing address

**MOUNT'S LOCK & KEY INC**
**415 W 1ST AVE**
**KENNEWICK, WA 99336**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LOCKS**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

**3.387** | Nonpriority creditor's name and mailing address

**MR. HANDYMAN**
**2175 W GLADE CREEK ST**
**MERIDIAN, ID 83646**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

**$324.00**

---

**3.388** | Nonpriority creditor's name and mailing address

**MR. SQUEEGEE**
**PO BOX 49**
**BISMARCK, ND 58502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WINDOW WASHING**

Is the claim subject to offset? ■ No ☐ Yes

**$72.00**

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|

Name

---

**3.389** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64.15**

**MULLINS, LACY**
**PO BOX 54**
**MORAVIA, IA 52571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CUSTOMER REFUND CHECKS__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.390** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22.38**

**MUNCIE SANITARY DISTRICT**
**PO BOX 2605**
**FORT WAYNE, IN 46801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.391** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$169.89**

**MUNICIPAL LIGHT AND WATER**
**PO BOX 490**
**NORTH PLATTE, NE 69103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.392** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$492.43**

**MURFREESBORO ELECTRIC Department**
**PO BOX 9**
**MURFREESBORO, TN 37133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.393** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16.04**

**MURPHY, AMANDA**
**93 AUDUBON DR**
**COLORADO SPRINGS, CO 80915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CUSTOMER REFUND CHECKS__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.394** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,252.69**

**MUTH ELECTRIC INC**
**PO BOX 1400**
**MITCHELL, SD 57301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __REPAIRS & MTCE__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.395** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**My Michelle**
**PO Box 784312**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Merchandise__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.49 |
|---|---|---|---|

**MYERS, KARI**
**7882 ROAD 48**
**PAYNE, OH 45880**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101.81 |
|---|---|---|---|

**NATIONAL SECURITY CONSULTANT**
**PO BOX 932412**
**CLEVELAND, OH 44193**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SECURITY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.44 |
|---|---|---|---|

**NAYLOR HEATING & REFRIGERATION**
**172 SPIRIT AVE NW**
**BEMIDJI, MN 56601**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC PM**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,166.87 |
|---|---|---|---|

**NEBRASKA PUBLIC POWER DISTRICT**
**PO BOX 2860**
**OMAHA, NE 68103**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.10 |
|---|---|---|---|

**NEBRASKA SAFETY AND**
**FIRE EQUIPMENT, INC.**
**PO BOX 1229**
**NORTH PLATTE, NE 69103**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FIRE EXTINGUISHER**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**NEIGHBORHOOD SERVICES**
**1402 BROADWAY**
**FARGO, ND 58102**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,803.82 |
|---|---|---|---|

**NELSON ELECTRIC**
**PO BOX 1528**
**RACINE, WI 53401**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIES**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.403**

Nonpriority creditor's name and mailing address

**NELSON, HOLLY**
**26138 SIEVERS DR**
**RUSHFORD, MN 55971**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$12.40**

---

**3.404**

Nonpriority creditor's name and mailing address

**NELSON, JUANITA**
**4964 BRANT ROAD**
**COLORADO SPRINGS, CO 80911**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **EMPLOYEE TRAVEL**

Is the claim subject to offset? ■ No ☐ Yes

**$103.28**

---

**3.405**

Nonpriority creditor's name and mailing address

**NELSON, SHEENA**
**W 1081 CITY ROAD J**
**PRINCETON, WI 54968**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$13.08**

---

**3.406**

Nonpriority creditor's name and mailing address

**NEMONT**
**PO BOX 600**
**SCOBEY, MT 59263**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PHONE SERVICE**

Is the claim subject to offset? ■ No ☐ Yes

**$98.29**

---

**3.407**

Nonpriority creditor's name and mailing address

**NEUHAUS, STEPHA**
**907 WOLVERTON DR**
**FORT WAYNE, IN 46825**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$32.08**

---

**3.408**

Nonpriority creditor's name and mailing address

**NGUYEN, CASSAND**
**385 MAIN STREET**
**SACRAMENTO, KY 42372**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$31.78**

---

**3.409**

Nonpriority creditor's name and mailing address

**NINGBO SEDUNO IMP&EXP CO LTD**
**97# WUJIA ROAD SEDUNO BUILDING**
**HENGTON P**
**HAISHU DISTRICT**
**NINGBO, CHINA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

**$134,076.90**

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | | Case number *(if known)* | **17-30112** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.410**
Nonpriority creditor's name and mailing address

**NO STREAKING**
**1105 TORREY PINE LANE**
**SIOUX FALLS, SD 57110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WINDOW WASHING**

Is the claim subject to offset? ■ No  ☐ Yes

**$105.44**

---

**3.411**
Nonpriority creditor's name and mailing address

**NOBLE LOCKSMITH SERVICE**
**2670 GRACE ROAD**
**FORT GRATIOT, MI 48059**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LOCKS**

Is the claim subject to offset? ■ No  ☐ Yes

**$69.00**

---

**3.412**
Nonpriority creditor's name and mailing address

**NORTH DAKOTA RECYCLING**
**SERVICES, LLC**
**PO BOX 2328**
**WILLISTON, ND 58802**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

**3.413**
Nonpriority creditor's name and mailing address

**NORTHERN ELECTRIC COOP**
**BOX 457**
**BATH, SD 57427**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No  ☐ Yes

**$436.13**

---

**3.414**
Nonpriority creditor's name and mailing address

**NORTHERN LAKES WINDOW**
**CLEANING**
**PO BOX 5044**
**GRAND RAPIDS, MN 55744**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WINDOW WASHING**

Is the claim subject to offset? ■ No  ☐ Yes

**$29.92**

---

**3.415**
Nonpriority creditor's name and mailing address

**NORTHWESTERN ENERGY**
**11 E. Park St.**
**BUTTE, MT 59707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,680.50**

---

**3.416**
Nonpriority creditor's name and mailing address

**NORTHWESTERN OHIO**
**SECURITY SYSTEMS, INC.**
**121 E HIGH ST**
**LIMA, OH 45801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FIRE EXT. INSPECTION**

Is the claim subject to offset? ■ No  ☐ Yes

**$119.93**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $328.00 |
|---|---|---|---|

**NORTHWOODS CONSTRUCTION OF THE IRON RANGE, INC**
1031 17TH ST N
VIRGINIA, MN 55792

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  V42 Gate Repair

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $435.00 |
|---|---|---|---|

**O'DONNELL CORPORATION**
661 NORTH LAKEWOOD DR
ORLANDO, FL 32803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  V213 & V82 Signs

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.69 |
|---|---|---|---|

**O'FALLON WATER & SEWER**
255 S. LINCOLN AVENUE
O'FALLON, IL 62269

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  UTILITIES

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.80 |
|---|---|---|---|

**OBRIEN, SKYLAR**
5206 CANTERBURY LN
JANESVILLE, WI 53546

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  EMPLOYEE TRAVEL

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.18 |
|---|---|---|---|

**OFARRIO, SARAH**
180 CLINTON ST. APT 9
AVON, NY 14414

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CUSTOMER REFUND CHECKS

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $944.61 |
|---|---|---|---|

**OHIO EDISON**
PO BOX 3687
AKRON, OH 44309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  UTILITIES

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.50 |
|---|---|---|---|

**OLIVER TRI COUNTY HEATING & AIR, INC**
11234 LAKECREST DR
WEST BURLINGTON, IA 52655

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  V139 HVAC Preventative Mtce

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number *(if known)* | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.424** | Nonpriority creditor's name and mailing address

**OLYMPIC IV MALL SERVICES**
PO BOX 96383
LAS VEGAS, NV 89193

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WASTE SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

**$106.25**

---

**3.425** | Nonpriority creditor's name and mailing address

**OLYMPIC MALL SERVICES**
PO BOX 800336
HOUSTON, TX 77280

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WASTE SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

**$111.38**

---

**3.426** | Nonpriority creditor's name and mailing address

**ONE STEP UP**
1412 BROADWAY
3RD FLOOR
NEW YORK, NY 10018

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

**$1,822.32**

---

**3.427** | Nonpriority creditor's name and mailing address

**ONEIDA REALTY COMPANY**
1605 ALWORTH BUILDING
306 WEST SUPERIOR STREET
DULUTH, MN 05802

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WINDOW WASHING**

Is the claim subject to offset? ■ No ☐ Yes

**$10.84**

---

**3.428** | Nonpriority creditor's name and mailing address

**ORDERMOTION**
ORACLE AMERICA INC
500 ORACLE PARKWAY
Redwood City, CA 94065

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WEB SOFTWARE SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

**$9,811.14**

---

**3.429** | Nonpriority creditor's name and mailing address

**ORION FASHIONS INC.**
48 WEST 38TH STREET
11TH FLOOR
NEW YORK, NY 10018

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

**$18,375.99**

---

**3.430** | Nonpriority creditor's name and mailing address

**ORKIN**
675 BLUE ROCK CT
WINSTON SALEM, NC 27103

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PEST CONTROL**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

---

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$88.00** |
|---|---|---|---|

**ORKIN PEST CONTROL**
**PO BOX 2351**
**DAVENPORT, IA 52809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **PEST CONTROL**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57.97** |
|---|---|---|---|

**ORKIN, INC**
**5425 COLLEGE ST**
**BEAUMONT, TX 77707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **PEST CONTROL**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$106.58** |
|---|---|---|---|

**ORKIN, INC.**
**3417 BAER BLVD**
**SPRINGFIELD, IL 62711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **PEST CONTROL**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55.00** |
|---|---|---|---|

**ORKIN, INC.**
**9100 S COUNTY ROAD 800 W**
**DALEVILLE, IN 47334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **PEST CONTROL**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$201.20** |
|---|---|---|---|

**OSTEEN & LEMMONS**
**ELECTRICAL & MECHANICAL**
**PO BOX 1126**
**FLETCHER, NC 28732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **HVAC PM**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,065.86** |
|---|---|---|---|

**OTTER TAIL POWER COMPANY**
**PO BOX 2002**
**FERGUS FALLS, MN 56538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UTILITIES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,049.00** |
|---|---|---|---|

**OVERHEAD DOOR COMPANY**
**OF WEBSTER COUNTY**
**6 NORTH 21ST ST**
**FORT DODGE, IA 50501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,218.00 |
|---|---|---|---|

**PALEN/KIMBALL LLC**
**MI-98**
**PO BOX 1414**
**MINNEAPOLIS, MN 55480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,629.59 |
|---|---|---|---|

**PAN OCEANIC EYEWEAR LTD**
**6TH FLOOR**
**15 WEST 37TH ST**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **MERCHANDISE**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $172.38 |
|---|---|---|---|

**PARKER, AARON**
**1410 W 1ST**
**GRAND ISLAND, NE 68801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.18 |
|---|---|---|---|

**PATTERSON,KAYCI**
**14560 N. PENN APT. 109**
**OKLAHOMA CITY, OK 73134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53.50 |
|---|---|---|---|

**PEDERSON SANITATION CORP**
**PO BOX 1001**
**FORT DODGE, IA 50501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UTILITIES**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78.54 |
|---|---|---|---|

**PELLITTERI WASTE SYSTEMS**
**PO BOX 259426**
**MADISON, WI 53725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UTILITIES**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.61 |
|---|---|---|---|

**PEOPLEREADY INC**
**1002 SOLUTIONS CENTER**
**CHICAGO, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **TEMP HELP**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,487.31 |
|---|---|---|---|

**PEPPERJAM**
**7 SOUTH MAIN STREET, FLOOR 3**
**Wilkes Barre, PA 18701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **MARKETING**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.51 |
|---|---|---|---|

**PEREZ, ALEXIS**
**105 BELAIRE ST**
**SAN ANGELO, TX 76905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.43 |
|---|---|---|---|

**PEREZ, DESIREE**
**1115 S. 12TH ST.**
**ROCKYFORD, CO 81067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.15 |
|---|---|---|---|

**PESTBUSTERS, INC**
**2701 SOUTH LEMON STREET**
**SIOUX CITY, IA 51106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **PEST CONTROL**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**PETERS HEATING AND**
**AIR CONDITIONING INC**
**4520 BROADWAY**
**QUINCY, IL 62305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **HVAC PM**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.54 |
|---|---|---|---|

**PFAFF, JESSI**
**138 SOUTH WEBSTER ST**
**OTTUMWA, IA 52501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**PIONEER SEWER & DRAIN**
**11485 KONA RANCH RD**
**MISSOULA, MT 59804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **V126 Water Drain Repair**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.23 |
|---|---|---|---|

**PITHER PLUMBING**
**310 W METHVIN**
**LONGVIEW, TX 75601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166.26 |
|---|---|---|---|

**PLUMBING PERFECTION, INC.**
**PO BOX 171**
**NEW PLYMOUTH, ID 83655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,125.66 |
|---|---|---|---|

**POMEROY IT SOLUTIONS**
**SALES COMPANY, INC.**
**PO BOX 631049**
**CINCINNATI, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **BROADBAND TELECOMMUNICATIONS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,028.44 |
|---|---|---|---|

**POOF**
**1407 BROADWAY, SUITE 900**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **MERCHANDISE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.94 |
|---|---|---|---|

**POP-A-LOCK OF TRI CITIES**
**3119 BRISTOL HWY**
**STE 218**
**JOHNSON CITY, TN 37601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $574.23 |
|---|---|---|---|

**POPULAR BASICS**
**747 E. 10TH STREET**
**UNIT 111**
**LOS ANGELES, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **MERCHANDISE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.50 |
|---|---|---|---|

**PORTER, MICHAEL**
**9700 HWY 63**
**EMMETT, KS 66422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.459**

**Nonpriority creditor's name and mailing address**

POWERS, TRACY
2211 ACE VISTA DR
MISSOULA, MT 59803

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CUSTOMER REFUND CHECKS

Is the claim subject to offset? ■ No  ☐ Yes

**$24.98**

---

**3.460**

**Nonpriority creditor's name and mailing address**

PRECISE FILTER SERVICE
PO BOX 193
FOUNTAINTOWN, IN 46130

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  HVAC

Is the claim subject to offset? ■ No  ☐ Yes

**$195.68**

---

**3.461**

**Nonpriority creditor's name and mailing address**

PRECISION GLASS LLC
5405 ILLINOIS ROAD
FORT WAYNE, IN 46804

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  V108 Window Repair

Is the claim subject to offset? ■ No  ☐ Yes

**$65.00**

---

**3.462**

**Nonpriority creditor's name and mailing address**

PRECISION LOCKSMITHING
117 N. MAIN ST
FOND DU LAC, WI 54935

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  REPAIRS & MTCE

Is the claim subject to offset? ■ No  ☐ Yes

**$109.72**

---

**3.463**

**Nonpriority creditor's name and mailing address**

PREFERENCE EMPLOYMENT
SOLUTIONS, INC.
2600 9TH AVE S
FARGO, ND 58103

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TEMP HELP

Is the claim subject to offset? ■ No  ☐ Yes

**$1,845.16**

---

**3.464**

**Nonpriority creditor's name and mailing address**

PREMIER MECHANICAL
SERVICE, INC.
912 S METCALF ST
LIMA, OH 45804

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  HVAC PM

Is the claim subject to offset? ■ No  ☐ Yes

**$276.00**

---

**3.465**

**Nonpriority creditor's name and mailing address**

PRESTO-X
P.O. BOX 14087
READING, PA 19612

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  PEST CONTROL

Is the claim subject to offset? ■ No  ☐ Yes

**$46.43**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |

Name

---

| 3.466 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23.93** |

**PROFESSIONAL FIRE
EQUIPMENT COMPANY
PO BOX 96
HAYS, KS 67601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  FIRE EXT. INSPECTION

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.467 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,896.00** |

**PROJECT 28 CLOTHING
525 7TH AVE, SUITE 1200
NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  MERCHANDISE

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.468 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$203.73** |

**PROSHIELD FIRE & SECURITY
1118 LAPORTE ROAD
WATERLOO, IA 50702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  FIRE EXT. INSPECTION

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.469 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$435.30** |

**PUBLIC UTILITY COMMISSION
G.R.P.U.C.
P.O. BOX 658
GRAND RAPIDS, MN 55744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  UTILITIES

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.470 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18.16** |

**QUESTAR GAS COMPANY
PO BOX 45841
SALT LAKE CITY, UT 84139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  V88 Gas 1/17

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.471 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$107.82** |

**QUINN, JUDY
219 MAHAN DR
PARIS, IL 61944**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  EMPLOYEE TRAVEL

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.472 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$53.50** |

**R & R WINDOW WASHING
SERVICE
PO BOX 341
DUBUQUE, IA 52004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  WINDOW WASHING

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,099.67 |
|---|---|---|---|

**R/S ELECTRIC CONSTRUCTION**
**P.O. BOX 842708**
**NORTH KANSAS CITY, MO 64184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114.32 |
|---|---|---|---|

**RALPH'S ELECTRIC, INC**
**2112 CANTERBURY ROAD**
**HAYS, KS 67601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **REPAIRS & MTCE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**RANDY'S WINDOW CLEANING**
**PO BOX 1001**
**BELOIT, WI 53512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **WINDOW WASHING**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $309.95 |
|---|---|---|---|

**RAPID GARAGE DOOR**
**& AWNING**
**423 NE 5TH AVE**
**GRAND RAPIDS, MN 55744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **V32 Gate Repair**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.91 |
|---|---|---|---|

**RELIABLE PEST SOLUTIONS**
**PO BOX 627**
**HANNIBAL, MO 63401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **PEST CONTROL**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,851.26 |
|---|---|---|---|

**RGIS**
**PO BOX 77631**
**DETROIT, MI 48277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **PHYSICAL INVENTORY SERVICE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.88 |
|---|---|---|---|

**RHODEN, KATIE**
**1451 RIDGE ST.**
**POCATELLO, ID 83201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.00 |
|---|---|---|---|

**RICHARD'S HEATING & COOLING INC**
**1211 FLIGHTWAY DRVIE**
**DE PERE, WI 54115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  HVAC PM

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.55 |
|---|---|---|---|

**RIPKE, JAMMIE**
**156 PEPPERELL AVE**
**HOUGHTON LAKE, MI 48629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  CUSTOMER REFUND CHECKS

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.42 |
|---|---|---|---|

**RIVERA, ELSA**
**2524 LAUREN AVE**
**RACINE, WI 53404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  CUSTOMER REFUND CHECKS

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**ROBARDS PEST CONTROL**
**130 RINGGOLD RD**
**CLARKSVILLE, TN 37042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  PEST CONTROL

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.10 |
|---|---|---|---|

**ROBERTS PLUMBING AND HEATING INC**
**3196 MESA AVE**
**GRAND JUNCTION, CO 81504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  REPAIRS & MTCE

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.15 |
|---|---|---|---|

**ROBERTS, DOMINI**
**3038 PATRICK DR.**
**CO SPRINGS, CO 80916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  CUSTOMER REFUND CHECKS

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.00 |
|---|---|---|---|

**ROBINSON ELECTRIC**
**DIV OF W.J.R., INC**
**3025 RED BARN DRIVE**
**GERING, NE 69341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  REPAIRS & MTCE

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.487** | Nonpriority creditor's name and mailing address

**ROCKFORD HEATING & AIR CONDITIONING**
1618 MAGNOLIA ST
ROCKFORD, IL 61104

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __HVAC__

Is the claim subject to offset? ■ No ☐ Yes

**$160.75**

---

**3.488** | Nonpriority creditor's name and mailing address

**ROCKY MOUNTAIN POWER**
PO BOX 26000
PORTLAND, OR 97256

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

**$1,409.54**

---

**3.489** | Nonpriority creditor's name and mailing address

**ROGALLA, KATIE**
6685 LEMON RD
BANCROFT, MI 48414

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CUSTOMER REFUND CHECKS__

Is the claim subject to offset? ■ No ☐ Yes

**$12.62**

---

**3.490** | Nonpriority creditor's name and mailing address

**ROSS, NIKKI**
1312 E. 9TH ST. APT 2W
Independence, MO 64052

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CUSTOMER REFUND CHECKS__

Is the claim subject to offset? ■ No ☐ Yes

**$32.56**

---

**3.491** | Nonpriority creditor's name and mailing address

**ROTH BROS., INC**
P.O. BOX 3600
CAROL STREAM, IL 60132

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __HVAC__

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.492** | Nonpriority creditor's name and mailing address

**RR DONNELLEY LOGISTICS SERVICES WORLDWIDE INC**
PO BOX 932721
CLEVELAND, OH 44193

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Inbound Freight__

Is the claim subject to offset? ■ No ☐ Yes

**$15,519.10**

---

**3.493** | Nonpriority creditor's name and mailing address

**RUNYON LOCK SERVICE**
1129 19TH ST
PARKERSBURG, WV 26101

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __REPAIRS & MTCE__

Is the claim subject to offset? ■ No ☐ Yes

**$77.04**

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

---

| 3.494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$134.12** |
|---|---|---|---|

**RYDER TRANSPORTATION SERVICES**
PO BOX 96723
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **RENTAL TRUCK**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$970.00** |
|---|---|---|---|

**S & S SHAMBAUGH & SON LP**
PO BOX 1287
FORT WAYNE, IN 46801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125.70** |
|---|---|---|---|

**S.V.J. ELECTRIC CO., INC.**
1959 NEW GROVE RD
SMITHS GROVE, KY 42171

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,760.00** |
|---|---|---|---|

**SALES FLOOR LIVE LLC**
PO BOX 80284
BILLINGS, MT 59108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **SOFTWARE SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$154.79** |
|---|---|---|---|

**SAMMY PHILLIPS ELECTRIC**
P.O. BOX 24519
WINSTON-SALEM, NC 27114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13.00** |
|---|---|---|---|

**SANCHEZ, KELLY**
106 9TH ST SOUTH
SOUTH ST. PAUL, MN 55076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11.64** |
|---|---|---|---|

**SAPP, MELISSA**
155 PADDOCK GREEN DRIVE
NEW MARTINSVILLE, WV 26155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number *(if known)* | **17-30112** |
|---|---|---|---|
| | Name | | |

---

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.61** |
|---|---|---|---|

**SCHROADER, ADDE**
**118 JANE DR**
**SPARTA, WI 54656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$302.06** |
|---|---|---|---|

**SCHWICKERT'S TECTA AMERICA**
**PO BOX 1179**
**MANKATO, MN 56002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **V12 HVAC Preventative Mtce**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13.29** |
|---|---|---|---|

**SCOTT, JASMINE**
**836 E 2000 S**
**CLEARFIELD, UT 84015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$888.47** |
|---|---|---|---|

**SCOTTSBLUFF, CITY OF**
**ACCOUNT CLERK**
**2525 CIRCLE DRIVE**
**SCOTTSBLUFF, NE 69361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **V67 WTR/SWR WST**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$211.99** |
|---|---|---|---|

**SCR INC**
**604 LINCOLN AVENUE NE**
**ST. CLOUD, MN 56304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **V27 HVAC Preventative Mtce**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64.65** |
|---|---|---|---|

**SEAN'S WINDOW CLEANING**
**PO BOX 8341**
**ROCHESTER, MN 55903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **WINDOW WASHING**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,184.52** |
|---|---|---|---|

**SECOND GENERATION**
**BEBOP CLOTHING**
**4433 PACIFIC BLVD**
**VERNON, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **MERCHANDISE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number *(if known)* | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.508** | Nonpriority creditor's name and mailing address

SEEKINS, COURTN
1139 LANTERN SQUARE APT 1
WATERLOO, IA 50701

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CUSTOMER REFUND CHECKS__

Is the claim subject to offset? ■ No ☐ Yes

**$48.10**

---

**3.509** | Nonpriority creditor's name and mailing address

SEMCO ENERGY GAS COMPANY
PO BOX 740812
CINCINNATI, OH 45274

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

**$103.37**

---

**3.510** | Nonpriority creditor's name and mailing address

SERVICE CLEAN MIDTOWN LLC
429 PARRISH HILL
MOUNT JULIET, TN 37122

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __WINDOW WASHING__

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.511** | Nonpriority creditor's name and mailing address

SERVICE EXPERTS
120 E 40TH ST
BOISE, ID 83714

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __HVAC PM__

Is the claim subject to offset? ■ No ☐ Yes

**$69.00**

---

**3.512** | Nonpriority creditor's name and mailing address

SERVICE SPECIALISTS, INC
P.O. BOX 160
SUN PRAIRIE, WI 53590

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __HVAC__

Is the claim subject to offset? ■ No ☐ Yes

**$301.47**

---

**3.513** | Nonpriority creditor's name and mailing address

SHATILA, HANNA
2721 WILLIAM NEAL PKWY
FORT COLLINS, CO 80525

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CUSTOMER REFUND CHECKS__

Is the claim subject to offset? ■ No ☐ Yes

**$14.39**

---

**3.514** | Nonpriority creditor's name and mailing address

Shavitz Law Group, P.A.
1515 S. Federal Highway, Suite 404
Boca Raton, FL 33432

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Representation of unknown former store managers__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number *(if known)* | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.515** | Nonpriority creditor's name and mailing address | | $1.35

SHAYLA, WINTEY
412 LINCOLN ST.
QUINTER, KS 67752

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.516** | Nonpriority creditor's name and mailing address | | $140.00

SHEET METAL SPEICALTIES
1220 EAST YELLOWSTONE
PO BOX 1243
CASPER, WY 82602

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **HVAC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.517** | Nonpriority creditor's name and mailing address | | $8,749.64

SHINE IMPORTS
2455 E. 27TH ST.
VERNON, CA 90058

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **MERCHANDISE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.518** | Nonpriority creditor's name and mailing address | | $66.65

SHORTPRINTER.COM
3005 MAIN AVE
FARGO, ND 58103

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **SUPPLIES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.519** | Nonpriority creditor's name and mailing address | | $25.44

SHREEVE, MEGAN
507 N ARTHUR ST, APT I102
Kennewick, WA 99336

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.520** | Nonpriority creditor's name and mailing address | | $4,947.43

Signorelli, Inc.
6363 Regent Street
Huntington Park, CA 90255

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.521** | Nonpriority creditor's name and mailing address | | $24.08

SIMMON, CHEKILA
2104 VANCE
LITTLE ROCK, AR 72206

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.522 | **Nonpriority creditor's name and mailing address**<br>**SIMPLEXGRINNELL**<br>**DEPT CH 10320**<br>**PALATINE, IL 60055**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **FIRE EXT. INSPECTION**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$72.50** |
| 3.523 | **Nonpriority creditor's name and mailing address**<br>**SIMPSON,DEVANNA**<br>**4415 KENNEDY ST.**<br>**RACINE, WI 53404**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **CUSTOMER REFUND CHECKS**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$13.03** |
| 3.524 | **Nonpriority creditor's name and mailing address**<br>**SLAGTER, DON**<br>**1242 13TH ST SW**<br>**WILLMAR, MN 56201**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **REPAIRS & MTCE**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$265.00** |
| 3.525 | **Nonpriority creditor's name and mailing address**<br>**SMITH, ASHLEY**<br>**2617 E INMAN ST**<br>**SPRINGFIELD, MO 65804**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **EMPLOYEE TRAVEL**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$177.66** |
| 3.526 | **Nonpriority creditor's name and mailing address**<br>**SMITH, KILEIGH**<br>**618 GRANT ST**<br>**PERU, IL 61354**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **CUSTOMER REFUND CHECKS**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$8.00** |
| 3.527 | **Nonpriority creditor's name and mailing address**<br>**SMITHEREEN PEST**<br>**7400 N MELVINA AVE**<br>**NILES, IL 60714**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **PEST CONTROL**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$36.00** |
| 3.528 | **Nonpriority creditor's name and mailing address**<br>**SNELL SERVICES INC**<br>**PO BOX 629**<br>**NORTH PLATTE, NE 69103**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **REPAIRS & MTCE**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$630.58** |

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19.03** |
|---|---|---|---|

**SODERLUND, JULIE**
**31332 QUINLAN AVE**
**CENTER CITY, MN 55010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32.08** |
|---|---|---|---|

**SONKSEN, ALYSSA**
**1264 NORTHEY ST.**
**WATERLOO, IA 50703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.61** |
|---|---|---|---|

**SORENSON, BRITT**
**339 1ST ST. NE**
**SARTELL, MN 56377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$238.61** |
|---|---|---|---|

**SOURCE REFRIGERATION**
**& HVAC, INC.**
**PO BOX 515229**
**LOS ANGELES, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **HVAC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$92.36** |
|---|---|---|---|

**SOUTHWEST PESTICIDE, INC**
**605 1/2 N 8TH ST**
**GARDEN CITY, KS 67846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **PEST CONTROL**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$117,095.32** |
|---|---|---|---|

**SQA & KC INTERNATIONAL, S.A.**
**48 AVENIDA 7-23 ZONA3**
**APARTAMENTO A**
**COLONIA EL ROSARIO MIXCO**
**GUATEMALA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$90.51** |
|---|---|---|---|

**SRT**
**PO BOX 2027**
**MINOT, ND 58702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **TELECOMMUNICATIONS**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|

Name

---

**3.536** | Nonpriority creditor's name and mailing address | | $25.55

**ST. CLOUD, CITY OF**
**PO BOX 1501**
**ST. CLOUD, MN 56302**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.537** | Nonpriority creditor's name and mailing address | | $737.98

**STAFF ELECTRIC CO INC**
**PO BOX 917**
**BUTLER, WI 53007**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **V48 Sign Lights**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.538** | Nonpriority creditor's name and mailing address | | $7.38

**STANKEVITZ,KRIS**
**420 W. FORUM APT. 210**
**MADISON, WI 53703**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.539** | Nonpriority creditor's name and mailing address | | $26.73

**STANLEY, LINDA**
**1401 W. 13TH ST.**
**MUNCIE, IN 47302**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.540** | Nonpriority creditor's name and mailing address | | $4,611.88

**STAR OF INDIA**
**PO BOX 28330**
**TEMPE, AZ 85285**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.541** | Nonpriority creditor's name and mailing address | | $74,135.00

**State of California**
**Department of Industrial Relations**
**Labor Commissioner's Office**
**320 West 4th St., Suite 450**
**Los Angeles, CA 90013**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid wages from manufactuer/employer:**
**Case No. 633-125331/OV - Aide Guadalupe Martinez-Miranda**
**(Employer: Fashion Party, Inc.); $74,135**
**Case No. WC-CM-208859 - Gabriel Catalan Vargas (Employer:  AMC**
**Apparel, Inc.); $83,738.50**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

**3.542**

Nonpriority creditor's name and mailing address
State of California
Department of Industrial Relations
Labor Commissioner's Office
320 West 4th St., Suite 450
Los Angeles, CA 90013

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$83,738.50**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Unpaid wages from manufactuer/employer:
Case No. WC-CM-208859 - Gabriel Catalan Vargas (Employer:  AMC
Apparel, Inc.); $83,738.50**

Is the claim subject to offset? ☑ No  ☐ Yes

**3.543**

Nonpriority creditor's name and mailing address
State of California
Department of Industrial Relations
Labor Commissioner's Office
320 West 4th St., Suite 450
Los Angeles, CA 90013

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$152,164.00**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Unpaid wages from manufactuer/employer:
Case No. WC-CM-182134 - Alba Luz Hernandez Lopez (Employer:
TEHO, Inc., a California Corporation and Terry Choi, an Individual);
$152,164.00**

Is the claim subject to offset? ☑ No  ☐ Yes

**3.544**

Nonpriority creditor's name and mailing address
State of California
Department of Industrial Relations
Labor Commissioner's Office
320 West 4th St., Suite 450
Los Angeles, CA 90013

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$71,201.00**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Unpaid wages from manufactuer/employer:
Case No. WC-CM-159398 - Magdalena Antonio (Employer:  TEHO, Inc.,
a California Corporation and Terry Choi, an Individual); $71,201.00**

Is the claim subject to offset? ☑ No  ☐ Yes

**3.545**

Nonpriority creditor's name and mailing address
State of California
Department of Industrial Relations
Labor Commissioner's Office
320 West 4th St., Suite 450
Los Angeles, CA 90013

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$69,132.00**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Unpaid wages from manufactuer/employer:
Case No. WC-CM-159228 - Maria de Monserrat Leyva-Gonzalez
(Employer: TEHO, Inc., a California Corporation and Terry Choi, an
Individual); $69,132.00**

Is the claim subject to offset? ☑ No  ☐ Yes

**3.546**

Nonpriority creditor's name and mailing address
State of California
Department of Industrial Relations
Labor Commissioner's Office
320 West 4th St., Suite 450
Los Angeles, CA 90013

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$99,131.50**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Unpaid wages from manufactuer/employer:
Case No. WC-CM-157222 - Magdalena Solis(Employer:  TEHO, Inc., a
California Corporation and Terry Choi, an Individual); $99,131.50**

Is the claim subject to offset? ☑ No  ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.547** | Nonpriority creditor's name and mailing address

**State of California**
**Department of Industrial Relations**
**Labor Commissioner's Office**
**320 West 4th St., Suite 450**
**Los Angeles, CA 90013**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$181,831.40**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Unpaid wages from manufactuer/employer:
Case No. WC-CM-157416 - Diego Perez-Meza (Employer:  TEHO, Inc.,
a California Corporation and Terry Choi, an Individual); $181,831.40

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.548** | Nonpriority creditor's name and mailing address

**State of California**
**Department of Industrial Relations**
**Labor Commissioner's Office**
**320 West 4th St., Suite 450**
**Los Angeles, CA 90013**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$114,149.50**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Unpaid wages from manufactuer/employer:
Case No. WC-CM-156087 - Josue Garcia-Cruz (Employer:  TEHO, Inc.,
a California Corporation and Terry Choi, an Individual); $114,149.50

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.549** | Nonpriority creditor's name and mailing address

**State of California**
**Department of Industrial Relations**
**Labor Commissioner's Office**
**320 West 4th St., Suite 450**
**Los Angeles, CA 90013**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$38,816.40**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Unpaid wages from manufactuer/employer:
Case No. WC-CM-158973 - Patricia Gomez-Arellano (Employer:
TEHO, Inc., a California Corporation and Terry Choi, an Individual);
$38,816.40

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.550** | Nonpriority creditor's name and mailing address

**State of California**
**Department of Industrial Relations**
**Labor Commissioner's Office**
**320 West 4th St., Suite 450**
**Los Angeles, CA 90013**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$105,470.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Unpaid wages from manufactuer/employer:
Case No. WC-CM-156084 - Lucitana Chavac (Employer:  TEHO, Inc., a
California Corporation and Terry Choi, an Individual); $105,470.00

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.551** | Nonpriority creditor's name and mailing address

**State of California**
**Department of Industrial Relations**
**Labor Commissioner's Office**
**320 West 4th St., Suite 450**
**Los Angeles, CA 90013**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$201,552.50**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Unpaid wages from manufactuer/employer:
Case No. WC-CM-156086 - Miriam Perez (Employer:  TEHO, Inc., a
California Corporation and Terry Choi, an Individual); $201,552.50

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.552** | Nonpriority creditor's name and mailing address

State of California
Department of Industrial Relations
Labor Commissioner's Office
320 West 4th St., Suite 450
Los Angeles, CA 90013

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$70,917.50**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid wages from manufactuer/employer:
Case No. WC-CM-183664 - Gloria Cendejas De Cachu (Employer:
TEHO, Inc., a California Corporation and Terry Choi, an Individual);
$70,917.50**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.553** | Nonpriority creditor's name and mailing address

State of California
Department of Industrial Relations
Labor Commissioner's Office
320 West 4th St., Suite 450
Los Angeles, CA 90013

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$77,389.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid wages from manufactuer/employer:
Case No. WC-CM-159267 - Justina Cortes Reyna (Employer:  TEHO,
Inc., a California Corporation and Terry Choi, an Individual);
$77,389.00**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.554** | Nonpriority creditor's name and mailing address

State of California
Department of Industrial Relations
Labor Commissioner's Office
320 West 4th St., Suite 450
Los Angeles, CA 90013

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$105,470.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid wages from manufactuer/employer:
Case No. WC-CM-156085 - Ismael Veliz-Herrera (Employer:  TEHO,
Inc., a California Corporation and Terry Choi, an Individual);
$105,470.00**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.555** | Nonpriority creditor's name and mailing address

State of California
Department of Industrial Relations
Labor Commissioner's Office
320 West 4th St., Suite 450
Los Angeles, CA 90013

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$61,017.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid wages from manufactuer/employer:
Case No. WC-CM-184641 - Manuel Demetrio Sosa (Employer:  TEHO,
Inc., a California Corporation and Terry Choi, an Individual);
$61,017.00**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.556** | Nonpriority creditor's name and mailing address

State of California
Department of Industrial Relations
Labor Commissioner's Office
320 West 4th St., Suite 450
Los Angeles, CA 90013

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$44,070.76**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid wages from manufactuer/employer:
Case No. WC-CM-158918 - Isabel Velazquez-Guerra (Employer:
TEHO, Inc., a California Corporation and Terry Choi, an Individual);
$44,070.76**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.557**

**Nonpriority creditor's name and mailing address**
State of California
Department of Industrial Relations
Labor Commissioner's Office
320 West 4th St., Suite 450
Los Angeles, CA 90013

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.     **$189,190.50**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Unpaid wages from manufactuer/employer:
Case No. WC-CM-159253 - Jose Miguel Rodriguez (Employer:  TEHO,
Inc., a California Corporation and Terry Choi, an Individual);
$189,190.50

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.558**

**Nonpriority creditor's name and mailing address**
STERLING HEIGHTS, CITY OF
DEPARTMENT 181601
PO BOX 55000
DETROIT, MI 48255

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.     **$80.81**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UTILITIES

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.559**

**Nonpriority creditor's name and mailing address**
STONY APPAREL
1500 S. EVERGREEN AVE.
LOS ANGELES, CA 90023

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  MERCHANDISE

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.560**

**Nonpriority creditor's name and mailing address**
STOOSH
ROGER GARMENTS
1524 GAGE RD
MONTEBELLO, CA 90640

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.     **$3,240.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  MERCHANDISE

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.561**

**Nonpriority creditor's name and mailing address**
STORED VALUE SOLUTIONS
3802 RELIABLE PARKWAY
CHICAGO, IL 60686

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.     **$9,469.45**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  GIFT CARD PROCESSING FEE

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.562**

**Nonpriority creditor's name and mailing address**
STORMONT, STACE
PO BOX 153
CIMARRON, KS 67835

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.     **$12.17**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  CUSTOMER REFUND CHECKS

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.563**

**Nonpriority creditor's name and mailing address**
STUBBS, MALLORY
114 MARGARET CIRCLE
ENID, OK 73703

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.     **$20.52**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  CUSTOMER REFUND CHECKS

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number *(if known)* | **17-30112** |
|---|---|---|---|
| | Name | | |

---

| 3.564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$138.59** |
|---|---|---|---|

**STURM HEATING**
**& AIR CONDITIONING**
**1112 NORTH NELSON**
**SPOKANE, WA 99202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **V76 HVAC Preventative Mtce**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$293.01** |
|---|---|---|---|

**SUBURBAN ELECTRICAL**
**ENGINEERS-CONTRACTORS,INC**
**BOX 78031**
**MILWAUKEE, WI 53278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45.00** |
|---|---|---|---|

**SUMMIT COMPANIES**
**PO BOX 6205**
**CAROL STREAM, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FIRE EXTINGUISHER**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,245.01** |
|---|---|---|---|

**SUN BAN FASHIONS INC**
**GLANCE**
**600 4TH AVENUE**
**BROOKLYN, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$532.00** |
|---|---|---|---|

**SUPERIOR MECHANICAL**
**3100 PLAINFIELD ROAD**
**SUITE C**
**DAYTON, OH 45432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC PM**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,491.80** |
|---|---|---|---|

**SUZHOU HENGRUN IMP&EXP CO**
**888 CHENGHU ROAD**
**SUZHOU, CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.90** |
|---|---|---|---|

**SWANSON, SHELBY**
**13013 212 AVE NE**
**NEW LONDON, MN 56273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.571**

Nonpriority creditor's name and mailing address

**SWIFTAIR**
**2717 WEST 6TH**
**SIOUX FALLS, SD 57104**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

**$684.01**

---

**3.572**

Nonpriority creditor's name and mailing address

**SYMPSON, ASHLEIG**
**825 PEACHERS MILL RD**
**CLARKSVILLE, TN 37042**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$13.68**

---

**3.573**

Nonpriority creditor's name and mailing address

**T&M ELECTRIC INC**
**316 NORTHWESTERN AVE**
**NORFOLK, NE 68701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

**$309.09**

---

**3.574**

Nonpriority creditor's name and mailing address

**T.H. EIFERT**
**3302 W ST. JOSEPH**
**LANSING, MI 48917**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC**

Is the claim subject to offset? ■ No ☐ Yes

**$306.25**

---

**3.575**

Nonpriority creditor's name and mailing address

**TAYLOR, NICOLE**
**405 S WEBER ST**
**ABERDEEN, SD 57401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

**$15.88**

---

**3.576**

Nonpriority creditor's name and mailing address

**TEC ELECTRIC COMPANY**
**755 WEST 200 SOUTH**
**LOGAN, UT 84321**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No ☐ Yes

**$187.50**

---

**3.577**

Nonpriority creditor's name and mailing address

**TEMP RIGHT SERVICE INC**
**1569 I-94 BUSINESS LOOP E**
**DICKINSON, ND 58601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC PM**

Is the claim subject to offset? ■ No ☐ Yes

**$99.00**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.578** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$105.00**

TEMPERATURE PROS, LLC
778 S MAIN ST
SUITE 196
LAPEER, MI 48446

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.579** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$81,937.95**

TEMPTED
5630 BANDINI BLVD
BELL, CA 90201

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MERCHANDISE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.580** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$135.31**

TERMINIX PROCESSING CTR
PO BOX 742592
CINCINNATI, OH 45274

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PEST CONTROL**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.581** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26.87**

TERRE HAUTE, CITY OF
PO BOX 21043
TULSA, OK 74121

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.582** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48.94**

TERRY'S HEATING &
AIR CONDITIONING
PO BOX 5177
TWIN FALLS, ID 83301

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC PM**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.583** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20.48**

THAODORF, LORI
302 6TH AVE NE
KASSON, MN 55944

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.584** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$58,205.43**

THE AD ART COMPANY
3260 E 26TH STREET
LOS ANGELES, CA 90058

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Spring Sign Kit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.585**

**Nonpriority creditor's name and mailing address**

**THE ENERGY COOPERATIVE**
**PO BOX 740467**
**CINCINNATI, OH 45274**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UTILITIES 

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.586**

**Nonpriority creditor's name and mailing address**

**THE ILLUMINATING COMPANY**
**PO BOX 3687**
**AKRON, OH 44309**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UTILITIES 

Is the claim subject to offset? ■ No ☐ Yes

**$585.43**

---

**3.587**

**Nonpriority creditor's name and mailing address**

**THE STERITECH GROUP INC**
**PO BOX 472127**
**CHARLOTTE, NC 28247**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  PEST CONTROL 

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.588**

**Nonpriority creditor's name and mailing address**

**THE WINDOW WASHERS**
**2120 SOUTH RESERVE ST**
**PMB 107**
**MISSOULA, MT 59801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  WINDOW WASHING 

Is the claim subject to offset? ■ No ☐ Yes

**$64.00**

---

**3.589**

**Nonpriority creditor's name and mailing address**

**THIBAULT, AMAND**
**8113 PINFEATHER DR**
**FOUNTAIN, CO 80817**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  CUSTOMER REFUND CHECKS 

Is the claim subject to offset? ■ No ☐ Yes

**$18.14**

---

**3.590**

**Nonpriority creditor's name and mailing address**

**THORNE PLUMBIN.HEATING**
**AIR CONDITIONING INC.**
**PO BOX 820**
**ZANESVILLE, OH 43702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  REPAIRS & MTCE 

Is the claim subject to offset? ■ No ☐ Yes

**$128.72**

---

**3.591**

**Nonpriority creditor's name and mailing address**

**TIMM, JACKIE**
**1535 CAPITOL DR**
**GREEN BAY, WI 54303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  CUSTOMER REFUND CHECKS 

Is the claim subject to offset? ■ No ☐ Yes

**$21.09**

---

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

---

**3.592**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|
| **TOTAL CLEAN WINDOW WASHING**<br>PO BOX 11994<br>GREEN BAY, WI 54307 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **WINDOW WASHING** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.593**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $91.80 |
|---|---|---|
| **TOWN AND COUNTRY ELECTRIC**<br>1116 8TH STREET SOUTH<br>VIRGINIA, MN 55792 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **REPAIRS & MTCE** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.594**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.33 |
|---|---|---|
| **TRI-STATE FIRE EXTINGUISHER COMPANY**<br>122 S 7TH ST<br>STEUBENVILLE, OH 43952 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **FIRE EXTINGUISHER** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.595**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|
| **TY THE WINDOW GUY**<br>4859 N SHADY VIEW LANE<br>LEHI, UT 84043 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **WINDOW WASHING** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.596**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,664.88 |
|---|---|---|
| **TYCO INTERGRATED SECURITY**<br>ATTN: JENEEN BALLARD<br>BANKRUPTCY SPECIALIST<br>10405 CROSSPOINT BLVD<br>INDIANAPOLIS, IN 46256 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **CONTRACT TERMINATION CHARGE** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.597**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $457.95 |
|---|---|---|
| **ULINE**<br>ATTN:  ACCTS RECEIVABLE<br>PO BOX 88741<br>CHICAGO, IL 60680 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Store mop kits** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.598**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $198,803.62 |
|---|---|---|
| **UNITED PARCEL SERVICE**<br>LOCK BOX 577<br>CAROL STREAM, IL 60132 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **FREIGHT CHARGES FOR WHSE TO STORE DELIVERIES/ECOM ORDERS** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

---

**3.599**

**Nonpriority creditor's name and mailing address**

**UNITED TEAM MECHANICAL**
**PO BOX 257**
**KAYSVILLE, UT 84037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **V78/V88/V94 HVAC Preventative Mtce**

Is the claim subject to offset? ☑ No  ☐ Yes

**$276.00**

---

**3.600**

**Nonpriority creditor's name and mailing address**

**UPS SUPPLY CHAIN SOLUTIONS**
**CUSTOMS BROKERAGE SERVICE**
**28013 NETWORK PLACE**
**CHICAGO, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SHIPPING/FREIGHT**

Is the claim subject to offset? ☑ No  ☐ Yes

**$3,727.03**

---

**3.601**

**Nonpriority creditor's name and mailing address**

**VAN ERT ELECTRIC COMPANY**
**7019 W STEWART AVE**
**WAUSAU, WI 54401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ☑ No  ☐ Yes

**$186.95**

---

**3.602**

**Nonpriority creditor's name and mailing address**

**VANDELFT, BETHA**
**7490 HUISMAN RD**
**LYNDEN, WA 98264**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ☑ No  ☐ Yes

**$19.00**

---

**3.603**

**Nonpriority creditor's name and mailing address**

**VANENK ELECTRIC, INC.**
**2901 MAPLE ST N**
**FARGO, ND 58102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ☑ No  ☐ Yes

**$673.55**

---

**3.604**

**Nonpriority creditor's name and mailing address**

**VECTOR SECURITY, INC.**
**PO BOX 89462**
**CLEVELAND, OH 44101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **STORE ALARMS V177 & V250**

Is the claim subject to offset? ☑ No  ☐ Yes

**$52.06**

---

**3.605**

**Nonpriority creditor's name and mailing address**

**VECTREN ENERGY DELIVERY**
**PO BOX 6248**
**INDIANAPOLIS, IN 46206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ☑ No  ☐ Yes

**$160.87**

---

Debtor    **Vanity Shop of Grand Forks, Inc.**                                          Case number (if known)    **17-30112**
_____
Name

| | |
|---|---|

**3.606**  Nonpriority creditor's name and mailing address         As of the petition filing date, the claim is: Check all that apply.                **$88.94**

**VECTREN ENERGY DELIVERY**
**P.O. BOX 6262**
**INDIANAPOLIS, IN 46206**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.607**  Nonpriority creditor's name and mailing address         As of the petition filing date, the claim is: Check all that apply.              **$261.44**

**VERENDRYE ELECTRIC COOP**
**615 HIGHWAY 52 WEST**
**VELVA, ND 58790**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.608**  Nonpriority creditor's name and mailing address         As of the petition filing date, the claim is: Check all that apply.             **$2,365.00**

**VERITIV OPERATING COMPANY**
**7472 COLLECTION CENTER DR**
**CHICAGO, IL 60693**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __SUPPLIES__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.609**  Nonpriority creditor's name and mailing address         As of the petition filing date, the claim is: Check all that apply.               **$68.72**

**VERIZON**
**PO BOX 15124**
**ALBANY, NY 12212**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __TELECOMMUNICATIONS__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.610**  Nonpriority creditor's name and mailing address         As of the petition filing date, the claim is: Check all that apply.               **$13.57**

**VIENNA, CITY OF**
**OFFICE OF THE TREASURER**
**P.O. BOX 5097**
**VIENNA, WV 26105**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.611**  Nonpriority creditor's name and mailing address         As of the petition filing date, the claim is: Check all that apply.               **$35.00**

**VILLAGE OF GREENDALE**
**6500 NORTHWAY**
**GREENDALE, WI 53129**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __BUSINESS LICENSE__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.612**  Nonpriority creditor's name and mailing address         As of the petition filing date, the claim is: Check all that apply.             **$1,423.80**

**VOLAR FASHION**
**8940 SORENSEN AVE.**
**SUITE 2**
**SANTA FE SPRINGS, CA 90670**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __MERCHANDISE__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Vanity Shop of Grand Forks, Inc.**                     Case number *(if known)*    **17-30112**
Name

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $161.48 |
|---|---|---|---|

**W.J. LEASEA ELECTRIC, INC**
**616 SOUTH MILITARY ROAD**
**FOND DU LAC, WI 54935**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS & MTCE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $622.98 |
|---|---|---|---|

**WALDINGER CORPORATION**
**PO BOX 1612**
**DES MOINES, IA 50306**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC PM**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.12 |
|---|---|---|---|

**WALKER, DONNA**
**4400 TROUP HWY, APT 400**
**TYLER, TX 75703**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.54 |
|---|---|---|---|

**WALLACE, STACEY**
**227 BRISTOL RD**
**CHATHAM, IL 62629**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUND CHECKS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $256.20 |
|---|---|---|---|

**WASH AWAY ALL**
**129 N SUNSET DR. #1C**
**WINSTON-SALEM, NC 27101**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WINDOW WASHING**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47.08 |
|---|---|---|---|

**WASHED WHITE**
**1805 SYCAMORE**
**GRANGER, IA 50109**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WINDOW WASHING**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,585.85 |
|---|---|---|---|

**WASTE MANAGEMENT**
**PO BOX 13648**
**PHILADELPHIA, PA 19101**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number *(if known)* | **17-30112** |
|---|---|---|---|
| | Name | | |

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,631.08 |
|---|---|---|---|

**WASTE MANAGEMENT OF WI-MN**
**PO BOX 4648**
**CAROL STREAM, IL 60197**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __WASTE SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $405.17 |
|---|---|---|---|

**WATERTOWN MUNICIPAL**
**UTILITIES**
**901 FOURTH AVENUE SW**
**WATERTOWN, SD 57201**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.38 |
|---|---|---|---|

**WAYKINS, KELLY**
**3625 RIALTO**
**PUEBLO, CO 81005**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __CUSTOMER REFUND CHECKS__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|---|---|---|---|

**WE DO WINDOWS**
**PO BOX 408**
**HOLCOMB, KS 67851**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __WINDOW WASHING__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,063.71 |
|---|---|---|---|

**WE ENERGIES**
**PO BOX 90001**
**MILWAUKEE, WI 53290**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $255.74 |
|---|---|---|---|

**WEST CENTRAL SANITATION**
**P.O. BOX 796**
**WILLMAR, MN 56201**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __WASTE SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,005.00 |
|---|---|---|---|

**WEST COAST TRUCKING, INC.**
**100 W MANVILEE STREET**
**RANCHO DOMINGUEZ, CA 90220**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __MERCHANDISE__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number *(if known)* | **17-30112** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.627 | **Nonpriority creditor's name and mailing address**<br>**WESTCOAST WAREHOUSING LLC**<br>**100 WEST MANVILLE ST**<br>**RANCHO DOMINGUEZ, CA 90220** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,414.75** |
| | Date(s) debt was incurred _ | Basis for the claim:  **MERCHANDISE** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.628 | **Nonpriority creditor's name and mailing address**<br>**WESTERN WYOMING LOCK**<br>**1849 CY AVENUE**<br>**CASPER, WY 82604** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$145.25** |
| | Date(s) debt was incurred _ | Basis for the claim:  **LOCKS** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.629 | **Nonpriority creditor's name and mailing address**<br>**WESTMAN CHAMPLIN KOEHLER**<br>**900 2ND AVE S**<br>**STE 1400**<br>**MINNEAPOLIS, MN 55402** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,012.90** |
| | Date(s) debt was incurred _ | Basis for the claim:  **ATTORNEY-INTELLECTUAL PROPERTY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.630 | **Nonpriority creditor's name and mailing address**<br>**WESTON, JAIDEN**<br>**814 W 1470 N**<br>**CLINTON, UT 84015** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$59.28** |
| | Date(s) debt was incurred _ | Basis for the claim:  **EMPLOYEE TRAVEL** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.631 | **Nonpriority creditor's name and mailing address**<br>**WIEDEL, ANNE**<br>**4234 DOUGLAS AVE**<br>**RACINE, WI 53402** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$36.76** |
| | Date(s) debt was incurred _ | Basis for the claim:  **CUSTOMER REFUND CHECKS** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.632 | **Nonpriority creditor's name and mailing address**<br>**WILLIAMS GENERAL CONST.**<br>**14999 BEAVERDALE RD**<br>**DANVILLE, IA 52623** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$206.43** |
| | Date(s) debt was incurred _ | Basis for the claim:  **V139 Replace light bulbs** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.633 | **Nonpriority creditor's name and mailing address**<br>**WILLIAMS MECHANICAL**<br>**P.O. BOX 17038**<br>**JONESBORO, AR 72403** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$541.19** |
| | Date(s) debt was incurred _ | Basis for the claim:  **HVAC** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.40 |
|---|---|---|---|
| | **WILLISTON, CITY OF**<br>**WATER DEPARTMENT**<br>**PO BOX 1306**<br>**WILLISTON, ND 58802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  UTILITIES** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|
| | **WILSON, NELDA**<br>**11300 N PENN AVE**<br>**OKLAHOMA CITY, OK 73120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  EMPLOYEE TRAVEL** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|
| | **WINDOW CLEANING AND**<br>**JANITORAL SERVICE**<br>**39435 133RD ST**<br>**BATH, SD 57427** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  WINDOW WASHING** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $244.60 |
|---|---|---|---|
| | **WINDSTREAM**<br>**P.O. BOX 9001908**<br>**LOUISVILLE, KY 40290** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  TELECOMMUNICATIONS** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $817.20 |
|---|---|---|---|
| | **WISCONSIN PUBLIC SERVICE**<br>**PO BOX 3140**<br>**MILWAUKEE, WI 53201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  UTILITIES** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $123.77 |
|---|---|---|---|
| | **WOODMAN REFRIGERATION, INC**<br>**1616 6TH AVE SE**<br>**ABERDEEN, SD 57401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  HVAC** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $292.50 |
|---|---|---|---|
| | **WOODS ELECTRICAL**<br>**CONTRACTORS INC.**<br>**4180 N STARNES RD**<br>**BLOOMINGTON, IN 47404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  V109 Replace Light Bulbs** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Vanity Shop of Grand Forks, Inc.**
_____
Name

Case number (if known)    **17-30112**

| | | |
|---|---|---|
| 3.641 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.33** |

**WOOLF, HOPE**
**PO BOX 156**
**DEMING, WA 98244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CUSTOMER REFUND CHECKS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$135.31** |

**WSC WHITE SERVICE COMPANY**
**PO BOX 1309**
**WOLFFORTH, TX 79382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **HVAC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,445.99** |

**XCEL ENERGY**
**PO BOX 9477**
**MINNEAPOLIS, MN 55484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **UTILITIES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26.48** |

**YOUNG, LESLIE**
**320 DIVISION AVE**
**VAN METER, IA 50261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CUSTOMER REFUND CHECKS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29.87** |

**YOUNGSTOWN WATER**
**DEPARTMENT**
**PO BOX 6219**
**YOUNGSTOWN, OH 44501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **UTILITIES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8.69** |

**ZUBER, SHONNA**
**2211 E ROSE AVE**
**APT 24**
**DES MOINES, IA 52030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **EMPLOYEE TRAVEL**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ameren Illinois**<br>**Credit and Collections**<br>**2105 E State Route 104**<br>**Pawnee, IL 62558** | Line **3.35**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Cindy Shattcuk**<br>**Verendrye Electric Cooperative**<br>**1225 Highway 2 Bypass E**<br>**Minot, ND 58701-7927** | Line  **3.607**<br><br>☐  Not listed. Explain ____ | **9900** |
| 4.3 | **Coface North America Insurance Company**<br>**50 Millstone Rd., Bldg. 100, Ste. 360**<br>**East Windsor, NJ 08520** | Line  **3.349**<br><br>☐  Not listed. Explain ____ | _ |
| 4.4 | **Colsolidated Communications**<br>**ATTN: Shelly Romack**<br>**PO Box 3248**<br>**Mankato, MN 56001-3248** | Line  **3.150**<br><br>☐  Not listed. Explain ____ | _ |
| 4.5 | **Comdata Inc. dba Stored Value Solutions**<br>**ATTN:  William H. Baustien SVP**<br>**One Oxmoro Place Suite 305**<br>**101 Bullitt Lane**<br>**Louisville, KY 40222-5465** | Line  **3.561**<br><br>☐  Not listed. Explain ____ | _ |
| 4.6 | **D'Layne Carter**<br>**PO Box 9132**<br>**Amarillo, TX 79105-9132** | Line  **2.217**<br><br>☐  Not listed. Explain ____ | _ |
| 4.7 | **Elizabeth Weller**<br>**Linebarger Goggan Blair & Sampson, LLP**<br>**2777 N. Stemmons Freeway**<br>**Suite 1000**<br>**Dallas, TX 75207** | Line  **2.102**<br><br>☐  Not listed. Explain ____ | _ |
| 4.8 | **Elizabeth Weller**<br>**Linebarger Goggan Blair & Sampson, LLP**<br>**2777 N. Stemmons Freeway**<br>**Suite 1000**<br>**Dallas, TX 75207** | Line  **2.238**<br><br>☐  Not listed. Explain ____ | _ |
| 4.9 | **Erik A. Ahlgren**<br>**Ahlgren Law Office**<br>**220 W. Washington Ave.**<br>**Fergus Falls, MN 56537** | Line  **3.158**<br><br>☐  Not listed. Explain ____ | _ |
| 4.10 | **Erik A. Ahlgren**<br>**Ahlgren Law Office**<br>**220 W. Washington Ave.**<br>**Fergus Falls, MN 56537** | Line  **3.297**<br><br>☐  Not listed. Explain ____ | _ |
| 4.11 | **Euler Hermes Collections North America**<br>**800 Red Brook Blvd, Suite 400C**<br>**Owings Mills, MD 21117** | Line  **3.88**<br><br>☐  Not listed. Explain ____ | **0314** |
| 4.12 | **Finesse Novelty Corp**<br>**30 Commerical Court**<br>**Plainview, NY 11803** | Line  **3.211**<br><br>☐  Not listed. Explain ____ | _ |
| 4.13 | **Jamie Bennett**<br>**SEMCO Energy**<br>**1411 3rd Street**<br>**Port Huron, MI 48060** | Line  **3.509**<br><br>☐  Not listed. Explain ____ | _ |

| Debtor | Vanity Shop of Grand Forks, Inc. | | Case number (if known)   17-30112 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.14 | **Jane R. Fountain**<br>**TTCL Services LLC dba Fish Window Clean**<br>**PO Box 22268**<br>**Billings, MT 59104** | Line  __3.219__<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Joe Mezzina**<br>**Mallory Group**<br>**777 Sunrise Highway, Suite 301**<br>**Lynbrook, NY 11563** | Line  __3.351__<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Josh Hawley, Attorney General**<br>**Missouri Department of Revenue**<br>**201 W. High St., Rm 670**<br>**PO Box 475**<br>**Jefferson City, MO 65105-0475** | Line  __2.170__<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Laura J. Monroe**<br>**PO Box 817**<br>**Lubbock, TX 79408** | Line  __2.148__<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Mark R. Hansen - Tax Collector**<br>**605 N Capital Avenue**<br>**Idaho Falls, ID 83402** | Line  __2.19__<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **MidAmerican Energy Company**<br>**PO Box 4350 Credit**<br>**Davenport, IA 52808-4350** | Line  __3.370__<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Patti M. Vickery**<br>**Ameren Missouri/Bankruptcy Desk Code 310**<br>**PO Box 66881**<br>**Saint Louis, MO 63166** | Line  __3.36__<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Questar Gas Co/Bankruptcy/DNR**<br>**1140 W 200 S**<br>**PO Box 3194**<br>**Salt Lake City, UT 84110** | Line  __3.470__<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Roger James Minch**<br>**Serkland Law Firm**<br>**10 Roberts Street**<br>**P.O. Box 6017**<br>**Fargo, ND 58108** | Line  __3.82__<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Second Generation BEBOP CLC**<br>**Rosenthal & Rosenthal, Inc.**<br>**Anthony DiTirro**<br>**1370 Broadway**<br>**New York, NY 10018** | Line  __3.507__<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 | **SQU & KC INT'L/GAS CHAIN**<br>**CALZADA ROOSEVELT 22-43**<br>**TORRE SOL NIVEL 5 OFICINA**<br>**GUATEMALA, C.A.** | Line  __3.534__<br><br>☐ Not listed. Explain ____ | _ |
| 4.25 | **Steven A. Ginther**<br>**Missouri Department of Revenue**<br>**301 W. High Street, Room 670**<br>**PO Box 475**<br>**Jefferson City, MO 65105-0475** | Line  __2.169__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Vanity Shop of Grand Forks, Inc.** | Case number (if known) | **17-30112** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.26 | **Steven A. Ginther**<br>**Missouri Department of Revenue**<br>**301 W. High Street, Room 670**<br>**PO Box 475**<br>**Jefferson City, MO 65105-0475** | Line  **2.170**<br><br>☐ Not listed. Explain ____ | _ |
| 4.27 | **Steven R. Fox**<br>**Fox Law Corporation**<br>**17835 Ventura Blvd., Suite 306**<br>**Encino, CA 91316** | Line  **3.47**<br><br>☐ Not listed. Explain ____ | srfox@foxlaw.com |
| 4.28 | **Thomas J. Mayernik**<br>**Attorney at Law**<br>**8754 Mentor Ave**<br>**Mentor, OH 44060** | Line  **3.292**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 7,906,724.56 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 7,906,724.56 |

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

<span style="color:red">**Schedule E - EMPLOYEE (NOTICE ONLY)**</span>

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AALBERS | JESSICA D | 308 4TH AVE NW | | WATERTOWN | SD | 57201 | LP | S02523 | P | VNY | 25 |
| ABARR | ANDROMEDA S | 608 4TH AVE N | | GREAT FALLS | MT | 59401 | HP | S03622 | P | VNY | 36 |
| ABRAHAM | DENISE | 7 SMALLWODD PL | | WHITE PLAINS | NY | 10603 | S | H25807 | F | VNI | 258 |
| ACKER | KATELYN A | 8506 N MAYFAIR  #28 | | SPOKANE | WA | 99208 | HM | S07533 | F | VNY | 75 |
| ADAHL | JENNIFER B | 4949 16TH AVE S | | FARGO | ND | 58103 | S | H25907 | F | VNI | 259 |
| ADAMS | JAYNE B | 11365 EVANS ST  Apt 7 | | OMAHA | NE | 68164 | HP | S06122 | P | VNY | 61 |
| ADAMS | ARIZONA C | 1539 M66 SE | | KALKASKA | MI | 49646 | HP | S08422 | P | VNY | 84 |
| ADAMS | SAMANTHA R | 1137 S BRUCE AVE | | SPRINGFIELD | MO | 65804 | LP | S23023 | P | VNY | 230 |
| ADAMS | KENNEDY S | 4131 SOUTH OTTER CREAK RD | | LASALLE | MI | 48145 | HP | S27522 | P | VNY | 275 |
| ADCOCK | ATHENA C | 221 RIVERVIEW AVE | | DE PERE | WI | 54115 | HP | S10622 | P | VNY | 106 |
| AEBEL | ERIN M | 13563 WOODLAND DRIVE | | ATHENS | IL | 62613 | AF | S20225 | F | VNY | 202 |
| AGUALLO | CASSANDRA P | 704 W FAIRFIELD ST #2 | | LINCOLN | NE | 68521 | HP | S06022 | P | VNY | 60 |
| AGUILAR | LIZA J | 4282 S 4800 W | | WEST HAVEN | UT | 84401 | AF | S07825 | F | VNY | 78 |
| AGUILERA | KRISTINE M | 3615 E UINTAH ST APT 22 | | COLORADO SPRING | CO | 80909 | HP | S16422 | P | VNY | 164 |
| AICHELE | KRISTEN L | 2003 WEST KEMP AVENUE | | WATERTOWN | SD | 57201 | HP | S02522 | P | VNY | 25 |
| ALBERDING | VICTORIA K | 2020 LINVILLE PASS | | FORT WAYNE | IN | 46845 | HP | S10822 | P | VNY | 108 |
| ALBERTS | NOELLE E | 7016 N NORMANDIE | | SPOKANE | WA | 99207 | LP | S07523 | P | VNY | 75 |
| ALBERTSON | DAVID | 8009 N WESTVIEW DR | | COEUR D'ALENE | ID | 83815 | HP | H00105 | P | VNI | 1 |
| ALBRIGHT | LACEY E | 428 W SPRUCE ST | | FERGUS FALLS | MN | 56537 | AF | S00725 | F | VNY | 7 |
| ALESIA | EMILY E | 1733 ROOSES LANE | | INDIANAPOLIS | IN | 46217 | HP | S11222 | P | VNY | 112 |
| ALEXANDER | EMILY R | 5700 150TH LANE NW | | RAMSEY | MN | 55303 | HF | H26605 | F | VNI | 266 |
| ALLEN | HANNAH A | 1420 9TH ST S | | VIRGINIA | MN | 55792 | LP | S00223 | P | VNY | 2 |
| ALLEN | DANIELLE L | 2350 ST RD 44 | | MARTINSVILLE | IN | 46151 | AF | S10925 | F | VNY | 109 |
| ALLEN | EMMA E | 2754 LINDA LANE | | SALINA | KS | 67401 | HP | S25122 | P | VNY | 251 |
| ALLISON | NICOLE E | 6219 S 3RD ST | | MILWAUKEE | WI | 53207 | HP | S04822 | P | VNY | 48 |
| ALM | DEVON P | 227 SOUTH 18TH AVE APT 3 | | BOZEMAN | MT | 59715 | AF | S01625 | F | VNY | 16 |
| ALMANZA | CLAUDIA L | 1618  MARION RD SE #212 | | ROCHESTER | MN | 55904 | HP | S22022 | P | VNY | 220 |
| AL-MUHANA | ADRA S | 4029 WEDGEWOOD DR | | FORT WAYNE | IN | 46815 | HP | S10822 | P | VNY | 108 |
| ALTENBURG | JOELLE R | 3814 TODD ST | | MIDLAND | MI | 48642 | HP | S27722 | P | VNY | 277 |
| ALVARENGA | JULIA P | 16102 E Broadway Ave | APT A106 | | WA | 99037-9810 | LP | S07623 | P | VNY | 76 |
| AMAYA | DELFINA | 2607 DENA DR | | SAN ANGELO | TX | 76904 | HP | S17322 | P | VNY | 173 |
| ANDERSEN | CYPRISS J | 3321 MCCLAIN DR. | | CEDAR FALLS | IA | 50613 | HP | S13122 | P | VNY | 131 |
| ANDERSON | EMILY | 6 PACIFIC AVE | | THOMPSON | ND | 58278 | HP | S00322 | P | VNY | 3 |
| ANDERSON | HANNAH S | 3561 N 3400 E | | KIMBERLY | ID | 83341 | HP | S07222 | P | VNY | 72 |
| ANDERSON | JENNIFER L | 7 SOUTH JEFFERSON AVE | | MASON CITY | IA | 50401 | LP | S07723 | P | VNY | 77 |
| ANDERSON | CARLY W | 3740 SW WORWICK TOWN RD | | TOPEKA | KS | 66610 | HP | S25522 | P | VNY | 255 |
| ANDREWS | STEPHANY M | 309 HARTLEY ST | PO BOX 751 | COLERAINE | MN | 55722 | HM | S03230 | F | VNY | 32 |
| ANDREWS | BRITTANY J | 38153 ERIE RD B5 | | WILLOUGHBY | OH | 44094 | AF | S09025 | F | VNY | 90 |
| ANDRUSS | RINDI R | 3327 APPLE STREET | | LINCOLN | NE | 68503 | AF | S06025 | F | VNY | 60 |
| ANGUILM | JACQUELYN M | 2499 SYCAMORE STREET | | TWIN LAKE | MI | 49457 | HM | S08030 | F | VNY | 80 |
| ANTHONY | CELESTE R | 13194 CR 286 D | | KILGORE | TX | 75662 | LP | S17923 | P | VNY | 179 |
| ASCHE | HANNAH L | 1760 S WELDON RD | | WINNEBAGO | IL | 61088 | LP | S14323 | P | VNY | 143 |
| ASMAN | ERICA L | 4219 S PENNSYLVANIA AVE | | SAINT FRANCIS | WI | 53235 | HP | S20722 | P | VNY | 207 |

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AULD | DANIELLE A | 953 74TH ST NE UNIT 6 | | CEDAR RAPIDS | IA | 52402 | LP | S13723 | P | VNY | 137 |
| AVILA | GISELLE | 433 SOUTH 200 WEST | | OGDEN | UT | 84404 | HP | S07822 | P | VNY | 78 |
| AYALA | ALYIAH J | 737 W CORONA AVE | | PUEBLO | CO | 81004 | HP | S16522 | P | VNY | 165 |
| AYRES | KATLYN N | 4906 BURNS AVENUE | | BARTONVILLE | IL | 61607 | HP | S20322 | P | VNY | 203 |
| BABINO | LYDIA J | 921 E WASHINGTON ST | | APPLETON | WI | 54911 | HP | S04722 | P | VNY | 47 |
| BACA | MARIA N | 544 3RD ST | | OGDEN | UT | 84404 | HP | S07822 | P | VNY | 78 |
| BACHMAN | RACHELLE | 20277 HOLIDAY ST | | GREENVIEW | IL | 62642 | HM | S20330 | F | VNY | 203 |
| BAILEY | TARAH L | 903 WASHINGTON BLVD | | BELPRE | OH | 45714 | HP | S18322 | P | VNY | 183 |
| BAILEY | JENNIFER M | 1121 ABBOTTS CREEK CIR | | KERNERSVILLE | NC | 27284 | AF | S21925 | F | VNY | 219 |
| BAILS | ARIANA L | 289 SWOPE CIRCLE | | TWIN FALLS | ID | 83301 | HP | S07222 | P | VNY | 72 |
| BAKER | CHEYENNE S | 1930 S WASHINGTOM | | CASPER | WY | 82601 | LP | S12823 | P | VNY | 128 |
| BAKER | ABIGAIL M | 511 RICKER ST. | | WATERLOO | IA | 50703 | HP | S13022 | P | VNY | 130 |
| BALDWIN | LEANDRA S | 1687 SCHLEGEL RD | | WEBSTER | NY | 14580 | HP | S18522 | P | VNY | 185 |
| BALES | DESIRAE M | 627 HEARTHSIDE DR | | CEDAR FALLS | IA | 50613 | HP | S13122 | P | VNY | 131 |
| BANDA | VANESA S | 4000 RIVERSHELL LN | | LANSING | MI | 48911 | LP | S09623 | P | VNY | 96 |
| BANKS | JENSEN E | 3540 N 19TH ST | | COEUR D ALENE | ID | 83815 | LP | S01323 | P | VNY | 13 |
| BANNERMAN | ROBYN L | 14878 ALMA DR | | STERLING HEIGHT | MI | 48313 | HM | S14530 | F | VNY | 145 |
| BANTER | PATRICIA M | 3608 DRIFTWOOD DR N | APT 202 | LAFAYETTE | IN | 47905 | HM | S27230 | F | VNY | 272 |
| BARBER | NICOLE L | 705 CAVALRY RD | | POST FALLS | ID | 83854 | HP | S01322 | F | VNY | 13 |
| BARBOZA JUAREZ | MARISELA | 307 2ND STREET | | WEST DES MOINES | IA | 50265 | LP | S24523 | P | VNY | 245 |
| BARKER | BONNIE L | 13980 INGLEWOOD DR | | BAXTER | MN | 56425 | LP | S00823 | P | VNY | 8 |
| BARKER | KAYLA R | 4440 TUTTLE CREEK BLVD | LOT 20 | MANHATTAN | KS | 66502 | LP | S25423 | P | VNY | 254 |
| BARNER | CASEY E | 502 N COLUMBUS ST | | GALION | OH | 44833 | HP | S13622 | P | VNY | 136 |
| BARNES | TAYLOR B | 221 HARVEST RIDGE LANE | | MORGANTOWN | WV | 26508 | HP | S18422 | P | VNY | 184 |
| BARON | BAILEY M | 245 Front St | | Pulaski | WI | 54162-7968 | AF | S10625 | F | VNY | 106 |
| BARTOSZEK | MARY E | 807 N CONNECTICUT AVE | | MASON CITY | IA | 50401 | LP | S07723 | P | VNY | 77 |
| BASS | KRYSTA L | 17401 EAST US 40HWY | APT B9 | INDEPENDENCE | MO | 64055 | LP | S05423 | P | VNY | 54 |
| BATCHELOR | JALIAH L | 67 N PADDOCK ST | | PONTIAC | MI | 48342 | HP | S04922 | P | VNY | 49 |
| BAUER | ELLEN M | 185 CARLTON DR | | FLORENCE | MT | 59833 | AF | S12625 | F | VNY | 126 |
| BAUMGARTNER | HEATHER N | 8021 E. PICCADILLY RD. | | MUNCIE | IN | 47302 | HM | S11030 | F | VNY | 110 |
| BAUMGARTNER | MIKAYLA V | 700 36TH ST SW | NA | ROCHESTER | MN | 55904 | LP | S22023 | P | VNY | 220 |
| BEARD | BRIDGET J | 1404 MARIAN ST | | TYLER | TX | 75701 | LP | S17823 | P | VNY | 178 |
| BECK | SPRING M | 3354 LEONARD RD | LOT 27 | LEXINGTON | NC | 27295 | HP | S21922 | P | VNY | 219 |
| BECK | BRILEY S | 2040 EAST SADIE LANE | | JOPLIN | MO | 64801 | LP | S23623 | P | VNY | 236 |
| BEETER | MCKENNA K | 2201 23RD ST SW | | MINOT | ND | 58701 | HP | S02622 | P | VNY | 26 |
| BELICE | LEXIE A | 1195 DRIVEWAY LANE | | DILLON | MT | 59725 | HP | S03522 | P | VNY | 35 |
| BELL | TAYLOR N | 1239 N MARTIN RD | | JANESVILLE | WI | 53545 | HP | S04622 | P | VNY | 46 |
| BELL | JOCELYN I | 3909 COVE RD | | ROWLETT | TX | 75088 | LP | S17723 | P | VNY | 177 |
| BELTRAN | CHRISTI M | 705 IDA | | GARDEN CITY | KS | 67846 | AF | S25025 | F | VNY | 250 |
| BENDORF | MADYSON M | 2566 HUNTINGTON PARK DR | | GRAND FORKS | ND | 58201 | HP | S00322 | P | VNY | 3 |
| BENFIELD | SAINT J | 1852 16TH STREET SW | LOT 36 | MINOT | ND | 58701 | FR | S02622 | P | VNY | 26 |
| BENGFORD | MARY J | 4019 SUMMERSET DR | | BURNS | WY | 82053 | LP | S12923 | P | VNY | 129 |
| BENGTSON | TRESSA M | 5360 28TH AVE S APT 211 | | FARGO | ND | 58104 | HF | H26807 | F | VNI | 268 |

2

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BENNETT | SARAH C | 2318 N FERGUSON AVE | | BOZEMAN | MT | 59718 | HP | S01622 | P | VNY | 16 |
| BENNETT | VERONICA L | 5121 E CHERYL PARKWAY#113 | | FITCHBURG | WI | 53711 | LP | S09823 | P | VNY | 98 |
| BENNETT | CHRISTINA L | 7209 SHELBY STREET | | INDIANAPOLIS | IN | 46227 | AF | S11225 | F | VNY | 112 |
| BENSON | KENZIE J | 3489 W 2200 S | | YOUNGWARD | UT | 84339 | AF | S08825 | F | VNY | 88 |
| BERG | ALEXA L | 620 W Quartz St | | Butte | MT | 59701-9161 | LP | S03523 | P | VNY | 35 |
| BERGLUND | BRIANNA J | 5001 WEST 43RD STREET #12 | | SIOUX FALLS | SD | 57106 | HM | S01126 | F | VNY | 11 |
| BEST | SAVANNA R | 1770 BOIS'D'ARC | | DIANA | TX | 75640 | HP | S17922 | P | VNY | 179 |
| BETTIN | JULIA L | 56181 834 RD | | STANTON | NE | 68779 | LP | S06823 | P | VNY | 68 |
| BIALEK | STACEY D | 5504 BASTIAN BLVD | | SOUTH BELOIT | IL | 61080 | LP | S14323 | P | VNY | 143 |
| BICE | TESSA M | 3904 S SKIPWORTH | | SPOKANE | WA | 99206 | HP | S07622 | P | VNY | 76 |
| BIDDY-HOFFMAN | DELANEY D | 3045 NO 27TH AVE #15 | | BOZEMAN | MT | 59718 | HP | S01622 | P | VNY | 16 |
| BIEL | HAYLEE R | 31777 121ST ST | | JAVA | SD | 57452 | LP | S11123 | P | VNY | 111 |
| BIGGS | KAYCEE N | 4512 N SAGINAW RD | APT 721 | MIDLAND | MI | 48640 | HM | S27730 | F | VNY | 277 |
| BILLUPS | BETH M | 1846 KNOLLMONT DRIVE | | FLORENCE | KY | 41042 | LP | S14823 | P | VNY | 148 |
| BINDER | TAMMY M | 322 E OAK STREET | | LAWTON | IA | 51030 | DM | H26406 | F | VNI | 264 |
| BINDER | KIRSTEN L | 1406 LAWE ST | | GREEN BAY | WI | 54301 | LP | S10623 | P | VNY | 106 |
| BISTA | NATALIE M | 8644 RIVER TERRACE DR | | FRANKLIN | WI | 53132 | HP | S04822 | P | VNY | 48 |
| BJORKLUND | LILLIAN J | 305 B ST | | BRAINERD | MN | 56401 | HP | S00822 | P | VNY | 8 |
| BJUR | ASHTON E | 2402 S HWY 281 | | ABERDEEN | SD | 57401 | LP | S11123 | P | VNY | 111 |
| BLACK | SHELLEY R | 6718 FERNWOOD AVE | | FORT WAYNE | IN | 46809 | HM | S10830 | F | VNY | 108 |
| BLACK | MADELINE N | 6638 OLIVE BRANCH CT | | INDIANAPOLIS | IN | 46237 | LP | S11223 | P | VNY | 112 |
| BLACK | CHEYENNE D | 5128 BUENA | | GRANITE CITY | IL | 62040 | LP | S14122 | P | VNY | 141 |
| BLACKDEER | CARLIE L | 950 LINDEN DR | #205 | HOLMEN | WI | 54636 | HP | S10522 | P | VNY | 105 |
| BLACKDEER | CASSIE J | 950 LINDEN DR | #205 | HOLMEN | WI | 54636 | HP | S10522 | P | VNY | 105 |
| BLAIR | MICAH N | 5408 CORNEWR STONE AVENUE | | BILLINGS | MT | 59106 | LP | S01523 | P | VNY | 15 |
| BLAUVELT | JENNA R | 303 2ND ST | | CANTRALL | IL | 62625 | HP | S20222 | P | VNY | 202 |
| BLESSING | KATIE H | 8417 France St | | Newport | MI | 48166 | DM | H26406 | F | VNI | 264 |
| BLOCK | KIM L | 400 18TH AVE SE # 68 | | MINOT | ND | 58701 | HP | S02622 | P | VNY | 26 |
| BLOSSER | ALYSSA L | 2 COUNTRY SQUIRE VLG | | MORGANTOWN | WV | 26508 | HP | S18422 | P | VNY | 184 |
| BLOUGH | KAELEIGH M | 550 SEXTON ST | | STRUTHERS | OH | 44471 | HP | S11722 | P | VNY | 177 |
| BLUM | JENNIFER | 4750 TIMBER PKWY S | APT 304 | FARGO | ND | 58104 | HM | S00530 | F | VNY | 5 |
| BLUMENTHAL | TAYLOR L | 632 SHANNON LANE | | GRAND JUNCTION | CO | 81504 | AF | S16725 | F | VNY | 167 |
| BOHNE | SARAH M | 2655 S. 69TH ST. | | MILWAUKEE | WI | 53219 | HP | S20722 | P | VNY | 207 |
| BOIVIN | MADISON L | 2264 SOUTH PINE TREE ROAD | | DEPERE | WI | 54115 | HP | S10622 | P | VNY | 106 |
| BOLEN | ALLISON P | 275 FM 421 TRL 41 | | LUMBERTON | TX | 77657 | LP | S17423 | P | VNY | 174 |
| BOND | OLIVIA A | 10417 E. LIPPENCOTT BLVD | | DAVISON | MI | 48423 | HP | S27622 | P | VNY | 276 |
| BOONE | JENICE A | 4260 BROWNSBORO RD | APT C43 | WINSTON SALEM | NC | 27106 | HP | S21922 | P | VNY | 219 |
| BORCHARDT | ASHLEY L | 9303 PASTURE LANE | | WAUSAU | WI | 54403 | HP | S05122 | P | VNY | 51 |
| BORCHARDT | CHANICE A | 759 N TALL PINE PL | | MERIDIAN | ID | 83642 | LP | S07423 | P | VNY | 74 |
| BORTLE | LEXA J | 514 N 72ND STREET | | OMAHA | NE | 68114 | HP | S22122 | P | VNY | 221 |
| BOSSET | AMBER M | 1119 14TH ST WEST | APT 210 | DICKINSON | ND | 58601 | HM | S01930 | F | VNY | 19 |
| BOUNYASANH | SOVIA M | 1813 N I ST | | FORT SMITH | AR | 72901 | HP | S21022 | P | VNY | 210 |
| BOYD | EMILY R | 4101 CENTRAL AVE | H507 | GREAT FALLS | MT | 59405 | AF | S03625 | F | VNY | 36 |

3

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOZARTH | EMILY A | 5357 TAFT RD | | RIVERTON | IL | 62561 | LP | S20223 | P | VNY | 202 |
| BRADBURY | KAILI N | 1933 PAGE AVE | | SALINA | KS | 67401 | HP | S25122 | P | VNY | 251 |
| BRADLEY | ELAINE M | 4406 WALNUT ST | | DAYTON | OH | 45416 | AF | S11525 | P | VNY | 115 |
| BRADSHAW | STACIE L | 426 5TH ST NW | | MINOT | ND | 58703 | HP | S02622 | P | VNY | 26 |
| BRASHER | KIMBERLY K | 10121 DEBBIE LANE | | MACHESNEY PARK | IL | 61115 | LP | S14323 | P | VNY | 143 |
| BRAZIL | TAYLOR A | 1512 128TH AVE NE | | BLAINE | MN | 55449 | HP | S21222 | P | VNY | 212 |
| BRECOUNT | LEANA T | 6090 46TH ST. N | | OAKDALE | MN | 55128 | LP | S22622 | P | VNY | 226 |
| BREITBACH | MARISSA D | 16171 CHATHAM DR. | | CLINTON TOWNSHI | MI | 48035 | HP | S14522 | P | VNY | 145 |
| BREITSPRECHER TORRE | MARIA T | 9614 UNIVERSITY AVE | APT 202N | CEDAR FALLS | IA | 50613 | HP | S13122 | P | VNY | 131 |
| BREKKE | AIMEE M | 5041 43RD St S | | FARGO | ND | 58104 | S | H25807 | F | VNI | 258 |
| BREKOSKI | AMY M | 730 PASADENA | | YOUNGSTOWN | OH | 44502 | LP | S11723 | P | VNY | 117 |
| BRENDMOEN | BRITTANY J | 109 E MEADOW LARK LN | | FERGUS FALLS | MN | 56537 | HP | S00722 | P | VNY | 7 |
| BREWER | CAITLIN B | 718 RIDGE CREST CT | | BLOOMINGTON | IN | 47401 | LP | S10923 | P | VNY | 109 |
| BREYNE | KELLY A | 310 N WALNUT ST | | WENONA | IL | 61377 | HP | S14022 | P | VNY | 140 |
| BRIDGETT | BAILEY N | 3755 CHRISTENSEN CT | | GRAND JUNCTION | CO | 81506 | HM | S12930 | F | VNY | 129 |
| BRIEN | JENNIFER L | 406 31ST AVE SE | LOT 112 | MINOT | ND | 58701 | HP | S02622 | P | VNY | 26 |
| BRIGGS | SABRINA R | 3102 NEILSON DR | | ENID | OK | 73703 | LP | S19023 | P | VNY | 190 |
| BRIGHT | ERICA J | 9012 MESSA VIEW | | BROWNWOOD | TX | 76801 | LP | S17323 | P | VNY | 173 |
| BRINER | KATIE N | 4420 FOUNTAIN SPRINGS GV | APT. 260 | COLORADO | CO | 80916 | LP | S16423 | P | VNY | 164 |
| BROCK | JASMIE | 36489 FARMBROOK DR | | CLINTON TOWNSHI | MI | 48036 | LP | S14522 | P | VNY | 145 |
| BRODEUR | LATICIYA M | 5081 ELDON DRIVE S | | COLORADO SPRING | CO | 80916 | HP | S16422 | P | VNY | 164 |
| BRODHAGEN | CRYSTAL A | 6619 SHENANDOAH CT | | LINCOLN | NE | 68510 | HP | S06022 | P | VNY | 60 |
| BROMAGEN | OLIVIA K | 2917 W ENON RD | | XENIA | OH | 45385 | HP | S11422 | P | VNY | 114 |
| BROOKS | KEY'LOCHA K | 3910 TREADWAY RD  #710 | | BEAUMONT | TX | 77706 | HP | S17422 | P | VNY | 174 |
| BROTT | MADISON S | 305 WASHINGTON AVE | | ARVILLA | ND | 58214 | HP | S00322 | P | VNY | 3 |
| BROUGH | ALEXI R | 3762 S TEAL RUN WAY | | SOUT SALT LAKE | UT | 84119 | HP | S12222 | P | VNY | 122 |
| BROUGHTON | ADRIANNA B | 1308 SPRINGLAKE HILL APT6 | | QUINCY | IL | 62305 | LP | S14723 | P | VNY | 147 |
| BROWN | ASHLEY | 5018 AMBER VALLEY PARKWAY | #303 | FARGO | ND | 58104 | HF | H26605 | F | VNI | 266 |
| BROWN | AMY E | 3624 LANDECO LANE | #14B | GRAND FORKS | ND | 58201 | LP | S00323 | P | VNY | 3 |
| BROWN | SIERRA L | 10415 N STRAHORN RD | | HAYDEN | ID | 83835 | LP | S01323 | P | VNY | 13 |
| BROWN | GAYLE B | 3315 CENTRAL AVE APT1 | | BILLINGS | MT | 59102 | AF | S01525 | F | VNY | 15 |
| BROWN | TYRA N | 7543 PEBBLE SPRING CT | | COTTON WOOD HT | UT | 84093 | HP | S12222 | P | VNY | 122 |
| BROWN | AUGUST M | 223 CRYSTAL STREET | | AMES | IA | 50010 | AF | S13325 | F | VNY | 133 |
| BRUMLEY | TENIKA L | 5015 PINE ST APT1802 | | BEAUMONT | TX | 77703 | HP | S17422 | P | VNY | 174 |
| BRUNDRETT | LAUREN F | 7905 EVENING STAR DR | | ROWLETT | TX | 75089 | HP | S17722 | P | VNY | 177 |
| BUCK | KENDAHL A | 209 ERICKSON ST | | ANACONDA | MT | 59711 | HP | S01622 | P | VNY | 16 |
| BUCKLEY | NATRESE A | 4822 TAYLOR STREET | | OMAHA | NE | 68114 | HP | S06122 | P | VNY | 61 |
| BUILTA | BEULAH A | 967 N. PURCELL BLVD | | PUEBLO WEST | CO | 81007 | HP | S16522 | P | VNY | 165 |
| BUJWID | MARY E | 5138 N NEENAH AVE | | CHICAGO | IL | 60656 | RM | H26406 | F | VNI | 264 |
| BULLARD | NASTASHIA D | 5020 A PERNOD AVE | | ST. LOUIS | MO | 63139 | HM | S23530 | F | VNY | 235 |
| BURDI | ANGELA J | 2714 TRELAWNY DRIVE | | CLARKSVILLE | TN | 37043 | HM | S08330 | F | VNY | 83 |
| BURGESS | DANA M | 508 W. VANDALIA ST | | BROKEN ARROW | OK | 74012 | AF | S19925 | F | VNY | 199 |
| BURKE | AMBROSIA L | PO BOX 374 | 319 5TH STREET | THOMPSON | ND | 58278 | HP | S00322 | P | VNY | 3 |

4

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BURKHARDT | CAROLINE E | 64 TERI LANE | | LITTLE HOCKING | OH | 45742 | HP | S18322 | P | VNY | 183 |
| BURNETT | MALEECE | 30 ROSE CIRCLE | | MURRAY | UT | 84107 | LP | S12223 | P | VNY | 122 |
| BURNS | JADAI L | 6806 N 41ST STREET | | OMAHA | NE | 68112 | HP | S06122 | P | VNY | 61 |
| BURTON | KIERSTEN M | 309 N EWING | | TALLULA | IL | 62688 | HP | S20222 | P | VNY | 202 |
| BURTON | TAYLOR S | 1308 MOWREY AVE | | OTTUMWA | IA | 52501 | HP | S24422 | P | VNY | 244 |
| BURWELL | EMILY G | 32 HADDALE AVENUE | | WHEELING | WV | 26003 | HP | S10022 | P | VNY | 100 |
| BUSIEK | REBECCA A | 115 STONEGATE DRIVE | | WASHINGTON | WV | 26181 | HP | S18322 | P | VNY | 183 |
| CADY | SAMANTHA | 4699 KINGSWOOD LN | | DIAMOND | MO | 64840 | HP | S23622 | P | VNY | 236 |
| CAIMANO | BROOKLYN N | 6626 N OAKWOOD RD | | ENID | OK | 73703 | LP | S19023 | P | VNY | 190 |
| CAIN | NICOLE L | 3746 S HUMBOLDT STREET | | TOPEKA | KS | 66609 | HM | S25530 | F | VNY | 255 |
| CALDWELL | JEFFERY A | 160 E. ELMWOOD DR. | | CENTERVILLE | OH | 45459 | HP | S11522 | P | VNY | 115 |
| CALDWELL | LATISHA S | 5008 RIDGEDALE DR | | ENID | OK | 73703 | HP | S19022 | P | VNY | 190 |
| CALHOUN | KATLYN N | 2108 3RD AVE EAST | | WILLISTON | ND | 58801 | HP | S02022 | P | VNY | 20 |
| CAMRUD | ALYSSA M | 16427 15TH ST NE | | BUXTON | ND | 58218 | HP | S00322 | P | VNY | 3 |
| CANTRELL | ALLEE M | 721 BROADWAY ST | | HAMILTON | IL | 62341 | LP | S13923 | P | VNY | 139 |
| CANTRELL | SHELBY L | 5347 E. CARPENTER RD | | FLINT | MI | 48506 | HP | S27622 | P | VNY | 276 |
| CARDENAS | JENNIFER A | 715 UPTON | | SAN ANGELO | TX | 76903 | HP | S17322 | P | VNY | 173 |
| CARLEN | ANNA R | 480 WILLIAM AVE E | | DASSEL | MN | 55325 | HP | S02722 | P | VNY | 27 |
| CARLISLE | MELISSA C | 966 EAST 2200 NORTH | | NORTH LOGAN | UT | 84341 | HP | S08822 | P | VNY | 88 |
| CARLSON | HANNAH R | 4430 PEABODY LN | | DULUTH | MN | 55804 | LP | S00223 | P | VNY | 2 |
| CARLSON | BRIANNA J | 4019 CORBY ST. | | OMAHA | NE | 68111 | HP | S06122 | P | VNY | 61 |
| CARPENTER-LOBSTEIN | SKYE L | 303 15TH AVE | | GREEN BAY | WI | 54303 | LP | S10623 | P | VNY | 106 |
| CARR | JADA V | 105 SOUTH KENT STREET | | LAKE BENTON | MN | 56149 | LP | S01123 | P | VNY | 11 |
| CARR | RILEY L | 47032 244TH ST | | DELL RAPIDS | SD | 57022 | HP | S01122 | P | VNY | 11 |
| CARR | JESSICA A | 1709 W 1375 N | | LAYTON | UT | 84041 | HP | S09422 | P | VNY | 94 |
| CARR | SAMANTHA D | 368 RAYNOR RD EXT | | EDINBURG | PA | 16116 | LP | S11723 | P | VNY | 117 |
| CARRICO | CASSANDRA P | 3971 KIRTLAND RD  APT #2 | | WILLOUGHBY | OH | 44095 | LP | S09023 | P | VNY | 90 |
| CARRILLO | CHRISTIAN N | 803 MAIN ST | | PANHANDLE | TX | 79068 | HP | S17122 | P | VNY | 171 |
| CARROLL | MARIAH L | 38504 127TH ST | | ABERDEEN | SD | 57401 | HP | S11122 | P | VNY | 111 |
| CARTER | KATIE R | 2745 N SAND HILL WAY | | POST FALLS | ID | 83854 | HP | S01322 | P | VNY | 13 |
| CARTER | ERIN P | 6925 DALLAS RD | | BROOKLYN CENTER | MN | 55430 | HM | S22630 | F | VNY | 226 |
| CASTILE | KHALYN L | 109 RED CLOUD TRAIL | | LAFAYETTE | IN | 47905 | HP | S27222 | P | VNY | 272 |
| CASTLE | GRACE E | 2936 EAST COUNTRY LANE | | MONROE | MI | 48162 | HP | S27522 | P | VNY | 275 |
| CASTORENA SANCHEZ | BRENDA M | 5702 37TH ST | | LUBBOCK | TX | 79407 | HP | S17022 | P | VNY | 170 |
| CAULFIELD | CHEYENNE R | 6505 S 50TH AVE CIR | | OMAHA | NE | 68117 | AF | S22125 | F | VNY | 221 |
| CEDERBERG | HALEY C | 10301 KARSTON AVE NE | | ALBERTVILLE | MN | 55301 | LP | S02723 | P | VNY | 27 |
| CESAREO | CHRISTINA T | 13 GILEAD HILL ROAD | | NORTH CHILI | NY | 14514 | HP | S18522 | P | VNY | 185 |
| CHAMBERS | KAROLINE S | 2828 N GLENNFIELD WAY | | MERIDIAN | ID | 83646 | HM | S07430 | F | VNY | 74 |
| CHAMBERS | LANITA D | 1440 W KEMPER RD | #1711 | CINCINNATI | OH | 45240 | HP | S12442 | P | VNY | 124 |
| CHAMBERS | DANIELLE C | 607 ST. JOSEPH BLVD | | BOLCKOW | MO | 64427 | LP | S23323 | P | VNY | 233 |
| CHAMPAGNE | LESLIE G | 1926 MULLOWNEY LN #48 | | BILLINGS | MT | 59101 | LP | S01523 | P | VNY | 15 |
| CHASE | MICHELLE L | 359 9TH AVE W | APT 1 | DICKINSON | ND | 58601 | AF | S01925 | F | VNY | 19 |
| CHEN | MANDY | 303 W GILFORD RD | | CARO | MI | 48723 | HP | S09622 | P | VNY | 96 |

5

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

## Schedule E - EMPLOYEE (NOTICE ONLY)
Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHEW | BRIANNA L | 528 LAMERS RD | | KIMBERLY | WI | 54136 | LP | S04723 | P | VNY | 47 |
| CHILDERS | ASHLEE N | 3009 HICKORY RIDGE DR | | HERRIN IL | IL | 62948 | HP | S23222 | P | VNY | 232 |
| CHIOLA | JESSICA M | 505 N WOOD THRUSH DR | | PEORIA | IL | 61604 | HP | S20322 | P | VNY | 203 |
| CHRISTOPHERSEN | BRITTNEY L | 108 S HARRISON ST | | BRADY | NE | 69123 | AF | S06925 | F | VNY | 69 |
| CHUNG | PHUOC H | 728 28TH ST NW | | FARGO | ND | 58102 | WF | H26510 | F | VNI | 265 |
| CIRCLE | TRINITY C | 4315 DANE AVENUE | | CINCINNATI | OH | 45223 | LP | S12423 | P | VNY | 124 |
| CISSELL | DUSTY L | 4733 WHITE ST | | MISSOULA | MT | 59808 | HM | S12633 | F | VNY | 126 |
| CLAPP | KYELE D | 8100 JUBILEE RD | | LA PORTE CITY | IA | 50651 | AF | S13025 | F | VNY | 130 |
| CLARIDGE | REBECCA E | 17320 PAVELKA DR | | EDEN PRAIRIE | MN | 55346 | HP | H26605 | P | VNI | 266 |
| CLARK | KYLEA I | 240 SAGE STREET | | KIMBERLY | ID | 83341 | AF | S07225 | F | VNY | 72 |
| CLARK | AMANDA L | 3305 LAFAYETTE RD | | EVANSDALE | IA | 50707 | HM | S13130 | F | VNY | 131 |
| CLARK | JASMINE D | 4359 DAKOTA LN | | JOPLIN | MO | 64801 | HP | S23622 | P | VNY | 236 |
| CLARKE | MILDRED M | 2590 WOODWAY AVE | | DAYTON | OH | 45406 | HP | S11522 | P | VNY | 115 |
| CLASSEN | AMANDA S | 1719 UNIVERSITY DRIVE CIR | | KEARNEY | NE | 68845 | LP | S06623 | P | VNY | 66 |
| CLAUSING-TOLAR | KELLY A | 5937 W BEACON HILL DR | | FRANKLIN | WI | 53132 | LP | S04823 | P | VNY | 48 |
| CLEARY | ERICA N | 62100 BEECH CIR DR | PO BOX 191 | CAMBRIDGE | OH | 43725 | HM | S15230 | F | VNY | 152 |
| CLEMMER | MCKENZIE P | 316 STONEY HILL ROAD | | GREENSBORO | PA | 15338 | HM | S18430 | F | VNY | 184 |
| CLUBB | JADE C | 2634 W FARM ROAD 164 | | SPRINGFIELD | MO | 65807 | HP | S23022 | P | VNY | 230 |
| CLUSIAU | CARRIE B | 2618 1ST AVE | | HIBBING | MN | 55746 | HM | S04230 | F | VNY | 42 |
| CLUTTER | BREANNA L | 1601 CANNAL AVE | | GRAND JUNCTION | CO | 81501 | HP | S16722 | P | VNY | 167 |
| COBB | TANYA L | 1310 DALE ST | | LONGVIEW | TX | 75601 | AF | S17925 | F | VNY | 179 |
| COFFMAN | LARAH A | 202 W MCCONNELL STREET | | OXFORD | IN | 47971 | HP | S27222 | P | VNY | 272 |
| COLE | LAURIE A | 4237 MATLOCK RD | | BOWLING GREEN | KY | 42104 | HM | S09230 | F | VNY | 92 |
| COLEMAN | DENESHA D | 4095 EDMAR CT | | BELLEVILLE | IL | 62226 | HP | S14122 | P | VNY | 141 |
| COLLINS | LAUREN M | 2924 7TH AVE N | | MOORHEAD | MN | 56560 | HM | S00526 | F | VNY | 5 |
| COLLINS | RYAN L | 15 ARDEN RD | APT A | ASHEVILLE | NC | 28803 | AF | S21825 | F | VNY | 218 |
| COMBE | CARLEE D | 1277 E 6600 S | | UINTAH | UT | 84405 | LP | S09423 | P | VNY | 94 |
| CONNOLLY | SHELBY L | 875 EDISON ST | | DUBUQUE | IA | 52001 | LP | S13823 | P | VNY | 138 |
| CONRAD | KYLIE M | 4781 E. BLUELICK RD | | LIMA | OH | 45801 | HP | S11622 | P | VNY | 116 |
| COOK | PAIGE M | 30576 N WALKINGHORSE LN | | ATHOL | ID | 83801 | LP | S01323 | P | VNY | 13 |
| COOK | CHANCE D | 3345 RACQUET DR. | | BILLINGS | MT | 59102 | FR | S01522 | P | VNY | 15 |
| COOK | KARA B | 2049 LEGACY RIDGE VIEW | 108 | CO SPRINGS | CO | 80910 | AF | S16425 | F | VNY | 164 |
| COOK | CARLY J | 527 OPAZ PLACE | | CLIFTON | CO | 81520 | HP | S16722 | P | VNY | 167 |
| COOLEY | SIERRA A | 6318 ELLISON AVE | | OMAHA | NE | 68104 | HP | S06122 | P | VNY | 61 |
| COPE | HANNAH C | 3477 LINDENWOOD DR | | ERLANGER | KY | 41018 | LP | S14823 | P | VNY | 148 |
| CORON | SONYA L | 145 GRAND AVE | | GRAND JUNCTION | CO | 81501 | HM | S16730 | F | VNY | 167 |
| CORRALES | ALEJANDRA R | 6030 N THIRD | | GARDEN CITY | KS | 67846 | HP | S25022 | P | VNY | 250 |
| CORTS | HALEY C | 8700 SAN ANITA DR | | BOISE | ID | 83704 | HP | S07422 | P | VNY | 74 |
| CORY | DOMENICA N | 305 FERN AVE | #2201 | GARLAND | TX | 75040 | LP | S17723 | P | VNY | 177 |
| COSSETTE | DARLA J | 46356 POSS BEACH RD | | PELICAN RAPIDS | MN | 56572 | S | H26205 | F | VNI | 262 |
| COWART | TAYLOR M | 2321 KUNNEKE AVE | | LIMA | OH | 45805 | FR | S11622 | P | VNY | 116 |
| COWLEY | ASHLEY M | 506 FALCON DR | | BOX ELDER | SD | 57719 | HP | S01822 | P | VNY | 18 |
| COX | SOPHIA D | 219 ELMA DRIVE | | WILLIAMSTOWN | WV | 26187 | HP | S18322 | P | VNY | 183 |

6

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CRADDOCK | SARA A | 119200 BATTLERIDGE RD | | BUTTE | MT | 59750 | LP | S03523 | P | VNY | 35 |
| CRAGER | FAITH A | 2014 DOUGLAS ST | APT 1 | ROCKFORD | IL | 61103 | HP | S14322 | P | VNY | 143 |
| CRAIG | KALINA M | 2220 STRAND | | MISSOULA | MT | 59801 | LP | S12623 | P | VNY | 126 |
| CRAWFORD | JESSICA A | 1931 S CROSBY AVE | | JANESVILLE | WI | 53546 | LP | S04623 | P | VNY | 46 |
| CREMERS | KAYLA E | 1114 17TH ST NW | | EAST GRAND FORK | MN | 56721 | HP | S01222 | P | VNY | 12 |
| CROCKER | MARISSA C | 44691 BARTON ST #2 | | FT RILEY | KS | 66442 | LP | S25423 | P | VNY | 254 |
| CRONEY | MIKAYLA R | 2425 NORTH RD | | FENTON | MI | 48430 | HP | S27622 | P | VNY | 276 |
| CRYSTAL | ASPEN D | 211 N 4400 E | | RIGBY | ID | 83442 | LP | S07123 | P | VNY | 71 |
| CUBBAGE | COURTNEY L | 716 MAPLEWOOD CT SW | | ALTOONA | IA | 50009 | LP | S24523 | P | VNY | 245 |
| CULLIVER | QUIANA L | 4005 MIAMI ST | | OMAHA | NE | 68104 | HP | S06122 | P | VNY | 61 |
| CULLUM | BREYANNE K | 1765 HOELSCHER LN | | POCAHONTAS | AR | 72455 | HP | S20922 | P | VNY | 209 |
| CUMMINGS | ANDREA C | 590 S COPUS RD | | LIMA | OH | 45805 | HM | S11630 | F | VNY | 116 |
| CUNNINGHAM | SHAYLEE M | 491 PARADISE VALLEY RD | | RIVERTON | WY | 82501 | LP | S18423 | P | VNY | 184 |
| CURRY | LACEY M | 3330 MILITARY RD | | SIOUX CITY | IA | 51103 | HP | S02822 | P | VNY | 28 |
| DACEUS | MARANDA L | 24907 S RUPP RD | | CHENEY | WA | 99004 | HP | S07522 | P | VNY | 75 |
| DAHILL | MIKAELA N | 437 S. KENILWORTH AVE | | LIMA | OH | 45805 | HP | S11622 | P | VNY | 116 |
| DALHOE | HALLI J | 926 ZEPHYR HILL LANE | | EAU CLAIRE | WI | 54703 | HP | S10422 | P | VNY | 104 |
| DALING | BRIANNA R | 10695 78TH AVE. | | ALLENDALE | MI | 49401 | HP | S08022 | P | VNY | 80 |
| D'ANGELO | AMELIA R | 1859 OLES AVE | | POLAND | OH | 44514 | HP | S11722 | P | VNY | 117 |
| DANIEL | JENNIFER M | 109 FRED W. MOORE HWY | | SAINT CLAIR | MI | 48079 | LP | S22323 | P | VNY | 223 |
| DANIELS | KATHERINE L | 614 DAVIS DRIVE | | BRENTWOOD | TN | 37027 | HP | S08222 | P | VNY | 82 |
| DANIELS | TRICIA D | 1263 BAYSHORE DR | | HASLETT | MI | 48840 | HP | S09622 | P | VNY | 96 |
| DANIELS | TERESA A | 2606 E.FAIR APT 19 | | GARDEN CITY | KS | 67846 | HM | S25030 | F | VNY | 250 |
| DANIELSON | MATRACA R | 800 31ST AVE SE LOT 812 | | MINOT | ND | 58701 | HP | S02622 | P | VNY | 26 |
| DARDIO | LAUREN M | 706 W. MURPHY ST | | LIMA | OH | 45801 | HP | S11622 | P | VNY | 116 |
| DAVID | ALADRIAN C | 8285 WILLOW BEND DR APT B | | BEAUMONT | TX | 77707 | HP | S17422 | P | VNY | 174 |
| DAVIDSON-SMITH | CARRYE L | PO Box 246 | | HAWLEY | MN | 56549 | S | H26807 | F | VNI | 257 |
| DAVIS | JENNIFER L | 1101 NE 7TH AVE | | GRAND RAPIDS | MN | 55744 | HP | S03222 | P | VNY | 32 |
| DAVIS | SUMMER R | 203 S BILLINGS STREET | | RILEY | KS | 66531 | HP | S25422 | P | VNY | 254 |
| DAVIS | KIRSTEN L | 7515 E 1ST DR | | RILEY | IN | 47871 | HP | S27122 | P | VNY | 271 |
| DAY | DANIELLE M | 821 UNITY DR | | MANSFIELD | OH | 44905 | HP | S13622 | P | VNY | 136 |
| DAY | TIFFANY M | 112086 S 4770 RD | | MULDROW | OK | 74948 | HM | S21030 | F | VNY | 210 |
| DE LA ROSA | SUMMER | 618 N BISHOP | | SAN ANGELO | TX | 76901 | HP | S17322 | P | VNY | 173 |
| DEAN | CEARRA L | 3003 RIDGECLIFFE DR | | FLINT | MI | 48532 | LP | S04923 | P | VNY | 49 |
| DEARDORF | CENDRA L | 1719 Ransom Dr | | Fort Wayne | IN | 46845-1428 | LP | S10823 | P | VNY | 108 |
| DECLERCQ | GRETCHEN N | 6088 GREENWYCKE LN | | MONROE | MI | 48161 | LP | S27523 | P | VNY | 275 |
| DEGROAT | FAITH M | 204 ROOSEVELT AVE | | DETROIT LAKES | MN | 56501 | HP | S02222 | P | VNY | 22 |
| DEGROAT | MACY R | 9108 BOOMERSHINE RD. | | GERMANTOWN | OH | 45327 | HP | S11522 | P | VNY | 115 |
| DeMars | Brittany A | 702 4th St SE | | Barnesville | MN | 56514 | HP | H26605 | P | VNI | 266 |
| DENNEY | ALICIA E | 504 BARNETT DRIVE | | CEDAR FALLS | IA | 50613 | DM | H26406 | F | VNI | 264 |
| DENTINO | BRYANNA R | 77 ARBORWAY LN | | ROCHESTER | NY | 14612 | HP | S18522 | P | VNY | 185 |
| DENTZ | KATHERINE A | 6659 COUNTY ROAD 1 | | RAYLAND | OH | 43943 | HP | S10022 | P | VNY | 100 |
| DESJARLAIS | TAYLA D | 618 PIONEER CT | | MISSOULA | MT | 59801 | HP | S12622 | P | VNY | 126 |

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

Schedule E - EMPLOYEE (NOTICE ONLY)

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DETHERAGE | JAMES C | 2624 BROWN DEER TRAIL | | PLANO | TX | 75023 | DM | H26406 | F | VNI | 264 |
| DEVIGILI | TAYLOR R | 1324 PINE STREET | | PORT HURON | MI | 48060 | HP | S22322 | P | VNY | 223 |
| DEVOOGHT | CHELSEA L | 830 BONHOMME COURT | | PORT HURON | MI | 48060 | HM | S22330 | F | VNY | 223 |
| DEWALD-STOCKERT | ALEXIS J | 3751 FOXHAVEN LOOP | | BISMARCK | ND | 58503 | HP | S00422 | P | VNY | 4 |
| DEWALL | BRITTANY A | 1329 5th St NW | | WEST FARGO | ND | 58078 | S | H26807 | F | VNI | 268 |
| DEWALT | ALEXIS E | 340 CAYUSE CREEK DRIVE | | KIMBERLY | ID | 83341 | HP | S07222 | P | VNY | 72 |
| DIAZ RIVERA | LEZLY C | 4218 HILLSIDE DR | | LAFAYETTE | IN | 47909 | LP | S27223 | P | VNY | 272 |
| DIEGO | ERIKA M | 2955 W 400 N | APT 1108 | LAYTON | UT | 84041 | AF | S09425 | F | VNY | 94 |
| DIENERT | TAYLOR P | 4615 CHAMBERLAIN PL | | BISMARCK | ND | 58503 | HP | S00422 | P | VNY | 4 |
| DIETZEL-GOLDTHORPE | BROOKLYN J | 3706 MORGAN RD | | CUBA CITY | WI | 53807 | HP | S13822 | P | VNY | 138 |
| DINOVO | BRITTNEY L | 1422 S 74TH PLAZA | | OMAHA | NE | 68124 | LP | S06123 | P | VNY | 61 |
| DITTMAN | ASHLY A | 3400 EAST BAHNSON CIRCLE | | SIOUX FALLS | SD | 57103 | HM | S01130 | F | VNY | 11 |
| DIXON | TAMMY L | 5245 PHEASANT RUN DR APT4 | | SAGINAW | MI | 48638 | AF | S08425 | F | VNY | 84 |
| DIXON | BAILEY A | 1650 MOWRY SQ | APT 228 | RICHLAND | WA | 99354 | HP | S16322 | P | VNY | 163 |
| DOBBS | MARY R | 1611 CLAYDELL | | ST. PETERS | MO | 63376 | AF | S23425 | F | VNY | 234 |
| DOBMEIER | SUSAN M | 100 3 St N #102 | | MOORHEAD | MN | 56560 | HP | H26511 | P | VNI | 265 |
| DOBOSZ | BRYNNEN R | 2201 GREEN VALLEY RD | | SAINT JOSEPH | MO | 64505 | HP | S23322 | P | VNY | 233 |
| DOCKERY | DANIELLE K | 736 10 MILE RD | | CASCADE | MT | 59421 | LP | S03623 | P | VNY | 36 |
| DODD | JAZMENE L | 1540 NEW LASCASSAS HWY | APT 414 D | MURFREESBORO | TN | 37130 | LP | S08223 | P | VNY | 82 |
| DODD | SUMMER S | 1005 N 28TH ST | | VAN BUREN | AR | 72956 | LP | S21023 | P | VNY | 210 |
| DOKKEBAKKEN | JORDAN P | 310 N 9TH ST | | KERKHOVEN | MN | 56252 | LP | S01023 | P | VNY | 10 |
| DOLEZAL | BETHANY F | 501 EAST 16 STREET | | LEZINGTON | NE | 68850 | HP | S06622 | P | VNY | 66 |
| DOMINGUEZ | KYLA M | 5218 90TH | | LUBBOCK | TX | 79424 | HP | S17022 | P | VNY | 170 |
| DOMINGUEZ | COURTNEY S | 1609 N GRANT | | RUSSELL | KS | 67665 | HP | S21422 | P | VNY | 214 |
| DOMINQUEZ | KIERRA A | 5218 90TH | | LUBBOCK | TX | 79424 | HP | S17022 | P | VNY | 170 |
| DONAHUE | NICOLLE B | 411CHESTNUT ST. | | TERRE HAUTE | IN | 47809 | HP | S27122 | P | VNY | 271 |
| DONNELLY | KAMBRIA K | 3081 GREEN MEADOW DR. | APT. 5 | APPLETON | WI | 54914 | LP | S04723 | P | VNY | 47 |
| DONOHOE | JENNA M | 5625 COTTONWOOD COURT | | SHOREVIEW | MN | 55126 | LP | S02723 | P | VNY | 27 |
| DORAN | NATALIE M | 1413 Marlane Dr | | Girard | OH | 44420-1445 | HM | S11730 | F | VNY | 117 |
| DOUGHERTY | ALLISON L | 201 KIRBY STREET | | RIDGEWAY | WI | 53582 | HP | S09822 | P | VNY | 98 |
| DOUGLASS | ALEXA R | 216 N 5TH ST | | PIERCE | NE | 68767 | HP | S06822 | P | VNY | 68 |
| DOVE | AKIRRA S | 11441 FOLKSTONE DR | | FOREST PARK | OH | 45240 | HP | S12422 | P | VNY | 124 |
| DOWNER | SIMONE R | 15445 25TH ST SE | | AMENIA | ND | 58004 | S | H26305 | F | VNI | 263 |
| DOWNS | JAYLA A | 94 MICHIGAN STREET | | MOUNT CLEMENS | MI | 48043 | HP | S14522 | P | VNY | 145 |
| DREES | KIRSTEN L | 5674 83RD ST S | | GRAND FORKS | ND | 58201 | AF | S00325 | F | VNY | 3 |
| DROBNY | ALEISHA L | 14784 373 AVE | | MANSFIELD | SD | 57460 | AF | S11125 | F | VNY | 111 |
| DUBS | BRENT R | 835 17TH AVE W | | WEST FARGO | ND | 58078 | S | H26305 | F | VNI | 263 |
| DUELAND | SAMANTHA J | 22114 W CORRECTION LINE D | | HERSHEY | NE | 69143 | HP | S06922 | P | VNY | 69 |
| DUEY | NICOLE M | 932 W 24TH ST | APT 2 | KEARNEY | NE | 68845 | LP | S06623 | P | VNY | 66 |
| DUGAN | EMILY A | 6811-4 MEADE LOOP | | FT RILEY | KS | 66442 | HM | S25430 | F | VNY | 254 |
| DULEY | AMIJO M | 920 RACE STREET | | PARKERSBURG | WV | 26101 | LP | S18323 | P | VNY | 183 |
| DUNCAN | BECCA R | 553 JUNIPER ROAD | | PILOT MOUND | IA | 50223 | HP | S13322 | P | VNY | 133 |
| DUONG | KRISCINA T | 8006 BACH DR. | | INDIANAPOLIS | IN | 46239 | HP | S11222 | P | VNY | 112 |

8

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DUOSS | ABIGAIL S | 907 SUNSET DR | | MILTON | WI | 53563 | HP | S04622 | P | VNY | 46 |
| EBEL | SHARON | 348 MAPLEPOINTE BLVD | | MAPLETON | ND | 58059 | HP | H26511 | P | VNI | 265 |
| ECKDAHL | REBECCA A | 30585 OLSON ST. APT.234 | | PEQUOT LAKES | MN | 56472 | AF | S00825 | F | VNY | 8 |
| ECKHARDT | AMANDA L | 6208 COG HILL LN | | RAPID CITY | SD | 57702 | HM | S01830 | F | VNY | 18 |
| ECKWALL | RACHEL E | 328 NORTH ST. | | OTTUMWA | IA | 52501 | LP | S24422 | P | VNY | 244 |
| EDGEWORTH | ANDREA A | PO BOX 74 | | FREEPORT | OH | 43973 | HM | S10030 | F | VNY | 100 |
| EDMAN | LINDSEY A | 930 16TH STREET NE | | WILLMAR | MN | 56201 | AF | S01025 | F | VNY | 10 |
| EDMONDS | ASHLEY M | 9456 CASHEL DRIVE EAST | | PEOSTA | IA | 52068 | HP | S13822 | P | VNY | 138 |
| EGBERT | BRITTANI A | 989 W 4000 S | | PRESTON | ID | 83263 | HM | S07030 | F | VNY | 70 |
| EHLEN | HILLARY L | 654 4TH AVE N APT 300 | | FARGO | ND | 58102 | HP | H26605 | P | VNI | 266 |
| EHRET | CARLY R | 402 N LINCOLN ST | | NEW SHARON | IA | 50207 | HP | S13722 | P | VNY | 137 |
| EHRICH | BRITTANY A | 4314 A BROWN STATION RD | | COLUMBIA | MO | 65202 | HM | S23230 | F | VNY | 232 |
| EILER | ELIZABETH A | 6152 16TH ST S | | FARGO | ND | 58104 | HF | H26905 | F | VNI | 269 |
| ELLIN | RAVEN A | 436 N BARSTOW ST | | EAU CLAIRE | WI | 54703 | FR | S10422 | P | VNY | 104 |
| ELLIOTT | TONI R | 5141 PINEDALE HIGHTS | | RAPID CITY | SD | 57702 | HP | S01822 | P | VNY | 18 |
| ELLIS | ELIZABETH D | 623 WEST FIR AVE  APT 208 | | FERGUS FALLS | MN | 56537 | HM | S00730 | F | VNY | 7 |
| ELLISON | ASHLYNN M | 667 LANDOLAKES CIRCLE | | BELLEVILLE | IL | 62220 | HP | S14122 | P | VNY | 141 |
| ELSNER | NICHOLE J | 3301 HARVEST HILLS AVE | APT 313 | WILLISTON | ND | 58801 | LP | S02023 | P | VNY | 20 |
| EMMERT | TRINITY L | 5707 CLARK BLVD | | DES MOINES | IA | 50311 | HP | S24522 | P | VNY | 245 |
| ENDERS | KATIE V | 3631 MERAMEC STREET | | ST LOUIS | MO | 63116 | LP | S23523 | P | VNY | 235 |
| ENDRES | KATIE K | 1055 13TH ST NE | | WATERTOWN | SD | 57201 | HP | S02522 | P | VNY | 25 |
| ENGEL | HANNAH E | 604 BERNARD DR | | BELLEVILLE | IL | 62223 | HM | S14130 | F | VNY | 141 |
| ENGLAND | KATHERINE R | 1311 WEST MILIEU DRIVE | | BLOOMINGTON | IN | 47403 | LP | S10923 | P | VNY | 109 |
| ENNEN | CALSI R | 621 42ND ST E APT 838 | | WILLISTON | ND | 58801 | LP | S02023 | P | VNY | 20 |
| ENRIQUEZ | AMBER A | 2906 S BROWNING | | AMARILLO | TX | 79103 | LP | S17123 | P | VNY | 171 |
| ENRIQUEZ CATANO | PAMELA K | 50 GAGE ST | | PONTIAC | MI | 48342 | HP | S04922 | P | VNY | 49 |
| EPP | KELSEY E | 1601 CEDARBERRY RD | | NORTH PLATTE | NE | 69101 | HP | S06922 | P | VNY | 69 |
| ESCOBEDO | JUANITA G | 1621 5TH ST N | | FARGO | ND | 58102 | HP | S29722 | P | VNY | 297 |
| EUBANK | KIMBERLY A | P.O BOX 158 | | AIRWAY HEIGHTS | WA | 99001 | LP | S07623 | P | VNY | 76 |
| EVANS | HEATHER K | 58 Ashton Dr | | Ashville | OH | 43103-1302 | DM | H26406 | F | VNI | 264 |
| EVANS | ASHLEY N | 1260 KENILWOOD WAY | APT 1 | BOWLING GREEN | KY | 42104 | LP | S09223 | P | VNY | 92 |
| EVENSON | ALEXANDRA L | 431 EASTERN AVE | | BROOTEN | MN | 56316 | LP | S03123 | P | VNY | 31 |
| EXETER | BRITTNEY D | 1730 W QUINN TRLR 416 | | POCATELLO | ID | 83201 | LP | S07023 | P | VNY | 70 |
| FARABEE | GABRIEL M | 715 IOWA | PO BOX 57 | ENID | OK | 73738 | AF | S19025 | F | VNY | 190 |
| FARLOW | JOHNNA R | 725 11TH ST | | BUTTE | MT | 59701 | HM | S03530 | F | VNY | 35 |
| FEEBACK | KRISTEN A | 161 INDIAN PAINTBRUSH | | CASPER | WY | 82604 | HP | S12822 | P | VNY | 128 |
| FERGUSON | HOLLY S | 12 WEST 35TH ST. | | SCOTTSBLUFF | NE | 69361 | LP | S06723 | P | VNY | 67 |
| FERGUSON | KAYTLYN D | 39 CR 134 | | JONESBORO | AR | 72416 | HP | S20922 | P | VNY | 209 |
| FERREIRA | JENNA L | 15821 E 4TH AVE APT B206 | | SPOKANE VALLEY | WA | 99037 | HP | S07622 | P | VNY | 76 |
| FESER | KALEY M | 1917 N 17TH ST | | FORT DODGE | IA | 50501 | HP | S13222 | P | VNY | 132 |
| FIANCE | JESSICA L | 2316 TALLGRASS DR | | MARION | IA | 52302 | HP | S13722 | P | VNY | 137 |
| FIELD | LISA R | 720E.COURT ST.UNIT 32 | | PARIS | IL | 61944 | AF | S27125 | F | VNY | 271 |
| FIGUEROA | JESSICA L | 168 LONG ISLAND DRIVE | | TWIN FALLS | ID | 83301 | HP | S07222 | P | VNY | 72 |

9

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|
| FIGY | SAVANNAH L | 4513 MANDRAKE RD | MADISON | WI | 53704 | HP | S09822 | P | VNY | 98 |
| FINCH | AMANDA S | 2195 BITTERROOT DRIVE | TWIN FALLS | ID | 83301 | HM | S07230 | F | VNY | 72 |
| FINDLEY | MICHELLE D | 497 EAGLE RD | SAINT LIBORY | NE | 68872 | HP | S06522 | P | VNY | 65 |
| FINK | ZAVANNAH L | 2902 N 15TH ST | COEUR D' ALENE | ID | 83815 | HP | S01322 | P | VNY | 13 |
| FINLEY | RENAE D | 2820 N CHERRY ST J301 | SPOKANE VALLEY | WA | 99216 | LP | S07623 | P | VNY | 76 |
| FINLEY | KAYLA J | 1231 N SCHOOL STREET | AUBURN | KS | 66402 | HP | S25522 | P | VNY | 255 |
| FINNEY | TAYLOR N | 217 NOTTINGHAM TRL | SAN ANGELO | TX | 76901 | HP | S17322 | P | VNY | 173 |
| FITZ | SYDNEY R | 457 BONIFIELD CT. | ZANESVILLE | OH | 43701 | HP | S15222 | P | VNY | 152 |
| FLAX | KATLYN R | 125 SHAWNEE RD. APT 2 | MINOT AFB | ND | 58704 | AF | S02625 | F | VNY | 26 |
| FLOCK | SAVANNA S | 434 E FAIRMONT BLVD | RAPID CITY | SD | 57701 | LP | S01823 | P | VNY | 18 |
| FLORES | TIANA M | 1163 AMOS ST | PONTIAC | MI | 48342 | HP | S04922 | P | VNY | 49 |
| FOLKER | ASHLEY A | 9500 W. CONCORDIA AVE. | MILWAUKEE | WI | 53222 | HP | S20722 | P | VNY | 207 |
| FOLKER | TAMI E | 9500 W CONCORDIA AVE | MILWAUKEE | WI | 53222 | LP | S20723 | P | VNY | 207 |
| FONTENOT | KATELYN N | 2565 25TH AVE | MARION | IA | 52302 | HP | S13722 | P | VNY | 137 |
| FORD | MARY R | 431 GARDEN DR | JOHNSON CITY | TN | 37604 | HP | S08122 | P | VNY | 81 |
| FORD | EMMA G | 3909 W ROANOKE ST | BROKEN ARROW | OK | 74011 | LP | S19923 | P | VNY | 199 |
| FORD | KARA A | 314 W STRAWN AVE | JONESBORO | AR | 72401 | HM | S20930 | F | VNY | 209 |
| FORT | JACOB M | 13088 MEREDITH DRIVE | BAXTER | MN | 56425 | HP | S00822 | P | VNY | 8 |
| FORT | CLAIRE E | 472 S HOOK CT | PUEBLO WEST | CO | 81007 | LP | S16523 | P | VNY | 165 |
| FOSS | VICTORIA L | 815 6TH AVE NE | BRAINERD | MN | 56401 | HM | S00830 | F | VNY | 8 |
| FOSTER | MAKAYLA M | 24391 CT RD 53 | KERSEY | CO | 80644 | LP | S16623 | P | VNY | 166 |
| FOUCE | MIKALLA J | 1150 S CLARIZZ BLVD | BLOOMINGTON | IN | 47401 | HP | S10922 | P | VNY | 109 |
| FOUST | DANIELLE M | 415 WOODLAKE DR | GREENSBORO | NC | 27406 | HP | S21722 | P | VNY | 217 |
| FOX | JESSIE L | 609 E COLUMBUS ST | MARTINSVILLE | IN | 46151 | LP | S10923 | P | VNY | 109 |
| FRANCIS | JULIE L | 1667 SORGHUM RIDGE ROAD | WHEELING | WV | 26003 | HP | S10022 | P | VNY | 100 |
| FRANKE | AMBER D | 1211 SOUTH MCHENRY ST | INDEPENDENCE | MO | 64057 | HM | S05430 | F | VNY | 54 |
| FRANKLIN | JENNY L | 906 RUMLEY RUN | DE FOREST | WI | 53532 | DM | H26406 | F | VNI | 264 |
| FREDERICK | BROOKE K | 3112 AVE. H | KEARNEY | NE | 68847 | HP | S06622 | P | VNY | 66 |
| FREDRICKSON | JACLYN R | 927 E 8TH ST | DULUTH | MN | 55805 | AF | S00225 | F | VNY | 2 |
| FREEMAN | KATHERINE E | 251 S GERSAM AVE | HAMILTON | OH | 45013 | HP | S12422 | P | VNY | 124 |
| FREIBERG | ANNA M | 9031 KIMBALL AVE NW | ANNANDALE | MN | 55302 | LP | S02723 | P | VNY | 27 |
| FRENCH | JAMES A | 3172 N HONEYSUCKLE DR | COEUR D' ALENE | ID | 83815 | HP | S01322 | P | VNY | 13 |
| FREY | KRISTIN L | 217 MINER | WINSIDE | NE | 68790 | HP | S06822 | P | VNY | 68 |
| FRIEZ | COLLETTE R | 2220 WEST MAIN #105 | BOZEMAN | MT | 59718 | HM | S01630 | F | VNY | 16 |
| FRY | MARGARET T | 2780 BEACH ROAD APT 10 | PORT HURON | MI | 48060 | HP | S22322 | P | VNY | 223 |
| FRYMAN | ANGEL S | 706 SW FRONT | WALNUT RIDGE | AR | 72476 | HP | S20922 | P | VNY | 209 |
| FULLER | SHELBY M | 670 WEST MARKET STREET | SPRINGBORO | OH | 45066 | LP | S11523 | P | VNY | 115 |
| FULLER | MADISON M | 111 CHAPMAN DR | ASHEVILLE | NC | 28805 | HP | S21822 | P | VNY | 218 |
| FUNKE | BAILEY A | 4679 CALISTOGA LANE | MISSOULA | MT | 59808 | HP | S12622 | P | VNY | 126 |
| FUQUA | LINDSEY N | 11826 COLEMAN POBOX 461 | CARLSBAD | TX | 76934 | LP | S17323 | P | VNY | 173 |
| FURNISS | MATTIE M | 2166 TASMAN AVE | IDAHO FALLS | ID | 83404 | LP | S07123 | P | VNY | 71 |
| FURR | ALYSSA D | 116 ASHLEY LN | KING | NC | 27021 | HP | S21922 | P | VNY | 219 |
| GADBERRY | AUTUMN M | 759 S FORT AVE | SPRINGFIELD | MO | 65806 | HP | S23022 | P | VNY | 230 |

10

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GAGE | NICHOLE L | 3008 S. 121ST E. AVE | | TULSA | OK | 74129 | LP | S19923 | P | VNY | 199 |
| GALLEGOS | KAREN J | 304 N 12TH ST #2 | | NORFOLK | NE | 68701 | HM | S06830 | F | VNY | 68 |
| GARCIA | DESERAE V | 2004 N. WHEELER APT 3F | | GRAND ISLAND | NE | 68801 | HP | S06522 | P | VNY | 65 |
| GARCIA | TAMIKA L | 3400 CODY AVE | | EVANS | CO | 80620 | HP | S16622 | P | VNY | 166 |
| GARCIA | DANIELLE C | 1305 BERTHA | | SAN ANGELO | TX | 76904 | HP | S17322 | P | VNY | 173 |
| GARCIA | KELLY L | 2802 SOUTHRIDGE DR | | SACHSE | TX | 75048 | HP | S17722 | P | VNY | 177 |
| GARDNER | FAITH D | 4917 THISTLE DR. | APT 407 | TYLER | TX | 75703 | LP | S17823 | P | VNY | 178 |
| GARDUNO | KRISTEN N | 4751 EAGLERIDGE CIR | 208 | PUEBLO | CO | 81008 | LP | S16423 | P | VNY | 164 |
| GASKELL KIRSCHENHEIT | TATUM R | 1960 MULLAN TRAIL | | MISSOULA | MT | 59808 | HP | S12622 | P | VNY | 126 |
| GATHERIDGE | NATASHA M | 4234 9TH AVE CIRCLE S | #34 | FARGO | ND | 58103 | LP | S00523 | P | VNY | 5 |
| GAULRAPP | KELSEY A | 1518 S DAKOTA ST | | ABERDEEN | SD | 57401 | HP | S11122 | P | VNY | 111 |
| GAUTHIER | CHANTELLE M | 38952 ARLINGDALE | | STERLING HEIGHT | MI | 48310 | AF | S14525 | F | VNY | 145 |
| GAVORCIK | HEIDI M | 49300 HARRISVILLE CEM RD | | CADIZ | OH | 43907 | AF | S10025 | F | VNY | 100 |
| GERGEN | GILLIAN E | 2679 DAKOTA AVE | | JANESVILLE | IA | 50647 | HP | S13022 | P | VNY | 130 |
| GERTKEN | KALEY E | 216 PLEASANT RIDGE DR | | SAUK RAPIDS | MN | 56379 | HP | S02722 | P | VNY | 27 |
| GERVING | REANNA D | 401 WEST ASH AVENUE | | FRAZEE | MN | 56544 | HP | S02222 | P | VNY | 22 |
| GESSLER | LAUREN E | 2777 47TH ST S #115 | | FARGO | ND | 58104 | S | H26807 | F | VNI | 268 |
| GIACAZ | CHEZIRAE B | 110C WESTVIEW COMMONS BLD | | ROCHESTER | NY | 14626 | LP | S18523 | P | VNY | 185 |
| GIBSON | ADDISYN H | 5615 TOPEKA DR | | PASCO | WA | 99301 | LP | S16323 | P | VNY | 163 |
| GIDEON | ALLY J | 4248 R57 HWY | | NORWALK | IA | 50211 | HP | S07322 | P | VNY | 73 |
| GIESEY | MICHAELA M | 1613 NASH ST | | GARLAND | TX | 75042 | HP | S17722 | P | VNY | 177 |
| GILBERT-DIXON | DESIRAE S | 546 JAMES ST | | TURTLE CREEK | PA | 15145 | AF | S18125 | F | VNY | 181 |
| GILES | SYDNEY R | 4899 WEST OLD US 40 | | WEST TERRE HAUT | IN | 47885 | HP | S27122 | P | VNY | 271 |
| GILL | MARY C | 1709 LAFAYETTE AVE | | TERRE HAUTE | IN | 47804 | HP | S27122 | P | VNY | 271 |
| GILLUND | BRIANA L | 112 9TH AVE | | ENDERLIN | ND | 58027 | HF | H26807 | F | VNI | 268 |
| GIROUX | BRITANA R | 1325 27TH ST SE LOT 606 | | MINOT | ND | 58701 | LP | S02623 | P | VNY | 26 |
| GLAZE | ANGELENA M | 3414 APPALOOSA DRIVE | | NORTH PLATTE | NE | 69101 | HP | S06922 | P | VNY | 69 |
| GODE | JENNIFER S | 715 6TH STREET | PO BOX 23 | HAWLEY | MN | 56549 | S | H26708 | F | VNI | 267 |
| GOGGINS | CHRISTINA A | 2419 S 93RD ST | | WEST ALLIS | WI | 53227 | HM | S04830 | F | VNY | 48 |
| GOINS | COURTNEY M | 972HOLDERNESS LANE | | CINCINNATI | OH | 45240 | HP | S12422 | P | VNY | 124 |
| GOLDEN | VICTORIA D | 4321 MCCULLOCH ST | | DULUTH | MN | 55804 | HP | S00222 | P | VNY | 2 |
| GONZALES | MIRANDA G | 8217 AVE U | APT 7108 | LUBBOCK | TX | 79423 | HP | S17022 | P | VNY | 170 |
| GONZALES | TALENA I | 4600 PALUXY DR. | APT 2032 | TYLER | TX | 75703 | HP | S17822 | P | VNY | 178 |
| GONZALES MUNOZ | NORMA | 790 SCOTTWOOD ST | | PONTIAC | MI | 48340 | HP | S08422 | P | VNY | 84 |
| GONZALEZ-ARAUJO | ROCIO | 40 NORTHWOOD DR. | | FORT SMITH | AR | 72904 | LP | S21023 | P | VNY | 210 |
| GOODRICH | DENEEN M | 8 CHAUTARD CT | | PUEBLO | CO | 81005 | HP | S16522 | P | VNY | 165 |
| GORDE | MARK A | 663 WYNDEMERE DRIVE | | WEST FARGO | ND | 58078 | S | H26305 | F | VNI | 263 |
| GORDON | MALEIGHA R | 383 TAYLOR RD | | MANSFIELD | OH | 44903 | AF | S13625 | F | VNY | 136 |
| GOUKER | NICOLE O | 126 BROADWAY ST | | SOUTH HEART | ND | 58655 | LP | S01923 | P | VNY | 19 |
| GRACEY | HALLE J | 2019 SWAN DR | | NORWALK | IA | 50211 | HP | S07322 | P | VNY | 73 |
| GRAF | NICOLE R | 1621 E ROELAND AVE | Unit 8 | APPLETON | WI | 54915 | LP | S04723 | P | VNY | 47 |
| GRAHAM | SHANIA R | 5018 N SMITH ST | | SPOKANE | WA | 99217 | HP | S07522 | P | VNY | 75 |
| GRAHAM | MCKENZIE R | 1900 BARRET ST | | BURLINGTON | IA | 52601 | HP | S13922 | P | VNY | 139 |

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GRANT | ASHLI M | 814 42ND ST E | #207 | WILLISTON | ND | 58801 | LP | S02023 | P | VNY | 20 |
| GRANT | LINDSEY M | 2525 32ND ST S | | FARGO | ND | 58103 | HF | S29722 | F | VNY | 297 |
| GRAVEEN | RACHEL R | 813 LEWIS PL | | ST CLOUD | MN | 56301 | HP | S02722 | P | VNY | 27 |
| GRAY | LAUREN E | 4675 N BAYMID COUNTY LINE | | MIDLAND | MI | 48642 | HP | S27722 | P | VNY | 277 |
| GREEN | CHRISTINA L | 990 W COUNTRY CLUB RD | | CANYON | TX | 79015 | HP | S17122 | P | VNY | 171 |
| GREEN | STACY M | 1082 UTZ LN | | HAZELWOOD | MO | 63042 | HM | S23430 | F | VNY | 234 |
| GREGERSON | ERICKA C | 3009 E 20TH STREET | | SIOUX FALLS | SD | 57103 | HP | S01122 | P | VNY | 11 |
| GRIFFIN | KLAIRE B | 9895 CHERRY ST | | LUMBERTON | TX | 77657 | HP | S17422 | P | VNY | 174 |
| GRIMES | MAKAYLA B | 906 W WATAUGA AVE | APT 314 | JOHNSON CITY | TN | 37604 | LP | S08123 | P | VNY | 81 |
| GRINSTEAD | CARLY J | 1001 65TH ST NW | | MINOT | ND | 58703 | HP | S02622 | P | VNY | 26 |
| GROSKOPF | ELIZABETH E | 2810 AVENUE F | | SCOTTSBLUFF | NE | 69361 | HP | S06722 | P | VNY | 67 |
| GROTH | ABIGAIL M | 5208 S SWEETBRIAR CIRCLE | | SIOUX FALLS | SD | 57108 | HP | S01122 | P | VNY | 11 |
| GUMM | JACQUELINE L | 3901 EAST HAVERILL | | ST JOSEPH | MO | 64506 | AF | S23325 | F | VNY | 233 |
| GUNN | ALLYSON N | 156 GIBSON AVE | | MANSFIELD | OH | 44907 | LP | S13623 | P | VNY | 136 |
| GUSTAFSON | PHOEBE E | 724 JAQUE LANE | | BILLINGS | MT | 59105 | HP | S01522 | P | VNY | 15 |
| GUSTAFSON | DARIEN M | 16118 COTTONWOOD ST | | OMAHA | NE | 68136 | LP | S22123 | P | VNY | 221 |
| GUTHRIE | LISA N | 343 HILLGATE | | LAYTON | UT | 84041 | HM | S09430 | F | VNY | 94 |
| GUTIERREZ MARTINEZ | JESSIE M | 7988 GLADYS #5 | | BEAUMONT | TX | 77706 | AF | S17425 | F | VNY | 174 |
| GUZMAN | SABRINA A | 309 N CLINTON B | | LUBBOCK | TX | 79416 | HP | S17022 | P | VNY | 170 |
| HAANEN | REBECCA L | 712 BLUFF ST | | GRACEVILLE | MN | 56240 | HP | H26205 | P | VNI | 262 |
| HACKER | ANDREA L | 2102 1/2 W 39TH ST #2 | | KEARNEY | NE | 68845 | HM | S06630 | F | VNY | 66 |
| HACKETT | LINDSAY N | 3703 E. GOLDSTONE DR | | IDAHO FALLS | ID | 83401 | HM | S07130 | F | VNY | 71 |
| HAGEN | SYDNEY J | 2406 COOLDIGE AVE | | BISMARCK | ND | 58501 | HP | S00422 | P | VNY | 4 |
| HAGFORS | KAYLA A | 16853 170TH ST S | | BARNESVILLE | MN | 56514 | S | H26205 | F | VNI | 262 |
| HAHN | JANET | 745 14TH AVE W | | WEST FARGO | ND | 58078 | HF | H26205 | F | VNI | 262 |
| HALE | JONATHAN A | 2156 SHENANDOAH DR | | GRAND JUNCTION | CO | 81507 | LP | S16723 | P | VNY | 167 |
| HALL | STEPHANIE J | 1039 GRAND AVE UNIT A | | GRAND JUNCTION | CO | 81501 | HP | S16722 | P | VNY | 167 |
| HALOWELL | TAYLOR D | 185 ROCHE WAY | | BOARDMAN | OH | 44512 | HP | S11722 | P | VNY | 117 |
| HALVORSEN | ASHLYN M | 1502 S. ELLIS APT. 59 | | WEBB CITY | MO | 64870 | HP | S23622 | P | VNY | 236 |
| HAMMERSCHMIDT | AMY S | 1710 SUNSET TRAIL APT A | | HAYS | KS | 67601 | HM | S21430 | F | VNY | 214 |
| HAMPTON | VALERIE M | 1124 N 5TH ST | | MANKATO | MN | 56001 | HP | S01222 | P | VNY | 12 |
| HAMPTON | DOMINIQUE N | 17149 DALWORTH ST | | MACOMB | MI | 48044 | HP | S14522 | P | VNY | 145 |
| HANCHETT | DARCY A | 201 AVE E | | BILLINGS | MT | 59101 | LP | S01523 | P | VNY | 15 |
| HANEK | MEGAN J | 18779 EVEREST PATH | | FARMINGTON | MN | 55024 | HP | S21322 | P | VNY | 213 |
| HANNINEN | MERCEDES A | 904 N 5TH ST | | MANKATO | MN | 56001 | HP | S01222 | P | VNY | 12 |
| HANSEN | LACIE F | 3501 10TH ST S | | FARGO | ND | 58104 | S | H26807 | F | VNI | 268 |
| HANSEN | EMILY R | 14171 KRYPTON ST NW | | RAMSEY | MN | 55303 | AF | S21225 | F | VNY | 212 |
| HANSHAW | MEGAN D | 2602 SHUMWAY ST | | CASPER | WY | 82601 | LP | S12823 | P | VNY | 128 |
| HARDEN | CHEYANNE M | 4319 WILLIAM AVE | | CELINA | OH | 45822 | LP | S11023 | P | VNY | 110 |
| HARDING | EMILY E | 2444 WILLOW BROOK DR | | ASBURY | IA | 52002 | LP | S13823 | P | VNY | 138 |
| HARGRAVE | CHARLEY J | 1725 KENT DRIVE | | WEBB CITY | MO | 64870 | HP | S23622 | P | VNY | 236 |
| HAROUFF | OLIVIA J | 84 MASON STREET | APT 16 | MORGANTOWN | WV | 26505 | HP | S18422 | P | VNY | 184 |
| HARPER | JENNIFER L | 167 SUMMIT AVE | | LORETTO | MN | 55357 | HM | S02730 | F | VNY | 27 |

12

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

### Schedule E - EMPLOYEE (NOTICE ONLY)

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HARPER | TAELOR S | 1630 TOWNE DRIVE | APT 1H | COLUMBIA | MO | 65202 | LP | S23223 | P | VNY | 232 |
| HARRELL | TAYLOR M | 2001 ROCKCREEK DRIVE | | BOWLING GREEN | KY | 42101 | AF | S09225 | F | VNY | 92 |
| HARRIGER | KYLEIGH J | 1727 UNIVERSITY DRIVE CR | APT. 5 | KEARNEY | NE | 68845 | AF | S06625 | F | VNY | 66 |
| HARRINGTON | REESE E | 501 S PROSPERITY | | JOPLIN | MO | 64801 | HP | S23622 | P | VNY | 236 |
| HARRIS | CHATEAU R | 1823 SPENCER ST. | | OMAHA | NE | 68110 | LP | S06123 | P | VNY | 61 |
| HARRIS | MEGAN A | 7950 MASSEY AVE | G12 | MENTOR | OH | 44060 | LP | S09023 | P | VNY | 90 |
| HARRIS | FELICIA L | 705 E. BEACON STREET | | PEORIA | IL | 61603 | LP | S20323 | P | VNY | 203 |
| HARRIS | MCKENYA C | 4006 MASSEY WOOD TRL | | RALEIGH | NC | 27616 | HP | S21922 | P | VNY | 219 |
| HART | DANIELLE | 53754 859 RD | | PLAINVIEW | NE | 68769 | LP | S06823 | P | VNY | 68 |
| HARTILL | SHAYLA J | 1227 MAPLE STREET | | NAMPA | ID | 83686 | HP | S07422 | P | VNY | 74 |
| HASENYAGER | HAILEY N | 4370 S FRUITHILL PL | | BOISE | ID | 83709 | HP | S07422 | P | VNY | 74 |
| HATTON | EMILY S | 305 LAUREL AVE | | HAMILTON | OH | 45015 | LP | S12423 | P | VNY | 124 |
| HAVENER | CASSANDRA D | 2429 JOHNNYCAKE HILL RD | | HAMILTON | NY | 13346 | HP | S18522 | P | VNY | 185 |
| HAVIG | MAURA R | 3267 5th Ave N | | Moorhead | MN | 56560 | HF | H26605 | F | VNI | 266 |
| HAWKINS | LA'MARRIA W | 689 W VINE ST | | MONDOVI | WI | 54755 | HP | S10422 | P | VNY | 104 |
| HAYES | MAKAYLLA C | 1805 TIFFANY DR | | IDAHO FALLS | ID | 83404 | HP | S07122 | P | VNY | 71 |
| HEATH | JACQUELINE N | 2808 JACOBS PLACE | APT 1E | COLUMBIA | MO | 65201 | LP | S23223 | P | VNY | 232 |
| HEATON | COURTNEY M | 1604 ARMY POST RD | | DES MOINES | IA | 50315 | AF | S07325 | F | VNY | 73 |
| HEATON | COURTNEY M | 1604 ARMY POST RD | | DES MOINES | IA | 50315 | AF | S24525 | F | VNY | 245 |
| HECKENLAIBLE | KACEY S | 435 E CENTENNIAL ST | | RAPID CITY | SD | 57701 | HP | S01822 | P | VNY | 18 |
| HEDGES | ANDREW P | 1240 S Birch St Apt 311 | | Denver | CO | 80246-7825 | DM | H26406 | F | VNI | 264 |
| HEHR | CHELSEA R | 629 EL TORA CV S | | FARGO | ND | 58103 | HF | S29722 | F | VNY | 297 |
| HEIKENS | RHIANNAN J | 1220 FIRST AVE GMU #550 | | CEDAR RAPIDS | IA | 50325 | AF | S13725 | F | VNY | 137 |
| HEIKKINEN | CASSANDRA M | 161 LITTLE BASIN CREEK RD | PO BOX 3293 | BUTTE | MT | 59701 | HP | S03522 | P | VNY | 35 |
| HEIMBACH | BAILEE A | 1144 CASE CT | | BOX ELDER | SD | 57719 | LP | S01823 | P | VNY | 18 |
| HEINECKE | OLIVIA L | 8231 COLUMBUS ROAD | | FOWLER | IL | 62338 | HP | S14722 | P | VNY | 147 |
| HELMICK | DANIELLE B | 1294 BLUEFIELD AVE | | ELIZABETHTON | TN | 37643 | HP | S08122 | P | VNY | 81 |
| HELSEL | ALICIA E | 2354 CANTER LN | # E | GREEN BAY | WI | 54304 | LP | S10623 | P | VNY | 106 |
| HENDERSHOT | LINDSEY M | 4727 ARBOR CROSSING | APT 302 | ALEXANDRIA | MN | 56308 | HP | S03122 | P | VNY | 31 |
| HENKEL | LARKIN A | 924 NORTH 5TH STREET | | COEUR D'ALENE | ID | 83814 | AF | S07625 | F | VNY | 76 |
| HENTRICH | BROOKE L | 4253 CHIPPEWA TR. | | JAMESTOWN | OH | 45335 | HP | S11422 | P | VNY | 114 |
| HERNANDEZ | KORI B | 918 N MADISON | | SAN ANGELO | TX | 76901 | HM | S17330 | F | VNY | 173 |
| HERNANDEZ | SAMANTHA F | 525 E THORNTON AVE | APT #2 | HEMET | CA | 92543 | FR | S29722 | P | VNY | 297 |
| HERNANDEZ BOURGEOIS | RAQUEL | 2001 WEST 13TH STREET | | NORTH PLATTE | NE | 69101 | HP | S06922 | P | VNY | 69 |
| HERNANDEZ PEDRAZA | CLAUDIA P | 1017 1ST STREET | | GIBBON | NE | 68840 | HP | S06622 | P | VNY | 66 |
| HERRERA | ALEXANDRIA H | 3431 GRINNELL | APT B | LUBBOCK | TX | 79415 | HP | S17022 | P | VNY | 170 |
| HEYBOER | CAITLYNN R | 2226 OLDE FARM DR | | JENISON | MI | 49486 | HP | S08022 | P | VNY | 80 |
| HIBLER | AGAPE T | 9162 E LATIMER PL | | TULSA | OK | 74115 | HP | S19922 | P | VNY | 199 |
| HICKMAN | MADISON R | 1503 WINDSWEPT DR | | GREENWOOD | IN | 46143 | HP | S11222 | P | VNY | 112 |
| HILES | KERA M | 1184 LUCAS RD | | MANSFIELD | OH | 44905 | HP | S13622 | P | VNY | 136 |
| HILL | FAITH M | 1710 S 12TH AVE | | OZARK | MO | 65721 | HP | S23022 | P | VNY | 230 |
| HILSENKOPF | ERIN N | 1714 N SUMMER HILLS CT | | POSTFALLS | ID | 83854 | AF | S01325 | F | VNY | 13 |
| HILSINGER | KIARRA M | 2349 CO ROAD 9 | | LYONS | NE | 68038 | HP | S02822 | P | VNY | 28 |

13

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HILTON | KATIE | 1420 EASTGATEWAY CIRCLE | #104 | FARGO | ND | 58103 | S | H25907 | F | VNI | 259 |
| HINRICKSON | MISTI E | 11488 STATE HWY 141 | | MAPLETON | IA | 51034 | HM | S02830 | F | VNY | 28 |
| HINSON | TAYLOR M | 1118 S. 11TH ST | ` | TERRE HAUTE | IN | 47803 | LP | S27123 | P | VNY | 271 |
| HIRAI | NATASHA M | 7608 ESTEVAN DR | | PASCO | WA | 99301 | LP | S16323 | P | VNY | 163 |
| HO | DIEM T | 723 COUNTRYSIDE CT | | FARGO | ND | 58103 | WF | H26511 | F | VNI | 265 |
| HOABY NELSON | BRIANA M | 1052 3RD ST N | | CASSELTON | ND | 58012 | HF | H26605 | F | VNI | 266 |
| HOCKETT | ASHLEY D | 3030 W 4TH E 202 | | KENNWICK | WA | 99336 | AF | S16325 | F | VNY | 163 |
| HOERNER | KATELYN R | 1142 15TH AVE W | | DICKINSON | ND | 58601 | HP | S01922 | P | VNY | 19 |
| HOFFMAN | CHRISTINE N | 516 VIVIAN ST. | P.O. BOX 133 | SEVERANCE | CO | 80546 | AF | S16625 | F | VNY | 166 |
| HOFFMAN | KAGEN M | 2425 E 11TH ST | | JOPLIN | MO | 64801 | HP | S23622 | P | VNY | 236 |
| HOFFMANN | ALISSA S | 55140 851 RD | | PIERCE | NE | 68767 | LP | S06823 | P | VNY | 68 |
| HOIUM | HANNA E | 16348 455TH AVE | | WATERTOWN | SD | 57201 | LP | S02523 | P | VNY | 25 |
| HOLDEN | CHRISTINE M | 4242 9th Ave Cir S Apt #15 | | FARGO | ND | 58103 | WF | H26511 | F | VNI | 265 |
| HOLLIDAY | ANNIKKI | 1905 MILLER ST | APT 26 | LA CROSSE | WI | 54601 | LP | S10523 | P | VNY | 105 |
| HOLMQUIST | JERI E | 111 MAIN ST WEST | PO BOX 144 | EAGLE BEND | MN | 56446 | AF | S03125 | F | VNY | 31 |
| HOLT | CASSIDY L | 3100 McCann Rd Apt 3104 | | Longview | TX | 75605-7836 | HM | S17930 | F | VNY | 179 |
| HOLTHAUS | KATYA M | 20390 SANDUSKY ROAD | | TONGANOXIE | KS | 66086 | HP | S25522 | P | VNY | 255 |
| HOLTHE | KIMBERLEY L | 2706 17TH ST S | | MOORHEAD | MN | 56560 | WF | H26511 | F | VNI | 265 |
| HOLZRICHTER | REBECCA A | 203 SAFFORD STREET | | OSAGE CITY | KS | 66523 | HP | S25522 | P | VNY | 255 |
| HOPKINS | KAREN M | 112 WEST NINTH STREET | | NEWPORT | KY | 41071 | HP | S14822 | P | VNY | 148 |
| HOPPES | EMILY C | 1805 E 32nd | | SCOTTSBLUFF | NE | 69361 | AF | S06725 | F | VNY | 67 |
| HORNER | DAWN A | 2804 A HWY 69 S | | LUMBERTON | TX | 77657 | LP | S17423 | P | VNY | 174 |
| HORNER | ALYSSA C | 916 CANE CREEK RD | | FLETCHER | NC | 28732 | HP | S21822 | P | VNY | 218 |
| HORST | SABRINA A | 6598 HWY 49 | | GLEN ULLIN | ND | 58631 | HF | H26905 | F | VNI | 269 |
| HRON | PAMELA R | 4948 47T ST S APT 204 | | FARGO | ND | 58104 | AF | S00525 | F | VNY | 5 |
| HUBANKS | MARI L | 258 GEORGE ST | | SHARON | WI | 53585 | LP | S04723 | P | VNY | 47 |
| HUBBS | AMANDA N | 610 19TH AVE NE | | ABERDEEN | SD | 57401 | HM | S11130 | F | VNY | 111 |
| HUERTA | PAMELA E | 914 PINEWOOD LANE | | SEABROOK | TX | 77586 | S | H00105 | F | VNI | 1 |
| HUETHER | JODI A | 1622 BROADWAY | | FARGO | ND | 58102 | HP | S00522 | P | VNY | 5 |
| HUMMEL | AMANDA N | 930 SIMS AVE | | SAINT PAUL | MN | 55106 | HP | S22622 | P | VNY | 226 |
| HUMPHREY | TAYLER K | 4020 N ELGIN | | SPOKANE | WA | 99205 | LP | S07523 | P | VNY | 75 |
| HUMPHREY | MADISON M | 1279 W PRAIRIE RD | | MIDLAND | MI | 48640 | HP | S27722 | P | VNY | 277 |
| HUNGATE | ALYSSA A | 978 E DUPLER RD. | | SANDY | UT | 84094 | LP | S12223 | P | VNY | 122 |
| HUNSAKER | AMBER R | 514 PACIFIC AVE | | THOMPSON | ND | 58278 | HP | S02622 | P | VNY | 26 |
| HUSTON | TESSA R | 250 HELLGATE DRIVE | | MISSOULA | MT | 59802 | LP | S12623 | P | VNY | 126 |
| HUTCHINS | ALLYSON E | 114 GETTYSBURG DRIVE | | HODGENVILLE | KY | 42748 | HP | S09222 | P | VNY | 92 |
| HUTCHINSON | JESSE B | 6750 WALTERS RD | | CLARKSTON | MI | 48346 | HP | S04922 | P | VNY | 49 |
| HUTTLE | KATHERINE C | 2274 EAST COUNTY ROAD E | | WHITE BEAR LAKE | MN | 55110 | LP | S22623 | P | VNY | 226 |
| IKOLA | SAMANTHA M | 709 NE 1ST STREET | APT A104 | DEER RIVER | MN | 56636 | HP | S03222 | P | VNY | 32 |
| INMAN | LAURA E | 2012 PINE VALLEY LN | | JONESBORO | AR | 72404 | HP | S20922 | P | VNY | 209 |
| ISABELL | AMANDA G | 2442 5TH AVENUE | | SCOTTSBLUFF | NE | 69361 | HP | S06722 | P | VNY | 67 |
| ISBELL | BRITTANY C | 4265 NORTHWEST POINT DR | | HOUSE SPRINGS | MO | 63051 | HP | S23522 | P | VNY | 235 |
| IVEY | TAMEIKA S | 4300 HEWITT STREET | APT H | GREENSBORO | NC | 27407 | HM | S21730 | F | VNY | 217 |

14

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JACKSON | SAMANTHA C | 3008 WRIGHT AVE | | NORTH PLATTE | NE | 69101 | LP | S06923 | P | VNY | 69 |
| JACKSON | FAITH E | 695 EAST IRBY | | BEAUMONT | TX | 77705 | HP | S17422 | P | VNY | 174 |
| JACOBS | SHAWNTERIA D | 1056 E 15TH ST | | WINSTON SALEM | NC | 27105 | LP | S21923 | P | VNY | 219 |
| JACOBSEN | HANNAH M | 6225 E AIRLINE HWY | | DUNKERTON | IA | 50626 | HP | S13022 | P | VNY | 130 |
| JACOBSEN | BLADE A | 2303 WHITEGATE DR 1D | | COLUMBIA | MO | 65202 | AF | S23225 | F | VNY | 232 |
| JAEGER | LAURYN E | 2152 WEST CALLE COLOMBO | | COLUMBUS | NE | 68601 | HP | S06022 | P | VNY | 60 |
| JAMES | ELIZABETH A | 2102 SHERMAN CREEK ROAD | | EAU CLAIRE | WI | 54703 | HM | S10430 | F | VNY | 104 |
| JAMES | CASSANDRA J | 519 N JOPLIN AVE | | JOPLIN | MO | 64801 | HP | S23622 | P | VNY | 236 |
| JANDA | MCKENZIE R | 930 S 6TH ST | | DE PERE | WI | 54115 | HP | S10622 | P | VNY | 106 |
| JAY | ALEXIS L | 821 WABASH AVE. | | OTTUMWA | IA | 52501 | HP | S24422 | P | VNY | 244 |
| JEFFERY-RUGGLESS | ANDRIA J | 2126 S. SELKIRK DR | | GREEN ACRES | WA | 99016 | HP | S07622 | P | VNY | 76 |
| JENNINGS | KAYLYNN | 314 N. 16TH ST. | | FORT DODGE | IA | 50501 | HM | S13230 | F | VNY | 132 |
| JENSEN | EMILY N | 1107 WILD PLUM DRIVE | | ST CHARLES | MO | 63303 | HP | S23422 | P | VNY | 234 |
| JENSEN | SAMANTHA E | 12601 STONERIDGE LN. | APT 104 | SOUTH ROCKWOOD | MI | 48179 | LP | S27523 | P | VNY | 275 |
| JEPSEN | BRITTANY L | 1601 W 1ST | | NORTH PLATTE | NE | 69101 | HM | S06930 | F | VNY | 69 |
| JETT | ALLYSE M | 806 INDIANA AVE | | MENDOTA | IL | 61342 | LP | S14023 | P | VNY | 140 |
| JEWISON | STEFANIE M | 1517 REED DR | | FARGO | ND | 58102 | HF | S29730 | F | VNY | 297 |
| JIMENEZ | LILY C | 3225 11TH AVE S #5 | | GREAT FALLS | MT | 59405 | HP | S03622 | P | VNY | 36 |
| JIMENEZ | ALYSSA D | 10135 W SCEPTER CIR | | FRANKLIN | WI | 53132 | HP | S04822 | P | VNY | 48 |
| JIMENEZ | BRITTANY N | 6208 6TH STREET | | LUBBOCK | TX | 79416 | LP | S17023 | P | VNY | 170 |
| JOHANSSON | CARLEY | 12 LAI CHRISTINE CT | | ST. CHARLES | MO | 63301 | HP | S23422 | P | VNY | 234 |
| JOHNSON | ASHLEY K | 203 Apple Lane | | FARGO | ND | 58104 | DM | H26406 | F | VNI | 264 |
| JOHNSON | JESSICA R | 1708 55TH AVE N | | MOORHEAD | MN | 56560 | HF | H26905 | F | VNI | 269 |
| JOHNSON | REBECCA P | 45661 265TH ST | | HUMBOLDT | SD | 57035 | HP | S01122 | P | VNY | 11 |
| JOHNSON | MEGAN E | 8215 N. TWIN LAKES ROAD | | NORTH PLATTE | NE | 69101 | HP | S06922 | P | VNY | 69 |
| JOHNSON | ALEXANDRA E | 5074 BONNIE VALE CT | | EAU CLAIRE | WI | 54701 | LP | S10423 | P | VNY | 104 |
| JOHNSON | REBEKAH L | 1111 N LOCUST | | MUNCIE | IN | 47303 | AF | S11025 | F | VNY | 110 |
| JOHNSON | MIA C | 1108 CHRISTI CR | | BEAVERCREEK | OH | 45434 | HM | S11430 | F | VNY | 114 |
| JOHNSON | ELLIE M | 27409 BUCKLAND HOLDEN RD | | WAYNESFIELD | OH | 45896 | LP | S11623 | P | VNY | 116 |
| JOHNSON | JENNIFER R | 226 REED STREET | | WATERLOO | IA | 50703 | LP | S13023 | P | VNY | 130 |
| JOHNSON | D'MYA F | 690 PALM ST | | BEAUMONT | TX | 77705 | HP | S17422 | P | VNY | 174 |
| JOHNSON | SAMANTHA D | 6900 STONE HILL RD | | LIVONIA | NY | 14487 | HM | S18530 | F | VNY | 185 |
| JOHNSON | MICKELA R | 7236 SW WOODCROFT | | TOPEKA | KS | 66619 | LP | S25523 | P | VNY | 255 |
| JOHNSON | JENNA L | 1631 BELSLY BLVD APT 306 | | MOORHEAD | MN | 56560 | HP | S29722 | P | VNY | 297 |
| JONES | NICHOLE L | 2908 1ST ST SE | | MINOT | ND | 58701 | HP | S02622 | P | VNY | 26 |
| JONES | CAROLYN M | 833 N 24TH ST | | MILWAUKEE | WI | 53233 | HP | S04822 | P | VNY | 48 |
| JONES | MADISON D | 15204 E 14TH AVE | | VERADALE | WA | 99037 | HP | S07622 | P | VNY | 76 |
| JONES | BRIANNE L | 1418 LEO ST | | SAGINAW | MI | 48638 | HP | S08422 | P | VNY | 84 |
| JONES | SAVANNAH J | 2935 STONEMILL COURT | | BEAVERCREEK | OH | 45430 | LP | S11423 | P | VNY | 114 |
| JONES | RAYLA K | 19757 COUNTY ROAD 4118 | | LINDALE | TX | 75771 | HP | S17822 | P | VNY | 178 |
| JONES | DENISE M | 216 S CHEYENNE | | HENNESSEY | OK | 73742 | HP | S19022 | P | VNY | 190 |
| JONES | SARA C | 2702 MONTERY ST | | SAINT JOSEPH | MO | 64507 | LP | S23323 | P | VNY | 233 |
| JONES | BRITTANY A | 3538 5TH ST W APT 204 | | WEST FARGO | ND | 58078 | HP | S29722 | P | VNY | 297 |

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

## Schedule E - EMPLOYEE (NOTICE ONLY)

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JORDAN | ALEESHA K | 212 RIDGE STREET | | NEWTOWN | IN | 47969 | AF | S27225 | F | VNY | 272 |
| JULIAN | CELESTE G | 21 DARTMOUTH DR | | CANFIELD | OH | 44406 | HP | S11722 | P | VNY | 117 |
| JURGENS | ABBY L | 101 ALLEN ST | | BAYARD | IA | 50029 | LP | S07323 | P | VNY | 73 |
| KACHERIAN | AMBER M | 1156 N 400 W | | LOGAN | UT | 84341 | HP | S08822 | P | VNY | 88 |
| KALLHOFF | KASIE M | 3250 40TH AVE S | UNIT E | FARGO | ND | 58104 | HF | S29722 | F | VNY | 297 |
| KANARICK-GODINEZ | IVEY G | 1251 HAMMOND LN | APT 11 | ALLIANCE | NE | 69301 | LP | S06723 | P | VNY | 67 |
| KANE | ALEXANDRIA J | 556 FAITH DR | | LAKE St LOUIS | MO | 63367 | HM | S23530 | F | VNY | 235 |
| KANNENBERG | KATHERINE A | W7776 CHELEN RIDGE | | VAN DYNE | WI | 54979 | LP | S04423 | P | VNY | 44 |
| KANYUH | KRISTEN E | 221 VERA ELIZABETH LN | | JACKSONVILLE | NC | 28540 | HM | S04730 | F | VNY | 47 |
| KAPPEL | AMANDA L | 8065 HACKBERRY DRIVE | | MENTOR | OH | 44060 | HP | S09022 | P | VNY | 90 |
| KARN | LAURIE M | 1405 E BROADWAY J206 | | MISSOULA | MT | 59802 | HP | S12622 | P | VNY | 126 |
| KAROLCZAK | ANNA M | 3180A S 30TH ST | | MILWAUKEE | WI | 53215 | AF | S04825 | F | VNY | 48 |
| KEETER | EMILY S | 9631 FLINT DR | | SANDY | UT | 84094 | LP | S12223 | F | VNY | 122 |
| KEHRER | KATELYNN J | 15120 E. 24TH AVE | | SPOKANE VALLEY | WA | 99037 | HP | S07622 | P | VNY | 76 |
| KELLER | MICHELLE A | 1301 SW 18TH ST | | WILLMAR | MN | 56201 | LP | S01023 | P | VNY | 10 |
| KELLER | MARISSA E | 5021 215TH STREET | | DEEP RIVER | IA | 52222 | LP | S13323 | P | VNY | 133 |
| KELLY | CECILIA A | 817 E MINNESOTA ST | #301 | RAPID CITY | SD | 57701 | LP | S01823 | P | VNY | 18 |
| KELLY | ELIZABETH A | 18917 446TH AVE | | HAYTI | SD | 57241 | HP | S02522 | P | VNY | 25 |
| KELLY | MAIA T | 1865 LINCREST DR | | CINCINNATI | OH | 45240 | HM | S12430 | F | VNY | 124 |
| KENNEDY | JAIVIN P | 725 WALNUT STREET | | CROOKSVILLE | OH | 43731 | HP | S15222 | P | VNY | 152 |
| KERBS | KATRINA N | 10107 E 8TH | APT 30 | SPOKANE VALLEY | WA | 99206 | HP | S07622 | P | VNY | 76 |
| KEUNING | KATIE M | 7006 48TH AVE | | HUDSONVILLE | MI | 49426 | LP | S08023 | P | VNY | 80 |
| KIDD | MEGAN | 78 E 100 S | | RICHMOND | UT | 84333 | LP | S08823 | P | VNY | 88 |
| KIEFER | ALEXIS P | 335 2ND AVE SE | 335 2ND AVE SE | PLAINVIEW | MN | 55964 | LP | S22023 | P | VNY | 220 |
| KIES | CLARICE M | 37782 253AVE | | LA MOTTE | IA | 52054 | LP | S13823 | P | VNY | 138 |
| KIM | HARIM | 1310 KIRKLAND DR | | MIDLAND | MI | 48640 | HP | S27722 | P | VNY | 277 |
| KING | CAITLYN M | 412 E MULBERRY ST | | HENNEPIN | IL | 61327 | HP | S14022 | P | VNY | 140 |
| KINNARNEY | BRITTNEY M | 11383 GLASGOW ROAD | | SMITHS GROVE | KY | 42171 | LP | S09223 | P | VNY | 92 |
| KIRCHNER | SHAELYN F | 901 S ELM | | LENNOX | SD | 57039 | HP | S01122 | P | VNY | 11 |
| KIST | PATRISHA J | 8343 LYNESS DR | | CINCINNATI | OH | 45239 | HP | S12422 | P | VNY | 124 |
| KISTHART | SARAH E | 100 HAPNER HALL | | BOZEMAN | MT | 59715 | HP | S01622 | P | VNY | 16 |
| KITTEN | DANYELLE L | 1328 4TH ST NW | | WEST FARGO | ND | 58078 | HF | H26406 | F | VNI | 264 |
| KLONGLAN | CHANDY N | 445 HIGHWAY 175 | | ELLSWORTH | IA | 50075 | HM | S13330 | F | VNY | 133 |
| KNUTSON | BAILEY L | 1060 2ND ST E APT91 | | WEST FARGO | ND | 58078 | HP | S00522 | P | VNY | 5 |
| KNUTSON | KRISTIN R | 5212 EAST 18TH STREET | | SIOUX FALLS | SD | 57110 | HP | S01122 | P | VNY | 11 |
| KOKESCH | DAKOTA L | 1721 NOKOMIS ST | APT #2 | ALEXANDRIA | MN | 56308 | LP | S03123 | P | VNY | 31 |
| KORENUK | JENESSA A | 2244 HAYDEN AVE | | ALTOONA | WI | 54720 | HP | S10422 | P | VNY | 104 |
| KOVAC | KALEIGH N | 219 E END ST | | ALMA | MI | 48801 | HP | S08422 | P | VNY | 84 |
| KOVALENKO | GABRIELLE G | 955 SHADY GROVE CHURCH RD | | WINSTON SALEM | NC | 27107 | HP | S21922 | P | VNY | 219 |
| KOVATCH | MEGAN A | 1436 PINE GROVE AVE. #2 | | PORT HURON | MI | 48060 | AF | S22325 | F | VNY | 223 |
| KRAFT | JULIE A | 2103 FOLWELL DR SW | | ROCHESTER | MN | 55902 | HP | S22022 | P | VNY | 220 |
| KRAKOW | LAUREN E | 823 S MCCOY DR | | PUEBLO | CO | 81007 | AF | S16525 | F | VNY | 165 |
| KRANTZ | KASEY M | 1409 5TH ST SW APT 103A | | WILLMAR | MN | 56201 | HM | S01030 | F | VNY | 10 |

16

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KRAUS | SAVANNAH J | 5508 SOUTHFIELD DR | APT L | ST LOUIS | MO | 63129 | HP | S23522 | P | VNY | 235 |
| KRIEG | AMBER E | 3826 ST.CATHERINE ROAD | | BELLEVUE | IA | 52031 | FR | S13822 | P | VNY | 138 |
| KRIKAVA | RUSALYN M | 24TH AVE S APT213 | | GRANDFORKS | ND | 58201 | LP | S00323 | P | VNY | 3 |
| KRINKE | HEATHER N | 403 LAKE ST | | ALEXANDRIA | MN | 56308 | HM | S03130 | F | VNY | 31 |
| KROGSENG | KIRSTIN R | 126 5TH ST NE | | DILWORTH | MN | 56529 | HP | H26205 | P | VNI | 262 |
| KRUGER | BAYLEE A | 12065 20TH ST SE | | CLARA CITY | MN | 56222 | HP | S01022 | P | VNY | 10 |
| KRUSE | KAYLA L | 1700 SOUTH KATIE AVE  #302 | | SIOUX FALLS | SD | 57106 | AF | S01125 | F | VNY | 11 |
| KUBIAN | KIRSTEN M | 250 EXCELSIOR AVE N | | ANNANDALE | MN | 55302 | AF | S02725 | F | VNY | 27 |
| KUFAHL | LEIA N | E10041 331ST AVE | | EAU CLAIRE | WI | 54703 | LP | S10423 | P | VNY | 104 |
| KULKARNI | JUHI K | 3834 W 7TH STREET | | JOPLIN | MO | 64801 | HP | S23622 | P | VNY | 236 |
| KUNKLE | CANDICE M | 2130 N MAIN STREET | APT 2206 | ELKHORN | NE | 68022 | HP | S22122 | P | VNY | 221 |
| KUSINA | BEKEZELA T | 100 MINGES CREEK PL | APT C208 | BATTLE CREEK | MI | 49015 | HP | S09622 | P | VNY | 96 |
| KVALHEIM | KAYLA R | 47943 OAKRIDGE PLACE | | HARRISBURG | SD | 57032 | LP | S01123 | P | VNY | 11 |
| KYTE | MAKAYLA N | 6191 Kraft Ave SE | | Grand Rapids | MI | 49512-9396 | LP | S08023 | P | VNY | 80 |
| LABAR | JULIANN M | 143 E ONTARIO ST | | ROGERS CITY | MI | 49779 | HP | S27722 | P | VNY | 277 |
| LAFONTAIN | KRISTIN L | 939 38 1/2 AVE W | | WEST FARGO | ND | 58078 | HF | H26205 | F | VNI | 262 |
| LALEMAND | LYDIA C | 1202 VERDE VISTA CIR | | ASHEVILLE | NC | 28805 | HP | S21822 | P | VNY | 218 |
| LAMB | TIFFANIE | 3740 S. ARIZONA TRAIL | | JANESVILLE | WI | 53546 | HM | S04630 | F | VNY | 46 |
| LAMPHIER | ADRIANNA M | 7319 ATMORE DRIVE | | INDIANAPOLIS | IN | 46217 | HP | S10922 | P | VNY | 109 |
| LARRABEE | MATTHEW J | 5692 E. 121ST PLACE | | BRIGHTON | CO | 80602 | HM | S16630 | F | VNY | 166 |
| LARSEN | BRANDEE D | 428 N 2400 E | | SAINT ANTHONY | ID | 83445 | HP | S07122 | P | VNY | 71 |
| LARSON | AMANDA B | 5660 33RD AVE S #314 | | FARGO | ND | 58104 | S | H26708 | F | VNI | 267 |
| LARSON | JAICEE D | 15080 S. ROSE CANYON ROAD | | HERRIMAN | UT | 84096 | HP | S08822 | P | VNY | 88 |
| LAVENZ | MADISON A | 419 2ND ST | | STOUT | IA | 50673 | HP | S13122 | P | VNY | 131 |
| LAVEY | CHRISTA M | 601 5TH ST E | | HORACE | ND | 58047 | S | H26807 | F | VNI | 268 |
| LAWRENCE | ASHLIN R | 4217 CLEVELAND | | DAYTON | OH | 45410 | LP | S11523 | P | VNY | 115 |
| LAWSON | KIMBERLY A | 2560 PLYMOUTH RD. | | JOHNSON CITY | TN | 37601 | HP | S08122 | P | VNY | 81 |
| LAWSON | KAMREN E | 306 WEST H STREET | | ELIZABETHTON | TN | 37643 | HM | S08130 | F | VNY | 81 |
| LAWSON | RILEY R | 40305 PALLAZO | | CLINTON TWP | MI | 48038 | HP | S14522 | P | VNY | 145 |
| LE | ANH DAO T | 1510 BAY WOOD DR | | WEST FARGO | ND | 58078 | WF | H26511 | F | VNI | 265 |
| LE | SUONG T | 919 COUNTRYSIDE TRL CT S | | FARGO | ND | 58103 | WF | H26511 | F | VNI | 265 |
| LE | KAMRI E | 2330 AIRPORT ROAD | | BARTONVILLE | IL | 61607 | HP | S20322 | P | VNY | 203 |
| LECLAIRE | TANAE Z | 501 S WHEATLAND AVE #106 | | SIOUX FALLS | SD | 57106 | HP | S01122 | P | VNY | 11 |
| LEDBETTER | HANNAH D | 6802 N CEDAR | | SPOKANE | WA | 99208 | HP | S07522 | P | VNY | 75 |
| LEDELL | DAKISHA A | 201 HOLT AVE | APT K | GREENSBORO | NC | 27405 | LP | S21723 | P | VNY | 217 |
| LEE | TEDDIE A | 12613 80TH ST SE | | STIRUM | ND | 58069 | HP | S00522 | P | VNY | 5 |
| LEE | BROOKE E | 7367 DORAN LANE | | LIMA | NY | 14485 | LP | S18523 | P | VNY | 185 |
| LEMKE | JORDAN M | 4807 HIGHCREST RD | | ROCKFORD | IL | 61107 | LP | S14323 | P | VNY | 143 |
| LEMON | TIFFANY A | 5827 SKYLINE DR | | CAMBRIDGE | OH | 43725 | LP | S15223 | P | VNY | 152 |
| LENZ | TINA M | 324 HIGHWAY 57 | | QUINCY | IL | 62305 | HM | S14730 | F | VNY | 147 |
| LESTER | ISABEL K | 449 HAYES ST | | LAVON | TX | 75166 | LP | S17723 | P | VNY | 177 |
| LEUTHE | RAE M | 134 CHALFONT ST | | PITTSBURGH | PA | 15120 | HM | S18130 | F | VNY | 181 |
| LEVERETTE | BETHANY J | 907 E DALKE | | SPOKANE | WA | 99208 | HP | S07522 | P | VNY | 75 |

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LEWELLYN | KENDRA L | 304 15TH ST S | | MOORHEAD | MN | 56560 | HF | H26605 | F | VNI | 266 |
| LEWIS | CODY B | 2804 GRAY ST | | JOHNSON CITY | TN | 37604 | AF | S08125 | F | VNY | 81 |
| LEWIS | AMANDA J | 948 NORTHERN WAY UNIT 8 | | GRAND JUNCTION | CO | 81506 | LP | S16723 | P | VNY | 167 |
| LEWIS | OLIVIA J | 6613 E 11TH STREET NORTH | | WICHITA | KS | 67206 | HP | S25522 | P | VNY | 255 |
| LEWIS | SARAH J | 3474 ELMS RD | | SWARTZ CREEK | MI | 48473 | HM | S27630 | F | VNY | 276 |
| LEY | MADELINE L | 1320 STATE ST | | LA CROSSE | WI | 54601 | HP | S10522 | P | VNY | 105 |
| LIBBEY | MARISSA A | 2404 OLIVE ST-APT 1 | | CEDAR FALLS | IA | 50613 | AF | S22625 | F | VNY | 226 |
| LIEN | MAKAYSA L | 3215 PIONEER DRIVE | | RAPIDCITY | SD | 57703 | HP | S01822 | P | VNY | 18 |
| LIGGONS | KENYA M | 1141 STILLWOOD DR | | CLARKSVILLE | TN | 37042 | HP | S08322 | P | VNY | 83 |
| LIKES | TARYN L | 1400 23RD STREET | HARRISON HALL | GREELEY | CO | 80631 | LP | S16623 | P | VNY | 166 |
| LILLIE | VANESSA A | 2285 MESA ST | | IDAHO FALLS | ID | 83401 | HP | S07122 | P | VNY | 71 |
| LILLY | DESTINY K | 74087  325TH  ST | | RACINE | MN | 55967 | AF | S22025 | F | VNY | 220 |
| LINDER | BRINA I | 601 LAURA LN | | HOLCOMB | KS | 67851 | HP | S25022 | P | VNY | 250 |
| LINDSEY | LATOSHIA L | 9481 GRAND BLANC RD | | GAINES | MI | 48436 | LP | S27623 | P | VNY | 276 |
| LINDSY | JEANNA R | 304 W DENTON | | SALLISAW | OK | 74955 | HP | S21022 | P | VNY | 210 |
| LLOYD | HEATHER L | 4805 N CEDAR ST | | SPOKANE | WA | 99205 | AF | S07525 | F | VNY | 75 |
| LLOYD | HANNAH B | 289 COAL CHUTE RD | | ELIZABETHTON | TN | 37643 | LP | S08123 | P | VNY | 81 |
| LOBERG | KATHERINE W | 2867 19TH AVE S | | GRAND FORKS | ND | 58201 | HM | S00330 | F | VNY | 3 |
| LOEWEN | RACHEL A | 40662 SKUNK HILL RD. | | PELICAN RAPIDS | MN | 56572 | LP | S00723 | P | VNY | 7 |
| LOGAN | JADEN L | 2825 S. MAPLE ST | | SIOUX CITY | IA | 51106 | FR | S02822 | P | VNY | 28 |
| LOGAN | BRIANNA J | 204 WEST TERRELL ST | | GREENSBORO | NC | 27406 | LP | S21723 | P | VNY | 217 |
| LONG | HOPE G | 1010 RESERVATION RD | LOT H 10 | HAYS | KS | 67601 | LP | S21423 | P | VNY | 214 |
| LOPEZ | JAZMINE M | 1514 NORTH 4500 WEST | | WEST POINT | UT | 84015 | LP | S09423 | P | VNY | 94 |
| LOPEZ | MARITZA | 17525 CANARY RD | | PHILLIPSBURG | MO | 65722 | HP | S23022 | P | VNY | 230 |
| LOPEZ | MARISA T | 2606 ABBOTT ST | APT D3 | MIDLAND | MI | 48642 | LP | S27723 | P | VNY | 277 |
| LOPEZ-ORTIZ | LUZ C | 17730 EXIRA AVE | | FARMINGTON | MN | 55024 | HP | S21322 | P | VNY | 213 |
| LOPRESTI | PAISLEY J | 5100 SOUTH RANGE LINE RD | | JOPLIN | MO | 64804 | HM | S23630 | F | VNY | 236 |
| LOUIS | TNISHA R | 640 CAMPION CT | | EVANSVILLE | WI | 53536 | HP | S04622 | P | VNY | 46 |
| LOVELAND | CAITLYN A | 195 GERKE AVE | | MANSFIELD | OH | 44903 | LP | S13623 | P | VNY | 136 |
| LOVELL | TIFFANIE D | 23698 SLICK RD | | BRISTOW | OK | 74010 | HP | S19922 | P | VNY | 199 |
| LOWERY | TASHA A | 602 53RD ST E | ATP 208 | WILLISTON | ND | 58801 | HP | S02022 | P | VNY | 20 |
| LOZOYA | SILVIA V | 1618 MARION RD SE#132 | | ROCHESTER | MN | 55904 | HP | S22022 | P | VNY | 220 |
| LUGO | SABRINA A | 401 S 43RD W AVE | | TULSA | OK | 74127 | LP | S19923 | P | VNY | 199 |
| LUNDER | AJA D | PO BOX 254 | | ULEN | MN | 56585 | S | H26708 | F | VNI | 267 |
| LUNSKI | JEFF V | 3014 7 1/2 AVE NW | | FARGO | ND | 58102 | WF | H26510 | F | VNI | 265 |
| LUSTER | TYESHA L | 4279 HARBOUR TOWNE APT 5 | | SAGINAW | MI | 48603 | LP | S08423 | P | VNY | 84 |
| LYNCH | KATHLEEN M | 2021 3RD ST | | PERU | IL | 61354 | LP | S14023 | P | VNY | 140 |
| LYNCH | REBECCA M | 104 E MADISON AVE | | CASEY | IL | 62420 | LP | S27123 | P | VNY | 271 |
| MAAG | JHADACI D | 1723 EDMOND ST | | ST JOSEPH | MO | 64501 | HP | S23322 | P | VNY | 233 |
| MACKBEE | BLAKE C | 109 NE 7TH ST | | GRAND RAPIDS | MN | 55744 | HP | S03222 | P | VNY | 32 |
| MADSEN | JUSTINE L | 21575 673RD AVE | | DARWIN | MN | 55324 | HP | S01022 | P | VNY | 10 |
| MAHAS | LACEY M | 1450 N WASHINGTON BLVD | TRLR 6 | OGDEN | UT | 84404 | LP | S07823 | P | VNY | 78 |
| MAHER | SARAH M | 1695 PADDOCK RD | | COLORADO SPRING | CO | 80930 | HP | S16422 | P | VNY | 164 |

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MAHNKE | CHRISTINA R | 415 SCOTT AVE | | GILBY | ND | 58235 | HP | S00722 | P | VNY | 7 |
| MAHONEY | SHANNON E | 25297 LAKE RD | | ST CLOUD | MN | 56301 | FR | S02722 | P | VNY | 27 |
| MAINS | LIZABETH E | 518 HARRISON AVE. | | HARRISON | OH | 45030 | HP | S12422 | P | VNY | 124 |
| MALONE | KATLYN M | 204 HOMEWOOD DR. | | MURFREESBORO | TN | 37127 | HP | S08222 | P | VNY | 82 |
| MALONE | LORI A | 3300 E LAKE PARK CROSSIN | #108 | APPLETON | WI | 54915 | HM | S10630 | F | VNY | 106 |
| MALONEY | LAUREN B | 113 BRENTWOOD DRIVE | | PARKERSBURG | WV | 26104 | HP | S18322 | P | VNY | 183 |
| MANN | MADELAINE D | 6644 E WEBSTER RD | | LEXINGTON | IN | 47138 | HP | S11022 | P | VNY | 110 |
| MANTERNACH | RYLEA D | 1200 ALPINE ROAD | | MARION | IA | 52302 | LP | S13723 | P | VNY | 137 |
| MARCHETTI | LISA M | 1202 19TH ST S | | VIRGINIA | MN | 55792 | HP | S04222 | P | VNY | 42 |
| MARGHEIM | BILLIE C | PO BOX 1026 | | FAIRPLAY | CO | 80440 | HP | S16622 | P | VNY | 166 |
| MARIN | LATRISHA R | 810 2ND AVE NW | | AUSTIN | MN | 55912 | HM | S22030 | F | VNY | 220 |
| MARKEL | LISA | 2812 E ROSSER AVE #6 | | BISMARCK | ND | 58501 | LP | S00423 | P | VNY | 4 |
| MARLING | LEANDRA R | 70090 MAIN STREET | | ST.CLAIRSVILLE | OH | 43950 | LP | S10023 | P | VNY | 100 |
| MARRS | ASHLEY A | 2229 GRANITE CT | | JOHNSON CITY | TN | 37604 | LP | S08123 | P | VNY | 81 |
| MARSH | JESSICA S | 2638 WILDWOOD CT | | LAKE ORION | MI | 48360 | FR | S04922 | P | VNY | 49 |
| MARSHALL | SEABREANNA L | PO BOX 2257 | | NORTH PLATTE | NE | 69103 | LP | S06923 | P | VNY | 69 |
| MARTENS | NICOLE A | 812 36ND ST N | | FARGO | ND | 58102 | HP | S00522 | P | VNY | 5 |
| MARTIN | CHELCIE M | 15879 N MEYER RD #8 | | RATHDRUM | ID | 83858 | HP | S01322 | P | VNY | 13 |
| MARTIN | SHANA A | 826 E 14TH ST | | CASPER | WY | 82601 | LP | S12823 | P | VNY | 128 |
| MARTIN | FELICIA E | 1110 S STARR AVE | | BURLINGTON | IA | 52601 | HM | S13930 | F | VNY | 139 |
| MARTIN | TINIA N | 1619 RESTHAVEN RD | | PEORIA | IL | 61615 | AF | S20325 | F | VNY | 203 |
| MARTIN | SHERADIN M | 1607 HEATHER RIDGE | | JONESBORO | AR | 72401 | HP | S20922 | P | VNY | 209 |
| MARTINEZ | BRIANNA S | 621 TINY TOWN RD | | CLARKSVILLE | TN | 37042 | LP | S08023 | P | VNY | 83 |
| MARTINEZ | ELIZA N | 940 W COLLEGE DRIVE | APT 405 | CHEYENNE | WY | 82007 | HP | S12922 | P | VNY | 129 |
| MARTINEZ | ALEXIS N | 1510 GARZA LN | | LITTLE ELM | TX | 75068 | HP | S17922 | P | VNY | 179 |
| MARTINEZ SANCHEZ | TERESA | 213S 17TH ST | | ENID | OK | 73701 | HP | S19022 | P | VNY | 190 |
| MARTWIG | SYDNIE P | 4021 W 4TH ST | | DULUTH | MN | 55807 | HP | S00222 | P | VNY | 2 |
| MATA | SIERRA L | 3146 MCCLURE AVE | | FLINT | MI | 48506 | LP | S27623 | P | VNY | 276 |
| MATHER | MADISON N | 5600 HIGHVIEW DRIVE | | ZANESVILLE | OH | 43701 | HP | S15222 | P | VNY | 152 |
| MATHEW | OLIVIA M | 709 CHISHOLM TRAIL | | LAFAYETTE | IN | 47909 | HP | S27222 | P | VNY | 272 |
| MATHEWS | ASHLEY R | 188 WEST 2ND SOUTH | | RIGBY | ID | 83442 | AF | S07125 | F | VNY | 71 |
| MATHISEN | SHARLENE L | 2702 10TH S N | | FARGO | ND | 58102 | AF | S00525 | F | VNY | 5 |
| MATHISON | TAMMY J | 2868 WICKLOW ST | | DULUTH | MN | 55806 | HM | S00230 | F | VNY | 2 |
| MATNEY | ISABELLA J | 4514 TEEPEE RD | | CARPENTER | WY | 82054 | HP | S12922 | P | VNY | 129 |
| MATTI | CARLA M | 1301 20TH ST S | | GREAT FALLS | MT | 59405 | HP | S03622 | P | VNY | 36 |
| MAURER | LEANNE N | 3234 PARKHILL DR | | BILLINGS | MT | 59102 | HM | S01530 | F | VNY | 15 |
| MAY | MARIAH E | 7525 W CANAL DR | | KENNEWICK | WA | 99336 | HM | S16330 | F | VNY | 163 |
| MC ANDREW | HOLLY M | 15 ST LAWRENCE DR | | ST PETERS | MO | 63376 | HP | S23422 | P | VNY | 234 |
| MC LEOD | KARISSA L | 6665 S OSAGE AVE | | HASTINGS | NE | 68901 | LP | S06523 | P | VNY | 65 |
| MCABEE | KARA J | 1104 NW CANTERBURY RD | | BLUE SPRINGS | MO | 64015 | HP | S05422 | P | VNY | 54 |
| MCCANN | BRIANNA A | 8650 N STONE FARM RD | | EDGERTON | WI | 53534 | HP | S04622 | P | VNY | 46 |
| MCCANN | KRISTA A | 762 VASSAR DRIVE | | SALINA | KS | 67401 | AF | S25125 | F | VNY | 251 |
| MCCARTHY | HAILEY M | 5017 ELIZABETH AVE | | CHUBBUCK | ID | 83202 | LP | S07023 | P | VNY | 70 |

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MCCLURE | KELSEY D | 15700 E 46TH ST S | | INDEPENDENCE | MO | 64055 | LP | S05423 | P | VNY | 54 |
| MCCORMICK | MACKENZIE B | 6158 MARTENS WAY S | | FARGO | ND | 58104 | FR | S00522 | P | VNY | 5 |
| MCCOY SPELL | JESSICA I | 1693 WEST LUCAS DRIVE | | BEAUMONT | TX | 77706 | HM | S17430 | F | VNY | 174 |
| MCCOY-BRIDGES | TAYLOR D | 752 FULTON PLACE | APT 1A | GREENSBORO | NC | 27401 | HP | S21722 | P | VNY | 217 |
| MCCREERY | MACKENZIE R | 220 JOHN ST | APT 3101 | ROCHESTER | NY | 14623 | LP | S18523 | P | VNY | 185 |
| MCCULLOUGH | CAREY M | 2907 PRAIRIE RD. | | ROCKFORD | IL | 61102 | AF | S14325 | F | VNY | 143 |
| MCDONALD | JENNY A | 715 SOUTH 12TH | PO BOX 6512 | BOZEMAN | MT | 59715 | LP | S01623 | P | VNY | 16 |
| MCGARY | SHAYNA R | 40241 DUNN RD | | FLUSHING | OH | 43977 | LP | S10023 | P | VNY | 100 |
| MCGAUGHY | IMANEY L | 611 3RD ST NW | APT 201 | MINOT | ND | 58703 | HP | S02622 | P | VNY | 26 |
| MCGEE | KIERANDA L | 1357 CHESTNUT STREET | | DRESDEN | OH | 43821 | HP | S15222 | P | VNY | 152 |
| MCGRATH | SHANE L | 4875 43RD ST S | | FARGO | ND | 58104 | HF | H26305 | F | VNI | 263 |
| MCGRATH | SYDNEY N | 6200 MONROVIA DR | | WATERFORD | MI | 48329 | HP | S04922 | P | VNY | 49 |
| MCGRATH | GWYNNDALEN A | 518 CHERRY HILL DR APT B | | MIAMISBURG | OH | 45342 | HP | S11522 | P | VNY | 115 |
| MCGRIFF | SHAWNA | 139 NORTH JAMESON AVE | APT 1 | LIMA | OH | 45804 | HP | S11622 | P | VNY | 116 |
| MCKEE | ALYSSA A | 1972 OLD HOMESTEAD DR | | ROCHESTER HILLS | MI | 48306 | HP | S04922 | P | VNY | 49 |
| MCLOUGHLIN | AMY | 611 3RD ST SE | | BEMIDJI | MN | 56601 | HM | S00930 | F | VNY | 9 |
| MCMAHAN | MELISSA D | 1309 14TH AVE NW | APT C | MINOT | ND | 58703 | HP | S02622 | P | VNY | 26 |
| MCMURRY | BRANDI L | 320 E. LEE ST | | SEYMOUR | IA | 52590 | LP | S07323 | P | VNY | 73 |
| MCPHEE | BAILEY F | 217 5TH AVE. NW | | BYRON | MN | 55920 | HP | S22022 | P | VNY | 220 |
| MCPHERSON | MEGAN E | 6244 SHARP RD | | SWARTZ CREEK | MI | 48473 | HP | S27622 | P | VNY | 276 |
| MEADOWS | KAITLYN M | 55 NORTH RHONDA | | FALMOUTH | KY | 41040 | HP | S14822 | P | VNY | 148 |
| MECHAM | JILL M | 2075 S 2000 W | | SYRACUSE | UT | 84075 | HP | S09422 | P | VNY | 94 |
| MEDDLING | LAMARION D | 1017 TOM HAILEY BLVD | | LA VERGNE | TN | 37086 | HM | S08230 | F | VNY | 82 |
| MEDEL | ALEJANDRA | 425W WOODBURY | | OGDEN | UT | 84404 | LP | S07823 | P | VNY | 78 |
| MEDINA | TAIRY | 504 NORTH ELM ST APT 306 | | GRAND ISLAND | NE | 68801 | HP | S06522 | P | VNY | 65 |
| MEDINA | ELENA A | 1006 VAN BUREN | | SAGINAW | MI | 48602 | HP | S08422 | P | VNY | 84 |
| MEDINA | ARACELLY D | 10630 3RD AV NW | | ORONOCO | MN | 55960 | LP | S22023 | P | VNY | 220 |
| MEEK | JESSICA M | 1281 WHITETAIL DR | | FAIRBORN | OH | 45324 | HM | S11530 | F | VNY | 115 |
| MEISTER | TRISTINA K | 5036 NICOLLET AVE | | MINNEAPOLIS | MN | 55419 | AF | S21325 | F | VNY | 213 |
| MELSON | REBECCA L | 1638 LARK RD | | JOPLIN | MO | 64804 | HP | S23622 | P | VNY | 236 |
| MENDOZA | EMILIA | 610 GRANDRIDGE RD | APT E7 | GRANDVIEW | WA | 98930 | LP | S16323 | P | VNY | 163 |
| MENYWEATHER | DANEJA T | 6300 HOLDREGE ST | | LINCOLN | NE | 68505 | HP | S06022 | P | VNY | 60 |
| MERRILL | HALEY M | 400 13TH ST | | ONAWA | IA | 51040 | HP | S02822 | P | VNY | 28 |
| MESA | SABRINA M | 620 REED ST | APT 5 | MANKATO | MN | 56001 | AF | S01225 | F | VNY | 12 |
| METCALFE | MAKENZIE T | 510 HIGHLAND DRIVE | | WAUKOMIS | OK | 73773 | HP | S19022 | P | VNY | 190 |
| METTLING | ROCKIE M | 2012 GEORGE WASHINGTON WY | | RICHLAND | WA | 99354 | HP | S16322 | P | VNY | 163 |
| MEYER | SAVANAH J | 8120 OLD HWY 2 | | STANLEY | ND | 58784 | HP | S02022 | P | VNY | 20 |
| MEYER | DEANNA N | 225 W WESTPLAINS ROAD | | GRETNA | NE | 68028 | HM | S06130 | F | VNY | 61 |
| MEYER | HALEY L | 32701 MILLVILLE RD | | COLESBURG | IA | 52035 | LP | S13823 | P | VNY | 138 |
| MEYERS | MACKENZIE N | 1406 WEST NORMAL ST. | APT. B | SPRINGFIELD | MO | 65807 | LP | S23023 | P | VNY | 230 |
| MICCO | HAYLEE N | 127 CARBON MICCO RD | | EDINBURG | PA | 16116 | HP | S11722 | P | VNY | 117 |
| MICHELS | MONTANNA L | 47440 COUNTY RD 13 | | ST PETER | MN | 56082 | HP | S01222 | P | VNY | 12 |
| MICHELS | AVERY E | 1845 AVOCA STREET | 1686 MARJORIE CIRCLE | DUBUQUE | IA | 52001 | HP | S13822 | P | VNY | 138 |

20

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MICKAN | KALYNNE J | 29609 OLIVE | | MAYWOOD | MO | 63454 | AF | S14725 | F | VNY | 147 |
| MICKELSON | ALYSSA M | 3726 80TH AVE N | | BROOKLYN PARK | MN | 55443 | HP | S00922 | P | VNY | 9 |
| MICKELSON | BROOKE M | 3480 LEES CIRCLE | | GARFIELD | MN | 56322 | LP | S03123 | P | VNY | 31 |
| MIGLIORE | MAKENZIE L | 1584 E BOBWHITE LN | | POST FALLS | ID | 83854 | HP | S07622 | P | VNY | 76 |
| MILLER | BLAIR S | 2508 AMBER VALLEY CT S | | FARGO | ND | 58104 | S | H26305 | F | VNI | 263 |
| MILLER | NICOLE S | 4506 10TH AVE | | KEARNEY | NE | 68845 | DM | H26406 | F | VNI | 264 |
| MILLER | KAYLA L | 2619 GOLDENROD LANE | | BOZEMAN | MT | 59718 | HP | S01622 | P | VNY | 16 |
| MILLER | JASMINE R | 310 8TH AVE. S. | | ST CLOUD | MN | 56301 | HP | S02722 | P | VNY | 27 |
| MILLER | KIMBERLEY A | 20477 WENDIGO PARK ROAD | | GRAND RAPIDS | MN | 55744 | HP | S03222 | P | VNY | 32 |
| MILLER | JENNETTE N | 3400 HILL AVE APT 703 | | BUTTE | MT | 59701 | HP | S03522 | P | VNY | 35 |
| MILLER | CATHERINE B | 1420 A BROWNING | | BUTTE | MT | 59701 | AF | S03525 | F | VNY | 35 |
| MILLER | TANYA J | 902 1/2 S 6TH AVE | | VIRGINIA | MN | 55792 | LP | S04223 | P | VNY | 42 |
| MILLER | ANASTASIA M | 11 SOUTH ELM | | NORTH PLATTE | NE | 69101 | HP | S06922 | P | VNY | 69 |
| MILLER | CHEYENNE M | 998 14TH AVE SW | | BYRON CENTER | MI | 49315 | HP | S08022 | P | VNY | 80 |
| MILLER | KATIE L | PO BOX 204 | | CLERMONT | IA | 52135 | HM | S13033 | F | VNY | 130 |
| MILLER | AMANDA E | 1550 SINGTH ST | | FLORENCE | KY | 41042 | HP | S14822 | P | VNY | 148 |
| MILLETT | ASHLEY R | 121 MISSOURI AVE | | DULUTH | MN | 55811 | HP | S00222 | P | VNY | 2 |
| MILLIGAN | CIARRA D | 8796 DEARDOFF RD | | FRANKLIN | OH | 45005 | LP | S11523 | P | VNY | 115 |
| MINARD | CHARISH A | 940 US ROUTE 34 | | GLADSTONE | IL | 61437 | LP | S13923 | P | VNY | 139 |
| MINEO | LEEANN N | 3161 S JENNINGS RD  APT #9 | | INDEPENDENCE | MO | 64055 | AF | S05425 | F | VNY | 54 |
| MINER | LEXI T | 1215 NW 4TH AVE | | GRAND RAPIDS | MN | 55744 | HP | S03222 | P | VNY | 32 |
| MISCH | EMILY S | 376 HIGH TEE ST | | WILLOWICK | OH | 44095 | LP | S09023 | P | VNY | 90 |
| MISIC | KRISTINA K | 706 W BOWEN AVE | | BISMARCK | ND | 58504 | HP | S00422 | P | VNY | 4 |
| MITCHELL | ASHLEY M | 419 PUTNAM STREET | | EAU CLAIRE | WI | 54703 | AF | S10425 | F | VNY | 104 |
| MITCHELL | LAUREN R | 7702 LEGACY PARKWAY | | AMARILLO | TX | 79119 | HP | S17122 | P | VNY | 171 |
| MIXDORF | MORGAN K | 523 18TH STREET NW | | BEMIDJI | MN | 56601 | LP | S00923 | P | VNY | 9 |
| MOCK | KAMERON A | 615 NORTH 28TH ST | | QUINCY | IL | 60231 | LP | S14723 | P | VNY | 147 |
| MOE | BAYLIE A | PO BOX 1746 | | MEAD | WA | 99021 | HP | S07522 | P | VNY | 75 |
| MOFFITT | TINISHA T | 12874 CR 499 | | LINDALE | TX | 75771 | AF | S17825 | F | VNY | 178 |
| MOISAN | COURTNEY A | 7804 N LONGVIEW CT | | EDGERTON | WI | 53534 | LP | S04623 | P | VNY | 46 |
| MOLLOY | KATHERINE J | 807 11TH AVE N | APT 7 | HUMBOLDT | IA | 50548 | HP | S13222 | P | VNY | 132 |
| MOONEN | KASSIDY A | 9935 DIXIE HWY | | CLARKSTON | MI | 48348 | HP | S04922 | P | VNY | 49 |
| MOORE | RACHEL M | 5788 PIERCE LANE | | SOUTH BELOIT | IL | 61080 | HM | S14330 | F | VNY | 143 |
| MOORE | LISA M | 600 ADAMS DR | | MIDLAND | MI | 48642 | AF | S27725 | F | VNY | 277 |
| MOORHEAD | ALYSHA C | 579 LEBARON AVE | | PONTIAC | MI | 48340 | AF | S04925 | F | VNY | 49 |
| MOOS | KATHLEEN M | 3738 10TH ST N | | FARGO | ND | 58102 | HF | H26512 | F | VNI | 265 |
| MORAN | BRENDA M | 1020 CASCADE WAY #314 | | MANDAN | ND | 58554 | HP | S00422 | P | VNY | 4 |
| MORAN | JESSICA M | 1209 SCOTT AVENUE | | PORT HURON | MI | 48060 | HP | S22322 | P | VNY | 223 |
| MORGAN | LESLIE E | 45 PINE TOP DR | | WALTON | KY | 41094 | AF | S14825 | F | VNY | 148 |
| MORGAN | CHALSEA I | 829 NORTH AVENUE | | BRADDOCK | PA | 15104 | LP | S18123 | P | VNY | 181 |
| MORIN | VICKI L | 2626 ATLANTIC DRIVE SOUTH | | FARGO | ND | 58103 | HF | H26905 | F | VNI | 269 |
| MORRIS | KAREN L | 604 RAILROAD AVE N | | LEONARD | ND | 58052 | S | H25907 | F | VNI | 259 |
| MORRIS | ANNEMARIE | 1001 COLLEGE DRIVE | | MASON CITY | IA | 50401 | HP | S07722 | P | VNY | 77 |

21

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MORRIS | DAYNA I | 132 GRAHAM ST | | SAGINAW | MI | 48602 | HM | S08430 | F | VNY | 84 |
| MORRIS | MELISSA N | 1608 30TH AVE S | | FARGO | ND | 58103 | LP | S21223 | P | VNY | 212 |
| MORRIS | JANA L | 719 JOANIE LANE | | SALINA | KS | 67401 | HP | S25122 | P | VNY | 251 |
| MOTSCHENBACHER | JILL M | 3211 43RD AVE SW | | FARGO | ND | 58104 | S | H00105 | F | VNI | 1 |
| MOTT | SAMANTHA R | 420 2ND STREET | | PITCAIRN | PA | 15140 | HP | S18122 | P | VNY | 181 |
| MOURITSEN | ABIGAIL K | 9697 S 2950 W | | SOUTH JORDAN | UT | 84095 | HP | S12222 | P | VNY | 122 |
| MUELLER | ASHLEY L | 2777 TORBLEAU RD | | SUN PRAIRIE | WI | 53590 | AF | S09825 | F | VNY | 98 |
| MUELLER | SHELBY L | 2308 TERMINAL AVE | | GRANITE CITY | IL | 62040 | AF | S14125 | F | VNY | 141 |
| MUELLER | MELANIE S | 202 THIGPEN DR  APT. 922 | | TYLER | TX | 75703 | HM | S17830 | F | VNY | 178 |
| MUELLER | HALEY N | 2631 E CRESTVIEW | | SPRINGFIELD | MO | 65804 | HP | S23022 | P | VNY | 230 |
| MUIR | STEFANIE R | 3414 SW 42ND ST | | DES MOINES | IA | 50321 | LP | S07323 | P | VNY | 73 |
| MULKEY | SHELBY K | 235 NE 60TH ST | | TOPEKA | KS | 66617 | HP | S25522 | P | VNY | 255 |
| MULLER | ELIZABETH A | 300 N 2ND ST | | MOVILLE | IA | 51039 | LP | S02823 | P | VNY | 28 |
| MUMMAW | KYLE M | 1405 SHANNON LAKES LN | | INDIANAPOLIS | IN | 46217 | HP | S11222 | P | VNY | 112 |
| MUNNELL | TYLER N | 2439 RANCHO RD. | | BILLINGS | MT | 59102 | HP | S01522 | P | VNY | 15 |
| MURCHISON | JOCELYN L | 3814 WALTON DR | | LANSING | MI | 48910 | HP | S09622 | P | VNY | 96 |
| MURI | JENSEN C | 2213 BURLINGTON | | BILLINGS | MT | 59102 | HP | S01522 | P | VNY | 15 |
| MURPHEY | KAYLIN M | 313 HOLMES RD | APT 2 | JONESBORO | AR | 72401 | HP | S20922 | P | VNY | 209 |
| MURRAY | TATSIANA N | 3380 CANYON DR. | | BILLINGS | MT | 59102 | HP | S01522 | P | VNY | 15 |
| MURRAY | SAMANTHA L | 337 HYLANDE DRIVE | | GREAT FALLS | MT | 59405 | HP | S03622 | P | VNY | 36 |
| MURTAGH | CIARA' A | 224 N ARCH ST | | ABERDEEN | SD | 57401 | HP | S11122 | P | VNY | 111 |
| MUSSER | KAYLA J | 5503 W 9000 S M104 | | WEST JORDAN | UT | 84081 | HP | S12222 | P | VNY | 122 |
| MUZAFIROVIC | AMRA | 1142 OAK ST N | | FARGO | ND | 58102 | HP | H26511 | P | VNI | 265 |
| MYERS | ROSE M | 3221 SOUTH OAKHILL AVE | | JANESVILLE | WI | 53546 | HP | S04622 | P | VNY | 46 |
| MYERS | SYDNEY N | 37 TOWNSHIP ROAD 1118 | | DILLONVALE | OH | 43917 | HP | S10022 | P | VNY | 100 |
| NABIULLA | NAZIA | 10324 CREPE JASMINE LN | | FORT MEYERS | FL | 33913 | HM | S21330 | F | VNY | 213 |
| NAGRONE | JAELYN R | 516 E 20TH AVE | | POST FALLS | ID | 83854 | HP | S07622 | P | VNY | 76 |
| NASH | DESEREE T | 8815 W HAMPTON AVE | | MILWAUKEE | WI | 53225 | HP | S20722 | P | VNY | 207 |
| NAUMANN | HEATHER L | 228 TONTI ST | | LASALLE | IL | 61301 | HM | S14030 | F | VNY | 140 |
| NEAL | CARRIN E | 4383 QUEEN AVENUE | | FRANKLIN | OH | 45005 | HP | S11522 | P | VNY | 115 |
| NEATH | ALYSSA A | 77 EAST BALLARD WAY | | LOGAN | UT | 84321 | LP | S08823 | P | VNY | 88 |
| NEELY | ADRIANNA L | 1402 WOODLAND HILLS DR. | | TYLER | TX | 75701 | LP | S17823 | P | VNY | 178 |
| NEFF | AISLYNN D | 513 23RD STREET | | VIENNA | WV | 26105 | HP | S18322 | P | VNY | 183 |
| NEITZKE | HALEY R | 967 PLEASANT LN | | DICKINSON | ND | 58601 | HP | S01922 | P | VNY | 19 |
| NELSON | ADESSA R | 310 HARTLEY ST | PO BOX 834 | COLERAINE | MN | 55744 | AF | S03225 | F | VNY | 32 |
| NELSON | MARY E | 5825 CROSSINGS BLVD 418 | | CANE RIDGE | TN | 37013 | HP | S08222 | P | VNY | 82 |
| NELSON | JULIAN G | 1724 10TH AVENUE | | GREEN BAY | WI | 54304 | HP | S10622 | P | VNY | 106 |
| NELSON | LETHA A | 4615 BONNIE BRAE LOOP | | CHEYENNE | WY | 82009 | HP | S12922 | P | VNY | 129 |
| NEUMANN | DIANE M | 316 1/2 WASHINGTON ST | | WAUSAU | WI | 54403 | LP | S05123 | P | VNY | 51 |
| NEWMAN | BRAILY A | 4615 EAST 250 NORTH | | RIGBY | ID | 83442 | HP | S07122 | P | VNY | 71 |
| NEWMAN | PAIGE N | 6370 COPPER PHEASANT DR. | | DAYTON | OH | 45424 | LP | S11423 | P | VNY | 114 |
| NGUYEN | HAI THI M | 1621 3RD ST N | | FARGO | ND | 58102 | WF | H26511 | F | VNI | 265 |
| NGUYEN | NGA | 3087 22ND ST S | | FARGO | ND | 58103 | HP | H26511 | P | VNI | 265 |

22

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NGUYEN | BAU T | 535 COUNTRY SIDE PARK | | FARGO | ND | 58103 | WF | H26511 | F | VNI | 265 |
| NGUYEN | CAM T | 112 E ESSEX LN | | FORT WAYNE | IN | 46825 | LP | S10823 | P | VNY | 108 |
| NGUYEN | TIFFANY L | 100 DAHLIA STREET | | CASPER | WY | 82604 | AF | S12825 | F | VNY | 128 |
| NICHOLS | JORDYN M | 2801 DINEEN AVE | APT C | SCOTTSBLUFF | NE | 69361 | LP | S06723 | P | VNY | 67 |
| NICHOLS | WHITNEY K | 1233 S BURLINGTON DR | | MUNCIE | IN | 47302 | HP | S11022 | P | VNY | 110 |
| NICHOLSON | KAYLEE B | 1036 7TH ST | | ERWIN | TN | 37650 | HP | S08122 | P | VNY | 81 |
| NICKLES | CORTNEY B | 214 ROCKHOUSE RD | | JOHNSON CITY | TN | 37601 | HP | S08122 | P | VNY | 81 |
| NICOLAY | SLOAN L | 144 NE 58TH | | TOPEKA | KS | 66617 | LP | S25523 | P | VNY | 255 |
| NICOLUSSI | LANI M | 19 N OAKLAND DR | | COLLINSVILLE | IL | 62234 | LP | S14123 | P | VNY | 141 |
| NIETO | DALERY | 138 W ANN DR | | LONGVIEW | TX | 75601 | HP | S17922 | P | VNY | 179 |
| NINO | SHANNON M | 5339 OAKHILL DR | | SWARTZ CREEK | MI | 48473 | HM | S09630 | F | VNY | 96 |
| NINO | JESSICA A | 6289 W STANLEY RD | | MT MORRIS | MI | 48458 | HP | S27622 | P | VNY | 276 |
| NOBLE | BAILEE S | 305 SOUTH 500 EAST | | HYRUM | UT | 84319 | HP | S08822 | P | VNY | 88 |
| NOE | NASTASSIA M | 309 N FERRY ST | | OTTUMWA | IA | 52501 | HM | S24430 | F | VNY | 244 |
| NOLAN | YOLANDA J | 605 HOLMES ST W | | DETROIT LAKES | MN | 56501 | HM | S02230 | F | VNY | 22 |
| NOLAN | BRITTANY L | 5455 33RD AVE S. APT 102 | | FARGO | ND | 58104 | HF | S29722 | F | VNY | 297 |
| NORDSTROM | JAMIE C | 150 SUMNER ST | #1 | LA CROSSE | WI | 54601 | HM | S10530 | F | VNY | 105 |
| NORTHCUTT | OSHAVONNA T | 1955 OLD CASTLE DRIVE 307 | | MURFREESBORO | TN | 37130 | HP | S08222 | P | VNY | 82 |
| NORTHRUP | TANNER R | 1726 DELAWARE ST | | SAGINAW | MI | 48602 | HP | S08422 | P | VNY | 84 |
| NORWOOD | IVERY M | 739 30TH ST | | OGDEN | UT | 84403 | HP | S07822 | P | VNY | 78 |
| NOVAK | MEGAN E | 2587 N RUNNING DEER LN | | MIDLAND | MI | 48642 | HP | S27722 | P | VNY | 277 |
| NUFFER | LASHAWN M | 9309 BRISTOL RD | | SWARTZ CREEK | MI | 48473 | AF | S27625 | F | VNY | 276 |
| NUNEZ JIMENEZ | MARIA M | 1917 N LAFAYETTE AVE | | GRAND ISLAND | NE | 68803 | HP | S06522 | P | VNY | 65 |
| NYLAND | FLORENCE E | 8740 DAVENPORT ST NE | | BLAINE | MN | 55449 | HP | S21222 | P | VNY | 212 |
| OBERLE | ASHLEY K | 823 W BARTLETT CT | | PEORIA | IL | 61604 | HP | S20322 | P | VNY | 203 |
| O'BRIEN | HEATHER R | 359 NE SANDALWOOD | | WAUKEE | IA | 50263 | HP | S07322 | P | VNY | 73 |
| OCANDER | ASHLYN H | 607 SOUTH 68TH STREET | | OMAHA | NE | 68106 | HP | S06122 | P | VNY | 61 |
| OGLE | KAYLA R | 1307 DEER RUN | | CARLSBAD | TX | 76934 | LP | S17323 | P | VNY | 173 |
| OLDIGES | JENNIFER L | 9143 BAYCREEK RD | | ERIE | MI | 48133 | AF | S27525 | F | VNY | 275 |
| OLIPHANT | CHELSEA P | 219 GREENBRIAR ROAD | | ALVATON | KY | 42122 | HP | S09222 | P | VNY | 92 |
| OLIVEIRA | ADRIANO F | 3510 28TH ST SW APT 107 | | FARGO | ND | 58104 | S | H26605 | F | VNI | 266 |
| OLIVER | KAITLYN M | 3301 E WASHINGTON ST | | EAST PEORIA | IL | 61611 | HP | S20322 | P | VNY | 203 |
| OLSON | KALLIE A | 4801 W FRENCH AVE | | EVELETH | MN | 55734 | HP | S04222 | P | VNY | 42 |
| OLSON | KYLEE D | 11311 DOBIE ST | | AMARILLO | TX | 79118 | HP | S17122 | P | VNY | 171 |
| O'NEAL | MAKENNA K | 3164 NORTH COTNER BLVD | | LINCOLN | NE | 68507 | HP | S06022 | P | VNY | 60 |
| O'NEILL | ELIZABETH M | 8189 CALLOW RD | | LEROY | OH | 44077 | HP | S09022 | P | VNY | 90 |
| OPEL | ASHLEY D | 346 HOMEWOODROAD | | PARKERSBURG | WV | 26101 | HP | S18322 | P | VNY | 183 |
| OPPERMAN | MICHELLE L | 24273 QUARRY RD | | HAWKEYE | IA | 52147 | HP | S13022 | P | VNY | 130 |
| ORTIZ | NAVIL | 1659 GRANT AVE. | | OGDEN | UT | 84404 | HM | S07830 | F | VNY | 78 |
| ORTIZ | MARIBEL | 18 W 17TH ST | | SAN ANGELO | TX | 76903 | HP | S17322 | P | VNY | 173 |
| ORTIZ RENGIFO | VALERY | 305 E HICKORY AVE | | ENID | OK | 73701 | HM | S19030 | F | VNY | 190 |
| OST | MARIE C | 2761 N TRAPPER LN | | POST FALLS | ID | 83854 | HP | S01322 | P | VNY | 13 |
| OSTMAN | EMBERLIE E | 702 CHERRYWOOD CT | APT 2 | MADISON | WI | 53714 | HM | S09830 | F | VNY | 98 |

23

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

## Schedule E - EMPLOYEE (NOTICE ONLY)
Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OTTEN | CHYENNE A | 141 VALLEY AVE APT 101 | | BURLINGTON | ND | 58722 | HP | S02622 | P | VNY | 26 |
| OTTO-SPAULDING | ALIZABETH | 7101 19 MILE RD | | HOMER | MI | 49245 | AF | S09625 | F | VNY | 96 |
| OVIEDO | ESMERALDA A | 7686 E 20TH ST. | | JOPLIN | MO | 64801 | AF | S23625 | F | VNY | 236 |
| OWENS | BETHANY A | 2700 ELIZABETH LAKE RD | APT 133 | WATERFORD | MI | 48328 | HP | S04922 | P | VNY | 49 |
| OWENS | D S | 3115 SARAH ST | | BEAUMONT | TX | 77705 | HP | S17422 | P | VNY | 174 |
| PACKELL | MELISSA R | 208 EAST BEAVER ST | | JENKS | OK | 74037 | LP | S19923 | P | VNY | 199 |
| PADILLA | PAOLA | 505 5TH AVE W | | JEROME | ID | 83338 | LP | S07223 | P | VNY | 72 |
| PAGE | SAMANTHA N | 2848 SHERWOOD DRIVE | | LIMA | OH | 45805 | LP | S11623 | P | VNY | 116 |
| PALACIOS | JULIA P | 6207 36TH | | LUBBOCK | TX | 79407 | HP | S17022 | P | VNY | 170 |
| PALMER-SANTIZO | JORDIN S | 6555 SE WYANDOTTE RD | | CRESTLINE | KS | 66728 | HP | S23622 | P | VNY | 236 |
| PARKER | ANGELA M | 1410 W 1ST ST | | GRAND ISLAND | NE | 68801 | AF | S06525 | F | VNY | 65 |
| PARKER | REBEKAH L | 3158 WEST LATOKA | | SPRINGFIELD | MO | 65807 | LP | S23023 | P | VNY | 230 |
| PARRISH | SUMMER N | 3161 CRISCO LANE | | MISSOULA | MT | 59803 | HP | S12622 | P | VNY | 126 |
| PARRISH | DEONTE M | 3433 WEST FALLEN OAK LN | APT 1B | PEORIA | IL | 61604 | LP | S20323 | P | VNY | 203 |
| PARSHLEY | SHANNA R | 1431 ALBRECHT BLVD REED HALL | | FARGO | ND | 58102 | HP | H26605 | P | VNI | 266 |
| PASCOE | SHILIA K | 1128 S. GREENWICH ST | | GRAND ISLAND | NE | 68801 | LP | S06523 | P | VNY | 65 |
| PASDECK | CARA D | 615 E BERTOLINO AVE | | NOKOMIS | IL | 62075 | HM | S20230 | F | VNY | 202 |
| PASSINI | ORIANA M | 606 BORAH AVE APT 5 | PO BOX 252 | TOVEY | IL | 62570 | LP | S20223 | P | VNY | 202 |
| PATAKY | MEREDITH A | 7777 S MINGO RD APT 320 | | TULSA | OK | 74133 | DM | H26406 | F | VNI | 264 |
| PATTERMANN | GENNA M | 1008 PENNSYLVANIA AVE | | MENDOTA | IL | 61342 | HP | S14022 | P | VNY | 140 |
| PAUL | JACKLYN | 500 BOARDMAN CANFIELD RD | APT 99 | BOARDMEN | OH | 44512 | HP | S11722 | P | VNY | 117 |
| PAULSEN | MADISON M | 201 S 5TH AVE | | BRANDON | SD | 57005 | HP | S01122 | P | VNY | 11 |
| PAULUS | MADELYN K | 2082 HICKORY AVE | | ROCKFORD | IA | 50468 | HP | S07722 | P | VNY | 77 |
| PAVICH | MEGHAAN L | 12 SOUTHVIEW DR | APT F | HIBBING | MN | 55746 | AF | S04225 | F | VNY | 42 |
| PAYNE | LAUREN A | 1013 RAMBLEWOOD DR | | OFALLON | IL | 62269 | HP | S14122 | P | VNY | 141 |
| PEARSON | DANNILLE N | 2537 S. 25TH ST. APT. F | | TERRE HAUTE | IN | 47802 | LP | S27123 | P | VNY | 271 |
| PEAVLER | SHELAYNA | 468 N 200 E | | TREMONTON | UT | 84337 | HM | S08830 | F | VNY | 88 |
| PEDERSON | HANNAH M | 1786 RATHERMEL DR | | FORT DODGE | IA | 50501 | HP | S13222 | P | VNY | 132 |
| PEELER | KAITLYNN B | 609 6TH ST. S. | | GREAT FALLS | MT | 59405 | HP | S03622 | P | VNY | 36 |
| PEREZ | PAOLA L | 916 21 1/2 ROAD | | GRAND JUNCTION | CO | 81505 | HP | S16722 | P | VNY | 167 |
| PERKINS | ERIKA N | 6206 OAKCREST LN | | AMARILLO | TX | 79106 | LP | S17123 | P | VNY | 171 |
| PERRY | JULIA H | 1027 N PETERSBURG | | MERIDIAN | ID | 83642 | LP | S07423 | P | VNY | 74 |
| PERRY | JENNIFER M | 9628 RAVENNA RD | | CHARDON | OH | 44024 | HM | S09030 | F | VNY | 90 |
| PERRY | MISTY M | 5908 VERDI DR | | WEST CARROLLTON | OH | 45449 | AF | S11425 | F | VNY | 114 |
| PERRY | DAIJA R | 8870 SOUTH STATE ST. G102 | | SANDY | UT | 84070 | HP | S12222 | P | VNY | 122 |
| PETERS | CIERA A | 12925 EAST MANSFIELD | | SPOKANE VALLEY | WA | 99216 | HP | S07622 | P | VNY | 76 |
| PETERS | ALICIA M | 723 CLOVERDALE AVE | | WATERLOO | IA | 50703 | HM | S13830 | F | VNY | 138 |
| PETERS | BRIDGETTE M | 1325 11TH AVE | | BELVIDERE | IL | 61008 | HP | S14322 | P | VNY | 143 |
| PETERSEN | BRITTANY A | 615 2ND AVE NW | | BELFIELD | ND | 58622 | LP | S01923 | P | VNY | 19 |
| PETERSEN | TAYLYN G | 7905 S. 2325 E. | | SOUTH WEBER | UT | 84405 | HP | S09422 | P | VNY | 94 |
| PETERSON | SAMANTHA M | 7460 124TH ST NE | | DEER RIVER | MN | 56636 | HP | S03222 | P | VNY | 32 |
| PHAN | TRAC N | 5552 20TH ST S | | FARGO | ND | 58104 | S | H26510 | F | VNI | 265 |
| PHIPPS | LYNELLE M | 201 2ND AVE SW | | WATERTOWN | SD | 57201 | HM | S02530 | F | VNY | 25 |

24

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

<span style="color:red">**Schedule E - EMPLOYEE (NOTICE ONLY)**</span>

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PIATZ | CHARISSE L | 6860 750TH STREET | | WHEATON | MN | 56296 | LP | S00523 | P | VNY | 5 |
| PIFER | KERI M | 5137 WOODSTOCK DR | | SWARTZ CREEK | MI | 48473 | HP | S27622 | P | VNY | 276 |
| PINALES | PRICILLA | 6102 N ROAD 68 | APT G106 | PASOC | WA | 99301 | HP | S16322 | P | VNY | 163 |
| PINKERTON | TIANA H | 633 WEST 8TH ST | | TYLER | TX | 75701 | HP | S17822 | P | VNY | 178 |
| PIZZO | MEGAN E | 206 E MALCOLM X ST | APT 35 | LANSING | MI | 48933 | LP | S09623 | P | VNY | 96 |
| PLOCK | SHELBY D | 627 TRAIL RIDGE RD | | LINCOLN | NE | 68505 | LP | S06023 | P | VNY | 60 |
| POLANSKI | LAURA J | 3127 5TH ST E | | WEST FARGO | ND | 58078 | S | H25807 | F | VNI | 258 |
| POLASKY | VICTORIA M | 20515 ASPEN DRIVE | | GRAND RAPIDS | MN | 55744 | LP | S03223 | P | VNY | 32 |
| PORTER | SOPHIA V | 1057 35TH ST N APT 217 | | FARGO | ND | 58102 | HF | H26807 | F | VNI | 268 |
| PORTER | MADISON L | 3412 S MILAM | | AMARILLO | TX | 79109 | HP | S17122 | P | VNY | 171 |
| POSCH | COURTNEY J | 4489 Woodhaven Drive | | Fargo | ND | 58104 | S | H26807 | F | VNI | 268 |
| POSTLETHWAIT | REBECCA S | 6 NORWAY ROAD | | PITTSBURGH | PA | 15221 | LP | S18123 | P | VNY | 181 |
| POTTER | AMBER M | 9312 W SMITH ST | | YORKTOWN | IN | 47396 | LP | S11023 | P | VNY | 110 |
| POWELL | SALLY P | 21 BLASHACK ST | APT 7 PO BOX 64 | WALDORF | MN | 56091 | HP | S01222 | P | VNY | 12 |
| POWELL | CERRIA R | 513 6TH STREET | P.O. BOX 233 | MENLO | IA | 50164 | HP | S24522 | P | VNY | 245 |
| PRALLE | ANNIE B | 4424 Short Line Rd | | Quincy | IL | 62305-0568 | LP | S14723 | F | VNY | 147 |
| PRATER | HANNAH E | 285 N RUTHERFORD BLVD | GG03 | MURFREESBORO | TN | 37130 | HP | S08222 | P | VNY | 82 |
| PRATT | REBECCA C | 5541 N NINA CT | | COEUR D ALENE | ID | 83815 | HP | S01322 | P | VNY | 13 |
| PREBISH | CHEYENNE T | 253 GALAXY DR | | CIRCLE PINES | MN | 55014 | LP | S21223 | P | VNY | 212 |
| PRICE | AMBER R | 714 20TH ST NW  APT 10 | | EAST GRAND FORKS | MN | 56721 | LP | S00323 | P | VNY | 3 |
| PRICE | ERIN H | 805 BRADYVILLE PIKE APTP7 | | MURFREESBORO | TN | 37130 | AF | S08225 | F | VNY | 82 |
| PRICE | MEGAN S | 2406 91ST | | LUBBOCK | TX | 79423 | HM | S17030 | F | VNY | 170 |
| PRICE | KODIE S | 1824 S COLLEGE | | SPRINGFIELD | IL | 62704 | LP | S20223 | P | VNY | 202 |
| PRINSEN | KRYSTAL L | N 9564 HICKORY DRIVE | | APPLETON | WI | 54915 | HM | S04430 | F | VNY | 44 |
| PROVOST | PATRICIA A | 3501 N RIVER RD APT202H | | FORT GRATIOT | MI | 48059 | LP | S22323 | P | VNY | 223 |
| PRUITT | KEYONA K | 516 FEDERAL COURT | | MURFREESBORO | TN | 37129 | HP | S08222 | P | VNY | 82 |
| PRUNTY | LISA A | 3527 PHEASENT LN APT4 | | WATERLOO | IA | 50701 | LP | S13123 | P | VNY | 131 |
| PURLING | MARGARET R | 913 SE 44TH STREET | | TOPEKA | KS | 66609 | HP | S25522 | P | VNY | 255 |
| PURSCELL | ASHLEY N | 2242 IRONWOOD DR SW | | ALTOONA | IA | 50009 | HP | S24522 | P | VNY | 245 |
| PUTTERGILL | TAYLER | 614 HALL CHURCH RD. | | TRYON | NE | 69167 | LP | S06923 | P | VNY | 69 |
| QUINN | MARGARET K | 1632 51st St. S. Ste 310 | | FARGO | ND | 58103 | S | H00105 | F | VNI | 1 |
| QUINN | ALISHA L | 2680 OLD GLORY DR | | ZANESVILLE | OH | 43701 | HP | S15222 | P | VNY | 152 |
| QUINN | JUDY E | 219 MAHAN DR | | PARIS | IL | 61944 | HM | S27130 | F | VNY | 271 |
| RADTKE | MEGAN E | 5489 GOLFVIEW AVE N | | OAKDALE | MN | 55128 | HP | S22622 | P | VNY | 226 |
| RAGSDALE | STACIE J | 608 SARATOGA ST. | | NEW HARTFORD | IA | 50660 | LP | S13023 | P | VNY | 130 |
| RAMER | ARIEL N | 2506 N ANTHONY BLVD | | FORT WAYNE | IN | 46802 | LP | S10823 | P | VNY | 108 |
| RAMIREZ | LINDSEY M | 4121 EAST ROLLING MEADOWS | | DEFIANCE | OH | 43512 | AF | S10825 | F | VNY | 108 |
| RAMIREZ | BRIANNE M | 2707 6TH AVE | APT 24 | CANYON | TX | 79015 | LP | S17123 | P | VNY | 171 |
| RAMON | RAQUEL L | 909 6TH ST SE | | MASON CITY | IA | 50401 | LP | S07723 | P | VNY | 77 |
| RAMOS | MARISSA R | 6538 94TH | | LUBBOCK | TX | 79424 | HP | S17022 | P | VNY | 170 |
| RAMOS TORRES | STEPHANIE M | 579 CORTE AMINO | | FOUNTAIN | CO | 80817 | HP | S16422 | P | VNY | 164 |
| RAMOZ | MICAELA E | 5002 ORCHARD DR | | SACHSE | TX | 75048 | HP | S17722 | P | VNY | 177 |
| RANDALL | AMBER R | 2005 BISON | | GARDEN CITY | KS | 67846 | LP | S25023 | P | VNY | 250 |

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

Schedule E - EMPLOYEE (NOTICE ONLY)
Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RANDELL | BRIANNA M | 2604 PLYMOUTH AVE | | JANESVILLE | WI | 53545 | HP | S04622 | P | VNY | 46 |
| RAPKIN | STEPHANIE D | 70 COPPER WOODS | | PITTSFORD | NY | 14534 | AF | S18525 | F | VNY | 185 |
| RASMUSSEN | CHAYLA C | 2342 FOOTHILL RD | | AMMON | ID | 83406 | LP | S07123 | P | VNY | 71 |
| RASMUSSEN | SHELBI A | 3473 VAN BUREN AVE. | | OGDEN | UT | 84403 | LP | S09423 | P | VNY | 94 |
| RAYNOR | ALEXANDRA M | 191 CHRIST SCHOOLE RD | | ARDEN | NC | 28704 | LP | S21823 | P | VNY | 218 |
| REDETZKE | SHELBY L | 25445 477TH AVE | | GARRETSON | SD | 57030 | HP | S01122 | P | VNY | 11 |
| REED | KATE L | 3207 12TH ST S | | MOORHEAD | MN | 56560 | HF | H26406 | F | VNI | 264 |
| REED | DONNA E | 100 N 3RD ST #415 | | MOORHEAD | MN | 56560 | WF | H26511 | F | VNI | 265 |
| REED | BRITTANY M | 23139 BAGLEY LK RD | | LEONARD | MN | 56652 | LP | S00923 | P | VNY | 9 |
| REED | LUCILLE L | 1905 W APPLEWAY AVE | APT C36 | COEUR D'ALENE | ID | 83814 | HM | S01330 | F | VNY | 13 |
| REED | AMBERLYN R | 1511 W 1ST | | NORTH PLATTE | NE | 69101 | HP | S06922 | P | VNY | 69 |
| REED | GAEBRIELLE A | 4186 W HIGH MEADOW DR | | GARDEN CITY | ID | 83714 | HP | S07422 | P | VNY | 74 |
| REED | KILEY A | 6608 SONESTA DR | | INDIANAPOLIS | IN | 46217 | HP | S11222 | P | VNY | 112 |
| REESE | GABRIELLE A | 2159 W SHAWNA AVE | | COEUR D' ALENE | ID | 83815 | HP | S01322 | P | VNY | 13 |
| REGER | ALYSSA J | 14150 HILL N DALE DR | | WASECA | MN | 56093 | AF | S00925 | F | VNY | 9 |
| REHM | ELISSA A | 401 WEST MAPLE AVE | APT 204 | FRAZEE | MN | 56544 | HP | S02222 | P | VNY | 22 |
| REICHERT | JESSICA A | 8514 STATE ST | | QUINCY | IL | 62304 | HP | S14722 | P | VNY | 147 |
| REID | LAUREN E | 347 CHESTNUT CIR W | | DAVISION | MI | 48423 | LP | S04923 | P | VNY | 49 |
| RENFRO | CHRISTAN M | 2420 GREENBRIAR DR | APT C | MANHATTAN | KS | 66502 | AF | S25425 | F | VNY | 254 |
| RENICK | TIFFANY S | 386 KIRBY POE ROAD | | ALVATON | KY | 42122 | HP | S09222 | P | VNY | 92 |
| RENSI | KODI M | 86280 MILLER STATION ROAD | | HOPEDALE | OH | 43976 | HP | S10022 | P | VNY | 100 |
| RESSEO | PATIENCE L | 4605 KAPPUS DRIVE | APT #11 | EAU CLAIRE | WI | 54701 | HP | S10422 | P | VNY | 104 |
| REYES | VANESSA D | 1106 CULBERSON | | SAN ANGELO | TX | 76903 | LP | S17323 | P | VNY | 173 |
| REYES | KRISTEN M | 511 GRANT AVE  APT 3 | | MORGANTOWN | WV | 26505 | HM | S18430 | F | VNY | 184 |
| REYES | JASLINE F | 1710 W NEIL STR | | GARDEN CITY | KS | 67846 | HP | S25022 | P | VNY | 250 |
| REYNEN | SABRINA N | 335 E FIELDSTONE CIRCLE | APT 4 | OAK CREEK | WI | 53154 | HP | S04822 | P | VNY | 48 |
| REYNOLDS | JESSICA M | 16428 HAVENWOOD DRIVE | | WOODBURN | IN | 46797 | DM | H26406 | F | VNI | 264 |
| REYNOZA | JENNIFER M | 836 PRAIRIE MEADOW CT. | | WATERLOO | IA | 50701 | LP | S13123 | P | VNY | 131 |
| RHODES | WILESHA L | 55 LOGANWOOD DR | | CENTERVILLE | OH | 45458 | HP | S11522 | P | VNY | 115 |
| RICE | TATIANA A | 6030 SOUTH OAK STREET | | CASPER | WY | 82601 | HP | S12822 | P | VNY | 128 |
| RICHARD | OLIVIA D | 6570 FRIDLEY ST NE | | FRIDLEY | MN | 55432 | HP | S21222 | P | VNY | 212 |
| RICHARDSON | DA'JEON B | 1412 NW HILLTOP LN | | GRAIN VALLEY | MO | 64029 | HP | S05422 | P | VNY | 54 |
| RICHARDSON | MADISON J | 2785 83RD AVE | | GREELEY | CO | 80634 | HP | S16622 | P | VNY | 166 |
| RICHARDSON | MEGAN M | 610 N COOPER ST | | PEORIA | IL | 61606 | HP | S20322 | P | VNY | 203 |
| RIECKE | BRITTANY K | 6632 RUBY SPRINGS PARKWAY | | AUBURN | IN | 46706 | HP | S10822 | P | VNY | 108 |
| RIENDEAU | JOANNA L | 3400 B NIKKI COURT | | LONGVIEW | TX | 75604 | HP | S17922 | P | VNY | 179 |
| RIGGIN | CAMERON S | 15318 N NEPTUNE ST | | MEAD | WA | 99021 | HP | S07522 | P | VNY | 75 |
| RILEY | RACHEL O | 123 SE MOORE RD | | SAINT JOSEPH | MO | 64504 | LP | S23323 | P | VNY | 233 |
| RINGSTROM | BRITTANY R | PO BOX 462 | | AUDUBON | MN | 56511 | LP | S02223 | P | VNY | 22 |
| RIVERA | MADISON M | 765 ALTURAS DR N | | TWIN FALLS | ID | 83301 | HP | S07222 | P | VNY | 72 |
| RIVERA HERNANDEZ | GRACIELA | 726 CENTER AVE. | | OTTUMWA | IA | 52501 | LP | S24423 | P | VNY | 244 |
| ROBBINS | KALEIGH R | 2202 PINE ST | | BUTTE | MT | 59701 | HP | S03522 | P | VNY | 35 |
| ROBERTS | MCKENNA F | 252 STONE LAKE RD NW | | BEMIDJI | MN | 56601 | HP | S00922 | P | VNY | 9 |

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

## Schedule E - EMPLOYEE (NOTICE ONLY)

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ROBERTS | KYRA N | 6149 VICTORIA LANE | | BILLINGS | MT | 59106 | HP | S01522 | P | VNY | 15 |
| ROBERTS | ALIVIA C | 4110 E PINE BLUFF DR | | MERIDIAN | ID | 83642 | HP | S01922 | P | VNY | 19 |
| ROBERTS | NEALEE R | 506 GOLF COURSE ROAD | | GRAND RAPIDS | MN | 55744 | HP | S03222 | P | VNY | 32 |
| ROBERTS | ALEXUS D | 912 E SITKA AVE B-309 | | SPOKANE | WA | 99208 | LP | S07623 | P | VNY | 76 |
| ROBINETTE | BROOKE L | 339 LOCUST | | TWIN FALLS | ID | 83301 | HP | S07222 | P | VNY | 72 |
| ROBSON | JAMIE L | 4621 WOODHURST | | AUSTINTOWN | OH | 44515 | LP | S11723 | P | VNY | 117 |
| ROCHOLL | MADDISON R | 26973 CO HWY 21 | | FERGUS FALLS | MN | 56537 | HP | S00722 | P | VNY | 7 |
| ROCKWELL | HALEY K | 1224 MINNS DRIVE | | MACHESNEY PARK | IL | 61115 | AF | S04625 | F | VNY | 46 |
| RODDEN | MADISON M | 1605 20TH AVE CT | | GREELEY | CO | 80631 | LP | S16623 | P | VNY | 166 |
| RODE | BENJAMIN C | 1721 39TH SW | APT 202 | FARGO | ND | 58103 | HP | H26305 | P | VNI | 263 |
| RODRIGUEZ | MAYRANI | 5609 W CLAY ST | | SIOUX FALLS | SD | 57106 | LP | S01123 | P | VNY | 11 |
| RODRIGUEZ | RAQUEL M | 1282 30TH LANE | | PUEBLO | CO | 81006 | HP | S16522 | P | VNY | 165 |
| RODRIGUEZ | SHANNON L | 6115 GOLDFINCH DR | | PLEASANT HILL | IA | 50327 | LP | S24523 | P | VNY | 245 |
| ROEHRICH | PAYTON R | 1505 CANYON RD SW | | MANDAN | ND | 58554 | HP | S00422 | P | VNY | 4 |
| ROGERS | ABBY J | 308 10TH ST S | | MOORHEAD | MN | 56560 | S | H26708 | F | VNI | 267 |
| ROHWEDDER | AMY D | 1536 JAMES DR | | N MANKATO | MN | 56003 | HM | S01230 | F | VNY | 12 |
| ROSALES | LUCIA M | 6901 SOUTH 8TH ST | | FORT SMITH | AR | 72908 | AF | S21025 | F | VNY | 210 |
| ROSE | JAMIRA M | 385 COLORADO DR | | XENIA | OH | 45385 | HP | S11422 | P | VNY | 114 |
| ROSEWELL | CHLOE N | 213 NE PASEO PL | | BLUE SPRINGS | MO | 64014 | HP | S05422 | P | VNY | 54 |
| ROSSER | ALISHA M | 2414 EL RIO DR | | MINOT | ND | 58701 | FR | S02622 | P | VNY | 26 |
| ROUNDY | BRITTANY J | 1445 WEST GATEWAY CIRCLE | APT 25 | WEST FARGO | ND | 58078 | HP | S00522 | P | VNY | 5 |
| ROUSSLANG | MEGAN A | 3102 23RD ST S | | FARGO | ND | 58103 | HP | S00522 | P | VNY | 5 |
| ROWAN | BREANNA D | 1139 BIG SHANNON RUN ROAD | | MOUNT MORRIS | PA | 15349 | LP | S18423 | P | VNY | 184 |
| RUCH | SHERIDAN D | 2410 GRAND AVE. | | JOPLIN | MO | 64804 | LP | S23623 | P | VNY | 236 |
| RUEL | CARSON T | 523 SPRINGEN AVE | | FERGUS FALLS | MN | 56537 | HP | S00722 | P | VNY | 7 |
| RUFF | PAIGE M | 2307 W 42ND ST #64 | | SCOTTSBLUFF | NE | 69361 | HM | S06730 | F | VNY | 67 |
| RUNGE | KAYLA L | 1601 6TH PLACE SE | | MASON CITY | IA | 50401 | HM | S07730 | F | VNY | 77 |
| RUPPERT | SHELBY R | 206 E MCALLISTER | | BATTLE CREEK | NE | 68715 | AF | S06825 | F | VNY | 68 |
| RUSS | MISHA O | 2221 N. BESSIE RD. | | SPOKANE | WA | 99212 | HP | S07622 | P | VNY | 76 |
| RUSSELL | CASSANDRA L | 6219 24th ST S | | FARGO | ND | 58104 | S | H25707 | F | VNI | 257 |
| RUSSELL | ZOEY M | 1332 STARLITE CIRCLE | | JOPLIN | MO | 64801 | HP | S23622 | P | VNY | 236 |
| RUSSELL | MORGAN E | 332 S WOODWARD | | SALINA | KS | 67401 | HP | S25122 | P | VNY | 251 |
| RUST | SARRA K | 6415 FRAZEYSBURG RD | | NASHPORT | OH | 43830 | HP | S15222 | P | VNY | 152 |
| RUTHERFORD | DENESHA M | 5726 N EASTVUE CT | | PEORIA | IL | 61615 | LP | S20323 | P | VNY | 203 |
| SAAKE | MADELINE M | 4804 RINGER WOODS PL CT | | ST LOUIS | MO | 63129 | HP | S23522 | P | VNY | 235 |
| SAARI | ASHLEY K | 600 NORTH MAIN ST | | PINE ISLAND | MN | 55963 | LP | S22023 | P | VNY | 220 |
| SADORF | HANNAH E | 252 EXECUTIVE AVE | APPT 1A | CLARKSVILLE | TN | 37042 | AF | S08325 | F | VNY | 83 |
| SAFRIS | VASILY R | 2949 PRAIRIE ROSE DR | | NORWALK | IA | 50211 | HP | S07322 | P | VNY | 73 |
| SALDANA | RAVIN J | 533 12TH ST NW | | PERHAM | MN | 56573 | LP | S02023 | P | VNY | 22 |
| SALE | ERYN L | 4813 RUSTY LN | | BARTONVILLE | IL | 61607 | HP | S20322 | P | VNY | 203 |
| SALOKA | NFIAOBARI H | 815 GOLFVIEW LANE | | ST.CLOUD | MN | 56301 | HP | S00722 | P | VNY | 27 |
| SALTER | ASHLEY R | 1750 RATHERMEL DR. | | FORT DODGE | IA | 50501 | LP | S13223 | P | VNY | 132 |
| SALYER | CHLOE I | 484 BEARFIELD ROAD | | CHUCKY | TN | 37641 | HP | S08122 | P | VNY | 81 |

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

<span style="color:red">**Schedule E - EMPLOYEE (NOTICE ONLY)**</span>

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SANCHEZ | KAREN A | 628 BRUNNER DRIVE | | CINCINNATI | OH | 45240 | HP | S12422 | P | VNY | 124 |
| SANCHEZ | DEVAN M | 33 APOLLO LANE | | PUEBLO | CO | 81001 | LP | S16523 | P | VNY | 165 |
| SANCHEZ | ASHLEY Y | 708 N CALHOUN STREET | | MIDLAND | TX | 79701 | LP | S17623 | P | VNY | 176 |
| SANDER | HOPE M | 8468 BRIAN COURT NE | | BEMIDJI | MN | 56601 | HP | S00922 | P | VNY | 9 |
| SANDOVAL | VIVIANA | 7628 S SONCY RD 230 | | AMARILLO | TX | 79119 | HM | S17130 | F | VNY | 171 |
| SANDY | TRICIA L | 932 CARLOS DR | | LINCOLN | NE | 68505 | HM | S06030 | F | VNY | 60 |
| SAPPINGFIELD | CYNTHIA A | 96 PINE ST | | LAWTON | IA | 51030 | LP | S02823 | P | VNY | 28 |
| SARLES | SHANNA R | 112726 S 4730 RD | | MULDROW | OK | 74948 | HP | S21022 | P | VNY | 210 |
| SAUTER | GRACIE D | 1715 PARKVIEW AVE | | ST JOSEPH | MO | 64504 | HP | S23322 | P | VNY | 233 |
| SAWICKI | EMILY P | 3002 EDGEWOOD DR | | ENID | OK | 73703 | LP | S19023 | P | VNY | 190 |
| SAYERS | SARAH L | 5412 2ND AVE WEST | | WILLISTON | ND | 58801 | HP | S02022 | P | VNY | 20 |
| SCAPIN | KARA A | 23 B BROOKDALE RD | | WOODFIN | NC | 28804 | HP | S21822 | P | VNY | 218 |
| SCARBOROUGH | TIFFANY G | 1736 WINNE DRIVE | | MANHATTAN | KS | 66502 | HP | S25422 | P | VNY | 254 |
| SCHAEFER | PHOENIX K | 1125 N 17TH ST | | BISMARCK | ND | 58501 | LP | S00423 | P | VNY | 4 |
| SCHAEFFER | BRITTANY V | 1409 N 1ST ST | | ABERDEEN | SD | 57401 | HP | S11122 | P | VNY | 111 |
| SCHEMMEL | DESTINY M | 3308 7TH AVE | | SIOUX CITY | IA | 51106 | HP | S02822 | P | VNY | 28 |
| SCHIFFELBEIN | TAYLOR M | 2712 ASH | | HAYS | KS | 67601 | HP | S21422 | P | VNY | 214 |
| SCHMIDT | HAYLI E | 7843 PINEHILL RD | | LEWIS CENTER | OH | 43035 | HP | S15222 | P | VNY | 152 |
| SCHNEBERGER | MADISON D | 911 E PINE AVE | | COEUR D'ALENE | ID | 83814 | HP | S01322 | P | VNY | 13 |
| SCHNEIDER | SAMANTHA R | 3403 N MOUNTAIN ST | | WAUSAU | WI | 55401 | AF | S05125 | F | VNY | 51 |
| SCHNIEDERS | HALEY J | 37 JULIE LN | | ST PETERS | MO | 63376 | HP | S23422 | P | VNY | 234 |
| SCHNIPKOWEIT | SHELBY L | 513 5th Ave | | Clarence | IA | 52216-9404 | HM | S13730 | F | VNY | 137 |
| SCHOEMAKER | JAMIE L | 405 THORNTON STREET | | NEWPORT | KY | 41071 | HM | S14830 | F | VNY | 148 |
| SCHOEN | KAITLIN S | 4226 CASA BRAZILIA DR | APT B | ST LOUIS | MO | 63129 | LP | S23523 | P | VNY | 235 |
| SCHOENDALLER | KAYLIE M | 2027 METRO LN | | HAYS | KS | 67601 | LP | S21423 | P | VNY | 214 |
| SCHOENEWE | HEATHER N | 115 SHADY LN | | WEST BURLINGTON | IA | 52655 | AF | S13925 | F | VNY | 139 |
| SCHOENHERR | SARAH J | 1613 EASTLAND AVE | | LAWTON | IA | 51030 | HP | S02822 | P | VNY | 28 |
| SCHOLLARS | NICHOLE M | 2626 E MARGATE COURT | | EAGLE | ID | 83616 | LP | S08823 | P | VNY | 88 |
| SCHRADER | ALEXA R | 13802 ELVINA DR | | LEO | IN | 46765 | HP | S10822 | P | VNY | 108 |
| SCHROEDER | CERA L | 2526 2ND AVE NO | | GREAT FALLS | MT | 59401 | HM | S03630 | F | VNY | 36 |
| SCHUMACHER | ASHLEY R | 2624 S GLASS ST | | SIOUX CITY | IA | 51106 | LP | S02823 | P | VNY | 28 |
| SCHUMACHER | KENNEDY J | 2816 WATERVIEW DR | | ABERDEEN | SD | 57401 | HP | S11122 | P | VNY | 111 |
| SCHUTZ | STACI E | 1014 7TH ST S | APT 2 | FARGO | ND | 58103 | AF | S29725 | F | VNY | 297 |
| SCOTT | ZACHARY P | 4305 TWAIN CIR | APT 302 | AMES | IA | 50014 | FR | S07322 | P | VNY | 73 |
| SCOTT | JOCELYN A | 1426 MAYNARD DR. | | INDIANAPOLIS | IN | 46227 | HP | S11222 | P | VNY | 112 |
| SCOTT | JASMINE A | 715 AMARILLO ST. | | BEAUMONT | TX | 77701 | HP | S17422 | P | VNY | 174 |
| SELI | HANNAH L | 936 ST CLAIR ST | | OFALLON | IL | 62269 | HP | S14122 | P | VNY | 141 |
| SEWARD | MEGAN T | 2049 AUTUMN LN | | IDAHO FALLS | ID | 83404 | HP | S07122 | P | VNY | 71 |
| SEYBOLD | BRIANNA L | 506 STATE ST | | MIDLAND | MI | 48640 | LP | S27723 | P | VNY | 277 |
| SHABLACK | ALEXUS L | 68655 CHERMONT ROAD | | BRIDGEPORT | OH | 43912 | LP | S10023 | P | VNY | 100 |
| SHADDY | MADISEN L | 1118 HILLCREST DR | | ENID | OK | 73701 | HP | S19022 | P | VNY | 190 |
| SHAFFER | SABRINA M | 923 MUIRFIELD CIRCLE | | BOWLING GREEN | KY | 42104 | HP | S09222 | P | VNY | 92 |
| SHALLCROSS | SARA E | 41 SOUTH 4TH ST. | APT. 3B | ZANESVILLE | OH | 43701 | HP | S15222 | P | VNY | 152 |

28

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SHANKS | SAMANTHA K | 3815 WELCOME AVE N | | CRYSTAL | MN | 55422 | LP | S21223 | P | VNY | 212 |
| SHANNON | ORIANNA J | 730 CEDARLAWN RD | | WATERFORD | MI | 48328 | HP | S04922 | P | VNY | 49 |
| SHARP | JORDAN L | 1001 N Patrick St Apt A11 | | Jonesboro | AR | 72401-8777 | LP | S20923 | P | VNY | 209 |
| SHAUGER | HALLIE E | 1528 N HICKS RD | | MIDLAND | MI | 48640 | LP | S27723 | P | VNY | 277 |
| SHAW | SAMANTHA E | 3211 VERNON ST | APT 2 | DULUTH | MN | 55806 | HP | S00222 | P | VNY | 2 |
| SHEA | JILL M | 348 EDGEWATER DR | | WEST FARGO | ND | 58078 | S | H00105 | F | VNI | 1 |
| SHEFFER | NICOLE R | 3287 SIMPSON RD | | FORT GRATIOT | MI | 48059 | HP | S22322 | P | VNY | 223 |
| SHELLS | QUANDRA S | 724 JEFFERSON STREET | | KERNERSVILLE | NC | 27284 | HM | S21930 | F | VNY | 219 |
| SHETLEY | MEGIN W | 202 E 5TH | | HAYS | KS | 67601 | AF | S21425 | F | VNY | 214 |
| SHIELDS | SIDNEY M | 1411 NOLAN DR | | GRAIN VALLEY | MO | 64029 | HP | S05422 | P | VNY | 54 |
| SHOEMAKER | MICHAELA K | 812 BASSETT ST | | OFALLON | IL | 62269 | HP | S14122 | P | VNY | 141 |
| SHOUP | SAMANTHA M | 8090 MAPLE STREET | | SWARTZ CREEK | MI | 48473 | HP | S27622 | P | VNY | 276 |
| SIEG | CORTNEY M | 4912 IONA BEACH ROAD | | EAU CLAIRE | WI | 54703 | HP | S10422 | P | VNY | 104 |
| SILVA | JESSICA A | 4933 E OAKWOOD DR | | PLEASANT HILL | IA | 50327 | HM | S24530 | F | VNY | 245 |
| SIMMONS | MIEYA D | 8 SAINT CROIX APT A | | GREENSBORO | NC | 27410 | HP | S21722 | P | VNY | 217 |
| SIMON | BRIANA R | 708 WRIGHT CT | | RAPID CITY | SD | 57701 | HM | S01830 | F | VNY | 18 |
| SISTOS | VANESSA M | 4914 58TH | | LUBBOCK | TX | 79414 | HP | S17022 | P | VNY | 170 |
| SITZ | SHANNA C | 5917 67TH | APT 1302 | LUBBOCK | TX | 79424 | LP | S17023 | P | VNY | 170 |
| SIVONEN | CASEY A | PO BOX 1073 | | BELGRADE | MT | 59714 | LP | S01623 | P | VNY | 16 |
| SKALSKY | KEVIN W | 303 3RD AVE NW | | DILWORTH | MN | 56529 | S | H25807 | F | VNI | 258 |
| SKIBBY | ELIZABETH A | 267 GRANDVIEW DRIVE S | | TWIN FALLS | ID | 83301 | LP | S07223 | P | VNY | 72 |
| SKIEF | LECARION L | 3100 ST HWY 31 E | APT 522 | TYLER | TX | 75702 | HP | S17822 | P | VNY | 178 |
| SLAGLE | KRISTEN H | 956 ARBOR GREEN DR | | ST CHARLES | MO | 63304 | HP | S23422 | P | VNY | 234 |
| SLAUGHTER | ASTASIA | 1331 LARPENTEUR AVE E | | MAPLEWOOD | MN | 55109 | HP | S22622 | P | VNY | 226 |
| SMITH | KATHERINE M | 213 7TH ST S | | VIRGINIA | MN | 55792 | LP | S04223 | P | VNY | 42 |
| SMITH | CJ L | 3737 E MARTIN AVE | | CUDAHY | WI | 53110 | LP | S04823 | P | VNY | 48 |
| SMITH | SHAWNEE | 2210 GAIL DRIVE | | POCATELLO | ID | 83201 | HP | S07022 | P | VNY | 70 |
| SMITH | TABITHA L | 1127 W NEELY AVE | | MUNCIE | IN | 47303 | HP | S11022 | P | VNY | 110 |
| SMITH | BRENNA C | 2016 UNIVERSITY BLVD | | LIMA | OH | 45805 | HP | S11622 | P | VNY | 116 |
| SMITH | CASSANDRA A | PO BOX 244 | | WINONA | IL | 61377 | AF | S14025 | F | VNY | 140 |
| SMITH | MAKAYLA L | 1620 SHEREORNE DR | | BELLEVILLE | IL | 62226 | LP | S14123 | P | VNY | 141 |
| SMITH | VANESSA L | 215 N BUCHANAN AVE | | PALMYRA | MO | 63461 | HP | S14722 | P | VNY | 147 |
| SMITH | TAYLOR B | 455 GILES ST | | BEAUMONT | TX | 77705 | HP | S17422 | P | VNY | 174 |
| SMITH | HUNTER A | 107 DIAMOND DRIVE | | DAVISVILLE | WV | 26142 | HP | S18322 | P | VNY | 183 |
| SMITH | JADE S | 8201 STANLEY ROAD | | BLOOMINGTON | MN | 55347 | LP | S21323 | P | VNY | 213 |
| SMITH | ASHLEY B | 1901 S HARLEM | | JOPLIN | MO | 64804 | HM | S23030 | F | VNY | 230 |
| SMITH | BROOKE R | 209 BRIARWOOD DR | | WATERLOO | IL | 62298 | LP | S23523 | P | VNY | 235 |
| SMITH | HANNAH A | 1334CLAY AVE | | TERRE HAUTE | IN | 47805 | HP | S27122 | P | VNY | 271 |
| SNYDER | MADELINE E | 776 SOUTH HILLS DR | | MORGANTOWN | WV | 26501 | HP | S18422 | P | VNY | 184 |
| SOLOMON-RUSSELL | GABRIELLE | 18902 E POWAHATAN PL | | INDEPENDENCE | MO | 64056 | HP | S05422 | P | VNY | 54 |
| SORENSON | OLIVIA K | 1109 4TH ST SW | | MASON CITY | IA | 50401 | HP | S07722 | P | VNY | 77 |
| SPENCER | AMBER N | 1225 S 6TH AVE | | WAUSAU | WI | 54401 | HM | S05130 | F | VNY | 51 |
| STACEY | ERIN E | PO BOX 834 | | FLORENCE | MT | 59833 | HP | S12622 | P | VNY | 126 |

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|
| STALLING | ALYSSA M | 1322 1/2 MAPLE AVE | ZANESVILLE | OH | 43701 | LP | S15223 | P | VNY | 152 |
| STAMNESS | SAMANTHA J | 11537 36X ST SW | DICKINSON | ND | 58601 | LP | S01923 | P | VNY | 19 |
| STANLEY | STEPHANIE M | 300 MEADOWBROOK AVE | BOARDMAN | OH | 44512 | AF | S11725 | F | VNY | 117 |
| STANTON | ALESIA M | 109 W. WAPELLO ST. | AGENCY | IA | 52530 | HP | S24422 | P | VNY | 244 |
| STEBNER | JANET A | 1518 SUNTREE DR | WEST FARGO | ND | 58078 | HF | H26205 | F | VNI | 262 |
| STEELY | DESTINY S | 2705 SHAMROCK DRIVE | SAN ANGELO | TX | 76904 | HP | S17322 | P | VNY | 173 |
| STEFFEY | JADA A | 127 PINE KNOT LN | JOHNSON CITY | TN | 37601 | HP | S08122 | P | VNY | 81 |
| STEINBAUGH | DANAE L | 95 S 900 W | BLACKFOOT | ID | 83221 | LP | S07023 | P | VNY | 70 |
| STEINBRINK | CHELSEY M | 611 2ND STREET NORTH | ST.JAMES | MN | 56081 | LP | S01223 | P | VNY | 12 |
| STENVOLD | BRITTNEY R | 402 28TH AVE N | FARGO | ND | 58102 | HF | S29722 | F | VNY | 297 |
| STERLING | EVONNA M | 2103 SE 11TH TERRACE | TOPEKA | KS | 66607 | HP | S25522 | P | VNY | 255 |
| STERNER | ELIZABETH L | 38377 SHEERWATER LN | WILLOUGHBY | OH | 44094 | HP | S09022 | P | VNY | 90 |
| STESHETZ | ASHLEY M | 2490 VALIANT LANE | GREEN BAY | WI | 54304 | HP | S10622 | P | VNY | 106 |
| STEVENS | JENNA K | 1241 HUBER DR. | MONROE | MI | 48162 | HP | S27522 | P | VNY | 275 |
| STEVES | SARAH A | 322 SW SALINE ST. | TOPEKA | KS | 66606 | LP | S25523 | P | VNY | 255 |
| STOEN | CHRISTOPHER J | 3219 2ND ST N | FARGO | ND | 58102 | HP | S29722 | P | VNY | 297 |
| STONE | ALEXUS E | 935 BURLEY AVE | BUHL | ID | 83316 | HP | S07222 | P | VNY | 72 |
| STONE | JANELLE A | 5524 N AUDUBON ST | SPOKANE | WA | 99205 | LP | S07523 | P | VNY | 75 |
| STONE | BRIANNA M | 334 S RAYMOND RD | WATERLOO | IA | 50703 | HP | S13022 | P | VNY | 130 |
| STONESTREET | MEGAN M | 745 RINGHOFF ROAD | BURBANK | WA | 99323 | LP | S16323 | P | VNY | 163 |
| STOOS | AHNIE N | W7886 WINDMILL ST | HOLMEN | WI | 54636 | AF | S10525 | F | VNY | 105 |
| STOUT | DESTINY K | 11 RIEL VALLEY RD | LEICESTER | NC | 28748 | HP | S21822 | P | VNY | 218 |
| STRACHOTA | KAILEY M | 1118 27TH AVE S APT 6 | GRAND FORKS | ND | 58201 | HP | S00322 | P | VNY | 3 |
| STRAIT | ALEXANDRIA E | 245 RIDGEWOOD DR | HIAWATHA | IA | 52233 | LP | S13723 | P | VNY | 137 |
| STRATE | ADDISON P | 3345 WEST ADAMS ST | ST. CHARLES | MO | 63301 | LP | S23423 | P | VNY | 234 |
| STREGE | DIANNE M | 804 MYRTLE ST | BUFFALO | MN | 55313 | HM | S21230 | F | VNY | 212 |
| STROM | ASHLEY M | 879 E DEWEY AVE | YOUNGSTOWN | OH | 44502 | HP | S11722 | P | VNY | 117 |
| STRUCKMAN | TARYN D | 509 W CAMPBELL APT C | GARDEN CITY | KS | 67846 | HP | S25022 | P | VNY | 250 |
| STRUGGS | TIFFANY R | 2400 BRECKENRIDGE | TYLER | TX | 75702 | HP | S17822 | P | VNY | 178 |
| STULTZ | DANNIELLE R | 117 7TH AVE NE | MINOT | ND | 58703 | HM | S02630 | F | VNY | 26 |
| SUITTER | JESSICA L | 2333 N ROY DR | IDAHO FALLS | ID | 83401 | HM | S07030 | F | VNY | 70 |
| SUNDE | ANGELA M | 2507 AMBER VALLEY CT S | FARGO | ND | 58103 | S | H26605 | F | VNI | 266 |
| SVENDSEN | KELSI F | 913 W COURT ST | PIERCE | NE | 68767 | HP | S06822 | P | VNY | 68 |
| SWEET | DOMINIQUE K | 1622 S 32ND ST | MILWAUKEE | WI | 53215 | HP | S04822 | P | VNY | 48 |
| SWEET | AMARIAH D | 2771 WINDWALKER COURT | MURFREESBORO | TN | 37128 | HP | S08222 | P | VNY | 82 |
| SWIFT | KALI B | 6044 FILLY LANE | JOPLIN | MO | 64804 | LP | S23623 | P | VNY | 236 |
| SYMENS | TONI R | 41354 116TH ST | CLAREMONT | SD | 57432 | HP | S02522 | P | VNY | 25 |
| SZILASI | ANA | 220 LAKE ST | MANDAN | ND | 58554 | HM | S00430 | F | VNY | 4 |
| TAHRAN | COLE J | 808 9TH AVE NE | DILWORTH | MN | 56529 | HP | H26510 | P | VNI | 265 |
| TALLENT | CHEYENNE E | 1253 E Rosebrier St | Springfield | MO | 65804-3638 | HP | S23022 | P | VNY | 230 |
| TARVER | DESIRAE N | 3755 NORTHERN PIKE | MONROEVILLE | PA | 15146 | HP | S18122 | P | VNY | 181 |
| TAYLOR | TORI LYNN D | 1343 ROMESTREET | BILLINGS | MT | 59105 | HP | S01522 | P | VNY | 15 |
| TAYLOR | REGAN N | 2828 W 1625 N | PLAIN CITY | UT | 84404 | HP | S07822 | P | VNY | 78 |

30

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

### Schedule E - EMPLOYEE (NOTICE ONLY)

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TAYLOR | BRANDI L | 456 SANDIA DR | | GRAND JUNCTION | CO | 81507 | LP | S16723 | P | VNY | 167 |
| TAYLOR | ERIEL M | 9415 GROSS ST | | BEAUMONT | TX | 77707 | HP | S17422 | P | VNY | 174 |
| TAYLOR | AMANDA L | 922 SUMMER LEAF DR | | ST PETERS | MO | 63376 | LP | S23423 | P | VNY | 234 |
| TAYLOR | JORDAN E | 8132 INGALLS STREET | | SWARTZ CREEK | MI | 48473 | HP | S27622 | P | VNY | 276 |
| TAYLOR SMITH | SHYANNE C | 3882 GRANADA WAY N | | OAKDALE | MN | 55128 | HP | S22622 | P | VNY | 226 |
| TEET | MIKAYLA F | 5801 BOX CANYON CIR | | LINCOLN | NE | 68516 | LP | S06023 | P | VNY | 60 |
| TEJEDA-SALAS | MARY C | 605 DARLING ST | | OGDEN | UT | 84403 | HP | S07822 | P | VNY | 78 |
| TEMPEL | HALEY N | 2530 MOULTON ST | | BUTTE | MT | 59701 | HP | S03522 | P | VNY | 35 |
| THACKER | SAVANNAH M | 4825 SHELBY ST | | INDIANAPOLIS | IN | 46227 | AF | S11225 | F | VNY | 112 |
| THEISEN | JENELLE A | 3828 BLONDIE ST APT 203 | | BOZEMAN | MT | 59718 | HP | S01622 | P | VNY | 16 |
| THELANDER | LEAH J | 3900 E 12TH ST  #136 | | CASPER | WY | 82609 | HM | S12830 | F | VNY | 128 |
| THELEN | ELISABETH C | 289 MAPLE AVE | | FOND DU LAC | WI | 54935 | LP | S04423 | P | VNY | 44 |
| THEROUX | BRANDY L | 12340 CHICKAMAN LANE | | LOLO | MT | 59847 | LP | S12623 | P | VNY | 126 |
| THOMAS | BRIANNA M | 172 CREEK VIEW DRIVE | | CHILLICOTHE | OH | 45601 | LP | S11423 | P | VNY | 114 |
| THOMAS | BETSY A | 420 HOLLAND DR | | TRENTON | OH | 45067 | HP | S12422 | P | VNY | 124 |
| THOMAS | VANESSA A | 49 MAC GREGOR RD | | PUEBLO | CO | 81001 | LP | S16523 | P | VNY | 165 |
| THOMPSON | PATIENCE L | 1206 27TH AVE S | APT 203 | MOORHEAD | MN | 56560 | HP | S00522 | P | VNY | 5 |
| THOMPSON | BRIONI E | 8561 W FAIRVIEW AVE | #102 | BOISE | ID | 83704 | AF | S07425 | F | VNY | 74 |
| THOMPSON | JESSICA M | 4309 FENWICK DR | | NEW HAVEN | IN | 46774 | HP | S10822 | P | VNY | 108 |
| THOMPSON | CHRISTINA E | 51363 TOWNSHIP ROAD 146 B | | COSHOCTON | OH | 43812 | LP | S15223 | P | VNY | 152 |
| THORN | SHEENA D | 1010 39T STREET | | VIENNA | WV | 26105 | AF | S18325 | F | VNY | 183 |
| THORNE | KEMBERLI D | 231 E ADAMS | APT 14 | VIRGINIA | IL | 62691 | HP | S20222 | P | VNY | 202 |
| THORNELL | MADISON L | 938 E MAPLE AVE | | MIAMISBURG | OH | 45342 | HP | S11522 | P | VNY | 115 |
| THORNLEY | JAZLYNN D | 5604 KENNEDY DR | | CHEYENNE | WY | 82001 | LP | S12923 | P | VNY | 129 |
| THUMA | MADISON A | 6729 SW MONTARA | | TOPEKA | KS | 66619 | HP | S25522 | P | VNY | 255 |
| TISDALE | AMBER D | 620 BRYSON #204 | | YOUNGSTOWN | OH | 44502 | HP | S11722 | P | VNY | 117 |
| TOLLEFSON | DANE | 405 35TH AVE E | | WEST FARGO | ND | 58078 | S | H00105 | F | VNI | 1 |
| TORRES | REHNEA L | 2338 CR 7650 | | LUBBOCK | TX | 79423 | LP | S17023 | P | VNY | 170 |
| TORRES VEGA | NOMAITZEL | 3224 FOXRIDGE DR. | | COLORADO SPRING | CO | 80916 | HP | S16422 | P | VNY | 164 |
| TOSCANO CAMACHO | CATHERINE | 4330 E PAULDING RD | | FORT WAYNE | IN | 46816 | HP | S10822 | P | VNY | 108 |
| TOSTADO ESPINO | MARIA E | 515 STATE STREET | | SALINA | KS | 67401 | LP | S25123 | P | VNY | 251 |
| TOY | ALEXANDRA B | 5058 N PECONGA DR | | MARION | IN | 46952 | LP | S11023 | P | VNY | 110 |
| TRAN | HIEN M | 1902 31 AVE S | | FARGO | ND | 58103 | WF | H26510 | F | VNI | 265 |
| TREVINO | CHRISCELDA I | 1349 OLYMPIA DRIVE | | JEROME | ID | 83338 | LP | S07223 | P | VNY | 72 |
| TRIPLETT | ASHLEY H | 609 MAIN STREET | PO BOX 547 | FILER | ID | 83328 | LP | S07223 | P | VNY | 72 |
| TRIPP | EMILY G | 2808  MARKAY  ST SE | | ROCHESTER | MN | 55904 | HP | S22022 | P | VNY | 220 |
| TRISKA | LAUREN Q | 2841 SHERWOOD CT | | BURLINGTON | KY | 41005 | LP | S14823 | P | VNY | 148 |
| TRITCH | TAYLOR N | 1112 10TH N ST | | FARGO | ND | 58103 | HP | S00522 | P | VNY | 5 |
| TROUTMAN | MONICA L | 2295 WOODPARK DR | | COLORADO SPRING | CO | 80951 | HM | S16430 | F | VNY | 164 |
| TRUJILLO | SADIE D | 672 N 3530 EAST | | MENAN | ID | 83434 | FR | S07122 | P | VNY | 71 |
| TRUJILLO | TAYLOR R | 1644 SOUTH SPRUCE ST | | CASPER | WY | 82601 | HP | S12822 | P | VNY | 128 |
| TRUMPP | KIMBERLY L | 204 E WILSON ST | | SALINA | KS | 67401 | HM | S25130 | F | VNY | 251 |
| TSCHETTER | REBA R | 746 49TH ST SOUTH | | FARGO | ND | 58103 | LP | S00523 | P | VNY | 5 |

31

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

Schedule E - EMPLOYEE (NOTICE ONLY)
Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TULLY | KATHLEEN A | 222 N 74TH ST | | MILWAUKEE | WI | 53213 | LP | S04823 | P | VNY | 48 |
| TURNER | DESTINY M | 625 WINTERGRREN DRIVE | | O FALLON | IL | 62269 | HP | S14122 | P | VNY | 141 |
| TURNER | ALISHA M | 10776 90TH ST. | | OTTUMWA | IA | 52501 | AF | S24425 | F | VNY | 244 |
| UNRUH | SHAWNEE S | 2052 COUNTY 13 | | ZAP | ND | 58580 | HP | S00422 | P | VNY | 4 |
| UTASH | ANDREA M | 815 HOWARD STREET APT 3 | | PORT HURON | MI | 48060 | LP | S22323 | P | VNY | 223 |
| UTTER | KYLEE L | 2101 HANAFORD AVE | | BISMARCK | ND | 58501 | HP | S00422 | P | VNY | 4 |
| VAILLETTE | OTHILA J | 358 BOCAGE DR | | CHEYENNE | WY | 82009 | HP | S12922 | P | VNY | 129 |
| VALDEZ | BOBBY L | 3460 39TH ST S | | MOORHEAD | MN | 56560 | WF | H26510 | F | VNI | 265 |
| VALDEZ | MELISSA M | 90 MAYFAIR DR | | MOORHEAD | MN | 56560 | HP | H26511 | P | VNI | 265 |
| VALDEZ | CLARIVEL | 9603 PALOMINO DR | | PASCO | WA | 99301 | HP | S16322 | P | VNY | 163 |
| VALISH | KELSIE R | 1048 ISAAC DR | | LINCOLN | NE | 68521 | LP | S06023 | P | VNY | 60 |
| VALTIERREZ VIZCARRA | RUBISELA | 18932 DUNBURY AVE | | FARMINGTON | MN | 55024 | HP | S21322 | P | VNY | 213 |
| VAN DAME | MORGAN L | 594 W 125 S | | WILLIAMSPORT | IN | 47993 | LP | S27023 | P | VNY | 272 |
| VANDAELE | JAMIE L | 9812 FERDER RD | | MAYBEE | MI | 48159 | LP | S27523 | P | VNY | 275 |
| VANDERHOOF | MORGAN B | 60 PINEWOOD KNOLL | | ROCHESTER | NY | 14624 | HP | S18522 | P | VNY | 185 |
| VANDORIN | TRULEIGH L | 305 E. HICKORY ST. | | BLAKESBURG | IA | 52536 | LP | S24423 | P | VNY | 244 |
| VANG | JESSICA P | 1904 NEUPERT AVE APT. 6 | | SCHOFIELD | WI | 54476 | LP | S05123 | P | VNY | 51 |
| VANGSNESS | CHRISTINE E | 1620 36TH AVE S | | FARGO | ND | 58104 | S | H26605 | F | VNI | 266 |
| VARGAS | LESLIE S | 101 S LYNCH #17 | | HOLCOMB | KS | 67851 | LP | S25023 | P | VNY | 250 |
| VASQUEZ | DESTINY R | 3752 ST REGIS DR | | WHITE BEAR LAKE | MN | 55110 | HP | S22622 | P | VNY | 226 |
| VCELIK | COURTNEY J | 117 N COOPER | | OLATHE | KS | 66061 | HM | S24930 | F | VNY | 249 |
| VEIT | ANGELA K | 401 W 2ND ST | | ODEBOLT | IA | 51458 | AF | S13125 | F | VNY | 131 |
| VEITH | BRENDA L | 3302 WEST F ST | | NORTH PLATTE | NE | 69101 | LP | S06923 | P | VNY | 69 |
| VELA | DESTINEE E | 4658 HAYES RD | #2 | MADISON | WI | 53704 | HP | S09822 | P | VNY | 98 |
| VELEZ TORRES | JANETTE | 966 HEDGE APPLE DR | | CLARKSVILLE | TN | 37040 | LP | S08323 | P | VNY | 83 |
| VEU | KATHLEEN K | 8731 N OAKWOOD AVE | | NEENAH | WI | 54956 | LP | S04723 | P | VNY | 47 |
| VIENS | SARAH A | 1501 VANDIVER DR | LOT 209 | COLUMBIA | MO | 65202 | HP | S23222 | P | VNY | 232 |
| VIETOR | MADELINE G | 23865 477TH AVE | | TRENT | SD | 57065 | LP | S01123 | P | VNY | 11 |
| VIGIL | MIRANDA A | 2007 Ridgewood Ln | | Pueblo | CO | 81005-2522 | HP | S16522 | P | VNY | 165 |
| VIGNEAU | TORI L | 4404 RHODES RD | | RHODES | MI | 48652 | LP | S08423 | P | VNY | 84 |
| VILLAGOMEZ | CALLISTA N | 3528 RABBIT RUN TRAIL | | ADAMS | TN | 37010 | HP | S08322 | P | VNY | 83 |
| VITTITOW | MEGAN M | 1718 RAINBOW DR. | | LONGVIEW | TX | 75604 | LP | S17923 | P | VNY | 179 |
| VOGELSANG | JAMIE L | 2401 36TH ST S APT 208 | | MOORHEAD | MN | 56560 | HP | S00522 | P | VNY | 5 |
| VOIGT | KAITLYN M | 2318 N 7TH STREEY | | WAUSAU | WI | 54403 | HP | S05122 | P | VNY | 51 |
| VOIGTS | ANGELA C | 1926 4TH AVE N | | FT DODGE | IA | 50501 | AF | S13225 | F | VNY | 132 |
| VOLK STENSON | SARAH A | 3128 7TH STREET EAST | | WEST FARGO | ND | 58078 | S | H25907 | F | VNI | 259 |
| VOLLUZ | SYLVIA J | 364 STONEHEDGE DRIVE | #12L | SALT LAKE CITY | UT | 84107 | HM | S12230 | F | VNY | 122 |
| VONDERHEIDE | EMILY K | 1341 N 1405 L | | FOWLER | IL | 62338 | HP | S14722 | P | VNY | 147 |
| VOSBERG | KERRIGAN J | 1302 12TH AVE SW | | WATERTOWN | SD | 57201 | LP | S02523 | P | VNY | 25 |
| VRANEY | ALEXANDRA K | 4506 AUGUSTINE AVE. | | WESTON | WI | 54476 | LP | S01223 | P | VNY | 12 |
| WADDELL | SYDNEY M | 1487 DERBYSHIRE DRIVE | | GREENWOOD | IN | 46143 | HP | S11222 | P | VNY | 112 |
| WADDELL | TRACI L | 1738 WHITT HUNT RD | | PLEASANT GARDEN | NC | 27313 | LP | S21723 | P | VNY | 217 |
| WADE | ALYSSA M | 318 CARRIE LANE | | CHATHAM | IL | 62629 | HP | S20222 | P | VNY | 202 |

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WAGNER | TERISA E | 11962 85TH PLACE N | | MAPLE GROVE | MN | 55369 | DM | H26406 | F | VNI | 264 |
| WAGNER | LINDSEY K | 2915 Blue Stem Dr | | West Fargo | ND | 58078-8014 | FR | S00522 | P | VNY | 5 |
| WAGNER | TANISHA M | 6401 IRVINE AVE LOT 20 | | BEMIDJI | MN | 56601 | HP | S00922 | P | VNY | 9 |
| WAITE | KATHERINE L | 3005 STATE ROUTE 676 | | STOCKPORT | OH | 43787 | LP | S18323 | P | VNY | 183 |
| WALD | CAITLIN R | 101 BROOKSIDE AVE | | BLACK MOUNTAIN | NC | 28711 | HP | S21822 | P | VNY | 218 |
| WALDERA ISHAUG | RHONDA R | 337 EDGEWATER DR | | WEST FARGO | ND | 58078 | S | H26406 | F | VNI | 264 |
| WALKER | ARIEL L | 5217 WAXWING | | RAPID CITY | SD | 57702 | LP | S01823 | P | VNY | 18 |
| WALKER | NATALYA E | 37691 SW HEIGHT OF LND DR | | ROCHERT | MN | 56578 | HP | S02222 | P | VNY | 22 |
| WALKER | RYLEE M | 5112 END ST | | LEHIGH | IA | 50557 | HP | S13222 | P | VNY | 132 |
| WALKER | KATIE L | 6040 BELPREE RD | APT B117 | AMARILLO | TX | 79119 | AF | S17125 | F | VNY | 171 |
| WALLIN | KRISTI C | 2028 11TH ST | | PERU | IL | 61354 | HP | S14022 | P | VNY | 140 |
| WALLIS | KANDI M | 81 N County Road 830 | | Mendon | IL | 62351-1016 | HP | S14722 | P | VNY | 147 |
| WALLNER | TAMMI R | 1717 49TH ST S | | FARGO | ND | 58103 | HF | H26205 | F | VNI | 262 |
| WALTERS | KAYLA D | 1620 KELBY AVE | APT 3 | BILLINGS | MT | 59105 | LP | S01523 | P | VNY | 15 |
| WALTERS | BRITTANY A | 314 36TH ST | | VIENNA | WV | 26105 | LP | S18323 | P | VNY | 183 |
| WALTON | LINDSEY L | 1301 1ST ST N | | FARGO | ND | 58102 | HF | H26807 | F | VNI | 268 |
| WAMBACH | MARGARET A | 1413 3RD AVE N #B | | FARGO | ND | 58102 | WF | H26511 | F | VNI | 265 |
| WANNEMACHER | TAMMY A | 105 ALBERT DRIVE | | OTTOVILLE | OH | 45876 | AF | S11625 | F | VNY | 116 |
| WAREHAM | TAMARA L | 13716 N MEADOWLARK COURT | | MEAD | WA | 99021 | LP | S07523 | P | VNY | 75 |
| WARNER | TRAE D | 2 WEST MAIN ST | | GREENWOOD | IN | 46142 | HM | S11230 | F | VNY | 112 |
| WARNER | HANNAH C | 1608 BALDWIN STREET | | HARLAN | IA | 51537 | LP | S13323 | P | VNY | 133 |
| WASHBURN | SARA L | 4230 HICKORY LANE | APT. 426 | SIOUX CITY | IA | 51106 | LP | S02823 | P | VNY | 28 |
| WATSON | EMILY R | 3946 STELLA DRIVE | | CLARKSVILLE | TN | 37040 | HP | S08322 | P | VNY | 83 |
| WATSON | THERESA D | 9834 MOLINE RD | | DENVER | IA | 50622 | LP | S13123 | P | VNY | 131 |
| WATTS | JESSICA L | 1970 REDMON RD | | LONGVIEW | TX | 75602 | HP | S17922 | P | VNY | 179 |
| WATTS | EMILY J | 2060 WILLOW TRL | | ST.CHARLES | MO | 63303 | HP | S23422 | P | VNY | 234 |
| WEGNER | ELIZABETH M | 267 E SHATTUCK LN | | MIDLAND | MI | 48640 | HP | S27722 | P | VNY | 277 |
| WEIDENBACH | MACKENZIE | 493 9th Ave | | Walcott | ND | 58077 | HP | H26905 | P | VNI | 1 |
| WEIDOW | KATIE M | 56 CHEROKEE DRIVE | | GREAT FALLS | MT | 59404 | HP | S03622 | P | VNY | 36 |
| WEIGEN | EMMA L | 6524 S MEMORIAL DR | | TULSA | OK | 74133 | HM | S19930 | F | VNY | 199 |
| WEISEL | SARAH J | 4814 SALTSBURG ROAD | | MURRYSVILLE | PA | 15668 | HP | S18122 | P | VNY | 181 |
| WELCH | ALEXIS | 5139 W HAYDEN AVE | | RATHDRUM | ID | 83858 | HP | S01322 | P | VNY | 13 |
| WELCH | BRITTANY M | 1081 HENDRIX RD | | MOSCOW | ID | 83843 | HM | S07630 | F | VNY | 76 |
| WELCH | HANNAH G | 50 LILAC | | CASPER | WY | 82604 | HP | S12822 | P | VNY | 128 |
| WELCH | PATRICIA L | 42 N. 91ST E. AVE | | TULSA | OK | 74115 | HP | S19922 | P | VNY | 199 |
| WEMETT | HANNAH M | 979 CLEVELAND AVENUE | | DUBUQUE | IA | 52003 | AF | S13825 | F | VNY | 138 |
| WENDELL | BRYNN K | 735 W 3500 N | | PLEASENT VIEW | UT | 84414 | HP | S07822 | P | VNY | 78 |
| WENDLAND | MEGHAN L | 4415 10th ST W | | WEST FARGO | ND | 58078 | HP | H26511 | P | VNI | 265 |
| WENDT | BETHANY L | W5102 BRADLEY RD | | ROI | WI | 53960 | LP | S09823 | P | VNY | 98 |
| WENTZ | AMBER L | 1322 13TH AVE E | | HIBBING | MN | 55746 | HP | S04222 | P | VNY | 42 |
| WESDORP | KELSEY M | 41972 EHRKE DR | | CLINTON TOWNSHI | MI | 48038 | LP | S14523 | P | VNY | 145 |
| WEST | KAILA D | 304 OAK HILL RD | | CANDLER | NC | 28715 | HP | S21822 | P | VNY | 218 |
| WHEATLEY | MADISYN A | 5128 BUENA DRIVE | | GRANITE CITY | IL | 62040 | LP | S14123 | P | VNY | 141 |

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WHITE | TASIA L | 12406 S 1450 W | | RIVERTON | UT | 84065 | AF | S12225 | F | VNY | 122 |
| WHITE | VICKI M | 1602 HILLCREST DRIVE | APT 301 | MANHATTAN | KS | 66502 | HP | S25422 | P | VNY | 254 |
| WHITTEN | JENNIFER A | 318 CRABAPPLE DRIVE | | HOWARD | OH | 43028 | HM | S13630 | F | VNY | 136 |
| WHITTINGTON | KEELY R | 5550 AVIE LANE | | BEAUMONT | TX | 77708 | HP | S17422 | P | VNY | 174 |
| WICHLINSKI | KYRSTEN E | 2020 PUGET DR | | WEST LAFAYETTE | IN | 47906 | LP | S27223 | P | VNY | 272 |
| WICKA | ANDREA D | N2622A ST. ROAD 35 | | STODDARD | WI | 54658 | LP | S10523 | P | VNY | 105 |
| WIEDRICH | MORGAN A | 5207 33RD AVE S #310 | | FARGO | ND | 58104 | S | H26708 | F | VNI | 267 |
| WIGAL | MONICA L | 93 ELM ST | | DAVISVILLE | WV | 26142 | HM | S18330 | F | VNY | 183 |
| WIGGERT | BRANDON L | 2320 65th Ave S #112 | | Fargo | ND | 58104 | HF | H26305 | F | VNI | 263 |
| WILDE | SKYLER B | 1690 NORTH HAYES | | POCATELLO | ID | 83204 | HP | S07022 | P | VNY | 70 |
| WILEY | CASSANDRA G | 3608 BROOKSIDE DR | | WYLIE | TX | 75098 | HM | S17730 | F | VNY | 177 |
| WILGUS | CAITLIN M | 2019 TOLER RD APT 613 | | LONGVIEW | TX | 75605 | LP | S17923 | P | VNY | 179 |
| WILLHOITE | LAURIE J | 119 CLUBHOUSE LANE | UNIT B | LEBANON | OH | 45036 | HP | S11422 | P | VNY | 114 |
| WILLIAMS | MATTHEW R | 703 MOON FIRE ROAD | | SANDPOINT | ID | 83864 | S | H26605 | F | VNI | 266 |
| WILLIAMS | ASHLEY A | 2998 PARK PLACE | | NORWALK | IA | 50211 | HP | S07322 | P | VNY | 73 |
| WILLIAMS | TA 'SHAY L | 22 1/2 2ND ST NE | | MASON CITY | IA | 50401 | HP | S07722 | P | VNY | 77 |
| WILLIAMS | CARRISA C | 4850 SNAIL SHELL CAVE RD | | ROCKVALE | TN | 37353 | HP | S08222 | P | VNY | 82 |
| WILLIAMS | SARA N | 314 NICE DR. | | CLARKSVILLE | TN | 37042 | LP | S08323 | P | VNY | 83 |
| WILLIAMS | MONICA T | 1054 SCHUMARD AVENUE | | Cincinnati | OH | 45215 | HP | S12422 | P | VNY | 124 |
| WILLIAMS | KAYLA N | 2203 ALBEMARLE DR | | FAIRFIELD | OH | 45014 | LP | S12423 | P | VNY | 124 |
| WILLIAMS | RITA L | 2809 ONTARIO ST | | PUEBLO | CO | 81004 | HM | S16530 | F | VNY | 165 |
| WILLIAMS | DEANNA R | 477 PATE RD | | NEW BERN | NC | 28562 | HP | S21722 | P | VNY | 217 |
| WILLIAMS | DAZESHA I | 1007 INTERNATIONAL AVE | | JOPLIN | MO | 64801 | HP | S23622 | P | VNY | 236 |
| WILLIAMS | RENEE D | 8705 W 9 MILE RD | | OAK PARK | MI | 48237 | HM | S27530 | F | VNY | 275 |
| WILLIAMSON DAVIS | DARIAN L | 3424 SCOTT ST | | ST JOSEPH | MO | 64507 | HP | S23322 | P | VNY | 233 |
| WILLIE | CAROLINE A | 57 AVONDALE RD | | ASHEVILLE | NC | 28803 | LP | S21823 | P | VNY | 218 |
| WILLROTH | ANDREA F | 211 DOVER ST | | KINGSLEY | IA | 51028 | AF | S02825 | F | VNY | 28 |
| WILSON | HALLIE E | 2113 BEVERLY BLVD | | NORTH PLATTE | NE | 69101 | LP | S06923 | P | VNY | 69 |
| WILSON | ASHLEY T | 1182 STONEWOLF TRAIL | | FAIRVIEW HEIGHT | IL | 62208 | LP | S14123 | P | VNY | 141 |
| WILSON | MELISSA S | 520 OAKLAND BLVD | | CAMBRIDGE | OH | 43725 | AF | S15225 | F | VNY | 152 |
| WILSON | MELINDA R | 3101 SW WANNAMAKER DR | | TOPEKA | KS | 66614 | LP | S21423 | P | VNY | 214 |
| WINDOM | MELISSA M | 2431 LINDSAY LN | | GRAND BLANC | MI | 48439 | HM | S04930 | F | VNY | 49 |
| WINKELMANN | BRIDGETTE A | 1900 MURPHY LANE | | EAU CLAIRE | WI | 54703 | HP | S10422 | P | VNY | 104 |
| WINN | CASEY L | 1180 W. AKEMAN BRIDGE RD | | COLUMBIA | MO | 65202 | HP | S23222 | P | VNY | 232 |
| WINSLOW | MCKENZEY M | 518 S 2ND ST | | WAPELLO | IA | 52653 | HP | S13922 | P | VNY | 139 |
| WINTER | HAILEY A | 368 PINE RIDGE RD | | SARTELL | MN | 56377 | HP | S07722 | P | VNY | 77 |
| WINTER | AIMEE S | 21363 WHITE PINE LN | | NEW VIENNA | IA | 52065 | HP | S13022 | P | VNY | 130 |
| WIRTH | BARBARA M | 101 WARREN ST | | DAVENPORT | ND | 58021 | HF | H00105 | F | VNI | 1 |
| WITTY | GRACE A | 412 S TURNBERRY | | MUNCIE | IN | 47396 | HP | S11022 | P | VNY | 110 |
| WOLFGANG | EMILY A | 607 W SALZBURG RD | | AUBURN | MI | 48611 | HP | S08422 | P | VNY | 84 |
| WOLFORD | ALYSHA S | 3012 W 17TH ST | | JOPLIN | MO | 64801 | HP | S23622 | P | VNY | 236 |
| WOLSCHLAGER | KAYLA L | 1629 OKLAHOMA AVE | | FLINT | MI | 48502 | LP | S27623 | P | VNY | 276 |
| WOODARD | TAI C | 2445 WHITMORE | | OMAHA | NE | 68112 | HP | S06122 | P | VNY | 61 |

34

**VANITY SHOP OF GRAND FORKS, INC.**
**Case No. 17-30112**

**Schedule E - EMPLOYEE (NOTICE ONLY)**

Employee Information: includes both Debtor and Vanity Inc Employees

| Legal Name | | Home Address | | City | State | Zip | Job Code | PR Dept | FT/PT | Company Code | Reporting Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WRIGHT | ANDRESHA M | 4514 JAYNES ST. | | OMAHA | NE | 68104 | HP | S06122 | P | VNY | 61 |
| WURGLER | PAISLEY K | 1134 1ST ST NW | | ROCHESTER | MN | 55901 | HF | H25707 | F | VNI | 257 |
| YADRO | JENNA L | 5635 BUTTERNUT DR | | KEWASKUM | WI | 53040 | LP | S04423 | P | VNY | 44 |
| YELTON | ASHLEY L | 424 VISCOUNT DR | | CINCINNATI | OH | 45238 | AF | S12425 | F | VNY | 124 |
| YENDRA | KYLIE M | 1523 AVE Q | | KEARNEY | NE | 68847 | HP | S06622 | P | VNY | 66 |
| YOUNG | JENNIFER L | 5901 DARTMOUTH DR | | MOUNTAIN GREEN | UT | 84050 | DM | H26406 | F | VNI | 264 |
| YOUNG | OLIVIA M | 509 W 2ND AVE | | LENNOX | SD | 57039 | HP | S01122 | P | VNY | 11 |
| YOUNG | MARSHA R | 463 CHICAGO AVE | | YOUNGSTOWN | OH | 44511 | HP | S11722 | P | VNY | 117 |
| YOUNG | LAKESHIA A | 3485 MAIDA | | BEAUMONT | TX | 77708 | LP | S17423 | P | VNY | 174 |
| YOUNG | ROBYN R | 12 KIRKLEY LN | | SPRINGFIELD | IL | 62704 | HP | S20222 | P | VNY | 202 |
| YOUNG | ANNABELLE R | 5100 S MAIN AVE APT B100 | | SPRINGFIELD | MO | 65810 | AF | S23025 | F | VNY | 230 |
| YOUNG | BRITTNEY L | 2767 BLOOMFIELD DR | | ST LOUIS | MO | 63129 | HP | S23522 | P | VNY | 235 |
| YOUNG | KEELY E | 2512 MEADOW DR | | LAFAYETTE | IN | 47909 | HP | S27222 | P | VNY | 272 |
| YOUNG | NATALIE L | 1718 7TH ST S | | FARGO | ND | 58103 | SM | S29730 | F | VNY | 297 |
| YOUSIF | MENA D | 2119 15TH ST SE | | ROCHESTER | MN | 55904 | HP | S22022 | P | VNY | 220 |
| ZADEH | SHERELL L | 14202 MOLASSES MILL DR | | DRAPER | UT | 84020 | HP | S12222 | P | VNY | 122 |
| ZARATE | MARIAH C | 1963 S LAYTON BLVD | | MILWAUKEE | WI | 53215 | HP | S04822 | P | VNY | 48 |
| ZEMLJAK | KELI J | 19 LUMBER JACK RD | | BUTTE | MT | 59701 | LP | S03523 | P | VNY | 35 |
| ZERMENO | NICOLE | 16920 W 63RD PLACE | | ARVADA | CO | 80403 | RM | H26406 | F | VNI | 264 |
| ZETOCHA | BAILEY R | 3100 HOMESTEAD DR | | BISMARCK | ND | 58503 | HP | S00422 | P | VNY | 4 |
| ZILLMER | BRIANNA M | 806 WABASHA AVE | | ST. CHARLES | MN | 55972 | HP | S22022 | P | VNY | 220 |
| ZIMMERMAN | SAMATHA K | 1959 WHISPERING OAK | | DAYTON | OH | 45440 | HP | S11522 | P | VNY | 115 |
| ZINTL | SAMANTHA J | 2641 WOODLAKE CT | APT 3 | WYOMING | MI | 49519 | AF | S08025 | F | VNY | 80 |
| ZITZELBERGER | VICTORIA J | 708 MARDIS DRIVE | | JONESBORO | AR | 72404 | HP | S20922 | P | VNY | 209 |
| ZUBACK | MCKENZIE E | 1632 S 59 STREET | | WEST ALLIS | WI | 53214 | LP | S20723 | P | VNY | 207 |
| ZUBER | SHONNA D | 13 N JFK RD | | EAST DUBUQUE | IL | 61025 | HM | S07330 | F | VNY | 73 |
| ZUEGE | JALISSA S | 302 FOREST LANE | | MARYSVILLE | MI | 48040 | HP | S22322 | P | VNY | 223 |

35

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

<span style="color:red">**Schedule F**</span>
Governmental Units

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| **ATTORNEY GENERALS** | | | | | | | |
| Arkansas Attorney General | Attn Bankruptcy Department | 323 Center St. Ste 200 | | | Little Rock | AR | 72201-2610 |
| Colorado Attorney General | Attn Bankruptcy Department | Ralph L Carr Colorado Judicial Center | 1300 Broadway, 10th Fl | | Denver | CO | 80203 |
| Idaho Attorney General | Attn Bankruptcy Department | Statehouse | | | Boise | ID | 83720-1000 |
| Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 |
| Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South 5th Fl | 302 West Washington St | | Indianapolis | IN | 46204 |
| Iowa Attorney General | Attn Bankruptcy Department | Hoover State Office Bldg | 1305 E. Walnut | | Des Moines | IA | 50319 |
| Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | | Topeka | KS | 66612-1597 |
| Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | | Frankfort | KY | 40601 |
| Michigan Attorney General | Attn Bankruptcy Department | 525 W. Ottawa St. | P.O. Box 30212 | | Lansing | MI | 48909-0212 |
| Minnesota Attorney General | Attn Bankruptcy Department | State Capitol, Ste. 102 | | | St. Paul | MN | 55155 |
| Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | | Jefferson City | MO | 65101 |
| Montana Attorney General | Attn Bankruptcy Department | Justice Bldg | 215 N. Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620-1401 |
| Nebraska Attorney General | Attn Bankruptcy Department | State Capitol | P.O. Box 98920 | | Lincoln | NE | 68509-8920 |
| New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224 |
| North Carolina Attorney General | Attn Bankruptcy Department | Department of Justice | P.O. Box 629 | | Raleigh | NC | 27602-0629 |
| North Dakota Attorney General | Attn Bankruptcy Department | State Capitol | 600 E. Boulevard Ave. | | Bismarck | ND | 58505-0040 |
| Ohio Attorney General | Attn Bankruptcy Department | State Office Tower | 30 E. Broad St. 14th Fl | | Columbus | OH | 43266-0410 |
| Oklahoma Attorney General | Attn Bankruptcy Department | 313 NE 21st St | | | Oklahoma City | OK | 73105 |
| Pennsylvania Attorney General | Attn Bankruptcy Department | 1600 Strawberry Square | | | Harrisburg | PA | 17120 |
| South Dakota Attorney General | Attn Bankruptcy Department | 1302 East Highway 14 | Suite 1 | | Pierre | SD | 57501-8501 |
| Tennessee Attorney General | Attn Bankruptcy Department | Office of the Attorney General | PO Box 20207 | | Nashville | TN | 37202-0207 |
| Texas Attorney General | Attn Bankruptcy Department | Capitol Station | P.O. Box 12548 | | Austin | TX | 78711-2548 |
| Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State St Ste 230 | | Salt Lake City | UT | 84114-2320 |
| Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 |
| West Virginia Attorney General | Attn Bankruptcy Department | State Capitol Bldg 1 Rm E-26 | 1900 Kanawha Blvd., East | | Charleston | WV | 25305 |
| Wisconsin Attorney General | Attn Bankruptcy Department | Wisconsin Dept. of Justice | State Capitol Room 114 East | PO Box 7857 | Madison | WI | 53707-7857 |
| Wyoming Attorney General | Attn Bankruptcy Department | State Capitol Bldg, Room 123 | 200 W. 24th Street | | Cheyenne | WY | 82002 |
| | | | | | | | |
| **CONSUMER PROTECTION AGENCIES** | | | | | | | |
| Office of the Attorney General - Albany Office | Bureau of Consumer Fruads and Protection | The Capitol | | | Albany | NY | 12224-0341 |
| Office of the Attorney General - New York City Office | Bureau of Consumer Fruads and Protection | 120 Broadway, 3rd Floor | | | New York | NY | 10271-0332 |
| Office of the Attorney General | Bureau of Consumer Protection | Strawberry Square, 14th Floor | | | Harrisburg | PA | 17120 |
| Wisconsin Department of Agriculture, Trade and Consumer Protection | Bureau of Consumer Protection | 2811 Agriculture Dr | PO Box 8911 | | Madison | WI | 53708-8911 |
| Tennessee Office of the Attorney General | Consumer Advocate and Protection Division | PO Box 20207 | | | Nashville | TN | 37202-0207 |
| Illinois Office of the Attorney General - Carbondale | Consumer Fraud Bureau | 601 S. University Ave | | | Carbondale | IL | 62901 |
| Illinois Office of the Attorney General - Chicago | Consumer Fraud Bureau | 100 W. Randolph St | | | Chicago | IL | 60601 |
| Illinois Office of the Attorney General - Springfield | Consumer Fraud Bureau | 500 S. 2nd St | | | Springfield | IL | 62706 |
| Office of Kansas Attorney | Consumer Protection and Antitrust Division | 120 S.W. 10th Ave, 2nd Floor | | | Topeka | KS | 66612-1597 |
| Office of the Attorney General | Consumer Protection and Antitrust Division | 1050 E. Interstate Ave | Suite 200 | | Bismarck | ND | 58503-5574 |
| Arkansas Office of the Attorney General | Consumer Protection Division | 323 Center St. | Suite 200 | | Little Rock | AR | 72201 |
| Colorado Office of the Attorney General | Consumer Protection Division | Ralph L. Carr Judicial Building | 1300 Broadway, 7th Floor | | Denver | CO | 80203 |
| Idaho Attorney Generals Office | Consumer Protection Division | 954 W. Jefferson | 2nd Floor | PO Box 83720 | Boise | ID | 83720 |
| Iowa Office of the Attorney General | Consumer Protection Division | Hoover State Office Building | 1305 E. Walnut St. | | Des Moines | IA | 50319-0106 |
| Kentucky Office of the Attorney General | Consumer Protection Division | 1024 Capital Center Dr | Suite 200 | | Frankfort | KY | 40601 |
| Nebraska Office of the Attorney General | Consumer Protection Division | 2115 State Capitol | | | Lincoln | NE | 68509 |
| North Carolina Office of the Attorney General | Consumer Protection Division | Mail Service Center 9001 | | | Raleigh | NC | 27699-9001 |
| Office of the Attorney General | Consumer Protection Division | Government Center South | 5th Floor | 302 W. Washington St. | Indianapolis | IN | 46204 |
| Office of the Attorney General | Consumer Protection Division | PO Box 30213 | | | Lansing | MI | 48909-7713 |
| Office of the Attorney General | Consumer Protection Division | PO Box 1789 | | | Charleston | WV | 25326-1789 |
| Texas Office of the Attorney General | Consumer Protection Division | PO Box 12548 | | | Austin | TX | 78711-2548 |
| Washington Office of the Attorney General | Consumer Protection Division | 1125 Washington St., SE | PO Box 40100 | | Olympia | WA | 98504-0100 |
| Ohio Attorney Generals Office | Consumer Protection Section | 30 E. Broad St., 14th Floor | | | Columbus | OH | 43215-3400 |
| Office of the Attorney General | Consumer Protection Unit | Kendrick Building | 2320 Capitol Avenue | | Cheyenne | WY | 82002 |
| Oklahoma Attorney General | Consumer Protection Unit | 313 NE 21st St | | | Oklahoma City | OK | 73105 |
| Missouri Attorney Generals Office | Consumer Protection Unit | PO Box 899 | | | Jefferson City | MO | 65102 |
| Office of the Attorney General | Consumer Services Division | 1400 NCL Tower | 445 Minnesota St | | St. Paul | MN | 55101 |
| Tennessee Department of Commerce and Insurance | Division of Consumer Affairs | 500 James Robertson Pkwy., 12th Floor | | | Nashville | TN | 37243-0600 |
| New York State Department of State | Division of Consumer Protection | Consumer Assistance Unit | 99 Washington Ave | | Albany | NY | 12231 |
| South Dakota Office of the Attorney General | Division of Consumer Protection | 1302 E Hwy 14 | Suite 3 | | Pierre | SD | 57501 |
| Utah Department of Commerce | Division of Consumer Protection | 160 East 300 South, 2nd Floor | PO Box 146704 | | Salt Lake City | UT | 84114-6704 |
| Montana Office of Consumer Protection | Office of Consumer Protection | PO Box 200151 | | | Helena | MT | 59620-0151 |

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

## Schedules F & G

Store Listings and Landlords

| Store No. | Landlord Group | Leased Premises | Landlord Name and Address | Registered Agent and Address | Notice Address | Additional Notice | Prepetition Debt Amount | Description of Prepetition Debt |
|---|---|---|---|---|---|---|---|---|
| 2 | Simon | 1600 Miller Trunk Highway, Space #I-5 Duluth, MN 55811-5607 | Simon Property Group, L.P. c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | REJECTED SERVICE OF PROCESS (Not the Registered Agent) Corporation Service Company Registered Agent for Simon Property Group, L.P. 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909

Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St. Indianapolis, IN 46204 | $15,219.47 | 2/17 Rent |
| 3 | GK Development | 2800 So. Columbia Rd. #329 Grand Forks, ND 58201-6030 | Columbia Grand Forks, LLC c/o GK Development, Inc. 257 East Main Street, Ste. 100 Barrington, IL 60010 | The Corporation Trust Company Registered Agent for Columbia Grand Forks, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | | $13,802.14 | 2/17 Rent |
| 4 | CBL | 626 Kirkwood Mall #175 Bismarck, ND 58504-5704 | Kirkwood Mall Acquisition LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Kirkwood Mall Acquisition LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | Schenk Annes Tepper Campbell Ltd. Attn: Andrew J. Annes, Esquire 311 South Wacker Drive, Ste. 2500 Chicago, IL 60606 | $11,063.22 | 2/17 Rent |
| 5 | West Acres Development, LLP | 3902 13th Avenue South, Suite #2321 Fargo, ND 58103 | West Acres Development, LLP Attn: Landlord 3902 13th Ave S, Suite 3717 Fargo, ND 58103 | G. Bradley Schlossman Registered Agent for West Acres Development LLP 3902 13th Ave S Fargo, ND 58103 | | | ($2,674.13) | 2016 Rent Adj |
| 7 | Westridge Mall Limited Partnership | Westridge Mall 2001 W Lincoln Ave #51 Fergus Falls, MN 56537 | Westridge Mall Limited Partnership c/o Martin H. Graff, General Partner Westridge Mall Associates, Inc. 560 Green Bay Road, Suite 403 Winnetka, IL  60093 | Richard E. Brandwein 1200 Shermer Rd, Suite 108 Northbrook, IL 60062 | | | $2,083.14 | 2/17 Rent; 1st Qtr Marketing Dues |
| 8 | Lexington Realty International, LLC | Westgate Mall 4136 Baxter Dr, #30 Brainerd, MN 56401 | Westgate Mall Realty Group, LLC successor to Developers Diversified Realty Corporation American Redevelopers, Inc., 6600 France Avenue South, Ste. 174 Minneapolis, MN 55435 | Westgate Mall Realty Group, LLC Registered Agent David Jackson 14136 Baxter Drive, Ste. 51 Baxter, MN 56425 | | | $7,460.49 | 2/17 Rent |
| 9 | Lexington Realty International, LLC | 1201 Paul Bunyan Dr. NW #48 Bemidji, MN 56601-4155 | Bemidji Holdings LLC, successor in interest to Developers Diversified Realty Corporation c/o GJ Realty 49 West 37th Street, 9th Floor New York, NY 10018-6257 | Registered Agent Solutions, Inc. Registered Agent for Bemidji Holdings LLC 1679 S Dupont Hwy, Ste. 100 Dover, DE 19901 | Bemidji Holdings, LLC c/o Lexington Realty 911 East Country Line Road, Ste. 203 Lakewood, NJ 08701 | | $5,950.99 | 2/17 Rent |
| 10 | J Herzog | 1605 1st Street South #A-117 Willmar, MN 56201-4234 | Rockstep Willmar, LLC Attn: Vice President - Leasing 55 Public Square, Suite 1910 Cleveland, OH 44113 | Andy Weiner Registered Agent for Rockstep Willmar, LLC 1445 North Loop West, Ste. 625 Houston, TX 77008 | | | $4,407.57 | 2/17 Rent |
| 11 | WPG | 4001 West 41st St. #1540 Sioux Falls, SD 57106 | SM Empire Mall, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Empire Mall LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $28,250.45 | 2/17 Rent |
| 12 | GGP | 1850 Adams Street #120 Mankato, MN 56001-4847 | River Hills Mall, LLC Attn: Law/Lease Administration Department c/o River Hills Mall Partners 110 North Wacker Drive Chicago, IL 60606 | Corporation Service Company Registered Agent for River Hills Mall, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $15,034.91 | 2/17 Rent; 1/17-2/17 CAM Adj |
| 13 | Rouse Properties | 200 West Hanley Avenue, Suite D413 Coeur d'Alene, ID 83815 | Silver Lake Mall, LLC Attn: General Counsel c/o Rouse Properties, Inc. 1114 Avenue of the Americas, Suite 280 New York, NY 10036 | Corporation Service Company Registered Agent for Silver Lake Mall, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Silver Lake Mall Attn: General Manager 200 W. Henry Ave Coeur D'Alene, ID 83815 | Dustin P. Branch Ballard Spahr LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909 | $6,499.94 | 2/17 Rent |
| 15 | Starwood Retail | 300 So. 24th St. West, Suite #A13 Billings, MT 59102-2464 | Rimrock Owner L.P. successor in interest to Macerich Rimrock Limited Partnership Attn: Lease Coordination Starwood Retail Property Management, LLC One East Wacker Drive, Ste 3700 Chicago, IL 60601 | The Corporation Trust Company Registered Agent for Rimrock Owner L.P. 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | Rimrock Owner, L.P. Attn: General Manager 300 South 24th Street W Billings, MT 59102 | Dustin P. Branch Ballard Spahr LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909 | $18,299.46 | 2/17 Rent |
| 16 | Gallatin Mall Group, LLC | 2825 Main Street, Unit 5-G Bozeman, MT 59718-3927 | Gallatin Mall Group, L.L.C. PO Box 80510 Billings, MT 59108-0510 | Steven J Corning Registered Agent for Gallatin Mall Group, L.L.C. PO Box 80510 Billings, MT 59108-0510 | | | $6,198.33 | 2/17 Rent |

1

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

## Schedules F & G

Store Listings and Landlords

| Store No. | Landlord Group | Leased Premises | Landlord Name and Address | Registered Agent and Address | Notice Address | Additional Notice | Prepetition Debt Amount | Description of Prepetition Debt |
|---|---|---|---|---|---|---|---|---|
| 18 | WPG | 2200 North Maple Ave, Space #2440 Rapid City, SD 57701-7881 | SM Rushmore Mall, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for SM Rushmore Mall, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | Washington Prime Management Associates, LLC Attn: Property Management c/o WP Glimcher Inc. 180 East Broad Street Columbus, OH 43215 | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $13,996.42 | 2/17 Rent; 1/17 CAM/Promo Adj |
| 19 | GPCME | 1681 3rd Avenue West #15 Dickinson, ND 58601-3025 | Great Plains Clinic Medical Enterprises, LLC PO Box 2121 Dickinson, ND 58602-2121 | Mark Grove Registered Agent for Great Plains Clinic Medical Enterprises, LLC 1487 W High St. Dickinson, ND 58601-3681 | Prairie Hills Mall Attn: Peggy O'Brien 1681 3rd Ave W Dickinson, ND 58601 | | $5,237.23 | 2/17 Rent |
| 20 | Nodana Petroleum Corporation | PO Box 1492 Williston, ND 58801 | Nodana Petroleum Corporation PO Box 1221 Williston, ND 58802-1221 | The Corporation Trust Company Registered Agent for Nodana Petroleum Corporation 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | | $31,648.88 | 1/17-2/17 % Rent |
| 22 | Milton Swedberg | 815 Lake Avenue, Suite 9 Detroit Lakes, MN 56501-3065 | Washington Square Limited Partnership PO Box 996 Moorhead , MN 56560 | Winton D. Johnson and Ronald A. Ohe Registered Agent for Washington Square Limited Partnership 1001 Center Ave #D Moorhead , MN 56560 | | | $3,462.26 | 2/17 Rent |
| 25 | Lexington Realty International, LLC | 1300 9th Avenue SE, Ste. 54 Watertown, SD 57201-5399 | Watertown Plaza LLC successor in interest to DDR Watertown LLC successor in interest to Watertown Mall Associates 34555 Chagrin Boulevard Moreland Hills, OH 44022 | Registered Agent Solutions, Inc. Registered Agent for Watertown Plaza LLC 1679 S Dupont Hwy, Ste 100 Dover, DE 19901 | | | $4,265.16 | 2/17 Rent |
| 26 | CBL | 2400 10th Street SW #409 Minot, ND 58701-6997 | Minot Dakota Mall LLC Attn: General Counsel c/o Prime Retail Property Management, LLC 217 East Redwood Street Baltimore, MD 21202 | National Registered Agents, Inc. Registered Agent for Minot Dakota Mall LLC 160 Greentree Dr., Ste. 101 Dover, DE 19904 | Lightstone Group C/O Landlord 326 3rd Street Lakewood, NJ 08701 | Schenk Annex Tepper Campbell Ltd. Attn: Andrew J. Annex, Esquire 311 South Wacker Drive, Ste. 2500 Chicago, IL 60606 | $16,904.34 | 2/17 Rent; 2015 Ins Adj |
| 27 | GGP | 4201 West Division Street; Suite 14 St Cloud, MN 56301-6601 | St. Cloud Mall L.L.C. Attn: Law/Lease Administration Department c/o Crossroads Center (MN) 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for St. Cloud Mall LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Crossroads Center (MN) Attn: General Manager 4101 West Division Street St. Cloud, MN 56301 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP, Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $24,456.61 | 2/17 Rent; 1/17 CAM adj |
| 28 | WPG | 4400 Sergeant Road Suite 370 Sioux City, IA 51106-4711 | SM Southern Hills Mall, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for SM Southern Hills Mall, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $26,905.51 | 2/17 Rent |
| 31 | John V. Olson | 3015 Highway 29 So, Suite 4006 Alexandria, MN 56308-3403 | Viking Plaza Realty Group LLC successor to Viking Plaza Center-L.P. 3015 Hwy 29 S, Ste. 4035 Alexandria, MN 56308 | Scot L. Snitker Registered Agent for Viking Plaza Realty Group LLC 3015 Hwy 29 South Alexandria, MN 56308 | | | $5,866.59 | 2/17 Rent; 2016 CAM/Ins/ReTax Adj |
| 32 | Central Square Mall, LLC | 201 NW 4th Street #32 Grand Rapids, MN | Central Square Mall, L.L.C. Ryan Development PO Box 598 Grand Rapids, MN 55744 | Registered Agent for Central Square Mall, L.L.C. 201 NW 4th Str Grand Rapids, MN 55744 | | | $29,422.26 | 2/17 Rent |
| 35 | Hyman Family Trust | 3100 Harrison Ave, Space C-4 Butte, MT 59701 | Anne Hyman, The Northern Trust Company & Timothy M. bon as co-trustees of the Hyman Family Trust 3100 Harrison Ave Butte, MT 59701 | | Anne Hyman, The Northern Trust Company & Timothy M. bon as co-trustees of the Hyman Family Trust 3625 E. Thousand Oaks Blvd, Ste. 325 Westlake Village, CA 91362 | | $4,574.84 | 1/17 Rent; 2/17 Rent |
| 36 | GK Development | 1200 10th Avenue South, #63 Great Falls, MT 59405-4424 | GK Holiday Village, LLC c/o GK Development, Inc. 257 East Main Street, Ste. 100 Barrington, IL 60010 | The Corporation Trust Company Registered Agent for GK Holiday Village, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | | $13,305.14 | 2/17 Rent |
| 42 | Rubloff Tri-State Thunderbird Portfolio, L.L.C. | Thunderbird Mall 1401.S 12th Ave W Virginia, MN 55792 | Rubloff Tri-State Thunderbird Portfolio, L.L.C. ATTN: General Counsel 4949 Harrison Avenue, Suite 200 Rockford, IL 61108

Rubloff Tri-State, L.L.C. 6723 Weaver Rd, Suite 108 Rockford, IL 61114 | Donald Q. Manning 6735 Vistagreen Way Rockford, IL 61107 | | | $3,376.87 | 2/17 Rent |
| 46 | CBL | 2500 Milton Ave Space 122A Janesville, WI 53545 | Janesville Mall Limited Partnership CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Janesville Mall Limited Partnership 8040 Excelsior Dr. Ste. 400 Madison, WI 53717 | | Schenk Annex Tepper Campbell Ltd. Attn: Andrew J. Annex, Esquire 311 South Wacker Drive, Ste. 2500 Chicago, IL 60606 | $4,583.33 | 2/17 Rent |

2

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

**Schedules F & G**
Store Listings and Landlords

| Store No. | Landlord Group | Leased Premises | Landlord Name and Address | Registered Agent and Address | Notice Address | Additional Notice | Prepetition Debt Amount | Description of Prepetition Debt |
|---|---|---|---|---|---|---|---|---|
| 47 | GGP | Fox River Mall, 4301 W Wisconsin Appleton, WI 54913 | Fox River Shopping Center, LLC Attn: Law/Lease Administration Department c/o Fox River Mall 110 N Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for Fox River Shopping Center, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Fox River Mall Attn: General Manager 4301 West Wisconsin Ave Appleton, WI 54913 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP, Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | ($6,680.03) | 2/17 Rent; 1/17-2/17 Rent Adj |
| 48 | Simon | 5300 S 76th St #290 Greendale, WI 53129 | Southridge Limited Partnership c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Southridge Limited Partnership 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909<br><br>Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St. Indianapolis, IN 46204 | $6,224.49 | 2/17 Rent |
| 49 | Taubman | 4282B Baldwin Rd., Space #530A Auburn Hills, MI 48326 | Taubman Auburn Hills Associates Limited Partnership PO Box 67000 Department 124501 Detroit, MI 48267-1245 | Corporation Service Company Registered Agent for Taubman Auburn Hills Associates Limited Partnership 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | Andrew S. Conway 200 East Long Lake Road, Suite 300 Bloomfield Hills, MI 48304 | $28,291.02 | 2/17 Rent; 1/17 Elec; 2/16-12/16 % Rent |
| 51 | CBL | C320 Wausau Center, #320 Wausau, WI 54403-5506 | C. Michelle Panovich, of Mid-America Asset Management, Inc., not personally but solely as Court Appointed Receiver pursuant to Case No. 16-CV-591 pending in the Circuit Court of Marathon County, State of Wisconsin c/o Mid-America Asset Management, Inc. One Parkview Plaza, Fifth Floor Oakbrook Terrace, IL 60181 | REJECTED SERVICES OF PROCESS (Not on their records.) Corporation Service Company Registered Agent for Mid-American Real Estate - Wisconsin, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Mid-America Real Estate - Wisconsin, LLC 648 Plankinton Ave, Ste. 264 Milwaukee, WI 53203 | Schenk Annex Tepper Campbell Ltd. Attn: Andrew J. Annes, Esquire 311 South Wacker Drive, Ste. 2500 Chicago, IL 60606 | $4,583.31 | 2/17 Rent |
| 54 | Simon | 18813 East 39th Street, #2048 Independence, MO 64057 | SPG Independence Center, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for SPG Independence Center, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909<br><br>Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St. Indianapolis, IN 46204 | $26,059.59 | 2/17 Rent; 2016 ReTax Adj |
| 60 | Starwood Retail | 228 Gateway Mall, #F-616 Lincoln, NE 68505-2437 | Starwood Retail Star-West Gateway LLC . | The Corporation Trust Company Registered Agent for Star-West Gateway LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | SRP Property Management, LLC Attn: Lease Coordination One East Wacker Drive, Ste. 3700 Chicago, IL 60601 | Boston Financial Attn: General Counsel 15303 Dallas Parkway/Suite 650 Dallas, TX 75248<br><br>Dustin P. Branch Ballard Spahr LLP, 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909 | $13,155.84 | 2/17 Rent; 2/17 HVAC Adj |
| 61 | GGP | 10000 California Street, Suite 2248 Omaha-Westroad, NE 68114-2303 | Westroads Mall, L.L.C. Attn: Law/Lease Administration Department c/o Westroads Mall 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for Westroads Mall, L.L.C. 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP, Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $6,308.33 | 2/17 Rent |
| 65 | J Herzog | 3404 West 13th Street, Suite 125 Grand Island, NE 68803-2389 | Conestoga Mall 2002, LLC 25425 Center Ridge Road Cleveland, OH 44145 | Martin H. Herzog Registered Agent for Conestoga Mall 2002, LLC 1720 S Bellaire St., Ste. 1209 Denver, CO 80222-4336 | | | $6,976.17 | 2/17 Rent; Annual ins adj |
| 66 | DP Management, LLC | 5019 2nd Avenue, Suite 21 Kearney, NE 68847 | DROP-HT, LLC c/o DP Management, LLC 11506 Nicholas St, Ste. 100 Omaha, NE 68154 | Corporation Service Company Registered Agent for DROP-HT, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | DROP-HT, LLC Manager 4902 Solution Center Chicago, IL 60677-4009 | $5,240.53 | 2/17 Rent; 1/17 Rent adj |
| 67 | Rockstep Scottsbluff, LLC | Monument Mall Shopping Center 2302 Frontage Rd # 5 Scottsbluff, NE 69361 | Rockstep Scottsbluff, LLC 1445 North Loop West Houston, TX 68516 | National Registered Agents, Inc. 5601 South 59th Street Lincoln, NE 68516 | | | $2,271.44 | 1/17-2/17 % Rent |
| 68 | NSP, LLC | 1700 Market Lane, Suite 8 Norfolk, NE 68701-0303 | Dial - Sunset Mall, L.L.C., successor in interest to the Ohio National Life Insurance Company Dial Enterprises, Corp. 11506 Nicholas #200 Omaha, NE 68154 | Michael C. Carter Registered Agent for Dial-Sunset Mall, L.L.C. 11506 Nicholas Street, Ste. 103 Omaha, NE 68154 | NSP, LLC Asset Management 11506 Nicholas Street Suite 100 Omaha, NE 68154 | NSP, LLC 7322 Solution Center Chicago, IL 60677-7003 | $4,492.74 | 2/17 Rent; 2016 Rent Adj |
| 69 | Dial | 1100 South Dewey #50 North Platte, NE 69101-6161 | North Platte Associates, L.L.C. Dial Enterprises, Corp. 11506 Nicholas #100 Omaha, NE 68154 | Platte River Mall Clarine R. Eickhoff, Registered Agent 1000 S Dewey North Platte, NE 69101 | | | $3,243.59 | 2/17 Rent; 1/17 Rent Adj |
| 70 | GGP | 4155 Yellowstone Ave, Suite 1210 Chubbuck, ID 83202-2452 | Pine Ridge JC, L.L.C. is successor in interest to Pine Ridge Mall L.L.C. Attn: Law/Lease Administration Dept c/o Pine Ridge Mall 110 N. Wacker Dr. Chicago, IL 60606 | John Sheehan Registered Agent for Pine Ridge JC, LLC 3220 W Edgewood, Ste E Jefferson City, MO 65109 | Pine Ridge Mall Attn: General Manager 4155 Yellowstone Highway Chubbuck, ID 83203 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP, Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $4,417.81 | 2/17 Rent; 1/17-2/17 % Rent |

3

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

**Schedules F & G**
Store Listings and Landlords

| Store No. | Landlord Group | Leased Premises | Landlord Name and Address | Registered Agent and Address | Notice Address | Additional Notice | Prepetition Debt Amount | Description of Prepetition Debt |
|---|---|---|---|---|---|---|---|---|
| 71 | GGP | 2300 East 17th Street, Space 136 Idaho Falls, ID 83404-6554 | Grand Teton Mall, LLC Attn: Law/Lease Administration Dept c/o Grand Teton Mall 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for Grand Teton Mall, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Grand Teton Mall Attn: General Manager 2300 East 17th Street Idaho Falls, ID 83404 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP, Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $13,393.03 | 2/17 Rent; 1/17-2/17 CAM Adj |
| 72 | Woodbury Corp | 1485 Poleline Rd. East, Suite 227 Twin Falls, ID 83301-3597 | Magic Valley Mall LLC c/o Magic Valley Mall 1485 Pole Line Road East Twin Falls, ID 83301 | Walker Kennedy III Registered Agent for Magic Valley Mall LLC 2733 E Parleys Way, Ste. 300 Salt Lake City, UT 84109 | Fund A Magic Valley, Inc. c/o Magic Valley Mall 1485 Pole Line Road East Twin Falls, ID 83301 | Boston Financial Attn: General Counsel 15303 Dallas Parkway/Suite 650 Dallas, TX 75248

Schroder Real Estate Associates Attn: Norman Peck 437 Madison Ave New York, NY 10022 | $7,506.21 | 2/17 Rent |
| 73 | GGP | West Des Moines, IA | Jordan Creek Town Center, LLC Attn: Law/Lease Administration Dept c/o Jordan Creek Town Center 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for Jordan Creek Town Center, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Jordan Creek Town Center Attn: General Manager 1001 Jordan Creek Parkway West Des Moines, IA 50266 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $19,484.56 | 2/17 Rent; 1/17-2/17 CAM Adj |
| 74 | GGP | 350 North Milwaukee #2007 Boise, ID 83704 | Boise Mall, LLC Attn: Law/Lease Administration Dept c/o Boise Towne Square 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for Boise Mall, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Boise Towne Square Attn: General Manager 350 North Milwaukee Boise, ID 83704 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $13,744.90 | 2/17 Rent & 1/17-2/17 CAM/Retax adj |
| 75 | GGP | 4750 North Division, Space 2214 Spokane, WA 99207 | North Town Mall, LLC Attn: Law/Lease Administration Dept c/o North Town Mall 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for North Town Mall, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | North Town Mall Attn: General Manager 4750 North Division Boise, ID 83704 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $20,769.61 | 2/17 Rent; 1/17-2/17 HVAC Adj; 2/16-1/17 % Rent |
| 76 | GGP | 14700 E Indiana, Space 1024 Spokane, WA 99216 | Spokane Mall L.L.C. Attn: Law/Lease Administration Dept c/o Spokane Valley Mall 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for Spokane Mall L.L.C. 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Spokane Valley Mall Attn: General Manager 14700 East Indiana Spokane, WA 99216 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $14,632.26 | 2/17 Rent; 1/17-2/17 CAM Adj; 2016 ReTax Adj |
| 77 | Jones Lang LaSalle | 100 South Federal Avenue #108 Mason City, IA 50401-3700 | U.S. Bank NA, as Trustee for the registered holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2005-LDP1, a national banking association Attn: General Manger, Southbridge Mall c/o Jones Lang LaSalle Americas, Inc. 100 South Federal Ave Mason City, IA 50401 | | | | $5,909.74 | 2/17 Rent |
| 78 | GGP | 1214 New Gate Mall Space #1214 Ogden, UT 84405 | GGP-Newgate Mall, LLC Attn: Law/Lease Administration Department c/o Newgate Mall 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for GGP-Newgate Mall, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Newgate Mall Attn: General Manager 3651 Wall Ave., Ste. 2000 Ogden, UT 84405 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $14,823.40 | 2/17 Rent; 1/17 CAM Adj |
| 80 | GGP | 3700 Rivertown Pkwy #2010 Grandville, MI 49418 | GGP-Grandville L.L.C. Attn: Law/Lease Administration Department c/o RiverTown Crossings 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for GGP-Granville L.L.C. 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | RiverTown Crossings Attn: General Manager 3700 RiverTown Parkway Grandville, MI 49418 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $8,689.61 | 2/17 Rent; 10/16-2/17 Elec/Gas; 2016 ReTax Adj |
| 81 | WPG | 2011 North Roan St. Johnson City, TN 37601 | Glimcher MJC, LLC Attn: General Counsel 180 East Broad Street, 21st Floor Columbus, OH 43215 | The Corporation Trust Company Registered Agent for Glimcher MJC, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower, 301 E. Fourth St. Cincinnati, OH 45202 | $9,877.22 | 2/17 Rent |
| 82 | SVAP II Stones River, LLC | 1720 Old Fort Parkway, Space #F0105 Murfreesboro, TN 37129 | Aslan III Stones River, L.L.C. Stones River Mall 200 West Madison, Ste 3200 Chicago, IL 60606 | The Corporation Trust Company Registered Agent for Aslan III Stones River, L.L.C. 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | | $5,836.20 | 2/17 Rent; 11/16, 1/17, 2/17 Wtr/Swr Adj |
| 83 | Cafaro | 2801 Wilma Rudolph Blvd, Suite 870 Clarksville, TN 37040 | Governor's Square Company 2445 Belmont Ave PO Box 2186 Youngstown, OH 44504-0186 | Governor's Square Company Registered Agent 5577 Youngstown-Warren Rd Niles, OH 44446 | | Richard T. Davis The Cafaro Company 5577 Youngstown-Warren Rd. Niles, OH 44446 | ($14,053.84) | 10/16-1/17 Rent Adj;10/16-2/17 % Rent; 2016 ReTax Adj |
| 84 | CBL | 4880 Fashion Square Mall #116 Saginaw, MI 48604 | Fashion Square Mall CMBC LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Fashion Square Mall CMBS, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $12,256.44 | 2/17 Rent; 1/17 CAM/Elec Adj |

4

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

## Schedules F & G
Store Listings and Landlords

| Store No. | Landlord Group | Leased Premises | Landlord Name and Address | Registered Agent and Address | Notice Address | Additional Notice | Prepetition Debt Amount | Description of Prepetition Debt |
|---|---|---|---|---|---|---|---|---|
| 87 | GGP | 6191 S. State St. #148 Murray, UT 84107 | Fashion Place, LLC c/o Fashion Place 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for Fashion Place, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $619.56 | 1/1/17 Rent |
| 88 | Rouse Properties | 1300 Cache Valley Mall, Space 1340 Logan, UT 84341 | Cache Valley, LLC Attn: General Counsel 1114 Avenue of the Americas, Ste. 2800 New York, NY 10036 | Corporation Service Company Registered Agent for Cache Valley, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | ($21,739.50) | 2/16-12/16 CAM Adj credit; 1/17-3/17 Rent |
| 90 | WPG | 7850 Mentor Ave, Space #554B Mentor, OH 44060 | Mall at Great Lakes, LLC Attn: General Counsel 180 E Broad St, Floor 20 Columbus, OH 43125 | The Corporation Trust Company Registered Agent for Mall at Great Lakes, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $9,041.67 | 2/17 Rent |
| 92 | GGP | 2625 Scottsville Road, Space #330 Bowling Green, KY 42104 | Greenwood Mall L.L.C. Attn: Law/Lease Administration Department c/o Greenwood Mall 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for Greenwood Mall L.L.C. 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $14,917.20 | 2/17 Rent; 1/17-2/17 CAM Adj |
| 94 | CBL | 1036 Layton Hills Mall Layton, UT 84041-2103 | Layton Hills Mall CMBS, LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Layton Hills Mall CMBS, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $7,945.38 | 2/17 Rent; 1/17 CAM Adj |
| 96 | CBL | Meridian Mall, 1982 W Grand River Ave #245 Okemos (East Lansing), MI 48864 | Meridian Mall Limited Partnership CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | CSC-Lawyers Incorporating Service (Company) Registered Agent for Meridian Mall Limited Partnership 601 Abbott Road East Lansing, MI 48823 | | | $6,464.28 | 2/17 Rent; 2/17 Elec |
| 98 | CBL | 8 East Towne Mall, E-506 Madison East, WI 53704 | Madison/East Towne, LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Madison/East Towne, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $9,041.67 | 2/17 Rent |
| 100 | Cafaro | 67800 Mall Road, Space 550 St. Clairsville, OH 43950 | Ohio Valley Mall Company 2445 Belmont Ave PO Box 2186 Youngstown, OH 44504-0186 | Michael J. Wright Registered Agent for Ohio Valley Mall Company 5577 Youngstown-Warren Rd. Niles, OH 44446 | | Richard T. Davis The Cafaro Company 5577 Youngstown-Warren Rd. Niles, OH 44446 | $12,962.40 | 2/17 Rent; 1/17-2/17 Rent Adj; 2017 Ins/Priv Tax Adj |
| 104 | GGP | 4800 Golf Road, Space 334 Eau Claire, WI 54701-9026 | Oakwood Hills Mall, LLC Attn: Law/Lease Administration Department c/o Oakwood Mall 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for Oakwood Hills Mall, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Oakwood Mall Attn: General Counsel 4800 Golf Road Eau Claire, WI 54701 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $14,772.47 | 2/17 Rent; 1/17-2/17 CAM Adj |
| 105 | PREIT | 3800 State Road #16 La Crosse, WI 54601 | PR Valley View Limited Partnership Attn: Director, Legal c/o PREIT Services, LLC 200 South Broad Street The Bellevue, Third Floor Philadelphia, PA 19102 | The Corporation Trust Company Registered Agent for PREIT Services, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | PR Valley View Limited Partnership Management Office Attn: General Manager, Valley View Mall 3800 State Road La Crosse, WI 54601 | Jeffrey E. Kurtzman Kurtzman Steady, LLC 401 S. 2nd St., Suite 200 Philadelphia, PA 19147 | $14,402.60 | 2/17 Rent; 1/17 CAM Adj |
| 106 | Simon | 275 Bay Park Square, #275 Green Bay 2, WI 54304-5103 | Simon Capital Limited Partnership c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Simon Capital Limited Partnership 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909 Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St Indianapolis, IN 46204 | $14,205.80 | 2/17 Rent |
| 108 | GGP | 4201 Coldwater Road, Space M16A Fort Wayne, IN 46805 | GGP-Glenbrook L.L.C. Attn: Law/Lease Administration Department c/o Glenbrook Square 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for GGP-Glenbrook L.L.C. 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Glenbrook Square Attn: General Manager 4201 Coldwater Boulevard Fort Wayne, IN 46805 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $1,783.08 | 2/17 Rent; 1/17-2/17 Retax/HVAC Adj; 2008-11 ReTax Adj |
| 109 | Simon | 2894 E 3rd Street, Space PO6 Bloomington, IN 47401 | Simon Property Group, L.P. c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Simon Property Group, LP 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909 Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St Indianapolis, IN 46204 | $7,964.38 | 2/17 Rent |
| 110 | WPG | 3501 N Granville Ave, Space L03A Muncie, IN 47303-1263 | Muncie Mall, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Muncie Mall, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | Washington Prime Management Associates, LLC Attn: Property Management c/o WP Glimcher Inc. 180 East Broad Street Columbus, OH 43215 | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $13,985.79 | 2/17 Rent; 1/17 % Rent |

5

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

## Schedules F & G
Store Listings and Landlords

| Store No. | Landlord Group | Leased Premises | Landlord Name and Address | Registered Agent and Address | Notice Address | Additional Notice | Prepetition Debt Amount | Description of Prepetition Debt |
|---|---|---|---|---|---|---|---|---|
| 111 | Rockstep Aberdeen, LLC | 3315 6th Avenue SE, Suite 51 2nd Aberdeen, SD 57401-5544 | Rockstep Aberdeen, LLC Attn: Tommy Stewart 1445 North Loop West, Ste. 625 Houston, TX 77008 | Andy Weiner Registered Agent for Rockstep Aberdeen, LLC 1445 North Loop West, Ste. 625 Houston, TX 77008 | | | $5,264.61 | 2/17 Rent; 1/17 ReTax Adj |
| 112 | Simon | 1251 US 31 North, Space F-13 Greenwood, IN 46142 | Greenwood Park Mall, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Greenwood Park Mall, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Leslie C. Heitman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909 Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St. Indianapolis, IN 46204 | $17,977.76 | 2/17 Rent; 2016 ReTax Adj |
| 114 | WPG | 2727 Fairfield Commons, Space #W223 Beavercreek, OH 45431 | MFC Beavercreek, LLC Attn: General Counsel 180 E Broad St, Floor 20 Columbus, OH 43125 | The Corporation Trust Company Registered Agent for MFC Beavercreek, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $15,625.00 | 2/17 Rent; 11/16-12/16 Rent Adj |
| 115 | WPG | 2700 Miamisburg-Centerville Mall Space 370 Dayton, OH 45459 | Dayton Mall II, LLC 150 East Gay Street Columbus, OH 43215 | The Corporation Trust Company Registered Agent for Dayton Mall II, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | Washington Prime Management Associates, LLC Attn: Property Management c/o WP Glimcher Inc. 180 East Broad Street Columbus, OH 43215 | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $7,650.33 | 2/17 Rent |
| 116 | WPG | Lima Mall, 2400 Elida Rd Lima, OH 45805 | Mall at Lima, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | CT Corporation System Registered Agent for Mall at Lima, LLC 150 West Market Street, Ste. 800 Indianapolis, IN 46204 | Washington Prime Management Associates, LLC Attn: Property Management c/o WP Glimcher Inc. 180 East Broad Street Columbus, OH 43215 | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $13,791.19 | 2/17 Rent; 1/17-2/17 % Rent |
| 117 | WPG | Southern Park Mall, 7401 Market St. Youngstown, OH 44512 | Southern Park Mall, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204 | CT Corporation System Registered Agent for Southern Park Mall, LLC 150 West Market Street, Ste. 800 Indianapolis, IN 46204 | Washington Prime Management Associates, LLC Attn: Property Management c/o WP Glimcher Inc. 180 East Broad Street Columbus, OH 43215 | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $7,500.00 | 2/17 Rent |
| 122 | ST Mall Owner, LLC | 10450 S. State Street, Ste. 2312 Sandy, UT 84070-4131 | ST Mall Owner, LLC Attn: Managing Principal 100 North Sepulveda Blvd Ste.1925 El Segundo, CA 90245 | Corporation Service Company Registered Agent for ST Mall Owner, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | ST Mall Owner, LLC c/o South Towne Mall Management Office 10450 South State Street Sandy, UT 84070 | | ($2,568.65) | 2/17 Rent; 12/16-2/17 % Rent; 1/17-2/17 Rent/Wtr Adj; 2015 Retax Adj |
| 124 | Urban Retail Properties | Tri-County Mall, Springdale, OH Tri-County, OH 45246 | Tri-County Mall, LLC Attn: Renee Bell 11700 Princeton Pike Cincinnati, OH 45246 | CT Corporation System Registered Agent for Tri-County Mall, LLC 1300 East Ninth Street Cleveland, OH 44114 | Arnall Golden Gregory LLP Attn: Adam Balthrop 171 17th Street NW, Suite 2100 Atlanta, GA30363 | | $2,181.66 | 2/17 Rent; 1/17-2/17 % Rent |
| 126 | Southgate Mall Association | 2901 Brooks St, #H-2 Missoula, MT 59801-7712 | Southgate Mall Associates, LLP c/o Lambros Real Estate 3011 American Way Missoula, MT 59808 | | | Dustin P. Branch Ballard Spahr LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909 | $12,099.91 | 2/17 Rent; 2016 CAM/Util Adj; 1st Qtr Merchant Dues |
| 128 | GGP | 601 SE Wyoming Blvd. - Space 270 Casper, WY 82609-4209 | PDC-Eastridge Mall L.L.C. Attn: Law-Lease Administration Department Eastridge Mall c/o Eastridge Mall L.L.C. 110 N Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for PDC-Eastridge Mall L.L.C. 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | PDC-Eastridge Mall L.L.C. Attn: General Manager 601 SE Wyoming Boulevard Casper, WY 82609 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $13,356.73 | 2/17 Rent; 1/17-2/17 CAM Adj |
| 129 | CBL | 1400 Dell Range Blvd., Space #91 Cheyenne, WY 82009 | Frontier Mall Associates Limited Partnership CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Frontier Mall Associates Limited Partnership 1821 Logan Ave Cheyenne, WY 82001 | | | $6,713.53 | 2/17 Rent |
| 130 | Waterloo Owner LLC | 2060 Crossroads Blvd., Space 220 Waterloo, IA 50702-4400 | Waterloo Owner LLC 9911 Shelbyville Road, Suite 200 Louisville, KY 40223 | The Corporation Trust Company Registered Agent for Waterloo Owner LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | GG&A Crossroads Center Attn: President c/o Gregory Greenfield & Associates, Ltd. 124 Johnson Ferry Road Atlanta, GA 30328 | Jones Lang LaSalle Americas, Inc. Attn: Counsel - Crossroads Center 3344 Peachtree Road, NE, Ste. 1200 Atlanta, GA 30326 | $9,595.71 | 2/17 Rent |
| 131 | GK Development | 1395 College Square Mall Cedar Falls, IA 50613-5267 | College Square Mall Partners, LLC c/o GK Development, Inc. 257 East Main Street, Ste. 100 Barrington, IL 60010 | The Corporation Trust Company Registered Agent for College Square Mall Partners, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | | $11,017.86 | 2/17 Rent; 1/17 physical inventory security |

6

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

**Schedules F & G**
Store Listings and Landlords

| Store No. | Landlord Group | Leased Premises | Landlord Name and Address | Registered Agent and Address | Notice Address | Additional Notice | Prepetition Debt Amount | Description of Prepetition Debt |
|---|---|---|---|---|---|---|---|---|
| 132 | J. Herzog | 217 South 25th St, Space E-5 Fort Dodge, IA 50501-4341 | Crossroads Mall 1999, LLC Attn: Vice President - Leasing 55 Public Square, Ste 1910 Cleveland, OH 44113 | Martin H. Herzog Registered Agent for Crossroads Mall 1999, LLC 1720 S Bellaire St., Ste. 1209 Denver, CO 80222-4336 | | | $4,662.87 | 1/17 % Rent; 2/17 Rent |
| 133 | GK Development | 2801 Grand Avenue #1375 Ames, IA 50010-4652 | U.S. Bank National Association, as Trustee, as successor in interest to Bank of America, N.A, as successor by merger to LaSalle Bank National Association, as Trustee, for the registered holders of Bear Stearns Commercial Mortgage Securities Inc. Commercial Mortgage Pass-Through Certificates, Series 2007-PWR16 Attn: Michele Ray c/o C-III Asset Management LLC 5221 N O'Connor Blvd, Ste. 600 Irving, TX 75039 | | | | $5,620.61 | 2/17 Rent |
| 136 | Central Richard | 2201 Richland Mall, Space A4 Mansfield, OH 44906 | Centro Richland LLC 2209 Richland Mall Mansfield, OH 44906 | Corporation Service Company Registered Agent for Centro Richland LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $5,793.95 | 2/17 Rent |
| 137 | WPG | 4444 1st Ave NE, #78 Cedar Rapids, IA 52402 | Lindale Mall, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Lindale Mall, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | Washington Prime Management Associates, LLC Attn: Property Management c/o WP Glimcher Inc. 180 East Broad Street Columbus, OH 43215 | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909

Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St. Indianapolis, IN 46204 | $11,184.27 | 2/17 Rent |
| 138 | Cafaro | 555 JFK Road, Space 274 Dubuque, IA 52002 | Kennedy Mall, LTD 2445 Belmont Ave PO Box 2186 Youngstown, OH 44504-0186 | Michael J. Wright Registered Agent for Kennedy Mall, Ltd 5577 Youngstown-Warren Rd. Niles, OH 44446 | | Richard T. Davis The Cafaro Company 5577 Youngstown-Warren Rd. Niles, OH 44446 | $10,968.40 | 2/17 Rent; 1/17 Rent Adj; 2017 Ins Adj |
| 139 | GK Development | 550 S Gear Ave, Space 33 West Burlington, IA 52655 | Westland Mall Partners, LLC c/o GK Development, Inc. 257 East Main Street, Ste. 100 Barrington, IL 60010 | The Corporation Trust Company Registered Agent for Westland Mall Partners, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | | $7,178.29 | 2/17 Rent |
| 140 | GK Development | 3940 Route 251, Ste B120 Peru, IL 61354 | Peru GKD Partners, LLC c/o GK Development, Inc. 257 East Main Street, Ste. 100 Barrigton, IL 60010 | Garo Kholamian Registered Agent for Peru GKD Partners, LLC 257 E Main St #100 Barrigton, IL 60010 | | | $3,408.33 | 2/17 Rent |
| 141 | CBL | 107 St. Clair Square Fairview, IL 62208 | St. Claire Square SPE, LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for St. Claire Square SPE, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $4,687.50 | 2/17 Rent |
| 143 | CBL | 7200 Harrison Ave, Space E64 Rockford, IL 61112 | Cherryvale Mall, LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Cherryvale Mall, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $4,750.00 | 2/17 Rent |
| 145 | GGP | 14000 Lakeside Circle #2510 Sterling Heights, MI 48313 | Lakeside Mall Property LLC Attn: Law/Lease Administration Department 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for Lakeside Mall Property LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Lakeside Mall Attn: General Manager 14000 Lakeside Circle Sterling Heights, MI 48313 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $9,880.46 | 2/17 Rent |
| 146 | WPG | Bloomingdale Court 342 West Army Trail Bloomingdale, IL 60108 | Bloomingdale Court, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Bloomingdale Court, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $0.00 | |
| 147 | Cullinan Properties | 3347 Broadway, Space 3363 Quincy, IL 62301 | Quincy Cullinan, LLC 209 East State Street Columbus, OH 43215 | Richard M. Joseph Registered Agent for Quincy Cullinan, LLC 416 Main St, Ste. 1123 Peoria, IL 61602 | Jeff Krumpe, Attorney 416 Main, Suite 1125 Peoria, IL 61602 | | $8,856.35 | 2/17 Rent |
| 148 | GGP | 2028 Florence Mall, Space 1132 Florence, KY 41042 | Florence Mall L.L.C. Attn: Law/Lease Administration Department c/o Florence Mall 110 N. Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for Florence Mall L.L.C. 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Florence Mall Attn: General Manager 2028 Florence Mall Florence, KY 41042 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $13,127.61 | 10/16-1/17 % Rent; 1/17-2/17 HVAC; 10/16-12/16 ReTax Adj |
| 152 | GGP | 3575 N Maple Ave #164 Zanesville, OH 43701 | Colony Square Mall, L.L.C. Attn: General Counsel 1114 Avenue of the Americas, Ste. 2800 New York, NY 10036 | Corporation Service Company Registered Agent for Colony Square Mall, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Colony Square Mall L.L.C. Attn: General Manager 3575 Maple Ave Zanesville, OH 43701 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $5,967.13 | 2/17 Rent |

7

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

## Schedules F & G
Store Listings and Landlords

| Store No. | Landlord Group | Leased Premises | Landlord Name and Address | Registered Agent and Address | Notice Address | Additional Notice | Prepetition Debt Amount | Description of Prepetition Debt |
|---|---|---|---|---|---|---|---|---|
| 163 | Simon | 1321 N. Columbia Center Blvd. #401A Kennewick, WA 99336 | Columbia Mall Partnership c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | | | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909<br><br>Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St. Indianapolis, IN 46204 | $15,657.89 | 2/17 Rent |
| 164 | Midwest Management | 750 Citadel Drive East, PO Box 52, Space #2012 Colorado Springs, CO 80909-5343 | 750 Citadel Drive Holdings, LLC Attn: Legal Department c/o CWCapital Asset Management LLC 7501 Wisconsin Ave, Ste. 500 West Bethesda, MD 20814 | CSC - Lawyers Incorporating Service Company Registered Agent for 750 Citadel Drive Holdings, LLC 7 St. Paul Street, Ste. 820 Baltimore, MD 21202 | The Citadel 750 Citadel Dr. E, Ste. 3114 Colorado Springs, CO 80909 | | $14,640.18 | 2/17 Rent; 1/17 CAM/Merch adj |
| 165 | Renaissance Partners I, LLC | 3284 Dillon Dr, #E-08A Pueblo, CO 81008-1008 | Renaissance Partners I, LLC 5547 Payesphere Circle Chicago, IL 60674-5547 | The Corporation Trust Company Registered Agent for Renaissance Partners I, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | Urban Retail Properties Co. 900 North Michigan Ave Chicago, IL 60611 | | ($2,473.36) | 2/17 Rent; 1/17 Promo Adj; 2015 Rent Adj |
| 166 | MLCFC 2006-4 Greeley Retail, LLC | Greeley Mall 2050 Greeley Mall Greeley, CO 80631 | MLCFC 2006-4 Greeley Retail, LLC c/o LNR Partners, LLC 1601 Washington Ave., Suite 800 Miami Beach, FL 33139<br><br>MLCFC 2006-4 Greeley Retail, LLC Greeley Mall 2020 Greeley Mall Greeley, CA 80631 | REJCTED SERVICE OF PROCESS (No longer agent.) The Corporation Company 7700 E. Arapahoe Rd, Suite 220 Centennial, CO 80112-1268 | | | $4,345.50 | 2/17 Rent |
| 167 | WPG | Mesa Mall, 2424 Old US Hwy 6 & 50 #110 Grand Junction, CO 81505 | SM Mesa Mall, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for SM Mesa Mall, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | Washington Prime Management Associates, LLC Attn: Property Management c/o WP Glimcher Inc. 180 East Broad Street Columbus, OH 43215 | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $12,154.93 | 2/17 Rent; 1/16-2/17 Elec Adj |
| 170 | Macerich | 6002 Slide Road, Spc B13 Lubbock, TX 79414-4301 | Macerich South Plains LP Attn: Center Manager PO Box 68208 Lubbock, IL 79414 | The Corporation Trust Company Registered Agent for Macerich South Plains LP 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | Macerich South Plains LP Attn: Legal Dept. c/o Macerich 401 Wilshire Boulevard, Ste. 700 PO Box 2172 Santa Monica, CA 90407 | Dustin P. Branch Ballard Spahr LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909 | $11,564.95 | 2/17 Rent |
| 171 | Jones Lang LaSalle | 7701 West Interstate 40 #160 Amarillo, TX 79121-0106 | Amarillo Mall LLC Attn: Asset Manager/Westgate Mall B.F. Amarillo Fund, L.P. c/o Lend Lease Real Estate Investments, Inc. 3424 Peachtree Rd, NE, Ste. 400 Atlanta, GA 30326 | Corporation Service Company Registered Agent for Amarillo Mall LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Managing Agent Attn: Counsel/Westgate Mall 3500 Piedmont Road NE, Ste. 600 Atlanta, GA 30305 | | $1,414.70 | 2/17 Rent & YE adj CAM/Retax/Elec |
| 173 | Jones Lang LaSalle | 4001 Sunset Dr #1102 San Angelo, TX 76904-5655 | Sunset Mall SPE, LP c/o Radiant Partners, LLC 145 West 45th Street, 10th Floor New York, NY 10036 | National Registered Agents, Inc. Registered Agent for Sunset Mall SPE, LP 160 Greentree Dr, Ste. 101 Dover, DE 19904 | Sunset Mall SPE, LP c/o Jones Lang LaSalle Management Services, Inc. 3344 Peachtree Road NE, Ste. 1200 Atlanta, GA 30326 | Sunset Mall SPE, LP Attn: General Manager 4001 Sunset Drive, Ste. 1182 San Angelo, TX 76904 | $5,194.81 | 2/17 Rent |
| 174 | CBL | 6155 Eastex Freeway, Space 266 Beaumont, TX 77706-6797 | Parkdale Mall CMBS, LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Parkdale Mall CMBS, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $15,330.94 | 2/17 Rent |
| 176 | Simon | 4511 N. Midkiff Drive #E03 Midland, TX 79705 | Midland Park Mall, L.P. M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Midland Park Mall, L.P. 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | | ($151.25) | 2016 ReTax Adj; 1/17 Rent Adj |
| 177 | Simon | Firewheel Town Center, 255 Cedar Sage Dr. Garland, TX 75040 | Simon Property Group (Texas), L.P. c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | CT Corporation System Registered for Simon Property Group (Texas), L.P. 1999 Bryan St, Ste. 900 Dallas, TX 75201-3136 | | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909<br><br>Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St. Indianapolis, IN 46204 | $0.00 | |

8

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

## Schedules F & G
Store Listings and Landlords

| Store No. | Landlord Group | Leased Premises | Landlord Name and Address | Registered Agent and Address | Notice Address | Additional Notice | Prepetition Debt Amount | Description of Prepetition Debt |
|---|---|---|---|---|---|---|---|---|
| 178 | Simon | 4601 S Broadway Ave Tyler, TX 75703 | Simon Property Group (Texas), L.P. c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | CT Corporation System Registered for Simon Property Group (Texas), L.P. 1999 Bryan St, Ste. 900 Dallas, TX 75201-3136 | | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909  Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St. Indianapolis, IN 46204 | $0.00 | |
| 179 | WPG | 3500 McCann Rd Longview, TX 75605 | Mall at Longview, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | CT Corporation System Registered Agent for Mall at Longview, LLC 150 West Market Street, Ste. 800 Indianapolis, IN 46204 | Washington Prime Management Associates, LLC Attn: Property Management c/o WP Glimcher Inc. 180 East Broad Street Columbus, OH 43215 | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $6,511.32 | 2/17 Rent |
| 181 | CBL | 223 Monroeville Mall Monroeville, PA 15146 | CBL/Monroeville, L.P. CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for CBL & Associates Management, Inc. 2711 Centerville Rd, Ste. 400 Chattanooga, TN 37421-6000 | | | $6,629.53 | 2/17 Rent |
| 183 | WPG | 100 Grand Central Mall Parkersburg, WV 26105 | Grand Central Parkersburg LLC Attn: General Counsel 180 East Broad St., 21st Floor Columbus, OH 43215 | The Corporation Trust Company Registered Agent for Grand Central Parkersburg LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | Washington Prime Management Associates, LLC Attn: Property Management c/o WP Glimcher Inc. 180 East Broad Street Columbus, OH 43215 | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $8,830.33 | 2/17 Rent; 1/17-2/17 Elec |
| 184 | WPG | 9317 Mall Road, Space #317 Morgantown, WV 26501 | Morgantown Mall Associates Limited Partnership Attn: General Counsel 180 East Broad Street, 21st Floor Columbus, OH 43215 | CT Corporation System Registered Agent for Morgantown Mall Associates Limited Partnership 1300 East Ninth Street Cleveland, OH 44114 | Morgantown Mall Associates Limited Partnership Morgantown Mall 9500 Mall Road Morgantown, WV 26501 | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $14,038.23 | 2/17 Rent |
| 185 | Wilmorite Management Group, LLC | 701 Miracle Mile Drive Rochester, NY 14623 | The Marketplace Attn: General Counsel 1265 Scottsville Road Rochester, NY 14624 | | | | $5,575.00 | 2/17 Rent; 2016 Water Adj |
| 190 | J Herzog | 4125 West Garriot Road I F-2 Enid, OK 73703-4816 | Oakwood Mall 2001, LLC Attn: Mall Manager 4125 West Owen K Garriot Rd, Ste 2000 Enid, OK 73703 | Martin H. Herzog Registered Agent for Oakwood Mall 2001, LLC 1720 S Bellaire St., Ste 1209 Denver, CO 80222-4336 | | | $3,242.68 | 2/17 Rent |
| 195 | Oklahoma City, OK 73118 | 1901 NW Expressway, Suite 2006A | Penn Square Mall, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Penn Square Mall, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | | $267.81 | 2016 ReTax Adj |
| 199 | Simon | 7021 South Memorial Drive, Suite 221 Tulsa, OK 74133 | Woodland Hills Mall, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Woodland Hills Mall, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909  Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St. Indianapolis, IN 46204 | $9,505.23 | 2/17 Rent; 2016 ReTax adj; 8/15-12/16 Elec Adj |
| 202 | Simon | 2501 West Wabash Ave., Space E-11 Springfield, IL 62704 | Mall at White Oaks, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Mall at White Oaks, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909  Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St. Indianapolis, IN 46204 | $9,401.93 | 2/17 Rent |
| 203 | WPG | 2200 W War Memorial Dr, Space DL07 Peoria, IL 61613 | Northwoods Shopping Center, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | CT Corporation System Registered Agent for Northwoods Shopping Center, LLC 150 West Market Street, Ste. 800 Indianapolis, IN 46204 | Washington Prime Management Associates, LLC Attn: Property Management c/o WP Glimcher Inc. 180 East Broad Street Columbus, OH 43215 | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $8,342.97 | 2/17 Rent |
| 207 | CBL | Brookfield Square, 95 N. Moorland Rd Space #D2 Brookfield, WI 53005 | Brookfield Square Joint Venture CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Brookfield Square Joint Venture Registered Agent 2030 Hamilton Place Boulevard CBL Center, Ste. 500 Chattanooga, TN 37421 | | | $5,833.33 | 2/17 Rent |

9

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

## Schedules F & G
Store Listings and Landlords

| Store No. | Landlord Group | Leased Premises | Landlord Name and Address | Registered Agent and Address | Notice Address | Additional Notice | Prepetition Debt Amount | Description of Prepetition Debt |
|---|---|---|---|---|---|---|---|---|
| 209 | Rouse Properties | 3000 East Highland, Suite 602 Jonesboro, AR 72401 | RPI Turtle Creek Mall, L.L.C. Attn: General Counsel 1114 Ave of the Americas, Ste. 2800 New York, NY 10036 | Corporation Service Company Registered Agent for RPI Turtle Creek Mall, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | RPI Turtle Creek Mall, LLC PO Box 643614 Cincinnati, OH 45264-3614 | RPI Turtle Creek Mall, LLC Attn: General Manager 3000E Highland Dr, #200 Jonesboro, GA 72401 | $10,001.51 | 2/17 Rent; 2015 ReTax/Ins Adj |
| 210 | Jones Lang LaSalle | 5111 Rogers Ave. Box 40A Fort Smith, AR 72903-2033 | Fort Smith Mall LLC c/o Gregory Greenfield & Associates Attn: Asset Manager/ Central Mall (Fort Smith) 124 Johnson Ferry Rd Atlanta, GA 30328 | The Corporation Trust Company Registered Agent for Fort Smith Mall LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | Jones Lang LaSalle Americas, Inc. Attn: Counsel - Central Mall (Fort Smith) 3344 Peachtree Road, NE, Ste. 1200 Atlanta, GA 30326 | | $11,299.31 | 2/17 Rent |
| 212 | WPG | 2625 Northtown Drive, Space H-20 Blaine, MN 55434 | Glimcher Northtown Venture, LLC 180 East Broad Street, 21st Floor Columbus, OH 43215 | REJECTED SERVICES OF PROCESS (Not on their records.) The Corporation Trust Company Registered Agent for Glimcher Northtown Venture, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | Washington Prime Management Associates, LLC Attn: Property Management c/o WP Glimcher Inc. 180 East Broad Street Columbus, OH 43215 | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $14,019.07 | 1/17 Elec; 2/17 Rent |
| 213 | CBL | 1178 Burnsville Center, Space 1080 Burnsville, MN 55306 | Burnsville Center SPE, LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Burnsville Center SPE, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $6,400.28 | 2/17 Rent |
| 214 | Dial | 2918 Vine Street, Space 270 Hays, KS 67601 | Hays Mall, L.L.C., successor in interest to Warmack-Rogers Avenue Limited Partnership Warmack-Rogers Avenue Limited Partnership c/o Warmack and Company, LLC 650 Central Mall Texarkana, TX 75503-2497 | Hays Mall LLC Registered Agent 2918 Vine Street Hays, KS 67601 | Hays Mall LLC Asset Manager 11506 Nicholas Street, Ste 100 Omaha, NE 68154 | | $6,028.63 | 2/17 Rent; 11/16-1/17 Rent Adj |
| 217 | GGP | 410 Four Seasons Blvd, Space #146 Greensboro, NC 27427 | GGP-Four Seasons L.L.C. Attn: Law/Lease Administration Dept c/o Four Seasons Town Centre 110 N Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for GGP-Four Seasons L.L.C. 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Four Seasons Town Centre Attn: General Manager 410 Four Seasons Town Centre Greensboro, NC 27427 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $8,151.08 | 2/17 Rent; 1/17 HVAC Adj; 9/16 Adj |
| 218 | CBL | Asheville Mall, 3 S Tunnel Road Asheville, NC 28805 | Asheville Mall CMBS, LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Asheville Mall CMBS, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $4,958.33 | 2/17 Rent |
| 219 | CBL | Hanes Mall, 3320 Silas Creek Parkway Winston-Salem, NC 27103 | JG Winston-Salem, LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for JG Winston-Salem, LLC 50 West Broad Street, Ste. 1330 Columbus, OH 43215 | | | $8,496.08 | 2/17 Rent; 10/16-2/17 Wtr/Swr |
| 220 | GGP | 658 Apache Mall Space 220 Rochester, MN 55902 | Apache Mall, LLC Attn: Law-Lease Administration Department c/o Apache Mall 110 N Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for Apache Mall, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Apache Mall Attn: General Manager 333 Apache Mall, Ste. 333 Rochester, MN 55902 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $22,684.06 | 2/17 Rent & YE adj/d CAM/Retax/Elec |
| 221 | GGP | 3301 144th St. S., Suite 1025 Omaha, NE 68144 | Oak View Mall L.L.C. Attn: Law/Lease Administrative Dept c/o Oak View Mall 110 Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for Oak View Mall L.L.C. 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Oak View Mall Attn: General Manager 3001 South 144th St, Ste. 2029 Omaha, NE 68144 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $10,017.80 | 2/17 Rent |
| 223 | Birchwood Mall, LLC | 4350 24th Ave Fort Gratiot, MI 48059 | Birchwood Mall, LLC ATTN: General Counsel 1114 Avenue of the Americas, Suite 2800 New York, NY 10036 | CSC-Lawyers Incorporating Service (Company) 601 Abbot Road East Lansing, MI 48823 | | Birchwood Mall ATTN: General Manager 4350 24th Avenue PO Box 4350 Fort Gratiot, MI 48059 | $4,200.52 | 2/17 Rent |
| 226 | WPG | 2033 Maplewood Mall Dr Maplewood, MN 55109 | Maplewood Mall, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | CT Corporation System Registered Agent for Maplewood Mall, LLC 150 West Market Street, Ste. 800 Indianapolis, IN 46204 | Washington Prime Management Associates, LLC Attn: Property Management c/o WP Glimcher Inc. 180 East Broad Street Columbus, OH 43215 | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $12,379.93 | 2/17 Rent |
| 230 | Simon | 2825 Glenstone Avenue E04C Springfield, MO 65804-3723 | Battlefield Mall, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Battlefield Mall, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909 Ronald M. Tuckler Simon Property Group, inc. & Its Related Entities 225 W. Washington St. Indianapolis, IN 46204 | $15,403.42 | 2/17 Rent; 2016 ReTax Adj |

10

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

**Schedules F & G**
Store Listings and Landlords

| Store No. | Landlord Group | Leased Premises | Landlord Name and Address | Registered Agent and Address | Notice Address | Additional Notice | Prepetition Debt Amount | Description of Prepetition Debt |
|---|---|---|---|---|---|---|---|---|
| 232 | GGP | Columbia Mall, 2300 Bernadette Dr, Ste. #318 Columbia, MO 65203 | Columbia Mall L.L.C. Attn: Law/Lease Administrative Dept c/o Columbia Mall (MO) 110 N Wacker Dr. Chicago, IL 60606 | Corporation Service Company Registered Agent for Columbia Mall L.L.C. 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | Columbia Mall (MO) Attn: General Manager 2300 Bernadette Dr. Columbia, MO 65203 | Thor McLaughlin Ivan M. Gold Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 | $6,667.50 | 2/17 Rent; 1/17 rent credit; 10/16 Const util; 2016 Retax adj |
| 233 | MD Management, Inc. | 3702 Frederick Ave #22 St. Joseph, MO 64506 | Belt Highway, L.P. Law Department c/o M.D. Management, Inc 5201 Johnson Drive, Ste. 411 Mission, KS 66205 | The Corporation Trust Company Registered Agent for Belt Highway, L.P. 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | East Hills Mall c/o Management Office 3702 Frederick Blvd St. Joseph, MO 64506 | | $6,602.77 | 2/17 Merchant Dues; 2/17 Rent |
| 234 | CBL | 1010 Mid Rivers Mall St. Peters, MO 63376 | Mid Rivers Mall CMBS, LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Mid River Mall CMBS, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $4,770.25 | 2/17 Rent |
| 235 | CBL | South County Center, 415 S County Center Way St. Louis, MO 63129 | South County Shoppingtown LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for South County Shoppingtown LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $10,794.70 | 2/17 Rent |
| 236 | CBL | 101 North Range Line Space 230 Joplin, MO 64801 | Northpark Mall/Joplin, LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Northpark Mall/Joplin, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $12,711.74 | 2/17 Rent |
| 244 | Lexington Realty International, LLC | 1110 N Quincy Ave Box 18, Space #2 Ottumwa, IA 52501 | Quincy Place Holdings LLC c/o GJ Realty 49 West 37th St, 9th Floor New York, NY 10018-6257 | Registered Agent Solutions, Inc. Registered Agent for Quincy Place Holdings LLC 1679 S Dupont Hwy, Ste. 100 Dover, DE 19901 | Quincy Place Holdings, LLC c/o Lexington Realty 911 East County Line Rd, Ste 203 Lakewood, NJ 08701 | | $3,726.11 | 2/17 Rent |
| 245 | Watson Centers Inc. | West Des Moines, IA | Valley West Mall, LLC 3100 West Lake St, Ste. 420 Minneapolis, MN 55416-4599 | National Registered Agents, Inc. Registered Agent for Valley West Mall, LLC 160 Greentree Dr, Ste. 101 Dover, DE 19904 | | | $7,633.33 | 2/17 Rent |
| 249 | CBL | Independence Center 18813 East 39th St S #2048 Independence (Overland Park), KS 64057 | Oak Park Mall, LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Oak Park Mall, LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $0.00 | |
| 250 | Garden City Plaza LLC | 2214 E Kansas Ave Garden City, KS 67846 | Garden City Plaza, LLC The RBS Group LLC PO Box 540523 Omaha, NE 68154 | Hays Mall LLC Registered Agent for Garden City Plaza, LLC 2918 Vine St Hays, KS 67601 | | | $4,849.13 | 2/17 Rent |
| 251 | Urban Retail Properties | 2259 South 9th Street, #26 Salina, KS 67401-7313 | Central Mall Realty Holding, LLC 1010 Northern Blvd, Suite 212 Great Neck, NY 11021 Overland Park, KS 66210 | DSD Service Corporation Registered Agent for Central Mall Realty Holding, LLC 11040 Oakmont Overland Park, KS 66210 | | | $7,719.11 | 2/17 Rent |
| 254 | Urban Retail Properties | 100 Manhattan Town Center, Space 685 Manhattan, KS 66502 | Urbancal Manhattan Town Center, LLC Attn: Chief Executive Officer 111 East Wacker Dr., Ste. 2400 Chicago, IL 60601 | The Corporation Trust Company Registered Agent for Urbancal Manhattan Town Center, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | Manhattan Town Center Attn: Property Manager 100 Manhattan Town Center Manhattan, KS 66502 | | $11,886.89 | 2/17 Rent |
| 255 | WPG | 1801 SW Wanamaker Rd Topeka, KS 66604 | West Ridge Mall, LLC c/o M.S. Management Associates Inc. 225 West Washington St Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for West Ridge Mall, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | Washington Prime Management Associates, LLC Attn: Property Management c/o WP Glimcher Inc. 180 East Broad Street Columbus, OH 43215 | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $8,034.18 | 2/17 Rent |
| 271 | CBL | 3401 South Highway 41, Space J-7 Terra Haute, IN 47802 | Honey Creek Mall, LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Honey Creek Mall, LLC 135 North Pennsylvania St., Ste. 1610 Indianapolis, IN 46204 | | Caleb T. Holzaepfel Husch Blackwell LLP 736 Georgia Ave., Suite 300 Chattanooga, TN 37402-2059 | $15,739.89 | 2/17 Rent; 10/16-12/16 % Rent |
| 272 | Simon | 2415 Sagamore Pkwy S, Space #C01 Lafayette, IN 47905-5124 | Simon Property Group, L.P. c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | REJECTED SERVICE OF PROCESS (Not the registered agent) Corporation Service Company Registered Agent for Simon Property Group, LP 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909

Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St. Indianapolis, IN 46204 | $13,641.23 | 2/17 Rent; 1/17 % Rent; 2/17 Trash Adj |
| 275 | Cafaro | 2121 N. Monroe St, Space #565 Monroe, MI 48162 | Frenchtown Square Partnership 2445 Belmont Ave PO Box 2186 Youngstown, OH 44504-0186 | Frenchtown Square Partnership Registered Agent 5577 Youngstown-Warren Rd Niles, OH 44446 | | Richard T. Davis The Cafaro Company 5577 Youngstown-Warren Rd. Niles, OH 44446 | $27,207.26 | 2/17 Rent; 1/17-2/17 % Rent; 1/17 Security |

**VANITY SHOP OF GRAND FORKS, INC.**
Case No. 17-30112

### Schedules F & G
Store Listings and Landlords

| Store No. | Landlord Group | Leased Premises | Landlord Name and Address | Registered Agent and Address | Notice Address | Additional Notice | Prepetition Debt Amount | Description of Prepetition Debt |
|---|---|---|---|---|---|---|---|---|
| 276 | Spinoso Real Estate Group | 3365 South Linden Road, Space 570 Flint, MI 48507 | LSREF3 Spartan (Genesee), LLC Attention Asset Manager 2711 N. Haskell Ave, Ste. 1700 Dallas, TX 75204 | The Corporation Trust Company Registered Agent for LSREF3 Spartan (Genesee), LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | Hudson Americas LLC Attn: Legal Dept. 2711 N Haskell Ave, Ste. 1800 Dallas, TX 75204 | Spinoso Real Estate Group 100 Northern Concourse North Syracuse, NY 13212 Genesee Valley Center G-3341 South Linden Road Flint, MI 48507 | $10,288.11 | 1/17-2/17 % Rent; 1/17-2/17 Swr/Wtr/Elec/HVAC |
| 277 | Farbman | 6800 Eastman Ave E552 Midland, MI 48642 | Midland Mall LLC CBL & Associates Management, Inc. 2030 Hamilton Place Boulevard CBL Center, Suite 500 Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for Midland Mall LLC 2711 Centerville Rd, Ste. 400 Wilmington, DE 19808 | | | $7,757.44 | 1/17-2/17 % Rent; 1/17 Elec |
| 285 | CBL | South County Center 18 South County Center Way Mehlville, MO 63129 | South County Shoppingtown, LLC CBL & Associates Management, Inc. CBL Center, Suite 500 2030 Hamilton Place Boulevard Chattanooga, TN 37421-6000 | Corporation Service Company Registered Agent for South County Shoppingtown LLC 2711 Centerville Road, Suite 400 Wilmington, DE 19808 | | | $0.00 | |
| 286 | WPG | Southdale Center 10 Southdale Center Edina, MN 55435 | Southdale Center, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Southdale Center, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $0.00 | |
| 287 | Simon | Barton Creek Square 2901 S Capital of Texas Hwy Austin, TX 78746 | Simon Property Group (Texas), L.P. c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | | | Leslie C. Heilman Ballard Spahr, LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067-2909 Ronald M. Tuckler Simon Property Group, Inc. & Its Related Entities 225 W. Washington St. Indianapolis, IN 46204 | $0.00 | |
| 288 | WPG | Penn Square Mall 1901 Northwest Expressway Oklahoma City, OK 73118 | Penn Square Mall, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | The Corporation Trust Company Registered Agent for Penn Square Mall, LLC 1209 Orange St Corporation Trust Center Wilmington, DE 19801 | | Ronald E. Gold Frost Brown Todd LLC 3300 Great American Tower 301 E. Fourth St. Cincinnati, OH 45202 | $0.00 | |
| 297 | Barrier Lake Investments, LLC | E-Commerce, ND | 2222 N 7th LLC 4300 Park Glen Road St. Louis Park, MN 55416-4759 | Paul F. Commers Registered Agent 4300 Park Glen Road St. Louis Park, MN 55416-4759 | | | $3,142.36 | Real Estate Taxes for 1/2 year |
| | | | | | | | $1,332,783.47 | |

12