(04/01/13)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re: **Vanity Shop of Grand Forks, Inc.**                )
                                                           )    Case No. **17-30112**
                                              Debtors(s)   )

NOTICE TO CREDITOR(S) OF AMENDED SCHEDULE(S)

You are hereby notified that the debtor has filed the attached amended schedules to add additional notices parties listed below.

*Include the following if adding an omitted creditor*: Enclosed is a copy of the Notice of Chapter 11 Bankruptcy Case and notification of the full tax identification number of the debtor.
*(Do not include the Notice of Meeting of Creditors with any filing you make with the court.)*

1. Creditor(s) (name and address):

| **Name and Address** | **Description** |
|---|---|
| 2222 N 7th LLC<br>4300 Park Glen Road<br>St. Louis Park, MN 55416-4759 | Additional Notice Party |
| Comdata Inc. dba Stored Value Solutions<br>Attn William H Baustien SVP<br>One Oxmoro Place Suite 305<br>101 Bullitt Lane<br>Louisville, KY 40222-5465 | Additional Notice Party |
| Consolidated Communications<br>ATTN Shelly Romack<br>PO Box 3248<br>Mankato, MN 56001-3248 | Additional Notice Party |
| Euler Hermes Collections North America<br>800 Red Brook Blvd. Suite 400 C<br>Owings Mills, MD 21117 | Additional Notice Party |
| Eventis Corporation<br>ATTN Senior Vice President of Sales<br>2950 Xenium Lane North<br>Plymouth, MN 55441 | New Creditor |
| Morgantown Mall Associates<br>Limited Partnership<br>Morgantown Mall<br>9500 Mall Road<br>Morgantown, WV 26501 | Additional Notice Party |

(04/01/13)

| | |
|---|---:|
| Paul F. Commers<br>Registered Agent<br>4300 Park Glen Road<br>St. Louis Park, MN 55416-4759 | Additional Notice Party |
| Second Generation BEBOP CLC<br>Rosenthal & Rosenthal, Inc.<br>Anthony DiTirro<br>1370 Broadway<br>New York, NY 10018 | Additional Notice Party |
| The Corporation Trust Company<br>Registered Agent for PREIT Services, LLC<br>1209 Orange St<br>Corporation Trust Center<br>Wilmington, DE 19801 | Included in completion filing on 3/27/17<br>[Doc 188] but not included on<br>Certificate of Service [Doc 199]. |
| TYCO Integrated Security<br>ATTN Jeneen Ballard<br>Bankruptcy Specialist<br>10405 Crosspoint Blvd<br>Indianapolis, IN 46256 | New Creditor |
| Washington Prime Management Assoc, LLC<br>Attn Property Management<br>c/o WP Glimcher Inc.<br>180 East Broad Street<br>Columbus, OH 43215 | Additional Notice Party |

2. Claim (amount owed, nature of claim, date incurred):
    $    Unknown

3. This claim has been scheduled as [*check box*]: ☐ priority; ☐ secured; ☑ general unsecured.

4. Trustee, (name, address, and phone) if one has been appointed:
    Sarah J. Wencil
    Office of the U.S. Trustee
    Suite 1015 U.S. Courthouse
    300 South Fourth Street
    Minneapolis, MN 55415

5. Deadline for filing proofs of claim: **July 3, 2017.**
    If this claim was added to the schedules after the deadline for filing claims stated above or if the deadline will pass within 30 days, the creditor shall have 30 days after the date of service below to file a proof of claim. A proof of claim form is available on the court's website at www.ndb.uscourts.gov.

6. Deadline for filing complaints objecting to discharge of specific debts or the general discharge of debtor under 11 U.S.C. §§ 523, 727: **June 5, 2017.**

(04/01/13)

If this claim was added to the schedules after the deadline for filing complaints stated above or if the deadline will pass within 30 days, the creditor shall have 30 days after the date of service below to file complaints.

| Dated: | **June 27, 2017** | **/s/ Caren W. Stanley** |
|---|---|---|
| | | **Caren W. Stanley 06100** |
| | | **218 NP Avenue** |
| | | **P. O. Box 1389** |
| | | **Fargo, ND 58107-1389** |
| | | Signature of Attorney for Debtor(s) |
| | | (type name, address) |