# United States Bankruptcy Court
### District of North Dakota

In re    **Vanity Shop of Grand Forks, Inc.**                      Case No.    **17-30112**
                                       Debtor(s)                      Chapter    **11**

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2017, a copy of **Notice of Chapter 11 Bankruptcy, Notice to Creditors of Amended Schedules** and **Amended Schedule E/F** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

| Name and Address | Description |
|---|---|
| 2222 N 7th LLC<br>4300 Park Glen Road<br>St. Louis Park, MN 55416-4759 | Additional Notice Party |
| Comdata Inc. dba Stored Value Solutions<br>Attn William H Baustien SVP<br>One Oxmoro Place Suite 305<br>101 Bullitt Lane<br>Louisville, KY 40222-5465 | Additional Notice Party |
| Consolidated Communications<br>ATTN Shelly Romack<br>PO Box 3248<br>Mankato, MN 56001-3248 | Additional Notice Party |
| Euler Hermes Collections North America<br>800 Red Brook Blvd. Suite 400 C<br>Owings Mills, MD 21117 | Additional Notice Party |
| Eventis Corporation<br>ATTN Senior Vice President of Sales<br>2950 Xenium Lane North<br>Plymouth, MN 55441 | New Creditor |
| Morgantown Mall Associates<br>Limited Partnership<br>Morgantown Mall<br>9500 Mall Road<br>Morgantown, WV 26501 | Additional Notice Party |
| Paul F. Commers<br>Registered Agent<br>4300 Park Glen Road<br>St. Louis Park, MN 55416-4759 | Additional Notice Party |

| | |
|---|---|
| Second Generation BEBOP CLC<br>Rosenthal & Rosenthal, Inc.<br>Anthony DiTirro<br>1370 Broadway<br>New York, NY 10018 | Additional Notice Party |
| The Corporation Trust Company<br>Registered Agent for PREIT Services, LLC<br>1209 Orange St<br>Corporation Trust Center<br>Wilmington, DE 19801 | Included in completion filing on 3/27/17<br>[Doc 188] but not included on<br>Certificate of Service [Doc 199]. |
| TYCO Integrated Security<br>ATTN Jeneen Ballard<br>Bankruptcy Specialist<br>10405 Crosspoint Blvd<br>Indianapolis, IN 46256 | New Creditor |
| Washington Prime Management Assoc, LLC<br>Attn Property Management<br>c/o WP Glimcher Inc.<br>180 East Broad Street<br>Columbus, OH 43215 | Additional Notice Party |

**/s/ Caren W. Stanley**
**Caren W. Stanley 06100**
**Vogel Law Firm**
**218 NP Avenue**
**P. O. Box 1389**
**Fargo, ND 58107-1389**
**(701) 237-6983 Fax:(701) 476-7676**