**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: <br><br> VANITY SHOP OF GRAND FORKS, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 17-30112-SH |

## MOTION TO APPEAR *PRO HAC VICE* BY JEFFREY CHUBAK

The undersigned, Jeffrey Chubak, an attorney for B.E. Capital Management Fund LP, a Delaware limited partnership, hereby moves this Court pursuant to D.N.D. Gen. L. R. 1.3(D) and D.N.D. Bankr. L. R. 9010-2(B) for leave to appear *pro hac vice*, and respectfully states as follows:

1. I am a resident of the State of New York.

2. My office address is Storch Amini PC, 140 East 45th Street, 25th Floor, New York, New York 10017.

3. My office telephone number is (212) 497-8247.

4. My office e-mail address is jchubak@storchamini.com.

5. Legal training: New York University School of Law, 2007.

6. Disciplinary actions past or pending, suspensions, probations, disbarments, or other restrictions: None.

7. I am admitted to practice law in the State of New York (No. 4581807) and the United States Bankruptcy and District Courts for the Southern and Eastern Districts of New York.

8. I certify that I will abide by all the Local Rules of the United States Bankruptcy Court for the District of North Dakota, and will submit to the jurisdiction of the Court in matters of discipline.

Under penalty of perjury under the laws of the United States of America, I hereby declare that the above information is true, correct, and complete to the best of my information and belief.

Dated: August 4, 2017                        STORCH AMINI PC

/s/ Jeffrey Chubak
Jeffrey Chubak
140 East 45th Street, 25th Floor
New York, New York 10017
Tel: (212) 490-4100
Fax: (212) 490-4208
E-mail: jchubak@storchamini.com

*Attorneys for B.E. Capital Management Fund LP*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 4, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

                                                                        /s/ Jeffrey Chubak

Case 17-30112    Doc 367    Filed 08/04/17    Entered 08/04/17 11:40:38    Desc Main
Document      Page 3 of 3