B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

_____ District Of _____

In re _____,          Case No. _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_____          _____
Name of Transferee                                         Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): _____
should be sent:                                                          Amount of Claim: _____
                                                                                  Date Claim Filed: _____

Phone: _____          Phone: _____
Last Four Digits of Acct #: _____                   Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____          Date:_____
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, **D.L. Morse & Associates, Inc.** ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to B.E. Capital Management Fund LP ("Purchaser") all of Seller's right, title, and interest in and to **Proof of Claim No. 47, 48, 49, 50, and 53** (the "Proof of Claim") filed against **Vanity Shop of Grand Forks, Inc.** (the "Debtor") in the total amount of **$137,033.32** in *In re Vanity Shop of Grand Forks, Inc.* (Case No. 17-30112) pending in the United States Bankruptcy Court for the District of North Dakota (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Proof of Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Proof of Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on July 27, 2017.

**D.L. Morse & Associates, Inc.**

By: _/s/ Troy A Toelle_

Name: _Troy A Toelle_

Title: _President_