B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

_____ District Of _____

In re _____,     Case No. _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_____     _____
        Name of Transferee                  Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): priority portion of scheduled claim
should be sent:                                  Amount of Claim: _____
                                                 Date Claim Filed: _ _ _ _ _ _ _ _ _

Phone: _____     Phone: _____
Last Four Digits of Acct #: _____     Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____     Date:_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**PARTIAL TRANSFER OF CLAIM**
(Federal Rule of Bankruptcy Procedure 3001(e)(1))

TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, **Joe Benbasset Inc.** ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to B.E. Capital Management Fund LP ("Purchaser") all of Seller's right, title, and interest in and to priority claim under 11 U.S.C. § 503(b)(9) (the "Priority Claim") related to **Invoice Numbers 61119 and 61120** included in the scheduled claim against **Vanity Shop of Grand Forks, Inc.** (the "Debtor") in *In re Vanity Shop of Grand Forks, Inc.* (Case No. 17-30112) in the amount of **$8,385.00** pending in the United States Bankruptcy Court for the District of North Dakota (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on April 7, 2017.

**Joe Benbasset Inc.**

By: *corey benbasset (Apr 7, 2017)*

Name: Corey Benbasset

Title: EVP Joe Benbasset Inc

# Joe Benasset_Contract_04 07 17

Adobe Sign Document History      04/13/2017

| | |
|---|---|
| Created: | 04/07/2017 |
| By: | Thomas Braziel (thomas@becapitalmanagement.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAiUwZnOVXS9PWh3HS3rgs6b366ymxRAum |

## "Joe Benasset_Contract_04 07 17" History

- Document uploaded by Thomas Braziel (thomas@becapitalmanagement.com) from Acrobat
  04/07/2017 - 1:20:00 PM PDT- IP address: 63.119.182.163

- Document emailed to corey benbasset (cbenbasset@joebenbasset.com) for signature
  04/07/2017 - 1:20:01 PM PDT

- Document viewed by corey benbasset (cbenbasset@joebenbasset.com)
  04/07/2017 - 1:21:22 PM PDT- IP address: 207.86.128.35

- Document e-signed by corey benbasset (cbenbasset@joebenbasset.com)
  Signature Date: 04/07/2017 - 1:22:25 PM PDT - Time Source: server- IP address: 207.86.128.35

- Document emailed to Thomas Braziel (thomas@becapitalmanagement.com) for signature
  04/07/2017 - 1:22:26 PM PDT

- Document viewed by Thomas Braziel (thomas@becapitalmanagement.com)
  04/07/2017 - 1:30:34 PM PDT- IP address: 63.119.182.163

- Document e-signed by Thomas Braziel (thomas@becapitalmanagement.com)
  Signature Date: 04/07/2017 - 1:31:29 PM PDT - Time Source: server- IP address: 63.119.182.163

- Signed document emailed to corey benbasset (cbenbasset@joebenbasset.com) and Thomas Braziel (thomas@becapitalmanagement.com)
  04/07/2017 - 1:31:29 PM PDT

Adobe Sign

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.298 | **Nonpriority creditor's name and mailing address**<br>JIANGSU SAINTY GLORIOUS<br>5TH FLOOR, BUILDING #A<br>#21 SOFTWEAR AVE, YUHUA DISTRICT<br>NANJING, CHINA<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*     $89,992.20<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** MERCHANDISE<br>Is the claim subject to offset?  ■ No   ☐ Yes |
| 3.299 | **Nonpriority creditor's name and mailing address**<br>JOC INTERNATIONAL LTD<br>ROOM 209<br>8 SOUTH LIYUAN ROAD<br>JANGNING DISTRICT<br>NANJING, CHINA<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*     $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** MERCHANDISE<br>Is the claim subject to offset?  ■ No   ☐ Yes |
| 3.300 | **Nonpriority creditor's name and mailing address**<br>JODI KRISTOPHER, LLC<br>5910 CORVETTE STREET<br>COMMERCE, CA 90040<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*     $31,441.97<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** MERCHANDISE<br>Is the claim subject to offset?  ■ No   ☐ Yes |
| 3.301 | **Nonpriority creditor's name and mailing address**<br>JOE BENBASSET<br>213 W. 35TH ST.<br>NEW YORK, NY 10001<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*     $24,204.97<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** MERCHANDISE<br>Is the claim subject to offset?  ■ No   ☐ Yes |
| 3.302 | **Nonpriority creditor's name and mailing address**<br>JOHN'S GREAT AMERICAN<br>WINDOW CLEANING CO.<br>PO BOX 155<br>WHITELAND, IN 46184<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*     $44.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** WINDOW WASHING<br>Is the claim subject to offset?  ■ No   ☐ Yes |
| 3.303 | **Nonpriority creditor's name and mailing address**<br>JOHN'S HEATING & A/C<br>1423 COLLEGE WAY<br>FERGUS FALLS, MN 56537<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*     $211.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** REPAIRS & MTCE<br>Is the claim subject to offset?  ■ No   ☐ Yes |
| 3.304 | **Nonpriority creditor's name and mailing address**<br>JOHNSON CITY POWER BOARD<br>PO BOX 2058<br>JOHNSON CITY, TN 37605<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*     $589.51<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** UTILITIES<br>Is the claim subject to offset?  ■ No   ☐ Yes |

**Joe Benbasset Inc.**
213 W 35TH ST
NEW YORK,  NY 10001 UNITED STATES

| INVOICE | |
|---|---|
| DATE | NUMBER |
| 02/07/17 | 61119 |

| SHIP TO | BILL TO | REMIT TO |
|---|---|---|
| Vanity Shop of Grand Fork<br>VANITY SHOP OF GRAND FORKS<br>1001 25TH STREET N.<br>FARGO,  ND 58102 US | Vanity Shop of Grand Fork<br>Vanity Shop   Accounts Payable<br>P.O. BOx 547<br>FARGO,  ND 58107 US | Joe Benbasset Inc.<br>213 W 35TH ST<br>NEW YORK,  NY 10001 US<br>(212) 594-8440 |

| STORE # | DEPT # | CUST. P.O. # | ACCT. NO. | REG. NO. | ORDER NO. | PICK NO. | SLSP | TERMS: | SHIPPED VIA | F.O.B. |
|---|---|---|---|---|---|---|---|---|---|---|
| DC 1 | 11 | 241968 | VANITY | 4704 | 52117 | 62666 | KB | 2% Net 60 | FEDEX FREIGHT PRIORITY | ADS |

Style: W832054          Color:  BK/WH              Label:  VANITY          Customer SKU
       zippered ankle pant          Black/White      Dm/Pk:

| | XXS | XS | S | M | L | XL | XXL | | | | Tot Units | Price | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals by Size | | | 16 | 32 | 32 | 16 | | | | | 96 | 10.25 | 984.00 |

Style: 9202054          Color:  BLACK              Label:  VANITY          Customer SKU
       zippered ankle pant          Black            Dm/Pk:

| | XXS | XS | S | M | L | XL | XXL | | | | Tot Units | Price | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals by Size | | | 18 | 36 | 36 | 18 | | | | | 108 | 9.50 | 1,026.00 |

| Page | Units | Merchandise |
|---|---|---|
| Sub Totals | 204 | 2,010.00 |

| Total Units | | Sub Total | 2,010.00 |
|---|---|---|---|
| 204 | | Disc. Amount | |
| | | Freight/Ins. | |
| 4 | 204.000 | Total | 2,010.00 |
| # CTNS | WEIGHT | | |

03/31/17 03:14:34 PM

Page: 1

**Joe Benbasset Inc.**
**213 W 35TH ST**
**NEW YORK,   NY 10001 UNITED STATES**

## INVOICE

| DATE | NUMBER |
|---|---|
| 02/07/17 | 61120 |

| SHIP TO | BILL TO | REMIT TO |
|---|---|---|
| Vanity Shop of Grand Fork<br>VANITY SHOP OF GRAND FORKS<br>1001 25TH STREET N.<br>FARGO,  ND 58102 US | Vanity Shop of Grand Fork<br>Vanity Shop   Accounts Payable<br>P.O. BOx 547<br>FARGO,  ND 58107 US | Joe Benbasset Inc.<br>213 W 35TH ST<br>NEW YORK,  NY 10001 US<br>(212) 594-8440 |

| STORE # | DEPT # | CUST. P.O. # | ACCT. NO. | REG. NO. | ORDER NO. | PICK NO. | SLSP | TERMS: | SHIPPED VIA | F.O.B. |
|---|---|---|---|---|---|---|---|---|---|---|
| DC 1 | 10 | 241991 | VANITY | 4846 | 56117 | 62532 | KB | 2% Net 60 | FEDEX FREIGHT PRIORITY | ADS |

Style: 9206854          Color: CHAR             Label: VANITY         Customer SKU
    pull on 3 button pant       Charcoal          Dm/Pk:

| Totals by Size | XXS | XS | S | M | L | XL | XXL | | | | Tot Units | Price | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 46 | 92 | 92 | 46 | | | | | 276 | 8.50 | 2,346.00 |

Style: 9206854          Color: BLACK            Label: VANITY         Customer SKU
    pull on 3 button pant       Black             Dm/Pk:

| Totals by Size | XXS | XS | S | M | L | XL | XXL | | | | Tot Units | Price | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 79 | 158 | 158 | 79 | | | | | 474 | 8.50 | 4,029.00 |

03/31/17 03:14:34 PM
Page: 1

| Page | Units | Merchandise |
|---|---|---|
| Sub Totals | 750 | 6,375.00 |

| Total Units | | Sub Total | 6,375.00 |
|---|---|---|---|
| 750 | | Disc. Amount | |
| | | Freight/Ins. | |
| 13 | 750.000 | Total | 6,375.00 |
| # CTNS | WEIGHT | | |

# RR DONNELLEY

RR Donnelley Logistics Services Worldwide, Inc
**D.B.A.: DLS Worldwide**
1000 Windham Pkwy. Bolingbrook, IL 60490

**Bill of Lading**
BOL Number: FAR870104287

## SHIP FROM

Joe Benbasset c/o ADS
9334 NW 102nd St.
Medley, FL 33178
Andrew Amaker 212-594-8440 x306 Fax: 212-279-2822

**Ship Date:** 02/07/2017
**Due Date:** 02/10/2017
**Carrier:** Fedex LTL Priority
**Pro Number:**

## SHIP TO

Vanity
1001 25th St North
Fargo, ND 58102
Kevin Skalsky 701-237-3330 Fax: 701-235-6789

## REFERENCES

BOL: FAR870104287
PO Number: 241968, 241991

393323806-1  FedEx Freight

## THIRD PARTY FREIGHT CHARGES BILL TO:

DLS Worldwide
1000 Windham Parkway
Bolingbrook IL 60490

**Freight Charge Terms:** 3rd Party Prepaid

## SERVICES

## SPECIAL INSTRUCTIONS

PO 241968, 241991
17 cartons on 1 pallet

Questions or Issues with shipment call **866-940-6321**

| QTY | PKG | WT | HM | COMMODITY DESCRIPTION | DIMS | CLASS | NMFC# |
|---|---|---|---|---|---|---|---|
| 17 | CTN | 612lbs. |  | Clothing, Garments or Apparel, NOI, in boxes, hampers, pkgs |  | 92.5 | 049880-07 |
| 17 |  | 612 |  | **GRAND TOTAL** |  |  |  |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

**COD Amount:** $
**Fee Terms:** Collect ___  Prepaid ___
Check Acceptable ___  3rd Party ___

**NOTE:** Liability limitation for loss or damage in this shipment may be applicable. See 49 USC 14706(c)(1)(A) and (B).

Received, subject to the agreement between the Carrier and DLS Worldwide in effect on the date of shipment. Carrier agrees that DLS Worldwide is the sole payer of the corresponding freight bill. This Bill of Lading is not subject to any tariffs or classifications, whether individually determined of filed with any federal or state regulatory agency, except as specifically agreed to in writing by DLS Worldwide and Carrier.

**Trailer Loaded:**
__ by Shipper
__ by Driver

**Freight Counted:**
__ by Shipper
__ by Driver

**Shipper Signature/Date**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper: _Rogelio_  Date: 2/7/17

**Carrier Signature/Pickup Date**
Carrier acknowledges receipt of packages and required four (4) placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.

Carrier: _____  Date: _____

17 CTNS  1 Skid

alex Zavala
2/7/17
71557
1/17

Page 1 of 1



Shipping | Tracking | Manage | Learn | FedEx Office ®

My Profile | Support | Locations |  English

Search or tracking number

Login

**IMPORTANT!**
**FedEx is closely monitoring the situation of the collapsed bridge on Interstate 85 in Atlanta, GA.** Learn More

## FedEx® Tracking

**393323806-1**

| Ship date: | | Actual delivery: |
|---|---|---|
| Tue 2/07/2017 | Delivered | Fri 2/10/2017 9:59 am |
| MEDLEY, FL US Origin Terminal | Signed for by: B VALDEZ | FARGO, ND US Destination Location |
| MEDLEY, FL | | WEST FARGO, ND |

### Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| **2/10/2017 - Friday** | | |
| 9:59 am | Delivered | FARGO, ND |
| 8:47 am | Out for delivery  Manifest Number 487000072563 | WEST FARGO, ND |
| 8:39 am | At local facility  Manifest Number 487000072563 | WEST FARGO, ND |
| 7:25 am | At local facility | WEST FARGO, ND |
| 3:33 am | In transit | ST PAUL, MN |
| **2/09/2017 - Thursday** | | |
| 8:15 pm | In transit | MAUSTON, WI |
| 8:27 am | In transit | EVANSVILLE, IN |
| 3:17 am | In transit | NASHVILLE, TN |
| **2/08/2017 - Wednesday** | | |
| 9:46 am | In transit | VALDOSTA, GA |
| 3:47 am | In transit | ORLANDO, FL |
| **2/07/2017 - Tuesday** | | |
| 8:59 pm | In transit | MEDLEY, FL |
| 8:31 pm | Shipment exception  Shipment weight corrected | MEDLEY, FL |
| 4:25 pm | Picked up | MEDLEY, FL |

### Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 393323806-1 | Service | FedEx Freight Priority |
| Total pieces | 17 | Total shipment weight | 745 lbs / 337.93 kgs |
| Terms | Third Party | Purchase order number | 241968, 241991, 241968241991 |
| Bill of lading number | FAR70104287 | Packaging | Skid |
| Standard transit | 2/10/2017 | | |



| Customer Focus | Featured Services | Companies | Follow FedEx | 🇺🇸 United States - English |
|---|---|---|---|---|
| New Customer Center | FedEx Delivery Manager | FedEx Express | | |
| Small Business Center | FedEx SameDay | FedEx Ground | | |
| Service Guide | FedEx Home Delivery | FedEx Office | | |
| Customer Support | FedEx TechConnect | FedEx Freight | | |
| | FedEx HealthCare Solutions | FedEx Custom Critical | | |
| Company Information | Online Retail Solutions | FedEx Trade Networks | | |
| About FedEx | Packaging Services | FedEx Cross Border | | |
| Careers | Ancillary Clearance Services | FedEx Supply Chain | | |
| Investor Relations | | | | |
| Subscribe to FedEx email | Other Resources | | | |
| | FedEx Compatible | | | |
| | Developer Resource Center | | | |

Search or tracking number

3001132ip Manager Signature
FedEx Mobile

© FedEx 1995-2017

Careers  |  Global Home  |  Site Map  |  fedex.com Terms of Use  |  Security and Privacy