B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

_____ District Of _____

In re _____,        Case No. _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_____         _____
       Name of Transferee                              Name of Transferor

Name and Address where notices to transferee         Court Claim # (if known): GUC Portion of Sch. Claim
should be sent:                                      Amount of Claim: _____
                                                     Date Claim Filed: _____

Phone: _____         Phone: _____
Last Four Digits of Acct #: _____     Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____         Date:_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, **Joe Benbasset Inc.** ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to B.E. Capital Management Fund LP ("Purchaser") all of Seller's right, title, and interest in and to its "claim" or "claims" (as defined in 11 U.S.C. § 101(5)) (the "Claim") scheduled by (the "Debtor") in the amount of **$15,819.97 (the remaining scheduled claim amount after deducting the $8,385.00 503(b)(9) priority portion)** in *In re Vanity Shop of Grand Forks, Inc.* **(Case No. 17-30112)** pending in the United States Bankruptcy Court for the District of North Dakota (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June 20, 2017.

**Joe Benbasset Inc.**

By: *Murray Benbasset* (signature)

Name: murray benbasset

Title: president

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.298 | **Nonpriority creditor's name and mailing address**<br>JIANGSU SAINTY GLORIOUS<br>5TH FLOOR, BUILDING #A<br>#21 SOFTWEAR AVE, YUHUA DISTRICT<br>NANJING, CHINA<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** MERCHANDISE<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $89,992.20 |
| 3.299 | **Nonpriority creditor's name and mailing address**<br>JOC INTERNATIONAL LTD<br>ROOM 209<br>8 SOUTH LIYUAN ROAD<br>JANGNING DISTRICT<br>NANJING, CHINA<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** MERCHANDISE<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.300 | **Nonpriority creditor's name and mailing address**<br>JODI KRISTOPHER, LLC<br>5910 CORVETTE STREET<br>COMMERCE, CA 90040<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** MERCHANDISE<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $31,441.97 |
| 3.301 | **Nonpriority creditor's name and mailing address**<br>JOE BENBASSET<br>213 W. 35TH ST.<br>NEW YORK, NY 10001<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** MERCHANDISE<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $24,204.97 |
| 3.302 | **Nonpriority creditor's name and mailing address**<br>JOHN'S GREAT AMERICAN<br>WINDOW CLEANING CO.<br>PO BOX 155<br>WHITELAND, IN 46184<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** WINDOW WASHING<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $44.00 |
| 3.303 | **Nonpriority creditor's name and mailing address**<br>JOHN'S HEATING & A/C<br>1423 COLLEGE WAY<br>FERGUS FALLS, MN 56537<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** REPAIRS & MTCE<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $211.00 |
| 3.304 | **Nonpriority creditor's name and mailing address**<br>JOHNSON CITY POWER BOARD<br>PO BOX 2058<br>JOHNSON CITY, TN 37605<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** UTILITIES<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $589.51 |