# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>**Vanity Shop of Grand Forks, Inc<br>dba Vanity**<br><br>Debtor. | **Chapter 11<br>Bankruptcy No. 17-30112**<br><br>\*SECOND AMENDED<br>UNITED STATES TRUSTEE'S<br>APPOINTMENT OF COMMITTEE<br>OF UNSECURED CREDITORS<br>IN CHAPTER 11 CASE |

The U.S. Trustee for Region 12 hereby amends the Appointment of Committee of Unsecured Creditors to remove the following member due to resignation:

1. Anfield Apparel Group, Inc.
   20851 Currier Rd.
   City of Industry, CA  91789

DATED this  28th day of September, 2017.

                                            Respectfully submitted,

                                            DANIEL M. MCDERMOTT
                                            UNITED STATES TRUSTEE
                                            Region 12

                       By:    /s/ Sarah J. Wencil
                              Sarah J. Wencil, Trial Attorney
                              Office of the U.S. Trustee
                              Suite 1015 U.S. Courthouse
                              300 South Fourth St.
                              Minneapolis, MN 55415
                              Telephone: (612) 334-1366
                              Sarah.J.Wencil@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>**Vanity Shop of Grand Forks, Inc dba Vanity**<br><br>**Debtor.** | **Chapter 11**<br><br>**Bankruptcy No. 17-30112**<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on September 28, 2017, I served true copies of the **UNITED STATES TRUSTEE'S SECOND AMENDED APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS IN CHAPTER 11 CASE** on the following parties by first-class mail, postage prepaid:

Anfield Apparel Group, Inc.
Attention Angela Yu
20851 Currier Rd.
City of Industry, CA 91789

CRG Financial LLC
100 Union Avenue, Suite 240
Cresskill, NJ 07626

D'Layne Carter
Perdue Brandon Fielder Collins & Mott, L
1616 S. Kentucky, Building D, Suite 200
Amarillo, TX 79102

Cavalini, Inc.
Attention Haim Bahari
1536 S. Alameda St.
Los Angeles, CA 90021

Corey Enger
Eide Bailly, LLP
4310 17th Ave. S.
Fargo, ND 58108-2545

GGP Limited Partnership
Attention Julie Minnick Bowden
Acting Chairperson
110 North Walker Drive
Chicago, IL 60606

Scott Hasbrouck
BradyMartz & Associates, P.C.
401 Demers Avenue, Suite 300
P.O. Box 14296
Grand Forks, ND 58208-4296

Jenni Huotari
Eide, Bailly, LLP
4310 17th Ave. S.
Fargo, ND 58108-2545

Michael Knight
BGA Management, LLC
d/b/a Alliance Management
601 Carlson Parkway
Carlson Towers, Suite 110
Minneapolis, MN 55305

Deanna Linstad
Bell Bank
15 Broadway, Suite 400
Fargo, ND 58102

Jill Motschenbacher
3211 43rd Avenue South
Fargo, ND 58104

Oklahoma County Treasurer
Attn: Tammy Jones
320 Robert S. Kerr, Room 307
Oklahoma City, OK 73102

David Peress
Hilco IP Services LLC
d/b/a Hilco Streambank
980 Washington St., Suite 330
Dedham, MA 02026

Scott Roller
Diamond B Technology Solutions, LLC
2222 7th Avenue North, Suite 200
Fargo, ND  58102

Simon Property Group, Inc.
Attention Ronald M. Tucker
225 W. Washington Street
Indianapolis, IN 46204

Washington Prime Group, Inc.
Attention Stephen E. Ifeduba
180 West Broad Street
Columbus, OH 43215

                                                  */s/ Marcy A. Jones*
                                                  Marcy A. Jones, Legal Assistant