UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | |
| Vanity Shop of Grand Forks, Inc., | Jointly Administered Under Case No. 17-30112 |
| Debtor. | Chapter 11 |

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE AND SERVICE OF PAPERS
OF ORACLE AMERICA, INC.

**PLEASE TAKE NOTICE** that Kesha L. Tanabe, Esq., hereby appears as counsel for Oracle America, Inc. in the above-captioned proceeding, and pursuant to Fed. R. Bankr. P. 2002(g) and 9010(b) and Local Rule 2002-5, requests that she be added to the mailing list maintained by the Clerk in this case, and that all notices given or required to be given in this case, and all papers served or required to be served in this case be given to and served on the following:

Kesha L. Tanabe, Esq.
4304 34th Ave. S.
Minneapolis, MN 55406
(612) 735-0188
Email: kesha@tanabelaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notice of any orders, pleadings, motions, applications, complaints, demands, hearing, requests or petitions, answering or reply papers, memoranda and briefs in support of any other document brought before this Court with respect to this proceeding, whether formal or informal,

1

whether written or oral, and whether transmitted or conveyed by e-mail, mail, hand delivery, facsimile or telephone.

**PLEASE TAKE FURTHER NOTICE** that Oracle America, Inc. intends that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit shall waive: (1) their right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) their right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (3) their right to have the withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which they are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  October 23, 2017          */e/ Kesha L. Tanabe*
Kesha L. Tanabe (#0387250)
**TANABE LAW**
4304 34th Ave S.
Minneapolis, MN  55406
Telephone: (612) 735-0188
E-mail: kesha@tanabelaw.com

**COUNSEL TO ORACLE AMERICA, INC.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Vanity Shop of Grand Forks, Inc.,

Debtor.

Jointly Administered Under
Case No. 17-30112

Chapter 11

### UNSWORN CERTIFICATE OF SERVICE

I, Kesha Tanabe, declare that, on October 23, 2017, I caused the following document(s):

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE AND SERVICE OF PAPERS
OF ORACLE AMERICA, INC.**

to be filed electronically with the Clerk of Bankruptcy Court through ECF, and that ECF will send an e-notice of the electronic filing to all ECF participants.

Dated: October 23, 2017

TANABE LAW

By: /S/ Kesha Tanabe
Kesha L. Tanabe (#0387520)
4304 34th Aves S.
Minneapolis, MN 55406
(612) 735-0188

3