# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>**VANITY SHOP OF GRAND FORKS, INC.,**<br><br>**Debtor.** | Case No. 17-30112<br><br>Chapter 11 Case<br><br>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS |

**PLEASE TAKE NOTICE** that Luis Salazar, as Consumer Privacy Ombudsman, pursuant to Federal Rule of Bankruptcy Procedure 9010, requests that all notices (including those required by Rule 2002) in this case or any related proceeding be mailed to undersigned counsel unless otherwise directed by the Court, at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that request is also made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications or petitions, schedules, and answering or reply papers filed in the above-captioned case or any related adversary proceedings by providing a copy of each, unless otherwise directed by the Court, to the following:

**SALAZAR LAW**
Attn: Luis Salazar, Consumer Privacy Ombudsman
2000 Ponce De Leon Boulevard, Penthouse
Coral Gables, FL 33134
Telephone: (305) 374-4848
Facsimile: (305) 397-1021
Email: Luis@Salazar.Law

Dated: November 6, 2017           Respectfully submitted,

**SALAZAR LAW**
*Consumer Privacy Ombudsman*
2000 Ponce De Leon Boulevard, Penthouse
Coral Gables, FL 33134
Telephone: (305) 374-4848
Facsimile: (305) 397-1021
Email: Luis@Salazar.Law

By:      /s/ Luis Salazar
        Luis Salazar
        Florida Bar No. 147788

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2017 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties entitled to service through the Notices of Electronic Filing generated by CM/ECF in this case.

                                                   /s/ Luis Salazar
                                                   Luis Salazar

# SERVICE LIST

**Electronic Notice List:**

- **Ellie J Barragry**    ebarragry@foxrothschild.com, jaanderson@foxrothschild.com
- **L. John Bird**    lbird@foxrothschild.com
- **Robert A Boghosian**    rboghosian@ctswlaw.com
- **Jon R. Brakke**    jbrakke@vogellaw.com, jnona@vogellaw.com;parmstrong@vogellaw.com;sthompson@vogellaw.com;r51072@notify.bestcase.com
- **Dustin P Branch**    branchd@ballardspahr.com, carolod@ballardspahr.com
- **D'Layne Carter**    dpcarter@pbfcm.com
- **Shawn M Christianson**    schristianson@buchalter.com
- **Jeffrey Chubak**    jchubak@storchamini.com
- **Andrew S Conway**    Aconway@taubman.com
- **Richard T Davis**    rdavis@cafarocompany.com
- **Steven R Fox**    srfox@foxlaw.com
- **Steven A Ginther**    Steve.Ginther@dor.mo.gov
- **Ivan M Gold**    igold@allenmatkins.com
- **Ronald E Gold**    rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com
- **Jeffrey E Krumpe**    Jeffrey.krumpe@mhtlaw.com
- **Mette H Kurth**    mkurth@foxrothschild.com, msteen@foxrothschild.com;lmorton@foxrothschild.com
- **Jeffrey D Kurtzman**    kurtzman@kurtzmansteady.com
- **Kurtzman Carson Consultants LLC**    anguyen@kccllc.com, ecfpleadings@kccllc.com
- **Paul J Labov**    plabov@foxrothschild.com
- **Harlan Lazarus**    Hlazarus@lazarusandlazarus.com
- **Robert L LeHane**    KDWbankruptcydepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
- **Thor McLaughlin**    tmclaughlin@allenmatkins.com
- **Roger J. Minch**    rminch@serklandlaw.com
- **Laura Monroe**    lmbkr@pbfcm.com
- **Robert B. Raschke**    USTPRegion12.SX.ECF@usdoj.gov
- **Alexander G Rheaume**    arheaume@riemerlaw.com
- **Donald E Rothman**    drothman@riemerlaw.com
- **Brad A. Sinclair**    brad@kaler-doeling.com, sherry@kaler-doeling.com
- **Caren W. Stanley**    cstanley@vogellaw.com, jnona@vogellaw.com;parmstrong@vogellaw.com;sthompson@vogellaw.com;ldanielson@vogellaw.com;r51072@notify.bestcase.com

- **Kesha L. Tanabe**   kesha@tanabelaw.com
- **Michael M. Thomas**   mthomas@conmylaw.com, cgronwold@conmylaw.com
- **Ronald M Tucker**   rtucker@simon.com
- **Elizabeth Weller**   bethw@lgbs.com
- **Sarah J. Wencil**   sarah.j.wencil@usdoj.gov
- **Michael B. Willey**   michael.willey@ag.tn.gov