# UNITED STATES BANKRUPTCY COURT

## District of North Dakota

In re: <u>Vanity Shop of Grand Forks, Inc.</u>　　　　Case No. <u>17-30112</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>The Ad Art Company</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): <u>N/A</u><br>Amount of Claim:　<u>USD$58,205.43</u><br>Date Claim Filed: <u>N/A</u> |
| TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | Phone: <u>(323) 981-8941</u><br>Last four digits of Acct.#: <u>N/A</u> |
| Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u> | Name and Current Address of Transferor:<br><br>The Ad Art Company<br>3260 E 26th St<br>Los Angeles, CA 90058 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#: <u>N/A</u> | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>　　　　　　　　　　　　　Date: <u>December 28, 2017</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of North Dakota
Attention: Clerk

AND TO: Vanity Shop of Grand Forks, Inc. (Debtor)
Case No. 17-30112

Claim # N/A

**The Ad Art Company,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$58,205.43** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 27th DAY OF December, 2017.

ASSIGNOR: The Ad Art Company

_____
(Signature)

Joseph M De Marco
(Print Name)

President
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

| Debtor | Vanity Shop of Grand Forks, Inc. | Case number (if known) | 17-30112 |
|---|---|---|---|

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|
| | TEMPERATURE PROS, LLC<br>778 S MAIN ST<br>SUITE 196<br>LAPEER, MI 48446 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: HVAC | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81,937.95 |
|---|---|---|---|
| | TEMPTED<br>5630 BANDINI BLVD<br>BELL, CA 90201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: MERCHANDISE | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.31 |
|---|---|---|---|
| | TERMINIX PROCESSING CTR<br>PO BOX 742592<br>CINCINNATI, OH 45274 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: PEST CONTROL | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.87 |
|---|---|---|---|
| | TERRE HAUTE, CITY OF<br>PO BOX 21043<br>TULSA, OK 74121 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: UTILITIES | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.94 |
|---|---|---|---|
| | TERRY'S HEATING &<br>AIR CONDITIONING<br>PO BOX 5177<br>TWIN FALLS, ID 83301 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: HVAC PM | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.48 |
|---|---|---|---|
| | THAODORF, LORI<br>302 6TH AVE NE<br>KASSON, MN 55944 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: CUSTOMER REFUND CHECKS | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,205.43 |
|---|---|---|---|
| | THE AD ART COMPANY<br>3260 E 26TH STREET<br>LOS ANGELES, CA 90058 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: Spring Sign Kit | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

# Creditor Data

**Creditor**
The Ad Art Company
3260 E 26th St
Los Angeles, CA 90058

**Notice Parties**

**Date Claim Filed:**

**Claim #:**

**Schedule:** F

## Debtor Info

**Debtor Name:** Vanity Shop of Grand Forks, Inc.

**Debtor Case Number:** 17-30112

## Claim Amounts

### General Unsecured

**Present Claim Amount:** –

**Filed Claim Amount:** –

**Scheduled Amount:** $58,205.43

### TOTALS

**Present Claim Amount:** –

**Filed Claim Amount:** –

**Scheduled Amount:** $58,205.43