UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                       Bankruptcy No. 17-30112
                                                               Chapter 11

Vanity Shop of Grand Forks, Inc.,
dba Vanity,
                            Debtor.

_____/

## NOTICE OF OBJECTION TO CLAIM

<u>Official Committee of Unsecured Creditors</u> filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, then on or before **May 4, 2018**, you or your attorney must file a written response to the objection explaining your position. You may file your claim electronically using the form on the Court's website:

www.ndb.uscourts.gov/e-filing-proof-claim

Alternatively, you may mail your claim to the Court for filing. Send it to:
    U.S. Bankruptcy Court,
    655 First Avenue North, Suite 210,
    Fargo, North Dakota 58102.

If you mail your response to the Court for filing, you must mail it early enough so that the court will **receive** it on or before the date noted above.

    You must also send a copy to:
    Attorney Mette Kurth
    Fox Rothschild LLP
    919 North Maraket Street, Suite 300
    Wilmington, DE 19899

If you file an objection or response, you must also attend the hearing on the objection, scheduled to be held on **May 22, 2018 at 9:30 AM,** Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota. If you or your attorney do not take these steps, the Court will assume you do not oppose the objection to your claim and cancel the hearing.

    Dated: April 11, 2018.                                Dianne G. Schmitz, Clerk
                                                                                United States Bankruptcy Court
                                                                                Quentin N. Burdick United States Courthouse
                                                                                655 1st Avenue North, Suite 210
                                                                                Fargo, ND 58102-4932

                                                                   By:     */s/ Sharon Horsager*
                                                                                      Sharon Horsager, Deputy Clerk

Copy served electronically April 11, 2018 to Electronic Mail Notice List for Case No. 17-30112.