UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

Vanity Shop of Grand Forks, Inc.,
dba Vanity,

              Debtor.

_____/

Bankruptcy No. 17-30112
Chapter 11

ORDER APPROVING DISCLOSURE STATEMENT AND
SETTING DEADLINE FOR
RETURN OF BALLOTS AND OBJECTIONS TO CONFIRMATION
AND SCHEDULING CONFIRMATION HEARING

**A.**  **Disclosure Statement**

On April 11, 2018, Debtor Vanity Shop of Grand Forks, Inc. filed its Disclosure Statement With Respect to Chapter 11 Plan of Liquidation of Vanity Shop of Grand Forks, Inc. dated April 9, 2018. [Doc. 645]. This disclosure statement included modifications made to its original disclosure statement filed on November 22, 2017. The modified Disclosure Statement referred to its Second Plan of Liquidation filed the same day [Doc. 646]. The Court held a hearing and considered the *proposed* Disclosure Statement and Second Plan of Liquidation dated April 9, 2018, which revealed revisions Debtor made to its original disclosure statement and plan. Doc. 640. For the reasons stated on the record, the Court is satisfied that the modified Disclosure Statement [Doc. 640 (showing revisions)/645] provides "adequate information" as required by 11 U.S.C. § 1125. Therefore, **IT IS ORDERED** that the modified Disclosure Statement [Doc. 640/645] filed April 11, 2018 is **APPROVED.**

Debtor shall serve the ballots for acceptance or rejection of the Debtor's Second Plan of Liquidation dated April 9, 2018, together with this Order, the plan [Doc. 646] and disclosure statement [Doc. 645] as required by the Federal Rules of Bankruptcy Procedure. Debtor is specifically authorized to mail the disclosure statement and plan in an electronic format on flash

drives. Debtor's counsel shall provide a paper copy of the disclosure statement and plan, upon request, to any party that received them in electronic format.

B. **Deadlines**

**IT IS FURTHER ORDERED** that ballots for acceptance or rejection of the Debtor's Second Plan of Liquidation dated April 9, 2018 [Doc. 646], shall be received by Vanity Shop Ballot Processing Center, C/O KCC, 2335 Alaska Avenue, El Segundo, CA 90245 not later than **May 15, 2018.**

Not later than **May 15, 2018,** written objections to confirmation of Debtor's Second Plan of Liquidation shall be filed with the Clerk, United States Bankruptcy Court, Quentin N. Burdick United States Couthouse, 655 1st Avenue North, Suite 210, Fargo, North Dakota 58102-4932, and served pursuant to Rule 3020(b)(1) of the Federal Rules of Bankruptcy Procedure. If any objections are timely filed, Debtor may file a written response to the objections by **May 18, 2018.**

Pursuant to Rule 4004(a) of the Federal Rules of Bankruptcy Procedure, **IT IS ORDERED** that the deadline to file a complaint objecting to discharge is **May 22, 2018.**

C. **Confirmation Hearing**

**IT IS FURTHER ORDERED** that the hearing on confirmation of Debtor's Second Plan of Liquidation dated April 9, 2018 (Doc. 646), shall be held on **Tuesday, May 22, 2018 at 9:30 a.m. in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota** at which time the court shall also consider and act upon timely objections to confirmation and decide whether to confirm the plan.

Dated: April 11, 2018.

*Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$_____

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☐    ACCEPT (vote FOR) the Plan                ☐    REJECT (vote AGAINST) the Plan

**III.    Certifications**. By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: _____
Signatory: _____
Title: _____
Address: _____
_____
_____
Telephone: _____
Email: _____
Date Completed: _____

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

---

3223203.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

**BALLOT FOR VOTING TO ACCEPT OR REJECT
THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
(CLASS 3 BALLOT)**

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

---

I am a creditor having a claim in **Class 3** in the amount of $_____.
Proof of Claim No. (if known): _____

By checking only <u>one</u> of these boxes, I vote to:

☐    ACCEPT (vote FOR) the Plan         ☐    REJECT (vote AGAINST) the Plan

☐    CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**II.     Certifications**. By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

|  |  |
|---:|---|
| Name of Holder: | _____ |
| Signatory: | _____ |
| Title: | _____ |
| Address: | _____ |
|  | _____ |
|  | _____ |
| Telephone: | _____ |
| Email: | _____ |
| Date Completed: | _____ |

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

---

3223870.1

2

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Vanity Shop of Grand Forks, Inc.,<br><br>Debtor. | Case No.: 17-30112<br><br>Chapter 11 |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 4 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

> I am a creditor having a claim in **Class 4** in the amount of $_____.
> Proof of Claim No. (if known): _____
>
> By checking only <u>one</u> of these boxes, I vote to:
>
> ☐    ACCEPT (vote FOR) the Plan          ☐    REJECT (vote AGAINST) the Plan
>
> ☐    CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**II.    Certifications**. By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective-Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: _____
Signatory: _____
Title: _____
Address: _____
_____
_____
Telephone: _____
Email: _____
Date Completed: _____

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1