**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re:<br><br>VANITY SHOP OF GRAND FORKS, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 17-30112 |

**B.E. CAPITAL'S JOINDER TO**
**COMMITTEE'S CONFIRMATION OBJECTION**

B.E. Capital Management Fund LP joins in the confirmation objection of the Official Committee of Unsecured Creditors, and states:

The Debtor's disclosure statement projects unsecured creditors will achieve an approximately 31% recovery on their claims. That recovery percentage is astonishingly low, given the claims and causes of actions against insiders identified in the Committee's derivative standing motion and the merits of the Committee's objection to TGC's proof of claim. Confirmation should be denied so that the case can be converted to one under chapter 7, and the Committee's claims, causes of action, and objections can be prosecuted by an objective estate representative not selected by the Debtor or insiders.

Dated: May 16, 2018

STORCH AMINI PC

/s/ Jeffrey Chubak
Jeffrey Chubak (admitted pro hac vice)
140 East 45th Street, 25th Floor
New York, New York 10017
Tel: (212) 490-4100
Fax: (212) 490-4208
jchubak@storchamini.com

*Attorneys for Creditor B.E. Capital Management Fund LP*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on May 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, causing notice of such filing to be sent to all parties that have appeared in this chapter 11 case.

                     /s/ Jeffrey Chubak