**CHAPTER 11 COMPUTATIONS**

**CASE NUMBER** 17-30112  **CASE NAME** VANITY SHOP OF GRAND FORKS, INC.

| CLASS | DESCRIPTION | IMPAIRED/ UNIMPAIRED | BALLOTS/ ACCEPT | BALLOTS/ REJECT | ($) AMOUNT ACCEPT | ($) AMOUNT REJECT | COMMENTS (% ACCEPTING IN AMOUNT & NUMBER) 11 U.S.C. § 1126 |
|---|---|---|---|---|---|---|---|
| 2 | CONVENIENCE CLASS – GENERAL UNSECURED CLAIMS | IMPAIRED | 84 | 4 | $30,903.07 | $594.24 | 95.45% ACCEPTING IN NUMBER 98.11% ACCEPTING IN AMOUNT |
| 3 | EFFECTIVE DATE ALLOWED UNSECURED CLAIMS | IMPAIRED | 20 | 50 | $920,831.02 | $621,862.56 | 28.57% ACCEPTING IN NUMBER 59.69% ACCEPTING IN AMOUNT |
| 4 | POST EFFECTIVE DATE UNSECURED CLAIMS | IMPAIRED | 15 | 59 | $187,534,83 | $7,115,417.35 | 20.27% ACCEPTING IN NUMBER 2.56% ACCEPTING IN AMOUNT |

DEFERRED ADMINISTRATIVE EXPENSES PAYABLE TO CLERK, U.S. BANKRUPTCY COURT AT CONFIRMATION:

FILING FEES:     Adversary No. _____     $_____
                Adversary No. _____     $_____
                Adversary No. _____     $_____

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re:<br><br>Vanity Shop of Grand Forks, Inc.,<br><br>Debtor. | Case No.: 17-30112<br><br>Chapter 11 | **RECEIVED**<br><br>**APR 24 2018**<br><br>**KURTZMAN CARSON CONSULTANTS** |

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 3 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

I.    **Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

I am a creditor having a claim in **Class 3** in the amount of $ _160,312.91_
Proof of Claim No. (if known): _____

By checking only <u>one</u> of these boxes, I vote to:

☐    ACCEPT (vote FOR) the Plan                ☐    REJECT (vote AGAINST) the Plan

☑    CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

RCVD APR 24'18 PM10:10

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**CID: 23924326**

1730112180412144205000146

**II.      Certifications.** By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: PR Valley View Limited Partnership

Signatory: _____

Title: _Attorney for PR Valley View L. P._

Address:
Jeffrey Kurtzman, Esquire
Kurtzman Steady, LLC
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147

Telephone: _(215) 839-1222_

Email: _Kurtzman @ kurtzmansteady.com_

Date Completed: _4/21/18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

---

3223870.1

CID: 23924326

1730112180412144205000146

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.:  17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ _201.19_

RECEIVED

APR 26 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD APR 26'18 AM10:00

CID: 23922639



1730112180412122925000045

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

[X]    ACCEPT (vote FOR) the Plan          [ ]    REJECT (vote AGAINST) the Plan

**III.    Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: AUMAN COMPANY, INC

Signatory: *Jacob Proffitt*

Title: *Owner*

Address:

311 E 11TH ST
HAYS, KS 67601

Telephone: *785-628-2833*

Email: *aumconc@ruraltel.net*

Date Completed: *4-23-2018*

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23922639

1730112180412122925000045

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

**BALLOT FOR VOTING TO ACCEPT OR REJECT**
**THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018**
**(CLASS 2 BALLOT)**

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ _359.00_

**RECEIVED**

APR 26 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD APR 26'18 AM09:59

CID: 23922688



1730112180412122925000087

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☑ ACCEPT (vote FOR) the Plan          ☐ REJECT (vote AGAINST) the Plan

**III.    Certifications**. By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: CANNIZZO ELECTRIC INC
Signatory: _Nicholas J. Cannizzo_
Title: _President_
Address:

140 ROSE DUST DRIVE
ROCHESTER, NY 14626
Telephone: _585 227-3934_
Email: _NICK@CANNIZZOELECTRIC.COM_
Date Completed: _4/23/18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23922688

1730112180412122925000087

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 208.41

RECEIVED
APR 26 2018
KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD APR 26'18 AM09:59

CID: 23922881



1730112180412122928000227

**II.**    **Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒    ACCEPT (vote FOR) the Plan          ☐    REJECT (vote AGAINST) the Plan

**III.**    **Certifications**. By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: HORTON ELECTRIC SERVICE *Company LLC*
Signatory: *Richard L. Horton*
Title: *Manager*
Address:

3002 E DIVISION, SUITE C
SPRINGFIELD, MO 65802
Telephone: *417-862-1355*
Email: *rich@hortonelectricco.com*
Date Completed: *04/23/2018*

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23922881

2

1730112180412122928000227

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 100.00

RECEIVED

APR 26 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD APR 26'18 AM09:59

CID: 23954290



1730112180412122934000496

**II.     Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒     ACCEPT (vote FOR) the Plan          ☐     REJECT (vote AGAINST) the Plan

**III.     Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: Tiffany Twohill
Signatory: _Twohill_
Title: _____
Address:

11823 S. Crosscut Circle
Herriman, UT 84096
Telephone: 801-858-2389
Email: MissTiff8685@Hotmail.com
Date Completed: 04-26-18

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23954290

2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 | **RECEIVED** |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 | **APR 26 2018** |
| Debtor. | | **KURTZMAN CARSON CONSULTANTS** |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 4 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

> I am a creditor having a claim in **Class 4** in the amount of $ **58.76** .
> Proof of Claim No. (if known): _____
>
> By checking only <u>one</u> of these boxes, I vote to:
>
> ☑ ACCEPT (vote FOR) the Plan            ☐ REJECT (vote AGAINST) the Plan
>
> ☐     CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

RCVD APR 26'18 AM09:58

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**CID: 24166026**



1730112180412192713000039

**II.    Certifications.** By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: Cheryl Maxwell

Signatory: *Cheryl Maxwell*

Title:

Address:

2411 Golfbury Drive SW
Wyoming, MI 49519

Telephone: 616 - 560 - 6628

Email: clynnmaxwell @ comcast . net

Date Completed: 4/21/18

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1

CID: 24166026

2

1730112180412192713000039

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Vanity Shop of Grand Forks, Inc.,<br><br>Debtor. | Case No.: 17-30112<br><br>Chapter 11 |

RECEIVED
APR 26 2018
KURTZMAN CARSON CONSULTANTS

---

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 4 BALLOT)

---

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

| |
|---|
| I am a creditor having a claim in **Class 4** in the amount of $ 18 00 .<br>Proof of Claim No. (if known):   54<br>By checking only <u>one</u> of these boxes, I vote to:<br><br>[X]  ACCEPT (vote FOR) the Plan          [ ]  REJECT (vote AGAINST) the Plan<br><br>[ ]  CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed. |

RCVD APR 26'18 AM 11:45

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23922448



1730112180412192714000145

**II.    Certifications.** By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: MURFREESBORO, CITY OF

Signatory: _Adam F. Tucker_

Title: _Assistant City Attorney_

Address:

PO BOX 1139
MURFREESBORO, TN 37133

Telephone: _615 - 849 - 2616_

Email: _atucker@murfreesborotn.gov_

Date Completed: _4/23/2018_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1

**TAX YEAR:**   2017

TAX COLLECTOR'S NAME AND MAILING ADDRESS:   Melissa Wright
City Tax Collector
P.O. Box 1139
Murfreesboro, TN 37133-1139
(615) 893-5210
www.murfreesborotn.gov



City of Murfreesboro
111 West Vine Street
Murfreesboro, TN 37130

**RECEIPT NUMBER**    0041536        ACCOUNT NUMBER    P12719700000

**VANITY 82**                        PARCEL NUMBER    127  197 00 P 000

**1001 N 25TH ST**

**FARGO     ND 58102**

| TAXES ARE DUE AND PAYABLE WITHOUT INTEREST | |
|---|---|
| FROM: | OCT 01 2017 |
| THRU: | DEC 31 2017 |

LOT #:                  ACRES/UNIT:  **0**

CLASSIFICATION:     **Residential**

PROPERTY ADDRESS:   **1720 OLD FORT PKWY**

SUBDIVISION NAME:               CITY CODE:   **515**

### PROPERTY TAX INFORMATION

| | | | |
|---|---|---|---|
| APPRAISAL: | 5,192 | CURRENT TAXES: | $17 |
| ASSESSMENT @ | 30%   1,416 | INTEREST: | $1 |
| TAX RATE PER $100 OF ASSESSMENT | 1.2066 | TOTAL DUE: | $18 |

### GENERAL INFORMATION

<u>PAYMENT INFORMATION</u>: When paying property taxes in person please bring this notice with you. If you mail your property tax payment, please write the receipt number on your check. Please enclose a self-addressed stamped envelope to receive a paid receipt.

**Notify the Assessor of Property at (615) 898-7750 or any change in mailing address.**

If you sold this property after January 1 and the new owner has assumed the responsibility for paying the taxes, please forward this notice to the new owner.

<u>PROPERTY TAX RELIEF PROGRAM/SENIOR TAX FREEZE PROGRAMS</u>

State law provides for property tax relief to low-income homeowners age 65 or over, certain homeowners who are permanently and totally disabled, and certain disabled veterans. If you believe you may qualify for this relief, you may contact your County Trustee or City Collection Official for details. Applications for property tax relief must be filed no later that 35 days after the delinquency date for you county and/or city. Senior tax freeze is also available and requires annual renewal for information or to schedule an appointment, contact the Trustee's office at (615) 898-7705.

<u>DELINQUENT TAXES</u>

Interest will be added to any delinquent taxes at a rate of 1.5% per month rounded to the nearest dollar or any portion thereof.

------------------------------------------------------------
Please retain this portion for your tax records
------------------------------------------------------------
Tear at line above
Please Return This Portion With Payment

Make checks payable to:   **City of Murfreesboro**
P.O. Box 1139
Murfressboro, TN 37133-1139
(615) 893-5210

Taxes due without interest by December 31, 2017

RECEIPT NUMBER   0041536   (Reference on check)

TAX YEAR:   2017

**VANITY 82**

ACCOUNT NUMBER:P12719700000

CURRENT TAXES:$17

INTEREST:$1

TOTAL DUE:$18

City of MURFREESBORO
TENNESSEE
111 West Vine Street
Murfreesboro, TN 37130

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ _169.89_

RECEIVED

APR 2 7 2018

KURTZMAN CARSON CONSULTANTS
RCVD APR 27'18 AM10:12

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23923055



1730112180412122931000334

**II.     Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒   ACCEPT (vote FOR) the Plan          ☐   REJECT (vote AGAINST) the Plan

**III.     Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: MUNICIPAL LIGHT AND WATER
Signatory: *Tony Miller*
Title: *Utility office Manager*
Address:

PO BOX 490
NORTH PLATTE, NE 69103
Telephone: *308-535-6740*
Email: *MillerAP@ci.north-Platte.NE.us*
Date Completed: *4-24-18*

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23923055

2

1730112180412122931000334

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

**BALLOT FOR VOTING TO ACCEPT OR REJECT**
**THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018**
**(CLASS 2 BALLOT)**

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

RECEIVED
APR 2 7 2018

$ 1630.58

KURTZMAN CARSON CONSULTANTS
RCVD APR 27'18 AM10:12

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23923222


17301121804121229331000457

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☑    ACCEPT (vote FOR) the Plan        ☐    REJECT (vote AGAINST) the Plan

**III.    Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: SNELL SERVICES INC

Signatory: _____

Title: CONTROLLER

Address:

PO BOX 629
NORTH PLATTE, NE 69103

Telephone: (308) 532-6870

Email: ctropholz @ snellservices.com

Date Completed: 4/24/18

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23923222

2

1730112180412122933000457

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 630.58

RECEIVED
MAY 07 2018
KURTZMAN CARSON CONSULTANTS

RCVD MAY 07'18 AM10:57

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.



**II.     Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☑ ACCEPT (vote FOR) the Plan          ☐ REJECT (vote AGAINST) the Plan

**III.     Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: _Snell Services Inc_
Signatory: _Monica Fuhrman_
Title: _Corporate Secretary_
Address: _PO Box 629_
_North Platte NE 69103_

Telephone: _308-532-6870_
Email: _Kandi @ snellservices.com_
Date Completed: _5-4-18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
| --- | --- |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 1500⁰⁰

RECEIVED

APR 2 7 2018

KURTZMAN CARSON CONSULTANTS
RCVD APR 27'18 AM 10:12

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23922838



.1730112180412122928000195

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒    ACCEPT (vote FOR) the Plan                    ☐    REJECT (vote AGAINST) the Plan

**III.    Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: GERING VALLEY PLUMBING

Signatory: _William Schlegen_

Title: _President_

Address:

1100 10TH STREET
PO BOX 177
GERING, NE 69341

Telephone: _308 - 436 - 4622_

Email: _bill@gvpman.com_

Date Completed: _4-23-18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23922838

1730112180412122928000195

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

**BALLOT FOR VOTING TO ACCEPT OR REJECT**
**THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018**
**(CLASS 2 BALLOT)**

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

I.    **Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

RECEIVED
APR 2 7 2018

$ _680.44_

KURTZMAN CARSON CONSULTANTS
RCVD APR 27'18 AM10:12

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23922668



1730112180412122925000069

**II.      Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒  ACCEPT (vote FOR) the Plan          ☐  REJECT (vote AGAINST) the Plan

**III.      Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: BRAINERD PUBLIC UTILITIES
Signatory: *Julie Botters*
Title: *Accounting Supervisor*
Address:

PO BOX 373
BRAINERD, MN 56401
Telephone: *218-825-3203*
Email: *jbatters@bpu.org*
Date Completed: *4/23/18*

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23922668

2

1730112180412122925000069

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 | **RECEIVED** |
|---|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 | **APR 3 0 2018** |
| Debtor. | | KURTZMAN CARSON CONSULTANTS |

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 3 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

---

I am a creditor having a claim in **Class 3** in the amount of $ 29,145.00
Proof of Claim No. (if known):  113

By checking only <u>one</u> of these boxes, I vote to:

☒     ACCEPT (vote FOR) the Plan          ☐     REJECT (vote AGAINST) the Plan

☐     CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

---

RCVD APR 30'18 AM10:30

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23924946



1730112180412144204000125

**II.    Certifications.** By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: Nodana/Petroleum Corporation

Signatory: _____

Title: PRESIDENT

Address:

PO Box 1221
Williston, ND 58802-1221

Telephone: 701 - 572 - 6366

Email: Tom (at) powersnd.com

Date Completed: 4/24/18

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

CID: 23924946

2

1730112180412144204000125

Ballot #13  Date Filed: 4/30/2018

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 | **RECEIVED** |
| --- | --- | --- |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 | **APR 3 0 2018** |
| Debtor. | | **KURTZMAN CARSON CONSULTANTS** |

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 3 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

---

I am a creditor having a claim in **Class 3** in the amount of $ *1525. ⁰⁰*
Proof of Claim No. (if known): _____

By checking only one of these boxes, I vote to:

☐    ACCEPT (vote FOR) the Plan        ☐    REJECT (vote AGAINST) the Plan

☒    CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

---

RCVD APR 30'18 AM 10:29

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**CID: 23922760**



1730112180412144203000045

**II.    Certifications**. By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: DAKOTA WEST CONTRACTING

Signatory: *Mark Klein* — Mark Klein

Title: *President*

Address:

P.O. BOX 2377
BISMARCK, ND 58502

Telephone: *701-255-0004*

Email: *markk@dakotawestcontracting.net*

Date Completed: *4-26-2018*

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

CID: 23922760

2

1730112180412144203000045

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 | RECEIVED |
| --- | --- | --- |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 | APR 3 0 2018 |
| Debtor. | | KURTZMAN CARSON CONSULTANTS |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 3 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

I am a creditor having a claim in **Class 3** in the amount of $ _44,732.72_ .
Proof of Claim No. (if known): _237_

By checking only **one** of these boxes, I vote to:

[✓]    ACCEPT (vote FOR) the Plan          [ ]    REJECT (vote AGAINST) the Plan

[ ]    CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

RCVD APR 30'18 AM10:29

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23954920



1730112180412144203000024

**II.    Certifications.** By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: Bradford Capital Holdings, LP

Signatory: _____

Title: *Managing Member*

Address: Attn Brian Brager
c/o Bradford Capital Management, LLC
PO Box 4353
Clifton, NJ 07012

Telephone: *862 249 1399*

Email: *bbrager @ bradfordcapitalmgmt.com*

Date Completed: *4/26/18*

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

CID: 23954920

173011218041214420300000024

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 | **RECEIVED** |
|---|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 | APR 3 0 2018 |
| Debtor. | | KURTZMAN CARSON CONSULTANTS |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 3 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

---

I am a creditor having a claim in **Class 3** in the amount of $ 58,205.43.
Proof of Claim No. (if known): 329

By checking only <u>one</u> of these boxes, I vote to:

[✓]     ACCEPT (vote FOR) the Plan          [ ]     REJECT (vote AGAINST) the Plan

[ ]     CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

---

RCVD APR 30'18 AM10:29

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 24134557



1730112180412144205000186

**II.** **Certifications**. By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: TRC Master Fund LLC _as assignee of RJ Acquisition, d/b/a The Ad Art Company_

Signatory: _Terrel Ross_

Title: _Managing Member_

Address:

Attn Terrel Ross
PO Box 633
Woodmere, NY 11598

Telephone: _516-653-2471_

Email: _tross@trcmllc.com_

Date Completed: _April 24, 2018_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

2

CID: 24134557

1730112180412144205000186

Ballot #16  Date Filed: 4/30/2018

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 | **RECEIVED** |
|---|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 | **APR 3 0 2018** |
| Debtor. | | **KURTZMAN CARSON CONSULTANTS** |

---

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 3 BALLOT)

---

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

I am a creditor having a claim in **Class 3** in the amount of $ 85,334.66 .
Proof of Claim No. (if known):  N/A

By checking only <u>one</u> of these boxes, I vote to:

[✓]     ACCEPT (vote FOR) the Plan          [ ]     REJECT (vote AGAINST) the Plan

[ ]     CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

RCVD APR 30'18 AM 10:29

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**CID: 23922886**



1730112180412144205000185

**II.    Certifications**. By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: TRC Master Fund LLC   *as Assignee of Icon Eyewear*

Signatory: *Terrel Ross*

Title: *Managing Member*

Address:

Attn Terrel Ross
PO Box 633
Woodmere, NY 11598

Telephone: *516-653-2471*

Email: *tross @ trcmllc.com*

Date Completed: *April 24, 2018*

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

2

CID: 23922886

1730112180412144205000185

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

**RECEIVED**

**APR 3 0 2018**

**KURTZMAN CARSON CONSULTANTS**

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 3 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

---

I am a creditor having a claim in **Class 3** in the amount of $ _8900_ .
Proof of Claim No. (if known): _____

By checking only <u>one</u> of these boxes, I vote to:

☐     ACCEPT (vote FOR) the Plan          ☐ .   REJECT (vote AGAINST) the Plan

☑ .   CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

---

RCVD APR 30'18 AM10:29

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**CID: 23922182**



1730112180412144204000090

**II.    Certifications**. By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: JUST JULEZ INC.

Signatory: _Linda Grim_

Title: _Owner_

Address:

95 SOCKANOSSET CROSS ROAD
STE 205
CRANSTON, RI 02920

Telephone: _401 648 4301_

Email: _linda @ myjustjulez.com_

Date Completed: _4.23.18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

CID: 23922182

1730112180412144204000090

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

**RECEIVED**

**APR 3 0 2018**

**KURTZMAN CARSON CONSULTANTS**

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 4 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

---

I am a creditor having a claim in **Class 4** in the amount of $ _14.48_ .
Proof of Claim No. (if known): _____

By checking only <u>one</u> of these boxes, I vote to:

☑   ACCEPT (vote FOR) the Plan          ☐   REJECT (vote AGAINST) the Plan

☐   CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

---

RCVD APR 30'18 AM 10:28

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**CID: 24210126**



1730112180412192712000008

**II.**    **Certifications**. By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: Ashley Erickson

Signatory: _____

Title: Customer

Address:

6210 146th St N
Hugo, MN 55038

Telephone: 651-621-2638

Email: ashley.e.peterson@gmail.com

Date Completed: 4/25/18

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1

CID: 24210126

2

1730112180412192712000008

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| In Re: | Case No.: 17-30112 | **RECEIVED** |
| | | |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 | **APR 3 0 2018** |
| Debtor. | | **KURTZMAN CARSON CONSULTANTS** |

**BALLOT FOR VOTING TO ACCEPT OR REJECT**
**THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018**
**(CLASS 4 BALLOT)**

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

> I am a creditor having a claim in **Class 4** in the amount of $ _636.00_.
> Proof of Claim No. (if known): _822_
>
> By checking only <u>one</u> of these boxes, I vote to:
>
> [X]     ACCEPT (vote FOR) the Plan          [ ]     REJECT (vote AGAINST) the Plan
>
> [ ]     CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

RCVD APR 30'18 AM10:28

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**CID: 24134272**



1730112180412192713000088

**II.    Certifications**. By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: H. E. Neumann Company

Signatory: _James C Cochran Jr_

Title: _CFO_

Address: _PO Box 6208 Wheeling WV 26003_

PO Box 6208
Wheeling, WV 26003

Telephone: _304 - 232 - 3040_

Email: _JCochran @ heneumann.com_

Date Completed: _4-23-18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1

2

CID: 24134272

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Vanity Shop of Grand Forks, Inc.,<br><br>Debtor. | Case No.: 17-30112<br><br>Chapter 11 |

**RECEIVED**

**APR 30 2018**

**KURTZMAN CARSON CONSULTANTS**

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 4 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

> I am a creditor having a claim in **Class 4** in the amount of $ ___8100___ .
> Proof of Claim No. (if known): _____
>
> By checking only <u>one</u> of these boxes, I vote to:
>
> ☐      ACCEPT (vote FOR) the Plan          ☐      REJECT (vote AGAINST) the Plan
>
> ☒      CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

RCVD APR 30'18 AM10:28

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**CID: 23922182**



**II.     Certifications**. By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: JUST JULEZ INC.

Signatory: _____

Title: _OWNER_

Address:

95 SOCKANOSSET CROSS ROAD
STE 205
CRANSTON, RI 02920

Telephone: _401 648 4301_

Email: _linda@myjustjulez.com_

Date Completed: _4-23-18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1

CID: 23922182

2

1730112180412192713000106

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 | **RECEIVED** |
|---|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 | APR 3 0 2018 |
| Debtor. | | **KURTZMAN CARSON CONSULTANTS** |

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 4 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

---

I am a creditor having a claim in **Class 4** in the amount of $ ⎽150⎽⎽⎽⎽ .
Proof of Claim No. (if known): ⎽⎽⎽⎽⎽⎽⎽

By checking only <u>one</u> of these boxes, I vote to:

☒     ACCEPT (vote FOR) the Plan      ☐     REJECT (vote AGAINST) the Plan

☐     CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

---

RCVD APR 30'18 AM10:28

---

[1]   Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**CID: 24186053**



1730112180412192713000100

**II.      Certifications**. By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: Jessica Wegner

Signatory: _Jessica Wegner_

Title: _Ms._

Address:

2014 N. 55th St.
Milwaukee, WI 53208

Telephone: _414-616-5368_

Email: _jess.wegner@yahoo.com_

Date Completed: _4/24/18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1

2

CID: 24186053

1730112180412192713000100

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 | **RECEIVED** |
| --- | --- | --- |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 | **APR 3 0 2018** |
| Debtor. | | **KURTZMAN CARSON CONSULTANTS** |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 4 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.**   **Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

---

I am a creditor having a claim in **Class 4** in the amount of $   _32.00_.
Proof of Claim No. (if known): _____

By checking only <u>one</u> of these boxes, I vote to:

[X]   ACCEPT (vote FOR) the Plan          [ ]   REJECT (vote AGAINST) the Plan

[ ]   CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

---

RCVD APR 30'18 AM10:42

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**CID: 24184036**



1730112180412192714000132

**II.    Certifications.** By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: Mary Jo Crandell
Signatory: *Mary Jo Crandell*
Title: *Store Credit holder*
Address:

223 Leaver St.
PO Box 323
Vernon, MI 48476
Telephone: 989 - 288 - 6888
Email:
Date Completed: 4 | 24 | 18

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1

2

CID: 24184036

1730112180412192714000132

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

RECEIVED

APR 3 0 2018

KURTZMAN CARSON CONSULTANTS

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 4 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

I am a creditor having a claim in **Class 4** in the amount of $ *1896.67*.
Proof of Claim No. (if known): _____

By checking only <u>one</u> of these boxes, I vote to:

☑   ACCEPT (vote FOR) the Plan          ☐   REJECT (vote AGAINST) the Plan

☐     CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

RCVD APR 30'18 AM10:28

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**CID: 23925830**



1730112180412192713000048

**II.     Certifications**. By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: County of Dubois

Signatory: _Cathy L. Merkley_

Title: _Treasurer_

Address:

Treasurer of Dubois County
One Courthouse Square, Room 105
Jasper, IN 47546

Telephone: _812 - 481 - 7080_

Email: _cmerkley@duboiscountyin.org_

Date Completed: _4-24-18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1

CID: 23925830

2

1730112180412192713000048

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 | RECEIVED |
|---|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 | APR 3 0 2018 |
| Debtor. | | KURTZMAN CARSON CONSULTANTS |

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 4 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

---

I am a creditor having a claim in **Class 4** in the amount of $ 3,055.92 .
Proof of Claim No. (if known): _____

By checking only <u>one</u> of these boxes, I vote to:

[X]    ACCEPT (vote FOR) the Plan          [ ]    REJECT (vote AGAINST) the Plan

[ ]    CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

---

RCVD APR 30'18 AM10:28

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23922483



1730112180412192714000170

**II.    Certifications.** By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: PUEBLO COUNTY TREASURER

Signatory: _Del Olivas_

Title: _Pueblo County Treasurer_

Address:

215 WEST 10TH ST
ROOM 110
PUEBLO, CO 81003

Telephone: (719) 583-6682

Email: selzer@pueblocounty.us

Date Completed: _April 25, 2018_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1

CID: 23922483

2

1730112180412192714000170

Ballot #25  Date Filed: 4/30/2018

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| In Re: | Case No.: 17-30112 | RECEIVED |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 | APR 3 0 2018 |
| Debtor. | | KURTZMAN CARSON CONSULTANTS |

**BALLOT FOR VOTING TO ACCEPT OR REJECT**
**THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018**
**(CLASS 3 BALLOT)**

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

I am a creditor having a claim in **Class 3** in the amount of $ _2429.50_.
Proof of Claim No. (if known): _____

By checking only <u>one</u> of these boxes, I vote to:

☐     ACCEPT (vote FOR) the Plan                    ☐     REJECT (vote AGAINST) the Plan

☒     CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

RCVD APR 30 18 AM10:29

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23922878



1730112180412144204000080

**II.    Certifications**. By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: HOME HEATING-PLUMBING

Signatory: _Deven W Berg_

Title: _VP & CFO_

Address:

AIR CONDITIONING INC.
PO BOX 9587
FARGO, ND 58106

Telephone: _701-280-340_

Email: _dberge@homehtg.com_

Date Completed: _4/26/18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 | **RECEIVED** |
|---|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 | **APR 3 0 2018** |
| Debtor. | | **KURTZMAN CARSON CONSULTANTS** |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 3 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

---

I am a creditor having a claim in **Class 3** in the amount of $ 7,279.20   ( Allowed )
Proof of Claim No. (if known): 294

*Total claim: $98,761.72*
*Scheduled = $ 7,506.21*

By checking only <u>one</u> of these boxes, I vote to:

☑  ACCEPT (vote FOR) the Plan          ☐  REJECT (vote AGAINST) the Plan

☐  CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

---

RCVD APR 30'18 AM10:29

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 24090315



1730112180412144204000102

**II.**    **Certifications**. By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: Magic Valley Mall LLC

Signatory: _____

Title: _____ Assoc. General Counsel

Address: Attn Chris Mancini
c/o Woodbury Corporation
2733 East Parleys Ways, Ste 300
Salt Lake City, UT 84109

Telephone: (801) 485-7770

Email: c_mancini @ Woodburycorp. com

Date Completed: 4/25/18

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

CID: 24090315

1730112180412144204000102

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
| --- | --- |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 236.93

RECEIVED

APR 3 0 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD APR 30'18 AM10:31

CID: 23922810



1730112180412122927000174

**II.     Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒  ACCEPT (vote FOR) the Plan          ☐  REJECT (vote AGAINST) the Plan

**III.     Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: FICEK ELECTRIC & COMMUNICATION SYSTEMS

Signatory: *Jennifer Bias*

Title: *President*

Address:

PO BOX 1456
LA SALLE, IL 61301

Telephone: *815- 223- 2775*

Email: *jbias@ficekelectric.com*

Date Completed: *4-23-18*

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23922810

2

1730112180412122927000174

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
| --- | --- |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$261.23

RECEIVED

APR 3 0 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD APR 30'18 AM10:31

CID: 23923128



1730112180412122932000388

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒  ACCEPT (vote FOR) the Plan          ☐  REJECT (vote AGAINST) the Plan

**III.    Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: PITHER PLUMBING
Signatory: Brandi Pither
Title: Office Manager
Address:

310 W METHVIN
LONGVIEW, TX 75601
Telephone: 903 753.3974
Email: brandi @ pitherplumbing.com
Date Completed: 4/24/18

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23923128

2

1730112180412122932000388

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 | **RECEIVED** |
|--------|--------------------|--------------|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 | **APR 3 0 2018** |
| Debtor. | | **KURTZMAN CARSON CONSULTANTS** |

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 117.70

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**RCVD APR 30'18 AM10:31**

CID: 23921797



1730112180412122929000262

**II.      Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒   ACCEPT (vote FOR) the Plan            ☐   REJECT (vote AGAINST) the Plan

**III.      Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: Kanndo Professional Services

Signatory: _Tom Kans_

Title: _Owner_

Address:

950 Main Street
Dubuque, IA 52001

Telephone: _563 556-6168_

Email: _Kanndoincdbq @ aol.com_

Date Completed: _4-24-18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23921797

2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 90.00

RECEIVED

APR 3 0 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD APR 30'18 AM10:31

CID: 23922731



1730112180412122926000122

**II.**    **Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☑    ACCEPT (vote FOR) the Plan            ☐    REJECT (vote AGAINST) the Plan

**III.**    **Certifications**. By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: CLEAR VIEW WINDOW

Signatory: _Thos Tridehper_

Title: _Pres_

Address:

CLEANING
4106 KATERI WAY
SIOUX CITY, IA 51106

Telephone: _712 259-3911_

Email: _tomsclearview@aol.com_

Date Completed: _4/21/18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23922731

2

1730112180412122926000122

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 292.50

RECEIVED

APR 3 0 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD APR 30'18 AM10:31

CID: 23923338



1730112180412122934000542

**II.     Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☑   ACCEPT (vote FOR) the Plan          ☐   REJECT (vote AGAINST) the Plan

**III.     Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: WOODS ELECTRICAL
Signatory: *(signature)*
Title: President
Address:

CONTRACTORS INC.
4180 N STARNES RD
BLOOMINGTON, IN 47404
Telephone: 812-876-7977
Email: jennifer@woodselectricinc.biz
Date Completed: 04-25-18

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23923338

2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Vanity Shop of Grand Forks, Inc.,<br><br>        Debtor. | Case No.: 17-30112    **RECEIVED**<br><br>Chapter 11     APR 3 0 2018<br><br>KURTZMAN CARSON CONSULTANTS |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 4 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kcclic.net/vanity/document/list/4489

**I.     Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

| |
|---|
| I am a creditor having a claim in **Class 4** in the amount of $ **34.95** .<br>Proof of Claim No. (if known): _____<br><br>By checking only <u>one</u> of these boxes, I vote to:<br><br>☑     ACCEPT (vote FOR) the Plan       ☐     REJECT (vote AGAINST) the Plan<br><br>☐     CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed. |

RCVD APR 30'18 AM 10:28

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 24210015



1730112180412192713000107

**II.**      **Certifications**. By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: Kate Summers

Signatory:

Title:

Address:

4083 County 249
Brownsville, MN 55919

Telephone: 609 406 0315

Email: Katesummers01@hotmail.com

Date Completed: 4.24.18

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1

CID: 24210015

2

1730112180412192713000107





# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 69⁰⁰

RECEIVED

APR 3 0 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD APR 30'18 AM 10:30

CID: 23923072



1730112180412122931000352

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☐   ACCEPT (vote FOR) the Plan          ☐   REJECT (vote AGAINST) the Plan

**III.    Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: NOBLE LOCKSMITH SERVICE
Signatory: _(signature)_
Title: _OWNER_
Address:

2670 GRACE ROAD
FORT GRATIOT, MI 48059
Telephone: _810 385 9329_
Email: _NOBLELOCK@GMAIL.com_
Date Completed: _April 25, 2018_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23923072

2

1730112180412122931000352

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ _60, 54_

RECEIVED

APR 3 0 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD APR 30'18 AM10:30

CID: 23874698



1730112180412122931000335

**II.     Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☑  ACCEPT (vote FOR) the Plan          ☐   REJECT (vote AGAINST) the Plan

**III.     Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: Murfreesboro Electric Dept.
Signatory: *Jamie Caskey / Jamie Caskey*
Title: *Customer Service Manager*
Address:

PO Box 9
Murfreesboro, TN 37133
Telephone: *615 - 494 - 0439*
Email: *jcaskey @ medtn.com*
Date Completed: *4/25/18*

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23874698

2

1730112180412122931000335

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ _105.00_

RECEIVED

APR 3 0 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD APR 30'18 AM10:30

CID: 23922702



1730112180412122926000098

**II.      Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☐      ACCEPT (vote FOR) the Plan          ☐      REJECT (vote AGAINST) the Plan

**III.      Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: CENTRAL HEATING & AIR

Signatory: _Kenneth Snowden_

Title: _Owner_

Address:

CONDITIONING CO
1619 1/2 W MARKET
JOHNSON CITY, TN 37604

Telephone: _423-926-4559_

Email: _Centralheatingtn@yahoo.com_

Date Completed: _4-25-18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

RECEIVED

APR 3 0 2018

KURTZMAN CARSON CONSULTANTS

$ 240,00

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD APR 30'18 AM 10:30

CID: 24090327



1730112180412122933000463

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒   ACCEPT (vote FOR) the Plan          ☐   REJECT (vote AGAINST) the Plan

**III.    Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: Spearmint Airmasters, Inc. d/b/a/ Airmasters HVAC/R and Sheet Metal
Signatory: _____  Robert Mathews
Title: _____President_____
Address:

1330 N. Grand Avenue West
Springfield, IL 62702
Telephone: ___217-522-9793___
Email: ___mdovan @ theairmasters.com___
Date Completed: ___4-26-18___

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 24090327

2

1730112180412122933000463

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$  196 ⁱ⁰

**RECEIVED**

**APR 3 0 2018**

**KURTZMAN CARSON CONSULTANTS**

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD APR 30'18 AM 10:31

CID: 24134272



1730112180412122928000211

**II.      Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section 1 above, votes to (please check one):

☒     ACCEPT (vote FOR) the Plan          ☐     REJECT (vote AGAINST) the Plan

**III.      Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section 1 have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: H. E. Neumann Company
Signatory: _James C Cochran Jr_
Title: _CFO_
Address: _PO Box 6208, Wheeling WV 26003_

PO Box 6208
Wheeling, WV 26003
Telephone: _304 - 232-3040_
Email: _jcochran@heneumann.com_
Date Completed: _4-23-18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 24134272

1730112180412122928000211

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

**BALLOT FOR VOTING TO ACCEPT OR REJECT**
**THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018**
**(CLASS 2 BALLOT)**

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 35.00

RECEIVED
APR 3 0 2018
KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD APR 30'18 AM10:31

CID: 23923381



17301121804122922500070

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☑ ACCEPT (vote FOR) the Plan          ☐ REJECT (vote AGAINST) the Plan

**III.    Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: Breana Levins
Signatory: _Breana Levins_
Title: _____
Address:

6085 NW Barwick Dr.
Kidder, MO 64649
Telephone: _816-344-1574_
Email: _____
Date Completed: _4/22/18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23923381

2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

RECEIVED

APR 3 0 2018

KURTZMAN CARSON CONSULTANTS

**BALLOT FOR VOTING TO ACCEPT OR REJECT**
**THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018**
**(CLASS 4 BALLOT)**

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

---

I am a creditor having a claim in **Class 4** in the amount of $ _96,761.72._
Proof of Claim No. (if known): _294_

By checking only <u>one</u> of these boxes, I vote to:

[✓]   ACCEPT (vote FOR) the Plan          [ ]   REJECT (vote AGAINST) the Plan

[ ]   CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

---

RCVD APR 30'18 AM10:27

---

[1]  Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 24090315



1730112180412192714000125

**II.      Certifications**. By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: Magic Valley Mall LLC

Signatory: _____

Title: _____ Assoc. General Counsel

Address: Attn Chris Mancini
c/o Woodbury Corporation
2733 East Parleys Ways, Ste 300
Salt Lake City, UT 84109

Telephone: (801) 485-7770

Email: c_mancini @ Woodburycorp.com

Date Completed: 4/25/18

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1

2

CID: 24090315

1730112180412192714000125

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 62.38

RECEIVED

APR 3 0 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD APR 30'18 AM10:31

CID: 23874627



1730112180412122927000161

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒    ACCEPT (vote FOR) the Plan              ☐    REJECT (vote AGAINST) the Plan

**III.    Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: E and H Enterprises of Alexandria, Inc

Signatory: _(signature)_

Title: CFO

Address: ~~Chad M Ferguson~~ Jason Ahrens
DBA Ellingson Plumbing Heating A/C and Electrical
2510 Broadway St S
Alexandria, MN 56308

Telephone: 320-762-8645

Email: jasona@ellingsons.com

Date Completed: 4/21/18

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23874627

2

1730112180412122927000161

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

**RECEIVED**

**APR 3 0 2018**

**KURTZMAN CARSON CONSULTANTS**

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 3 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

---

I am a creditor having a claim in **Class 3** in the amount of $ *34288. 85*.
Proof of Claim No. (if known): _____

By checking only <u>one</u> of these boxes, I vote to:

☒     ACCEPT (vote FOR) the Plan          ☐     REJECT (vote AGAINST) the Plan

☐     CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

---

**RCVD APR 30'18 AM10:30**

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**CID: 23921813**



1730112180412144204000114

**II.    Certifications.** By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: Midnite Express Incorporated

Signatory: *Mike G. Peter*

Title: *President*

Address: *P.O. Box 695 \ 448 7TH ST N W*
*WEST FARGO*
*NORTH DAKOTA 58078*

Telephone: *701 277 5483*

Email: *Mike. Peterson @ MIDNITEXPRESS. COM*

Date Completed: *04 / 24 / 2018*

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

---

3223870.1

CID: 23921813

2

1730112180412144204000114

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 469.57

RECEIVED

APR 3 0 2018

NORTHERN CARSON CONSULTANTS

RCVD APR 30'18 AM 11:50

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.



1730112180412122927000147

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒    ACCEPT (vote FOR) the Plan          ☐    REJECT (vote AGAINST) the Plan

**III.    Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: _City of Detroit Lakes_
Signatory: _____
Title: _Finance Officer_
Address: _PO Box 647_
_Detroit Lakes   MN   56502_

Telephone: _218-847-5658_
Email: _pslifka@cityofdetroitlakes.com_
Date Completed: _4.24.18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

Ballot #43  Date Filed: 4/30/2018

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Vanity Shop of Grand Forks, Inc.,<br><br>Debtor. | Case No.: 17-30112<br><br>Chapter 11 |

**RECEIVED**

**APR 3 0 2018**

**KURTZMAN CARSON CONSULTANTS**

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 3 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

| |
|---|
| I am a creditor having a claim in **Class 3** in the amount of $ 41,724.35<br>Proof of Claim No. (if known): _____<br>By checking only <u>one</u> of these boxes, I vote to:<br>☑ ACCEPT (vote FOR) the Plan        ☐ REJECT (vote AGAINST) the Plan<br><br>☐    CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed. |

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**RCVD APR 30'18 AM11:41**



1730112180412144205000143

**II.    Certifications**. By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: _Pepperjam LLC_
Signatory: _Christine Napierkoski_
Title: _VP Billing_
Address: _7 South Main St_
_3rd floor_
_Wilkes-Barre PA 18701_
Telephone: _570-706-3740_
Email: _cnapierkowski.@pepperjam.com_
Date Completed: _4/25/2018_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

**RECEIVED**

**APR 26 2018**

**KURTZMAN CARSON CONSULTANTS**

## BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 4 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

> I am a creditor having a claim in **Class 4** in the amount of $ 20⁰⁰_____.
> Proof of Claim No. (if known): _____
>
> By checking only <u>one</u> of these boxes, I vote to:
>
> ☐     ACCEPT (vote FOR) the Plan        ☒     REJECT (vote AGAINST) the Plan
>
> ☐     CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

**RCVD APR 26'18 PM 04:43**

_____

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.



1730112180412122934000502

**II.    Certifications**. By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective-Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder:  _Thomas G Schwab Sr  -  TTCL Services, LLC_

Signatory:  _Thomas A Schwab_                    _dba Fish window Cleaning_

Title:  _Owner_

Address:  _PO Box 22268_

_Billings, mt_

_59104_

Telephone:  _406- 281- 8277_

Email:  _tschwab @ fishwindowcleaning .com_

Date Completed:  _4/23/2018_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

---

3223927.1

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Vanity Shop of Grand Forks, Inc.,<br><br>Debtor. | Case No.: 17-30112<br><br>Chapter 11 |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 240.33

RECEIVED

APR 3 0 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD APR 30'18 AM11:42

CID: 23921805



1730112180412122929000279

**II.** **Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☑ ACCEPT (vote FOR) the Plan  ☐ REJECT (vote AGAINST) the Plan

**III.** **Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: Kucera Plumbing, Heating, Cooling and Sheet Metal LLC
Signatory: _Debra Kucera_
Title: _Member_
Address:

Debbie Kucera
4150 Central Ave
Shadyside, OH 43947
Telephone: _740-671-8239_
Email: _debbie-kucera @ comcast.net_
Date Completed: _4-23-18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

2

CID: 23921805

1730112180412122929000279

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 240.33

RCVD APR 30'18 AM11:42

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**II.   Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☐   ACCEPT (vote FOR) the Plan          ☐   REJECT (vote AGAINST) the Plan

**III.   Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: _____

Signatory: _____

Title: _____

Address: _____

_____

_____

Telephone: _____

Email: _____

Date Completed: _____

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 3 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

> I am a creditor having a claim in **Class 3** in the amount of $ 240.33 .
> Proof of Claim No. (if known): _____
>
> By checking only <u>one</u> of these boxes, I vote to:
>
> [X]    ACCEPT (vote FOR) the Plan          [ ]    REJECT (vote AGAINST) the Plan
>
> [ ]    CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD APR 30'18 AM11:42

II.  **Certifications**. By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: *Kucera Plumbing, Heating, Cooling & Sheet Metal LLC*

Signatory: *Debra Kucera*

Title: *Member*

Address: *4150 Central Ave*

*Shadyside Ohio 43947*

Telephone: *740-671-8239*

Email: *debbie-kucera@comcast.net*

Date Completed: *4-23-18*

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

**BALLOT FOR VOTING TO ACCEPT OR REJECT**
**THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018**
**(CLASS 4 BALLOT)**

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

| |
|---|
| I am a creditor having a claim in **Class 4** in the amount of $ 240.33<br>Proof of Claim No. (if known): _____<br><br>By checking only <u>one</u> of these boxes, I vote to:<br><br>☒   ACCEPT (vote FOR) the Plan          ☐   REJECT (vote AGAINST) the Plan<br><br>☒   CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed. |

_____

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**II. Certifications**. By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective-Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: *Kucera Plumbing, Heating, Cooling + Sheet Metal LLC*
Signatory: *Debra Kucera*
Title: *Member*
Address: *4150 Central Ave*
*Shadyside, Ohio 43947*

Telephone: *740-671-8239*
Email: *debbie-kucera @ comcast.net*
Date Completed: *4-23-18*

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1

2

Ballot #46  Date Filed: 5/3/2018

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

RECEIVED

MAY 0 3 2018

KURTZMAN CARSON CONSULTANTS

**BALLOT FOR VOTING TO ACCEPT OR REJECT**
**THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018**
**(CLASS 3 BALLOT)**

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

I.    **Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

I am a creditor having a claim in **Class 3** in the amount of $ 77,004.50
Proof of Claim No. (if known): _____

By checking only one of these boxes, I vote to:

☑   ACCEPT (vote FOR) the Plan          ☐   REJECT (vote AGAINST) the Plan

☐   CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

RCVD MAY 03'18 AM09:57

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23954389

1730112180412144203000029

**II.**     **Certifications**. By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.   .

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: Cavalini, Inc. dba El Sono

Signatory: _Saul Reiss_

Title: _Authorized Agent_

Address:

c/o Law Offices of Saul Reiss, P.C.
2800 28th Street, Suite 328  ·
Santa Monica, CA 90405

Telephone: _310-450-2888_

Email: _reisslaw@verizon.net_

Date Completed: _4-30-18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

CID: 23954389

2

1730112180412144203000029

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ _294.10_

RECEIVED

MAY 03 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD MAY 03'18 AM09:56

CID: 23874660



1730112180412122927000166

**II.**   **Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒   ACCEPT (vote FOR) the Plan          ☐   REJECT (vote AGAINST) the Plan

**III.**   **Certifications**. By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: Energy West, Inc.

Signatory: _Debra J Nettzkowski_

Title: _Credit_

Address:

PO Box 2229
Great Falls, MT 59403

Telephone: _406 791-7513_

Email: _debbie@egas.net_

Date Completed: _4/30/18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23874660

2

1730112180412122927000166

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 143.67

RECEIVED

MAY 03 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD MAY 03'18 AM09:56

CID: 24090328



17301121804122925000044

**II.**    **Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒    ACCEPT (vote FOR) the Plan          ☐    REJECT (vote AGAINST) the Plan

**III.**    **Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: Atmos Energy Corporation
Signatory: _Kimberly_
Title: _Bankruptcy Specialist_
Address:

Bankruptcy
PO Box 650205
Dallas, TX 75265-0205
Telephone: _972-855-3381_
Email: _kimberly.torio@atmos-energy.com_
Date Completed: _4/30/18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 24090328

2

1730112180412122925000044

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 5 3 50

RECEIVED

MAY 0 3 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD MAY 03'18 AM09:56

CID: 23923149



1730112180412122932000405

**II.**    **Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☑ ACCEPT (vote FOR) the Plan        ☐ REJECT (vote AGAINST) the Plan

**III.**    **Certifications**. By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: R & R WINDOW WASHING
Signatory: _Russ Rekemeyer_
Title: _Owner_
Address:

SERVICE
PO BOX 341
DUBUQUE, IA 52004
Telephone: _563 370 8021_
Email: _russrekemeyer @yahoo . com_
Date Completed: _4 / 30 / 2018_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

2

CID: 23923149

1730112180412122932000405

Ballot #50  Date Filed: 5/3/2018

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | | Case No.: | 17-30112 |
|---|---|---|---|
| Vanity Shop of Grand Forks, Inc., | | Chapter 11 | |
| Debtor. | | | |

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.** **Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 352.76

RECEIVED

MAY 03 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD MAY 03'18 AM09:56

CID: 23960968



1730112180412122926000115

**II.**    **Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒    ACCEPT (vote FOR) the Plan          ☐    REJECT (vote AGAINST) the Plan

**III.**    **Certifications**. By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: City of Garden City

Signatory: *Geronne Garcia*

Title: *VP/COO for ARSI*

Address:

    ARSI
    3505 N Topeka
    Wichita, KS 67201

Telephone: *316-267-5400*

Email:

Date Completed: *4/30/18*

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23960968

2

1730112180412122926000115

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 26.79

RECEIVED

MAY 0 3 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD MAY 03'18 AM09:56

CID: 23954166



1730112180412122929000277

**II.**    **Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☑    ACCEPT (vote FOR) the Plan          ☐    REJECT (vote AGAINST) the Plan

**III.**    **Certifications**. By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: Kristie Baer

Signatory: _Kristie L. Baer_

Title: _MS._

Address:

311 Hampshire Drive
Logansport, IN 46947

Telephone: _(574) 398-1872_

Email: _Kristiebaer@yahoo.com_

Date Completed: _4-23-18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23954166

2

1730112180412122929000277

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

**RECEIVED**

**MAY 0 3 2018**

**KURTZMAN CARSON CONSULTANTS**

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 991.43 — total owed
— $552.61 listed on Class 2 Schedule —

*Debbie Backes*

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**RCVD MAY 03'18 AM09:56**

**CID: 23923121**



173011218041212293100038l

**II.** **Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒ ACCEPT (vote FOR) the Plan          ☐ REJECT (vote AGAINST) the Plan

**III.** **Certifications**. By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: PEOPLEREADY INC
Signatory: _Debbie Backus_ ~Debbie Backus
Title: _Credit & Collections / Debt Recovery Supervisor_
Address: _People Ready_
_c/o TrueBlue, Inc_
_1015 A Street, Tacoma, WA 98402_
1002 SOLUTIONS CENTER
CHICAGO, IL 60677
Telephone: _253-680-8374_
Email: _dbackus@trueblue.com_
Date Completed: _4/30/18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23923121

2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$206.43

RECEIVED
MAY 0 4 2018
KURTZMAN CARSON CONSULTANTS
RCVD MAY 04'18 AM10:10

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23923328



1730112180412122934000534

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☐    ACCEPT (vote FOR) the Plan            ☑    REJECT (vote AGAINST) the Plan

**III.    Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: WILLIAMS GENERAL CONST.
Signatory: *Doug Williams*
Title: *Owner*
Address:

14999 BEAVERDALE RD
DANVILLE, IA 52623
Telephone: *319-457-2595*
Email:
Date Completed: *4/30/18*

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23923328

2

1730112180412122934000534

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

| $    293.01 |
|---|

RECEIVED

MAY 0 4 2018

KURTZMAN CARSON CONSULTANTS

RCVD MAY 04'18 AM10:10

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23960977



1730112180412122933000473

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

[X]    ACCEPT (vote FOR) the Plan               [ ]    REJECT (vote AGAINST) the Plan

**III.    Certifications**. By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: Suburban Electrical/ Engineers, Inc
Signatory:    Ronald Conrad
Title:    Collection Specialist
Address:    709 Hickory Farm Lane

709 Hickory Farm Lane
Appleton, WI 54914
Telephone:  920 739-8166
Email:    rconrad@suburbanelectric.com
Date Completed:    April 30, 2018

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23960977

2

1730112180412122933000473

Ballot #55  Date Filed: 5/4/2018

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

RECEIVED

MAY 04 2018

KURTZMAN CARSON CONSULTANTS

RCVD MAY 04'18 AM10:08

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

**BALLOT FOR VOTING TO ACCEPT OR REJECT**
**THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018**
**(CLASS 4 BALLOT)**

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

---

I am a creditor having a claim in **Class 4** in the amount of $16,667.52 .
Proof of Claim No. (if known):  137

By checking only one of these boxes, I vote to:

[X]    ACCEPT (vote FOR) the Plan          [ ]    REJECT (vote AGAINST) the Plan

[ ]    CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23925485



1730112180412192712000013

**II.**   **Certifications**. By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: BBC Apparel Group, LLC c/o Rosenthal & Rosenthal, Inc.

Signatory: _____

Title: Sr. Vice President

Address:

Anthony DiTirro
1370 Broadway
New York, NY 10018

Telephone: (212) 356-1464

Email: TDiTirro@rosenthalinc.com

Date Completed: April 30, 2018

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1

CID: 23925485

2

17301121804121927120000013



*Rosenthal & Rosenthal*

April 30, 2018

Vanity Shop Ballot Processing Center
c/o KCC
2335 Alaska Avenue
El Segundo, CA 90245
Attn: Balloting Agent

|  |  |  |
|---|---|---|
| RE: | Vanity Shop of Grand Forks, Inc. | |
|  | Fargo, ND | |
| Client: | BBC Apaprel Group, LLC. | |
| Case#: | 17-30112 | |
| Amount: | $80,536.85 | |
| Claim#: | 137 | |

Dear Balloting Agent:

We enclose herewith our Ballot along with supporting statement of account with regard to the above named CHAPTER 11.

We would appreciate your handling this for us. If you have any questions, please contact the undersigned.

Very truly yours,
Rosenthal & Rosenthal, Inc.

Melinda De Jesus
PH#: (212) 356-1452
FX#: (212) 356-3452
Email: mdejesus@rosenthalinc.com

MD
CL-P

ROSENTHAL & ROSENTHAL INC.                    STATEMENT OF ACCOUNT        04/03/17

CUST#:  236336  Vanity Shop of Grand Forks, Inc.          BBC Apparel Group, LLC.
                1001 25th Street, N.
                Fargo, ND 58102
                PH#: (701) 212-1599

| TRANS | INV NO | INV DT | DUE DT | TERMS | AMOUNT |
|-------|--------|--------|--------|-------|--------|
| INV   | 145278 | 02/07/17 | 02/22/17 | Net 15 2% | 116,231.00 |
| A/C   |        |          |          |           | 35,694.15 |

|  |  |  |
|--|--|--|
| TOTAL DEBITS   | 116,231.00 |
| TOTAL CREDITS  | -35,694.15 |
| CLIENT TOTAL   | 80,536.85 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

RECEIVED

MAY 0 4 2018

KURTZMAN CARSON CONSULTANTS
RCVD MAY 04 18 AM 10:09

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

**BALLOT FOR VOTING TO ACCEPT OR REJECT
THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
(CLASS 3 BALLOT)**

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

> I am a creditor having a claim in **Class 3** in the amount of $**63,869.33**.
> Proof of Claim No. (if known): **137**
>
> By checking only <u>one</u> of these boxes, I vote to:
>
> [X]   ACCEPT (vote FOR) the Plan          [ ]   REJECT (vote AGAINST) the Plan
>
> [ ]   CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.


1730112180412144203000021

**II.     Certifications.** By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: BBC Apparel Group, LLC c/o Rosenthal & Rosenthal, Inc.

Signatory: _____

Title: Sr. Vice President

Address: Anthony DiTirro

1370 Broadway
New York, NY 10018

Telephone: (212) 356-1464

Email: TDiTirro@rosenthalinc.com

Date Completed: April 30, 2018

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

2



*Rosenthal & Rosenthal*

April 30, 2018

Vanity Shop Ballot Processing Center
c/o KCC
2335 Alaska Avenue
El Segundo, CA 90245
Attn: Balloting Agent

|  |  |  |
|---|---|---|
| RE: | Vanity Shop of Grand Forks, Inc. Fargo, ND | |
| Client: | BBC Apaprel Group, LLC. | |
| Case#: | 17-30112 | |
| Amount: | $80,536.85 | |
| Claim#: | 137 | |

Dear Balloting Agent:

We enclose herewith our Ballot along with supporting statement of account with regard to the above named CHAPTER 11.

We would appreciate your handling this for us.  If you have any questions, please contact the undersigned.

Very truly yours,
Rosenthal & Rosenthal, Inc.

*Melinda De Jesus*

Melinda De Jesus
PH#: (212) 356-1452
FX#: (212) 356-3452
Email: mdejesus@rosenthalinc.com

MD
CL-P

ROSENTHAL & ROSENTHAL INC.                STATEMENT OF ACCOUNT          04/03/17

CUST#:  236336  Vanity Shop of Grand Forks, Inc.          BBC Apparel Group, LLC.
                1001 25th Street, N.
                Fargo, ND 58102
                PH#: (701) 212-1599

| TRANS | INV NO | INV DT | DUE DT | TERMS | AMOUNT |
|-------|--------|--------|--------|-------|--------|
| INV | 145278 | 02/07/17 | 02/22/17 | Net 15 2% | 116,231.00 |
| A/C |  |  |  |  | 35,694.15 |

|  |  |  |
|--|--|--|
| TOTAL DEBITS | 116,231.00 |  |
| TOTAL CREDITS | -35,694.15 |  |
| CLIENT TOTAL | 80,536.85 |  |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 203.11

RECEIVED

MAY 04 2018

KURTZMAN CARSON CONSULTANTS

RCVD MAY 04'18 AM10:09

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23922616



1730112180412122924000032

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒    ACCEPT (vote FOR) the Plan            ☐    REJECT (vote AGAINST) the Plan

**III.    Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: AMPLITEL TECHNOLOGIES

Signatory: _(signature)_

Title: OWNER

Address:

240 W WISCONSIN AVE
SUITE 1
KAUKAUNA, WI 54130

Telephone: 920 - 759 - 4773

Email: ALAHM @ AMPLITELTECH.COM

Date Completed: 4/30/18

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23922616

2

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
| --- | --- |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 358.52

RECEIVED

MAY 04 2018

KURTZMAN CARSON CONSULTANTS

RCVD MAY 04'18 AM 10:09

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23921733



1730112180412122926000116

**II.     Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒     ACCEPT (vote FOR) the Plan          ☐     REJECT (vote AGAINST) the Plan

**III.     Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: City of Kearney Utilities Department
Signatory: _____
Title: _city Attorney_
Address:
Attn Michael J Tye, City Attorney
City of Kearney
PO Box 1180
Kearney, NE 68848-1180
Telephone: _308 - 237 - 3155_
Email: _mJT@Tyelaw.com_
Date Completed: _4/30/18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23921733

2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP. Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 95.44

RECEIVED
MAY 04 2018
KURTZMAN CARSON CONSULTANTS
RCVD MAY 04'18 AM 10:09

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23922021



17301121804121229310003400

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

[X]    ACCEPT (vote FOR) the Plan              [ ]    REJECT (vote AGAINST) the Plan

**III.    Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: NAYLOR HEATING AND REFRIGERATION

Signatory: DAVID McCollum – *Dave McElla*

Title: President

Address:

172 SPIRIT AVE NW
BEMIDJI, MN 56601

Telephone: (218) 444-4328

Email: mac@naylorhvac.com

Date Completed: 5/1/18

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23922021

2

1730112180412122931000340

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Vanity Shop of Grand Forks, Inc.,<br><br>Debtor. | Case No.: 17-30112<br><br>Chapter 11 |

RECEIVED

MAY 0 4 2018

KURTZMAN CARSON CONSULTANTS
RCVD MAY 04'18 AM10:09

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 3 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

> I am a creditor having a claim in **Class 3** in the amount of $53,234.00 .
> Proof of Claim No. (if known): __136__
>
> By checking only <u>one</u> of these boxes, I vote to:
>
> [X]      ACCEPT (vote FOR) the Plan          [ ]      REJECT (vote AGAINST) the Plan
>
> [ ]      CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**CID: 23925484**



1730112180412144205000154

**II.      Certifications**. By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: Rosenthal & Rosenthal, Inc.

Signatory: _____

Title: Sr. Vice President

Address:

Anthony DiTirro
1370 Broadway
New York, NY 10018

Telephone: (212) 356-1464

Email: TDiTirro@rosenthalinc.com

Date Completed: April 30, 2018

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

CID: 23925484

2

1730112180412144205000154

*Rosenthal & Rosenthal*

April 30, 2018

Vanity Shop Ballot Processing Center
c/o KCC
2335 Alaska Avenue
El Segundo, CA 90245
Attn: Balloting Agent

|  |  |  |
|---|---|---|
| RE: | Vanity Shop of Grand Forks, Inc. |  |
|  | Fargo, ND |  |
| Clients: | GMA Accessories, Inc. |  |
|  | Jodi Kristopher, LLC. |  |
|  | Tempted Apparel Corp |  |
| Case#: | 17-30112 |  |
| Amount: | $53,234.00 |  |
| Claim#: | 136 |  |

Dear Balloting Agent:

We enclose herewith our Ballot along with supporting statement of account with regard to the above named CHAPTER 11.

We would appreciate your handling this for us. If you have any questions, please contact the undersigned.

Very truly yours,
Rosenthal & Rosenthal, Inc.

Melinda De Jesus
PH#: (212) 356-1452
FX#: (212) 356-3452
Email: mdejesus@rosenthalinc.com

MD
CL-P

**ROSENTHAL & ROSENTHAL, INC.**

1370 BROADWAY, NEW YORK, NEW YORK 10018    TEL 212 356-1400    ROSENTHALINC.COM

ROSENTHAL & ROSENTHAL INC.                    STATEMENT OF ACCOUNT            03/13/17

CUST#:  236336  Vanity Shop of Grand Forks, Inc.          GMA Accessories, Inc.
                1001 25th Street, N.
                Fargo, ND 58102
                PH#: (701) 212-1599

| TRANS | INV NO | INV DT | DUE DT | TERMS | AMOUNT |
|-------|--------|--------|--------|-------|--------|
| INV   | 975586 | 01/23/17 | 02/22/17 | 30 | 7,830.00 |

|                | |
|----------------|---------|
| TOTAL DEBITS   | 7,830.00 |
| TOTAL CREDITS  | 0.00 |
| CLIENT TOTAL   | 7,830.00 |

ROSENTHAL & ROSENTHAL INC.                STATEMENT OF ACCOUNT              03/13/17

CUST#:  236336  Vanity Shop of Grand Forks, Inc.          Jodi Kristopher, LLC.
                1001 25th Street, N.
                Fargo, ND 58102
                PH#: (701) 212-1599

| TRANS | INV NO | INV DT | DUE DT | TERMS | AMOUNT |
|-------|--------|--------|--------|-------|--------|
| INV | 872621 | 12/28/16 | 01/27/17 | 30 | 12,902.40 |
| INV | 872628 | 12/28/16 | 01/27/17 | 30 | 594.00 |

TOTAL DEBITS          13,496.40
TOTAL CREDITS              0.00
CLIENT TOTAL          13,496.40

ROSENTHAL & ROSENTHAL INC.                    STATEMENT OF ACCOUNT          03/13/17

CUST#:  236336  Vanity Shop of Grand Forks, Inc.          Tempted Apparel Corp.
                1001 25th Street, N.
                Fargo, ND 58102
                PH#: (701) 212-1599

| TRANS | INV NO | INV DT | DUE DT | TERMS | AMOUNT |
|-------|--------|--------|--------|-------|--------|
| INV | 2142660 | 01/23/17 | 03/24/17 | 0000060 699 | 14,637.60 |
| INV | 2142713 | 01/30/17 | 03/31/17 | 0000060 699 | 17,270.00 |

TOTAL DEBITS                    31,907.60
TOTAL CREDITS                        0.00
CLIENT TOTAL                    31,907.60

Ballot #61  Date Filed: 5/7/2018

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 501.49

RECEIVED

MAY 0 7 2018

KURTZMAN CARSON CONSULTANT

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD MAY 07'18 AM10:22

CID: 23954889



1730112180412122934000526

**II.     Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒     ACCEPT (vote FOR) the Plan          ☐     REJECT (vote AGAINST) the Plan

**III.     Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: Watertown Municipal Utilities
Signatory: _____
Title: _Director of Administration_
Address: _____

901 4 Ave SW
Watertown, SD 57201
Telephone: _605 – 882 – 6255_
Email: _aKarst @ watertownmu.com_
Date Completed: _5/01/18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23954889

2

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ _____

RECEIVED

MAY 0 7 2018

KURTZMAN CARSON CONSULTAN

RCVD MAY 07'18 AM10:22

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23921878



1730112180412122929000282

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒    ACCEPT (vote FOR) the Plan          ☐    REJECT (vote AGAINST) the Plan

**III.    Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: Kyle J. Sandy

Signatory: _____

Title: _____

Address: _____

932 Carlos Dr
Lincoln, NE 68505

Telephone: 402.416.2579

Email: KYLE.SANDY@SAMPSON-CONSTRUCTION.COM

Date Completed: 4.21.18

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23921878

2

1730112180412122929000282

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 200 00

RECEIVED

MAY 0 7 2018

UNIZRCOD MAY 07 18 AM10:22

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23922837



1730112180412122928000193

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☑   ACCEPT (vote FOR) the Plan          ☐   REJECT (vote AGAINST) the Plan

**III.    Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: GENERAL REPAIR SERVICE CO

Signatory: _Lewis Mills_

Title: _Owner/ President_

Address:

PO BOX 111
BUSHLAND, TX 79012

Telephone: _806 352 1747_

Email: _dwmiles@att.net_

Date Completed: _5-1-18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23922837

2

1730112180412122928000193

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
| --- | --- |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 100,00

RECEIVED

MAY 0 7 2018

KURTZMAN CARSON CONSULTANTS

RCVD MAY 07'18 AM10:22

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 24180626



1730112180412122929000283

**II.      Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☐   ACCEPT (vote FOR) the Plan          ☒   REJECT (vote AGAINST) the Plan

*Must pay 100% of Class 2 claims! (not 50%)*

**III.      Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: LaRonica M. Tomlinson
Signatory:  *Tomlinson*
Title:  MBA, RHIA, NCTMB, LWT
Address:

1 Cyrus Street
Point Marion, PA 15474
Telephone:  724.505.3439
Email:  ldecker@fairmontstate.edu
Date Completed:  4/30/18

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 24180626

2

1730112180412122929000283

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Vanity Shop of Grand Forks, Inc.,<br><br>Debtor. | Case No.: 17-30112<br><br>Chapter 11 |

*RECEIVED*

*MAY 0 7 2018*

*KURTZMAN CARSON CONSULTANT*

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

*RCVD MAY 07'18 AM10:24*

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

> $30.00

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23953917



1730112180412122924000009

**II.**      **Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒   ACCEPT (vote FOR) the Plan          ☐   REJECT (vote AGAINST) the Plan

**III.**      **Certifications**. By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: Abby Loss

Signatory: _____

Title: _____

Address: _____

3332 S. Robin Meadows Lane
Eau Claire, WI 54701

Telephone: _____

Email: _____

Date Completed: _____

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23953917

2

17301121804121229240000009

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

RECEIVED

MAY 07 2018

KURTZMAN CARSON CONSULTANTS
RCVD MAY 07'18 AM10:43

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 3 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

> I am a creditor having a claim in **Class 3** in the amount of $ 10,015.61.
> Proof of Claim No. (if known): 52
>
> By checking only <u>one</u> of these boxes, I vote to:
>
> ☒    ACCEPT (vote FOR) the Plan            ☐    REJECT (vote AGAINST) the Plan
>
> ☐    CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23921912



1730112180412144204000098

**II.    Certifications.** By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: LeVeck Lighting Products and Maintenance

Signatory: _____

Title: *CEO*

Address:

P.O. Box 24063
Dayton, OH 45424

Telephone: *937 / 667 - 4421*

Email: *robert e leveck . com*

Date Completed: *5/2/18*

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

CID: 23921912

2

1730112180412144204000098