Ballot #67  Date Filed: 5/7/2018

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re: | Case No.:  17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

RECEIVED

MAY 0 7 2018

KURTZMAN CARSON CONSULTANT
RCVD MAY 07 18 AM 10:43

**BALLOT FOR VOTING TO ACCEPT OR REJECT**
**THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018**
**(CLASS 3 BALLOT)**

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

---

I am a creditor having a claim in **Class 3** in the amount of $ 155,608.85.
Proof of Claim No. (if known): 58

By checking only one of these boxes, I vote to:

☒   ACCEPT (vote FOR) the Plan          ☐   REJECT (vote AGAINST) the Plan

☐   CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

---

[1]  Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**CID: 23921812**



1730112180412144205000182

II.    **Certifications**. By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: The CIT Group/Commercial Services, Inc.

Signatory: *Robert W Franklin*

Title: *Director*

Address: *201 S Tryon St.*
*Charlotte NC 28202*
~~11 West 42nd Street~~
~~New York, NY 10036~~

Telephone: *704  339-2975*

Email: *robert.franklin@cit.com*

Date Completed: *4/27/18*

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

CID: 23921812

1730112180412144205000182

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

RECEIVED

MAY 0 7 2018

KURTZMAN CARSON CONSULTANT

RCVD MAY 07 18 AM10:40

|  |  |
|---|---|
| In Re:<br><br>Vanity Shop of Grand Forks, Inc.,<br><br>  Debtor. | Case No.: 17-30112<br><br>Chapter 11 |

**BALLOT FOR VOTING TO ACCEPT OR REJECT**
**THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018**
**(CLASS 4 BALLOT)**

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

---

I am a creditor having a claim in **Class 4** in the amount of $ *340.55* .
Proof of Claim No. (if known): _____

By checking only <u>one</u> of these boxes, I vote to:

[✓]  ACCEPT (vote FOR) the Plan          [ ]     REJECT (vote AGAINST) the Plan

[ ]     CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**CID: 23922299**



1730112180412192713000035

**II.    Certifications**. By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: CHARTER TOWNSHIP OF FLINT

Signatory: *Lisa R Anderson*

Title: *Treasurer*

Address:

LISA ANDERSON, TREASURER
1490 S DYE ROAD
FLINT, MI 48532

Telephone: *(810) 732-1350*

Email: *landerson@flinttownship.org*

Date Completed: *5-1-18*

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1

CID: 23922299

1730112180412192713000035

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

I.      **Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 258.50

RECEIVED

MAY 07 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD MAY 07'18 AM10:56

CID: 23922105



1730112180412122929000237

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

[X]   ACCEPT (vote FOR) the Plan          [ ]   REJECT (vote AGAINST) the Plan

**III.    Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: J. F. Ahern Co.
Signatory: _Shaun Thals_
Title: _Assistant Secretary_
Address:

PO Box 1316
Fond du Lac, WI 54936
Telephone: _920 921 9020_
Email: _sanhalt@jfahern.com_
Date Completed: _5-1-18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23922105

2

1730112180412122929000237

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 644.57

RECEIVED

MAY 07 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD MAY 07'18 AM10:56

CID: 23921798



1730112180412122931000373

**II.     Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒     ACCEPT (vote FOR) the Plan          ☐     REJECT (vote AGAINST) the Plan

**III.     Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: Otter Tail Power Company
Signatory: _Mes Hp_
Title: _Supervisor, Cash Management_
Address:

    Attn Cash Mgmt.
    215 S. Cascade St.
    Fergus Falls, MN 56537
Telephone: _218-739-8200_
Email: _mholmquist@otpco.com_
Date Completed: _5-1-18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23921798

1730112180412122931000373

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

RECEIVED

MAY 0 7 2018

| In Re: | Case No.:  17-30112 | KURTZMAN CARSON CONSULTAN |
| | Chapter 11 | |
| Vanity Shop of Grand Forks, Inc., | | RCVD MAY 07'18 AM09:55 |
| Debtor. | | |

**BALLOT FOR VOTING TO ACCEPT OR REJECT**
**THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018**
**(CLASS 3 BALLOT)**

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

---

I am a creditor having a claim in **Class 3** in the amount of $ *6,400.00* .
Proof of Claim No. (if known): _____

By checking only <u>one</u> of these boxes, I vote to:

☑     ACCEPT (vote FOR) the Plan          ☐     REJECT (vote AGAINST) the Plan

☐     CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23923036



1730112180412144204000116

**II.     Certifications**. By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: MILLER, JUSTIN

Signatory: _Justin Miller_

Title: _____

Address:

1507 36 1/2 AVE. S.
FARGO, ND 58104

Telephone: _701-388-0031_

Email: _jmillerndsu @yahoo.com_

Date Completed: _5-1-18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

---

3223870.1

CID: 23923036

2

1730112180412144204000116

Ballot #72   Date Filed: 5/7/2018

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

RECEIVED

MAY 07 2018

KURTZMAN CARSON CONSULTANT

RCVD MAY 07'18 AM10:08

| In Re: | Case No.: 17-30112 |
|--------|---------------------|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

**BALLOT FOR VOTING TO ACCEPT OR REJECT**
**THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018**
**(CLASS 3 BALLOT)**

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

> I am a creditor having a claim in **Class 3** in the amount of $ **3,036.90**
> Proof of Claim No. (if known): _____
>
> By checking only <u>one</u> of these boxes, I vote to:
>
> ☑      ACCEPT (vote FOR) the Plan          ☐      REJECT (vote AGAINST) the Plan
>
> ☐      CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23923317



1730112180412144206000193

**II.     Certifications**. By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: WEST COAST TRUCKING, INC.

Signatory: _____

Title: _____PRESIDENT_____

Address:

100 W MANVILEE STREET
RANCHO DOMINGUEZ, CA 90220

Telephone: _310 635 9938 (x) 201_

Email: _Jay @ westcoastwarehouse.com_

Date Completed: _5/2/18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

CID: 23923317

2

1730112180412144206000193

RECEIVED

MAY 07 2018

KURTZMAN CARSON CONSULTANT
RCVD MAY 07'18 AM10:08

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 3 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

I am a creditor having a claim in **Class 3** in the amount of $ 6,414.75
Proof of Claim No. (if known): _____

By checking only <u>one</u> of these boxes, I vote to:

[✓]    ACCEPT (vote FOR) the Plan          [ ]    REJECT (vote AGAINST) the Plan

[ ]    CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23923319



1730112180412144206000195

**II.**    **Certifications**. By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: WESTCOAST WAREHOUSING LLC

Signatory: _____

Title: _JAY PRESIDENT_____

Address:

100 WEST MANVILLE ST
RANCHO DOMINGUEZ, CA 90220

Telephone: _310 635 9939 (x) 201_

Email: _JAY @ westcoastWAREhouse.com_

Date Completed: _5/2/18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

CID: 23923319

1730112180412144206000195



RECEIVED

MAY 07 2018

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 | KURTZMAN CARSON CONSULTANTS |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 | |
| Debtor. | | RCVD MAY 07'18 AM10:08 |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 4 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

> I am a creditor having a claim in **Class 4** in the amount of $ _547.37_ .
> Proof of Claim No. (if known): _____
>
> By checking only <u>one</u> of these boxes, I vote to:
>
> ☐      ACCEPT (vote FOR) the Plan        ☒      REJECT (vote AGAINST) the Plan
>
> ☐      CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**CID: 23925767**



**II.    Certifications**. By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: Allen County Treasurer

Signatory: *W. Boyce*

Title: *Allen County Treasurer*

Address:

1 East Main Street, Suite 104
Fort Wayne, IN 46802-1888

Telephone: *260-449-7693*

Email: *treasurer.legal@co.allen.in.us*

Date Completed: *5/2/2018*

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

---

3223927.1

CID: 23925767

2

1730112180412192712000002

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ _____

RECEIVED

MAY 0 7 2018

KURTZMAN CARSON CONSULTANT

RCVD MAY 07'18 AM 10:08

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the m~~~~~ in the Plan.

CID: 23925505



1730112180412122931000375

**II.     Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒ ACCEPT (vote FOR) the Plan          ☐ REJECT (vote AGAINST) the Plan

**III.     Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: Paige L Holman
Signatory: _Peace_
Title: _____
Address: _____

~~508 19th Ave W Unit A~~  303 11ᵗʰ St N #313
~~West Fargo, ND 58078~~  Fargo ND 58102

Telephone: 701-361-3113
Email: —
Date Completed: 5-3-18

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23925505

2

1730112180412122931000375

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 1,616.26

RECEIVED

MAY 0 7 2018

KURTZMAN CARSON CONSULTANT

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD MAY 07 18 AM10:07

CID: 23923129



1730112180412122932000389

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒    ACCEPT (vote FOR) the Plan                      ☐    REJECT (vote AGAINST) the Plan

**III.    Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: PLUMBING PERFECTION, INC.
Signatory: _Jennifer Boring_
Title: _Secretary_
Address:

PO BOX 171
NEW PLYMOUTH, ID 83655
Telephone: _208-278-1172_
Email: _jsboring@gmail.com_
Date Completed: _5/4/18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23923129

2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 150⁻

RECEIVED
MAY 0 7 2018
KURTZMAN CARSON CONSULTANT

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD MAY 07'18 AM10:06

CID: 23925839



1730112180412122926000094

**II.     Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

[X]   ACCEPT (vote FOR) the Plan          [ ]   REJECT (vote AGAINST) the Plan

**III.     Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: CE Mitchell + Sons

Signatory: _C. E. Mitchell_

Title: _Pres._

Address:

PO Box 2523
Great Falls, MT 59403

Telephone: _406  453-1489_

Email: _dcmitch3 @ bresnan.net_

Date Completed: _5-2-18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23925839

2-

1730112180412122926000094

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

RECEIVED

MAY 0 7 2018

KURTZMAN CARSON CONSULTANT

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

RCVD MAY 07'18 AM10:24

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 273.03

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23925081



1730112180412122927000171

**II.     Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☐     ACCEPT (vote FOR) the Plan          ☐     REJECT (vote AGAINST) the Plan

**III.     Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: Fargo Vacuum Sales & Service

Signatory: *Dwight Bertin*

Title: *PRESIDENT*

Address:

2901 13th Ave S #C
Fargo, ND 58103

Telephone: *701·293-8417*

Email:

Date Completed:

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23925081

1730112180412122927000171

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 | RECEIVED |
| --- | --- | --- |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 | MAY 0 7 2018 |
| Debtor. | | KURTZMAN CARSON CONSULTANT |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

RCVD MAY 07'18 AM10:24

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

I.     **Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 2653.00

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23922966



1730112180412122930000302

**II.     Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒     ACCEPT (vote FOR) the Plan          ☐     REJECT (vote AGAINST) the Plan

**III.     Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: MARSON, LARRY
Signatory: _____
Title: _____
Address: _____

558 WEST 800 SOUTH
PRESTON, ID 83263
Telephone: 208-760-9050
Email: lansdogg14@gmail.com
Date Completed: April 23, 2018

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ _205.00_

RECEIVED
MAY 0 7 2018
KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD MAY 07'18 AM10:23

CID: 23922713



1730112180412122926000104

**II.     Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒     ACCEPT (vote FOR) the Plan          ☐     REJECT (vote AGAINST) the Plan

**III.     Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: CHAPMANS MECHANICAL
Signatory: _Robert W. Chapman_
Title: _President_
Address:

SYSTEMS, INC.
PO BOX 1008
LASALLE, IL 61301
Telephone: _815-223-1379_
Email: _Bob @ Chapmans.bz._
Date Completed: _5/4/18._

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23922713

17301121804121229260000104

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
| --- | --- |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.** **Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 306.25

RECEIVED

MAY 07 2018

KURTZMAN CARSON CONSULTANT

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD MAY 07'18 AM10:23

CID: 23960693



1730112180412122933000480

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒    ACCEPT (vote FOR) the Plan                   ☐    REJECT (vote AGAINST) the Plan

**III.    Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: T.H. EIFERT

Signatory: _Thomas H. Eifert_

Title: _Pres._

Address:

3302 W ST. JOSEPH
LANSING, MI 48917

Telephone: _(517) 484-9944_

Email: _jperry@theifert.com_

Date Completed: _05/01/18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23960693

2

1730112180412122933000480

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ *120.49*

RECEIVED

MAY 0 7 2018

KURTZMAN CARSON CONSULTAN

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD MAY 07'18 AM10:23

CID: 23921969



1730112180412122933000440

**II.     Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒     ACCEPT (vote FOR) the Plan          ☐     REJECT (vote AGAINST) the Plan

**III.     Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: SEMCO Energy Gas Co

Signatory: _Jamie Bennett_

Title: _A/R Rep_

Address:
Semco Energy
Attn Jamie Bennett
1411 3rd St, Suite A
Port Huron, MI 48060

Telephone: _810-887-3098_

Email: _bankruptcy@semcoenergy.com_

Date Completed: _5-01-18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23921969

2

1730112180412122933000440

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 159.82

RECEIVED

MAY 0 7 2018

KURTZMAN CARSON CONSULTANT

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD MAY 07 18 AM10:23

CID: 23922714



1730112180412122926000105

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

[X]    ACCEPT (vote FOR) the Plan              [ ]    REJECT (vote AGAINST) the Plan

**III.    Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: CHAPPELL CENTRAL INC
Signatory: _Jim Mueller_
Title: _Controller_
Address:

2101 GORTON AVE NW
P.O. BOX 916
WILLMAR, MN 56201
Telephone: _(320) 235-2151_
Email: _lmueller@chappellcentral.com_
Date Completed: _5/2/18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23922714

2

1730112180412122926000105

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$90.42

**RECEIVED**

MAY 07 2018

KURTZMAN CARSON CONSULTANTS

RCVD MAY 07'18 AM 10:57

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.



1730112180412122928000230

**II.     Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☑   ACCEPT (vote FOR) the Plan               ☐   REJECT (vote AGAINST) the Plan

**III.     Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: _Hullinger Glass & Locks, Inc._
Signatory: _Jennie Hullinger_
Title: _Secretary_
Address: _14 W 19th St_
_Scottsbluff, NE 69361_

Telephone: _308-632-3810_
Email: _hullingerglass@allophone.com_
Date Completed: _3 May '18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.**      **Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 391.65

RECEIVED

MAY 08 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD MAY 08'18 AM09:39

CID: 23923016



1730112180412122930000307

**II.** **Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒    ACCEPT (vote FOR) the Plan                ☐    REJECT (vote AGAINST) the Plan

**III.** **Certifications**. By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: MC ELECTRIC, INC.
Signatory: *Vicky L Cornell*
Title: *President*
Address:

7648 LL RD
RED BUD, IL 62278
Telephone: *618-282-7788*
Email: *vickyc@mcelectric-inc.com*
Date Completed: *5/2/18*

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23923016

2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
| --- | --- |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

> $ 220.32/xx

RECEIVED

MAY 0 8 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD MAY 08'18 AM09:39

CID: 23922658



1730112180412122925000061

**II.     Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒   ACCEPT (vote FOR) the Plan          ☐   REJECT (vote AGAINST) the Plan

**III.     Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: BISS LOCK, INC.
Signatory: _Eva Pepister_
Title: _Treasure_
Address:

1218 2ND AVE S
VIRGINIA, MN 55792
Telephone: _218-741-5444_
Email: _bisslock.inc@gmail.com_
Date Completed: _5/5/18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 1467.45

RECEIVED

MAY 08 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD MAY 08'18 AM09:39

CID: 23922626



1730112180412122924000035

**II.     Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒   ACCEPT (vote FOR) the Plan                    ☐   REJECT (vote AGAINST) the Plan

**III.     Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: APOLLO HEATING
Signatory: _Mary C Davis_
Title: _Accounting Manager_
Address:

AND AIR CONDITIONING
PO BOX 7287
KENNEWICK, WA 99336
Telephone: _509 987-1491_
Email: _mary.davis@apollomech.com_
Date Completed: _May 4, 2018_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.

3223203.1

CID: 23922626

2

`17301121804121229240000 35`

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 1250 00

**RECEIVED**

MAY 08 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD MAY 08'18 AM09:40

CID: 23922588



1730112180412292400015

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☑    ACCEPT (vote FOR) the Plan         ☐    REJECT (vote AGAINST) the Plan

**III.    Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: ADVANCED COMFORT
Signatory: _Luke Sarne_
Title: _Owner_
Address:

SOLUTIONS INC
3941 WEST 5TH STREET
CHEYENNE, WY 82007
Telephone: _307-778-491)_
Email: _lukes @ acsiwy.com_
Date Completed: _5/3/18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23922588

2

1730112180412122924000015

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ _219.33_

RECEIVED

MAY 0 8 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD MAY 08'18 AM09:40

CID: 23922758



1730112180412122927000138

**II.** **Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒ ACCEPT (vote FOR) the Plan          ☐ REJECT (vote AGAINST) the Plan

**III.** **Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: CURTS LOCK & KEY SERVICE

Signatory: _Sheryl Ron_

Title: _Secretary_

Address:

1102 MAIN AVE
FARGO, ND 58103

Telephone: _701 232 9440_

Email: _ap @ Curtslock.com_

Date Completed: _5/4/18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23922758

2

1730112180412122927000138

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:



RECEIVED
MAY 07 2018
KURTZMAN CARSON CONSULTANTS

RCVD MAY 07'18 AM10:57

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.



1730112180412122925000076

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☑  ACCEPT (vote FOR) the Plan          ☐  REJECT (vote AGAINST) the Plan

**III.    Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: Briteway Window Cleaning
Signatory: Danielle Morrison
Title: Secretary
Address: PO Box 899
Minot, ND 58702

Telephone: 701-852-5530
Email: briteway@srt.com
Date Completed: 05-02-18

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 211-32

RECEIVED

MAY 07 2018

KURTZMAN CARSON CONSULTANTS

RCVD MAY 07'18 AM 10:57

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.



1730112180412122924000021

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☑  ACCEPT (vote FOR) the Plan          ☐  REJECT (vote AGAINST) the Plan

**III.    Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: AJ Sheet Metal Inc
Signatory: _____ Pres
Title: President
Address: 910 E 8th Street
North Platte, Ne. 69101

Telephone: 308-532-1500
Email: Carrie @ a-jsheetmetal.com
Date Completed: 5-2-18

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ _711.15_

RECEIVED

MAY 07 2018

KURTZMAN CARSON CONSULTANTS

RCVD MAY 07'18 AM10:57

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.



1730112180412122929000243

**II.     Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒     ACCEPT (vote FOR) the Plan          ☐     REJECT (vote AGAINST) the Plan

**III.     Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: JC Security LLC
Signatory: Jeffrey James Engel          (printed: Jeffrey James Engel)
Title: Owner
Address: 2904 N Morrison St
Appleton WI 54911-1344

Telephone: 920-716-3140
Email: jeff@jcsecurity.net
Date Completed: May 2, 2018

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

RECEIVED

MAY 0 9 2018

KURTZMAN CARSON CONSULTANTS
RCVD MAY 09'18 AM10:28

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30``` |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 4 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

> I am a creditor having a claim in **Class 4** in the amount of $ *100.00* .
> Proof of Claim No. (if known): *362*
>
> By checking only one of these boxes, I vote to:
>
> ☐      ACCEPT (vote FOR) the Plan          ☒  REJECT (vote AGAINST) the Plan
>
> ☐      CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**CID: 24209437**



1730112180412192713000091

**II.** **Certifications**. By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: Illinois Dept of Employment Security

Signatory: *Andrea T. Dujanski*

Title: *Assistant Attorney General*

Address:

33 S. State St. ~~10th Flr Coll. Bkry~~ *Rm 992*

Chicago, IL 60603

Telephone: *312-793-9210*

Email: *Andrev.Drujanski@Illinois.gov*

Date Completed: *May 4, 2018*

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1

CID: 24209437

2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 154.79

RECEIVED

MAY 1 0 2018

KURTZMAN CARSON CONSULTANTS

RCVD MAY 10'18 AM10:18

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.



**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒  ACCEPT (vote FOR) the Plan                    ☐  REJECT (vote AGAINST) the Plan

**III.    Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: Sammy Phillips Electric.
Signatory: Al R Boissaneau
Title: Controller
Address: 945 Northwest Blvd
Winston Salem, NC 27101

Telephone: 336·722·3311
Email: dboissonneau@spelectric.com
Date Completed: 5-7-18

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

**RECEIVED**

| In Re: | Case No.: 17-30112 |
| --- | --- |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

**MAY 1 0 2018**

**KURTZMAN CARSON CONSULTANTS**

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 4 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kcclc.net/vanity/document/list/4489

**I.     Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

I am a creditor having a claim in **Class 4** in the amount of $ _100.00_ .
Proof of Claim No. (if known): _____

By checking only <u>one</u> of these boxes, I vote to:

☐     ACCEPT (vote FOR) the Plan          ☐     REJECT (vote AGAINST) the Plan

☑     CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

**RCVD MAY 10'18 AM 10:19**

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**CID: 24177803**



1730112180412192714000147

**II.    Certifications**. By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: Nellie Ouellet

Signatory: _Nellie Ouellet_

Title: _____

Address:

3452 St. Clair Pkwy
Sombra, ON N0P 2H0
Canada

Telephone: _519 - 892 - 3345_

Email: _nouellet@rogers.com_

Date Completed: _May 1/18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

---

3223927.1

CID: 24177803

2

1730112180412192714000147

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 260.00

RECEIVED
MAY 1 0 2018
KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD MAY 10'18 AM10:17

CID: 23922587



1730112180412122924000014

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒  ACCEPT (vote FOR) the Plan          ☐  REJECT (vote AGAINST) the Plan

**III.    Certifications**. By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: ADVANCE CONTRACTING
Signatory: *RYAN HOWARD*
Title: *PRESIDENT*
Address:

ELECTRICAL SERVICE
PO BOX 320123
FLINT, MI 48530
Telephone: *810  630-6334*
Email: *ADVANCE.ELECTRICAL.SERVICES @ GMAIL.COM*
Date Completed: *5-7-2018*

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23922587

2

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 148.40

RECEIVED

MAY 1 0 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD MAY 10'18 AM 10:17

CID: 23922984



1730112180412122930000292

**II.     Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒    ACCEPT (vote FOR) the Plan                    ☐    REJECT (vote AGAINST) the Plan

**III.     Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: LITERATI INFORMATION
Signatory: Christine L Westfall
Title: Office Administrator
Address:

TECHNOLOGY
827 FAIRMONT RD, STE 107
MORGANTOWN, WV 26501

Telephone: 304-296-8026    x 1001
Email: accounting@literati.com
Date Completed: 5/4/2018

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23922984

2

1730112180412122930000292

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 337.99

RECEIVED

MAY 10 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD MAY 10'18 AM 10:17

CID: 23960618



1730112180412122926000118

**II.** **Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☑ ACCEPT (vote FOR) the Plan ☐ REJECT (vote AGAINST) the Plan

**III.** **Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: City Water and Light
Signatory: Leigh Ann Hickox
Title: Credit Services Consultant
Address: 400 E. Monroe Ave.
Jonesboro, AR 72401

Telephone: (870) 930 - 3355
Email: lhickox@jonesborocwl.org
Date Completed: 5/3/18

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23960618

2

1730112180412122926000118

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

**BALLOT FOR VOTING TO ACCEPT OR REJECT**
**THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018**
**(CLASS 2 BALLOT)**

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 265 00

RECEIVED

MAY 1 0 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD MAY 10'18 AM10:17

CID: 23923215



1730112180412122933000453

**II.     Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒     ACCEPT (vote FOR) the Plan              ☐     REJECT (vote AGAINST) the Plan

**III.     Certifications**. By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: SLAGTER, DON

Signatory: *Don Slagter*

Title: *Maintenance*

Address:

1242 13TH ST SW
WILLMAR, MN 56201

Telephone: *320-444-4881*

Email: *dcslagter@gmail.com*

Date Completed: *5/4/18*

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23923215

2

1730112180412122933000453

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 1,176.82

**RECEIVED**

MAY 10 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD MAY 10'18 AM10:17

CID: 23925871



1730112180412122926000095

**II.     Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒  ACCEPT (vote FOR) the Plan          ☐  REJECT (vote AGAINST) the Plan

**III.     Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: Cedar Falls Utilities
Signatory: _Molly Cormaney_
Title: _Customer Service Manager_
Address:

> Molly Cormaney
> 1 Utility Parkway
> Cedar Falls, IA 50613

Telephone: _319-268-5243_
Email: _molly.cormaney@cfunet.net_
Date Completed: _5-7-18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23925871

2

1730112180412122926000095

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ _64.00_

**RECEIVED**

MAY 1 0 2018

KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD MAY 10'18 AM10:17

CID: 23923273


1730112180412122933000493

**II.     Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒   ACCEPT (vote FOR) the Plan                ☐   REJECT (vote AGAINST) the Plan

**III.     Certifications**. By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: THE WINDOW WASHERS
Signatory: _Dee Smith_
Title: _off. mgr._
Address:

2120 SOUTH RESERVE ST
PMB 107
MISSOULA, MT 59801
Telephone: _406.721.2666_
Email: _thewindowwashers@hotmail.Come_
Date Completed: _5/7/18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23923273

1730112180412122933000493

Ballot #102  Date Filed: 5/10/2018

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.:  17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$  183.51

RECEIVED
MAY 1 0 2018
KURTZMAN CARSON CONSULTANTS

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD MAY 10'18 AM 10:18

CID: 23922574



1730112180412122924000003

**II.**     **Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒  ACCEPT (vote FOR) the Plan                    ☐  REJECT (vote AGAINST) the Plan

**III.**     **Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: A & G ELECTRIC COMPANY
Signatory: _Barney Hotselick_
Title: _President_
Address:

490 EAST 14TH
DUBUQUE, IA 52001
Telephone: _563-588-4253_
Email: _agelect@agelectricdubuque.com_
Date Completed: _5-7-18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23922574

2

1730112180412122924000003

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 | **RECEIVED** |
|---|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 | **MAY 1 0 2018** |
| Debtor. | | **KURTZMAN CARSON CONSULTANTS** |

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 3 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

---

I am a creditor having a claim in **Class 3** in the amount of $ 90,641.79 .
Proof of Claim No. (if known): _____

By checking only <u>one</u> of these boxes, I vote to:

[✓]     ACCEPT (vote FOR) the Plan          [ ]     REJECT (vote AGAINST) the Plan

[ ]     CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.                    RCVD MAY 10'18 AM11:48

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**CID: 23922691**



173011218041214420300041

**II.**    **Certifications.** By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: CRG Financial LLC *(As Assignee of Carmichael International)*

Signatory: *Shannon Kall*

Title: _____

Address:

100 Union Ave
Cresskill, NJ 07626

Telephone: 201.266.6988

Email: aaxenrod@crgfinancial.com

Date Completed: 05/09/2018

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

CID: 23922691

1730112180412144203000041

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$1,099.67

RECEIVED

MAY 1 0 2018

KURTZMAN CARSON CONSULTANTS

RCVD MAY 10'18 AM 10:18

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.



1730112180412122932000406

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☐    ACCEPT (vote FOR) the Plan            ☐    REJECT (vote AGAINST) the Plan

**III.    Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: _R/S ELECTRIC CORP_
Signatory: _PAUL W REILLY_
Title: _CONTROLLER_
Address: _PO BOX 304_
_St. Joseph, MO 64502_

Telephone: _816-233-7751_
Email: _p-reilly@rselectricsupport.com_
Date Completed: _5/4/18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

2

Ballot #105  Date Filed: 5/10/2018

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

> $ 29.92

RECEIVED

MAY 1 0 2018

KURTZMAN CARSON CONSULTANTS

RCVD MAY 10'18 AM 10:18

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

1730112180412122931000355

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☑  ACCEPT (vote FOR) the Plan          ☐  REJECT (vote AGAINST) the Plan

**III.    Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: _NORTHERN LAKES WINDOW CLEANING_

Signatory: _Floyd E. Oberton_

Title: _Owner_

Address: _811 NW 9TH Avenue_
_P.O. Box 5044_
_Grand Rapids, MN 55744_

Telephone: _218-326-0941_

Email: _Obeone78@gmail.com_

Date Completed: _5/5/18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

---

3223203.1

2

Case 17-30112   Doc 704-1   Filed 05/16...
Case 17-30112   Doc 655   Filed 04/11/18   ...led 04/11/18 10:40:37   Desc Main
Page 79 of 150
Document   Page 7 of 8

Ballot #106   Date Filed: 5/10/2018

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 | **RECEIVED** |
|---|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 | **MAY 10 2018** |
| Debtor. | | **KURTZMAN CARSON CONSULTANTS** |

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 4 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

I am a creditor having a claim in **Class 4** in the amount of $ 18.94             .

Proof of Claim No. (if known): _____

By checking only one of these boxes, I vote to:

☒     ACCEPT (vote FOR) the Plan          ☐     REJECT (vote AGAINST) the Plan

☐     CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

RCVD MAY 10'18 AM10:18

_____

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.



1730112180412122932000403

**II.    Certifications**. By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective-Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: Questar Gas Company dba Dominion Energy

Signatory: MMMMayin

Title: Billing Supervisor

Address: Bankruptcy / DNR 132
1140 W 200 S
PO Box 3194
Salt Lake City, UT 84110

Telephone: 801-324-3881

Email:

Date Completed: May 7, 2018

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1

2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

**BALLOT FOR VOTING TO ACCEPT OR REJECT**
**THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018**
**(CLASS 3 BALLOT)**

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kcclc.net/vanity/document/list/4489

**I.        Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:                    **RECEIVED**

| |
|---|
| I am a creditor having a claim in **Class 3** in the amount of $_____.    **MAY 1 1 2018** |
| Proof of Claim No. (if known): _218___ |
| By checking only <u>one</u> of these boxes, I vote to:    **KURTZMAN CARSON CONSULTANTS** |
| ☐    ACCEPT (vote FOR) the Plan        ☐    REJECT (vote AGAINST) the Plan |
| ☐    CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed. |

**RCVD MAY 11'18 AM11:09**

_____
[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**CID: 23953969**



**II.    Certifications.** By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: Urbancal Manhattan Town Center,LLC, a Delaware Limited Liability Company

Signatory: _Donna W. Jacobson_

Title: _Donna Jacobson_
_Asset Manager_

Address: _711 High Street_
_Des Moines, IA 50392_

Telephone: _515-246-7583_

Email: _Jacobson.Donna@Principal.com_

Date Completed: _5/10/2018_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

CID: 23953969

2

1730112180412144206000190

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 3 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

RECEIVED

I am a creditor having a claim in **Class 3** in the amount of $ 23,519.19  .
Proof of Claim No. (if known): 340

MAY 1 1 2018

By checking only <u>one</u> of these boxes, I vote to:

KURTZMAN CARSON CONSULTANTS

[x]    ACCEPT (vote FOR) the Plan        [ ]    REJECT (vote AGAINST) the Plan

[ ]    CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

RCVD MAY 11'18 AM11:12

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 24177566



1730112180412144203000040

**II.    Certifications**. By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section 1 have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: Contempo Limited

Signatory: MR. FRANCIS YAM

Title: CHIEF FINANCIAL OFFICER

Address:

15F - Contempo Place, 81 Hung To Road
Kwun Tong, HK
Hong Kong

Telephone: (852) 2378 5405

Email: QUEENIE.LEUNG@CONTEMPO.COM

Date Completed: MAY 8, 2018

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

CID: 24177566

2

1730112180412144203000040

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 4 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

RECEIVED

| |
|---|
| I am a creditor having a claim in **Class 4** in the amount of $ 23,519.19 . Proof of Claim No. (if known): 340 |

MAY 1 1 2018

KURTZMAN CARSON CONSULTANTS

By checking only <u>one</u> of these boxes, I vote to:

[X]  ACCEPT (vote FOR) the Plan          [ ]  REJECT (vote AGAINST) the Plan

[ ]  CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

RCVD MAY 11'18 AM11:12

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 24177566



1730112180412192713000047

**II.**      **Certifications**. By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: Contempo Limited

Signatory: MR. FRANCIS YAM

Title: CHIEF FINANCIAL OFFICER

Address:

15F - Contempo Place, 81 Hung To Road

Kwun Tong, HK

Hong Kong

Telephone: (852) 2378 5405

Email: QUEENIE.LEUNG@CONTEMPO.COM

Date Completed: MAY 8, 2018

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1

CID: 24177566

2

1730112180412192713000047

Ballot #110  Date Filed: 5/11/2018

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 | RECEIVED |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 | MAY 1 1 2018 |
| Debtor. | | KURTZMAN CARSON CONSULTANT |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 3 BALLOT)

RCVD MAY 11'18 AM10:09

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

---

I am a creditor having a claim in **Class 3** in the amount of $ 5,237.23
Proof of Claim No. (if known): 140

By checking only <u>one</u> of these boxes, I vote to:

☒    ACCEPT (vote FOR) the Plan          ☐    REJECT (vote AGAINST) the Plan

☐    CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim, as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23925545



17301121804121442040000074

**II.**    **Certifications**. By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section 1 have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: Great Plains Clinic Medical Enterprises, LLC

Signatory: _____

Title: _Attorney_

Address: _418 E. Rosser Ave, Suite 200_

_Bismarck, ND 58501_

Telephone: _701-258-4000_

Email: _ssmith@schider-smithlaw.com_

Date Completed: _5-4-18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

CID: 23925545

1730112180412144204000074

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 | RECEIVED |
|---|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 | MAY 11 2018 |
| Debtor. | | KURTZMAN CARSON CONSULTANT |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 2 BALLOT)

RCVD MAY 11'18 AM10:11

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:



---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23924116



1730112180412122929000249

**II.      Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☑  ACCEPT (vote FOR) the Plan               ☐  REJECT (vote AGAINST) the Plan

**III.      Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: Jessi Hoerth _____

Signatory: _____

Title: _____

Address:

W4258 County Rd F
Chilton, WI 53014 _____

Telephone: _____

Email: _____

Date Completed: 5/5/2018 _____

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23924116

17301121804121229290000249

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Vanity Shop of Grand Forks, Inc.,<br><br>        Debtor. | Case No.: 17-30112<br><br>Chapter 11 |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 4 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.**    **Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

| |
|---|
| I am a creditor having a claim in **Class 4** in the amount of $_____.<br>Proof of Claim No. (if known): _____<br><br>By checking only <u>one</u> of these boxes, I vote to:<br><br>☐     ACCEPT (vote FOR) the Plan       ☐     REJECT (vote AGAINST) the Plan<br><br>☐     CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed. |

*RECEIVED*

*MAY 1 1 2018*

*KURTZMAN CARSON CONSULTANTS*

*RCVD MAY 11'18 AM 11:09*

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**CID: 23953969**



1730112180412192715000243

**II.    Certifications**. By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: Urbancal Manhattan Town Center,LLC, a Delaware Limited Liability Company

Signatory: *Donnah Jacobson*

Title: Donna Jacobson Asset Manager

Address: 711 High Street
Des Moines, IA 50392

Telephone: 515-246-7583

Email: Jacobson. Donna @ Principal. Com

Date Completed: 5/10/2018

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1

CID: 23953969

2

1730112180412192715000243

Ballot #113  Date Filed: 5/11/2018

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 | RECEIVED |
|---|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 | MAY 11 2018 |
| Debtor. | | KURTZMAN CARSON CONSULTANT |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 4 BALLOT)

RCVD MAY 11'18 AM10:09

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

---

I am a creditor having a claim in **Class 4** in the amount of $ 50.00 .
Proof of Claim No. (if known): _____

By checking only <u>one</u> of these boxes, I vote to:

[✓]    ACCEPT (vote FOR) the Plan          [ ]    REJECT (vote AGAINST) the Plan

[ ]    CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**CID: 24185320**



1730112180412192715000238

**II.**    **Certifications**. By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: Trina Anderson

Signatory: _Trina Anderson_

Title: _____

Address:

83 St. Clair Blvd
Marysville, MI 48040

Telephone: _____

Email: _Tanderson2828 @ yahoo.com_

Date Completed: _5-1-18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1

CID: 24185320

2

1730112180412192715000238

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| In Re: | Case No.: 17-30112 | RECEIVED |
|---|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 | MAY 1 1 2018 |
| Debtor. | | KURTZMAN CARSON CONSULTAN |

**BALLOT FOR VOTING TO ACCEPT OR REJECT**
**THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018**
**(CLASS 4 BALLOT)**

RCVD MAY 11'18 AM10:10

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

---

I am a creditor having a claim in **Class 4** in the amount of $ _64,326.12_ .
Proof of Claim No. (if known): _140_

By checking only <u>one</u> of these boxes, I vote to:

☒      ACCEPT (vote FOR) the Plan              ☐      REJECT (vote AGAINST) the Plan

☐      CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**CID: 23925545**



1730112180412192713000080

**II.** **Certifications**. By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: Great Plains Clinic Medical Enterprises, LLC

Signatory: _____

Title: *Attorney*

Address: *418 E. Rosser Ave, Suite 200*

*Bismarck, ND 58501*

Telephone: *701-258-4000*

Email: *ssmith @ tschider-smithlaw.com*

Date Completed: *5-4-18*

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1

CID: 23925545

1730112180412192713000080

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

RECEIVED
MAY 11 2018
KURTZMAN CARSON CONSULTANT

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

RCVD MAY 11'18 AM10:11

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.        Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

> $ 160.84
> (43.91 + late charges + fees)

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23923155



1730112180412122932000410

**II.     Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☐     ACCEPT (vote FOR) the Plan          ☐     REJECT (vote AGAINST) the Plan

**III.     Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: RELIABLE PEST SOLUTIONS
     Signatory: *Carol A. Scholes*
       Title: *Business Manager*
     Address:


          PO BOX 627
          HANNIBAL, MO 63401
   Telephone: *573-221-3690*
       Email: *carols@reliablepestsolutions.com*
Date Completed: *5/7/2018*

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23923155

2        ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
          17301121804121229320004 10

Ballot #116   Date Filed: 5/11/2018

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Vanity Shop of Grand Forks, Inc.,<br><br>　　　　　Debtor. | Case No.: 17-30112<br><br>Chapter 11 |

RECEIVED
MAY 11 2018
KURTZMAN CARSON CONSULTANT

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

RCVD MAY 11'18 AM10:11

http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

| |
|---|
| $ 211.00 |

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.



1730112180412122929000254

**II.     Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒     ACCEPT (vote FOR) the Plan          ☐     REJECT (vote AGAINST) the Plan

**III.     Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: _Jones Heating & Air Conditioning_
Signatory: _Ron Kell_
Title: _Owner._
Address: _1423 College Way_
_Fergus Falls, MN  56537_

Telephone: _218-739-3134_
Email: _jheating@prtel.com_
Date Completed: _5-7-18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

RECEIVED

MAY 11 2018

KURTZMAN CARSON CONSULTAN

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

RCVD MAY 11'18 AM10:11

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

☑ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

$ 638.

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23922897



1730112180412122929000238

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒    ACCEPT (vote FOR) the Plan            ☐    REJECT (vote AGAINST) the Plan

**III.    Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: JAMES KELLYS HOME *IMPROVEMENTS*
Signatory: *James Kelly*
Title: *OWNER*
Address:

IMPROVEMENTS
1545 LEMONETREE DR
CINCINNATI, OH 45240
Telephone: *(513) 967-0243*
Email: *JAMESKELLY_HI@FUSE.NET*
Date Completed: *5-6-2018*

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23922897

2

1730112180412122929000238

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 | RECEIVED |
|---|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 | MAY 11 2018 |
| Debtor. | | KURTZMAN CARSON CONSULTANTS |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

RCVD MAY 11'18 AM10:11

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 114.32

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23923151



1730112180412122932000407

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒    ACCEPT (vote FOR) the Plan                    ☐    REJECT (vote AGAINST) the Plan

**III.    Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: RALPHS ELECTRIC, INC

Signatory: _John Bin, Pr_

Title: _President_

Address:

2112 CANTERBURY ROAD
HAYS, KS 67601

Telephone: _(785) 425-9494_

Email: _ralphselectricinc@yahoo.com_

Date Completed: _5.4.18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23923151

2

1730112180412122932000407

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| In Re: | Case No.: 17-30112 | RECEIVED |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 | MAY 1 4 2018 |
| Debtor. | | (URTZMAN CARSON CONSULTAN) |

**BALLOT FOR VOTING TO ACCEPT OR REJECT**
**THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018**
**(CLASS 3 BALLOT)**

RCVD MAY 14'18 AM10:49

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.  Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

---

I am a creditor having a claim in **Class 3** in the amount of $ **48856.78**.
Proof of Claim No. (if known): **300**

By checking only <u>one</u> of these boxes, I vote to:

☐  ACCEPT (vote FOR) the Plan          ☑  REJECT (vote AGAINST) the Plan

☐  CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**CID: 24134158**



1730112180412144203000060

**II.     Certifications**. By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: Fantas Eyes Inc.

Signatory: _Jeff Liang_

Title: _CONTROLLER_

Address:

385 5th Avenue 9th Floor
New York, NY 10016

Telephone: _212 - 887 - 4433_

Email: _JEFF@FANTAS-EYES.COM_

Date Completed: _04/08/2018_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

CID: 24134158

2

1730112180412144203000060

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

RECEIVED

MAY 14 2018

KURTZMAN CARSON CONSULTAN

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 3 BALLOT)

RCVD MAY 14'18 AM 10:49

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

| |
|---|
| I am a creditor having a claim in **Class 3** in the amount of $ 8881.07.<br>Proof of Claim No. (if known): _____ |
| By checking only one of these boxes, I vote to: |
| ☒     ACCEPT (vote FOR) the Plan          ☐     REJECT (vote AGAINST) the Plan |
| ☐     CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed. |

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23923138



1730112180412144205000147

**II.    Certifications**. By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: PREFERENCE EMPLOYMENT

Signatory: *Jill Benson*

Title: *Controller*

Address:

SOLUTIONS, INC.

2600 9TH AVE S

FARGO, ND 58103

Telephone: *701-293-6905*

Email: *Jill@PESFARGO.com*

Date Completed: *5/9/18*

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

CID: 23923138

2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
| --- | --- |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

RECEIVED
MAY 1 4 2018
KURTZMAN CARSON CONSULTANT

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

RCVD MAY 14'18 AM 10:48

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 187.50

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23923261



**II.     Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒     ACCEPT (vote FOR) the Plan          ☐     REJECT (vote AGAINST) the Plan

**III.     Certifications**. By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: TEC ELECTRIC COMPANY
Signatory: _Karl Wood_
Title: _DIRECTOR / PROJECT MANAGER_
Address:

755 WEST 200 SOUTH
LOGAN, UT 84321
Telephone: _435-753-0920_
Email: _matt@tec-electric.com_
Date Completed: _8 MAY 2018_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23923261

1730112180412122933000484

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 | RECEIVED |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 | MAY 1 4 2018 |
| Debtor. | | KURTZMAN CARSON CONSULTANT |

RCVD MAY 14'18 AM10:47

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 190,10

NCB

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23924067



1730112180412122925000066

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☑  ACCEPT (vote FOR) the Plan                ☐  REJECT (vote AGAINST) the Plan

**III.    Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: Bolton Construction
Signatory: _Mickey Bolton_
Title: _PRESIDENT_
Address:

1718 SW 3rd Ave
Amarillo, TX 79106
Telephone: _806-371-8022_
Email: _mickey@bolton-electric.com_
Date Completed: _5/10/18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23924067

1730112180412122925000066

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 | RECEIVED |
|---|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 | MAY 14 2018 |
| Debtor. | | KURTZMAN CARSON CONSULTANTS |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

RCVD MAY 14'18 AM10:48

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$_____

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23923280



1730112180412122934000501

**II.**     **Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒   ACCEPT (vote FOR) the Plan               ☐   REJECT (vote AGAINST) the Plan

**III.**     **Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: TRI-STATE FIRE _Extinguisher Inc_

Signatory: _David Eric Simons Jr._

Title: _Owner_

Address:

EXTINGUISHER COMPANY
122 S 7TH ST
STEUBENVILLE, OH 43952

Telephone: _740 - 283 - 3665_

Email: _tsf3665@gmail.com_

Date Completed: _5-10-18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23923280

2

1730112180412122934000501

Ballot #124  Date Filed: 5/14/2018

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

**RECEIVED**

MAY 1 4 2018

KURTZMAN CARSON CONSULTANTS

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

RCVD MAY 14'18 AM10:48

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 1200.00

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23922195



1730112180412122929000250

**II.**    **Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒    ACCEPT (vote FOR) the Plan            ☐    REJECT (vote AGAINST) the Plan

**III.**    **Certifications**. By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: Jessica Suitter

Signatory: _Suitter_

Title:

Address:

2333 N Roy Dr
Idaho Falls, ID 83401

Telephone: (208) 251-9421

Email: jessicasuitter@yahoo.com

Date Completed: 5/9/2018

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23922195

2

1730112180412122929000250

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 | RECEIVED |
|---|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 | MAY 1 4 2018 |
| Debtor. | | KURTZMAN CARSON CONSULTANTS |

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 2 BALLOT)

RCVD MAY 14'18 AM10:48

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 2 Ballot because you are a holder of a Convenience Class – General Unsecured Claim in Class 2 as of April 13, 2018 (the "Record Date"). Please refer to Exhibit B of the Plan for information as to the Debtor's classification of your particular claim. Holders of unsecured Allowed Claims not entitled to priority where the total of the unsecured Allowed Claim does not exceed $1,500 are included in Class 2.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website:

http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Convenience Class – General Unsecured Claim in Class 2 in the following unpaid amount below:

$ 695.59

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23922614



17301121804121229240000031

**II.    Voting.** The holder of the Convenience Class – General Unsecured Claim in Class 2 against the Debtor set forth in Section I above, votes to (please check one):

☒    ACCEPT (vote FOR) the Plan                ☐    REJECT (vote AGAINST) the Plan

**III.    Certifications.** By signing this Class 2 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Convenience Class – General Unsecured Claim in Class 2 in the amount set forth above or is the authorized signatory of the holder of such Convenience Class – General Unsecured Claim in Class 2 being voted, and (c) no other Class 2 Ballots with respect to the amount of the Convenience Class – General Unsecured Claim in Class 2 as identified in Section I have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, any such earlier Class 2 Ballots are revoked.

For this Class 2 Ballot to be valid, the following information must be provided:

Name of Holder: AMES MUNICIPAL UTILITIES
Signatory: _Victoria A. Feilmeyer_
Title: _Assistant City Attorney_
Address: _515 Clark Ave_
_Ames IA 50010_
PO BOX 811
AMES, IA 50010
Telephone: _515-239-5146_
Email: _legaldept @ city.ames.ia.us_
Date Completed: _5/9/18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223203.1

CID: 23922614

2

1730112180412122924000031

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

RECEIVED

MAY 14 2018

(URTZMAN CARSON CONSULTANT

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 3 BALLOT)

RCVD MAY 14'18 AM10:49

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

---

I am a creditor having a claim in **Class 3** in the amount of $ 2,558.06
Proof of Claim No. (if known): _____

By checking only one of these boxes, I vote to:

☐     ACCEPT (vote FOR) the Plan          ☐     REJECT (vote AGAINST) the Plan

☒     CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**CID: 23922705**



1730112180412144203000032

**II.      Certifications**. By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: CENTRAL TEMPERATURE
Signatory: Jo Ann Dunlop
Title: Secretary
Address:

> EQUIPMENT SERVICE INC
> 1054 AMERICAN DR
> NEENAH, WI 54956

Telephone: 920-731-5071
Email: jdunlop@central-temperature.com
Date Completed: 5/7/18

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

RECEIVED

MAY 14 2018

URTZMAN CARSON CONSULTAN

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 3 BALLOT)

RCVD MAY 14'18 AM10:49

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

---

I am a creditor having a claim in **Class 3** in the amount of $ 23,844.00 .
Proof of Claim No. (if known): _____

By checking only <u>one</u> of these boxes, I vote to:

☒    ACCEPT (vote FOR) the Plan          ☐    REJECT (vote AGAINST) the Plan

☐    CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**CID: 23922599**



1730112180412144202000007

**II.**   **Certifications**. By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: Argo Partners
Signatory: *Lauren Verma* (Lauren Verma)
Title: *Claims Manager*
Address:

12 West 37th Street, 9th Floor
New York, NY 10018
Telephone: *212 - 699 - 1101* (F) *212 - 643 - 5444*
Email: *Lauren @ argopartners.net*
Date Completed: *5/8/2018*

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

CID: 23922599

2

1730112180412144202000007

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112    RECEIVED |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11    MAY 14 2018 |
| Debtor. | KURTZMAN CARSON CONSULTANTS |

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 3 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

I am a creditor having a claim in **Class 3** in the amount of $ _15,625_.
Proof of Claim No. (if known): _251_

By checking only <u>one</u> of these boxes, I vote to:

☐    ACCEPT (vote FOR) the Plan        ☑    REJECT (vote AGAINST) the Plan

☐    CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.



1730112180412144204000112

**II.    Certifications**. By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: <u>MFC Beavercreek, LLC</u>
Signatory: <u>Steve Ifeduba</u>
Title: <u>Vice President, Corporate & Litigation Counsel</u>
Address: <u>180 East Broad Street</u>
<u>Columbus, OH 43215</u>
Telephone: <u>(614) 621-9000</u>
E-mail: _____
Date Completed: <u>May 11, 2018</u>

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

RECEIVED

MAY 14 2018

KURTZMAN CARSON CONSULTANTS

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

**BALLOT FOR VOTING TO ACCEPT OR REJECT
THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
(CLASS 3 BALLOT)**

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kcclc.net/vanity/document/list/4489

**I.    Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

> I am a creditor having a claim in **Class 3** in the amount of $ *11,313.95* .
> Proof of Claim No. (if known): *259*
>
> By checking only <u>one</u> of these boxes, I vote to:
>
> ☐    ACCEPT (vote FOR) the Plan          ☑ REJECT (vote AGAINST) the Plan
>
> ☐    CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

RCVD MAY 14'18 PM12:13



1730112180412144204000122

II.    **Certifications**. By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: Muncie Mall, LLC

Signatory: Steve Ifeduba

Title: Vice President, Corporate & Litigation Counsel

Address: 180 East Broad Street

Columbus, OH 43215

Telephone: (614) 621-9000

E-mail:

Date Completed: May 11, 2018

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

RECEIVED
MAY 14 2018
KURTZMAN CARSON CONSULTANTS

BALLOT FOR VOTING TO ACCEPT OR REJECT
THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
(CLASS 3 BALLOT)

RCVD MAY 14'18 PM12:05

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

I.      **Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

---

I am a creditor having a claim in **Class 3** in the amount of $ _8,830.33_ .
Proof of Claim No. (if known): _252_

By checking only one of these boxes, I vote to:

☐      ACCEPT (vote FOR) the Plan        ☑ REJECT (vote AGAINST) the Plan

☐      CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.



1730112180412144204000072

II.     **Certifications**. By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: Grand Central Parkersburg, LLC
Signatory: Steve Ifeduba
Title: Vice President, Corporate & Litigation Counsel
Address: 180 East Broad Street
Columbus, OH 43215
Telephone: (614) 621-9000
E-mail:
Date Completed: May 11, 2018

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

**RECEIVED**

**MAY 14 2018**

**KURTZMAN CARSON CONSULTANTS**

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 3 BALLOT)

**RCVD MAY 14'18 PM 12:05**

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

---

I am a creditor having a claim in **Class 3** in the amount of $ _13,625_ .
Proof of Claim No. (if known): _250_

By checking only one of these boxes, I vote to:

☐     ACCEPT (vote FOR) the Plan          ☑  REJECT (vote AGAINST) the Plan

☐     CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.



1730112180412144204000109

**II.     Certifications.** By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: Maplewood Mall, LLC
Signatory: Steve Ifeduba
Title: Vice President, Corporate & Litigation Counsel
Address: 180 East Broad Street
Columbus, OH 43215
Telephone: (614) 621-9000
E-mail:
Date Completed: May 11, 2018

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 | **RECEIVED** |
|---|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 | **MAY 14 2018** |
| Debtor. | | **KURTZMAN CARSON CONSULTANTS** |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 3 BALLOT)

RCVD MAY 14'18 PM12:03

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 3 Ballot because you are a holder of an Effective-Date Unsecured Claim in Class 3 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 4 Claim, you should also be receiving a separate Class 4 Ballot and you may vote in both classes. A holder of a Class 3 claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 3 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of an Effective-Date Unsecured Claim in Class 3 as follows:

I am a creditor having a claim in **Class 3** in the amount of $ 9,041.67 .
Proof of Claim No. (if known): 248

By checking only <u>one</u> of these boxes, I vote to:

☐      ACCEPT (vote FOR) the Plan          ☑ REJECT (vote AGAINST) the Plan

☐      CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 3 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 3 Claim identified above, if Allowed.

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.


1730112180412144204000105

**II.    Certifications.** By signing this Class 3 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of an Effective-Date Unsecured Claim in Class 3 in the amount set forth above or is the authorized signatory of the holder of such Effective-Date Unsecured Claim in Class 3 being voted, and (c) no other Class 3 Ballots with respect to the amount of the Effective-Date Unsecured Claim in Class 3 as identified in Section I have been cast or, if any other Class 3 Ballots have been cast with respect to such Class 3 Claim, any such earlier Class 3 Ballots are revoked.

For this Class 3 Ballot to be valid, the following information must be provided:

Name of Holder: Mall at Great Lakes, LLC

Signatory: Steve Ifeduba

Title: Vice President, Corporate & Litigation Counsel

Address: 180 East Broad Street

Columbus, OH 43215

Telephone: (614) 621-9000

E-mail:

Date Completed: May 11, 2018

Date Completed:

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223870.1

2

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

**RECEIVED**

**MAY 14 2018**

**KURTZMAN CARSON CONSULTANTS**

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 4 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

> I am a creditor having a claim in **Class 4** in the amount of $ *20,174.96*.
> Proof of Claim No. (if known): *263*
>
> By checking only <u>one</u> of these boxes, I vote to:
>
> ☐     ACCEPT (vote FOR) the Plan          ☑     REJECT (vote AGAINST) the Plan
>
> ☐     CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

**RCVD MAY 14'18 PM12:02**

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.



II.    **Certifications**. By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: Morgantown Commons, L.P.
Signatory: Steve Ifeduba
Title: Vice President, Corporate & Litigation Counsel
Address: 180 East Broad Street
Columbus, OH 43215
Telephone: (614) 621-9000
E-mail:
Date Completed: May 11, 2018

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA**

RECEIVED

MAY 14 2018

KURTZMAN CARSON CONSULTANTS

| | |
|---|---|
| In Re: | Case No.:  17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

**BALLOT FOR VOTING TO ACCEPT OR REJECT
THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
(CLASS 4 BALLOT)**

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

> I am a creditor having a claim in **Class 4** in the amount of $ _140, 143.73_.
> Proof of Claim No. (if known): _254_
>
> By checking only <u>one</u> of these boxes, I vote to:
>
> ☐      ACCEPT (vote FOR) the Plan          ☑  REJECT (vote AGAINST) the Plan
>
> ☐      CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

RCVD MAY 14'18 PM12:00

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.


1730112180412192714000144

**II.     Certifications**. By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: Muncie Mall, LLC
Signatory: Steve Ifeduba
Title: Vice President, Corporate & Litigation Counsel
Address: 180 East Broad Street
Columbus, OH 43215
Telephone: (614) 621-9000
E-mail:
Date Completed: May 11, 2018

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

RECEIVED

MAY 1 5 2018

KURTZMAN CARSON CONSULTANTS

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

**BALLOT FOR VOTING TO ACCEPT OR REJECT**
**THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018**
**(CLASS 4 BALLOT)**

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.      Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

---

I am a creditor having a claim in **Class 4** in the amount of $ 126,696.70.
Proof of Claim No. (if known): 145

By checking only one of these boxes, I vote to:

☐      ACCEPT (vote FOR) the Plan        ☑      REJECT (vote AGAINST) the Plan

☐      CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

RCVD MAY 15'18 AM11:21

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

**CID: 23925591**



1730112180412192713000079

**II.**    **Certifications**. By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: Grand Teton Mall ,LLC

Signatory: *Julie M-S Bawden*

Title: *National Bankruptcy Director*

Address:

c/o GGP Limited Partnership
~~110 North Wacker Drive~~ 350 N. Orleans St. Suit 300
Chicago, IL ~~60606~~ 60654

Telephone: *312-960-2707*

Email: *julie.minnick @ ggp.com*

Date Completed: *5/14/18*

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1

CID: 23925591

1730112180412192713000079

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NORTH DAKOTA

**RECEIVED**

**MAY 14 2018**

**KURTZMAN CARSON CONSULTANTS**

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
### (CLASS 4 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

> I am a creditor having a claim in **Class 4** in the amount of $ 75,781.25 .
> Proof of Claim No. (if known): 251
>
> By checking only <u>one</u> of these boxes, I vote to:
>
> ☐    ACCEPT (vote FOR) the Plan        ☑  REJECT (vote AGAINST) the Plan
>
> ☐    CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

RCVD MAY 14'18 PM12:00

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.



1730112180412192714000137

**II.    Certifications.** By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: MFC Beavercreek, LLC
Signatory: Steve Ifeduba
Title: Vice President, Corporate & Litigation Counsel
Address: 180 East Broad Street
Columbus, OH 43215
Telephone: (614) 621-9000
E-mail:
Date Completed: May 11, 2018

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center
C/O KCC
2335 Alaska Ave.
El Segundo, CA 90245**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1

2

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 17-30112 | RECEIVED |
| | | |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 | MAY 1 4 2018 |
| Debtor. | | KURTZMANCARSONCONSULTANTS |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 4 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kcclc.net/vanity/document/list/4489

**I.      Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

> I am a creditor having a claim in **Class 4** in the amount of $ _12,792.50_
> Proof of Claim No. (if known): _254_
>
> By checking only <u>one</u> of these boxes, I vote to:
>
> ☐       ACCEPT (vote FOR) the Plan          ☑  REJECT (vote AGAINST) the Plan
>
> ☐       CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

RCVD MAY 14'18 PM12:00

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.


1730112180412192713000075

II.    **Certifications**. By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: <u>Glimcher MJC, LLC</u>
Signatory: <u>Steve Ifeduba</u>
Title: <u>Vice President, Corporate & Litigation Counsel</u>
Address: <u>180 East Broad Street</u>
<u>Columbus, OH 43215</u>
Telephone: <u>(614) 621-9000</u>
E-mail: _____
Date Completed: <u>May 11, 2018</u>

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

RECEIVED

| In Re: | Case No.: 17-30112 |
|---|---|
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

MAY 14 2018

KURTZMAN CARSON CONSULTANTS

---

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 4 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

---

I am a creditor having a claim in **Class 4** in the amount of $ 81,064.56 .
Proof of Claim No. (if known): 249

By checking only <u>one</u> of these boxes, I vote to:

☐   ACCEPT (vote FOR) the Plan          ☑   REJECT (vote AGAINST) the Plan

☐   CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

---

RCVD MAY 14'18 PM12:00

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.



1730112180412192714000127

II.    **Certifications**. By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: Mall at Lima, LLC

Signatory: Steve Ifeduba

Title: Vice President, Corporate & Litigation Counsel

Address: 180 East Broad Street

Columbus, OH 43215

Telephone: (614) 621-9000

E-mail:

Date Completed: May 11, 2018

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Vanity Shop of Grand Forks, Inc.,<br><br>Debtor. | Case No.: 17-30112<br><br>Chapter 11<br><br>**RECEIVED**<br><br>**MAY 14 2018**<br><br>**KURTZMAN CARSON CONSULTANTS** |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 4 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

---

I am a creditor having a claim in **Class 4** in the amount of $ _80,909.54_ .
Proof of Claim No. (if known): _no_

By checking only <u>one</u> of these boxes, I vote to:

☐    ACCEPT (vote FOR) the Plan         ☑    REJECT (vote AGAINST) the Plan

☐    CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

---

RCVD MAY 14'18 PM12:01

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.



1730112180412192714000128

II.    **Certifications**. By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: <u>Mall at Longview, LLC</u>
Signatory: <u>Steve Ifeduba</u>
Title: <u>Vice President, Corporate & Litigation Counsel</u>
Address: <u>180 East Broad Street</u>
<u>Columbus, OH 43215</u>
Telephone: <u>(614) 621-9000</u>
E-mail: _____
Date Completed: <u>May 11, 2018</u>

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

---

3223927.1

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

**RECEIVED**

**MAY 14 2018**

**KURTZMAN CARSON CONSULTANTS**

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018
## (CLASS 4 BALLOT)

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.[1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.     Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

---

I am a creditor having a claim in **Class 4** in the amount of $ 61,537.26 .
Proof of Claim No. (if known): 255

By checking only <u>one</u> of these boxes, I vote to:

☐     ACCEPT (vote FOR) the Plan          ☑ REJECT (vote AGAINST) the Plan

☐     CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

---

RCVD MAY 14'18 PM 12:01

---

[1] Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.



17301121804121927130000052

**II.    Certifications.** By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: Dayton Mall, LLC

Signatory: Steve Ifeduba

Title: Vice President, Corporate & Litigation Counsel

Address: 180 East Broad Street

Columbus, OH 43215

Telephone: (614) 621-9000

E-mail:

Date Completed: May 11, 2018

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1

2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

RECEIVED

MAY 1 ⊃ 2018

KURTZMAN CARSON CONSULTANTS

| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

**BALLOT FOR VOTING TO ACCEPT OR REJECT**
**THE DEBTOR'S SECOND PLAN OF LIQUIDATION DATED APRIL 9, 2018**
**(CLASS 4 BALLOT)**

Debtor Vanity Shop of Grand Forks, Inc. ("Debtor") filed a Second Plan of Liquidation dated April 9, 2018 (the "Plan"). On April 11, 2018, the Court approved the Disclosure Statement dated April 9, 2018 (the "Disclosure Statement") with respect to the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. [1]

You are receiving this Class 4 Ballot because you are a holder of a Post-Effective Date Unsecured Claim in Class 4 as of April 13, 2018 (the "Record Date"). Please note that you may have a claim in both Class 3 and Class 4 and should refer to Exhibit C (Class 3) and Exhibit 4 (Class 4) of the Plan for information as to the Debtor's classification of your particular claim(s). If you have a Class 3 Claim, you should also be receiving a separate Class 3 Ballot and you may vote in both classes. A holder of a Class 4 Claim may elect to have its claim classified as Class 2 – Convenience Class by voluntarily reducing the amount of its Class 4 Claim to $1,500.

Your rights are described in the Disclosure Statement which also contains information to assist you in deciding how to vote your ballot. You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. If you do not have a Disclosure Statement, you may obtain a free copy from Caren Stanley, Vogel Law Firm, 218 NP Ave., Fargo, ND 58107-1389; 701-237-6983; cstanley@vogellaw.com. You may also obtain a free copy at the following website: http://www.kccllc.net/vanity/document/list/4489

**I.    Amount of Claim and Voting.** The undersigned certifies that as of April 13, 2018, the undersigned was the holder of a Post-Effective Date Unsecured Claim in Class 4 as follows:

I am a creditor having a claim in **Class 4** in the amount of $ 69,278.15.
Proof of Claim No. (if known): 15 (

By checking only <u>one</u> of these boxes, I vote to:

☐    ACCEPT (vote FOR) the Plan        ☑    REJECT (vote AGAINST) the Plan

☐    CLASS 2 CONVENIENCE CLASS ELECTION: I accept the Plan and voluntarily elect to reduce the amount of my Class 4 Claim identified above to $1,500, and be paid 50% of the Allowed Claim as soon as reasonably practicable after the Effective Date. Such payment shall be in full satisfaction of the Class 4 Claim identified above, if Allowed.

RCVD MAY 15'18 AM 11:21

---

[1]  Capitalized terms used but not otherwise defined in this ballot shall have the meanings set forth in the Plan.

CID: 23925584



1730112180412192715000249

**II.      Certifications**. By signing this Class 4 Ballot, the undersigned (a) acknowledges receipt of the Disclosure Statement and other applicable solicitation materials, and (b) certifies that the undersigned is the holder of a Post-Effective Date Unsecured Claim in Class 4 in the amount set forth above or is the authorized signatory of the holder of such Post-Effective Date Unsecured Claim in Class 4 being voted, and (c) no other Class 4 Ballots with respect to the amount of the Post-Effective Date Unsecured Claim in Class 4 as identified in Section I have been cast or, if any other Class 4 Ballots have been cast with respect to such Class 4 Claim, any such earlier Class 4 Ballots are revoked.

For this Class 4 Ballot to be valid, the following information must be provided:

Name of Holder: WestRoads Mall, LLC

Signatory: _Julie M. S Bowden_

Title: _National Bankruptcy Director_

Address:

c/o GGP Limited Partnership
~~110 North Wacker Drive~~ 350 N. Orleans. St Suit 300
Chicago, IL ~~60606~~ 60654

Telephone: _312-960-2707_

Email: _julie.minnick@ggp.com_

Date Completed: _5/14/18_

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Vanity Shop Ballot Processing Center**
**C/O KCC**
**2335 Alaska Ave.**
**El Segundo, CA 90245**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 4:00 P.M. CST ON MAY 15, 2018. YOUR BALLOT MUST BE RECEIVED BY THE BALLOTING AGENT IDENTIFIED ABOVE BY THAT DATE/TIME.**

3223927.1

2

CID: 23925584

1730112180412192715000249