# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

IN RE:

VANITY SHOP OF GRAND FORKS, INC.   )   Chapter 11
                                    )   Case No. 17-30112
Debtor.                             )
                                    )
                                    )

KERRY L. BONDY (P42786)
Petrangelo Bondy & Crossley, P.C.
Attorney for Frenchtown Charter Township
212 E. First St.
Monroe, MI 48161

## CREDITOR FRENCHTOWN CHARTER TOWNSHIP'S WITHDRAWAL OF DOCUMENT

Creditor Frenchtown Charter Township ("Township"), by and through its Attorney Kerry L. Bondy, files this Withdrawal of Document filed as to Debtor Vanity Shop of Grand Forks, Inc. (the "Debtor") and hereby withdraws Creditor Frenchtown Charter Township's Objection to Debtors Disclosure Statement and Plan for Liquidation for the reason that it has discussed the matter with Debtor's counsel and based on that expects that the Objection will be resolved in the Debtor's Proposed Third Amended Plan.

WHEREFORE, Frenchtown Charter Township requests that this Honorable Court accept its Withdrawal of Document.

May 16, 2018

KERRY L. BONDY (P42786)
Petrangelo Bondy & Crossley, P.C.
Attorney for Creditor Frenchtown Charter Township

withdrawalofdocs.fctvanityshop.pd

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NORTH DAKOTA | PROOF OF MAILING | FILE NO. |
|---|---|---|
| **Court address**<br>U.S. Bankruptcy Court District of North Dakota | | Telephone no. |
| Plaintiff(s) | v | Defendant(s) |
| ☑ Bankruptcy: In the Matter of Vanity Shop of Grand Forks, Inc. | | |

UNITED STATES
BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

2018 MAY 21 A 11: 33

FILED

On the date below I sent by first class mail a copy of Creditor Frenchtown Charter Township's Withdrawal of Document.

TO:

Bankruptcy Court for the District of North Dakota
655 1st Avenue North, #210
Fargo, ND 58102

United States Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Jon R. Brakke
Caren W. Stanley
Vogel Law Firm
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389

Mette Kurth
Fox Roghschild LLP
1800 Centyury Park East
Suite 300
Los Angeles, CA 90067-1506

I declare that the statements above are true to the best of my information, knowledge, and belief.

May 16, 2018
Date

Signature

Sharon M. Ringel

POM0518vanitypd

LAW OFFICES
# PETRANGELO BONDY & CROSSLEY
PROFESSIONAL CORPORATION

212 EAST FIRST STREET
MONROE, MICHIGAN 48161

---

TELEPHONE (734) 241-6470
TELEFACSIMILE (734) 241-3849

UNITED STATES
BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

2018 MAY 21  A 11: 33

FILED

May 16, 2018

Bankruptcy Court for the District of North Dakota
655 1st Avenue North, #210
Fargo, ND 58102

Re:  Name of Debtor: Vanity Shop of Grand Forks, Inc.
     Name of Creditor: Frenchtown Charter Township
     United States Bankruptcy Court District of North Dakota Case No. 17-30112

Dear United States Bankruptcy Court Clerk:

Enclosed please find Creditor Frenchtown Charter Township's Withdrawal of Document in the above named matter along with a Proof of Service. If you need anything further please just let me know. Thank you very much for your assistance in this matter.

Very truly yours,

PETRANGELO BONDY & CROSSLEY
Professional Corporation

Kerry L. Bondy

KLB/smr
cc: Julie Ellison, Treasurer *(hand delivered-w/enclosure)*
    Frenchtown Charter Township
    Jon R. Brakke and Caren W. Stanley
    Vogel Law Firm
    Mette Kurth
    Fox Rothschild LLP
    United States Trustee

Ltr0518.fctvanityshop.pd