UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Vanity Shop of Grand Forks,<br><br>Debtor. | Case No.: 17-30112<br><br>Chapter 11 |

**STIPULATION FOR SETTLEMENT OF <u>FIFTH</u> OMNIBUS OBJECTION
TO CERTAIN CLAIMS (COLONY SQUARE MALL, LLC – CLAIM NO 197)**

On August 24, 2018, Debtor filed its <u>Fifth</u> Omnibus Objection to Certain Claims [Doc 864] ("**Fifth Omnibus Objection**"). The Fifth Omnibus Objection included landlord rejection damages claims for a property located in Zanesville, Ohio, owned or managed by Colony Square Mall, LLC ("**Colony**"). As a result of discussions between counsel to the Debtor and counsel to Colony, the parties have reached a settlement resolving the Fifth Omnibus Objection to Colony's Proof of Claim No. 197.

The Debtor and Colony hereby stipulate and agree, subject to the Bankruptcy Court's approval pursuant to F.R.Bankr.P. 3007 and 9019, Proof of Claim 197 as objected to in the Fifth Omnibus Objection shall be allowed as follows:

| SEQ NO. | NAME | CLAIM NO. | DATE FILED | ASSERTED CLAIMS | AGREED RESOLUTION |
|---|---|---|---|---|---|
| 7 | Colony Square Mall LLC<br>C/O Joseph C. Pickens, Esq.<br>Taft Law<br>65 East State St, Ste. 1000<br>Columbus, OH 43215 | 197 | 5/16/17 | General Unsecured     $63,768.24 | Claim No 197; Store # 152 (Zanesville, OH) shall be a general unsecured claim for **$58,768.24**. |

Upon entry of the Bankruptcy Court's order approving this stipulation, the Debtor will direct the claims agent to update the claims register accordingly.

Dated: 9/13/18          Vanity Shop of Grand Forks, Inc.

                        BY: James Bennett, President

Dated: September 12, 2018    Colony Square Mall, LLC

                        BY: Teri Schaller, General Manager

Dated this 13th day of September, 2018.    **VOGEL LAW FIRM**

                        BY: /s/ Caren W. Stanley
                            Jon R. Brakke (#03554)
                            jbrakke@vogellaw.com
                            Caren W. Stanley (#06100)
                            cstanley@vogellaw.com
                            218 NP Avenue
                            PO Box 1389
                            Fargo, ND 58107-1389
                            Telephone: 701.237.6983
                            *ATTORNEYS FOR DEBTOR*

Dated this 13TH day of September, 2018.    **Taft Stettinius & Hollister LLP**

                        Joseph C. Pickens
                        jpickens@taftlaw.com
                        65 E. State Street, Suite 1000
                        Columbus, OH 43215
                        Tel: 614.221.4000
                        *ATTORNEY FOR COLONY SQUARE MALL, LLC*

2

3388506.1