# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Vanity Shop of Grand Forks,<br><br>Debtor. | Case No.: 17-30112<br><br>Chapter 11 |

### STIPULATION FOR SETTLEMENT OF FIFTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (NEWGATE MALL EQUITIES LLC AND NEWGATE MALL HOLDINGS LLC – CLAIM NO. 319)

On August 24, 2018, Debtor filed its Fifth Omnibus Objection to Certain Claims [Doc 864] ("**Fifth Omnibus Objection**"). The Fifth Omnibus Objection included landlord rejection damages claims for a property located in Ogden, Utah, owned or managed by Newgate Mall Equities LLC and Newgate Mall Holdings LLC ("**Newgate Mall**"). As a result of discussions between counsel to the Debtor and counsel to Newgate Mall, the parties have reached a settlement resolving the Fifth Omnibus Objection to Newgate Mall's Proof of Claim No. 319.

The Debtor and Newgate Mall hereby stipulate and agree, subject to the Bankruptcy Court's approval pursuant to F.R.Bankr.P. 3007 and 9019, Proof of Claim No. 319 as objected to in the Fifth Omnibus Objection shall be allowed in the stipulated claim amounts set forth below:

| SEQ NO. | NAME | CLAIM NO. | DATE FILED | ASSERTED CLAIMS | | AGREED RESOLUTION |
|---|---|---|---|---|---|---|
| 16 | Newgate Mall Equities LLC and Newgate Mall Holdings LLC<br>C/O Time Equities<br>55 Fifth Ave, 15th Floor<br>New York, NY 10003<br><br>Attorney Douglas J. Payne | 319 | 7/3/2017 | General Unsecured | $173,440.80 | Claim No. 319; Store #78 (Ogden, UT) shall be a general unsecured claim for **$154,988.80**. |

Upon entry of the Bankruptcy Court's order approving this stipulation, the Debtor will direct the claims agent to update the claims register accordingly.

Dated this 17th day of September, 2018.        **VANITY SHOP OF GRAND FORKS, INC.**

                                                BY: _____
                                                    James Bennett, President

Dated this ___ day of September, 2018.          **NEWGATE MALL EQUITIES LLC and**
                                                **NEWGATE MALL HOLDINGS LLC**

                                                BY: _____

Dated this 17th day of September, 2018.         **VOGEL LAW FIRM**

                                                     /s/ Caren W. Stanley
                                                BY: Jon R. Brakke (#03554)
                                                    jbrakke@vogellaw.com
                                                    Caren W. Stanley (#06100)
                                                    cstanley@vogellaw.com
                                                    218 NP Avenue
                                                    PO Box 1389
                                                    Fargo, ND 58107-1389
                                                    Telephone: 701.237.6983
                                                    *ATTORNEYS FOR DEBTOR*

Dated this ___ day of September, 2018.          **FABIAN VANCOTT**

                                                BY: Douglas J. Payne
                                                    dpayne@fabianvancott.com
                                                    215 S. State Street, Suite 1200
                                                    Salt Lake City, UT 84111
                                                    *ATTORNEYS FOR NEWGATE MALL*
                                                    *EQUITIES LLC and NEWGATE MALL*
                                                    *HOLDINGS LLC*

3393689.1

2

Upon entry of the Bankruptcy Court's order approving this stipulation, the Debtor will direct the claims agent to update the claims register accordingly.

Dated this ___ day of September, 2018.     **VANITY SHOP OF GRAND FORKS, INC.**

BY: James Bennett, President

Dated this 17th day of September, 2018.    **NEWGATE MALL EQUITIES LLC and NEWGATE MALL HOLDINGS LLC**

BY: Francis Greenburger, Manager

Dated this ___ day of September, 2018.    **VOGEL LAW FIRM**

/s/ Caren W. Stanley
BY: Jon R. Brakke (#03554)
jbrakke@vogellaw.com
Caren W. Stanley (#06100)
cstanley@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: 701.237.6983
*ATTORNEYS FOR DEBTOR*

Dated this 17th day of September, 2018.    **FABIAN VANCOTT**

BY: Douglas J. Payne
dpayne@fabianvancott.com
215 S. State Street, Suite 1200
Salt Lake City, UT 84111
*ATTORNEYS FOR NEWGATE MALL EQUITIES LLC and NEWGATE MALL HOLDINGS LLC*

3393689.1

2