**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re: | Case No.: 17-30112 |
| Vanity Shop of Grand Forks, Inc., | Chapter 11 |
| Debtor. | |

**AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**OCTOBER 30, 2018 AT 10:00 A.M.**

Set forth below are the matters scheduled to be heard before Shon Hastings, United States Bankruptcy Judge, on October 30, 2018 at 10:00 a.m.

**1.    Debtor's Sixth Omnibus Objection to Certain Claims [Doc. 921]**

  A.    Status Update for Sixth Omnibus Objection:

  - **Exhibit A** attached identifies the current status of Stipulations and Continuances entered into by the Plan Administrator and the claimants that have not responded.

Dated: October 26, 2018.                     **VOGEL LAW FIRM**

                              BY:  */s/ Caren W. Stanley*
                                 Caren W. Stanley (#06100)
                                 cstanley@vogellaw.com
                                 218 NP Avenue
                                 PO Box 1389
                                 Fargo, ND  58107-1389
                                 Telephone:  701.237.6983
                                 *COUNSEL TO PLAN ADMINISTRATOR*

3435773.1

| NO. | NAME | CLAIM NO. | DATE FILED | ASSERTED CLAIMS | | DESCRIPTION |
|---|---|---|---|---|---|---|
| | **EXHIBIT A - 6TH Omnibus Objection Status Update (10/26/18)** | | | | | |
| 1 | BBC Apparel Group, LLC<br>c/o Rosenthal & Rosenthal, Inc.<br>Anthony DiTirro<br>Melinda De Jesus<br>1370 Broadway<br>New York, NY 10018 | 137 | 5/8/2017 | General Unsecured | $80,536.85 | Claim No. 137 shall be a general unsecured claim of $65,500.<br><br>**[Stipulation; Doc. 982]** |
| 2 | Euler Hermes Agent for Finance One Inc<br>Claim 000409456<br>Al Stokes<br>800 Red Brook Blvd.<br>Owings Mills, MD 21117 | 43 | 3/31/2017 | Priority<br><br>General Unsecured | $107,700.63<br><br>$1,423.80 | Claim No. 43.<br><br>**No response to 6th Omnibus Objection.** |
| 3 | Euler Hermes N. A. Agent for E.L.I.S. LLC<br>Al Stokes<br>800 Red Brook Blvd.<br>Owings Mills, MD 21117 | 199 | 5/17/2017 | Priority<br><br>General Unsecured | $9,940.00<br><br>$51,556.50 | Claim No. 199.<br><br>**No response to 6th Omnibus Objection.** |
| 4 | Euler Hermes N.A. Agent for Bibby Financial Services claim 000409483<br>Al Stokes<br>800 Red Brook Blvd.<br>Owings Mills, MD 21117 | 277 | 6/23/2017 | Priority<br><br>General Unsecured | $99,795.38<br><br>$90,100.12 | Claim No. 277.<br><br>**No response to 6th Omnibus Objection.** |
| 5 | Famma Group, Inc.<br>Joe Kamari, President<br>4510 Loma Vista Ave<br>Vernon, CA 90058 | 378 | 8/17/2018 | General Unsecured | $5,756.40 | Claim No. 378.<br><br>**No response to 6th Omnibus Objection.** |
| 6 | Global Gold, Inc.<br>Frederick S. Jacobs<br>Corporate Credit Manager<br>1410 Broadway<br>New York, NY 10018 | 327 | 7/17/2017 | Priority | $598.89 | Claim No. 327.<br><br>**No response to 6th Omnibus Objection.** |
| 7 | GreatAmerica Financial Services Corporation<br>Attn Peggy Upton<br>P.O. Box 609<br>Cedar Rapids, IA 52406 | 221 | 5/26/2017 | General Unsecured | $330,298.54 | Claim No. 221.<br><br>**Claimant has appeared and the parties are engaging in discovery and/or settlement discussions.**<br><br>**[Stip for Continuance of Objection Deadline through 11/8/18; Docs. 969, 973]** |
| 8 | Guru Knits, Inc.<br>Daniel Tenenblatt<br>3700 S Broadway<br>Los Angeles, CA 90007 | 306 | 6/30/2017 | General Unsecured | $17,013.00 | Claim No. 306.<br><br>**No response to 6th Omnibus Objection.** |

| | | | | | |
|---|---|---|---|---|---|
| **EXHIBIT A - 6TH Omnibus Objection Status Update (10/26/18)** |
| NO. | NAME | CLAIM NO. | DATE FILED | ASSERTED CLAIMS | DESCRIPTION |
| 9 | Guru Knits, Inc.<br>Daniel Tenenblatt<br>3700 S Broadway<br>Los Angeles, CA 90007 | 308 | 7/3/2017 | General Unsecured $17,013.00 | Claim No. 308.<br><br>**No response to 6th Omnibus Objection.** |
| 10 | Jaclyn Mize<br>221 Private Road 6308<br>Mineola, TX 75773 | 357 | 1/22/2018 | Priority Claim $150.00 | Claim No. 357.<br><br>**No response to 6th Omnibus Objection.** |
| 11 | Jiangsu Guotai International Group Guomao Co., Ltd<br>c/o Don Leviton<br>Brown & Joseph, Ltd.<br>PO Box 59838<br>Schaumburg, IL 60159 | 207 | 5/19/2017 | General Unsecured $88,714.53 | Claim No. 207.<br><br>**Claimant has appeared and the parties are engaging in discovery and/or settlement discussions.**<br><br>**[Stip for Continuance of Objection Deadline through 11/8/18; Docs. 968, 972]** |
| 12 | Liaoning Chengda Co Ltd.<br>Creditors Adjustment Bureau Inc., Assignee of Liaoning Chengda Co Ltd<br>PO Box 5932<br>Sherman Oaks, CA 91413<br><br>Attorney Stephen Gerald<br>Whiteford Taylor Preston LLC<br>405 North King St, Suite 500<br>Wilmington, DE 19801-3700 | 56 / 333 | 7/31/2017 | Priority $195,588.77<br><br>General Unsecured $110,142.38 | Claim No. 56/333.<br><br>**Claimant has appeared and the parties are engaging in discovery and/or settlement discussions.**<br><br>**[Stip for Continuance of Objection Deadline through 11/8/18; Docs. 964, 965]** |
| 13 | Liberty Mutual Insurance<br>Attn Heather Bollinger<br>Mail Stop 02S<br>PO Box 1525<br>Dover, NH 03821-1525 | 323 | 7/5/2017 | General Unsecured UNLIQUIDATED | Claim No. 323 shall be a general unsecured claim of $106.00.<br><br>**[Stipulation; Doc. 975]** |

| NO. | NAME | CLAIM NO. | DATE FILED | ASSERTED CLAIMS | | DESCRIPTION |
|---|---|---|---|---|---|---|
| | **EXHIBIT A - 6TH Omnibus Objection Status Update (10/26/18)** | | | | | |
| 14 | Lousiana Department of Revenue<br>BTA Docket No. 11227C<br>PO Box 4969<br>Baton Rouge, LA 70821-4969<br><br>Legal Bureau, Department of Revenue<br>ATTN: Adrienne Quillen<br>PO Box 4064<br>Baton Rouge, LA 70821-4064<br><br>Board of Tax Appeals<br>PO Box 3217<br>Baton Rouge, LA 70821 | | | Priority Claim | $14,195.67 | Louisiana Dept. of Revenue provided a Liability Satisfied notice and provided counsel to the Plan Administrator with a Joint Motion to Dismiss the pending appeal with the Louisiana Board of Tax Appeals for Docket No. 11227C.<br><br>**No response to the 6th Omnibus Objection.** |
| 15 | Lozier Corporation<br>Legal Department<br>6336 Pershing Drive<br>Omaha, NE 68110<br><br>Attorney Brandon Tomjack<br>Baird Holm, LLP<br>1700 Farnam St, Suite 1500<br>Omaha, NE 68102-2068 | 298 | 6/29/2017 | Priority<br><br>General Unsecured | $14,510.56<br><br>$189,799.62 | Claim No. 298 shall be a general unsecured claim for $136,522.25. The priority claim amount shall be $14,510.56.<br><br>**[Stipulation; Doc. 966]** |
| 16 | Marco Technologies LLC<br>Att T. Veitz<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | 269 | 5/22/2017 | General Unsecured | $125,042.55 | Claim No. 269.<br><br>**No response to 6th Omnibus Objection.** |
| 17 | Nellie Ouellet<br>3452 St. Clair Pkwy<br>Sombra ON N0P 2H0<br>Canada | 339 | 9/18/2017 | Priority Claim | $100.00 | Claim No. 339.<br><br>**No response to 6th Omnibus Objection.** |
| 18 | Patricia Ann Draper<br>125 N Copeland Lane<br>North Liberty, IA 52317 | 358 | 1/23/2018 | Priority Claim | $50.00 | Claim No. 358.<br><br>**No response to 6th Omnibus Objection.** |
| 19 | Planet Gold Clothing Co, Inc. (Golden Touch)<br>1410 Broadway<br>New York, NY 10018 | 328 | 7/18/2017 | Priority Claim | $1,782.00 | Claim No. 328.<br><br>**No response to 6th Omnibus Objection.** |

Case 17-30112 Doc 983 Filed 10/26/18 Entered 10/26/18 08:54:39 Desc Ma Document Page 4 of 5

| | | | | | |
|---|---|---|---|---|---|
|  | **EXHIBIT A - 6TH Omnibus Objection Status Update (10/26/18)** |||||
| NO. | NAME | CLAIM NO. | DATE FILED | ASSERTED CLAIMS | DESCRIPTION |
| 20 | Pomeroy IT Solutions Sales Company, Inc.<br>Kristi Nelson<br>1020 Petersburg Road<br>Hebron, KY 41048 | 290 | 6/28/2017 | General Unsecured $84,790.35 | Claim No. 290.<br><br>**No response to 6th Omnibus Objection.** |
| 21 | Project 28 Clothing LLC<br>Lazarus & Lazarus, P.C.<br>240 Madison Avenue, 8th Flr.<br>New York, NY 10016 | 67 | 4/7/2017 | General Unsecured $3,577.50 | Claim No. 67.<br><br>**No response to 6th Omnibus Objection.** |
| 22 | The CIT Group/Commercial Services, Inc.<br>201 S Tryon St<br>Charlotte, NC 28202<br><br>Attorney Robert Franklin | 38 | 3/29/2017 | General Unsecured $155,608.85 | Claim No. 38.<br><br>**Claimant has appeared and the parties are engaging in discovery and/or settlement discussions.**<br><br>**[Stip for Continuance of Objection Deadline through 11/8/18; Docs. 970, 974]** |