# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Vanity Shop of Grand Forks,<br><br>Debtor. | Case No.:  17-30112<br><br>Chapter 11 |

## STIPULATION FOR SETTLEMENT OF ADMINISTRATIVE CLAIM OF ORACLE AMERICA, INC.

Creditor Oracle America, Inc. ("Oracle") as successor in interest to Netsuite, Inc. filed an Application for Allowance of Administrative Claim in the sum of $9,980.28 on October 19, 2018 ("Application"). [Doc. 957] As a result of discussions between counsel to the Plan Administrator and counsel to Oracle, the parties have reached a settlement resolving the Application.

Pursuant to the Third Plan of Liquidation dated July 18, 2018 [Doc. 799], the Plan Administrator has authority pursuant to Section 7.2(c)(ii) to compromise and resolve objections to claims without the need for Bankruptcy Court approval. Accordingly, the Plan Administrator and Oracle hereby stipulate and agree Oracle shall be entitled to an administrative expense claim in the sum of **$5,980.28**, with the balance of the amount sought in the Application, in the sum of **$4000.00**, to be allowed as a general unsecured claim. The Plan Administrator will direct the claims agent to update the claims register accordingly.

Dated this 15th day of November, 2018.        **VANITY SHOP OF GRAND FORKS, INC.**

                                              _____
                                              BY:  Phillip Kunkel, Plan Administrator


Dated this ___ day of November, 2018.         **ORACLE AMERICA, INC.**


                                              _____
                                              BY:


Dated this 16th day of November, 2018.        **VOGEL LAW FIRM**

                                              */s/ Caren W. Stanley*
                                              BY:  Caren W. Stanley (#06100)
                                                   cstanley@vogellaw.com
                                                   218 NP Avenue
                                                   PO Box 1389
                                                   Fargo, ND  58107-1389
                                                   Telephone:  701.237.6983
                                                   *ATTORNEYS FOR PLAN ADMINISTRATOR*


Dated this ___ day of November, 2018.         **TANABE LAW**

                                              _____
                                              BY: Kesha L. Tanabe (MN# 0387520)
                                                  kesha@tanabelaw.com
                                                  4304 34th Ave S.
                                                  Minneapolis, MN 55406
                                                  (612) 735-0188
                                                  *ATTORNEYS FOR ORACLE AMERICA, INC.*

3451224.2

2

Dated this ___ day of November, 2018.          **VANITY SHOP OF GRAND FORKS, INC.**

                                               BY: Phillip Kunkel, Plan Administrator

Dated this 16 day of November, 2018.           **ORACLE AMERICA, INC.**

                                               BY: *Counsel to Oracle America, Inc.*

Dated this ___ day of November, 2018.          **VOGEL LAW FIRM**

                                               */s/ Caren W. Stanley*
                                               BY:  Caren W. Stanley (#06100)
                                                    cstanley@vogellaw.com
                                                    218 NP Avenue
                                                    PO Box 1389
                                                    Fargo, ND 58107-1389
                                                    Telephone: 701.237.6983
                                                    *ATTORNEYS FOR PLAN ADMINISTRATOR*

Dated this ___ day of November, 2018.          **TANABE LAW**

                                               BY: Kesha L. Tanabe (MN# 0387520)
                                                   kesha@tanabelaw.com
                                                   4304 34th Ave S.
                                                   Minneapolis, MN 55406
                                                   (612) 735-0188
                                                   *ATTORNEYS FOR ORACLE AMERICA, INC.*

3451224.3

2