# United States Bankruptcy Court
## District of North Dakota

In re:

Vanity Shop of Grand Forks, Inc.,    Bankruptcy Case No. 17-30112

Debtor

# APPLICATION FOR FINAL DECREE AND
# FINAL REPORT AND ACCOUNTING OF CHAPTER 11 DEBTOR

| | |
|---|---|
| [x] 1a. Plan confirmed (8/27/18) <br> [ ] 1b. Plan not confirmed | 2. <u>35.116</u>% Dividend Paid to Class 4 General Unsecured Claims. <br><br> [ ] Check Box if future payments are Contemplated |

| | |
|---|---|
| $ 18,982,070.75 | 3. **GROSS CASH RECEIPTS*** |
| $      542,133.34 | 4. Fee for Attorneys for Committee |
| $        42,665.67 | 5. Fee for Advisors to Committee |
| $      416,113.83 | 6. Fee for Attorneys for Debtor |
| $      132,669.80 | 7. Fee for Accountants for Debtor |
| $      118,570.30 | 8. Fees for Plan Administrator |
| $      304,071.56 | 9. Other Professionals |
| $ 20,318,623.76 | 10. All other expenses, including U.S. Trustee's Fees |

I hereby certify that the plan has been substantially consummated and that this Final Report is deemed to be an Application for Final Decree.

Dated: June 18, 2020          By: <u>s/Phillip Kunkel</u>
                                               Plan Administrator

* This Final Report includes receipts and expenses through June 10, 2020.